# **EXHIBIT B**

**Tran Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) | Case No. 23-11469 (___) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**DECLARATION OF KATHRYN TRAN IN SUPPORT OF DEBTORS' APPLICATION
FOR ENTRY OF AN ORDER (I) APPROVING THE RETENTION AND
APPOINTMENT OF EPIQ CORPORATE RESTRUCTURING, LLC AS THE CLAIMS
AND NOTICING AGENT TO THE DEBTORS, EFFECTIVE *NUNC PRO TUNC* TO
THE PETITION DATE, AND (II) GRANTING RELATED RELIEF**

I, Kathryn Tran, being duly sworn, state the following under penalty of perjury and that the following is true to the best of my knowledge, information, and belief:

1.      I am a Director with Epiq Corporate Restructuring, LLC ("Epiq"), with offices located at 777 3rd Avenue, 12th Floor, New York, NY 10017.  I am authorized to submit this declaration in support of the *Debtors' Application for an Order Appointing Epiq Corporate Restructuring, LLC as Claims and Noticing Agent Effective as of the Petition Date* (the "Section 156(c) Application").[2]  Except as otherwise noted, I have personal knowledge of the matters set forth herein, and if called and sworn as a witness, I could and would testify competently thereto.

2.      Epiq is one of the country's leading chapter 11 administrators, with significant expertise in noticing, claims administration, soliciting, balloting, and facilitating other administrative aspects of chapter 11 cases.  Epiq has acted as the claims and noticing agent in

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners.  The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Section 156(c) Application.

numerous recent cases of varying size and complexity, including several recent cases filed in this District.[3]

3.      As agent and custodian of the Court records pursuant to 28 U.S.C. § 156(c), Epiq will perform, at the request of the Clerk's office, the claims and noticing services specified in the Section 156(c) Application and Engagement Agreement.  In addition, at the Debtors' request, Epiq will perform such other claims and noticing services specified in the Section 156(c) Application.  For the avoidance of doubt, pursuant to the Engagement Agreement, Epiq will perform the Claims and Noticing Services for the Debtors in the Chapter 11 Cases.

4.      Subject to Court approval, the Debtors have agreed to compensate Epiq for professional services rendered pursuant to 28 U.S.C. § 156(c) in connection with the Chapter 11 Cases according to the terms and conditions of the Engagement Agreement.  Payments are to be based upon the submission of a billing statement by Epiq to the Debtors after the end of each calendar month, which shall include a detailed listing of services and expenses.  Epiq has received a $25,000.00 retainer from the Debtors and will first apply the retainer to all prepetition invoices, which retainer shall be replenished to the original retainer amount of $25,000.00, and thereafter Epiq will hold the retainer under the Engagement Agreement during the Chapter 11 Cases as

---

[3]      *See, e.g.*, *In re Armstrong Flooring, Inc.*, No. 22-10426 (MFW) (Bankr. D. Del. May 8, 2022); *In re Gulf Coast Health Care, LLC*, No. 21-11336 (KBO) (Bankr. D. Del. Oct 14, 2021); *In re Alamo Drafthouse Cinemas Holdings, LLC*, No. 21-10474 (MFW) (Bankr. D. Del. Mar. 3, 2021); *In re RTI Holding Co., LLC*, No. 20-12456 (JTD) (Bankr. D. Del. Oct 7, 2020); *In re Town Sports Int'l LLC*, No. 20-12168 (CSS) (Bankr. D. Del. Sept. 16, 2020); *In re RGNGroup Holdings, LLC*, No. 20-11961 (BLS) (Bankr. D. Del. Aug. 19, 2020); *In re Tonopah Solar Energy, LLC*, No. 20-11884 (KBO) (Bankr. D. Del. July 31, 2020); *In re Lucky Brand Dungarees, LLC*, No. 20-11768 (CSS) (Bankr. D. Del. July 6, 2020); *In re Advantage Holdco, Inc.*, No. 20-11259 (JTD) (Bankr. D. Del. May 29, 2020); *In re BroadVision, Inc.*, No. 20-10701 (CSS) (Bankr. D. Del. Apr. 1, 2020); *In re Earth Fare, Inc.*, No. 20-10256 (KBO) (Bankr. D. Del. Feb. 6, 2020); *In re Southland Royalty Co. LLC*, No. 20-10158 (KBO) (Bankr. D. Del. Jan. 29, 2020); *In re RUI Holding Corp.*, No. 19-11509 (JTD) (Bankr. D. Del. Jul. 7, 2019); *In re THG Holdings LLC*, No. 19-11689 (JTD) (Bankr. D. Del. Jul 30, 2019); *In re HDR Holding, Inc.*, No. 19-11396 (MFW) (Bankr. D. Del. Jun. 24, 2019); *In re Joerns WoundCo Holdings, Inc.*, No. 19-11401 (JTD) (Bankr. D. Del. June 24, 2019); *In re Insys Therapeutics, Inc.*, No. 19-11292 (KG) (Bankr. D. Del. Jun 10, 2019); *In re The Weinstein Company Holdings LLC*, No. 18-10601 (MFW) (Bankr. D. Del. Apr. 18, 2018).

security for services rendered and expenses incurred in performing the Claims and Noticing Services.

5.      Epiq represents, among other things, the following:

a.      Epiq is not a creditor of the Debtors;

b.      Epiq will not consider itself employed by the United States government and shall not seek any compensation from the United States government in its capacity as the Claims and Noticing Agent in the Chapter 11 Cases;

c.      By accepting employment in the Chapter 11 Cases, Epiq waives any rights to receive compensation from the United States government in connection with the Chapter 11 Cases;

d.      In its capacity as the Claims and Noticing Agent in the Chapter 11 Cases, Epiq will not be an agent of the United States and will not act on behalf of the United States;

e.      Epiq will not employ any past or present employees of the Debtors in connection with its work as the Claims and Noticing Agent in the Chapter 11 Cases;

f.      Epiq is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code with respect to the matters upon which it is engaged;

g.      In its capacity as Claims and Noticing Agent in the Chapter 11 Cases, Epiq will not intentionally misrepresent any fact to any person;

h.      Epiq shall be under the supervision and control of the Clerk's office with respect to the receipt and recordation of claims and claim transfers;

i.      Epiq will comply with all requests of the Clerk's office and the guidelines promulgated by the Judicial Conference of the United States for the implementation of 28 U.S.C. § 156(c); and

j.      None of the services provided by Epiq as Claims and Noticing Agent in the Chapter 11 Cases shall be at the expense of the Clerk's office.

6.      Although the Debtors do not propose to retain Epiq under section 327 of the Bankruptcy Code pursuant to the Section 156(c) Application (such retention may be sought by separate application), I caused to be submitted for review by our conflicts system the names of

identified potential parties in interest (the "Potential Parties in Interest") in the Chapter 11 Cases. The list of Potential Parties in Interest was provided by the Debtors and is attached hereto as **Schedule 1**. Epiq is not aware of any relationship that would present a disqualifying conflict of interest. To the extent that Epiq's conflicts check has revealed that certain Potential Parties in Interest were current or former clients of Epiq within the past three years, these parties have been identified on a list annexed hereto as **Schedule 2** (the "Client Match List"). However, given Epiq's neutral position as claims and noticing agent or administrative advisor for any parties listed on the Client Match List, Epiq does not view such relationships as real or potential conflicts. Further, to the best of my knowledge, any such relationship between Epiq and any parties on the Client Match List is completely unrelated to the Chapter 11 Cases.

7.    In addition, to the best of my knowledge, none of Epiq's employees are related to bankruptcy judges in the District of Delaware, the United States Trustee for Region 3, any attorney known by Epiq to be employed in the Office of the United States Trustee serving the District of Delaware, or are equity security holders of the Debtors.

