# **<u>EXHIBIT A</u>**

AMERICAN PHYSICIAN HOLDINGS, LLC (DE)
Management Services Agreement (with American Physician Holdings, LLC)
DR. BRININGSTOOL
100% of all entities
ALIGN, M.D., PLLC (TN) 27-2784002
APP ICU, PLLC (TN) 88-2160260
APP MDPARTNERS OF GA, LLC (GA) 47-4384110
APP MDPARTNERS, PLLC (TN)(AL)(GA) 26-3652595
APP OF ALABAMA HM, LLC (TN)(AL) 83-1867366
APP OF ARKANSAS ED, PLLC (TN)(AR) 81-3446341
APP OF ARKANSAS HM, PLLC (TN)(AR) 81-5215552
APP OF EAST TENNESSEE ED, PLLC (TN) 84-2601356
APP OF EAST TENNESSEE HM, PLLC (TN) 84-2611267
APP OF ILLINOIS ED, PLLC (TN)(IL) 81-3460247
APP OF ILLINOIS HM, PLLC (TN)(IL) 81-3471710
APP OF INDIANA ED, PLLC (TN)(IN) 83-4230134
APP OF INDIANA HM, PLLC (TN)(IN) 83-4265410
APP OF KANSAS ED, PLLC (TN)(KS) 82-4555620
APP OF KANSAS HM, PLLC (TN)(KS) 83-4645947
APP OF KENTUCKY ED, PLLC (TN)(KY) 47-1755139
APP OF KENTUCKY HM, PLLC (TN)(KY) 83-4631795
APP OF MICHIGAN ED, PLLC (TN) 83-0641478
APP OF NEW MEXICO ED, PLLC (TN)(NM) 47-5305721
APP OF NEW MEXICO HM, PLLC (TN)(NM) 81-2948428
APP OF NORTH CAROLINA ED, PLLC (TN) 84-3805456
APP OF NORTH CAROLINA HM, PLLC (TN) 84-3829420
APP OF OHIO ED, PLLC (TN)(OH) 81-5228355
APP OF OHIO HM, PLLC (TN)(OH) 82-1946647
APP OF SOUTH CAROLINA ED, PLLC (TN)(SC) 82-2136565
APP OF SOUTH CAROLINA HM, PLLC (TN)(SC) 82-2122719
APP OF SOUTHERN NEW MEXICO ED, PLLC (TN)(NM) 83-4236808
APP OF SOUTHERN NEW MEXICO HM, PLLC (TN)(NM) 83-4286080
APP OF TENNESSEE ED, PLLC (TN)(VA) 46-4682498
APP OF TENNESSEE HM, PLLC (TN) 45-4618242
APP OF WEST VIRGINIA ED, PLLC (TN) 82-3877699
APP OF WEST VIRGINIA HM, PLLC (TN) 82-4026623
APP OF WESTERN KENTUCKY ED PLLC (TN)(KY) 83-4667189
APPTEXAS HM, PLLC (TN)(TX) 82-2809517
CALEB CREEK EMERGENCY PHYSICIANS, PLLC (TN) 27-3582566
COOSA RIVER EMERGENCY PHYSICIANS, PLLC (TN)(AL) 45-5391282
DEGARA APP, PLLC (TN)(MI) 81-4577266
DEGARA GARDEN CITY APP, PLLC (TN)(MI) 81-4594744
ELITE EMERGENCY HOT SPRINGS, PLLC (TN)(AR) 47-3978290
ELITE EMERGENCY MANAGEMENT, PLLC (TN) 45-3127118
100%
APP OF ALABAMA ED, LLC (AL) 90-0756616
ELITE EMERGENCY RUSSELLVILLE, PLLC (TN)(AR) 47-3992211
ELITE EMERGENCY SERVICES OF KENTUCKY, PLLC (KY) 90-0788338
ELITE EMERGENCY SVC OF KY, PLLC (KY) 47-3053873
ELITE EMERGENCY SVC OF TN, PLLC (TN) 47-3040230
APP OF NEVADA ED, PLLC (TN)(NV) 84-2368344
KALAMAZOO EMERGENCY ASSOCIATES, PLC (MI) 38-2302460
LITTLE RIVER EMERGENCY PHYSICIANS, PLLC (TN)(KY) 45-4000670
NETEP, PLLC (TN) 83-2430927
ST. ANDREWS BAY EMERGENCY PHYSICIANS, PLLC (TN)(FL) 45-4599207
STONEY BROOK EMERGENCY PHYSICIANS, PLLC (TN)(AL) 46-2434775



