**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) Case No. 23-11469 (BLS) |
| | ) |
| Debtors. | ) (Joint Administration Requested) |
| | ) |

**Hearing Date: September 21, 2023 at 9:30 a.m. (ET)**

**NOTICE OF HEARING ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE** that on September 18, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") with the Clerk of the United States Bankruptcy Court for the District of Delaware.  The Debtors are continuing to operate their businesses and manage their affairs as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that, together with their chapter 11 petitions, the Debtors also filed the following applications and motions set forth below (collectively, the "First Day Motions").  The Debtors intend to seek approval of certain of the First Day Motions at a hybrid hearing conducted in-person and via Zoom videoconference[2] (the

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners.  The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

[2] Any party who wishes to attend the video conference is required to register at the following link: https://protect-us.mimecast.com/s/DMR_Cv2jr2Uy8O1EUQxvXc

"First Day Hearing") before the Honorable Brendan L. Shannon at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801, on **September 21, 2023 at 9:30 a.m. (prevailing Eastern Time)**.

## Administrative Motions

1.  Debtors' Motion for Order Directing Joint Administration of Related Chapter 11 Cases for Procedural Purposes Only [Filed 9/19/2023, **Docket No. 3**]

2.  Debtors' Application for Entry of an Order (I) Approving the Retention and Appointment of Epiq Corporate Restructuring, LLC as the Claims and Noticing Agent to the Debtors, Effective *nunc pro tunc* to the Petition Date, and (II) Granting Related Relief [Filed 9/19/2023, **Docket No. 11**]

3.  Debtors' Motion for Entry of an Order: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Filed 9/19/2023, **Docket No. 5**]

4.  Debtors' Motion for Entry of an Order Authorizing Certain Procedures to Maintain Confidentiality of Protected Health Information as Required by Applicable Privacy Rules [Filed 9/19/2023, **Docket No. 13**]

## First Day Motions Pertaining to Operations

5.  Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Relating Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed 9/19/2023, **Docket No. 6**]

6.  Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Pay Prepetition Wages, Salaries, Reimbursable Expenses, and Other Obligations on Account of Compensation and Benefit Programs and (B) Continue Compensation and Benefits Programs and (II) Granting Related Relief [Filed 9/19/2023, **Docket No. 8**]

7.  Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Filed 9/19/2023, **Docket No. 12**]

8.  Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 366 and Fed. R. Bankr. P. 6003 and 6004 for Entry of Interim and Final Orders: (I) Approving Debtors' Proposed Form of Adequate Assurance of Payment to Utility Companies; (II) Establishing Procedures for Resolving Objections by Utility Companies; (III) Prohibiting Utility Companies from

DOCS_DE:244920.1 03370/001

Altering, Refusing, or Discontinuing Service, and (IV) Granting Related Relief [Filed 9/19/2023, **Docket No. 15**]

9.    Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Debtors to (A) Continue to Maintain Their Insurance Policies and Programs, (B) Honor all Insurance Obligations, (C) Renew, Amend, Supplement, Extend, or Purchase and Finance Insurance Policies and (II) Granting Related Relief [Filed 9/19/2023, **Docket No. 9**]

10.    Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Perform Under Services Agreement with Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, and (III) Granting Related Relief [Filed 9/19/2023, **Docket No. 4**]

11.    Debtors' Motion for Entry of an Order Authorizing Debtors File Under Seal Certain Information Related to Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Perform Under Services Agreement with Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, and (III) Granting Related Relief [Filed 9/19/2023, **Docket No. 7**]

## Cash Collateral Motion

12.    Motion of the Debtors Pursuant to Sections 105, 361, 362, 363, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2 for Interim and and Final Orders (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Filed 9/19/2023, **Docket No. 10**]

## Motions for Scheduling

13.    Debtors' Motion for an Order Authorizing Debtors to Exercise Their Ownership Rights over Trust Assets Currently Held in "Rabbi Trust" for the Debtors' Nonqualified "Defined Contribution" Deferred Contribution Plans [Filed 9/19/2023, **Docket No. 16**]

14.    Debtors' First Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed 9/19/2023, **Docket No. 14**]

## Combined Plan/DS

15.    Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed 9/19/2023, **Docket No. 17**]

**PLEASE TAKE FURTHER NOTICE** that copies of the First Day Motions may be obtained free of charge by visiting the website of Epiq Corporate Restructuring, LLC, at

https://dm.epiq11.com/AmericanPhysicianPartners.  Further information may be obtained by calling

Epiq Corporate Restructuring, LLC at: 1-877-637-5041 (U.S. and Canada) or +1 503-917-3153

(International) (toll free). You may also obtain copies of any pleadings by visiting the Court's

website at http://www.deb.uscourts.gov in accordance with the procedures and fees set forth

therein.

PLEASE TAKE FURTHER NOTICE that any and all objections to the First Day

Motions may be made at the First Day Hearing.

Dated:  September 19, 2023                          PACHULSKI STANG ZIEHL & JONES LLP


                                                   */s/ Laura Davis Jones*
                                                   Laura Davis Jones (DE Bar No. 2436)
                                                   David M. Bertenthal (CA Bar No. 167624)
                                                   Timothy P. Cairns (DE Bar No. 4228)
                                                   919 North Market Street, 17th Floor
                                                   P.O. Box 8705
                                                   Wilmington, Delaware 19899-8705 (Courier 19801)
                                                   Telephone:  302-652-4100
                                                   Facsimile:  302-652-4400
                                                   email:  ljones@pszjlaw.com
                                                           dbertenthal@pszjlaw.com
                                                           tcairns@pszjlaw.com

                                                   *Proposed Counsel for Debtors and Debtors in*
                                                   *Possession*