# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, et al.,[1] | Case No. 23-11469 (BLS) |
| Debtors. | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Goldman Sachs Specialty Lending Group, L.P. ("**Goldman Sachs Specialty Lending**") and demand, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and sections 1109(b) and 342 of Title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| W. Austin Jowers (*pro hac vice* pending) **KING & SPALDING LLP** 1180 Peachtree Street, NE, Suite 1600 Atlanta, GA 30309 Telephone: (404) 572-4600 Email: ajowers@kslaw.com | John H. Knight (No. 3848) Zachary J. Javorsky (No. 7069) **RICHARDS, LAYTON & FINGER, P.A.** One Rodney Square 920 North King Street Wilmington, Delaware 19801 Telephone: (302) 651-7700 Facsimile: (302) 651-7701 Email: knight@rlf.com         javorsky@rlf.com |
| Lindsey Henrikson (*pro hac vice* pending) **KING & SPALDING LLP** 110 N. Wacker Dr, Suite 3800 Chicago, IL 60606 Telephone: (312) 995-6333 Email: lhenrikson@kslaw.com | |

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, all orders and notices of any application, motion, order, petition, pleading, request, complaint, or demand, statement of financial affairs, operating report, schedule of assets and liabilities, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile transmission, or otherwise, that affects the Debtors, property of the Debtors, or property of the estates.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of Goldman Sachs Specialty Lending to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Goldman Sachs Specialty Lending's right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Goldman Sachs Specialty Lending's right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Goldman Sachs Specialty Lending's right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Goldman Sachs Specialty Lending is or may be entitled to under any agreement, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Goldman Sachs Specialty Lending expressly reserves.

Dated: September 19, 2023
Wilmington, Delaware

*/s/ John H. Knight*
John H. Knight (No. 3848)
Zachary J. Javorsky (No. 7069)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: knight@rlf.com
    javorsky@rlf.com

-and-

W. Austin Jowers (*pro hac vice* pending)
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
Telephone: (404) 572-4600
Email: ajowers@kslaw.com

-and-

Lindsey Henrikson (*pro hac vice* pending)
**KING & SPALDING LLP**
110 N. Wacker Dr, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Email: lhenrikson@kslaw.com

*Counsel to Goldman Sachs Specialty Lending*