## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, et al.,[1] | Case No. 23-11469 (BLS) |
| Debtors. | (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Lindsey Henrikson of King & Spalding LLP, 110 N. Wacker Dr, Suite 3800, Chicago, IL 60606, to represent Goldman Sachs Specialty Lending Group, L.P. in the above-captioned cases and in any related adversary proceedings.

Dated: September 19, 2023
Wilmington, Delaware

*/s/ John H. Knight*
John H. Knight (No. 3848)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile:  (302) 651-7701
Email:  knight@rlf.com

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

## <u>CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*</u>

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Court Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: September 19, 2023

*/s/ Lindsey Henrikson*

Lindsey Henrikson (*pro hac vice* pending)
**KING & SPALDING LLP**
110 N. Wacker Dr, Suite 3800
Chicago, IL 60606
Telephone: (312) 995-6333
Email: lhenrikson@kslaw.com

## <u>ORDER GRANTING MOTION</u>

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.