IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*, | ) ) ) | Case No. 23-11469 (BLS) |
| Debtors. | ) ) | (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

        Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Maxim B. Litvak of Pachulski Stang Ziehl & Jones LLP, to represent the debtors and debtors in possession, in the above-captioned cases and any related proceedings.

Dated:  September 19, 2023

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705 (Courier 19801)

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

        Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the States of California and Texas, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  September 19, 2023

*/s/ Maxim B. Litvak*
Maxim B. Litvak (CA Bar No. 215852)
Pachulski Stang Ziehl & Jones LLP
One Sansome Street, Suite 3430
San Francisco, CA  94104
Telephone:  (415) 263-7000
Facsimile:  (415) 263-7010

### ORDER GRANTING MOTION

        IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: September 20th, 2023
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:244493.1 70786/001