**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| tiffan | ) |
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN PHYSICIAN PARTNERS, LLC, | ) Case No. 23-11469 (BLS) |
| *et al.*,[1] | ) |
| | ) (Joint Administration Requested) |
| Debtors. | ) |
| | ) **Ref. Docket Nos. 19, 20 & 22** |

<u>**CERTIFICATE OF SERVICE**</u>

I, GEOFF ZAHM, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  I caused to be served the:

    a.  "Notice of Hearing on First Day Motions," dated September 19, 2023 [Docket No. 19], (the "1st Day Hearing"),

    b.  "Notice of Hearing on Motion of the Debtors Pursuant to Sections 105, 361, 362, 363, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2 for Interim and Final Orders (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing," dated September 19, 2023 [Docket No. 20], (the "DIP Hearing"), and

    c.  "Notice of Agenda of First Day Matters Scheduled for Hearing on September 21, 2023 at 9:30 a.m. (Eastern Time) Before the Honorable Brendan L. Shannon, in the U.S. Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801," dated September 19, 2023 [Docket No. 22], (the "Agenda"),

by causing true and correct copies of the:

    i.  1st Day Hearing, DIP Hearing, and Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit A</u> on September 19th, 2023,

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at <u>https://dm.epiq11.com/AmericanPhysicianPartners</u>. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

ii.   1st Day Hearing and Agenda to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u> on September 19th, 2023,

iii.   1st Day Hearing and Agenda to be enclosed securely in a postage pre-paid envelope and delivered via overnight mail to *Reliance Trust Company; 1100 Abernathy Road NE; Suite 400; Atlanta, GA 30328-5646* on September 20th, 2023,

iv.   1st Day Hearing, DIP Hearing and Agenda to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u> on September 19th, 2023,

v.   1st Day Hearing and Agenda to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u> on September 19th, 2023,

vi.   1st Day Hearing, DIP Hearing and Agenda to be delivered via facsimile to those parties listed on the annexed <u>Exhibit E</u> on September 19th, 2023, and

vii.   1st Day Hearing and Agenda to be delivered via facsimile to those parties listed on the annexed <u>Exhibit F</u> on September 19th 2023,

