# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*, | Case No. 23-11469 (BLS) |
| Debtors.[1] | (Joint Administration Requested) |

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that McDermott Will & Emery LLP and Faegre Drinker Biddle & Reath LLP hereby enter their appearances (this "Notice of Appearance") in the above-captioned cases as counsel to the Ad Hoc Committee of Healthcare Providers pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 – 1532 (as amended, the "Bankruptcy Code"), and rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"). McDermott Will & Emery LLP and Faegre Drinker Biddle & Reath LLP hereby request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

| McDermott Will & Emery LLP | McDermott Will & Emery LLP |
|---|---|
| Darren Azman | Maris J. Kandestin |
| Kristin Going | 1000 N. West Street, Suite 1400 |
| One Vanderbilt Avenue | Wilmington, Delaware 19801 |
| New York, New York 10017 | Telephone: (302) 485-3900 |
| Telephone: (212) 547-5400 | Fax: (302) 351-8711 |
| Fax: (212) 547-5444 | E-mail: mkandestin@mwe.com |
| E-mail: dazman@mwe.com | |
| kgoing@mwe.com | |

- and-

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors"), may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/case/americanphysicianpartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

| FAEGRE DRINKER BIDDLE & REATH LLP | FAEGRE DRINKER BIDDLE & REATH LLP |
|---|---|
| Patrick A. Jackson | Laura Appleby |
| 222 Delaware Ave., Suite 1410 | 1177 Avenue of the America, 41st Floor |
| Wilmington, Delaware 19801 | New York, New York 10036 |
| Telephone: (302) 467-4200 | Telephone: (212) 248-3140 |
| Fax: (302) 467-4201 | Fax: (212) 248-3141 |
| E-mail: patrick.jackson@faegredrinker.com | E-mail: laura.appleby@faegredrinker.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 3017(a), this request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, any notice, motion, proposed order, application, petition, pleading, request, complaint, demand, memorandum, affidavit, declaration, presentment, order to show cause, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand-delivery, telephone, facsimile, electronically, or otherwise, that is filed or given in connection with the above-captioned cases.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any prior or later appearance, pleading, or claim waives (i) any right to have final orders in non-core matters arising in or related to the above-captioned chapter 11 cases entered only after *de novo* review by a district court judge; (ii) any right to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases; (iii) any right to have a district court judge withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) an election of remedies; or (v) any other substantive or procedural right.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance is without prejudice to any other rights, claims, actions, defenses, setoffs, or recoupments under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments against a debtor or any other entity either in these cases or in any other action are expressly reserved.

Dated: September 20, 2023
Wilmington, Delaware

| **MCDERMOTT WILL & EMERY LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|---|---|
| */s/ Maris J. Kandestin* | */s/ Patrick A. Jackson* |
| Maris J. Kandestin (No. 5294) | Patrick A. Jackson (No. 4976) |
| 1000 N. West Street, Suite 1400 | 222 Delaware Ave., Suite 1410 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| Telephone: (302) 485-3900 | Telephone: (302) 467-4200 |
| Facsimile: (302) 351-8711 | Facsimile: (302) 467-4201 |
| Email: kandestin@mwe.com | E-mail: patrick.jackson@faegredrinker.com |
| -and- | -and- |
| Darren Azman | Laura Appleby |
| Kristin Going | 1177 Avenue of the Americas, 41st Floor |
| One Vanderbilt Avenue | New York, NY 10036 |
| New York, New York 10017-3852 | Telephone: (212) 248-3140 |
| Telephone: (212) 547-5400 | Facsimile: (212) 248-3141 |
| Facsimile: (646) 547-5444 | E-mail: laura.appleby@faegredrinker.com |
| Email: dazman@mwe.com | |
| kgoing@mwe.com | |