**1IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| American Physician Partners, LLC, *et al.*, | Case No. 23-11469 (BLS) |
| Debtors. | (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Del. Bankr. L.R. 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Kristin Going to represent the Ad Hoc Committee of Healthcare Providers in these cases.

Dated: September 21, 2023

*/s/ Maris J. Kandestin*
Maris J. Kandestin (I.D. No. 5294)
**McDERMOTT WILL & EMERY LLP**
1000 N. West Street, Suite 1400
Wilmington, Delaware 19801
Telephone:     (302) 485-3900
Email:              mkandestin@mwe.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Del. Bankr. L.R. 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Courts of the State of Maryland, the State of New York and the District of Columbia, the Supreme Court of the United States, the United States Court of Appeals for the Second Circuit, and the United States District Courts for the District of Columbia, the District of Maryland, the Eastern and Southern Districts of New York, and the Northern and Southern Districts of Ohio, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: September 21, 2023

*/s/ Kristin Going*
Kristin Going
**McDERMOTT WILL & EMERY LLP**
One Vanderbilt Avenue
New York, New York 10017
Telephone:     (212) 547-5429
Email:              kgoing@mwe.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

**Dated: September 21st, 2023
Wilmington, Delaware**

BRENDAN L. SHANNON
**UNITED STATES BANKRUPTCY JUDGE**