# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) Case No. 23-11469 (BLS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket No. 65** |

## CERTIFICATE OF SERVICE

I, GEOFF ZAHM, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 26, 2023, I caused to be served the "Debtors' Fifth Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases and Executory Contracts, Effective as of the Petition Date, and (II) Granting Related Relief," dated September 26, 2023 [Docket No. 65], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Geoff Zahm*
Geoff Zahm

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BBE BETTER BUSINESS SOLUTIONS | 310 WILSON PIKE CIRCLE BRENTWOOD TN 37024-3549 |
| CANON | 14904 COLLECTIONS CENTER DRIVE CHICAGO IL 60693-0149 |
| FUTURE BUSINESS SOLUTIONS INC | 242 SOUTH EL DORADO CIRCLE MESA AZ 85202 |
| WELLS FARGO FINANCIAL LEASING, INC. | WELLS FARGO EQUIPMENT FINANCE P.O. BOX 105743 ATLANTA GA 30348-5743 |
| WELLS FARGO FINANCIAL LEASING, INC. | WELLS FARGO EQUIPMENT FINANCE P.O. BOX 856941 MINNEAPOLIS MN 55485-6941 |
| XMC | PO BOX 660831 DALLAS TX 75266 |

**Total Creditor count  6**

**EXHIBIT B**

AMERICAN PHYSICIAN PARTNERS, LLC, et al., Case No. 23-11469 (BLS)
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
| --- | --- |
| AB STAFFING SOLUTIONS | jloge@abstaffing.com |
| ALTER DOMUS (US) LLC | legal_agency@alterdomus.com; Emily.ergangpappas@alterdomus.com; Andrew.tlapa@alterdomus.com |
| ATLAS PHYSICIANS, LLC | a.ruvo@atlasemergencyphysicians.com |
| BDO CONSULTING GROUP, LLC | bsmith@bdo-ba.com |
| BRENTWOOD CAPITAL | LaGalyon@brentwoodcapital.com |
| COMPHEALTH / WEATHERBY LOCUMS, INC. | angela.brown@chghealthcare.com |
| DENNIS DERUELL | EMAIL ADDRESS ON FILE |
| ELEVATE HEALTHCARE CONSULTANTS | evan.hale@elevatehcc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | patrick.jackson@faegredrinker.com; laura.appleby@faegredrinker.com |
| FARNAN LAW | tfarnanlaw@gmail.com |
| FRANCISCAN PHYSICIANS NETWORK | Joe.Stuteville@FranciscanAlliance.org |
| FUCHS LAW OFFICE | dfuchs@fuchslawoffice.com |
| GOLDMAN SACHS SPECIALTY LENDING GROUP LP | gs-slg-notices@gs.com |
| HEALTH CAROUSEL LLC | shawna.leftwich@healthcarousel.com |
| HOLLAND & KNIGHT | daniel.sylvester@hklaw.com; phillip.nelson@hklaw.com |
| HOLLAND & KNIGHT | VINH.DUONG@HKLAW.COM |
| INTERIM PHYSICIANS | tim.sarlone@interimphysicians.com |
| JEFFERIES | jfinger@jefferies.com |
| KING & SPALDING LLP | Ajowers@kslaw.com |
| KING & SPALDING LLP | lhenrikson@kslaw.com |
| LEXX HEALTHCARE, LLC | antonny.agudelo@lexxhealth.com |
| LOCUMTENENS.COM | kimberly.lackey@locumtenens.com |
| MARLAB INCORPORATED | balram@gomarlab.com |
| MCDERMOTT WILL & EMERY LLP | dazman@mwe.com; kgoing@mwe.com; mkandestin@mwe.com |
| MEDICI GROUP PLLC | carlechmd@outlook.com |
| MINGLE HEALTHCARE SOLUTIONS | Alyssa.Royer@MingleHealth.com |
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV; ELLEN.SLIGHTS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.cudia@usdoj.gov; richard.schepacarter@usdoj.gov |
| PROSCRIBE | ar@proscribemd.com |
| PROSKAUER ROSE LLP | JBretschneider@proskauer.com |
| QGENDA,LLC | steve.rzasnicki@qgenda.com |
| R1 MEDICAL CONSULTANTS INC. | jwillett@r1rcm.com |
| RICHARDS, LAYTON & FINGER, P.A., | shapiro@rlf.com |
| RICHARDS, LAYTON & FINGER, P.A., | knight@rlf.com; javorsky@rlf.com |
| SAPIENTES FUNDING II | Tyler.Marsh@wakeassoc.com |
| SCRIBE AMERICA | Michael.welch@scribeamerica.com |
| SHI INTERNATIONAL CORP | ryan_wahl@shi.com |
| SIGNIFY HEALTH | gmclernon@signifyhealth.com |

AMERICAN PHYSICIAN PARTNERS, LLC, et al., Case No. 23-11469 (BLS)
Electronic Mail Master Service List

| NAME | EMAIL ADDRESS |
| --- | --- |
| STAFF CARE, INC. | don.robb@amnhealthcare.com |
| SULLIVAN HAZELTINE ALLINSON LLC | bsullivan@sha-llc.com |
| SUMO MEDICAL STAFFING | jeff.parker@sumostaffing.com |
| UKG INC. | susan.e.brown@ukg.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | Vinh.Duong@wallerlaw.com |
| WEIL, GOTSHAL & MANGES LLP | david.griffiths@weil.com; f.gavin.andrews@weil.com |
| WILLIS TOWERS WATSON SOUTHEAST, INC. | james.odell@wtwco.com |
| WMU SCHOOL OF MEDICINE | Amy.Smitchols@wmed.edu |