IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, | Case No. 23-11469 (BLS) |
| Debtor. | Motion No. _____ |
| | **Objections due by: October 11, 2023** <br> **Hearing Date: October 18, 2023** |

## NOTICE OF MOTION OF AUMKAR RENAVIKAR FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:

| | |
|---|---|
| Laura Davis Jones <br> Pachulski Stang Ziehl & Jones LLP <br> 919 N. Market Street, 17th Floor <br> Wilmington, DE 19801 <br> (302) 652-4100 <br> (302) 652-4400 (fax) <br> ljones@pszjlaw.com | Office of the United States Trustee <br> J. Caleb Boggs Federal Building <br> 844 King Street, Suite 2207, Lockbox 35 <br> Wilmington, DE 19801 <br> (302) 573-6491 <br> USTPRegion03.WL.ECF@USDOJ.GOV; <br> joseph.cudia@usdoj.gov; <br> richard.schepacarter@usdoj.gov |
| Atlas Physicians, LLC <br> 122 Jackson Street, Suite 1A <br> Hoboken, NJ 07030 <br> (206) 313-0892 <br> b.mason@atlasphysicians.com | LocumTenens.com, LLC <br> 2575 Northwinds Parkway <br> Alpharetta, GA 30009 <br> (678) 690-7915 <br> aawotwi@locumtenens.com |
| Dennis Deruelle, MD <br> (813) 966-1077 <br> deruelle.md@gmail.com | Briese Medical Services, PLLC <br> 4533 Birch Street, Bellaire, TX 77401 <br> (310) 890-7604 <br> doctorbriese@gmail.com |
| R1 RCM, Inc. d/b/a Medical Consultants, Inc. <br> 433 W. Ascension Way, Suite 200 <br> Murray, UT 84123 <br> (770) 354-5191 <br> ljulian1@r1rcm.com | Sapientes Funding II, LLC <br> 46C, 3033 S. Parlar Road, Suite 1010, <br> Aurora, CO 80044 <br> (651) 303-0800 <br> karen.eliason@wakeassoc.com |
| Staff Care, Inc. <br> 2999 Olympus Blvd, Dallas, TX 75019 <br> (817) 905-2765 <br> bonnie.reinke@amnhealthcare.com | Daniel P. Slayden, Charles A. Egner, <br> Lewis Brisbois Bisgaard & Smith, LLP <br> daniel.slayden@lewisbrisbois.com, <br> charles.egner@lewisbrisbois.com |

Lee A. Williams, Elizabeth Polit
Brennan Burtker, LLC
lwilliams@brennanburtker.com,
epolit@brennanburtker.com

Marni Slavick, K. Scarlett Olson,
Cunningham Meyer & Vedrine, P.C.
marni@cmvlaw.com,
kscarlettolson@cmvlaw.com,
eservice@cmvlaw.com

Jennifer Ries-Buntain, James Kearney,
Nicolette Taber
Hall Prangle & Schoonveld, LLC
jriesbuntain@hpslaw.com,
jkearney@hpslaw.com, ntaber@hpslaw.com

Aumkar Renavikar has filed a Motion for Relief from Stay which seeks the following relief: a lift from the stay (primary case number 23-11475) to allow him to pursue his lawsuit against App of Illinois ED, PLLC in the Circuit Court of Lake County, Illinois to the extent there is liability coverage applicable to that action.

HEARING ON THE MOTION WILL BE HELD ON October 18, 2023 at 11:00 a.m.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At that same time, you must also serve a copy of the response upon movant's attorney;

Daniel J. Pylman
Cirignani Heller & Harman, LLP
150 S. Wacker Drive, Suite 2600, Chicago, IL 60606
312-346-8700
djp@chhlaw.com

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised in the motion in advance for the purpose of determining whether a consent judgement may be entered and/or for

the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

>By: /s/ *Daniel J. Pylman*
>Daniel J. Pylman
>CIRIGNANI HELLER & HARMAN, LLP
>150 South Wacker Drive, Suite 2600
>Chicago, Illinois 60606
>312-346-8700
>djp@chhlaw.com