# EXHIBIT A



May 17, 2022

Aaron Kidd
VP, Clinical Integration

Dear Aaron:

The Company is pleased to inform you of your eligibility for certain severance benefits as set forth herein.

In the event that your employment is terminated without Cause[1] or due to corporate restructure or a Change in Control[2], the Company will provide you with a lump sum payment equal to 100% of your annual base salary in effect as of your termination date (the "Severance Pay"). The Severance Pay will be paid within sixty (60) days of your termination date and will be conditioned upon your execution of a separation agreement (including a general release of claims) to be provided to you by the Company.

By signing below, you acknowledge receipt of this letter.

Sincerely,

AMERICAN PHYSICIAN PARTNERS

Name: John M. Rutledge
Title: President & CEO

Acknowledged by:

EMPLOYEE
By: Aaron Kidd
Name: Aaron Kidd
Date: 5/19/2022 | 9:49 AM CDT

---

[1] "Cause" means one or more of the following: (a) intentional misconduct, gross negligence or violation of law with regard to your employment or job duties; (b) the commission of any act of fraud, embezzlement, theft, misappropriation, or breach of fiduciary duty or duty of loyalty; (c) your breach of any written agreements with the Company, including any restrictive covenants; (d) your commission of a felony or other crime involving moral turpitude; (e) your material violation of Company policies; or (f) your poor work performance.

[2] "Change in control" means an acquisition or disposition of all, or substantially all, of the Company's assets or equity interests, whether by sale, merger, reorganization or otherwise. To be eligible for severance hereunder, you must not be offered a position with the Company or its successor, resulting in termination of your employment upon the closing of such Change in Control.