8.    To the best of my knowledge, and based solely upon information provided to me by the Debtors, and except as provided herein, neither Epiq, nor any of its professionals, has any adverse connection to the Debtors, their creditors, or other relevant parties. Epiq may have relationships with certain of the Debtors' creditors as vendors or in connection with cases in which Epiq serves or has served in a neutral capacity as claims and noticing agent or administrative advisor for other chapter 11 debtors.

9.    Epiq is a wholly owned subsidiary of Epiq Systems, Inc., which is corporate parent to certain companies that provide integrated technology products and services to the legal profession for electronic discovery, class action settlements, financial transactions, chapter 7 and

13 bankruptcy, litigation, and regulatory compliance.  Given the legal and operational separateness of Epiq from its affiliates and the administrative nature of the services performed by such companies, Epiq does not believe that a conflict would arise solely from any relationship or claim of an Epiq affiliate or its corporate parent.

10.     Epiq Systems, Inc., is a wholly owned subsidiary of Document Technologies, LLC ("DTI"), a global legal process outsourcing company, which is an ultimate wholly owned subsidiary of DTI Topco, Inc. ("DTI Topco").  DTI Topco is a privately-held entity with majority ownership held by OMERS Administration Corporation ("OAC"), the administrator of the OMERS pension funds, and managed by OMERS Private Equity Inc. ("OPE," which together with OAC are referred to as "OMERS"), and funds managed by Harvest Partners, LP, ("Harvest"), a leading private equity investment firm.

11.     Neither DTI, DTI Topco, OMERS, nor Harvest are currently identified on the Potential Parties in Interest list.  However, the following disclosure is made out of an abundance of caution and in an effort to comply with the Bankruptcy Code and Bankruptcy Rules.

12.     Designees of OMERS and Harvest are members of the Board of Directors of DTI Topco (the "Parent Board Designees").  No designees of OMERS or Harvest are members of the Board of Directors of DTI or Epiq, or any other subsidiaries of DTI.  Further, Epiq has the following restrictions in place:  (i) prior to the Debtors commencing the Chapter 11 Cases, Epiq did not share the names or any other information identifying the Debtors with DTI, DTI Topco, OMERS, Harvest, or the Parent Board Designees; (ii) Epiq has not and will not furnish any material nonpublic information about the Debtors to DTI, DTI Topco, OMERS, Harvest, or the Parent Board Designees; (iii) no DTI, DTI Topco, OMERS, or Harvest personnel, including the Parent Board Designees, work on Epiq client matters or have access to Epiq client information,

client files, or client personnel; (iv) no DTI, DTI Topco, OMERS, or Harvest personnel, including the Parent Board Designees, work in Epiq's offices; (v) other than the Parent Board Designees, Epiq operates independently from DTI, DTI Topco, OMERS, and Harvest, including that it does not share any employees, officers, or other management with OMERS or Harvest, has separate offices in separate buildings, and has separate IT systems; and (vi) no Epiq executive or employee is a director, officer, or employee of OMERS or Harvest (or vice versa, other than the Parent Board Designees).

13.    Epiq has searched the names of DTI, DTI Topco, OMERS, and Harvest against the Debtors and the Potential Parties in Interest list provided by the Debtors. Based solely on the foregoing search, Epiq has determined, to the best of its knowledge, that there are no connections. Because of any applicable securities laws and the fact that Epiq operates independently from DTI, DTI Topco, OMERS, and Harvest, prior to the Petition Date, Epiq was unable to investigate further with either OMERS or Harvest, to the extent necessary, any potential or actual connection between either OMERS or Harvest and the Debtors and the Potential Parties in Interest.

14.    Epiq has working relationships with certain of the professionals retained by the Debtors and other parties herein, but such relationships are completely unrelated to the Chapter 11 Cases. Epiq has represented, and will continue to represent, clients in matters unrelated to the Chapter 11 Cases, and has had, and will continue to have, relationships in the ordinary course of its business with certain professionals in connection with matters unrelated to the Chapter 11 Cases.

15.    Epiq has not been retained to assist any entity or person other than the Debtors on matters relating to, or in connection with, the Chapter 11 Cases. If Epiq's proposed

retention is approved by the Court, Epiq will not accept any engagement or perform any service for any entity or person other than the Debtors in the Chapter 11 Cases.

16.    Based on the foregoing, I believe Epiq is a "disinterested person" as that term is referenced in section 327(a) of the Bankruptcy Code and as defined in section 101(14) of the Bankruptcy Code.  Moreover, to the best of my knowledge, neither Epiq nor any of its partners or employees hold or represent any interest adverse to the Debtors' estates with respect to any matter upon which Epiq is to be engaged.

17.    Neither Epiq nor its affiliates are party to any agreements where it/they receive(s) consideration in exchange for transferring information derived from its role as a claims agent under 28 U.S.C. § 156(c) to non-client third parties.

18.    I am generally familiar with the Bankruptcy Code and the Bankruptcy Rules, and Epiq will comply with them, subject to the Orders of this Court.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.


Dated:  September 18, 2023                    */s/ Kathryn Tran*
          Orange, California                  Kathryn Tran
                                              Director
                                              Epiq Corporate Restructuring, LLC

# SCHEDULE 1

## Potential Parties in Interest

# American Physician Partner, et al. Interested Parties

## Debtors

ACUTE CARE SPECIALIST, LLC
ALIGN, M.D., PLLC
AMERICAN PHYSICIAN HOLDINGS, LLC
AMERICAN PHYSICIAN PARTNERS, LLC
AMERICAN PHYSICIANS PARTNERS PSO, LLC
APP AZ ED MEMBER 1, LLC
APP AZ ED MEMBER 2, LLC
APP AZ ED MEMBER 3, LLC
APP AZ ED MEMBER 4, LLC
APP AZ ED MEMBER 5, LLC
APP AZ ED MEMBER 6, LLC
APP EMERGENCY ED TX, INC.
APP ICU, PLLC
APP MANAGEMENT CO., LLC
APP MDPARTNERS OF GA, LLC
APP MDPARTNERS, PLLC
APP OF ALABAMA ED, LLC
APP OF ALABAMA HM, LLC
APP OF ARIZONA ED, LLC
APP OF ARIZONA HM, LLC
APP OF ARKANSAS ED, PLLC
APP OF ARKANSAS HM, PLLC
APP OF CENTRAL FLORIDA ED, LLC
APP OF EAST TENNESSEE ED, PLLC
APP OF EAST TENNESSEE HM, PLLC
APP OF FLORIDA ED, LLC
APP OF FLORIDA HM, LLC
APP OF GEORGIA ED, LLC
APP OF ILLINOIS ED, PLLC
APP OF ILLINOIS HM, PLLC
APP OF INDIANA ED, PLLC
APP OF INDIANA HM, PLLC
APP OF KANSAS ED, PLLC
APP OF KANSAS HM, PLLC
APP OF KENTUCKY ED, PLLC
APP OF KENTUCKY HM, PLLC
APP OF MICHIGAN ED, PLLC
APP OF MISSISSIPPI ED LLC
APP OF MISSISSIPPI HM, LLC
APP OF NEVADA ED, PLLC
APP OF NEW MEXICO ED, PLLC
APP OF NEW MEXICO HM, PLLC
APP OF NORTH CAROLINA ED, PLLC
APP OF NORTH CAROLINA HM, PLLC
APP OF OHIO ED, PLLC
APP OF OHIO HM, PLLC
APP OF SOUTH CAROLINA ED, PLLC
APP OF SOUTH CAROLINA HM, PLLC
APP OF SOUTHERN ARIZONA ED, LLC
APP OF SOUTHERN ARIZONA HM, LLC
APP OF SOUTHERN NEW MEXICO ED, PLLC
APP OF SOUTHERN NEW MEXICO HM, PLLC
APP OF TENNESSEE ED, PLLC
APP OF TENNESSEE HM, PLLC
APP OF WEST VIRGINIA ED, PLLC
APP OF WEST VIRGINIA HM, PLLC
APP OF WESTERN KENTUCKY ED, PLLC
APP TEXAS, PLLC
APPROVIDERS, LLC
APPTEXASED, PLLC
APPTEXASHM, PLLC
CALEB CREEK EMERGENCY PHYSICIANS, PLLC
CAPITAL EMERGENCY PHYSICIANS LLC
CAPITAL EMERGENCY PHYSICIANS MADISON LLC
COOSA RIVER EMERGENCY PHYSICIANS, PLLC
DEGARA APP HM, PLLC
DEGARA APP, PLLC
DEGARA GARDEN CITY APP, PLLC
DEGARA GARDEN CITY, PLLC
DEGARA, P.L.L.C.
ELITE EMERGENCY HOT SPRINGS, PLLC
ELITE EMERGENCY MANAGEMENT, PLLC