3.   All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<u>*/s/ Geoff Zahm*</u>
Geoff Zahm

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| AB STAFFING SOLUTIONS | ATTN: JEN LOGE 3451 S MERCY ROAD SUITE 102 GILBERT AZ 85297 |
| ALTER DOMUS (US) LLC | DIP AGENT ATTENTION: LEGAL DEPARTMENT AGENCY, EMILY ERGANG PAPPAS AND ANDREW TALPA 225 WEST WASHINGTON STREET, 9TH FLOOR CHICAGO IL 60606 |
| ATLAS PHYSICIANS, LLC | ATTN: ANTHONY RUVO 122 JACKSON STREET SUITE 1A HOBOKEN NJ 07030-6084 |
| BDO CONSULTING GROUP, LLC | ATTN: BAKER SMITH 1180 PEACHTREE STREET SUITE 1950 ATLANTA GA 30309 |
| BRENTWOOD CAPITAL | ATTN: L.A. GALYON IV 5000 MERIDIAN BLVD SUITE 350 FRANKLIN TN 37067 |
| COMPHEALTH / WEATHERBY LOCUMS, INC. | ATTN: ANGELA BROWN PO BOX 972651 DALLAS TX 75397-2651 |
| DENNIS DERUELL | ADDRESS ON FILE |
| ELEVATE HEALTHCARE CONSULTANTS | ATTN: EVAN HALE 3811 TURTLE CREEK BLVD SUITE 850 DALLAS TX 75219 |
| FRANCISCAN PHYSICIANS NETWORK | ATTN: JOE STUTEVILLE 38005 EAGLE WAY CHICAGO IL 60678-1800 |
| GOLDMAN SACHS SPECIALTY LENDING GROUP L.P. | 2001 ROSS AVE., SUITE 2800 DALLAS TX 75201 |
| GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P. | 6011 CONNECTION DRIVE IRVING TX 75039 |
| HEALTH CAROUSEL LLC | ATTN: SHAWNA LEFTWICH PO BOX 715806 CINCINNATI OH 45271-5806 |
| HOLLAND & KNIGHT | ATTN: VINH DUONG PO BOX 936937 ATLANTA GA 31193-6937 |
| HOLLAND & KNIGHT | COUNSEL TO DIP AGENT ALTER DOMUS & PREPETITION AGENT ATTN: DANIEL SYLVESTER 150 N. RIVERSIDE PLAZA, SUITE 2700 CHICAGO IL 60606 |
| INTERIM PHYSICIANS | ATTN: TIM SARLONE PO BOX 679139 DALLAS TX 75267 |
| JEFFERIES | ATTN: JEFFREY FINGER 520 MADISON AVENUE, 6TH FLR. NEW YORK NY 10022 |
| KING & SPALDING LLP | COUNSEL FOR THE FORMER PREPETITION AGENT GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P. ATTN: W. AUSTIN JOWERS 1180 PEACHTREE STREET, NE, SUITE 1600 ATLANTA GA 30309 |
| LEXX HEALTHCARE, LLC | ATTN: ANTONNY AGUDELO 210 N UNIVERSITY DRIVE SUITE 502 CORAL SPRINGS FL 33071 |
| LOCUMTENENS.COM | ATTN: KIMBERLY LACKEY PO BOX 405547 ATLANTA GA 30384 |
| MARLAB INCORPORATED | ATTN: BALRAM BHANDARI 23434 NORTH 78TH STREET SCOTTSDALE AZ 85255 |
| MEDICI GROUP PLLC | ATTN: CARLOS ECHEVARRIA 11 OVERLOOK RIDGE DRIVE #426 REVERE MA 02151 |
| MINGLE HEALTHCARE SOLUTIONS | ATTN: ALYSSA ROYER 8911 S SANDY PARKWAY SUITE 200 SANDY UT 84070 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE HERCULES BUILDING 1313 N MARKET ST, STE 400 WILMINGTON DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE | J CALEB BOGGS FEDERAL BUILING 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 |
| PROSCRIBE | ATTN: SAMANTHA CHACON 16414 SAN PEDRO AVE SUITE 525 SAN ANTONIO TX 78232 |
| PROSKAUER ROSE LLP | COUNSEL FOR AB FUNDS/PREPETITION LENDERS) ATTN: JOSEPH BRETSCHNEIDER ELEVEN TIMES SQUARE NEW YORK NY 10036-8299 |
| QGENDA,LLC | ATTN: STEVE RZASNICKI 3280 PEACHTREE ROAD NE SUITE 1400 ATLANTA GA 30305 |
| R1 MEDICAL CONSULTANTS INC. | ATTN: JACKIE WILLETT PO BOX 735160 DALLAS TX 75373-5160 |
| RICHARDS, LAYTON & FINGER, P.A., | COUNSEL FOR DIP LENDER ATTN: ZACHARY I. SHAPIRO, ESQ. ONE RODNEY SQUARE, 920 NORTH KING STREET WILMINGTON DE 19801 |
| SAPIENTES FUNDING II | ATTN: TYLER MARSH 830 EAST PLATTE AVE FORT MORGAN CO 80701 |
| SCRIBE AMERICA | ATTN: MICHAEL WELCH PO BOX 417756 BOSTON MA 02241-7756 |
| SHI INTERNATIONAL CORP | ATTN: RYAN WAHL PO BOX 952121 DALLAS TX 75395-2121 |
| SIGNIFY HEALTH | ATTN: GREGORY MCLERNON 4055 VALLEY VIEW LN STE 700 DALLAS TX 75244 |
| STAFF CARE, INC. | ATTN: DON ROBB PO BOX 281923 ATLANTA GA 30384-1923 |
| SUMO MEDICAL STAFFING | ATTN: JEFF PARKER 71 E WADSWORTH PARK DR DRAPER UT 84020 |
| UKG INC. | ATTN: SUSAN BROWN PO BOX 930953 ATLANTA GA 31193-0953 |
| WALLER LANSDEN DORTCH & DAVIS, LLP | ATTN: VINH DUONG PO BOX 415000 NASHVILLE TN 37241 |
| WEIL, GOTSHAL & MANGES LLP | COUNSEL FOR DIP LENDER ATTN: DAVID N. GRIFFITHS, ESQ. & F. GAVIN ANDREWS, ESQ. 767 FIFTH AVENUE NEW YORK NY 10153 |
| WILLIS TOWERS WATSON SOUTHEAST, INC. | ATTN: JAMES O'DELL 29982 NETWORK PLACE CHICAGO IL 60673-1299 |
| WMU SCHOOL OF MEDICINE | ATTN: AMY SMITCHOLS PO BOX 50391 KALAMAZOO MI 49005-0391 |

| Claim Name | Address Information |
| --- | --- |

**Total Creditor count  40**

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA | BRETT POWELL P.O. BOX 25118 TAMPA FL 33622-5118 |
| CADENCE BANK | KACY OWSLEY 201 S SPRING ST TUPELO MS 38804 |
| FIFTH THIRD BANK | JASON CAPE P.O. BOX 630900 CINCINNATI OH 45263-0900 |
| FROST BANK | KRISTEN SMITH P.O. BOX 1315 HOUSTON TX 77251 |
| LEGENDS BANK | TIFFANY HIGHTOWER P.O. BOX 1066 CLARKSVILLE TN 37041-1066 |
| ROBERT A BLOCH, MANAGING GROUP DIRECTOR/ | EVP; C/O FLAGSTAR BANK N.A. 1400 BROADWAY – 26TH FLOOR NEW YORK NY 10018 |
| TX BANK & TRUST | ASHLEY HERNANDEZ P.O. BOX 3188 LONGVIEW TX 75606 |
| US BANK | JENNIFER WOZNICKI PO BOX 70870 ST. PAUL MN 55170 |
| WELLS FARGO | JACKIE THOMAS PO BOX 63020 SAN FRANCISCO CA 94163 |

**Total Creditor count  9**

| Claim Name | Address Information |
|---|---|
| GOLDMAN SACHS SPECIALTY LENDING | GROUP, L.P., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT 6011 CONNECTION DRIVE IRVING TX 75039 |
| GOLDMAN SACHS SPECIALTY LENDING GROUP | L.P., AS ADMINISTRATIVE AGENT AND AS COLLATERAL AGENT 2001 ROSS AVE., SUITE 2800 DALLAS TX 75201 |
| PENDRICK CAPITAL PARTNERS, LLC | 2331 MILL ROAD, SUITE 510 ALEXANDRIA VA 22314 |
| WEBBANK | 215 SOUTH STATE STREET, SUITE 1000 SALT LAKE CITY UT 84111 |