ELITE EMERGENCY RUSSELLVILLE, PLLC
ELITE EMERGENCY SERVICES OF KENTUCKY, PLLC
ELITE EMERGENCY SVC OF KY, PLLC
ELITE EMERGENCY SVC OF TN, PLLC
EMERGENCY SPECIALISTS OF WELLINGTON, LLC
EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC
KALAMAZOO EMERGENCY ASSOCIATES, PLC
KIRBY EMERGENCY PHYSICIANS, P.L.L.C.
LITTLE RIVER EMERGENCY PHYSICIANS, PLLC
LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, P.L.L.C.
NETEP, PLLC
NORTHEAST TENNESSEE EMERGENCY PHYSICIANS, INC.
PROGRESSIVE MEDICAL ASSOCIATES, LLC
SAN JACINTO EMERGENCY PHYSICIANS, PLLC
ST. ANDREWS BAY EMERGENCY PHYSICIANS, PLLC
STONEY BROOK EMERGENCY PHYSICIANS, PLLC
TEP SELECT EMERGENCY SPECIALISTS PLLC
TEXOMA EMERGENCY PHYSICIANS, PLLC
TOWN SQUARE EMERGENCY ASSOCIATES, PLLC
TRUE PARTNERS EMERGENCY PHYSICIANS LLC
TRUEPARTNERS COMANCHE EMERGENCY SPECIALISTS LCC
TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC
TRUEPARTNERS MANATEE EMERGENCY SPECIALISTS LCC
TRUEPARTNERS NORTHWEST EMERGENCY ASSOCIATES, PLLC

TRUEPARTNERS RANCH EMERGENCY SPECIALISTS LCC
TRUEPARTNERS WESTLAKE EMERGENCY SPECIALISTS LCC
WEST HOUSTON EMERGENCY PHYSICIANS, P.L.L.C.
WOODLANDS EMERGENCY PHYSICIANS, PLLC

**Debtor Affiliates**

APP HOLDCO, LLC
MILLENNIUM ASSURANCE CORPORATION RISK RETENTION GROUP, INC.
CPV APP BLOCKER, INC.

**Directors and Officers**

James Decker
Jay Martus
James Frary
Briningstool, Tony
McQueen, Andy
Grimes, James
Stapleton, Matt
DYSON, FLOYD BRANDON
ERWIN, SHEILA KING
KERNER, ELIOT
YOUNG, TRACY WATKINS
HERRIN, ADAM CLAYTON
RINEHART, EDDIE CALE
WALKER, JOHN PHILLIP
FAULK, DEVIN
STEWART, STEPHANIE CHRISP
BABULA, DAVID
DE LEON, LEANDRO
FISCHER, WHITNEY
JOHNSON, MALLORY ELIZABETH
BLUE, JAMES DOUGLAS
SCOTT, BEN
DAVIS, MINDY
REED, ANDRETTA JANEE
LORTON, JEAN P
ABDUL-KAFI, MOHAMMED ADAM
CLARK, NICKY

DAVIS, DAWN BLAIR
HARDER, MELISSA DOROTHY
HORVATH, JENNIFER NICOLE
KEETON, WENDI
KRAUSE, JOHN P
LINER, TARA DAWN
LINZY, KATHERINE A
MURRAY, COTINA MARIE
PALMER JR, ISAAC ROBINSON
REYNOLDS, KATHLEEN
ROSS, BENJAMIN JON
SMOKLER, MARY ANN
SWEATT, KENT
TESTER, LORI
WHITE, DIANE MICHELLE
WHITE, JOSEPH WILIAMS
YOUREE, BENJAMIN
ZUK, LINDA KAYE
HARRIS, ELIZABETH ANN
KIDD, AARON
DERUELLE, DENNIS
ARCHER, ALAN
DIEFENBACHER, ROBERT
GOULD, JINZING
HAMRICK, PAMELA
HERRIN, ADONICA
KIDD, BRANDON
KLASSEN, BONNIE
MANN, JASON
NGUYEN, DEBORAH
PRUITT, TIMOTHY
ROBERTS, JESSE
VISSER, SULETTE
WANNEMACHER, BETH
DAVIS, SHELBY

## Secured Creditors/Noteholders

Goldman Sachs
Comvest
AB Private Credit
Brown Brothers Harriman

## Equity/Warrant Holders

Brown Brothers Harriman

John Rutledge
Jeremy Finkelstein
Tony Briningstool
Tressa Gardner

## Professionals

Huron Consulting
Pachulski Stang Ziehl & Jones LLP
Bass Berry & Sims
C Street
Epiq
BDO

## Top 50

R1 Medical Consultants Inc.
Medical Malpractice
LEMA
TruePartners
Eric Golden
CompHealth
Weatherby Locums, Inc.
BlueCross BlueShield of Tennessee
Scribe America
Shaheed Koury
Cascade Capital Funding
Willis Towers Watson Southeast, Inc.
LocumTenens.com
Open Text, Inc.
Cascade Capital Funding
Health Carousel LLC
Atlas Physicians, LLC
Dennis Deruell
Interim Physicians
BankDirect Capital Finance
FTI Consulting, Inc
McLaren Health Care Corporation
Marlab Incorporated
SHI International Corp
Praxi Management
King & Spalding
QGenda,LLC
AB Staffing Solutions
Mag Mutual
Franciscan Physicians Network

ProScribe
The Lincoln National Life Insurance Co.
AFCO
Lexx Healthcare, LLC
Elevate Healthcare Consultants
Staff Care, Inc.
Sumo Medical Staffing
BlueCross BlueShield of Michigan
Mingle Healthcare Solutions
Metlife
Okta
Datasite LLC
ConvergePoint Inc
Waller Lansden Dortch & Davis, LLP
WMU School of Medicine
Concord North Texas PLLC
NuView Telehealth LLC
SHR Talent
DocuSign Inc.
Medici Group PLLC
Medical Licensure Group
Salesforce.com Inc
Alvarez & Marsal
PC Connection Sales Corp.
LinkedIn Corporation
Collect Rx, Inc
LBMC, PC

**Litigation Opponents**

Brian Lax
Tracy Buron-Hahnlein
Werner Harhnlein
Jeremy Hader
Arik Bakshy, M.D
Prasanth Boyareddigari, MD
Prboya MD PLLC
Beau Briese, M.D.
Briese Medical Service, P.L.L.C.
Carlos Castaneda, M.D.
American Health Solutions PLLC
Benjamin Godfrey, D.O. d/b/a Little Hope
Emergency Services, PLLC
Lauren LaRoche, M.D.
LaRoche Revival, Inc.
Sonali Patel, M.D.