**Total Creditor count  4**

**EXHIBIT B**

| Claim Name | Address Information |
| --- | --- |
| ALABAMA DEPT OF REVENUE | 50 N RIPLEY ST MONTGOMERY AL 36130 |
| CITY OF ANNISTON ATTN: FINANCE DEPT | PO BOX 2168 ANNISTON AL 36202 |
| CITY OF ANNISTON ATTN: FINANCE DEPT | 4305 MCCLELLAN BLVD ANNISTON AL 36206 |
| CITY OF CADIZ | 63 MAIN STREET, PO BOX 1645 CADIZ KY 42211 |
| CITY OF CARSLBAD PLANNING, ENGINEERING, | AND REGULATION DEPARTMENT 114 S. HALAGUENO STREET, PO BOX 1569 CARLSBAD NM 88220 |
| CITY OF GADSDEN REVENUE DEPARTMENT | 90 BROAD ST GADSDEN AL 35901 |
| CITY OF GADSDEN REVENUE DEPARTMENT | PO BOX 267 GADSDEN AL 35902-0267 |
| CITY OF GALLUP CITY CLERK'S OFFICE | 110 WEST AZTEC, PO BOX 1270 GALLUP NM 87305 |
| CITY OF HOPKINSVILLE | MUNICIPAL BUILDING 715 S VIRGINIA ST HOPKINSVILLE KY 42240 |
| CITY OF HOPKINSVILLE | PO BOX 707 HOPKINSVILLE KY 42241-0707 |
| CITY OF ROSWELL | 421 N RICHARDSON PO BOX DRAWER 1838 ROSWELL NM 88202-1838 |
| CITY OF TUCSON COLLECTIONS SECTION | 255 W. ALAMEDA TUCSON AZ 85701 |
| CITY OF TUCSON COLLECTIONS SECTION | PO BOX 27320 TUCSON AZ 85726-7320 |
| KALAMAZOO TOWNSHIP | ATTN: SHERINE M. MILLER, TREASURER 1720 RIVERVIEW DR KALAMAZOO MI 49004 |
| MISSISSIPPI DEPARTMENT OF REVENUE | 500 CLINTON CENTER DR CLINTON MS 39056 |
| NEW MEXICO TAXATION AND REVENUE | 1200 S ST FRANCIS DR, PO BOX 630 SANTA FE NM 87504-0630 |
| NORTH CAROLINA DEPT OF REVENUE | 501 N WILMINGTON ST RALEIGH NC 27604 |
| OKLAHOMA TAX COMMISSION | 2501 N LINCOLN BLVD OKLAHOMA CITY OK 73194 |
| STATE OF ARIZONA, DEPT OF REVENUE | 1600 W MONROE ST PHOENIX AZ 85007 |
| STATE OF ARKANSAS, DEPT OF FINANCE | AND ADMINISTRATION 1900 W 7TH ST, RM 1040 LITTLE ROCK AR 72201 |
| STATE OF DELAWARE, DIVISION OF REVENUE | GEORGETOWN OFFICE, 20653 DUPONT BLVD, STE 2 GEORGETOWN DE 19947 |
| STATE OF FLORIDA, DEPT OF REVENUE | 5050 W TENNESEE ST TALLAHASSEE FL 32399 |
| STATE OF GEORGIA, DEPT OF REVENUE | 1800 CENTURY BLVD, NE, STE 12000 ATLANTA GA 30345 |
| STATE OF ILLINOIS, DEPT OF REVENUE | 555 E MONROE ST, STE 1100 CHICAGO IL 60661 |
| STATE OF INDIANA, DEPT OF REVENUE | 100 N SENATE AVE, RM N105 INDIANAPOLIS IN 46204 |
| STATE OF KENTUCKY, DEPT OF REVENUE | 501 HIGH ST FRANKFORT KY 40601 |
| STATE OF MICHIGAN, DEPT OF REVENUE | 430 W ALLEGAN ST LANSING MI 48933 |
| STATE OF NEVADA, DEPT OF REVENUE | 1550 COLLEGE PKWY, STE 115 CARSON CITY NV 89706 |
| STATE OF OHIO, DEPT OF REVENUE | 4485 NORTHLAND RIDGE BLVD COLUMBUS OH 43229 |
| STATE OF SOUTH CAROLINA, DEPT OF REVENUE | 300A OUTLET POINTE BLVD COLUMBIA SC 29210 |
| STATE OF VIRGINIA, DEPT OF REVENUE | 1957 WESTMORELAND ST RICHMOND VA 23230 |
| TENNESSEE DEPT OF REVENUE | 500 DEADERICK ST NASHVILLE TN 37242 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | LYNDON B JOHNSON STATE OFFICE BLDG 111 E 17TH ST AUSTIN TX 78774 |
| WATERFORD TOWNSHIP TREASURER | 5200 CIVIC CENTER DRIVE WATERFORD MI 48329 |
| WILLIAMSON COUNTY TRUSTEE | 1320 W MAIN ST #203 FRANKLIN TN 37064 |
| WILLIAMSON COUNTY TRUSTEE | PO BOX 648 FRANKLIN TN 37065-0648 |