SCP EMERGENCY CARE LLC
Yen-Te Tu, M.D.
YTAC Inc
LINDSAY DRAGOS, M.D.
LL FOWLER PLLC,
Eric Golden
Milano Beltran
Narendra Patel
Shaheed Koury
Marcia Hammons
Jin Kim
Lee Brockett
Pendrick Capital Partners, LLC
Open Text, Inc.
Lisa Adams

**Employees**

Brent Bell
Maggie Bolinger
Allyson Craze
Jason Edwards
Adam Emling
Elisha Farless
Matt Garner
Jeff Hartline
Cline Hodge
Gloria Humphrey
Kimsey King
Tatyana Kirsanova
Ashley Martin
Jennifer Morris
Chris Norwood
Julia Yates

**Banks**

Cadence
Fifth 3rd
Bank of America
Frost Bank
Legends Bank
TX Bank & Trust
US BANK
Wells Fargo

**Landlords**

Ozburn & Company, LLC
Hutchinson Investments Co. LLC
LHRET Ascension SW Michigan LLC
Flats at McArthur #12879
VTR Desert Samaritan
Carlsbad Copperstone, LLC
Gardner Properties: TAWAS

**Utilities**

DTE Energy
Xcel Energy
Consumers Energy
Concord Technologies
AT&T
Comcast Business
Cox Business
Comcast Business
AT&T Mobility

**Customers**

Care Management Group
Caldwell Medical Center
Cook Medical Center
Regional Medical Center - Anniston
Crisp Regional Hospital
Decatur General County Hospital
Helena Regional Medical Center
Hesse Creek Emergency
Houston County Community Hospital
Jennie Stuart Medical Center
Kentucky River Medical Center
Lakeland Community Hospital
Laughlin Memorial Hospital
Lincoln Medical Center
Lovelace Health Systems, Inc.
Marshall Medical Centers
McNairy Regional Hospital
National Park Medical Center
Northwest Medical Center - Winfield
Rehoboth McKinley Christian
Russellville Hospital
Saint Mary's Regional Hospital

Shelbyville Hospital Corp.
St Andrews Bay
Regional Medical Center - Jacksonville
Three Rivers Hospital
Tift Regional Medical Center
Trigg County Hospital
Vista Health System
Huron Medical Center
McLaren Greater Lansing
McLaren Oakland
St. Joseph Health System
St. Mary's Hospital - Saginaw
St. Mary's Hospital - Standish
Gadsden Regional Medical Center
Saint Thomas DeKalb Hospital
Saint Thomas Highlands Hospital
Saint Thomas Stones River Hospital
Saint Thomas River Park Hospital
Shelby County Memorial Hospital
Cookeville Regional Medical Center
Michigan Osteopathic Association
Alta Vista Regional Hospital
McLaren Lapeer Region
Garden City Hospital
Regional Medical Center Jacksonville
Regional Medical Center Anniston
MUSC Health Marion Medical Center
Lancaster Hospital Corporation
MUSC Health Chester Medical Center
Carolina Pines Regional Medical Center
Lake Granbury Medical Center
Stringfellow Memorial Hospital
KershawHealth
Gaffney Medical Center
Jackson HMA, LLC
Natchez Hospital Company, LLC
Biloxi H.M.A., LLC
Cumberland River Hospital
Brandon HMA, LLC
Wesley Health System, LLC
Prime Healthcare- Saint John Leavenworth
LLC
Prime Healthcare- Providence LLC
Merit Health River Region- Vicksburg
Cumberland River Hospital, Inc
Ballad Health

Borgess Pipp Hospital
Borgess Medical Center
Oaklawn Hospital
Borgess at Woodbridge Hills
McLaren Caro
Flowers Hospital
Greeneville Community Hospital
McLaren Flint
McLaren Bay Region
McLaren Central Michigan
Three Rivers Health System, Inc.
Madison County Medical Center
Tennova Healthcare
Good Shepherd Medical Center Longview
Lourdes Mercy Health- Paducah
River Oaks Hospital
Banner Health
Mountain View Regional Medical Center-
Las Cruces
McLaren West Branch Free-Standing ED
Mimbres Memorial Hospital
Mesa View Regional Hospital
Heartland Regional Medical Center
EGPA
Northwest Texas Healthcare Systems
Golden Valley Memorial Hospital District
Comanche Community Memorial Hospital
Lutheran Hospital
Franciscan Alliance, Inc
Indian Path Community Hospital
Santa Rosa Medical Center
CMU
Core Clinical Management LLC
Butler University
Community Health Systems
Vanderbilt Bedford Hospital
Vanderbilt Tullahoma-Harton Hospital
Northwest Hospital, LLC
Oro Valley Hospital, LLC
TMC Bonham Hospital
Roswell Hopsital Corporation dba Eastern
New Mexico Medical Center
Carlsbad Medical Center, LLC
Northwest Medical Center Houghton
CHSPSC
Christus St. Michael Health System

Parkridge Medical Center
McLaren St. Luke's Hospital
Borgess Lee Hospital
Houston Methodist
Borgess Allegan Hospital

**Insurers/Sureties**

MagMutual Insurance Co.
Endurance American Specialty Insurance
Co.
Zurich American Insurance Co.
Houston Casualty Co.
Tokio Marine
Scottsdale Insurance Co.
Nationwide
Coalition Insurance Solutions
Evanston Insurance Co.
Peleus Insurance Co.
Freedom Specialty Insurance Co.
Nationwide
Federal Insurance Co.
Chubb
Fireman's Fund Insurance Co.
Professional Security Insurance Co.
Capitol Indemnity Corporation
Platte River Insurance Company

**Vendors**

R1 2022
CompHealth
R1 Medical Consultants Inc.
BlueCross BlueShield of Tennessee
Scribe America
Huron Consulting Services, LLC
LocumTenens.com
Staff Care, Inc.
Willis Towers Watson Southeast, Inc.
Atlas Physicians, LLC
Health Carousel LLC
BankDirect Capital Finance
Interim Physicians
FTI Consulting, Inc
McLaren Health Care Corporation
Marlab Incorporated

SHI International Corp
King & Spalding
QGenda,LLC
AB Staffing Solutions
Weatherby Locums, Inc.
Mag Mutual
Blue Torch Capital
Franciscan Physicians Network
ProScribe
The Lincoln National Life Insurance Co.
Praxi Management
AFCO
Lexx Healthcare, LLC
Elevate Healthcare Consultants
Sumo Medical Staffing
BlueCross BlueShield of Michigan
Okta
Datasite LLC
ConvergePoint Inc
Waller Lansden Dortch & Davis, LLP
Chapman and Cutler LLP
Bass Berry & Sims
WMU School of Medicine
Concord North Texas PLLC
NuView Telehealth LLC
DocuSign Inc.
Medici Group PLLC
Salesforce.com Inc
Alvarez & Marsal
Medical Licensure Group
PC Connection Sales Corp.
LinkedIn Corporation
Collect Rx, Inc
LBMC, PC
Christus Health
Vinson & Elkins LLP
The Curare Group, Inc
Brown Brothers Harriman & Co
Cogency Global
Dynamics ATS
Doximity
Jackson Physician Search
SHR Talent
Janet Gehring
A.C.E.S. Staffing Company, LLC
Bettinger, Stimler & Associates, LLC