**Total Creditor count  36**

| Claim Name | Address Information |
|---|---|
| AFCO | PO BOX 4795 CAROL STREAM IL 60197-4795 |
| BANKDIRECT CAPITAL FINANCE | PO BOX 660448 DALLAS TX 75266-0448 |
| CAC SPECIALTY | 115 OFFICE PARK DRIVE BIRMINGHAM AL 35223 |
| CAPITOL INDEMNITY CORPORATION | CAPSPECIALTY 1600 ASPEN COMMONS SUITE 300 MIDDLETON WI 53562 |
| COALITION INSURANCE SOLUTIONS | (COALITION) 55 2ND ST. SUITE 2500 SAN FRANCISCO CA 94105 |
| COVERYS - PROSELECT INSURANCE COMPANY | ONE FINANCIAL CENTER 675 ATLANTIC AVENUE BOSTON MA 02111 |
| ENDURANCE AMERICAN SPECIALTY INSURANCE | CO. (SOMPO) 161 WASHINGTON STREET SUITE 1600 CONSHOHOCKEN PA 19428 |
| EVANSTON INSURANCE CO. (MARKEL) | 10275 WEST HIGGINS ROAD SUITE 750 ROSEMONT IL 60018 |
| FEDERAL INSURANCE CO. (CHUBB) | CAPITAL CENTER 251 NORTH ILLINOIS, SUITE 1100 INDIANAPOLIS IN 46204-1927 |
| FIREMAN'S FUND INSURANCE CO. (ALLIANZ) | 225 W. WASHINGTON STREET SUITE 1800 CHICAGO IL 60606-3484 |
| FREEDOM SPECIALTY INSURANCE CO. | (NATIONWIDE) 18700 NORTH HAYDEN ROAD SCOTTSDALE AZ 85255 |
| GEMINI INSURANCE COMPANY (BERKLEY) | 757 THIRD AVENUE 10TH FLOOR NEW YORK NY 10017 |
| HOUSTON CASUALTY CO. (TOKIO MARINE) | 13403 NORTHWEST FREEWAY HOUSTON TX 77040 |
| MAGMUTUAL INSURANCE CO. | 3535 PIEDMONT ROAD N.E. BUILDING 14 - SUITE 1000 ATLANTA GA 30305-1518 |
| MARSH USA INC | 1166 AVENUE OF THE AMERICAS NEW YORK NY 10036 |
| MCLAREN INSURANCE COMPANY, LTD | P.O. BOX 1051, 23 LIME TREE BAY, GOVERNORS SQUARE BUILDING 4, 2ND FLOOR GRAND CAYMAN KY1-1102 CAYMAN ISLANDS |
| MCLAREN INSURANCE COMPANY, LTD | 5555 TRIANGLE PARKWAY SUITE 200 NORCROSS GA 30092 |
| NATIONWIDE LIFE INSURANCE COMPANY | ONE NATIONWIDE PLAZA COLUMBUS OH 43215-2220 |
| OHIO BUREAU OF WORKERS' COMPENSATION | 30 W. SPRING STREET COLUMBUS OH 43215-2256 |
| PELEUS INSURANCE CO. (ARGO) | 8720 STONY POINT PARKWAY SUITE 400 RICHMOND VA 23235 |
| PELEUS INSURANCE CO. (ARGO) | P.O. BOX 469011 SAN ANTONIO TX 78246 |
| PLATTE RIVER INSURANCE COMPANY | CAPSPECIALTY 1600 ASPEN COMMONS SUITE 300 MIDDLETON WI 53562 |
| PROFESSIONAL SECURITY INSURANCE CO. | (MAGMUTUAL) 3535 PIEDMONT ROAD N.E. BUILDING 14 - SUITE 1000 ATLANTA GA 30305-1518 |
| SCOTTSDALE INSURANCE CO. (NATIONWIDE) | 18700 NORTH HAYDEN ROAD SCOTTSDALE AZ 85255 |
| STATE OF WASHINGTON DEPT OF LABOR | & INDUSTRIES 7273 LINDERSON WAY SW TUMWATER WA 98501-5414 |
| SYMETRA LIFE INSURANCE CO. | PO BOX 34690 SEATTLE WA 98124-1690 |
| WILLIS TOWERS WATSON SOUTHEAST, INC. | 29982 NETWORK PLACE CHICAGO IL 60673-1299 |
| ZURICH AMERICAN INSURANCE CO. | 1299 ZURICH WAY SCHAUMBURG IL 60196-1056 |