Milliman, Inc
Jackson Lewis P.C.
Tressa Gardner
ExamWorks
Pacific Companies
Brandon Roberts
Ahmad Faour
Niraj Ganjawala
Mark Garfinkle
5by5
William Bussey
CMU Medical Education Partners
Provider's Choice Scribe Services, LLC
BDO Consulting Group, LLC
Provider Trust, Inc.
Patrick Connor
Quintairos, Prieto, Wood & Boyer, P.A.
Brad Blaker
VerityStream
Jay Patel
Frederick Flo
Indiana Emergency Care Staffing Solutions
Alexander Palma
Superior Healthcare Sourcing, LLC
Gladys Lopez
Chris Norwood
Kiran Patel
James Graybill
Chad Kovala
Robert Kenter
Apogee Informatics Corporation
National Medical Reviews, Inc.
Ankit Patel
UNUM Life Insurance Company of
America
Patrick Booth
Sycamore Physician Contracting, LLC
Kuno Creative Group, LLC
Mohammed Shaik
Pinecrest Country Club
Justin Kriezelman
James Evans
PracticeMatch Corporation
Sandeep Govil
Steve Roberts
Ryan M. Brzycki

Wendy Hoi Chan
Chirag Chavda
Troy Kramer
Raymond Choi
Kei C. Ko
Julian Coleman
FHAS, Inc.
Joseph Destefano
Alex Marsh
Tammy Germany
Spok, Inc.
Elizabeth Smith
Daniel Crane
Erich Arias
Ryan Weakley
Matthew Ross
Mary Ann Smokler
Louis Riccardo
Eric Melancon
William Gaspar
Michael Johnson
David Agyapong
Mackenzie Kamm
McLaren Lapeer Region Medical Staff Fund
John Peters
Daniel Borcherdt
Kelly Chumbley
Ben Ross
Michael Adkins
Kai Jacobson
George Nwadiaro
Oluyemisi Awobokun
Ray Quinney & Nebeker PC
Raymond Rudoni
Teri Miller
Philip Angwenyi
Tony Briningstool
Sara Campbell
Concord Technologies
Matthew Stapleton
Hien Dao
Joseph White
Enterprise Holdings, Inc.
James Chapman
Penn Krause
Practice Link

Alan Kitchens
Daniel Marino
Kelley Skinner
Miles Nelson
Caley Spotts
Installation Group
Bill Cauthen
Shane Haynes
Christine SooHoo
Aaron Basset
Anoop Rao
BMC Group VDR, LLC
Ben Youree
Stacy Prescott
Brian Page
Michael Stanek
Maximus Federal Services Inc
Gardner Properties
Kimsey King
Peter Shaw
Nathan Whelham
Kevin Farris
Contracts 365, Inc.
David Darrigan
Charles Brown
Faridoon Wahid
Alfonso Gonzalez
Anthony Trent
Jeny Tan-Creevy
Ediphy Advisors, LLC
Neal Patel
Abiodun Adefurin
Seth Klein
Sergio Sobredo Jr
David Farman
Joshua Bryan
Nathan Goldfein
Maha Hassan
Barbara Yoon
Lenita Hinkle
Eugene Delaune
Staples Advantage
Jenny Sheffer
Jennifer Bivin
Calandria Reno
Ahmed Dessouki

Amy Trott
Nirmal Onteddu
Alexander Dunlap
Robert Allison
Wendi Miller
Makram Jurdi
Marsha Loftin
Jason Pope
Ateeq Mubarik
Jorge Infante
Kyongchol Kim
Manatee Memorial Medical Staff Fund
Doris Pappas
Allyson Craze
Seth Clifford
Angelo Mishko
Logan Houlihan
Karan Passi
John Wuthrich
Jill Hafelein
Oaklawn Hospital
The Tucson Sugar Skulls
WEX Health, Inc
Derek Senior
Lisa Bigelow
Allison Field
Krystal Bortcosh
Nicole Kriske
Michelle Powers
Morgan Benson
Frary Capital Ventures
C2C Innovative Solutions, Inc
Plunkett Cooney, P.C.
Floyd Bodden
Allegra Print & Imaging
Matthew Joseph
Julie Norman
Frank Vivio
Nida Augustine
Kerollos Shaker
Kelley Bouchard
Alana Beck
Michael Disney
Collin Tebo
Peter Compton
Sharon Ross

Brandt Delhamer
Joshua Austin
Tiffany Baugus
Jordan Villa
Krista Adair
Michelle Bryan
Stephanie Penton
Evan Berg
Hesham Yasin
Mark Muiznieks
Michael Saiyasombat
Jason Fletcher
Cynthia Jainarine
Jacob Capito
David Hartman
Saied Khosrowpour
Kelsey Geer
Hee Park
Brandon Vidrine
Compensation Advantage
Richard Hanzel
Clarissa Tomlin
Shelly Campbell
Kyle Wilcox
Tim Frank
Robert Romatowski
Karoly Dobay
Aanu Ogunbanjo
Celina Doyle
Matthew Plott
Rachael Guerin
Access Data Network Solutions, Inc.
Piotr Jurgielewicz
Viktorija Petrovic
Oluwaranti Ositelu
McLaren Central Medical Staff Office
Sparkling Clean Services
Bryan Swanson
Neil Malhotra
Zachary Jakubik
Derek Nance
Kasey McKay
Amy Khong
Anwar Cameron
Jason Keller
Ashley Williamson

Edna Nessel-Juarez
Kaylise Trahan
Robert Cafe
Christus GSMC
Angela Guy
Omar Hamada
Marc Taylor
John Carey
Michael Lum Lung
Canon
Pitney Bowes
Harvest Associates, Inc.
Maurine Climie
Allison Elliott
Randall K Powers
Gunner Taylor
Ashley L. Fox
TELE-PAGE, Inc.
Erica Wilson
Melissa Welch
XMC, Inc
Amy Decker
Tennova Healthcare
Simon Warner
Dylan Bailey
Adan Menchaca
KnightHorst Shredding
EDPhysician.com
Tatyana Kirsanova
Penny Burcham
Erik Sievertsen
COMCAST
Nicole Lawson
Andrew Okpe
Adam Duley
Matthew Chandler
Rakeshkumar Patel
Diana Schultz
Justin Dzik
Julie Miles
Jason Edwards
Francisco Lanas
Spokeo, Inc.
Kristen Bagot
David Foreman
Evgenii Raikovskii

John Adams
Ari Gotlib
Jalpa Patel
Tim Smith
Domain Listings
Crystal Lewis-Hicks
David Butler
Dan Saakan
Helen Pratt
Glareh Imani
Gadsden Regional Medical Staff Office
Danielle Phillips
Quest Diagnostics
Chandler Vondy
Kenji Oyasu
NRAI Inc
Tracie Henline
Sarah Garcia
Nicholas Costanza
Paige Neaterour
June Brown
Arthur Wood
Xcel Energy
Lindsay Pruneau
Cline Hodge
Austin Alberti
Banner Health CVO
Andretta Reed
Hana Keller
Pebbles McCoy
Andrej Nedic
ASHRM
Colleen Graves
Thomas Schaefer
Kenneth Colaric
Tyler Adams
Eric Lombardi
Saidur Rahman
Interstate AC Service
Liz Harris
Hutchinson Investments Co. L.L.C.
Adam Kafi
Zaher Kalaji
Landon Casaus
Future Business Solutions, Inc
Mosaic Consulting Group, LLC

Julia Yates
Vikas Mohindra
Nicholas Vryhof
Kathleen Exner
Dinkum Interactive
Don Custodio
Experian
Wakefield and Associates
Reif Industries, P.L.
TierPoint Provider's Choice Scribe Services,
LLC

**Delaware Bankruptcy Judges and Clerks**

Honorable Ashley M. Chan
Honorable Brendan L. Shannon
Honorable Craig T. Goldblatt
Honorable J. Kate Strickles
Honorable John T. Dorsey
Honorable Karen B. Owens
Honorable Laurie Selber Silverstein
Honorable Mary F. Walrath
Honorable Thomas Horan
Al Lugano
Cacia Batts
Catherine Farrell
Cheryl Szymanski
Claire Brady
Danielle Gadson
Demitra Laletas
Jill Walker
Joan Ranieri
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Nickita Barksdale
Paula Subda
Rachel Bello
Robert Cavello

**Delaware Office of the United States Trustee**

Angelique Okita
Benjamin Hackman

Christine Green
David Buchbinder
Denis Cooke
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Karen Starr
Lauren Attix
Linda Casey
Linda Richenderfer
Michael Panacio
Nyanquoi Jones
Ramona Harris
Richard Schepacarter
Rosa Sierra
Shakima L. Dortch
T. Patrick Tinker
Timothy J. Fox, Jr.