**Total Creditor count  28**

| Claim Name | Address Information |
| --- | --- |
| BACON JR, DAVID F | ADDRESS ON FILE |
| BLUE, JAMES | ADDRESS ON FILE |
| BRAEGGER, BRYAN | ADDRESS ON FILE |
| BRININGSTOOL, ANTHONY | ADDRESS ON FILE |
| CLEMMONS, SAMUEL | ADDRESS ON FILE |
| DERUELLE, DENNIS | ADDRESS ON FILE |
| KIDD, AARON | ADDRESS ON FILE |
| KRAUSE, JOHN | ADDRESS ON FILE |
| LUNN, STEPHEN | ADDRESS ON FILE |
| MCQUEEN, ANDREW | ADDRESS ON FILE |
| MELSON, DAN | ADDRESS ON FILE |
| NAKHLA, SHADI | ADDRESS ON FILE |
| NEWPORT, BOB | ADDRESS ON FILE |
| RELIANCE TRUST COMPANY | PO BOX 5396 ATTN: RSG FEES CAROL STREAM IL 60197-5396 |
| ROSS, BENJAMIN | ADDRESS ON FILE |
| RUTLEDGE, JOHN | ADDRESS ON FILE |
| SOMERBY, CHARLES | ADDRESS ON FILE |
| STEWART, STEPHANIE | ADDRESS ON FILE |
| WILLIAMS, NATHAN | ADDRESS ON FILE |
| WINEGAR, WINFIELD | ADDRESS ON FILE |
| YOUNG, TRACY | ADDRESS ON FILE |
| YOUREE, BENJAMIN | ADDRESS ON FILE |

**Total Creditor count  22**

| Claim Name | Address Information |
|---|---|
| BLUECROSS BLUESHIELD OF MICHIGAN | PO BOX 674416 DETROIT MI 48267-4416 |
| BLUECROSS BLUESHIELD OF TENNESSEE | CLAIM RECEIPTS DEPARTMENT 1 CAMERON HILL CIRCLE CHATTANOOGA TN 37402 |
| BLUECROSS BLUESHIELD OF TENNESSEE | GROUPS RECEIPTS DEPARTMENT PO BOX 6539 CAROL STREAM IL 60197-6539 |
| MAGMUTUAL INSURANCE CO. | 3535 PIEDMONT ROAD N.E. BUILDING 14 - SUITE 1000 ATLANTA GA 30305-1518 |
| METLIFE INSURANCE COMPANY | ATTN: MORA, OMI 1095 AVENUE OF THE AMERICAS, 13TH FLOOR NEW YORK NY 10036 |
| OHIO BUREAU OF WORKERS' COMPENSATION | 30 W. SPRING STREET COLUMBUS OH 43215-2256 |
| OHIO BUREAU OF WORKERS' COMPENSATION | P.O. BOX 89492 CLEVELAND OH 44101-6492 |
| PAYCOM PAYROLL LLC | 7501 W MEMORIAL RD OKLAHOMA CITY OK 73142 |
| STATE OF WASHINGTON DEPT OF LABOR | & INDUSTRIES 7273 LINDERSON WAY SW TUMWATER WA 98501-5414 |
| THE LINCOLN NATIONAL LIFE INSURANCE | COMPANY 1301 HARRISON STREET FORT WAYNE IN 46802 |
| THE LINCOLN NATIONAL LIFE INSURANCE CO. | GROUP PROTECTION PO BOX 2658 CAROL STREAM IL 60132-2658 |
| WEX HEALTH, INC | P.O. BOX 9528 FARGO ND 58106 |

Total Creditor count  12

| Claim Name | Address Information |
|---|---|
| AT&T | AT&T LAW GROUP ATTN KAREN CAVAGNARO ONE AT&T WAY BEDMINSTER NJ 07921 |
| AT&T | PO BOX 5019 CAROL STREAM IL 60197-5019 |
| AT&T MOBILITY | ATTN KAREN CAVAGNARO ONE AT&T WAY BEDMINSTER NJ 07921 |
| AT&T MOBILITY | AT&T LAW GROUP ATTN KAREN CAVAGNARO ONE AT&T WAY BEDMINSTER NJ 07921 |
| COMCAST BUSINESS | 41112 CONCEPT DR PLYMOUTH MI 48170-4253 |
| COMCAST BUSINESS | 2605 CIRCLE 75 PWKY SE ATLANTA GA 30339-4268 |
| CONCORD TECHNOLOGIES | 2025 1ST AVE SUITE 800 SEATTLE WA 98121 |
| CONCORD TECHNOLOGIES | PO BOX 84125 SEATTLE WA 98124-5425 |

**Total Creditor count  8**

| Claim Name | Address Information |
|---|---|
| R1 RCM HOLDCO INC. | ATTN: CEO, GENERAL COUNSEL 433 WEST ASCENSION WAY 2ND FLOOR MURRAY UT 84123-2790 |

**Total Creditor count  1**

AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,₁
Case No. 23-11469
Overnight Mail Recipient

King & Spalding LLP
Attn: Lindsey Henrikson
110 N. Wacker Dr, Suite 3800
Chicago, IL 60606

**EXHIBIT C**

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)
Core/Top 30 Email Service List