## SCHEDULE 2

**Client Match List**

| Name | Relationship to Debtors |
|---|---|
| BANK OF AMERICA | BANK |
| US BANK | BANK |
| WELLS FARGO | BANK |

# **EXHIBIT C**

**Engagement Agreement**



# EPIQ CORPORATE RESTRUCTURING

## STANDARD SERVICES AGREEMENT

This Standard Services Agreement is being entered into by and between the undersigned parties, referred to herein as "Epiq" and American Physician Partners, LLC (the "Client") as of the Effective Date, as defined below.  In consideration of the premises herein contained and of other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

## General Terms and Conditions

**1.  Services.**

In accordance with the charges, terms and conditions contained in this agreement and in the schedule(s) attached hereto (collectively, the "Agreement"), Epiq agrees to furnish Client with the services set forth on the Services Schedule hereto (the "Services") in connection with a corporate restructuring.  Services will be provided on an as needed basis and upon request or agreement of Client.  Charges for the Services will be based on the pricing schedule provided to Client hereto (the "Pricing Schedule").  The Pricing Schedule sets forth individual unit pricing for each of the Services provided by Epiq and represents a bona fide proposal for that Service.  Client may request separate Services or all of the Services reflected in the Pricing Schedule.

**2.  Term.**

This Agreement shall become effective on the date of its acceptance by both Epiq and Client; provided, however, Epiq acknowledges that Bankruptcy Court approval of its engagement may be required in order for Epiq to be engaged in a chapter 11 proceeding.  The Agreement shall remain in effect until terminated: (a) by Client, on thirty (30) days' prior written notice to Epiq and, to the extent Epiq has been retained by Bankruptcy Court order, entry of an order of the Bankruptcy Court discharging Epiq; or (b) by Epiq, on ninety (90) days' prior written notice to Client and, to the extent Epiq has been retained by Bankruptcy Court order, entry of an order of the Bankruptcy Court discharging Epiq.

**3.  Charges.**

3.1   For the Services and materials furnished by Epiq under this Agreement, Client shall pay the fees, charges and costs set forth in the Pricing Schedule subject to any previously agreed upon discount if applicable.  Epiq will bill Client monthly.  All invoices shall be due and payable upon receipt.

3.2   Epiq reserves the right to make reasonable increases to the unit prices, charges and professional service rates reflected in the Pricing Schedule on an annual basis effective January 2, 2024.  If such



annual increases exceed 10% from the prior year's level, Epiq shall provide sixty (60) days' prior written notice to Client of such proposed increases.

3.3    Client agrees to pay Epiq for all materials necessary for performance of the Services under this Agreement (other than computer hardware and software) and any reasonable out of pocket expenses including, without limitation, transportation, long distance communications, printing, photocopying, fax, postage and related items.

3.4    Client shall pay or reimburse all taxes applicable to services performed under this Agreement and, specifically, taxes based on disbursements made on behalf of Client, notwithstanding how such taxes may be designated, levied or based.  This provision is intended to include sales, use and excise taxes, among other taxes, but is not intended to include personal property taxes or taxes based on net income of Epiq.

3.5    Client shall pay to Epiq any actual charges (including fees, costs and expenses as set forth in the Pricing Schedule) related to, arising out of or resulting from any Client error or omission.  Such charges may include, without limitation, print or copy re-runs, supplies, long distance phone calls, travel expenses and overtime expenses for work chargeable at the rates set forth on the Pricing Schedule.

3.6    In the event of termination pursuant to Section 2 hereof, Client shall be liable for all amounts then accrued and/or due and owing to Epiq under the Agreement.

3.7    To the extent permitted by applicable law, Epiq shall receive a retainer in the amount of $25,000 (the "Retainer") that may be held by Epiq as security for Client's payment obligations under the Agreement.  The Retainer is due upon execution of this Agreement.  Epiq shall be entitled to hold the Retainer until the termination of the Agreement.  Following termination of the Agreement, Epiq shall return to Client any amount of the Retainer that remains following application of the Retainer to the payment of unpaid invoices.

**4.    Confidentiality.**

Client data provided to Epiq during the term of this Agreement in connection with the Services ("Client Data") shall be maintained confidentially by Epiq in the same manner and to the same level as Epiq safeguards data relating to its own business; provided, however, that if Client Data is publicly available, was already in Epiq's possession or known to it, was required to be disclosed by law, was independently developed by Epiq without use or reference to any Client Data, or was rightfully obtained by Epiq from a third party, Epiq shall bear no responsibility for public disclosure of such data.  Client agrees that Epiq shall not be liable for damages or losses of any nature whatsoever arising out of the unauthorized acquisition or use of any Client Data or other Client materials provided to Epiq in the performance of this Agreement.



**5.  Title to Property.**

Epiq reserves all property rights in and to all materials, concepts, creations, inventions, works of authorship, improvements, designs, innovations, ideas, discoveries, know-how, techniques, programs, systems and other information, including, without limitation, data processing programs, specifications, applications, processes, routines, sub-routines, procedural manuals and documentation furnished or developed by Epiq for itself or for use by Client (collectively, the "Property").  Charges paid by Client do not vest in Client any rights to the Property, it being expressly understood that the Property is made available to Client under this Agreement solely for Client's use during and in connection with each use of the Epiq equipment and services.  Client agrees not to copy or permit others to copy any of the Property.

**6.  Disposition of Data.**

6.1   Client is responsible for the accuracy of the programs and Client Data it provides or gives access to Epiq and for the output resulting from such data.  Client shall initiate and maintain backup files that would allow Client to regenerate or duplicate all programs and Client Data which Client provides or gives access to Epiq.  Client agrees, represents and warrants to Epiq that, prior to delivery of any Client Data to Epiq, it has full authority to deliver Client Data to Epiq.  Client agrees, represents and warrants to Epiq that it has obtained binding consents, permits, licenses and approvals from all necessary persons, authorities or individuals, and has complied with all applicable policies, regulations and laws, required by Client, in order to allow Epiq to use all Client Data delivered to it in connection with its Services.  Epiq shall not be liable for, and Client accepts full responsibility for, any liability or obligation with respect to Client Data prior to Epiq's receipt, including without limitation, any liability arising during the delivery of Client Data to Epiq.