| Creditor Name | Email Address |
| --- | --- |
| ALTER DOMUS (US) LLC | legal_agency@alterdomus.com; emily.ergangpappas@alterdomus.com; andrew.tlapa@alterdomus.com |
| HOLLAND & KNIGHT | daniel.sylvester@hklaw.com; phillip.nelson@hklaw.com |
| KING & SPALDING LLP | ajowers@kslaw.com |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.cudia@usdoj.gov; richard.schepacarter@usdoj.gov |
| PROSKAUER ROSE LLP | jbretschneider@proskauer.com |
| RICHARDS, LAYTON & FINGER, P.A., | shapiro@rlf.com |
| WEIL, GOTSHAL & MANGES LLP | david.griffiths@weil.com; f.gavin.andrews@weil.com |
| R1 MEDICAL CONSULTANTS INC. | jwillett@r1rcm.com |
| JEFFERIES | jfinger@jefferies.com |
| SAPIENTES FUNDING II | tyler.marsh@wakeassoc.com |
| STAFF CARE, INC. | don.robb@amnhealthcare.com |
| COMPHEALTH / WEATHERBY LOCUMS, INC. | angela.brown@chghealthcare.com |
| WILLIS TOWERS WATSON SOUTHEAST, INC. | james.odell@wtwco.com |
| SCRIBE AMERICA | michael.welch@scribeamerica.com |
| LOCUMTENENS.COM | kimberly.lackey@locumtenens.com |
| HEALTH CAROUSEL LLC | shawna.leftwich@healthcarousel.com |
| SIGNIFY HEALTH | gmclernon@signifyhealth.com |
| BRENTWOOD CAPITAL | lagalyon@brentwoodcapital.com |
| DENNIS DERUELL | ADDRESS ON FILE |
| AB STAFFING SOLUTIONS | jloge@abstaffing.com |
| INTERIM PHYSICIANS | tim.sarlone@interimphysicians.com |
| QGENDA,LLC | steve.rzasnicki@qgenda.com |
| PROSCRIBE | ar@proscribemd.com |
| FRANCISCAN PHYSICIANS NETWORK | joe.stuteville@franciscanalliance.org |
| SHI INTERNATIONAL CORP | ryan_wahl@shi.com |
| WMU SCHOOL OF MEDICINE | amy.smitchols@wmed.edu |
| ATLAS PHYSICIANS, LLC | a.ruvo@atlasemergencyphysicians.com |
| ELEVATE HEALTHCARE CONSULTANTS | evan.hale@elevatehcc.com |
| BDO CONSULTING GROUP, LLC | bsmith@bdo-ba.com |
| LEXX HEALTHCARE, LLC | antonny.agudelo@lexxhealth.com |
| UKG INC. | susan.e.brown@ukg.com |
| HOLLAND & KNIGHT | vinh.duong@hklaw.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | vinh.duong@wallerlaw.com |
| MARLAB INCORPORATED | balram@gomarlab.com |
| SUMO MEDICAL STAFFING | jeff.parker@sumostaffing.com |
| MEDICI GROUP PLLC | carlechmd@outlook.com |
| MINGLE HEALTHCARE SOLUTIONS | alyssa.royer@minglehealth.com |
| GOLDMAN SACHS SPECIALTY LENDING GROUP LP | gs-slg-notices@gs.com |
| RICHARDS, LAYTON & FINGER, P.A., | knight@rlf.com; javorsky@rlf.com |
| KING & SPALDING LLP | lhenrikson@kslaw.com |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)

Banks Email Service List

| Creditor Name | Email Address |
|---|---|
| BANK OF AMERICA | brett.powell@bofa.com |
| CADENCE BANK | kacy.owsley@cadencebank.com |
| FIFTH THIRD BANK | jason.cape@53.com |
| FLAGSTAR BANK | privateclientgroup-bloch-monigan161@signatureny.com |
| FROST BANK | kristen.smith@frostbank.com |
| LEGENDS BANK | thightower@legendsbank.com |
| TX BANK & TRUST | anhernandez@texasbankandtrust.com |
| US BANK | jennifer.woznicki@usbank.com |
| WELLS FARGO | jacquelyn.m.thomas@wellsfargo.com |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)

Additional Email Service Parties

| Email Address |
| --- |
| knight@rlf.com |
| javorsky@rlf.com |
| lhenrikson@kslaw.com |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)

Lienholders Email Service Party

| Creditor Name | Email Address |
|---|---|
| GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | gs-slg-notices@gs.com |

**EXHIBIT D**

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)