6.2   Any Client Data, programs, storage media or other materials furnished by Client to Epiq in connection with this Agreement (collectively, the "Client Materials") may be retained by Epiq until the services provided pursuant to this Agreement are paid for in full, or until this Agreement is terminated with the services provided herein having been paid for in full.  Client shall remain liable for all out of pocket charges incurred by Epiq under this Agreement as a result of any Client Materials maintained by Epiq.  Epiq shall dispose of Client Materials in the manner requested by Client (except to the extent disposal may be prohibited by law).  Client agrees to pay Epiq for reasonable expenses incurred as a result of the disposition of Client Materials.  Epiq reserves the right to dispose of any Client Materials if this Agreement is terminated without Client's direction as to the return or disposal of Client Materials or Client has not paid all charges due to Epiq for a period of at least ninety (90) days; provided, however, Epiq shall provide Client with thirty (30) days' prior written notice of its intent to dispose of such data and media.

**7.  Indemnification.**



Client shall indemnify, defend and hold Epiq, its affiliates, parent, and each such entity's officers, members, directors, agents, representatives, managers, consultants and employees (each an "Indemnified Person") harmless from and against any and all losses, claims, damages, liabilities, costs (including, without limitation, costs of preparation and attorneys' fees) and expenses as incurred (collectively, "Losses"), to which any Indemnified Person may become subject or involved in any capacity arising out of or relating to this Agreement or Epiq's rendering of services pursuant hereto, regardless of whether any of such Indemnified Persons is a party thereto, other than Losses resulting solely from Epiq's gross negligence or willful misconduct. Without limiting the generality of the foregoing, "Losses" includes any liabilities resulting from claims by third persons against any Indemnified Person. Client and Epiq shall notify the other party in writing promptly of the commencement, institution, threat, or assertion of any claim, action or proceeding of which Client is aware with respect to the services provided by Epiq under this Agreement. Such indemnity shall remain in full force and effect regardless of any investigation made by or on behalf of Client, and shall survive the termination of this Agreement until the expiration of all applicable statutes of limitation with respect to Epiq's liabilities.

## 8. Limitation of Liability

NOTWITHSTANDING ANYTHING TO THE CONTRARY IN THIS AGREEMENT, THIS SECTION SHALL CONTROL.

(a) EACH PARTY AND ITS RESPECTIVE AGENTS SHALL NOT HAVE ANY OBLIGATION OR LIABILITY TO THE OTHER PARTY OR TO ANY THIRD PARTY (WHETHER IN TORT, EQUITY, CONTRACT, WARRANTY OR OTHERWISE AND NOTWITHSTANDING ANY FAULT, NEGLIGENCE, PRODUCT LIABILITY, OR STRICT LIABILITY IN ACCORDANCE WITH APPLICABLE LAW, RULE OR REGULATION) FOR ANY INDIRECT, GENERAL, PUNITIVE, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES, INCLUDING BUT NOT LIMITED TO BUSINESS INTERRUPTION, LOST WAGES, BUSINESS OR PROFITS, OR LOSS OF DATA INCURRED BY CLIENT OR ANY OTHER PERSON, ARISING OUT OF RELATING TO THIS AGREEMENT, OR ANY USE, INABILITY TO USE OR RESULTS OF USE OF THE SERVICES OR SOFTWARE OR OTHERWISE, EVEN IF SUCH PARTY WAS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

(b) EPIQ SHALL NOT BE LIABLE TO CLIENT FOR ANY LOSSES REGARDLESS OF THEIR NATURE THAT ARE CAUSED BY OR RELATED TO A FORCE MAJEURE EVENT.

(c) THE TOTAL LIABILITY OF EACH PARTY AND ITS AGENTS TO THE OTHER PARTY OR TO ANY THIRD PARTY FOR ALL LOSSES ARISING OUT OF OR RELATING TO THIS AGREEMENT, OR THE SERVICES SHALL NOT EXCEED THE TOTAL AMOUNT PAID BY THE CLIENT TO EPIQ FOR THE PARTICULAR SERVICES WHICH GAVE RISE TO THE LOSSES IN THE IMMEDIATE SIX (6) MONTHS PRIOR TO THE DATE OF THE ACTION GIVING RISE TO THE ALLEGED LOSS.



## 9.   Representations / Warranties.

Epiq makes no representations or warranties, express or implied, including, without limitation, any implied or express warranty of merchantability, suitability, fitness or adequacy for a particular purpose or use, quality, productiveness or capacity.

## 10. Confidential On-Line Workspace

Upon request of Client, Epiq shall be authorized to: (a) establish a confidential on-line workspace with an outside vendor in connection with the provision of its services to Client pursuant to this Agreement; and (b) with the consent of Client and/or its designees, publish documents and other information to such confidential workspace.  By publishing documents and other information to this confidential workspace in accordance with the foregoing, Epiq shall not be considered in violation of any of the provisions of this Agreement, including, but not limited to, Section 4 (Confidentiality).

## 11.   General

11.1  No waiver, alteration, amendment or modification of any of the provisions of this Agreement shall be binding upon either party unless signed in writing by a duly authorized representative of both parties.

11.2  This Agreement may not be assigned by Client without the express written consent of Epiq, which consent shall not be unreasonably withheld.  The services provided under this Agreement are for the sole benefit and use of Client, and shall not be made available to any other persons.

11.3  This Agreement shall be governed by the laws of the State of New York, without regard to that state's provisions for choice of law.  Client and Epiq agree that any controversy or claim arising out of or relating to this Agreement or the alleged breach thereof shall be settled by mandatory, final and binding arbitration before the American Arbitration Association in New York, New York and such arbitration shall comply with and be governed by the rules of the American Arbitration Association, provided that each party may seek interim relief in court as it deems necessary to protect its confidential information and intellectual property rights.  Any arbitration award rendered pursuant to this provision shall be enforceable worldwide.

11.4  The parties hereto agree that this Agreement is the complete and exclusive statement of the agreement between the parties which supersedes all proposals or prior agreements, oral or written, and all other communications between the parties relating to the subject matter of this Agreement.

11.5  Client will use its best efforts to cooperate with Epiq at Client's facilities if any portion of the Services requires its physical presence thereon.



11.6 In no event shall Epiq's Services constitute or contain legal advice or opinion, and neither Epiq nor its personnel shall be deemed to practice law hereunder.

11.7 Except for Client's obligation to pay fees, expenses and charges hereunder when due, neither party shall be in default or otherwise liable for any delay in or failure of its performance under this Agreement to the extent such delay or failure arises by reason of any act of God, any governmental requirement, act of terrorism, riots, epidemics, flood, strike, lock-out, industrial or transportation disturbance, fire, lack of materials, war, event of force majeure, or other acts beyond the reasonable control of a performing party.

11.8 This Agreement may be executed in counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same agreement.

11.9 All clauses and covenants in this Agreement are severable; in the event any or part of them are held invalid or unenforceable by any court, such clauses or covenants shall be valid and enforced to the fullest extent available, and this Agreement will be interpreted as if such invalid or unenforceable clauses or covenants were not contained herein.  The parties are independent contractors and, except as expressly stated herein, neither party shall have any rights, power or authority to act or create an obligation on behalf of the other party.