Tax Email Service List

| Creditor Name | Email Address |
|---|---|
| ALABAMA DEPT OF REVENUE | sarah.harwell@revenue.alabama.gov |
| CITY OF ANNISTON ATTN: FINANCE DEPARTMENT | jleonard@annistonal.gov |
| CITY OF CADIZ | callen@cityofcadiz.com |
| CITY OF CARSLBAD PLANNING, ENGINEERING, AND REGULATION DEPARTMENT | jepatterson@cityofcarlsbadnm.com |
| CITY OF GADSDEN REVENUE DEPARTMENT | lcopeland@cityofgadsden.com |
| CITY OF GALLUP CITY CLERK'S OFFICE | aabeita@gallupnm.gov |
| CITY OF HOPKINSVILLE | kosteen@h-ky.us |
| CITY OF ROSWELL | info@roswell-nm.gov |
| CITY OF TUCSON COLLECTIONS SECTION | citymanager@tucsonaz.gov |
| KALAMAZOO TOWNSHIP | treasurer@ktwp.org |
| MISSISSIPPI DEPARTMENT OF REVENUE | bankruptcy@dor.ms.gov |
| NEW MEXICO TAXATION AND REVENUE | Lisa.Ela@state.nm.us |
| NORTH CAROLINA DEPT OF REVENUE | Tabatha.Priest@ncdor.gov |
| OKLAHOMA TAX COMMISSION | bankruptcy@tax.ok.gov |
| STATE OF ARIZONA, DEPT OF REVENUE | bankruptcyunit@azag.gov; laveritt@azdor.gov |
| STATE OF ARKANSAS, DEPT OF FINANCE AND ADMINISTRATION | michelle.baker@dfa.arkansas.gov |
| STATE OF DELAWARE, DIVISION OF REVENUE | Jamie.Johnstone@delaware.gov |
| STATE OF FLORIDA, DEPT OF REVENUE | fred.rudzik@floridarevenue.com; FDOR_bankruptcy@floridarevenue.com |
| STATE OF GEORGIA, DEPT OF REVENUE | bankruptcy.notices@dor.ga.gov |
| STATE OF ILLINOIS, DEPT OF REVENUE | REV.bankruptcy@illinois.gov |
| STATE OF INDIANA, DEPT OF REVENUE | swilliams1@dor.IN.gov |
| STATE OF KENTUCKY, DEPT OF REVENUE | JenniferL.Howard@ky.gov |
| STATE OF MICHIGAN, DEPT OF REVENUE | millerj51@michigan.gov |
| STATE OF NEVADA, DEPT OF REVENUE | tax-bankruptcy@tax.state.nv.us |
| STATE OF OHIO, DEPT OF REVENUE | bankruptcydivision@tax.state.oh.us; shelly.todd@tax.state.oh.us |
| STATE OF SOUTH CAROLINA, DEPT OF REVENUE | bankruptcyclaims@dor.sc.gov |
| STATE OF VIRGINIA, DEPT OF REVENUE | bankruptcy@taxva.com |
| TENNESSEE DEPT OF REVENUE | TDOR.bankruptcy@tn.gov; sherry.grubbs@tn.gov |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | bankruptcytax@oag.texas.gov; bankruptcysection@cpa.texas.gov |
| WATERFORD TOWNSHIP TREASURER | sthomas@waterfordmi.gov |
| WILLIAMSON COUNTY TRUSTEE | donna.ryan@williamsoncounty-tn.gov |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)

Insurance Email Service List

| Creditor Name | Email Address |
|---|---|
| WILLIS TOWERS WATSON SOUTHEAST, INC. | luke.murley@saul.com |
| CAC SPECIALTY | cirwin@cobbsallen.com |
| MAGMUTUAL INSURANCE CO. | service@magmutual.com |
| ENDURANCE AMERICAN SPECIALTY INSURANCE CO. (SOMPO) | insuranceclaims@sompo-intl.com |
| ZURICH AMERICAN INSURANCE CO. | jessica.melesio@zurichna.com |
| HOUSTON CASUALTY CO. (TOKIO MARINE) | ltjioe@hyperionbrookfield.com |
| SCOTTSDALE INSURANCE CO. (NATIONWIDE) | madina.depauw@nationwide.com |
| COALITION INSURANCE SOLUTIONS (COALITION) | joshua.motta@coalitioninc.com |
| EVANSTON INSURANCE CO. (MARKEL) | markelclaims@markelcorp.com |
| PELEUS INSURANCE CO. (ARGO) | lauren@argopartners.net |
| FEDERAL INSURANCE CO. (CHUBB) | adrienne.logan@chubb.com |
| MAGMUTUAL INSURANCE CO. | service@magmutual.com |
| FIREMAN'S FUND INSURANCE CO. (ALLIANZ) | cg20@ntrs.com |
| MAGMUTUAL INSURANCE CO. | service@magmutual.com |
| PROFESSIONAL SECURITY INSURANCE CO. (MAGMUTUAL) | service@magmutual.com |
| OHIO BUREAU OF WORKERS' COMPENSATION | jill.w.1@bwc.state.oh.us |
| STATE OF WASHINGTON DEPT OF LABOR & INDUSTRIES | PHL@Lni.wa.gov |
| MCLAREN INSURANCE COMPANY, LTD | claimcare@mclarens.com |
| COVERYS - PROSELECT INSURANCE COMPANY | claimlossinfo@coverys.com |
| CAPITOL INDEMNITY CORPORATION | claims@capspecialty.com; bondclaims@capspecialty.com |
| PLATTE RIVER INSURANCE COMPANY | jsmith@jomaxrecovery.com |
| MARSH USA INC | lawrence.lehan@mmc.com; matt.osterberg@mmc.com |
| MCLAREN INSURANCE COMPANY, LTD | claimcare@mclarens.com |
| PELEUS INSURANCE CO. (ARGO) | lauren@argopartners.net |
| SYMETRA LIFE INSURANCE CO. | lifaic@symetra.com |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al*. - Case No. 23-11469 (BLS)

Rabbi Trust Email Service List

| Creditor Name | Email Address |
|---|---|
| BLUE, JAMES | EMAIL ADDRESS ON FILE |
| BRAEGGER, BRYAN | EMAIL ADDRESS ON FILE |
| BRININGSTOOL, ANTHONY | EMAIL ADDRESS ON FILE |
| DERUELLE, DENNIS | EMAIL ADDRESS ON FILE |
| KRAUSE, JOHN | EMAIL ADDRESS ON FILE |
| LUNN, STEPHEN | EMAIL ADDRESS ON FILE |
| MELSON, DAN | EMAIL ADDRESS ON FILE |
| NAKHLA, SHADI | EMAIL ADDRESS ON FILE |
| ROSS, BENJAMIN | EMAIL ADDRESS ON FILE |
| STEWART, STEPHANIE | EMAIL ADDRESS ON FILE |
| YOUNG, TRACY | EMAIL ADDRESS ON FILE |
| YOUREE, BENJAMIN | EMAIL ADDRESS ON FILE |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)