11.10    Notices to be given or submitted by either party to the other, pursuant to this Agreement, shall be sufficiently given or made if given or made in writing and sent by hand delivery, overnight or certified mail, postage prepaid, and addressed as follows:

<u>If to Epiq</u>:

Epiq Corporate Restructuring, LLC
777 Third Avenue, 12th Floor
New York, New York 10017
Attn:  Brad Tuttle

<u>If to Client</u>:

American Physician Partners, LLC
5121 Maryland Way, Suite 300
Brentwood, TN 37027
Attn:  John DiDonato
Attn:  James Nugent
Attn: David Babula

<u>With a copy to</u>:

Pachulski Stang Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE  19801
Attn:  Laura Davis Jones

11.11 Invoices sent to Client should be delivered to the following address:

American Physician Partners, LLC
5121 Maryland Way
Suite 300,
Brentwood, TN 37027

Email:        jdidonato@hcg.com
              jenugent@appartners.com
              dbabula@appartners.com

11.12    The "Effective Date" of this Agreement is June 30, 2023.



IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

**EPIQ CORPORATE RESTRUCTURING, LLC**

_____
Name:  Brad Tuttle
Title:   General Manager

**AMERICAN PHYSICIAN PARTNERS**

By: _____
Name: James E. Nugent

Title:   Interim Chief Executive Officer



# SERVICES SCHEDULE

## SCHEDULES/STATEMENT PREPARATION

➢ Assist the Debtors with administrative tasks in the preparation of their bankruptcy Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements"), including (as needed):

- Coordinate with the Client and its advisors regarding the Schedules and Statements process, requirements, timelines and deliverables.
- Create and maintain databases for maintenance and formatting of Schedules and Statements data.
- Coordinate collection of data from Client and advisors.
- Provide data entry and quality assurance assistance regarding Schedules and Statements, including, specifically, the creation of Schedule G.

## CLAIMS MANAGEMENT

➢ Maintain copies of all proofs of claim and proofs of interest filed (in hard copy and electronic form).

➢ Provide a secure on-line tool through which creditors can file proofs of claim and related documentation, eliminating costly manual intake, processing and data entry of paper claims and ensuring maximum efficiency in the claim-filing process.

➢ Create and maintain electronic databases for creditor/party in interest information provided by the debtor (e.g., creditor matrix and Schedules of Statements of Assets and Liabilities) and creditors/parties in interest (e.g., proof of claim/interests).

➢ Process all proof of claim/interest submitted.

➢ Provide access to the public for examination of copies of the proofs of claim or interest without charge during regular business hours.

➢ Maintain official claims registers, including, among other things, the following information for each proof of claim or proof of interest:

- Name and address of the claimant and any agent thereof, if the proof of claim or proof of interest was filed by an agent;
- Date received;
- Claim number assigned; and
- Asserted amount and classification of the claim.



➢ Create and maintain a website with general case information, key documents, claim search function, and mirror of ECF case docket.

➢ Transmit to the Clerk's office a copy of the claims registers on a monthly basis, unless requested by the Clerk's office on a more or less frequent basis or, in the alternative, make available the claims register on-line.

➢ Implement necessary security measures to ensure the completeness and integrity of the claims registers.

➢ Record all transfers of claims pursuant to Bankruptcy Rule 3001(e) and provide notice of such transfers as required by Bankruptcy Rule 3001(e).

➢ Maintain an up-to-date mailing list for all entities that have filed a proof of claim, proof of interest or notice of appearance, which list shall be available upon request of a party in interest or the Clerk's office.

## NOTICING

➢ Prepare and serve required notices in these Chapter 11 cases, including:

- Notice of the commencement of these Chapter 11 cases and the initial meeting of creditors under section 341(a) of the Bankruptcy Code;

- Notice of any auction sale hearing;

- Notice of the claims bar date;

- Notice of objection to claims;

- Notice of any hearings on a disclosure statement and confirmation of the plan of reorganization; and

- Other miscellaneous notices to any entities, as the debtor or the Court may deem necessary or appropriate for an orderly administration of these Chapter 11 cases.

➢ After service of a particular notice - whether by regular mail, overnight or hand delivery, email or facsimile service - file with the Clerk's office an affidavit of service that includes a copy of the notice involved, a list of persons to whom the notice was mailed and the date and manner of mailing.

➢ Update claim database to reflect undeliverable or changed addresses.



➢ Coordinate publication of certain notices in periodicals and other media.

➢ Distribute Claim Acknowledgement Cards to creditor having filed a proof of claim/interest.

## BALLOTING/TABULATION

➢ Provide balloting services in connection with the solicitation process for any chapter 11 plan for which a disclosure statement has been approved by the court, including (as needed):

- Consult with Client and its counsel regarding timing issues, voting and tabulation procedures, and documents needed for the vote.

- Review of voting-related sections of the voting procedures motion, disclosure statement and ballots for procedural and timing issues.

- Assist in obtaining information regarding members of voting classes, including lists of holders of bonds from DTC and other entities (and, if needed, assist Client in requesting these listings).

- Coordinate distribution of solicitation documents.

- Respond to requests for documents from parties in interest, including brokerage firm and bank back-offices and institutional holders.

- Respond to telephone inquiries from lenders, bondholders and nominees regarding the disclosure statement and the voting procedures.

- Receive and examine all ballots and master ballots cast by voting parties.  Date- stamp the originals of all such ballots and master ballots upon receipt.

- Tabulate all ballots and master ballots received prior to the voting deadline in accordance with established procedures and prepare a certification for filing with the court.

Undertake such other duties as may be requested by the Client.

## CALL CENTER

➢ Provide state-of-the-art Call Center facility and services, including (as needed):

- Create frequently asked questions, call scripts, escalation procedures and call log formats.
- Record automated messaging.
- Train Call Center staff.
- Maintain and transmit call log to Client and advisors.



**MISCELLANEOUS**

➢ Provide such other claims processing, noticing and related administrative services as may be requested from time to time by the Client.

➢ Promptly comply with such further conditions and requirements as the Court may at any time prescribe.

➢ Comply with applicable federal, state, municipal, and local statutes, ordinances, rules, regulations, orders and other requirements.

➢ Provide temporary employees to the Clerk's Office to process claims, as necessary.



# PRICING SCHEDULE

## CLAIM ADMINISTRATION HOURLY RATES

| Title | Rates |
|---|---|
| IT / Programming | $30.00 – $80.00 |
| Project Managers/Consultants/ Directors | $55.00 – $165.00 |
| Solicitation Consultant | $175.00 |
| Executive Vice President, Solicitation | $185.00 |
| Executives | No Charge |

## CLAIMS AND NOTICING RATES[1]

| | |
|---|---|
| Printing | $0.10 per image |
| Personalization / Labels | WAIVED |
| Envelopes | VARIES BY SIZE |
| Postage / Overnight Delivery | AT COST AT PREFERRED RATES |
| E-Mail Noticing | WAIVED FOR MSL/Quoted for High Volume |
| Fax Noticing | $0.05 per page |
| Claim Acknowledgement Letter | $0.05 per letter |
| Publication Noticing | Quoted at time of request |

## DATA MANAGEMENT RATES

| | |
|---|---|
| Creditor/Data Records, Maintenance and Security | $0.10 per record/month |
| Electronic Imaging | $0.10 per image; no monthly storage charge |
| Website Hosting Fee | NO CHARGE |
| CD- ROM (Mass Document Storage) | $5 per CD |

## ON-LINE CLAIM FILING SERVICES

| | |
|---|---|
| On-Line Claim Filing | NO CHARGE |

---

[1]    Noticing via overnight delivery after traditional overnight drop-off times (e.g., 9:00 p.m. in NYC) may result in additional print charges.



## CALL CENTER RATES

| | |
|---|---|
| Standard Call Center Setup | WAIVED |
| Call Center Operator | $55 per hour |
| Voice Recorded Message | $0.34 per minute |

## OTHER SERVICES RATES

| | |
|---|---|
| Custom Software, Workflow and Review Resources | Quoted at time of request |
| Strategic Communication Services | Quoted at time of request |
| Escrow Services | Quoted at time of request /competitive rates |
| Securities Exchange / ATOP Event | Quoted at time of request |
| eDiscovery | Quoted at time of request, bundled pricing available |
| Virtual Data Room -- Confidential On-Line Workspace | Quoted at time of request |
| Disbursements -- Check and/or Form 1099 | Quoted at time of request |
| Disbursements -- Record to Transfer Agent | Quoted at time of request |