Benefits Email Service List

| Creditor Name | Email Address |
| --- | --- |
| MAGMUTUAL INSURANCE CO. | service@magmutual.com |
| OHIO BUREAU OF WORKERS' COMPENSATION | jill.w.1@bwc.state.oh.us |
| STATE OF WASHINGTON DEPT OF LABOR & INDUSTRIES | phl@lni.wa.gov |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)

Critical Vendors Email Service Party

| Creditor Name | Email Address |
|---|---|
| R1 RCM Holdco Inc. | legal@r1rcm.com |

**EXHIBIT E**

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)
Core/Top30 Fax Service List

| Creditor Name | Fax |
|---|---|
| HOLLAND & KNIGHT | 312.578.6666 |
| OFFICE OF THE UNITED STATES ATTORNEY | 302-573-6220 |
| OFFICE OF THE UNITED STATES TRUSTEE | 302-573-6497 |
| PROSKAUER ROSE LLP | 212.969.2900 |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)

Lienholders Fax Service Party

| Creditor Name | Fax |
|---|---|
| WEBBANK | (801) 993-5015 |

**EXHIBIT F**

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)

Tax Fax Service List

| Creditor Name | Fax |
|---|---|
| ALABAMA DEPT OF REVENUE | 334-242-8916 |
| CITY OF ANNISTON ATTN: FINANCE DEPARTMENT | 256-231-7639 |
| CITY OF CADIZ | 270-522-0025 |
| CITY OF CARSLBAD PLANNING, ENGINEERING, AND REGULATION DEPARTMENT | 575-628-8379 |
| CITY OF GADSDEN REVENUE DEPARTMENT | 256-549-4561 |
| CITY OF GALLUP CITY CLERK'S OFFICE | 505-722-5132 |
| CITY OF HOPKINSVILLE | 270-632-2055 |
| CITY OF ROSWELL | 575-624-6780 |
| CITY OF TUCSON COLLECTIONS SECTION | 520-791-4017 |
| KALAMAZOO TOWNSHIP | 269-383-8905 |
| NEW MEXICO TAXATION AND REVENUE | 505-222-6681 |
| NORTH CAROLINA DEPT OF REVENUE | 919-250-7898 |
| STATE OF ARIZONA, DEPT OF REVENUE | 602-542-4771 |
| STATE OF ARKANSAS, DEPT OF FINANCE AND ADMINISTRATION | 501-682-7599 |
| STATE OF DELAWARE, DIVISION OF REVENUE | 302-577-8202 |
| STATE OF FLORIDA, DEPT OF REVENUE | 850-245-5990 |
| STATE OF ILLINOIS, DEPT OF REVENUE | 217-782-9932 |
| STATE OF INDIANA, DEPT OF REVENUE | 317-232-2343 |
| STATE OF KENTUCKY, DEPT OF REVENUE | 502-564-8946 |
| STATE OF NEVADA, DEPT OF REVENUE | 775-684-2020 |
| STATE OF OHIO, DEPT OF REVENUE | 614-995-0164 |
| STATE OF SOUTH CAROLINA, DEPT OF REVENUE | 803-896-0171 |
| STATE OF VIRGINIA, DEPT OF REVENUE | 804-254-6113 |
| TENNESSEE DEPT OF REVENUE | 615-741-1731 |
| WILLIAMSON COUNTY TRUSTEE | 615-790-5463 |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* . - Case No. 23-11469 (BLS)

Insurance Fax Service List

| Creditor Name | Fax |
|---|---|
| MAGMUTUAL INSURANCE CO. | 404-842-9556 |
| SCOTTSDALE INSURANCE CO. (NATIONWIDE) | 480-483-6752 |
| EVANSTON INSURANCE CO. (MARKEL) | (855) 662-7535 |
| PELEUS INSURANCE CO. (ARGO) | (212) 643-6401 |
| MAGMUTUAL INSURANCE CO. | 404-842-9556 |
| PROFESSIONAL SECURITY INSURANCE CO. (MAGMUTUAL) | 404-842-9556 |
| OHIO BUREAU OF WORKERS' COMPENSATION | 614-621-1007 |
| STATE OF WASHINGTON DEPT OF LABOR & INDUSTRIES | 360-902-4674 |
| MCLAREN INSURANCE COMPANY, LTD | (810) 600-7984 |
| CAPITOL INDEMNITY CORPORATION | 608-829-7408 |
| PLATTE RIVER INSURANCE COMPANY | 608-829-7451 |
| MCLAREN INSURANCE COMPANY, LTD | (810) 600-7984 |
| PELEUS INSURANCE CO. (ARGO) | (212) 643-6401 |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al*. - Case No. 23-11469 (BLS)

Benefits Fax Service List

| Creditor Name | Fax |
|---|---|
| MAGMUTUAL INSURANCE CO. | 404-842-9556 |
| OHIO BUREAU OF WORKERS' COMPENSATION | 614-621-1007 |
| STATE OF WASHINGTON DEPT OF LABOR & INDUSTRIES | 360-902-4674 |