## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) Case No. 23-11469 (BLS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

American Physician Partners, LLC and its debtor affiliates in the above-captioned chapter 11 cases filed on September 18, 2023 and September 19, 2023, as applicable, as debtors and debtors in possession (collectively, the "**Debtors**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**," and collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**," and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements and errors or omissions may exist.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or to otherwise subsequently

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners.  The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

## A.  Global Notes and Overview of Methodology

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1.      **Description of the Chapter 11 Cases**. On September 18, 2023 and September 19, 2023, as applicable (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  On September 21, 2023, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 39]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

2.      **Basis of Presentation**. In the ordinary course of business, the Debtors prepare consolidated financial statements for financial reporting purposes on a monthly basis. The Schedules and Statements are unaudited and are the result of the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. The Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.  The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each individual Debtor entity. Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

3.      **Reporting Date**. Unless otherwise noted in specific responses, the Schedules and Statements reflect the Debtors' books and records as of the close of business on September 18, 2023, or the latest available record date before then.

4.      **Current Values**. The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on each of the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5.      **Confidentiality**. There may be instances when personal information was not included or was redacted due to the nature of an agreement between a Debtor and a third party or

concerns or to protect the privacy of an individual. Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief* [Docket No. 41], the Debtors are authorized to redact personally identifiable information from their Schedules and Statements. Further, pursuant to *Interim Order Authorizing Certain Procedures to Maintain Confidentiality of Protected Health Information as Required by Applicable Privacy Rules* [Docket No. 42], the Debtors are also authorized to maintain the confidentiality of patient information as required by the Health Insurance Portability and Accountability Act of 1996.

6.     **Consolidated Entity Accounts Payable and Disbursement Systems**. As described in the *Motion Regarding Chapter 11 First Day Motions Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief* [Docket No. 6] (the "**Cash Management Motion**"), the Debtors utilize a centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations. In the ordinary course of business, the Debtors maintained business relationships among each other, which result in intercompany receivables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**"). Additional information regarding the Intercompany Claims and Intercompany Transactions is described in the Cash Management Motion. Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

7.     **Accuracy**. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information considering the purposes for which it was prepared.

8.     **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

9.     **Liabilities**. The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

10.    **Insiders.** For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in

3

control of the Debtors; and (e) debtor/non-Debtor affiliates of the foregoing. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.

11. **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

12. **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

13. **Payment of Prepetition Claims Pursuant to First Day Orders**. The Debtors have requested authority to pay certain outstanding prepetition claims pursuant to orders entered by this court after the initial hearing in these cases (collectively, the "**First Day Orders**"). The Schedules and Statements reflect the Debtors' outstanding liabilities in their amounts owed as of the Petition Date without reducing liabilities on account of any payments authorized under the First Day Orders. If liabilities on account of prepetition wages and benefits have been satisfied in full, they are not listed on the Schedules and Statements unless otherwise noted.

14. **Other Paid Claims**. If the Debtors have reached any post-petition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties.

15. **Setoffs**. The Debtors routinely incurred certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including pricing discrepancies, customer programs, returns, and other disputes between the Debtors and their customers or suppliers. In the ordinary course of business, the Debtors would setoff invoices with credit memos. These routine setoffs were consistent with the ordinary course of business in the Debtors' industry, and, therefore, were particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not always independently accounted for and may be excluded from the Schedules and Statements.

16. **Revenue Cycle Management Procedures.** As discussed in the *Declaration of John C. DiDonato in Support of the Debtors' Chapter 11 Petitions and First Day Relief* (the "**First Day Declaration**"), historically, most of the Company's revenue has been attributable to agreements with emergency departments under the AR contracts model, where typically the

Company (1) provided the staffing/management services and (2) was responsible for coding, billing, and collecting the fees billed for services from Medicaid, Medicare, Blue Cross Blue Shield, commercial payors, insurance companies and/or the patients and related services ("**Revenue Cycle Management**" or "**RCM Services**").  Commencing in September 2019, the Debtors contracted with and utilized a non-affiliate service provider – Medical Consultants, Inc. ("MCI"), a subsidiary of RI RCM Holdco, Inc. ("**R1**") – to provide the RCM Services for the Debtors.  MCI has been the exclusive Revenue Cycle Management provider for the Company for the past several years and, because of the relationship, maintains voluminous records/documents with history and supporting and claims processing details.  The Debtors have used their best efforts to insure that the information contained in the Schedules, Statements, or Notes includes, where necessary, all assets and liabilities of the Debtors as reflected in records maintained by R1 as related to the RCM Services.

17.    **Debtors' Reservation of Rights**. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including the following:

a.    Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.    Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.    The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, the executory nature of the agreement under section 365 of the Bankruptcy Code, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or agreement pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d.  In the ordinary course of their businesses, the Debtors leased equipment and other assets from certain third-party lessors for use in their daily operations. The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Except as otherwise noted herein, the property subject to any such lease is not reflected in Schedule A/B as either owned property or an asset of the Debtors, and neither is such property or assets of third parties within the control of the Debtors Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

e.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

f.  The Debtors' businesses were part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

g.  The Debtors further reserve all their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.  The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. If such Guarantees have been identified, they are included in the relevant Schedules and Statements. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements if additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

18.    **Global Notes Control**. If the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

6

B. **Specific Notes for Schedules**

1.      **Schedule A/B.**

   a.   **A/B.3**. The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflects the book ending cash balance of such account as of the Petition Date.

   b.   **A/B. 11**. Amounts listed reflect net patient receivable.

   c.   **A/B. 15**. Investments are listed as having an undetermined value.

   d.   **A/B. 38-41**. The Debtors' furniture, fixtures and equipment are listed at net book value.

   e.   **A/B. 73**. The Debtors may have certain residual amounts owed to them from their medical malpractice insurance provider.  These include: (i) overpayments of premiums for policy periods ended June 29, 2023 wherein the provider currently holds approximately $48 million in total; (ii) return of certain premiums paid for policy year beginning June 30, 2023 in the amount of approximately $1.3 million, which policy the provider has attempted to rescind and which rescission the Debtors dispute; and (iii) certain policy dividends for prior years owed to the Debtors which the provider has refused to pay, citing ongoing disputes.

   f.   **A/B.70–77**. Despite exercising commercially reasonable efforts to identify all known assets, the Debtors may not have listed all their causes of action or potential causes of action against third parties as assets in their Schedules.

2.      **Schedule D**.  Certain of the claims listed on Schedule D, as well as the Guarantees of those claims listed on Schedule H, arose, and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all these dates are included for each such claim. To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred before the Petition Date. The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the *Motion to Approve Use of Cash Collateral Motion of the Debtors Pursuant to Sections 105, 361, 362, 363 and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2 for Interim and Final Orders (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* [Docket No. 10] (the "**Cash Collateral Motion**"), which are subject to investigation and challenge by the Official Committee of Unsecured Creditors or other parties in interest.

Except as otherwise agreed to or stated pursuant to a stipulation or order entered by the Bankruptcy Court that is or becomes final, including any final order approving the Cash Collateral Motion, the Debtors and their estates and, subject to the foregoing limitations, note as

7

follows: (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the descriptions provided on Schedule D only are intended to be a summary; and (c) the Debtors have not included on Schedule D claims that were secured by property for which the collateral was not in the Debtors' possession as of the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D.

The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.

3.    **Schedule E/F**

a.    **Part 1**.

Certain of the claims listed on Schedule E/F (Part 1) arose and were incurred on multiple dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all these multiple dates are included for each such claim.

The liabilities listed on Schedule E/F (Part 1) do not reflect any analysis of such claims under sections 503 or 507 of the Bankruptcy Code. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 or 507 of the Bankruptcy Code. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to ongoing audits or the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as contingent, pending final resolution of ongoing audits or other outstanding issues.

b.    **Part 2**.

The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not

reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff or recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have included trade creditors and taxing authorities on Schedule E/F, some of whose claims may have been satisfied, in whole or in part, pursuant to the First Day Orders. Notwithstanding the foregoing, the Debtors have reflected the prepetition liabilities of such trade creditors and taxing authorities as of the Petition Date. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. The accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as contingent, unliquidated, or disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Intercompany payables among the Debtors are reported on Schedule E/F, which may or may not result in allowed or enforceable claims by or against a given Debtor. The intercompany payables also may be subject to recoupment, netting, or other adjustments made pursuant to customary intercompany policies and practices not reflected in the Schedules.

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date. Despite the Debtors' reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claim. Additionally, Schedule E/F does not include any potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

As of the time of filing the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if and as they receive such invoices.

4.     **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), review is ongoing and inadvertent errors, omissions or overinclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed on Schedule G. Executory

9

agreements that are oral in nature have not been included in Schedule G. Certain of the Agreements listed on Schedule G may have been entered into on behalf of more than one of the Debtors. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

5.     **Schedule H**. The Debtors are party to certain prepetition secured credit agreements which were executed by multiple Debtors. The obligations of guarantors under the prepetition secured credit agreements are noted on Schedule H for each individual debtor.  Furthermore, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors.

C.     <u>**Specific Notes for Statements**</u>

1.     **Statement 1 and 2.** The gross revenue and non-business revenue reported for the current fiscal year are through September 18, 2023.

2.     **Statement 3**. The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from June 20, 2023 to September 18, 2023. The actual dates that cash cleared the Debtors' bank accounts may differ based on the form of payment. The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a time-consuming manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

3.     **Statement 4.** As more fully described in the Cash Management Motion, prepetition, the Debtors engaged in intercompany transactions ("**Intercompany Transactions**") with each other in the ordinary course of their business.  American Physician Holdings LLC is a party to various management services agreements with certain of the other operating Debtors (collectively, the "**Management Services Agreements**").   In general, American Physician Holdings LLC provides managerial and professional services to the operating Debtors (other than services relating to the practice of medicine) and pays substantially all their operating expenses. The Debtors' operating companies transfer deposits made into their applicable bank accounts to the concentration account.  The Debtors have included the monthly activity between the Debtors. Payments to members of the Board of Managers, including Jim Decker, Jay Martus, James Frary and Lawerence Hirsh include amounts for outside counsel.  These amounts were allocated among the aforementioned parties, during their tenure.

4.     **Statement 6**.  The items listed in Statement 6 are instances where the Debtors specifically allowed and agreed to an offset of the Debtor's accounts payable against the Debtor's accounts receivable.  The Debtors have not included in Statement 6 (a) any patient refund programs managed by R1 that would offset the expected accounts receivable in the ordinary course of business.  The Debtors listed the offset previously agreed upon in the Debtors' prepetition

agreement with Sapientes Funding II ("**Sapientes**") for the collection of certain accounts receivable. The Debtors also listed setoffs to stipend accounts receivable due to transition related activities in which successors agreed to provide active providers with prior acts coverage.

5.      **Statement 7**. The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date. The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings. The Debtors are working with their insurance carriers to obtain details relating to workers' compensation, auto and general liability, medical malpractice claims and, if necessary, will supplement the Statement when received.

6.      **Statement 9**. The amounts listed were based on a manual review of items in the Debtors' books and records determined to be gifts or charitable contributions. As a result, inadvertent errors or omissions may exist. Further, other gifts may exist that are below the $1,000 threshold per recipient that are not captured herein. In the ordinary course of business, the company undertakes sponsorship activities.

7.      **Statement 11**. The Debtors have used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified in the Debtors' response to Statement 11. Additional information regarding the Debtors' retention of professional service firms is and will be more fully described in the individual retention applications for those firms and any related orders. Amounts listed reflect the total amounts paid to these respective firms as bifurcating the specific restructuring activities would be administratively burdensome.

8.      **Statement 13**. As described in the First Day Declaration the Debtors facilitated the orderly transitions of approximately 150 emergency department and hospital medicine contracts to alternative service providers and its health system/hospital partners who provided insourced solutions by the end of July 2023, and have been listed with an undetermined value.

9.      **Statement 16**.The Debtors, via their Revenue Cycle Manager, have access to patient records. The Debtors adhere to HIPAA requirements and policies and have information security protocols to safeguard personally identifiable information.

10.      **Statement 26(d)**. Over the past two years, the Debtors have provided their financial statements via physical and electronic mail to various parties in the ordinary course of business, including current or potential secured lenders, government entities, shareholders, customers, and other interested parties. Professionals retained by the Debtors prior to the Petition Date also ran a comprehensive marketing and sale process and disclosed substantial financial information to numerous interested parties. Parties provided with historical financial information as part of the Debtors' marketing and sale process have not been listed on Statement 26(d). Recipients of financial information generally received consolidated accounts for the Debtors.

**Fill in this information to identify the case:**

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC

United States Bankruptcy Court for the:    Delaware

Case number   23-11469
(if known)

☐ Check if this is an
    amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**

        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNDETERMINED |
| --- |

    1b. **Total personal property:**

        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $14,265,633.52 |
| --- |

    1c. **Total of all property:**

        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $14,265,633.52 |
| --- |

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $594,227,927.00 |
| --- |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $190,610.37 |
| --- |

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

| + | $47,408,827.82 |
| --- | --- |

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $641,827,365.19 |
| --- |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11469 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1. DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. CASH ON HAND** | | | |
| 2.1. | PETTY CASH | | $407.26 |
| **3. CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS** *(IDENTIFY ALL)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | CADENCE BANK | 1557 | $10,693,040.31 |
| 3.2. | CADENCE BANK | 1565 | $0.00 |
| 3.3. | CADENCE BANK | 1573 | $0.00 |
| 3.4. | CADENCE BANK | 1714 | $0.00 |
| 3.5. | CADENCE BANK | 1722 | $0.00 |
| 3.6. | CADENCE BANK | 3896 | $0.00 |
| 3.7. | FLAGSTAR BANK | 5197 | $0.00 |
| **4. OTHER CASH EQUIVALENTS** | | | |
| **NONE** | | | |

| 5 | Total of Part 1. ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $10,693,447.57 |
|---|---|---|

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | DEPOSITS AND PREPAYMENTS |
|---|---|

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT | |
| **8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | |
| DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | |
| **9  Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | NOT APPLICABLE |

| Part 3: | ACCOUNTS RECEIVABLE |
|---|---|

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☒ No. Go to Part 4.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **11. ACCOUNTS RECEIVABLE** | |
| **12  Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | NOT APPLICABLE |

| Part 4: | INVESTMENTS |
|---|---|

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☒ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| NAME OF FUND OR STOCK: | | |

**15. NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE**

| Name of entity | | % of ownership | |
|---|---|---|---|
| 15.1. | AMERICAN PHYSICIAN HOLDINGS, LLC | 100% | UNDETERMINED |
| 15.2. | AMERICAN PHYSICIANS PARTNERS PSO, LLC | 100% | UNDETERMINED |
| 15.3. | MILLENNIUM ASSURANCE CORPORATION RISK RETENTION GROUP, INC. | 100% | UNDETERMINED |

**16. GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1**

DESCRIBE:

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| 17 | **Total of Part 4.** ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | UNDETERMINED |

| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  RAW MATERIALS** | | | | |
| **20.  WORK IN PROGRESS** | | | | |
| **21.  FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** | | | | |
| **22.  OTHER INVENTORY OR SUPPLIES** | | | | |

| 23 | **Total of Part 5.** ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | | NOT APPLICABLE |

**24.  Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |

**27.  DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.  FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.  FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.  FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.  OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | **Total of Part 6.** ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | | NOT APPLICABLE |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC          Case number (if known)    23-11469
(Name)

**34.** **Is the debtor a member of an agricultural cooperative?**
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
☐ No
☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
☒ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 7: | OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES |
|---|---|

**38.** **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☐ No. Go to Part 8.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **OFFICE FURNITURE** | | | |
| 39.1.   FURNITURE & FIXTURES NET DEPRECIATION | $23,316.75 | NET BOOK VALUE | $23,316.75 |
| **40.** **OFFICE FIXTURES** | | | |
| **NONE** | | | |
| **41.** **OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.   COMPUTERS & EQUIPMENT NET DEPRECIATION | $439,459.13 | NET BOOK VALUE | $439,459.13 |
| **42.** **COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |
| **NONE** | | | |

| 43 | Total of Part 7. ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | $462,775.88 |
|---|---|---|

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
☒ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.** **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **47.** | **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48.** | **WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49.** | **AIRCRAFT AND ACCESSORIES** | | | |
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |

| 51 | **Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | NOT APPLICABLE |
|---|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 9:**    **REAL PROPERTY**

**54. DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55. ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | 5121 MARYLAND WAY, BRENTWOOD, TN 37027; STE 300; 203; 301; 100, 215 | LEASEHOLD | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

| 56 | **Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNDETERMINED |
|---|---|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10:**    **INTANGIBLES AND INTELLECTUAL PROPERTY**

**59. DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469
          (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| 60.1. | TRADEMARK - "ALIGNMD" SERIAL NO. 86872617/REGISTRATION NO.:5035385 | | | UNDETERMINED |
| 60.2. | TRADEMARK - "AMERICAN PHYSICIAN PARTNERS" SERIAL NO. 86882080/REGISTRATION NO.:5187677 | | | UNDETERMINED |
| 60.3. | UNREGISTERED TRADEMARK - "AHC & DESIGN" SERIAL NO. 86-882069 | | | |
| 60.4. | UNREGISTERED TRADEMARK - "AHC" SERIAL NO. 86-882043 | | | UNDETERMINED |
| 60.5. | UNREGISTERED TRADEMARK - "AMERICAN HOSPITALIST COMPANY" SERIAL NO.:86-882057 | | | UNDETERMINED |
| **61.** | **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| 61.1. | *.APPARTNERS.COM | | | UNDETERMINED |
| 61.2. | 2X.APPARTNERS.COM | | | UNDETERMINED |
| 61.3. | ALIGNMD.COM | | | UNDETERMINED |
| 61.4. | AMERICANPHYSICIAN.PARTNERS | | | UNDETERMINED |
| 61.5. | AMERICANPHYSICIANPARTNERS.COM | | | UNDETERMINED |
| 61.6. | APPARTNERS.COM | | | UNDETERMINED |
| 61.7. | APPARTNERS.COM | | | UNDETERMINED |
| 61.8. | APPARTNERS.NET | | | UNDETERMINED |
| 61.9. | APPITSERVICE.COM | | | UNDETERMINED |
| 61.10. | APPLYTICS.APPARTNERS.COM | | | UNDETERMINED |
| 61.11. | APPLYTICS.APPARTNERS.COM | | | UNDETERMINED |
| 61.12. | APP-PSO.CO | | | UNDETERMINED |
| 61.13. | APP-PSO.COM | | | UNDETERMINED |
| 61.14. | APP-PSO.INFO | | | UNDETERMINED |
| 61.15. | APP-PSO.NET | | | UNDETERMINED |
| 61.16. | APP-PSO.ORG | | | UNDETERMINED |
| 61.17. | APPREPORTS.APPARTNERS.COM | | | UNDETERMINED |
| 61.18. | CAREERS.AMERICANPHYSICIAN.PARTNERS | | | UNDETERMINED |
| 61.19. | DEGARAPLLC.COM | | | UNDETERMINED |
| 61.20. | ECHOREMOTE.APPARTNERS.COM | | | UNDETERMINED |
| 61.21. | JRUTAPP.COM | | | UNDETERMINED |
| 61.22. | LEMA-EM.COM | | | UNDETERMINED |
| 61.23. | ORCHESTRATOR.APPARTNERS.COM | | | UNDETERMINED |
| 61.24. | PORTAL.APPARTNERS.COM | | | UNDETERMINED |
| 61.25. | PORTALSVCUATAZ.APPARTNERS.COM | | | UNDETERMINED |
| 61.26. | PROGRESSIVEMEDICALAPP.US | | | UNDETERMINED |
| 61.27. | PROGRESSIVEMEDICALPARTNERS.US | | | UNDETERMINED |
| 61.28. | PROGRESSIVEMEDICALPUBLIC.US | | | UNDETERMINED |
| 61.29. | REMOTE.APPARTNERS.COM | | | UNDETERMINED |
| 61.30. | REPORTS.APPARTNERS.COM | | | UNDETERMINED |
| 61.31. | TRUEPARTNERS.ORG | | | UNDETERMINED |
| 61.32. | TRUEPARTNERSER.COM | | | UNDETERMINED |
| 61.33. | V.APPARTNERS.COM | | | UNDETERMINED |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                     Case number (if known)    23-11469
            (Name)

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 62. | LICENSES, FRANCHISES, AND ROYALTIES | | | |
| 63. | CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS | | | |
| 64. | OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY | | | |
| 65. | GOODWILL | | | |

| 66 | Total of Part 10. ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |
|---|---|---|---|---|

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☒ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☒ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☒ No
☐ Yes

**Part 11:    ALL OTHER ASSETS**

**70.  DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **71.** | **NOTES RECEIVABLE** | |
| | DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| | **NONE** | |
| **72.** | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| | **NONE** | |
| **73.** | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.1. | COALITION INSURANCE SOLUTIONS (COALITION): CYBER LIABILITY - 4TH EXCESS POLICY # C-4MFH-239111-CEPMM-2023 | UNDETERMINED |
| 73.2. | ENDURANCE AMERICAN SPECIALTY INSURANCE CO. (SOMPO): CYBER LIABILITY POLICY # PRV30002366102 | UNDETERMINED |
| 73.3. | EVANSTON INSURANCE CO. (MARKEL): DIRECTORS & OFFICERS INCL FIDUCIARY POLICY # MKLV7MML000027 | UNDETERMINED |
| 73.4. | FEDERAL INSURANCE CO. (CHUBB): CRIME AND EMPLOYED LAWYERS LIABILITY POLICY # 8248-8715 | UNDETERMINED |
| 73.5. | FIREMAN'S FUND INSURANCE CO. (ALLIANZ): PROPERTY, GENERAL LIABILITY AND HIRED & NON OWNED AUTO LIABILITY POLICY # USC025424230 | UNDETERMINED |
| 73.6. | FREEDOM SPECIALTY INSURANCE CO. (NATIONWIDE): EMPLOYMENT PRACTICES LIABILITY POLICY # PHO2308918 | UNDETERMINED |
| 73.7. | GEMINI INSURANCE COMPANY (BERKLEY): DIRECTORS & OFFICERS EXCESS SIDE A DIC POLICY # BPRO8093521 | UNDETERMINED |
| 73.8. | HOUSTON CASUALTY CO. (TOKIO MARINE): CYBER LIABILITY - 2ND EXCESS POLICY # H23CXS20543-01 | UNDETERMINED |
| 73.9. | MAGMUTUAL INSURANCE CO.: POLICY DIVIDEND | $1,170,000.00 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| | | Current value of debtor's interest |
|---|---|---|
| **73.** | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.10. | MAGMUTUAL INSURANCE CO.: WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY POLICY # WCV 0005665 08 | UNDETERMINED |
| 73.11. | PELEUS INSURANCE CO. (ARGO): EXCESS DIRECTORS & OFFICERS INCL FIDUCIARY POLICY # MLX4262120□1 | UNDETERMINED |
| 73.12. | PROFESSIONAL SECURITY INSURANCE CO. (MAGMUTUAL): PROFESSIONAL LIABILITY POLICY # PSL 09104408 | $1,300,000.00 |
| 73.13. | SCOTTSDALE INSURANCE CO. (NATIONWIDE): CYBER LIABILITY - 3RD EXCESS POLICY # XMS230450 | UNDETERMINED |
| 73.14. | SYMETRA LIFE INSURANCE COMPANY: KEYMAN INSURANCE POLICY # AA6117563 | UNDETERMINED |
| 73.15. | ZURICH AMERICAN INSURANCE CO.: CYBER LIABILITY - 1ST EXCESS POLICY # SPR 4514845 - 04 | UNDETERMINED |
| **74.** | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
| | NONE | |
| **75.** | **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| | NONE | |
| **76.** | **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| | NONE | |
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES*: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |
| 77.1. | OTHER RECEIVABLES | $342,834.74 |
| 77.2. | STIPEND AND REIMBURSEMENT RECEIVABLES | $296,575.33 |
| **78** | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | $3,109,410.07 |
| **79.** | Has any of the property listed in Part 11 been appraised by a professional within the last year? ☒ No ☐ Yes | |

| **Part 12:** | **Summary** |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| **80.** | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $10,693,447.57 | |
| **81.** | **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| **82.** | **Accounts receivable.** *Copy line 12, Part 3.* | | |
| **83.** | **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.** | **Inventory.** *Copy line 23, Part 5.* | | |
| **85.** | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $462,775.88 | |

Debtor  AMERICAN PHYSICIAN PARTNERS, LLC  Case number (if known) 23-11469
        (Name)

| | | | |
|---|---|---|---|
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. | **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . →  | UNDETERMINED | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $3,109,410.07 | |
| 91. | **Total.** Add lines 80 through 90 for each column . . . . . . . . . 91a. | $14,265,633.52  + 91b. UNDETERMINED | |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | $14,265,633.52 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11469 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Creditors with Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|---|
| **2.1** | **Creditor's name**<br>GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE<br><br>**Creditor's mailing address**<br>AGENT AND AS COLLATERAL AGENT<br>2001 ROSS AVE., SUITE 2800<br>DALLAS, TX  75201<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>PREPETITION TERM & REVOLVER LOANS<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $594,227,927.00 | UNDETERMINED |
| **2.2** | **Creditor's name**<br>GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE<br><br>**Creditor's mailing address**<br>AGENT AND AS COLLATERAL AGENT<br>2001 ROSS AVE., SUITE 2800<br>DALLAS, TX  75201<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS<br><br>**Describe the lien**<br>UCC LIEN # 20167956848(DE)<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed | | UNKNOWN | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 1: | Additional Page |
|---|---|

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | Do not deduct the value of collateral. | |

| 2.3 | **Creditor's name**<br>GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | **Describe debtor's property that is subject to a lien**<br>ALL ASSETS | UNKNOWN | UNDETERMINED |
|---|---|---|---|---|
| | **Creditor's mailing address**<br>AGENT AND AS COLLATERAL AGENT<br>2001 ROSS AVE., SUITE 2800<br>DALLAS, TX  75201 | **Describe the lien**<br>UCC LIEN # 20151866515(DE) | | |
| | **Creditor's email address** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes | | |
| | **Last 4 digits of account number:** | | | |
| | **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $594,227,927.00 |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| KING & SPALDING LLP<br>GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P.<br>ATTN: W. AUSTIN JOWERS<br>1180 PEACHTREE STREET, NE, SUITE 1600<br>ATLANTA, GA  30309 | Line 2.1 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11469 |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.**  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>BAILEY, BENJAMIN BOYD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED PAYROLL CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $15,150.00 | $15,150.00 |
| 2.2 | **Priority creditor's name and mailing address**<br>BEASLEY, NATHAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $1,430.00 | $1,430.00 |
| 2.3 | **Priority creditor's name and mailing address**<br>CEARLOCK, BENJAMIN MICHAEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED PAYROLL CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $14,400.00 | $14,400.00 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.4 | **Priority creditor's name and mailing address**<br>CLARK, DAVID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED PAYROLL CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $13,500.00 | $13,500.00 |
| 2.5 | **Priority creditor's name and mailing address**<br>COLIP, CHEYANNE NOMI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED PAYROLL CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $749.45 | $749.45 |
| 2.6 | **Priority creditor's name and mailing address**<br>DEPARTMENT OF REVENUE<br>PO BOX 23191<br>JACKSON, MS  39225-3191<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED PAYROLL CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,653.75 | $1,653.75 |
| 2.7 | **Priority creditor's name and mailing address**<br>EMERGING MEDICAL SOLUTIONS INC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED PAYROLL CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,750.00 | $2,750.00 |
| 2.8 | **Priority creditor's name and mailing address**<br>HULL, ELIZABETH J<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED PAYROLL CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,150.00 | $15,150.00 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.9** | **Priority creditor's name and mailing address**
INC, DUBEY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED PAYROLL CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $15,150.00    Priority amount: $15,150.00

---

**2.10** | **Priority creditor's name and mailing address**
KENDRICK, BENJAMIN WILSON
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED PAYROLL CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $3,987.64    Priority amount: $3,987.64

---

**2.11** | **Priority creditor's name and mailing address**
MIZE, EVANS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED PAYROLL CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,762.42    Priority amount: $1,762.42

---

**2.12** | **Priority creditor's name and mailing address**
PAGELS INC, KELLY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED PAYROLL CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $1,100.00    Priority amount: $1,100.00

---

**2.13** | **Priority creditor's name and mailing address**
POPAT, RAJAN UPENDRA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED PAYROLL CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

Total claim: $9,360.00    Priority amount: $9,360.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 1:** | **Additional Page** |
|---|---|

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.14 | **Priority creditor's name and mailing address** <br><br> RAGHUNATHAN, AMRITHA <br> ADDRESS REDACTED <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCASHED PAYROLL CHECK <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | | $9,392.03 | $9,392.03 |
| 2.15 | **Priority creditor's name and mailing address** <br><br> SCP EMERGENCY CARE LLC <br> ADDRESS REDACTED <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCASHED PAYROLL CHECK <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | | $15,150.00 | $15,150.00 |
| 2.16 | **Priority creditor's name and mailing address** <br><br> STATE OF ALABAMA <br> ATTN: STEVE MARSHALL <br> 501 WASHINGTON AVE <br> MONTGOMERY, AL  36104 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCASHED PAYROLL CHECK <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | | $11,310.00 | $11,310.00 |
| 2.17 | **Priority creditor's name and mailing address** <br><br> UNITED STATES TREASURY <br> INTERNAL REVENUE SERVICE <br> PO BOX 742562 <br> CINCINNATI, OH  45280-2562 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCASHED PAYROLL CHECK <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | | $43,174.17 | $43,174.17 |
| 2.18 | **Priority creditor's name and mailing address** <br><br> UNKENHOLZ MD FACEP LLC, KARL M <br> ADDRESS REDACTED <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4) | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> UNCASHED PAYROLL CHECK <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | | $15,150.00 | $15,150.00 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

## Part 1:    Additional Page

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.19 | **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $290.91 | $290.91 |
|---|---|---|---|---|

WHEAT, MICHAEL
ADDRESS REDACTED

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCASHED CHECK

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.
☒ Yes.

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $36,269.08 |
|---|---|---|---|

5BY5
ATTN: SHANNON LITTON
5210 MARYLAND WAY

BRENTWOOD, TN  37027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| 3.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

8 TRIGRAMS EMER SERVICES LTD
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

A DAVIS JR INC, THOMAS
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,362.50 |

**Nonpriority creditor's name and mailing address**
A.C.E.S. STAFFING COMPANY, LLC
4040 EMBASSY PKWY
SUITE 370

AKRON, OH  44333

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,362.50

---

3.5 **Nonpriority creditor's name and mailing address**
ABBAN, BETTY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.6 **Nonpriority creditor's name and mailing address**
ABDELKADER, KIMBERLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.7 **Nonpriority creditor's name and mailing address**
ABDO, JABER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.8 **Nonpriority creditor's name and mailing address**
ABDUL, WAHEED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.9** | **Nonpriority creditor's name and mailing address**

ABDULLAH, ASHRAF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.10** | **Nonpriority creditor's name and mailing address**

ABEBEFE MD PA, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.11** | **Nonpriority creditor's name and mailing address**

ABELE, DONALD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.12** | **Nonpriority creditor's name and mailing address**

ABEREGG, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.13** | **Nonpriority creditor's name and mailing address**

ABEYTA, STEPHANIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.14** | **Nonpriority creditor's name and mailing address**
ABID, BUSHRA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.15** | **Nonpriority creditor's name and mailing address**
ABLES, DEBORAH
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.16** | **Nonpriority creditor's name and mailing address**
ABNEY, LON
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.17** | **Nonpriority creditor's name and mailing address**
ABRAHAM, VARKEY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.18** | **Nonpriority creditor's name and mailing address**
ABU ALI, AL-MUNTASER
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor   AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known)   23-11469

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.19** **Nonpriority creditor's name and mailing address**

ACCESS DATA NETWORK SOLUTIONS, INC.
4077 VISCOUNT AVENUE

MEMPHIS, TN  38118

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$635.44

---

**3.20** **Nonpriority creditor's name and mailing address**

ACKERMAN, DAWN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.21** **Nonpriority creditor's name and mailing address**

ACOSTA, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.22** **Nonpriority creditor's name and mailing address**

ACTIVE MEDICAL SOLUTIONS PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.23** **Nonpriority creditor's name and mailing address**

ACTIVTRAK
ATTN: HEIDI FARRIS
PO BOX 670534

DALLAS, TX  75267

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,016.27

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |

---

**3.24** **Nonpriority creditor's name and mailing address**

ACUTE CARE SPECIALISTS TSH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.25** **Nonpriority creditor's name and mailing address**

ADAMCRYK MD PA, TIMOTHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.26** **Nonpriority creditor's name and mailing address**

ADAM-ELDIEN, RABIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.27** **Nonpriority creditor's name and mailing address**

ADAMOVICH, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.28** **Nonpriority creditor's name and mailing address**

ADAMS, JODY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.29** **Nonpriority creditor's name and mailing address**

ADAMS, JONAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.30** **Nonpriority creditor's name and mailing address**

ADAMS, KELLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.31** **Nonpriority creditor's name and mailing address**

ADAMS, PHILIP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.32** **Nonpriority creditor's name and mailing address**

ADDISON PLLC, L
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.33** **Nonpriority creditor's name and mailing address**

ADEILE, ISAAC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |

| | | Amount of claim |
| --- | --- | --- |

| 3.34 | **Nonpriority creditor's name and mailing address**<br>ADEKUNBI JOHN PLLC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.35 | **Nonpriority creditor's name and mailing address**<br>ADELBERG MD, JONATHAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.36 | **Nonpriority creditor's name and mailing address**<br>ADEMOSU, MOSUNMOLA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.37 | **Nonpriority creditor's name and mailing address**<br>ADERONMU, ADEDOYIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.38 | **Nonpriority creditor's name and mailing address**<br>ADIO-ODUOLA, TITILOLA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.39** **Nonpriority creditor's name and mailing address**

ADKINS MD PLC, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.40** **Nonpriority creditor's name and mailing address**

ADKISON, LAUREN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.41** **Nonpriority creditor's name and mailing address**

ADNAN, HASAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.42** **Nonpriority creditor's name and mailing address**

ADUSUMILLI, CHOWDARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.43** **Nonpriority creditor's name and mailing address**

ADVANCE PRACTIC LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNDETERMINED |
|---|---|---|
| ADVANCED PRACTICE, LEAH | *Check all that apply.* | |
| ADDRESS REDACTED | ☑ Contingent | |
| | ☑ Unliquidated | |
| **Date or dates debt was incurred** | ☑ Disputed | |
| VARIOUS | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNDETERMINED |
|---|---|---|
| ADVANCED PRACTICE, LJY | *Check all that apply.* | |
| ADDRESS REDACTED | ☑ Contingent | |
| | ☑ Unliquidated | |
| **Date or dates debt was incurred** | ☑ Disputed | |
| VARIOUS | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNDETERMINED |
|---|---|---|
| ADVANCED WELLNE MD LLC | *Check all that apply.* | |
| ADDRESS REDACTED | ☑ Contingent | |
| | ☑ Unliquidated | |
| **Date or dates debt was incurred** | ☑ Disputed | |
| VARIOUS | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

**3.47**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNDETERMINED |
|---|---|---|
| ADZOKPA, SELORM | *Check all that apply.* | |
| ADDRESS REDACTED | ☑ Contingent | |
| | ☑ Unliquidated | |
| **Date or dates debt was incurred** | ☑ Disputed | |
| VARIOUS | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

**3.48**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNDETERMINED |
|---|---|---|
| AEDMD LLC | *Check all that apply.* | |
| ADDRESS REDACTED | ☑ Contingent | |
| | ☑ Unliquidated | |
| **Date or dates debt was incurred** | ☑ Disputed | |
| VARIOUS | | |
| | **Basis for the claim:** | |
| **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | **Is the claim subject to offset?** | |
| | ☑ No | |
| | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.49** | **Nonpriority creditor's name and mailing address**

AFILAKA, BUKOLA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.50** | **Nonpriority creditor's name and mailing address**

AFOLABI, ADEBIMPE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.51** | **Nonpriority creditor's name and mailing address**

AGACNP-BC, RWILKINS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.52** | **Nonpriority creditor's name and mailing address**

AGBI, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,975.95

---

**3.53** | **Nonpriority creditor's name and mailing address**

AGDAMAG, PATRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>AGIRO, SETH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br><br>AGUILAR, JOHN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.56 | **Nonpriority creditor's name and mailing address**<br><br>AHMED MD PLLC, SAMEER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.57 | **Nonpriority creditor's name and mailing address**<br><br>AHMED, CHAUDHARY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>AHMED, SHAKEEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

AHMED, TASNEEM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

AHUJA, ANKUR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.61 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

AKANBI, OLABISI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

AKANDE, OLUWAYOMI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

AKPAN, ATIM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.64**

**Nonpriority creditor's name and mailing address**
AL MASALMEH, OSSAMA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.65**

**Nonpriority creditor's name and mailing address**
AL RABADI, SALEM
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.66**

**Nonpriority creditor's name and mailing address**
ALABAMA COMMUNITY NEWSPAPERS
PO BOX 25818

RICHMOND, VA  23260-5818

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$283.90

---

**3.67**

**Nonpriority creditor's name and mailing address**
ALABAMA DEPT OF REVENUE
50 N RIPLEY ST

MONTGOMERY, AL  36130

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.68**

**Nonpriority creditor's name and mailing address**
ALAGARSAMY, SENTHIL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.69** **Nonpriority creditor's name and mailing address**

ALAIMO, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$158,807.81

---

**3.70** **Nonpriority creditor's name and mailing address**

ALBALBISSI, AHMAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.71** **Nonpriority creditor's name and mailing address**

ALBERTA, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.72** **Nonpriority creditor's name and mailing address**

ALEMAN-BRIZUELA, VLADANA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.73** **Nonpriority creditor's name and mailing address**

ALEX KENDIG PLLC, KALIF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known)    23-11469
         (Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.74** **Nonpriority creditor's name and mailing address**

ALEXANDER JR, LEALLEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.75** **Nonpriority creditor's name and mailing address**

ALFARIS, MOHAMED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.76** **Nonpriority creditor's name and mailing address**

ALHINDI, AHMAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.77** **Nonpriority creditor's name and mailing address**

AL-HOMSI, BASSAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.78** **Nonpriority creditor's name and mailing address**

ALHUZALI LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.79** Nonpriority creditor's name and mailing address

ALI, ABSAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.80** Nonpriority creditor's name and mailing address

ALICE MOO, IHSIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.81** Nonpriority creditor's name and mailing address

AL-KHDARAT, MOHAMMAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$487.20

---

**3.82** Nonpriority creditor's name and mailing address

ALLAN, CHARNELL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.83** Nonpriority creditor's name and mailing address

ALLBRITTON, KELLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $322.68 |
|---|---|---|---|

3.84 **Nonpriority creditor's name and mailing address**
ALLEGRA PRINT & IMAGING
350 WILSON PIKE CIRCLE #200

BRENTWOOD, TN 37027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $322.68

---

3.85 **Nonpriority creditor's name and mailing address**
ALLEN, DIANE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.86 **Nonpriority creditor's name and mailing address**
ALLEN, IVORY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.87 **Nonpriority creditor's name and mailing address**
ALLEN, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.88 **Nonpriority creditor's name and mailing address**
ALLEN, SARA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ALLERGY LLC, SQR | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.90 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ALLOCCO, LOUIS | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ALPHA SERVICES INC | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | AL-RAHAMNEH, MAHER | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ALTMAN, BENJAMIN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.94** | **Nonpriority creditor's name and mailing address**

ALVAREZ & MARSAL
ATTN: LIZ CARRINGTON
600 MADISON AVENUE, 8TH FLOOR

NEW YORK, NY 10022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,587.00

---

**3.95** | **Nonpriority creditor's name and mailing address**

ALVAREZ, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.96** | **Nonpriority creditor's name and mailing address**

ALVAREZ, REFUGIO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,930.00

---

**3.97** | **Nonpriority creditor's name and mailing address**

ALVAREZ, REFUGIO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.98** | **Nonpriority creditor's name and mailing address**

AMBA, KATHERYNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.99** | **Nonpriority creditor's name and mailing address**

AMBROSETTI, KATHARINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.100** | **Nonpriority creditor's name and mailing address**

AMERICA, FRIENDS IN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.101** | **Nonpriority creditor's name and mailing address**

AMERICAN TRADESHOW SERVICES
217 GENERAL PATTON AVE

MANDEVILLE, LA 70471

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$389.08

---

**3.102** | **Nonpriority creditor's name and mailing address**

AMIN, JESAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.103** | **Nonpriority creditor's name and mailing address**

AMPOMAH, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.104** | **Nonpriority creditor's name and mailing address**

ANCHA, ADITYA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.105** | **Nonpriority creditor's name and mailing address**

ANCRUM II, EUGENE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.106** | **Nonpriority creditor's name and mailing address**

AND A DAY PLLC, A YEAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.107** | **Nonpriority creditor's name and mailing address**

AND MEDICAL SERVICES, CUTLER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.108** | **Nonpriority creditor's name and mailing address**

ANDAZOLA, JIMMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

Debtor  AMERICAN PHYSICIAN PARTNERS, LLC

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.109**  **Nonpriority creditor's name and mailing address**

ANDERS, MYRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.110**  **Nonpriority creditor's name and mailing address**

ANDERSHOCK, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.111**  **Nonpriority creditor's name and mailing address**

ANDERSON DO, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.112**  **Nonpriority creditor's name and mailing address**

ANDERSON, BRANDY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.113**  **Nonpriority creditor's name and mailing address**

ANDERSON, STEPHEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor AMERICAN PHYSICIAN PARTNERS, LLC

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.114** Nonpriority creditor's name and mailing address

ANDERSON, TANNER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.115** Nonpriority creditor's name and mailing address

ANDERSON, TANNER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.116** Nonpriority creditor's name and mailing address

ANDREW STEIDL
ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
WORKERS COMPENSATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.117** Nonpriority creditor's name and mailing address

ANDREWS MD PLLC, ANDREA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.118** Nonpriority creditor's name and mailing address

ANDREWS, ANDREA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.119** | **Nonpriority creditor's name and mailing address**

ANDREWS, STEPHEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.120** | **Nonpriority creditor's name and mailing address**

ANEL, RAMON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.121** | **Nonpriority creditor's name and mailing address**

ANGWENYI LLC, P
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.122** | **Nonpriority creditor's name and mailing address**

ANILUS, VESTA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.123** | **Nonpriority creditor's name and mailing address**

ANKROM, PETER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.124** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ANUKWUEM, OBIOMA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ANYIM ASSOCIATES LLC,
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ANYIM, ALECIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,302.67

APAMPA, OMOKOREDE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

APAMPA, OMOKOREDE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.129 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**3.129**

**Nonpriority creditor's name and mailing address**

APMC, LSOUZAFILHO MD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.130**

**Nonpriority creditor's name and mailing address**

APOGEE INFORMATICS CORPORATION
4851 TAMIAMI TRAIL N
SUITE 200

NAPLES, FL  34103

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,544.00

---

**3.131**

**Nonpriority creditor's name and mailing address**

APPELBAUM, GORDON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.132**

**Nonpriority creditor's name and mailing address**

ARENZ, KAT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.133**

**Nonpriority creditor's name and mailing address**

ARENZ, KATHERINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ARIF, ABDURRAHMAN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ARKAVA, TODD | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ARMENOFF, DONALD | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ARMSTRONG, AUBREY | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.138 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ARNET, KRISTA | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |

(Name)

| **Part 2:** | Additional Page |

| | | | Amount of claim |
|---|---|---|---|

| 3.139 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

ARNITS, ERIK
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

ARNOLD MD, JACOB
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

ARNOLD-ROSS, ANGELA
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

ARRIBAS, MIGUEL
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

ASAMOA, NANCY
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.144**

**Nonpriority creditor's name and mailing address**

ASFAW, MENILIK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.145**

**Nonpriority creditor's name and mailing address**

ASHLEY, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.146**

**Nonpriority creditor's name and mailing address**

ASHRAF-MOGHAL, NADIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.147**

**Nonpriority creditor's name and mailing address**

ASHRM
PO BOX 75315

CHICAGO, IL  60675

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$169.00

---

**3.148**

**Nonpriority creditor's name and mailing address**

ASIAMIGBE, NNEKA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC _____    Case number (if known) _23-11469_

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.149 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ASIF, ZEESHAN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.150 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ASKARI, RAZA | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.151 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ASSOCIATES LLC, ZENITH | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ASSOCIATES PC, CAPITAL KIDNEY | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ASSOCIATES PLLC, EMERGENCY | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.154**    **Nonpriority creditor's name and mailing address**

ASSOCIATES PLLC, HASHMI MEDICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.155**    **Nonpriority creditor's name and mailing address**

ASSOCIATES, BSK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.156**    **Nonpriority creditor's name and mailing address**

ASSOCIATES, PAGE ER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.157**    **Nonpriority creditor's name and mailing address**

ASSOCIATES, TANQUARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.158**    **Nonpriority creditor's name and mailing address**

AT&T MOBILITY
AT&T LAW GROUP
ATTN KAREN CAVAGNARO
ONE AT&T WAY
BEDMINSTER, NJ  07921

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,120.25

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|-----------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.159** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ATHARVED MEDICAL SERVICES LLC
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ATKINS, TIFFANY
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ATKINSON, DARRYL
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.162** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ATYIA, ATIF
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

AUDIBERT MD PA, JEFF
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.164** | **Nonpriority creditor's name and mailing address**
AUNG, SANDI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.165** | **Nonpriority creditor's name and mailing address**
AUSTIN, MARSHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.166** | **Nonpriority creditor's name and mailing address**
AUYEUNG, ADDIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.167** | **Nonpriority creditor's name and mailing address**
AVERY, ISHMAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.168** | **Nonpriority creditor's name and mailing address**
AVILA, CAROL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.169** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

AVITIA, GABRIELLA
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

AWAN, MONAM
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

AWOBOKUN, OLUYEMISI
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

AWOFADEJU, AYOOLA
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BABB DO PA, ERIC L
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case number (if known)    23-11469

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $250,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.174

BABULA, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$250,000.00

---

3.175

**Nonpriority creditor's name and mailing address**

BACALIA, AARON MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.176

**Nonpriority creditor's name and mailing address**

BACHMAN, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.177

**Nonpriority creditor's name and mailing address**

BACHWANI, AVINASH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.178

**Nonpriority creditor's name and mailing address**

BACKUS, CHARLES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

BACON, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

BADEWA, ABIODUN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

BAFUS, DEANNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

BAGHDADI, HOMEIRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

BAGNERIS MD APMC, GINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.184** | **Nonpriority creditor's name and mailing address**

BAHIN-AEIN, ASHKAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.185** | **Nonpriority creditor's name and mailing address**

BAIG, MOHAMMED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.186** | **Nonpriority creditor's name and mailing address**

BAILEY II, CORTIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.187** | **Nonpriority creditor's name and mailing address**

BAILEY, BENJAMIN BOYD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,850.00

---

**3.188** | **Nonpriority creditor's name and mailing address**

BAILEY, LAURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.189** **Nonpriority creditor's name and mailing address**
BAILEY, NANCY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.190** **Nonpriority creditor's name and mailing address**
BAILEY, THOMAS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.191** **Nonpriority creditor's name and mailing address**
BAIN, LORI
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.192** **Nonpriority creditor's name and mailing address**
BAINES, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.193** **Nonpriority creditor's name and mailing address**
BAIR, ZACHARY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$241.32

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.194** **Nonpriority creditor's name and mailing address**
BAIRD MD, JOSHUA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.195** **Nonpriority creditor's name and mailing address**
BAIRD, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.196** **Nonpriority creditor's name and mailing address**
BAKEER, MOHAMMED
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.197** **Nonpriority creditor's name and mailing address**
BAKER JR, NORMAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.198** **Nonpriority creditor's name and mailing address**
BAKER PA-C LLC, BRITTANY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.199** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BAKER, AMANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BAKER, AMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BAKER, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.202** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BAKER, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BAKER, GARRETT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.204**

**Nonpriority creditor's name and mailing address**

BAKER, JANELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.205**

**Nonpriority creditor's name and mailing address**

BAKER, REBECCA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.206**

**Nonpriority creditor's name and mailing address**

BAKER, SHAUNTAE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.207**

**Nonpriority creditor's name and mailing address**

BAKLEH, MONHANAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.208**

**Nonpriority creditor's name and mailing address**

BAKSHI, MANDEEP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.209 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.209**

**Nonpriority creditor's name and mailing address**

BALADAD, MARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.210**

**Nonpriority creditor's name and mailing address**

BALDWIN, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.211**

**Nonpriority creditor's name and mailing address**

BALL, MARTIN DEWAYNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.212**

**Nonpriority creditor's name and mailing address**

BANDA, KANAKALINGESWARA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.213**

**Nonpriority creditor's name and mailing address**

BANDARUPALLI, HIMABINDU
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.214** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BANEGURA, GLENN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BANGALE SOLUTIONS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BANGAR, SIDDHARTH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.217** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $800.00

BANNER DESERT MEDICAL STAFF
1400 S DOBSON ROAD

MESA, AZ 85202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,000.00

BANNER HEALTH CVO
244 DUNDEE AVE.

GREELY, CO 80634

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

BANNON, KELLEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

BANSAL, VINOD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

BARAKAM, NEHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

BARBEE, JACOB
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

BARBOSA SERVICES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.224**

**Nonpriority creditor's name and mailing address**

BARBOUR MD LLC, LESLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.225**

**Nonpriority creditor's name and mailing address**

BARDINELLI LLC, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.226**

**Nonpriority creditor's name and mailing address**

BAREFOOT, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.227**

**Nonpriority creditor's name and mailing address**

BARGER, KAITLYN BROOKE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.228**

**Nonpriority creditor's name and mailing address**

BARLOW, LESLIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.229 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
BARNES, KENDALL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.230 **Nonpriority creditor's name and mailing address**
BARR, LYNN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.231 **Nonpriority creditor's name and mailing address**
BARRERAS, MIGUEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.232 **Nonpriority creditor's name and mailing address**
BARRETT, GLENDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.233 **Nonpriority creditor's name and mailing address**
BARRETT, NATHANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.234 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | BARTKUS, MARTHA | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.235 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | BARULA, USMAN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.236 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | BARZOLA, KERRY | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.237 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,119.25 |
| | BASHIR, KHALID | *Check all that apply.* | |
| | ADDRESS REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | VARIOUS | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.238 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | BASILE DO, FRITZ | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.239 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $393,475.14 |

**3.239**

**Nonpriority creditor's name and mailing address**

BASS BERRY & SIMS
150 THIRD AVENUE SOUTH
SUITE 2800

NASHVILLE, TN 37201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $393,475.14

---

**3.240**

**Nonpriority creditor's name and mailing address**

BASSETT MD, PERRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.241**

**Nonpriority creditor's name and mailing address**

BATES, JODY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.242**

**Nonpriority creditor's name and mailing address**

BATTULA, PADMAJA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.243**

**Nonpriority creditor's name and mailing address**

BAUERBAND, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

BAUGH JR., JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

BAXTER, GEORGE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

BAYES, KERRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

BB NAIR PHYSICIAN SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

BEALL, BRYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.249 | **Nonpriority creditor's name and mailing address**<br><br>BEALS MD LIMITED, CLAUDIA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.250 | **Nonpriority creditor's name and mailing address**<br><br>BEALS, CLAUDIA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.251 | **Nonpriority creditor's name and mailing address**<br><br>BEALS, DAVID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.252 | **Nonpriority creditor's name and mailing address**<br><br>BEAN, KATIE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.253 | **Nonpriority creditor's name and mailing address**<br><br>BEARDEN DO PA, JEREMY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.254** | **Nonpriority creditor's name and mailing address**

BEATTY, PRISCILLA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.255** | **Nonpriority creditor's name and mailing address**

BEATY, JEFF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.256** | **Nonpriority creditor's name and mailing address**

BECHTEL, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.257** | **Nonpriority creditor's name and mailing address**

BECKER, BRUCE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.258** | **Nonpriority creditor's name and mailing address**

BECKFORD MD PA, TS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.259**  **Nonpriority creditor's name and mailing address**

BECKLEY, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.260**  **Nonpriority creditor's name and mailing address**

BEGUE, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.261**  **Nonpriority creditor's name and mailing address**

BEHERA, VIKRAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.262**  **Nonpriority creditor's name and mailing address**

BEHROOZ, NAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.263**  **Nonpriority creditor's name and mailing address**

BEKKERMAN, ANTHONY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.264**  **Nonpriority creditor's name and mailing address**

BELAVAL, EMILIO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.265**  **Nonpriority creditor's name and mailing address**

BELL, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.266**  **Nonpriority creditor's name and mailing address**

BELT, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.267**  **Nonpriority creditor's name and mailing address**

BENGE, TIMOTHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.268**  **Nonpriority creditor's name and mailing address**

BENNINGHOFF, CHAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |

| 3.269 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

BENNION, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.270 **Nonpriority creditor's name and mailing address**

BERDECIA, MILA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.271 **Nonpriority creditor's name and mailing address**

BERGAN, KYLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.272 **Nonpriority creditor's name and mailing address**

BERGMAN, ALEC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.273 **Nonpriority creditor's name and mailing address**

BERRIOS DO, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|-----------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|-------------|-----------------|

| | | Amount of claim |
|--|--|-----------------|

| 3.274 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|-------|-----------------------------------------------------|---------------------------------------------------|--------------|

**Nonpriority creditor's name and mailing address**

BERRY DO PLLC, JONATHON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.275 **Nonpriority creditor's name and mailing address**

BERRY, TERRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.276 **Nonpriority creditor's name and mailing address**

BERRYMAN, CHAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.277 **Nonpriority creditor's name and mailing address**

BETHESDA LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.278 **Nonpriority creditor's name and mailing address**

BETTINGER, STIMLER & ASSOCIATES, LLC
ATTN: JEFFREY BETTINGER
PO BOX 565940

PINECREST, FL  33256

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: $51,960.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|--------|----------------------------------|--|-------|--------|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.279 | **Nonpriority creditor's name and mailing address**<br><br>BEVERSLUIS, DAVID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.280 | **Nonpriority creditor's name and mailing address**<br><br>BEZZANT, MATTHEW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.281 | **Nonpriority creditor's name and mailing address**<br><br>BHANDARI, SHIV<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.282 | **Nonpriority creditor's name and mailing address**<br><br>BHASKARAN MD, DHARMENDRA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.283 | **Nonpriority creditor's name and mailing address**<br><br>BHATTI, UMAR<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.284** | **Nonpriority creditor's name and mailing address**
BHIDYA, MOHAMMAD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.285** | **Nonpriority creditor's name and mailing address**
BHUSHAN KUKKALLI LTD LLC
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.286** | **Nonpriority creditor's name and mailing address**
BIBBY, CHARLES
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.287** | **Nonpriority creditor's name and mailing address**
BIBI, OMAR
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.288** | **Nonpriority creditor's name and mailing address**
BIBLE, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.289** **Nonpriority creditor's name and mailing address**

BIESSEL, JAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.290** **Nonpriority creditor's name and mailing address**

BILLING, COCHRAN, LYLES, MAURO & RAMSEY, P.A.
515 EAST LAS OLAS BOULEVARD
SUITE 600

FORT LAUDERDALE, FL  33301

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$137.50

---

**3.291** **Nonpriority creditor's name and mailing address**

BILLINGSLEY, TRACI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.292** **Nonpriority creditor's name and mailing address**

BILLSBY, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.293** **Nonpriority creditor's name and mailing address**

BIOBAKU, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.294** | **Nonpriority creditor's name and mailing address**

BIRD, ASHLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.295** | **Nonpriority creditor's name and mailing address**

BISE, MALISSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.296** | **Nonpriority creditor's name and mailing address**

BISHOFBERGER, THOMAS E
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.297** | **Nonpriority creditor's name and mailing address**

BITNER, DONOTUSECORI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.298** | **Nonpriority creditor's name and mailing address**

BJORKLUND, BRENT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.299** **Nonpriority creditor's name and mailing address**

BLACK LLC, C
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.300** **Nonpriority creditor's name and mailing address**

BLACK, CORTNEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.301** **Nonpriority creditor's name and mailing address**

BLACKSTON LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.302** **Nonpriority creditor's name and mailing address**

BLAKER, BRAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$98,204.21

---

**3.303** **Nonpriority creditor's name and mailing address**

BLANCO, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

BLANKENSHIP, TRACY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

BLEDSOE, GREG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

BLEVINS, PHILLIP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

BLIND, KENNETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

BLUMHOEFER, YVONNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.309** | **Nonpriority creditor's name and mailing address**
BMC GROUP VDR, LLC
3732 W 120TH

HAWTHORNE, CA  90250

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,048.00

---

**3.310** | **Nonpriority creditor's name and mailing address**
BOATMAN, CHAD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.311** | **Nonpriority creditor's name and mailing address**
BOBAY, KYLE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.312** | **Nonpriority creditor's name and mailing address**
BOESTER DO PLLC, ADAM
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.313** | **Nonpriority creditor's name and mailing address**
BOGGS, BRUCE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.314** **Nonpriority creditor's name and mailing address**
BOGGS, ELISSA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.315** **Nonpriority creditor's name and mailing address**
BOGGS, THOMAS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.316** **Nonpriority creditor's name and mailing address**
BOICE, AMY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$330.15

---

**3.317** **Nonpriority creditor's name and mailing address**
BOLES, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.318** **Nonpriority creditor's name and mailing address**
BONDICK, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.319** | **Nonpriority creditor's name and mailing address**

BONGERS, ANNETTE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.320** | **Nonpriority creditor's name and mailing address**

BONNER, RENDI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.321** | **Nonpriority creditor's name and mailing address**

BONNONO, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.322** | **Nonpriority creditor's name and mailing address**

BOOK, ZACHARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.323** | **Nonpriority creditor's name and mailing address**

BOREN, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
BORENGASSER, CARRIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.325

**Nonpriority creditor's name and mailing address**
BORGES-YOUNG, SIMONE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.326

**Nonpriority creditor's name and mailing address**
BORREGO ACOSTA, JOSE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.327

**Nonpriority creditor's name and mailing address**
BORUNDA, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.328

**Nonpriority creditor's name and mailing address**
BOSLOOPER, KATIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.329** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOSOLD, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOSTICK, ANTHONY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOSTON, MEAGANE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.332** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,001.00

BOUCHARD, KELLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.333** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOUCLE LLC, LE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.334** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOUKOURIS, SPYRIDON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOULDIN, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOUNSING, JUNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOWDEN, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BOWDITCH, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.339 | **Nonpriority creditor's name and mailing address**<br><br>BOWEN MD, CHRISTOPHER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNDETERMINED |
|---|---|---|---|

| 3.340 | **Nonpriority creditor's name and mailing address**<br><br>BOWEN, LINDSEY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNDETERMINED |
|---|---|---|---|

| 3.341 | **Nonpriority creditor's name and mailing address**<br><br>BOWERS JR, DONALD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNDETERMINED |
|---|---|---|---|

| 3.342 | **Nonpriority creditor's name and mailing address**<br><br>BOWERS, SUSAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNDETERMINED |
|---|---|---|---|

| 3.343 | **Nonpriority creditor's name and mailing address**<br><br>BOWMAN, KENNY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | UNDETERMINED |
|---|---|---|---|

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.344**

**Nonpriority creditor's name and mailing address**

BOX LLC, TOP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.345**

**Nonpriority creditor's name and mailing address**

BRADBURY, MACY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.346**

**Nonpriority creditor's name and mailing address**

BRADCO EM SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.347**

**Nonpriority creditor's name and mailing address**

BRADLAW, JANE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.348**

**Nonpriority creditor's name and mailing address**

BRADLEY, ARIELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.349** | **Nonpriority creditor's name and mailing address**

BRADLEY, MACON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.350** | **Nonpriority creditor's name and mailing address**

BRADLEY, MACON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.351** | **Nonpriority creditor's name and mailing address**

BRADWELL SERVICES PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.352** | **Nonpriority creditor's name and mailing address**

BRADY, ASHLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.353** | **Nonpriority creditor's name and mailing address**

BRAGG, KRYSTA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.354**

**Nonpriority creditor's name and mailing address**

BRAHAM, MARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.355**

**Nonpriority creditor's name and mailing address**

BRANDTONIES, SYDNEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$170.00

---

**3.356**

**Nonpriority creditor's name and mailing address**

BRANNUM DO, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.357**

**Nonpriority creditor's name and mailing address**

BRANTLEY, TERRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.358**

**Nonpriority creditor's name and mailing address**

BRATTON, DUSTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|-----------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

**3.359** | **Nonpriority creditor's name and mailing address**

BRAUCHLA, CHARLES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.360** | **Nonpriority creditor's name and mailing address**

BRAUDE, DARREN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.361** | **Nonpriority creditor's name and mailing address**

BRAXTON JR., THOMAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.362** | **Nonpriority creditor's name and mailing address**

BRAY, CHARLES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.363** | **Nonpriority creditor's name and mailing address**

BRAY, MELANIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.364** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

BRAZZELL, DELIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

BRECH, ALEXANDER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

BREDERUNG LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

BRENNER, BARRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

BRENNER, ILENE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.369 | **Nonpriority creditor's name and mailing address** <br><br> BRENTWOOD CAPITAL <br> 5000 MERIDIAN BLVD SUITE 350 <br> FRANKLIN, TN 37067 <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> TRADE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $400,000.00 |

| 3.370 | **Nonpriority creditor's name and mailing address** <br><br> BREVING, ROBERT <br> ADDRESS REDACTED <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> CONTINGENT PROVIDER CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED |

| 3.371 | **Nonpriority creditor's name and mailing address** <br><br> BRIDGEWATER, JOEL <br> ADDRESS REDACTED <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed <br><br> **Basis for the claim:** <br> CONTINGENT PROVIDER CLAIM <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | UNDETERMINED |

| 3.372 | **Nonpriority creditor's name and mailing address** <br><br> BRININGSTOOL, ANTHONY <br> ADDRESS REDACTED <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> SEVERANCE PAYABLE <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $1,624,999.72 |

| 3.373 | **Nonpriority creditor's name and mailing address** <br><br> BRININGSTOOL, ANTHONY <br> ADDRESS REDACTED <br><br> **Date or dates debt was incurred** <br><br> VARIOUS <br><br> **Last 4 digits of account number:** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br><br> ☒ Contingent <br> ☒ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** <br> CASH VALUE OF NON-QUALIFIED <br> DEFERRED COMPENSATION PLAN <br><br> **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes | $164,957.50 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.374** | **Nonpriority creditor's name and mailing address**
BRINTLE, JOSHUA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.375** | **Nonpriority creditor's name and mailing address**
BRISKEY, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.376** | **Nonpriority creditor's name and mailing address**
BRITT, TODD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.377** | **Nonpriority creditor's name and mailing address**
BRITTON, JORDAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.378** | **Nonpriority creditor's name and mailing address**
BRIZUELA, VLADANA ALEMAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$880.84

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.379 | **Nonpriority creditor's name and mailing address**<br><br>BROADBENT, WALLACE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.380 | **Nonpriority creditor's name and mailing address**<br><br>BRODERICK, JOSEPH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.381 | **Nonpriority creditor's name and mailing address**<br><br>BROMBACH, JOSEPH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.382 | **Nonpriority creditor's name and mailing address**<br><br>BRONSON II, JAMES<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.383 | **Nonpriority creditor's name and mailing address**<br><br>BROOKS, CHARLES<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.384** **Nonpriority creditor's name and mailing address**

BROOKS, CRAIG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.385** **Nonpriority creditor's name and mailing address**

BROOKSHIRE, BRICE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.386** **Nonpriority creditor's name and mailing address**

BROWN BROTHERS HARRIMAN & CO
140 BROADWAY

NEW YORK, NY  10005-1101

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,689.77

---

**3.387** **Nonpriority creditor's name and mailing address**

BROWN II, JAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.388** **Nonpriority creditor's name and mailing address**

BROWN JR, DAVID A
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | BROWN MD, THOMAS | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | BROWN, BENJAMIN | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | BROWN, CARLA | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | BROWN, DAVID | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25,046.40 |
| | BROWN, ROBERT | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☐ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CASH VALUE OF NON-QUALIFIED | |
| | | DEFERRED COMPENSATION PLAN | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.394 | **Nonpriority creditor's name and mailing address**<br><br>BROWN, ROBERT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.395 | **Nonpriority creditor's name and mailing address**<br><br>BROWN, ROBERT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.396 | **Nonpriority creditor's name and mailing address**<br><br>BROWN, ROLAND<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.397 | **Nonpriority creditor's name and mailing address**<br><br>BROWN, RYAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.398 | **Nonpriority creditor's name and mailing address**<br><br>BROWN, SADA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.399** | **Nonpriority creditor's name and mailing address**
BROWN, SATARA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.400** | **Nonpriority creditor's name and mailing address**
BROWN, SHELLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.401** | **Nonpriority creditor's name and mailing address**
BROZEK, THOMAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.402** | **Nonpriority creditor's name and mailing address**
BRTALIK, DOUGLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.403** | **Nonpriority creditor's name and mailing address**
BRULTE, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.404** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRUNKEN, NATHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRUNO-DE LA MATA, KIMBERLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRYAN MD, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.407** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRYAN SR, TIMOTHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.408** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BRYANT, CORTNEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.409**

**Nonpriority creditor's name and mailing address**
BRYANT, SHARONA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.410**

**Nonpriority creditor's name and mailing address**
BRZYCKI, RYAN M.
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.411**

**Nonpriority creditor's name and mailing address**
BUCHWALD, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.412**

**Nonpriority creditor's name and mailing address**
BUCKINGHAM, CLARE SANDRA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,000.00

**3.413**

**Nonpriority creditor's name and mailing address**
BUCKLES, ANTHONY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.414 | **Nonpriority creditor's name and mailing address**<br><br>BUCKLEY, CHRISTINA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.415 | **Nonpriority creditor's name and mailing address**<br><br>BUCKLEY, MICHELLE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.416 | **Nonpriority creditor's name and mailing address**<br><br>BUCKLEY, RYAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.417 | **Nonpriority creditor's name and mailing address**<br><br>BUEHLER, EMILY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.418 | **Nonpriority creditor's name and mailing address**<br><br>BUFFA, PETER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $80.00 |
|---|---|---|---|

BUFFA, PETER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

BUGGS, MABLENE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

BULLARD, TRACEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

BULLOCK, ASHLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

BUMP, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

BUNN MD, GLEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

BUNTIN, AMBER J, PA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

BUNYA LLC, J AND MA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

BURANDT, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

BURGER LLC, ED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.429** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BURGESS PARKER, MARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BURGESS, KATHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.431** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BURGESS, MACHELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.432** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

BURKENBINEYAMAGUCHI, CANDY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,324.70

BURKETT, WARREN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.434**  **Nonpriority creditor's name and mailing address**

BURKETT, WARREN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.435**  **Nonpriority creditor's name and mailing address**

BURKUM, DEREK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$172.50

---

**3.436**  **Nonpriority creditor's name and mailing address**

BURNETT, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.437**  **Nonpriority creditor's name and mailing address**

BURNETT, WENDEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.438**  **Nonpriority creditor's name and mailing address**

BURNEY LLC, STEVIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.439 | **Nonpriority creditor's name and mailing address**<br>BURSON, KELSEY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.440 | **Nonpriority creditor's name and mailing address**<br>BURT, CLIFTON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.441 | **Nonpriority creditor's name and mailing address**<br>BURTON, CHAD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.442 | **Nonpriority creditor's name and mailing address**<br>BUSH, NICHELLE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.443 | **Nonpriority creditor's name and mailing address**<br>BUSSE MD PC, DAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**3.444**

**Nonpriority creditor's name and mailing address**

BUSSEY SERVICES PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.445**

**Nonpriority creditor's name and mailing address**

BUTCHER, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.446**

**Nonpriority creditor's name and mailing address**

BUTLER SNOW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,958.00

---

**3.447**

**Nonpriority creditor's name and mailing address**

BUTLER, JACQUELINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.448**

**Nonpriority creditor's name and mailing address**

BUTLER, ROBIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.449 | **Nonpriority creditor's name and mailing address**<br><br>BUTTAR MD PLLC, NICK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.450 | **Nonpriority creditor's name and mailing address**<br><br>BUTTS MD, PAUL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.451 | **Nonpriority creditor's name and mailing address**<br><br>BYARD, STEPHANIE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.452 | **Nonpriority creditor's name and mailing address**<br><br>BYRD, KELLIE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.453 | **Nonpriority creditor's name and mailing address**<br><br>BYSTRITSKII, ALBERT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

| 3.454 | **Nonpriority creditor's name and mailing address**<br><br>CADE DO, CRAIG B<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.455 | **Nonpriority creditor's name and mailing address**<br><br>CAHILL, SUSANNAH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.456 | **Nonpriority creditor's name and mailing address**<br><br>CAIRE, SAMUEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.457 | **Nonpriority creditor's name and mailing address**<br><br>CALDWELL, JOE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.458 | **Nonpriority creditor's name and mailing address**<br><br>CALL MEDICAL PC, SICK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.459** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CALLAHAN, JANICE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.460** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CALLAHAN, OLIVIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CAMBRY, EMILE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CAMODECA DO, ANTHONY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CAMPANELLA, HAILI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.464** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED

CAMPBELL PC, SCOTT M
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED

CAMPBELL, AMANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED

CAMPBELL, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.467** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED

CAMPBELL, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.468** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED

CAMPBELL, TABITHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.469**
**Nonpriority creditor's name and mailing address**
CANNON, DEREK
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.470**
**Nonpriority creditor's name and mailing address**
CANO, DAILA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.471**
**Nonpriority creditor's name and mailing address**
CANON
14904 COLLECTIONS CENTER DRIVE

CHICAGO, IL  60693-0149

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,999.13

---

**3.472**
**Nonpriority creditor's name and mailing address**
CANTER, DANIELLE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.473**
**Nonpriority creditor's name and mailing address**
CAPIO PARTNERS, LLC
1745 N BROWN RD. STE. 450
LAWRENCEVILLE  GA
30043

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$554.08

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.474 | **Nonpriority creditor's name and mailing address**<br><br>CARA CRNP LLC, LIVIA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.475 | **Nonpriority creditor's name and mailing address**<br><br>CARDENAS MD, RODOLFO<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.476 | **Nonpriority creditor's name and mailing address**<br><br>CARDINAL LLC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.477 | **Nonpriority creditor's name and mailing address**<br><br>CARE HANDLER LLC, EM<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.478 | **Nonpriority creditor's name and mailing address**<br><br>CARE LLC, RDS EMERGENCY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.479** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CARE LLC, SCP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CARE LLP, SUNSHINE MEDICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CARE MEDICAL, ACCESS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.482** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CARE PA, KBL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.483** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CARE PC, QUANTUM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.484 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

CARE PLLC, FOUR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.485 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

CARE SPECIALISTS INC, EMERGENCY MEDICINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.486 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

CARES LLC, CHANEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.487 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

CARES PLLC, SOLIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.488 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

CAREWELL LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.489** Nonpriority creditor's name and mailing address

CAREY, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim:
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

Is the claim subject to offset?
☒ No
☐ Yes

$196,542.71

---

**3.490** Nonpriority creditor's name and mailing address

CARLIN TIGHE JR, DONALD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
CONTINGENT PROVIDER CLAIM

Is the claim subject to offset?
☒ No
☐ Yes

UNDETERMINED

---

**3.491** Nonpriority creditor's name and mailing address

CARLIN, GENNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
CONTINGENT PROVIDER CLAIM

Is the claim subject to offset?
☒ No
☐ Yes

UNDETERMINED

---

**3.492** Nonpriority creditor's name and mailing address

CARLSON DO PLLC, CHETSON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
CONTINGENT PROVIDER CLAIM

Is the claim subject to offset?
☒ No
☐ Yes

UNDETERMINED

---

**3.493** Nonpriority creditor's name and mailing address

CARLSON, CHESTER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
CONTINGENT PROVIDER CLAIM

Is the claim subject to offset?
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.494 | **Nonpriority creditor's name and mailing address**<br><br>CARNEY MD PA, DAVID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.495 | **Nonpriority creditor's name and mailing address**<br><br>CARONE, HEATHER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.496 | **Nonpriority creditor's name and mailing address**<br><br>CARR, ANA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.497 | **Nonpriority creditor's name and mailing address**<br><br>CARR, CHRISTOPHER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.498 | **Nonpriority creditor's name and mailing address**<br><br>CARR, JESSICA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.499** **Nonpriority creditor's name and mailing address**

CARRELLAS MD LLC, JOAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.500** **Nonpriority creditor's name and mailing address**

CARRESE, IAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.501** **Nonpriority creditor's name and mailing address**

CARRIER, KELSEA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.502** **Nonpriority creditor's name and mailing address**

CARROLL, JORDAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$294.00

---

**3.503** **Nonpriority creditor's name and mailing address**

CARROLL, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
CARROLL, RACHELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.505 **Nonpriority creditor's name and mailing address**
CARROLL, RONALD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.506 **Nonpriority creditor's name and mailing address**
CARTER, BRYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.507 **Nonpriority creditor's name and mailing address**
CARTER, CASSI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.508 **Nonpriority creditor's name and mailing address**
CARTER, JEAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.509** | **Nonpriority creditor's name and mailing address**

CARTER, NATHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.510** | **Nonpriority creditor's name and mailing address**

CARTER, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.511** | **Nonpriority creditor's name and mailing address**

CASELNOVA, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.512** | **Nonpriority creditor's name and mailing address**

CASEY JR, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.513** | **Nonpriority creditor's name and mailing address**

CASEY, SALLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$325.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|

**3.514** Nonpriority creditor's name and mailing address
CASTELLINO, CONRAD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.515** Nonpriority creditor's name and mailing address
CATIVO, ROMMEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.516** Nonpriority creditor's name and mailing address
CCS LLC
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.517** Nonpriority creditor's name and mailing address
CESTERO, ANGEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.518** Nonpriority creditor's name and mailing address
CHA FONG, COLIN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.519**    **Nonpriority creditor's name and mailing address**

CHACHKES, JACOB
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,647.30

---

**3.520**    **Nonpriority creditor's name and mailing address**

CHADWELL, CYNTHIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.521**    **Nonpriority creditor's name and mailing address**

CHAKRAVARTHY, ARVIND
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.522**    **Nonpriority creditor's name and mailing address**

CHALU, FELIX
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.523**    **Nonpriority creditor's name and mailing address**

CHAMBERLAIN, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known) 23-11469

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.524** **Nonpriority creditor's name and mailing address**

CHAMBERLAIN, TIMOTHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.525** **Nonpriority creditor's name and mailing address**

CHAMBERS, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.526** **Nonpriority creditor's name and mailing address**

CHAN, ADDISON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.527** **Nonpriority creditor's name and mailing address**

CHAN, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.528** **Nonpriority creditor's name and mailing address**

CHAN, WENDY HOI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.529** | **Nonpriority creditor's name and mailing address**

CHANDLER, REBECCA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.530** | **Nonpriority creditor's name and mailing address**

CHANDLER, TRUDYLEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.531** | **Nonpriority creditor's name and mailing address**

CHANEY, SHERRI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.532** | **Nonpriority creditor's name and mailing address**

CHANG, ALEXANDER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.533** | **Nonpriority creditor's name and mailing address**

CHANG, ANN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.534** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CHANGAPPA, SUNNY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CHANIN LLC, GRANT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CHAPMAN, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.537** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CHARYALU, MADDALITHIRUMAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

CHASIN, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.539**  **Nonpriority creditor's name and mailing address**

CHAVEZ, JESSICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.540**  **Nonpriority creditor's name and mailing address**

CHEERS, ANGELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$111,756.75

---

**3.541**  **Nonpriority creditor's name and mailing address**

CHENG, EDWARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.542**  **Nonpriority creditor's name and mailing address**

CHESNEY, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.543**  **Nonpriority creditor's name and mailing address**

CHHABRA MD, ANIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.544 | **Nonpriority creditor's name and mailing address**<br>CHISUM, RYAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.545 | **Nonpriority creditor's name and mailing address**<br>CHONG, NICOLE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.546 | **Nonpriority creditor's name and mailing address**<br>CHRISTIAN, MARY L<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.547 | **Nonpriority creditor's name and mailing address**<br>CHRISTOPHER, SHAWNA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.548 | **Nonpriority creditor's name and mailing address**<br>CHRISTUS GSMC<br>3133 GOOD SHEPHARD WAY<br><br>LONGVIEW, TX  75605<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,530.00 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.549** | **Nonpriority creditor's name and mailing address**

CHRISTUS HEALTH
ATTN: ERNIE SADAU
LOCKBOX CHRISTUS HEALTH
PO BOX 841438
DALLAS, TX  75284-1438

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,158.40

---

**3.550** | **Nonpriority creditor's name and mailing address**

CHRYSTAL, SEAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.551** | **Nonpriority creditor's name and mailing address**

CHUANG, ION
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.552** | **Nonpriority creditor's name and mailing address**

CHUN, LAURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.553** | **Nonpriority creditor's name and mailing address**

CHUNN MD PC, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.554** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
| CIANFLONE MD, ALEXANDER | Check all that apply.
| ADDRESS REDACTED | ☑ Contingent
| **Date or dates debt was incurred** | ☑ Unliquidated
| VARIOUS | ☑ Disputed
| **Last 4 digits of account number:** | **Basis for the claim:**
| | CONTINGENT PROVIDER CLAIM
| | **Is the claim subject to offset?**
| | ☑ No
| | ☐ Yes

**3.555** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
| CIPULLO, JENNIFER | Check all that apply.
| ADDRESS REDACTED | ☑ Contingent
| **Date or dates debt was incurred** | ☑ Unliquidated
| VARIOUS | ☑ Disputed
| **Last 4 digits of account number:** | **Basis for the claim:**
| | CONTINGENT PROVIDER CLAIM
| | **Is the claim subject to offset?**
| | ☑ No
| | ☐ Yes

**3.556** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
| CITY OF ANNISTON ATTN: FINANCE DEPARTMENT | Check all that apply.
| 4305 MCCLELLAN BLVD | ☑ Contingent
| | ☑ Unliquidated
| ANNISTON, AL  36206 | ☑ Disputed
| **Date or dates debt was incurred** | **Basis for the claim:**
| VARIOUS | TAXING AUTHORITY
| **Last 4 digits of account number:** | **Is the claim subject to offset?**
| | ☑ No
| | ☐ Yes

**3.557** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
| CITY OF ANNISTON ATTN: FINANCE DEPARTMENT | Check all that apply.
| PO BOX 2168 | ☑ Contingent
| | ☑ Unliquidated
| ANNISTON, AL  36202 | ☑ Disputed
| **Date or dates debt was incurred** | **Basis for the claim:**
| VARIOUS | TAXING AUTHORITY
| **Last 4 digits of account number:** | **Is the claim subject to offset?**
| | ☑ No
| | ☐ Yes

**3.558** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
| CITY OF CADIZ | Check all that apply.
| 63 MAIN STREET, PO BOX 1645 | ☑ Contingent
| | ☑ Unliquidated
| CADIZ, KY  42211 | ☑ Disputed
| **Date or dates debt was incurred** | **Basis for the claim:**
| VARIOUS | TAXING AUTHORITY
| **Last 4 digits of account number:** | **Is the claim subject to offset?**
| | ☑ No
| | ☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.559** | **Nonpriority creditor's name and mailing address**

CITY OF CARLSBAD
PLANNING, ENGINEERING AND REGULATION DEPT
PO BOX 1569

CARLSBAD, NM  88220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.560** | **Nonpriority creditor's name and mailing address**

CITY OF CARSLBAD PLANNING, ENGINEERING, AND
REGULATION DEPARTMENT
114 S. HALAGUENO STREET, PO BOX 1569

CARLSBAD, NM  88220

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.561** | **Nonpriority creditor's name and mailing address**

CITY OF GADSDEN REVENUE DEPARTMENT
90 BROAD ST

GADSDEN, AL  35901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.562** | **Nonpriority creditor's name and mailing address**

CITY OF GADSDEN REVENUE DEPARTMENT
PO BOX 267

GADSDEN, AL  35902-0267

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.563** | **Nonpriority creditor's name and mailing address**

CITY OF GALLUP CITY CLERK'S OFFICE
110 WEST AZTEC, PO BOX 1270

GALLUP, NM  87305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.564**

**Nonpriority creditor's name and mailing address**

CITY OF HOPKINSVILLE
MUNICIPAL BUILDING
715 S VIRGINIA ST

HOPKINSVILLE, KY  42240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.565**

**Nonpriority creditor's name and mailing address**

CITY OF HOPKINSVILLE
PO BOX 707

HOPKINSVILLE, KY  42241-0707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.566**

**Nonpriority creditor's name and mailing address**

CITY OF PONTIAC
PO BOX 530

EATON RAPIDS, MI  48827-0530

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$112.76

---

**3.567**

**Nonpriority creditor's name and mailing address**

CITY OF ROSWELL
421 N RICHARDSON
PO BOX DRAWER 1838

ROSWELL, NM  88202-1838

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.568**

**Nonpriority creditor's name and mailing address**

CITY OF TUCSON COLLECTIONS SECTION
255 W. ALAMEDA

TUCSON, AZ  85701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.569**

**Nonpriority creditor's name and mailing address**

CITY OF TUCSON COLLECTIONS SECTION
PO BOX 27320

TUCSON, AZ  85726-7320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.570**

**Nonpriority creditor's name and mailing address**

CLABAUGH, TORI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.571**

**Nonpriority creditor's name and mailing address**

CLAPP, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.572**

**Nonpriority creditor's name and mailing address**

CLARK DO, SIMON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.573**

**Nonpriority creditor's name and mailing address**

CLARK II, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |

(Name)

| **Part 2:** | Additional Page | |

|  |  | Amount of claim |
|---|---|---|

| 3.574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|  | CLARK, HUNTER | *Check all that apply.* | |
|  | ADDRESS REDACTED | ☑ Contingent | |
|  | **Date or dates debt was incurred** | ☑ Unliquidated | |
|  | VARIOUS | ☑ Disputed | |
|  | **Last 4 digits of account number:** | **Basis for the claim:** | |
|  |  | CONTINGENT PROVIDER CLAIM | |
|  |  | **Is the claim subject to offset?** | |
|  |  | ☑ No | |
|  |  | ☐ Yes | |

| 3.575 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|  | CLARK, MATTHEW | *Check all that apply.* | |
|  | ADDRESS REDACTED | ☑ Contingent | |
|  | **Date or dates debt was incurred** | ☑ Unliquidated | |
|  | VARIOUS | ☑ Disputed | |
|  | **Last 4 digits of account number:** | **Basis for the claim:** | |
|  |  | CONTINGENT PROVIDER CLAIM | |
|  |  | **Is the claim subject to offset?** | |
|  |  | ☑ No | |
|  |  | ☐ Yes | |

| 3.576 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|  | CLARK, RUSSELL | *Check all that apply.* | |
|  | ADDRESS REDACTED | ☑ Contingent | |
|  | **Date or dates debt was incurred** | ☑ Unliquidated | |
|  | VARIOUS | ☑ Disputed | |
|  | **Last 4 digits of account number:** | **Basis for the claim:** | |
|  |  | CONTINGENT PROVIDER CLAIM | |
|  |  | **Is the claim subject to offset?** | |
|  |  | ☑ No | |
|  |  | ☐ Yes | |

| 3.577 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|  | CLARKE, C | *Check all that apply.* | |
|  | ADDRESS REDACTED | ☑ Contingent | |
|  | **Date or dates debt was incurred** | ☑ Unliquidated | |
|  | VARIOUS | ☑ Disputed | |
|  | **Last 4 digits of account number:** | **Basis for the claim:** | |
|  |  | CONTINGENT PROVIDER CLAIM | |
|  |  | **Is the claim subject to offset?** | |
|  |  | ☑ No | |
|  |  | ☐ Yes | |

| 3.578 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|  | CLEMENCE, DEVIN | *Check all that apply.* | |
|  | ADDRESS REDACTED | ☑ Contingent | |
|  | **Date or dates debt was incurred** | ☑ Unliquidated | |
|  | VARIOUS | ☑ Disputed | |
|  | **Last 4 digits of account number:** | **Basis for the claim:** | |
|  |  | CONTINGENT PROVIDER CLAIM | |
|  |  | **Is the claim subject to offset?** | |
|  |  | ☑ No | |
|  |  | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.579 | **Nonpriority creditor's name and mailing address**<br><br>CLEMMONS, ANTON MAREK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,617.33 |
|---|---|---|---|
| 3.580 | **Nonpriority creditor's name and mailing address**<br><br>CLERGE, SUSIE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.581 | **Nonpriority creditor's name and mailing address**<br><br>CLINIC CORPORATION, CARMEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.582 | **Nonpriority creditor's name and mailing address**<br><br>CLINIC INC, QUE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.583 | **Nonpriority creditor's name and mailing address**<br><br>CLINIC LLC, HEALTHY LIVING<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.584** | **Nonpriority creditor's name and mailing address**
CLOUDEN, GARRICK
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.585** | **Nonpriority creditor's name and mailing address**
CLOUSE, TROY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.586** | **Nonpriority creditor's name and mailing address**
CLOUTIER, NICOLE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.587** | **Nonpriority creditor's name and mailing address**
CMU MEDICAL EDUCATION PARTNERS
1000 HOUGHTON AVE

SAGINAW, MI  48602

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,131.24

---

**3.588** | **Nonpriority creditor's name and mailing address**
COAST PLLC, SERENITY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.589 | **Nonpriority creditor's name and mailing address**<br><br>COASTER, MICHELLE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.590 | **Nonpriority creditor's name and mailing address**<br><br>COBB, TIFFANY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.591 | **Nonpriority creditor's name and mailing address**<br><br>COBBLE, MICHELLE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.592 | **Nonpriority creditor's name and mailing address**<br><br>COCKERHAM, JODI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.593 | **Nonpriority creditor's name and mailing address**<br><br>COE, LAUREN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.594** | **Nonpriority creditor's name and mailing address**

COEFIELD, MELISSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.595** | **Nonpriority creditor's name and mailing address**

COFFEY, BRANDON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.596** | **Nonpriority creditor's name and mailing address**

COFFMAN, KYLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.597** | **Nonpriority creditor's name and mailing address**

COFIE, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.598** | **Nonpriority creditor's name and mailing address**

COGENCY GLOBAL
P.O. BOX 3168

HICKSVILLE, NY  11802

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$24,339.40

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.599 | **Nonpriority creditor's name and mailing address**<br><br>COHEN, JASON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.600 | **Nonpriority creditor's name and mailing address**<br><br>COHEN, JENNIFER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.601 | **Nonpriority creditor's name and mailing address**<br><br>COLARIC, KENNETH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $172.47 |
| 3.602 | **Nonpriority creditor's name and mailing address**<br><br>COLE, MELINDA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.603 | **Nonpriority creditor's name and mailing address**<br><br>COLEMAN, JOSEPH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.604** | **Nonpriority creditor's name and mailing address**

COLLECT RX, INC
ATTN: GENERAL COUNSEL
10411 MOTOR CITY DRIVE
SUITE 300B
BETHESDA, MD  20817

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$207,279.85

---

**3.605** | **Nonpriority creditor's name and mailing address**

COLLIER MD PA, ROBERT T
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.606** | **Nonpriority creditor's name and mailing address**

COLLIER, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.607** | **Nonpriority creditor's name and mailing address**

COLLIER, CASEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.608** | **Nonpriority creditor's name and mailing address**

COLLINS CONSULTING PLLC, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |

| | | | Amount of claim |
|---|---|---|---|

**3.609** **Nonpriority creditor's name and mailing address**

COLLINS, CHARLOTTE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.610** **Nonpriority creditor's name and mailing address**

COLLINS, GINGER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.611** **Nonpriority creditor's name and mailing address**

COLLINS, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.612** **Nonpriority creditor's name and mailing address**

COLLMER, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$701.61

---

**3.613** **Nonpriority creditor's name and mailing address**

COLSTON, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.614**  Nonpriority creditor's name and mailing address

COLUNGA MDPA, FRANK L.
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.615**  Nonpriority creditor's name and mailing address

COMCAST
PO BOX 71211

CHARLOTTE, NC  28272-1211

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,082.88

---

**3.616**  Nonpriority creditor's name and mailing address

COMFORT, LUXURY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,320.00

---

**3.617**  Nonpriority creditor's name and mailing address

COMPANY PLLC, JUST
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.618**  Nonpriority creditor's name and mailing address

COMPARIN, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $750.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

3.619

COMPENSATION ADVANTAGE
709 HIGHLAND VIEW PLACE

BRENTWOOD, TN  37027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$750.00

---

3.620

**Nonpriority creditor's name and mailing address**

COMPLIANCE LINE, INC
8615 CLIFF CAMERON DRIVE
SUITE 290

CHARLOTTE, NC  28269

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,570.00

---

3.621

**Nonpriority creditor's name and mailing address**

COMPTON, JESSICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.622

**Nonpriority creditor's name and mailing address**

COMPTON, JOSH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.623

**Nonpriority creditor's name and mailing address**

CONCORD TECHNOLOGIES
2025 1ST AVE SUITE 800

SEATTLE, WA  98121

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$8,328.30

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.624 | **Nonpriority creditor's name and mailing address**<br>CONDO, ASHLEY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.625 | **Nonpriority creditor's name and mailing address**<br>CONKIN, COURTNEY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.626 | **Nonpriority creditor's name and mailing address**<br>CONNAUGHTON, KAREN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.627 | **Nonpriority creditor's name and mailing address**<br>CONNELL, MARY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.628 | **Nonpriority creditor's name and mailing address**<br>CONNER, GREGORY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.629** | **Nonpriority creditor's name and mailing address**

CONNER, KURT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.630** | **Nonpriority creditor's name and mailing address**

CONRAD DO PLLC, CHRISTINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.631** | **Nonpriority creditor's name and mailing address**

CONSTITUTION STATE SERVICES
PO BOX 660889

DALLAS, TX  75266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,009.70

---

**3.632** | **Nonpriority creditor's name and mailing address**

CONSULTANTS LLC, CONTINGENCY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.633** | **Nonpriority creditor's name and mailing address**

CONSULTANTS LLC, EXTENDED CARE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case Number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CONSULTANTS LLC, JW PORTER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.635 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CONSULTANTS LLC, OMP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.636 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CONSULTANTS PLLC, SHORELINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CONSULTANTS PLLC, TRINITY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

CONSULTING COMPANY PLLC, AJH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.639** **Nonpriority creditor's name and mailing address**

CONSULTING LLC, CONKLIN MEDICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.640** **Nonpriority creditor's name and mailing address**

CONSULTING LLC, MEDICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.641** **Nonpriority creditor's name and mailing address**

CONSULTING LLC, MEDICI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.642** **Nonpriority creditor's name and mailing address**

CONSULTING LLC, RLI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.643** **Nonpriority creditor's name and mailing address**

CONSULTING PLLC, SMALLWOOD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.644**

**Nonpriority creditor's name and mailing address**

CONSULTING PLLC, WILES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.645**

**Nonpriority creditor's name and mailing address**

CONSULTING PLLC, WINTER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.646**

**Nonpriority creditor's name and mailing address**

CONTARINO, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.647**

**Nonpriority creditor's name and mailing address**

CONTIGIANI, SHAINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.648**

**Nonpriority creditor's name and mailing address**

CONTRACTING LLC, MTF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.649 | **Nonpriority creditor's name and mailing address**<br><br>CONTRACTS 365, INC.<br>24R PLEASANT ST<br><br>NEWBURYPORT, MA  01950<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,046.79 |
|---|---|---|---|
| 3.650 | **Nonpriority creditor's name and mailing address**<br><br>CONVERGEPOINT INC<br>ATTN: MELISSA MARFISI<br>1810 SNAKE RIVER RD<br><br>KATY, TX  77449<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $62,400.00 |
| 3.651 | **Nonpriority creditor's name and mailing address**<br><br>CONWAY PLLC, TJ<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.652 | **Nonpriority creditor's name and mailing address**<br><br>COOK, DARREN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.653 | **Nonpriority creditor's name and mailing address**<br><br>COOK, JOHN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| | | | |
|---|---|---|---|
| 3.654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | COOK, WESLEY ADDRESS REDACTED | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | COOPER, FELICIA ADDRESS REDACTED | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.656 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | COOPER, SANDY ADDRESS REDACTED | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.657 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | COOPERSTEIN MD, ELIZABETH ADDRESS REDACTED | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.658 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | COPELAND, JESSIE ADDRESS REDACTED | ☑ Contingent ☑ Unliquidated ☑ Disputed | |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.659** **Nonpriority creditor's name and mailing address**

COPELAND, JESSIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.660** **Nonpriority creditor's name and mailing address**

COPPERSMITH BROCKELMAN PLC
2800 N CENTRAL AVE, SUITE 1900
PHOENIX  AZ
85004-1241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,055.71

---

**3.661** **Nonpriority creditor's name and mailing address**

CORBETT MD, BERNARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.662** **Nonpriority creditor's name and mailing address**

CORDELL RONE, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.663** **Nonpriority creditor's name and mailing address**

CORK, DANIELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.664 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

3.664 **Nonpriority creditor's name and mailing address**
CORMAN MD, ADAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.665 **Nonpriority creditor's name and mailing address**
CORONA PLLC, EDWARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.666 **Nonpriority creditor's name and mailing address**
CORP, S JAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.667 **Nonpriority creditor's name and mailing address**
COSS MD, CATHERINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.668 **Nonpriority creditor's name and mailing address**
COSTANZA, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.12

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.669 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

3.669 **Nonpriority creditor's name and mailing address**

COTTEEN, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.670 **Nonpriority creditor's name and mailing address**

COUGHLIN, JACOB
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.671 **Nonpriority creditor's name and mailing address**

COULY II, LOUIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.672 **Nonpriority creditor's name and mailing address**

COUNTRY PLLC, NORTH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.673 **Nonpriority creditor's name and mailing address**

COURBAN, CHRISTO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|--------|--------|--------|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.674** **Nonpriority creditor's name and mailing address**

COUSINEAU MD PC, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.675** **Nonpriority creditor's name and mailing address**

COVER, PHILLIP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.676** **Nonpriority creditor's name and mailing address**

COWAN, PHYLLIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.677** **Nonpriority creditor's name and mailing address**

COX BUSINESS
6205 PEACHTREE DUNWOODY RD

SANDY SPRINGS, GA  30328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$274.48

---

**3.678** **Nonpriority creditor's name and mailing address**

COX II, JACK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.679 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|
| | COX, EVE | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.680 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|
| | COX, GARRET | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.681 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|
| | CRACIUN, RAYMOND | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.682 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $480,000.00 |
|---|---|---|---|
| | CRANE, DANIEL | *Check all that apply.* | |
| | ADDRESS REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | VARIOUS | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | SEVERANCE PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.683 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|
| | CRAVENS, REBECCA | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.684**

**Nonpriority creditor's name and mailing address**

CRAWFORD, ELIZABETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.685**

**Nonpriority creditor's name and mailing address**

CREEKMORE JR, FREDDY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.686**

**Nonpriority creditor's name and mailing address**

CREMONA, PATRICIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.687**

**Nonpriority creditor's name and mailing address**

CRESTWOOD MEDICAL CENTER
MEDICAL STAFF OFFICE
1 HOSPITAL DRIVE

HUNTSVILLE, AL  35801

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$100.00

---

**3.688**

**Nonpriority creditor's name and mailing address**

CRIBB, SHANNON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.689** | **Nonpriority creditor's name and mailing address**
CRILL MD PA, R. JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.690** | **Nonpriority creditor's name and mailing address**
CRIM, JAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.691** | **Nonpriority creditor's name and mailing address**
CRISISED LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.692** | **Nonpriority creditor's name and mailing address**
CROSS, CYNTHIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.693** | **Nonpriority creditor's name and mailing address**
CROUCH, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.694 | **Nonpriority creditor's name and mailing address**<br>CROUCH, ROBERT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.695 | **Nonpriority creditor's name and mailing address**<br>CROW, ANDREW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.696 | **Nonpriority creditor's name and mailing address**<br>CROW, DANIEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.697 | **Nonpriority creditor's name and mailing address**<br>CROWDER, MARY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.698 | **Nonpriority creditor's name and mailing address**<br>CROWELL II, THOMAS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.699 | **Nonpriority creditor's name and mailing address**<br>CROWLEY, JUSTIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.700 | **Nonpriority creditor's name and mailing address**<br>CRUMPLER, TIMOTHY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.701 | **Nonpriority creditor's name and mailing address**<br>CUI, JIAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.702 | **Nonpriority creditor's name and mailing address**<br>CULLEN, KYLE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,231.10 |

| 3.703 | **Nonpriority creditor's name and mailing address**<br>CUMMINGS, ROBERT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.704 | **Nonpriority creditor's name and mailing address**<br>CUNNINGHAM, DANIEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.705 | **Nonpriority creditor's name and mailing address**<br>CUNNINGHAM, DAVID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.706 | **Nonpriority creditor's name and mailing address**<br>CUNNINGHAM, ERIC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.707 | **Nonpriority creditor's name and mailing address**<br>CURRY, JANET<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.708 | **Nonpriority creditor's name and mailing address**<br>CUSSER MD, JAMES<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.709** **Nonpriority creditor's name and mailing address**

CUTCHIN, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.25

---

**3.710** **Nonpriority creditor's name and mailing address**

CUTCHIN, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.711** **Nonpriority creditor's name and mailing address**

D KELLER LLC, DAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.712** **Nonpriority creditor's name and mailing address**

D THOMPSON SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.713** **Nonpriority creditor's name and mailing address**

DAKOTA WEST MEDICAL INC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.714 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

| 3.714 | **Nonpriority creditor's name and mailing address**<br>DALEY, MICHAEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.715 | **Nonpriority creditor's name and mailing address**<br>DALIO, JESSICA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.716 | **Nonpriority creditor's name and mailing address**<br>DALIO, JUSTINO<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.717 | **Nonpriority creditor's name and mailing address**<br>DALTON, ANDREW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.718 | **Nonpriority creditor's name and mailing address**<br>DAMM, DANIEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $888.00 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case Number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

3.719 **Nonpriority creditor's name and mailing address**
DANGEL, ANTJE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.720 **Nonpriority creditor's name and mailing address**
DANIEL, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.721 **Nonpriority creditor's name and mailing address**
DANIEL, TIFFANY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.722 **Nonpriority creditor's name and mailing address**
DANIEL, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.723 **Nonpriority creditor's name and mailing address**
DANIELS, ELIZABETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.724** **Nonpriority creditor's name and mailing address**
DANIELSON, DIRK
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$640.00

---

**3.725** **Nonpriority creditor's name and mailing address**
DAO, HIEN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,932.87

---

**3.726** **Nonpriority creditor's name and mailing address**
DARAGON, ELLIS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,195.75

---

**3.727** **Nonpriority creditor's name and mailing address**
DARGAN, SUZANNE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.728** **Nonpriority creditor's name and mailing address**
DARNELL, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|-----------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.729** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DARNER, BRENT J
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.730** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $65,328.27

DATASITE LLC
ATTN: BECKY GRAFF
PO BOX 74007252

CHICAGO, IL  60674-7252

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.731** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DATTA DO PLLC, SOUMITRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.732** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DAUM, DYLAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.733** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DAVENPORT, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.734** | **Nonpriority creditor's name and mailing address**

DAVID, JONATHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.735** | **Nonpriority creditor's name and mailing address**

DAVIDSON, SARAH VANECIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.736** | **Nonpriority creditor's name and mailing address**

DAVIDSON, TIMOTHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,100.00

---

**3.737** | **Nonpriority creditor's name and mailing address**

DAVIN LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.738** | **Nonpriority creditor's name and mailing address**

DAVIS MD, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

3.739 **Nonpriority creditor's name and mailing address**
DAVIS, JORRI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.740 **Nonpriority creditor's name and mailing address**
DAVIS, SHANNON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.741 **Nonpriority creditor's name and mailing address**
DAVIS, SHANNON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,714.34

---

3.742 **Nonpriority creditor's name and mailing address**
DAVISON, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.743 **Nonpriority creditor's name and mailing address**
DAY, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.744** | **Nonpriority creditor's name and mailing address**

DAY, TERRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.745** | **Nonpriority creditor's name and mailing address**

DE JONG, ANN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.746** | **Nonpriority creditor's name and mailing address**

DE LA MATA, MARIANO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.747** | **Nonpriority creditor's name and mailing address**

DEA MD PC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.748** | **Nonpriority creditor's name and mailing address**

DEAL, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.749** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED

DEAL, KAREN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.750** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED

DECHENNE, KARI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.751** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED

DEDOE, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.752** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED

DEGRAND, MIKE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.753** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | UNDETERMINED

DEHART, HEATH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
DELASHMIT, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.755** **Nonpriority creditor's name and mailing address**
DELK, KAYLA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.756** **Nonpriority creditor's name and mailing address**
DELUCA, ANTHONY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.757** **Nonpriority creditor's name and mailing address**
DELUCA, RUSSELL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.758** **Nonpriority creditor's name and mailing address**
DELUNA, KRISTEN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.759** **Nonpriority creditor's name and mailing address**
DEMARAY, JANICE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.760** **Nonpriority creditor's name and mailing address**
DEMARO, ERICA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.761** **Nonpriority creditor's name and mailing address**
DEMASI, STEPHANIE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.762** **Nonpriority creditor's name and mailing address**
DEMCHIK, BREANNE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.763** **Nonpriority creditor's name and mailing address**
DENDY, VALERIE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.764**

**Nonpriority creditor's name and mailing address**
DENEAU, LACEY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.765**

**Nonpriority creditor's name and mailing address**
DENNIS DERUELL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $343,200.00

---

**3.766**

**Nonpriority creditor's name and mailing address**
DENTON, JULIE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,042.00

---

**3.767**

**Nonpriority creditor's name and mailing address**
DESAI, HARSHEEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.768**

**Nonpriority creditor's name and mailing address**
DESCALLAR, PERLA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.769 | **Nonpriority creditor's name and mailing address**<br><br>DESERT, HIGH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.770 | **Nonpriority creditor's name and mailing address**<br><br>DESHPANDE, NISHA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.771 | **Nonpriority creditor's name and mailing address**<br><br>DESILVA, SURESH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.772 | **Nonpriority creditor's name and mailing address**<br><br>DESIO, CINDY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.773 | **Nonpriority creditor's name and mailing address**<br><br>DETEMPLE, DEREK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.774** | **Nonpriority creditor's name and mailing address**

DEVKOTA, DITASHREE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.775** | **Nonpriority creditor's name and mailing address**

DEVRIES, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.776** | **Nonpriority creditor's name and mailing address**

DEWBERRY, DASHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.777** | **Nonpriority creditor's name and mailing address**

DEWEY DO, KELLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.778** | **Nonpriority creditor's name and mailing address**

DEWITT MD, JAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
|        | (Name)                           |                        |          |

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | **Amount of claim** |
|--|--|---------------------|

| 3.779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|-------|------------------------------------------------------|---------------------------------------------------|--------------|

3.779 **Nonpriority creditor's name and mailing address**

DH MED SOLUTIONS PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.780 **Nonpriority creditor's name and mailing address**

DHAWAN, VIBHU
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.781 **Nonpriority creditor's name and mailing address**

DIAB, ASHRAF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.782 **Nonpriority creditor's name and mailing address**

DIAZ MEDICAL SERVICES PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.783 **Nonpriority creditor's name and mailing address**

DIAZ, JORGE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

DIAZ-MIRANDA, CONSTANTINO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.785 **Nonpriority creditor's name and mailing address**

DICECCO, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.786 **Nonpriority creditor's name and mailing address**

DICECCO, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.787 **Nonpriority creditor's name and mailing address**

DICKEY, TAYLOR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.788 **Nonpriority creditor's name and mailing address**

DICKHUTE, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.789** | **Nonpriority creditor's name and mailing address**
DIDYUK, OKSANA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.790** | **Nonpriority creditor's name and mailing address**
DIEPERINK OPTHOLT, HEATHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.791** | **Nonpriority creditor's name and mailing address**
DIES MD PLLC, ROBB
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.792** | **Nonpriority creditor's name and mailing address**
DIGITAL MD, GLOBAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.793** | **Nonpriority creditor's name and mailing address**
DILLINGHAM, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.794**    **Nonpriority creditor's name and mailing address**

DIMICHELE, ALISSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.795**    **Nonpriority creditor's name and mailing address**

DINELLO, ALEXANDRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.796**    **Nonpriority creditor's name and mailing address**

DINGUS II MD, DONALD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.797**    **Nonpriority creditor's name and mailing address**

DINKEL, TROY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.798**    **Nonpriority creditor's name and mailing address**

DINKUM INTERACTIVE
2212 SOUTH STREET, G1

PHILADELPHIA, PA  19146

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$120.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.799 | **Nonpriority creditor's name and mailing address**<br>DINNELL, LAYNE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.800 | **Nonpriority creditor's name and mailing address**<br>DIRKES, WILLIAM<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.801 | **Nonpriority creditor's name and mailing address**<br>DIRKES, WILLIAM<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.802 | **Nonpriority creditor's name and mailing address**<br>DISANTO, ERICA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.803 | **Nonpriority creditor's name and mailing address**<br>DISNEY, JERE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.804**

**Nonpriority creditor's name and mailing address**

DITCHMAN, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,204.96

---

**3.805**

**Nonpriority creditor's name and mailing address**

DITCHMAN, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$41.22

---

**3.806**

**Nonpriority creditor's name and mailing address**

DIXON, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.807**

**Nonpriority creditor's name and mailing address**

DO LLC, CROW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.808**

**Nonpriority creditor's name and mailing address**

DO LLC, K DOKKEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | DO LLC, KR WILSON | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | DOAR, JULIE | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | DOBAY III, KAROLY | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | DOBBS, PAMELA | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | DOBNER, SHERRI | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.814** | **Nonpriority creditor's name and mailing address**

DOCTORS CARE PARTNERS LTD, URGENT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.815** | **Nonpriority creditor's name and mailing address**

DOCUSIGN INC.
ATTN: GENERAL COUNSEL
DEPT 3428
PO BOX 123428
DALLAS, TX  75312-3428

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$39,820.20

---

**3.816** | **Nonpriority creditor's name and mailing address**

DODSON, MOLLIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.817** | **Nonpriority creditor's name and mailing address**

DOLEN HERALD, CHELSEA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.818** | **Nonpriority creditor's name and mailing address**

DOLLAHITE, HENRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.819** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $288.00

DOMAIN LISTINGS
PO BOX 19607

LAS VEGAS, NV  89132-0607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.820** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DOMINIQUE, OMAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.821** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DOMIT, FADI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.822** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DONOTUSE BRYANT, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.823** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DONOTUSE PHYSICIANS LLC, THE NORTH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.824** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DONOTUSEEMERGENCY PHYSICIANS, TEXAS
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.825** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DONOTUSELAWSON, NICOLE
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DORMAN, JOSH
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.827** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DORTON, DANIEL
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.828** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DOSS, VERONICA
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| **3.829** | **Nonpriority creditor's name and mailing address**<br>DOUGHERTY, MATTHEW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| **3.830** | **Nonpriority creditor's name and mailing address**<br>DOUGLAS, DEREK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| **3.831** | **Nonpriority creditor's name and mailing address**<br>DOUSSAN, NICHOLE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| **3.832** | **Nonpriority creditor's name and mailing address**<br>DOUVILLE, ROBERT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| **3.833** | **Nonpriority creditor's name and mailing address**<br>DOWNING, JOHN, DO<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.834** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DOWNS, EMILY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.835** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $21,185.45

DOXIMITY
DEPT CH19291


PALATINE, IL  60055-9291

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DOYLE, JANELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.837** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DOYLE, MICHAEL Q
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.838** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

DR SIMI MARWAHA PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.839** | **Nonpriority creditor's name and mailing address**

DRAKE, EKI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.840** | **Nonpriority creditor's name and mailing address**

DRAPER, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.841** | **Nonpriority creditor's name and mailing address**

DREW, GEORGE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.842** | **Nonpriority creditor's name and mailing address**

DRISCOLL, LORI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.843** | **Nonpriority creditor's name and mailing address**

DRISH, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,296.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,284.01 |

**Nonpriority creditor's name and mailing address**

3.844

DRUMHILLER, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,284.01

---

3.845

**Nonpriority creditor's name and mailing address**

DRUMHILLER, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.846

**Nonpriority creditor's name and mailing address**

DRURY, CHARLES, PA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.847

**Nonpriority creditor's name and mailing address**

DUBARD, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.848

**Nonpriority creditor's name and mailing address**

DUBE, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.849** **Nonpriority creditor's name and mailing address**

DUFFIELD MD, DERRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.850** **Nonpriority creditor's name and mailing address**

DUGGAN, SHANNON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.851** **Nonpriority creditor's name and mailing address**

DUJOUR, ROXANNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.852** **Nonpriority creditor's name and mailing address**

DUMAS, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.853** **Nonpriority creditor's name and mailing address**

DUNAWAY, TAMMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.854 | **Nonpriority creditor's name and mailing address**<br>DUNCAN, KOKIE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.855 | **Nonpriority creditor's name and mailing address**<br>DUNLOP, STEPHANIE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.856 | **Nonpriority creditor's name and mailing address**<br>DUNNAHOO, CHRISTOPHER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.857 | **Nonpriority creditor's name and mailing address**<br>DURST, DEBRA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.858 | **Nonpriority creditor's name and mailing address**<br>DUTCHER, MEGAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.859** Nonpriority creditor's name and mailing address

DUVAL, NICOLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.860** Nonpriority creditor's name and mailing address

DYNAMICS ATS
43 RAINEY ST
SUITE 2007

AUSTIN, TX 78701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,800.00

---

**3.861** Nonpriority creditor's name and mailing address

DYNAMICS INC, STRATEGIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.862** Nonpriority creditor's name and mailing address

DYSON, FLOYD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$239,861.28

---

**3.863** Nonpriority creditor's name and mailing address

EARTHMAN, MALLORY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.864** | **Nonpriority creditor's name and mailing address**

EASON, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.865** | **Nonpriority creditor's name and mailing address**

EASTERN NEW MEXICO MEDICAL CENTER
405 W. COUNTRY CLUB ROAD

ROSWELL, NM  88201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$319.00

---

**3.866** | **Nonpriority creditor's name and mailing address**

EASTY, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.867** | **Nonpriority creditor's name and mailing address**

EBENIBO, SOTONTE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.868** | **Nonpriority creditor's name and mailing address**

ECHOLS, REBECCA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case number (if known) 23-11469

(Name)

| Part 2: | Additional Page |
| | |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

ECKHOLM, D'ANN
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

EDGE, WILLIAM
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

EDMISTON, BRITNEY
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

EDMOND, WENDY
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,600.00 |

EDPHYSICIAN.COM
5731 LYONS VIEW PIKE
SUITE 117

KNOXVILLE, TN 37919

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.874 | **Nonpriority creditor's name and mailing address**<br><br>EDWARDS SERVICES LLC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.875 | **Nonpriority creditor's name and mailing address**<br><br>EDWARDS, CHARLES<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.876 | **Nonpriority creditor's name and mailing address**<br><br>EDWARDS, DAVID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.877 | **Nonpriority creditor's name and mailing address**<br><br>EDWARDS, RONALD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.878 | **Nonpriority creditor's name and mailing address**<br><br>EDWARDS, TONJA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.879 | **Nonpriority creditor's name and mailing address**<br><br>EDWARDS, WILLIAM<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.880 | **Nonpriority creditor's name and mailing address**<br><br>EDWARDS, WILLIAM T<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.881 | **Nonpriority creditor's name and mailing address**<br><br>EGBERS MEDICAL SERVICES<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.882 | **Nonpriority creditor's name and mailing address**<br><br>EHSAN LLC, IMRAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.883 | **Nonpriority creditor's name and mailing address**<br><br>EIDEN, TANNER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | **Amount of claim** |
|---|---|---|

| 3.884 | **Nonpriority creditor's name and mailing address**<br><br>EILAND, EUGENE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.885 | **Nonpriority creditor's name and mailing address**<br><br>EILAND, EUGENE CARLSON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $17,280.00 |
| 3.886 | **Nonpriority creditor's name and mailing address**<br><br>EINTERZ, SETH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.887 | **Nonpriority creditor's name and mailing address**<br><br>EISELER, SARA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.888 | **Nonpriority creditor's name and mailing address**<br><br>EJESIEME, NNENNA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

| 3.889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

| | EL-AAWAR, AMR | Check all that apply. |
| | ADDRESS REDACTED | ☒ Contingent |
| | | ☒ Unliquidated |
| | **Date or dates debt was incurred** | ☒ Disputed |
| | VARIOUS | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM |
| | | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

---

| 3.890 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

| | ELBAAGE, THAR | Check all that apply. |
| | ADDRESS REDACTED | ☒ Contingent |
| | | ☒ Unliquidated |
| | **Date or dates debt was incurred** | ☒ Disputed |
| | VARIOUS | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM |
| | | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

---

| 3.891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

| | ELEBASH, JOHN | Check all that apply. |
| | ADDRESS REDACTED | ☒ Contingent |
| | | ☒ Unliquidated |
| | **Date or dates debt was incurred** | ☒ Disputed |
| | VARIOUS | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM |
| | | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

---

| 3.892 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

| | ELEMENTS PLLC, LUCKY | Check all that apply. |
| | ADDRESS REDACTED | ☒ Contingent |
| | | ☒ Unliquidated |
| | **Date or dates debt was incurred** | ☒ Disputed |
| | VARIOUS | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM |
| | | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

---

| 3.893 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

| | ELEVATED PLLC, H&H | Check all that apply. |
| | ADDRESS REDACTED | ☒ Contingent |
| | | ☒ Unliquidated |
| | **Date or dates debt was incurred** | ☒ Disputed |
| | VARIOUS | |
| | | **Basis for the claim:** |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM |
| | | |
| | | **Is the claim subject to offset?** |
| | | ☒ No |
| | | ☐ Yes |

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.894** | **Nonpriority creditor's name and mailing address**
EL-HAJJAR, DANY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.895** | **Nonpriority creditor's name and mailing address**
ELK, DUSTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.896** | **Nonpriority creditor's name and mailing address**
ELLIOTT MEDICAL SERVICES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.897** | **Nonpriority creditor's name and mailing address**
ELLIS LLC, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.898** | **Nonpriority creditor's name and mailing address**
ELLIS, CAROLYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.899 | **Nonpriority creditor's name and mailing address**<br><br>ELLIS, RANDALL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.900 | **Nonpriority creditor's name and mailing address**<br><br>ELLISON, AMY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.901 | **Nonpriority creditor's name and mailing address**<br><br>ELLISON, ERNEST<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.902 | **Nonpriority creditor's name and mailing address**<br><br>ELLISON, JUSTIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.903 | **Nonpriority creditor's name and mailing address**<br><br>EM INC, S AND S<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.904 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
EM LLC, ROYALL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.905 **Nonpriority creditor's name and mailing address**
EM PLLC, CADUCEUS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.906 **Nonpriority creditor's name and mailing address**
EM PLLC, CAK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.907 **Nonpriority creditor's name and mailing address**
EM PLLC, NUCHERENO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.908 **Nonpriority creditor's name and mailing address**
EM PLLC, STM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.909**

**Nonpriority creditor's name and mailing address**

EMAMI, AMIR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.910**

**Nonpriority creditor's name and mailing address**

EMBREY, MEGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$25.49

---

**3.911**

**Nonpriority creditor's name and mailing address**

EMERGENCY & INT MEDICINE ASSOCIATES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.912**

**Nonpriority creditor's name and mailing address**

EMERGENCY CARE LLC, DCI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.913**

**Nonpriority creditor's name and mailing address**

EMERGENCY CARE PA, RANKIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.914** **Nonpriority creditor's name and mailing address**

EMERGENCY CARE SOLUTIONS PLLC,
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.915** **Nonpriority creditor's name and mailing address**

EMERGENCY CARE, 24-7
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.916** **Nonpriority creditor's name and mailing address**

EMERGENCY CONSULTANT, WEATHERFORD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.917** **Nonpriority creditor's name and mailing address**

EMERGENCY MED, KR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$66.00

---

**3.918** **Nonpriority creditor's name and mailing address**

EMERGENCY MED, KR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.919** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

EMERGENCY MEDICINE LLC, MILLER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.920** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

EMERGENCY MEDICINE PLLC, SIMMONS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.921** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

EMERGENCY MEDICINE, PHOENIX
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.922** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

EMERGENCY PHYSICIAN LLC, E H
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.923** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

EMERGENCY PHYSICIAN LLC, SCOTT CORCORAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.924 | **Nonpriority creditor's name and mailing address**<br><br>EMERGENCY PHYSICIANS INC, REGION<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.925 | **Nonpriority creditor's name and mailing address**<br><br>EMERGENCY PHYSICIANS PLLC, JOY CHANCE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.926 | **Nonpriority creditor's name and mailing address**<br><br>EMERGENCY PHYSICIANS, ARKANSAS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.927 | **Nonpriority creditor's name and mailing address**<br><br>EMERGENCY PHYSICIANS, NORTHEAST TENNE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.928 | **Nonpriority creditor's name and mailing address**<br><br>EMERGENCY PHYSICIANS, RIVER CITIES<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.929 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.929**

**Nonpriority creditor's name and mailing address**

EMERGENCY PHYSICIANS, RIVER CITIES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.930**

**Nonpriority creditor's name and mailing address**

EMERGENCY PHYSICIANS, TEXAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.931**

**Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES LLC, ROCKLAMOND
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.932**

**Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES PA, NEPTUNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.933**

**Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.934 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES PLLC, MCM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.935 **Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES PLLC, NADIM ISLAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.936 **Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES PLLC, TAHILIANI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.937 **Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES PLLC, TORCH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.938 **Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES, BRECKNER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.939** **Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES, RED ROCK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.940** **Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES, SHORELINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.941** **Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES, UPSTATE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.942** **Nonpriority creditor's name and mailing address**

EMERGENCY SERVICES, WILLIAMS SPORTS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.943** **Nonpriority creditor's name and mailing address**

EMERGENCY SOLUTIONS PC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.944** **Nonpriority creditor's name and mailing address**

EMERGENCY SRVCS PLLC, WEST MS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.945** **Nonpriority creditor's name and mailing address**

EMERGENT, MEDICAL SERVICE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.946** **Nonpriority creditor's name and mailing address**

EMERGENTOLOGIE LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.947** **Nonpriority creditor's name and mailing address**

EMERGENTOLOGY LLC, APEX
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.948** **Nonpriority creditor's name and mailing address**

EMERGICARE PLLC, RKG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.949** **Nonpriority creditor's name and mailing address**

EMMONS BRULE, ANGELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.950** **Nonpriority creditor's name and mailing address**

EMP LLC, SAUERMAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.951** **Nonpriority creditor's name and mailing address**

EMP PLLC, JTP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.952** **Nonpriority creditor's name and mailing address**

ENDERS, ANGELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$655.08

---

**3.953** **Nonpriority creditor's name and mailing address**

ENDFINGER, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.954**  **Nonpriority creditor's name and mailing address**

ENGDAHL, TODD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.955**  **Nonpriority creditor's name and mailing address**

ENGLAND, CADE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.956**  **Nonpriority creditor's name and mailing address**

ENGLISH, WARREN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.957**  **Nonpriority creditor's name and mailing address**

ENRIQUEZ DO, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.958**  **Nonpriority creditor's name and mailing address**

ENTERPRISE HOLDINGS, INC.
PO BOX 402383

ATLANTA, GA  30384-2383

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,673.35

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.959** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ENTERPRISE LLC, SK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.960** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ENTERPRISE, REGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.961** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ENTERPRISES INC, FRISKY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.962** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ENTERPRISES INC, SOLIMAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.963** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ENTERPRISES LLC, ANDRIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.964 | **Nonpriority creditor's name and mailing address**<br><br>ENTERPRISES LLC, HAYDAR<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.965 | **Nonpriority creditor's name and mailing address**<br><br>ENTERPRISES LLC, NOBLE LIFE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.966 | **Nonpriority creditor's name and mailing address**<br><br>ENTERPRISES PC, ANDERSON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.967 | **Nonpriority creditor's name and mailing address**<br><br>ENTERPRISES PC, HORTON MEDICAL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.968 | **Nonpriority creditor's name and mailing address**<br><br>ENTERPRISES PLLC, BPL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.969** **Nonpriority creditor's name and mailing address**

ENTERPRISES PLLC, GALASKA MEDICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.970** **Nonpriority creditor's name and mailing address**

ENTRIKEN PLLC, WILLIAM F
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.971** **Nonpriority creditor's name and mailing address**

ENTRIKEN, WILLAM F
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.972** **Nonpriority creditor's name and mailing address**

EPISKEY LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.973** **Nonpriority creditor's name and mailing address**

EPL LLC, BEGUE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

ER DOC 2013 LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

ER SANTIANO LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

ER SPECIALISTS, GULF COAST
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

ERBLAZ LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.978 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

ERINLE, AYODELE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.979** | **Nonpriority creditor's name and mailing address**

ERMIS, DANA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.980** | **Nonpriority creditor's name and mailing address**

ERRIGO, ERICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.981** | **Nonpriority creditor's name and mailing address**

ERX VITALITY LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.982** | **Nonpriority creditor's name and mailing address**

ES EMERGENCY SERVICES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.983** | **Nonpriority creditor's name and mailing address**

ESKUE, TAMARA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.984** **Nonpriority creditor's name and mailing address**

ESTEBAN, GRANWEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.985** **Nonpriority creditor's name and mailing address**

ESTES, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.986** **Nonpriority creditor's name and mailing address**

ESTES, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.987** **Nonpriority creditor's name and mailing address**

ETCHEBARNE, BRETT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.988** **Nonpriority creditor's name and mailing address**

ETENGOFF, STUART
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$67,077.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

| 3.989 | **Nonpriority creditor's name and mailing address**<br><br>EUBANK, LORI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.990 | **Nonpriority creditor's name and mailing address**<br><br>EVANS DO, JOEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.991 | **Nonpriority creditor's name and mailing address**<br><br>EVANS NP, GINA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.992 | **Nonpriority creditor's name and mailing address**<br><br>EVANS, CASSANDRA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.993 | **Nonpriority creditor's name and mailing address**<br><br>EVANS, ERIC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

EVANS, GARETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

EVANS, LINDSEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

EVANS, MARGARET A
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

EVANS, MORGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

EVANS, NICHOLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.999** | **Nonpriority creditor's name and mailing address**

EVANS, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1000** | **Nonpriority creditor's name and mailing address**

EVANS, SHERRIKA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1001** | **Nonpriority creditor's name and mailing address**

EVANS, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1002** | **Nonpriority creditor's name and mailing address**

EVERALL, ULYESSE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1003** | **Nonpriority creditor's name and mailing address**

EXPERIAN
PO BOX 881971

LOS ANGELES, CA  90088-1971

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.28

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.1004 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

FABER, RAYMOND
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1005 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

FAHLING, JOEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1006 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,598.00 |

FAIRBANKS, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1007 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

FAIRBANKS, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1008 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

FALCON, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.1009** | **Nonpriority creditor's name and mailing address**

FALLS INC., ALICIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1010** | **Nonpriority creditor's name and mailing address**

FAMILY CLINIC PA, UNITY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1011** | **Nonpriority creditor's name and mailing address**

FARAH, NAGUIB
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1012** | **Nonpriority creditor's name and mailing address**

FARHAT, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1013** | **Nonpriority creditor's name and mailing address**

FARLEY, GINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.1014** | **Nonpriority creditor's name and mailing address** | $26,676.43

FARMAN, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1015** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

FARMER, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1016** | **Nonpriority creditor's name and mailing address** | $49.00

FARNBACH, AMELIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1017** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

FARRIS LLC, MICHAEL J
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1018** | **Nonpriority creditor's name and mailing address** | $2,767.44

FARRIS, KEVIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.1019 | **Nonpriority creditor's name and mailing address**<br><br>FARRUKH, KAMRAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1020 | **Nonpriority creditor's name and mailing address**<br><br>FATSEAS MD, CHARLES<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1021 | **Nonpriority creditor's name and mailing address**<br><br>FAUBEL, KATHRYN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,542.25 |
| 3.1022 | **Nonpriority creditor's name and mailing address**<br><br>FAZZARI, MARCUS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1023 | **Nonpriority creditor's name and mailing address**<br><br>FEAGAN, JOSEPH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1024** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40,293.96

FEDERER, DEBRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1025** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FEDERER, DEBRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1026** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $90.94

FEDEX
PO BOX 660481
DALLAS, TX  75266

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1027** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FEISON, ERICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1028** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FELTMAN, LAWRENCE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1029 | **Nonpriority creditor's name and mailing address**<br><br>FERGUSON, MICHEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1030 | **Nonpriority creditor's name and mailing address**<br><br>FERNANDEZ, ARTHUR<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1031 | **Nonpriority creditor's name and mailing address**<br><br>FERRISS, PATRICK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1032 | **Nonpriority creditor's name and mailing address**<br><br>FIDER, CYRIL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1033 | **Nonpriority creditor's name and mailing address**<br><br>FIEBIG, WILLIAM<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1034** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

FIELDS, CARMELITA
ADDRESS REDACTED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1035** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

FIELDS, NADAV
ADDRESS REDACTED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1036** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

FIERRO-CARRION, GUSTAVO
ADDRESS REDACTED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1037** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

FIESSINGER, WILLARD
ADDRESS REDACTED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1038** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

FIG JR., RALPH
ADDRESS REDACTED

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1039** | **Nonpriority creditor's name and mailing address**

FIGAROLA, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1040** | **Nonpriority creditor's name and mailing address**

FIGHT PLLC, FUNCTION
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1041** | **Nonpriority creditor's name and mailing address**

FIGUEROA, ASTRID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1042** | **Nonpriority creditor's name and mailing address**

FIGUEROA, ISIDRO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1043** | **Nonpriority creditor's name and mailing address**

FIKES, JOSEPH BEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

**3.1044**  **Nonpriority creditor's name and mailing address**

FILIPPONE, EDWARD C
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1045**  **Nonpriority creditor's name and mailing address**

FINDLEY, BRECKENN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1046**  **Nonpriority creditor's name and mailing address**

FINNEGAN LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1047**  **Nonpriority creditor's name and mailing address**

FINNEGAN, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,137.73

---

**3.1048**  **Nonpriority creditor's name and mailing address**

FIREMAN'S FUND INSURANCE COMPANY
PO BOX 3914

CAROL STREAM, IL  60132-3914

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,257.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1049** **Nonpriority creditor's name and mailing address**

FIRST CARE
12940 HIGHWAY 183

AUSTIN, TX  78750

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$83.86

---

**3.1050** **Nonpriority creditor's name and mailing address**

FIRSTCARE
PO BOX 853935

RICHMOND, TX  75085

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$756.97

---

**3.1051** **Nonpriority creditor's name and mailing address**

FIRWANA, BELAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1052** **Nonpriority creditor's name and mailing address**

FISCHER, KENDRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1053** **Nonpriority creditor's name and mailing address**

FISHER MD PA, RICHARD A.
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1054** | **Nonpriority creditor's name and mailing address**

FISHER, CHASITY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1055** | **Nonpriority creditor's name and mailing address**

FISHER, JORDAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1056** | **Nonpriority creditor's name and mailing address**

FISKE, DWIGHT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1057** | **Nonpriority creditor's name and mailing address**

FITZPATRICK II, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1058** | **Nonpriority creditor's name and mailing address**

FLAHERTY, STACEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1059** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FLATT, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1060** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FLECKER, ALEXANDER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1061** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FLEMING, CHRISTINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1062** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FLEMING, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1063** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

FLINCHUM PLLC, JESSICA P
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1064**

**Nonpriority creditor's name and mailing address**

FLOREK, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1065**

**Nonpriority creditor's name and mailing address**

FLOREK, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1066**

**Nonpriority creditor's name and mailing address**

FLOWERS MD, DAMIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1067**

**Nonpriority creditor's name and mailing address**

FLOWERS, DWIGHT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1068**

**Nonpriority creditor's name and mailing address**

FLOYD, COURTNEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.1069 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| --- | --- | --- | --- |

**3.1069** 

**Nonpriority creditor's name and mailing address**

FLYNN, CHARLES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1070**

**Nonpriority creditor's name and mailing address**

FODERINGHAM, GASTON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1071**

**Nonpriority creditor's name and mailing address**

FOLAD MD, WALLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1072**

**Nonpriority creditor's name and mailing address**

FOLGER MD, JESSICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1073**

**Nonpriority creditor's name and mailing address**

FOMBO, CHANELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.1074 | **Nonpriority creditor's name and mailing address**<br>FONDA, TANYISKA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1075 | **Nonpriority creditor's name and mailing address**<br>FOOSHEE, SANDRA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1076 | **Nonpriority creditor's name and mailing address**<br>FOOTE, SETH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1077 | **Nonpriority creditor's name and mailing address**<br>FORD, JEFFERY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1078 | **Nonpriority creditor's name and mailing address**<br>FORTE, JOSEPH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $49.48 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1079** **Nonpriority creditor's name and mailing address**

FORTE, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1080** **Nonpriority creditor's name and mailing address**

FOSTER, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1081** **Nonpriority creditor's name and mailing address**

FOSTER, STEPHANIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1082** **Nonpriority creditor's name and mailing address**

FOURPOINTS SOLUTIONS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1083** **Nonpriority creditor's name and mailing address**

FOWLER PLLC, LL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1084**  Nonpriority creditor's name and mailing address

FOWLER, BRENDAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1085**  Nonpriority creditor's name and mailing address

FOWLER, CHRISTINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1086**  Nonpriority creditor's name and mailing address

FOWLER, TINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1087**  Nonpriority creditor's name and mailing address

FOX, BRYANT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1088**  Nonpriority creditor's name and mailing address

FOY, THOMPSON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|--------|----------------------------------|----------------------------------|
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.1089 | **Nonpriority creditor's name and mailing address**<br><br>FRANCHI, SPENCER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1090 | **Nonpriority creditor's name and mailing address**<br><br>FRANCIS, TASHA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1091 | **Nonpriority creditor's name and mailing address**<br><br>FRANCISCAN PHYSICIANS NETWORK<br>ATTN: JOE STUTEVILLE<br>38005 EAGLE WAY<br><br>CHICAGO, IL  60678-1800<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $310,899.35 |

| 3.1092 | **Nonpriority creditor's name and mailing address**<br><br>FRANKLIN, KATHERINE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1093 | **Nonpriority creditor's name and mailing address**<br><br>FRANZ, RONALD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1094**  **Nonpriority creditor's name and mailing address**

FRANZONI, LAURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1095**  **Nonpriority creditor's name and mailing address**

FRASER, GRANT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1096**  **Nonpriority creditor's name and mailing address**

FRASER, GRANT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1097**  **Nonpriority creditor's name and mailing address**

FRAZIER, LOUIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,050.00

---

**3.1098**  **Nonpriority creditor's name and mailing address**

FRAZIER, LOUIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1099** **Nonpriority creditor's name and mailing address**

FREDERICH, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1100** **Nonpriority creditor's name and mailing address**

FREDRICKSON, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1101** **Nonpriority creditor's name and mailing address**

FREEMAN, DONNIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1102** **Nonpriority creditor's name and mailing address**

FRENCH, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1103** **Nonpriority creditor's name and mailing address**

FRETTS, LINDSAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.1104 | **Nonpriority creditor's name and mailing address**<br><br>FROLOV, ANDREY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1105 | **Nonpriority creditor's name and mailing address**<br><br>FRYE, GIGI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,401.21 |
| 3.1106 | **Nonpriority creditor's name and mailing address**<br><br>FRYE, GIGI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1107 | **Nonpriority creditor's name and mailing address**<br><br>FUGATE, AMY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1108 | **Nonpriority creditor's name and mailing address**<br><br>FUNG, PAK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.1109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

FUNK, LINDA
ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☑ Contingent
☑ Unliquidated
☑ Disputed

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

FURRY, CRAIG
ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☑ Contingent
☑ Unliquidated
☑ Disputed

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

FURTON, CRYSTAL
ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☑ Contingent
☑ Unliquidated
☑ Disputed

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $381.20 |

FUTURE BUSINESS SOLUTIONS, INC
242 SOUTH EL DORADO CIRCLE

MESA, AZ  85202

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.1113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

G3 CONCIERGE MEDICINE PC
ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☑ Contingent
☑ Unliquidated
☑ Disputed

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1114**  **Nonpriority creditor's name and mailing address**

GABRIEL, ASHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1115**  **Nonpriority creditor's name and mailing address**

GADDAM, RAKESH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1116**  **Nonpriority creditor's name and mailing address**

GAILMARD, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1117**  **Nonpriority creditor's name and mailing address**

GALBRAITH, JOHN-MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1118**  **Nonpriority creditor's name and mailing address**

GALE, ZACHARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1119**  Nonpriority creditor's name and mailing address

GALESTANIAN, ARBI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1120**  Nonpriority creditor's name and mailing address

GALIWANGO, CHARLES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1121**  Nonpriority creditor's name and mailing address

GALLIANO, ENRIQUE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1122**  Nonpriority creditor's name and mailing address

GALLIMORE, GRANT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$550.00

---

**3.1123**  Nonpriority creditor's name and mailing address

GALLIMORE, GRANT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1124** | **Nonpriority creditor's name and mailing address**

GALLOWAY, BARTON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1125** | **Nonpriority creditor's name and mailing address**

GALLOWAY, KRISTIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1126** | **Nonpriority creditor's name and mailing address**

GALLOWAY, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1127** | **Nonpriority creditor's name and mailing address**

GALLUPPI, AMANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1128** | **Nonpriority creditor's name and mailing address**

GAMBILL, MARIBETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GAMES JR, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1130** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

GAMMADA, YOMIYYU
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1131** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

GANNU, RAJYALAKSHMI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1132** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

GARCIA, JULIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1133** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

GARDNER MD PA, SAMUEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,400.00 |
|---|---|---|---|

GARDNER PROPERTIES
2370 SILVER POINTE DR.

WATERFORD, MI  48328

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1135 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |
|---|---|---|---|

GARDNER, LACEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1136 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |
|---|---|---|---|

GARDNER, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1137 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |
|---|---|---|---|

GARDNER, TODD ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1138 | **Nonpriority creditor's name and mailing address** | | $480,000.00 |
|---|---|---|---|

GARDNER, TRESSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| **3.1139** | **Nonpriority creditor's name and mailing address**<br><br>GARDNER, TRESSA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CASH VALUE OF NON-QUALIFIED<br>DEFERRED COMPENSATION PLAN<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $82,993.18 |
| **3.1140** | **Nonpriority creditor's name and mailing address**<br><br>GARNO, MATTHEW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $700.00 |
| **3.1141** | **Nonpriority creditor's name and mailing address**<br><br>GARNO, MATTHEW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| **3.1142** | **Nonpriority creditor's name and mailing address**<br><br>GARRETT, DONALD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34.45 |
| **3.1143** | **Nonpriority creditor's name and mailing address**<br><br>GARRETT, DONALD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED

GASIOREK, MELISSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1145** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

GASWORTH, LEIGH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1146** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

GEAR, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1147** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

GEAR, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1148** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

GEILE, SANDRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1149** | **Nonpriority creditor's name and mailing address**

GEIMER, CONNIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1150** | **Nonpriority creditor's name and mailing address**

GEISENHEIMER JR, THOMAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1151** | **Nonpriority creditor's name and mailing address**

GENDEL LLC, GLEB
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1152** | **Nonpriority creditor's name and mailing address**

GEOGRAPHIC EMER MEDICINE SVC PA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1153** | **Nonpriority creditor's name and mailing address**

GEORGE, MILTON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | | Amount of claim |
|---|---|---|---|

| 3.1154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | GERARD, JODY | ☑ Contingent | |
| | ADDRESS REDACTED | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | GERLOCK, GREGORY | ☑ Contingent | |
| | ADDRESS REDACTED | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | GERMAN-MCGAHA, LINDSAY | ☑ Contingent | |
| | ADDRESS REDACTED | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | GERSTNER, BRETT | ☑ Contingent | |
| | ADDRESS REDACTED | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
| | GHARIR, TALAL | ☑ Contingent | |
| | ADDRESS REDACTED | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1159** **Nonpriority creditor's name and mailing address**

GHL MEDICAL SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1160** **Nonpriority creditor's name and mailing address**

GHOSH, JODY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1161** **Nonpriority creditor's name and mailing address**

GIACOMIN, KRISTEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1162** **Nonpriority creditor's name and mailing address**

GIARRIZZI LLC, DANA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1163** **Nonpriority creditor's name and mailing address**

GIBBON, BRUCE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1164**  Nonpriority creditor's name and mailing address

GIBBONEY, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1165**  Nonpriority creditor's name and mailing address

GIBBONS, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1166**  Nonpriority creditor's name and mailing address

GIBSON, DREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$499.00

---

**3.1167**  Nonpriority creditor's name and mailing address

GIBSON, JESSICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1168**  Nonpriority creditor's name and mailing address

GIBSON, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |

| | Amount of claim |
|---|---|

| 3.1169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
GIEBEL, STEPHEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1170 **Nonpriority creditor's name and mailing address**
GILBERT, NATHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1171 **Nonpriority creditor's name and mailing address**
GILCHRIST, JOSHUA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1172 **Nonpriority creditor's name and mailing address**
GILLIAM, PHILLIP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1173 **Nonpriority creditor's name and mailing address**
GILLIS, BETHANY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1174** **Nonpriority creditor's name and mailing address**

GILROY, ALLISON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1175** **Nonpriority creditor's name and mailing address**

GINER, JULIETTE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1176** **Nonpriority creditor's name and mailing address**

GINSBURG, FRED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1177** **Nonpriority creditor's name and mailing address**

GIROUARD, RENEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$888.00

---

**3.1178** **Nonpriority creditor's name and mailing address**

GITTER MD, MORRIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

Amount of claim

| 3.1179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

3.1179 **Nonpriority creditor's name and mailing address**

GIVAN, ABIGAIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1180 **Nonpriority creditor's name and mailing address**

GLEDHILL, TODD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1181 **Nonpriority creditor's name and mailing address**

GLENN, FRANCINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1182 **Nonpriority creditor's name and mailing address**

GLOUDE, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1183 **Nonpriority creditor's name and mailing address**

GOEMAN, STEPHANIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1184 | **Nonpriority creditor's name and mailing address**<br><br>GOH, KENTON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1185 | **Nonpriority creditor's name and mailing address**<br><br>GOLDBERG INC, COREY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1186 | **Nonpriority creditor's name and mailing address**<br><br>GOLDBERG, COREY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1187 | **Nonpriority creditor's name and mailing address**<br><br>GOLDEN HEALTH SERVICES LLC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1188 | **Nonpriority creditor's name and mailing address**<br><br>GOLDEN, ROBERT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1189** **Nonpriority creditor's name and mailing address**

GOLDENBERG, ROGER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1190** **Nonpriority creditor's name and mailing address**

GOLDMAN, PAUL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1191** **Nonpriority creditor's name and mailing address**

GOLDSMITH, BRANDON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1192** **Nonpriority creditor's name and mailing address**

GONZALES CERVANTES, ANITA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1193** **Nonpriority creditor's name and mailing address**

GONZALEZ MD PA, EDUARDO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1194** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GONZALEZ, BECKY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1195** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GONZALEZ, EDUARDO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1196** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GOODALE, CATHERINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1197** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GOODGAME, BEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1198** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GOODMAN, STEPHANIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
| | (Name) | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

**3.1199** | **Nonpriority creditor's name and mailing address**

GORDON REES SCULLY MANSUKHANI
1111 BROADWAY, SUITE 1700
OAKLAND  CA
94607

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,745.90

---

**3.1200** | **Nonpriority creditor's name and mailing address**

GORDON, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1201** | **Nonpriority creditor's name and mailing address**

GORZ, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1202** | **Nonpriority creditor's name and mailing address**

GOTLIB, ARI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1203** | **Nonpriority creditor's name and mailing address**

GOTTSCHLICH II, GREGORY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | | **Amount of claim** |
| --- | --- | --- | --- |

| 3.1204 | **Nonpriority creditor's name and mailing address**<br><br>GOTTSCHLICH II, GREGORY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1205 | **Nonpriority creditor's name and mailing address**<br><br>GOULD, JENA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1206 | **Nonpriority creditor's name and mailing address**<br><br>GOYACK, LAURA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1207 | **Nonpriority creditor's name and mailing address**<br><br>GRABER, EMMA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.1208 | **Nonpriority creditor's name and mailing address**<br><br>GRABER, EMMA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $888.00 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1209** **Nonpriority creditor's name and mailing address**

GRABSKI, MADELAINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1210** **Nonpriority creditor's name and mailing address**

GRACE MD, CAROL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1211** **Nonpriority creditor's name and mailing address**

GRACE, SHANNON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1212** **Nonpriority creditor's name and mailing address**

GRAF, JENNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1213** **Nonpriority creditor's name and mailing address**

GRANDY, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor  AMERICAN PHYSICIAN PARTNERS, LLC
        (Name)

Case number (if known)  23-11469

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1214** **Nonpriority creditor's name and mailing address**

GRANT, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1215** **Nonpriority creditor's name and mailing address**

GRANTHAM, DALE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1216** **Nonpriority creditor's name and mailing address**

GRAY DO, PATRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1217** **Nonpriority creditor's name and mailing address**

GRAY, MCDONALD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1218** **Nonpriority creditor's name and mailing address**

GRAYBILL, ANTHONY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
| | (Name) | |

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.1219 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | GRAYBILL, JAMES | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1220 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | GRAYSON, EDDIE | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1221 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | GREEN DO LLC, DONNIELLE | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1222 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | GREENE, THOMAS | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1223 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | GREENFIELD, ERIC | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1224** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GREER, SAMANTHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1225** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GREGORY TONG MD INC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1226** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GRENIER DO PA, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1227** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GRENIER, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1228** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GRESSEL, LISA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1229** | **Nonpriority creditor's name and mailing address**
GRIFFITH, KEVIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1230** | **Nonpriority creditor's name and mailing address**
GRIFFITTS, SHARON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1231** | **Nonpriority creditor's name and mailing address**
GRIGORIAN, MARINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1232** | **Nonpriority creditor's name and mailing address**
GRINT, KATHLEEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1233** | **Nonpriority creditor's name and mailing address**
GROSS, ARTHUR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1234**  **Nonpriority creditor's name and mailing address**

GROSS, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1235**  **Nonpriority creditor's name and mailing address**

GROUP CORP, AL HINDI MEDICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1236**  **Nonpriority creditor's name and mailing address**

GROUP INC, 91 HAT TRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1237**  **Nonpriority creditor's name and mailing address**

GROUP INC, TITO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1238**  **Nonpriority creditor's name and mailing address**

GROUP LLC, CEASE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

**Part 2:** Additional Page

|  | Amount of claim |
|---|---|

**3.1239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GROUP LLC, PELEG
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GROUP LTD, EMERGENCY MEDIC
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GROUP PLLC, GHL EMERGENCY
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GROUP PLLC, MEDICI
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1243** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

GROUP, MUSTARD SEED
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.1244**

**Nonpriority creditor's name and mailing address**

GROUP, THE AXTELL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1245**

**Nonpriority creditor's name and mailing address**

GROVE, OWEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1246**

**Nonpriority creditor's name and mailing address**

GRUMAN, PETER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1247**

**Nonpriority creditor's name and mailing address**

GUAN, BO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1248**

**Nonpriority creditor's name and mailing address**

GUAN, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,179.66

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

| 3.1249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

3.1249 **Nonpriority creditor's name and mailing address**

GUDES, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1250 **Nonpriority creditor's name and mailing address**

GUERRERO, ROBIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: $9.83
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1251 **Nonpriority creditor's name and mailing address**

GUERRERO, ROBIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1252 **Nonpriority creditor's name and mailing address**

GUILLERMO, ENRIQUE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1253 **Nonpriority creditor's name and mailing address**

GULCH, JESSICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is: UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

GULIK, ANNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.1255 **Nonpriority creditor's name and mailing address**

GUNTER II, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1256 **Nonpriority creditor's name and mailing address**

GUO, CHAO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1257 **Nonpriority creditor's name and mailing address**

GUOTH MD, PAMELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1258 **Nonpriority creditor's name and mailing address**

GUPTA, PUNEET
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.1259 | **Nonpriority creditor's name and mailing address**<br><br>GUSTAVISON, ZACHARY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1260 | **Nonpriority creditor's name and mailing address**<br><br>GUTIERREZ, THERESA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1261 | **Nonpriority creditor's name and mailing address**<br><br>GUT-SHEPHERD, DOROTA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1262 | **Nonpriority creditor's name and mailing address**<br><br>HAAKENSON, PLLC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1263 | **Nonpriority creditor's name and mailing address**<br><br>HAAS, EVAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>

3.1264

**Nonpriority creditor's name and mailing address**

HACKNER, MICHELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>
<tr>
<td>

3.1265

**Nonpriority creditor's name and mailing address**

HADDAD MD, BASSAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>
<tr>
<td>

3.1266

**Nonpriority creditor's name and mailing address**

HADDADIN, MAZIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>
<tr>
<td>

3.1267

**Nonpriority creditor's name and mailing address**

HADDOCK, JODY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>
<tr>
<td>

3.1268

**Nonpriority creditor's name and mailing address**

HAEN, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>
</table>

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

---

**3.1269** | **Nonpriority creditor's name and mailing address**

HAGER, KARL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1270** | **Nonpriority creditor's name and mailing address**

HAGGARD PLLC, J
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1271** | **Nonpriority creditor's name and mailing address**

HAILEMARIAM, YEHUALASHET
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$392.78

---

**3.1272** | **Nonpriority creditor's name and mailing address**

HALE, MEREDITH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1273** | **Nonpriority creditor's name and mailing address**

HALL JR, LARRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1274** | **Nonpriority creditor's name and mailing address**

HALL PROFESSION SERVICES INC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1275** | **Nonpriority creditor's name and mailing address**

HALL, ETHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1276** | **Nonpriority creditor's name and mailing address**

HALL, GINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1277** | **Nonpriority creditor's name and mailing address**

HALL, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1278** | **Nonpriority creditor's name and mailing address**

HALL, RASHONDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1279 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
HALLOCK, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1280 **Nonpriority creditor's name and mailing address**
HALPERN MD LLC, N E
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1281 **Nonpriority creditor's name and mailing address**
HAMADANI, ALEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1282 **Nonpriority creditor's name and mailing address**
HAMILTON, CHANSE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1283 **Nonpriority creditor's name and mailing address**
HAMILTON, JUSTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1284**  **Nonpriority creditor's name and mailing address**

HAMILTON, MARY RUTH PA-C
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1285**  **Nonpriority creditor's name and mailing address**

HAMILTON, NEIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1286**  **Nonpriority creditor's name and mailing address**

HAMMERMEISTER, KYLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1287**  **Nonpriority creditor's name and mailing address**

HAMMONS, MARCIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1288**  **Nonpriority creditor's name and mailing address**

HANSEN, GREGORY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1289** | **Nonpriority creditor's name and mailing address**

HANSEN, TIMOTHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1290** | **Nonpriority creditor's name and mailing address**

HANSON, GABRIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1291** | **Nonpriority creditor's name and mailing address**

HANSON, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1292** | **Nonpriority creditor's name and mailing address**

HANZEL, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1293** | **Nonpriority creditor's name and mailing address**

HARBOR, OCEAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$277.40

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

3.1294 **Nonpriority creditor's name and mailing address**

HARDWICK, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1295 **Nonpriority creditor's name and mailing address**

HARDY, GARRETT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1296 **Nonpriority creditor's name and mailing address**

HARLAMERT, JULIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1297 **Nonpriority creditor's name and mailing address**

HARMON-SHEFFIELD, MD, VALDEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1298 **Nonpriority creditor's name and mailing address**

HARPER, JAIME
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

HARPER, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1300 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

HARRILL, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1301 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

HARRINGTON, KRISTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

HARRINGTON, LUTHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

HARRIS MD PLLC, NEIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1304** | **Nonpriority creditor's name and mailing address**

HARRIS MD, KATELYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1305** | **Nonpriority creditor's name and mailing address**

HARRIS STAFFING SOLUTIONS PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1306** | **Nonpriority creditor's name and mailing address**

HARRIS, ALYSON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1307** | **Nonpriority creditor's name and mailing address**

HARRIS, ELIZABETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE & RETENTION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$206,195.76

---

**3.1308** | **Nonpriority creditor's name and mailing address**

HARRIS, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.1309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

HARRIS, JEVEDE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

HARRIS, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

HART, LAURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

HASAN, ASMA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

HASHMI MD, SALMAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1314**  **Nonpriority creditor's name and mailing address**

HASNAIN, MOHSIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1315**  **Nonpriority creditor's name and mailing address**

HASNIE, OMAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1316**  **Nonpriority creditor's name and mailing address**

HASSEN JR, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1317**  **Nonpriority creditor's name and mailing address**

HASTEN, ELIZABETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1318**  **Nonpriority creditor's name and mailing address**

HASTINGS, BRICE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
| --- | --- | --- |
| | (Name) | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| --- | --- | --- | --- |

**Nonpriority creditor's name and mailing address**

HAUSSMAN, FREDERICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1320

**Nonpriority creditor's name and mailing address**

HAVER, KATELYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1321

**Nonpriority creditor's name and mailing address**

HAWKINS, MADDELYNN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1322

**Nonpriority creditor's name and mailing address**

HAYES, DUSTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1323

**Nonpriority creditor's name and mailing address**

HAYES, SHANTELL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.1324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | HAYNES, BRANDI | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | HAYNES, MARY | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | HAYNES, MICHAEL | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | HAYNIE, KEITH | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $242.42 |
| | HAYS, LAUREN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | VARIOUS | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.1329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

HAYWOOD, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

HAZEN, BRENT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

HEALEY, TIFFANY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

HEALING CENTER, BRAIN GUT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

HEALTH AND VITALITY LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
| --- | --- | --- |
| | (Name) | |

| **Part 2:** | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1334** | **Nonpriority creditor's name and mailing address**

HEALTH GROUP PC, CYPRESS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1335** | **Nonpriority creditor's name and mailing address**

HEALTH INSTITUTE, HEALING HANDS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1336** | **Nonpriority creditor's name and mailing address**

HEALTH LLC, AIKAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1337** | **Nonpriority creditor's name and mailing address**

HEALTH LLC, COWRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1338** | **Nonpriority creditor's name and mailing address**

HEALTH LLC, MVP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1339** **Nonpriority creditor's name and mailing address**

HEALTH PLLC, HYATT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1340** **Nonpriority creditor's name and mailing address**

HEALTH PROFESSIONALS, ESTELLAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1341** **Nonpriority creditor's name and mailing address**

HEALTH SERVICES LLC, JACKI ED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1342** **Nonpriority creditor's name and mailing address**

HEALTH SERVICES, MOURTADA FAMILY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1343** **Nonpriority creditor's name and mailing address**

HEALTH SOLUTIONS PLLC, AMERICAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |

(Name)

| Part 2: | Additional Page |
| | |

| | | Amount of claim |
| --- | --- | --- |

**3.1344** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HEALTH SOLUTIONS, ZAHN
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1345** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HEALTH, AVALON
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1346** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HEALTH, RJ
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1347** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HEALTHCARE CORP, BROOK
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1348** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HEALTHCARE INC, AGBI
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1349** | **Nonpriority creditor's name and mailing address**

HEALTHCARE LLC, AIKON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1350** | **Nonpriority creditor's name and mailing address**

HEALTHCARE PLLC, FEZCO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1351** | **Nonpriority creditor's name and mailing address**

HEALTHCARE SC, TRU IMPACT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1352** | **Nonpriority creditor's name and mailing address**

HEALTHCARE, ADAPTIVE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1353** | **Nonpriority creditor's name and mailing address**

HEARNE, ARCHIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1354** | **Nonpriority creditor's name and mailing address**
HEARTLAND REGIONAL MEDICAL CENTER

MARION, IL

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

---

**3.1355** | **Nonpriority creditor's name and mailing address**
HEAVRIN, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1356** | **Nonpriority creditor's name and mailing address**
HECK, MARGARET
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1357** | **Nonpriority creditor's name and mailing address**
HEDROUG, YOUSSEF
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1358** | **Nonpriority creditor's name and mailing address**
HEEMSTRA, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page | |
|---------|-----------------|---|

|  | | Amount of claim |
|--|--|----------------:|

**3.1359** **Nonpriority creditor's name and mailing address**

HEIDEL, ANGELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1360** **Nonpriority creditor's name and mailing address**

HEIDLEBAUGH MD PLLC, MIKE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1361** **Nonpriority creditor's name and mailing address**

HEIDT, ZEBULON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,255.00

---

**3.1362** **Nonpriority creditor's name and mailing address**

HEIM, THEODORE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1363** **Nonpriority creditor's name and mailing address**

HEINRICH, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1364**  **Nonpriority creditor's name and mailing address**

HEKIMOGLU, CETIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1365**  **Nonpriority creditor's name and mailing address**

HELFMAN, LAURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1366**  **Nonpriority creditor's name and mailing address**

HELMS, SUMMER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1367**  **Nonpriority creditor's name and mailing address**

HELPHENSTINE, JEREMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,884.30

---

**3.1368**  **Nonpriority creditor's name and mailing address**

HELPHENSTINE, JEREMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1369**  **Nonpriority creditor's name and mailing address**

HELTON, COREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1370**  **Nonpriority creditor's name and mailing address**

HENDERSON, JERRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1371**  **Nonpriority creditor's name and mailing address**

HENDERSON, RYAN, PA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1372**  **Nonpriority creditor's name and mailing address**

HENDRIXSON, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1373**  **Nonpriority creditor's name and mailing address**

HENDRY MD LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1374 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**3.1374** **Nonpriority creditor's name and mailing address**

HENRY, CALLYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1375** **Nonpriority creditor's name and mailing address**

HENRY, MARINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1376** **Nonpriority creditor's name and mailing address**

HERBER, KARA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$13,647.41

---

**3.1377** **Nonpriority creditor's name and mailing address**

HERBERT MD, PAMELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1378** **Nonpriority creditor's name and mailing address**

HERFORD, BARON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

HERNANDEZ, MARIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

HERRELL, LEONA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

HERRMAN, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

HESS, RALPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

HEYMANN, EMILY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1384** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HH SOLUTIONS PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1385** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

HH SOLUTIONS PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1386** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

HICKERSON JR, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1387** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

HICKEY, JAMI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1388** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

HICKS, KATHERINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1389** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HICKS, KATHERINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1390** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HIGHTOWER, BROOK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1391** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HILL, JANICE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1392** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HILL, RUSSELL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1393** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

HILL, SHERRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1394** | **Nonpriority creditor's name and mailing address**

HILL-LAZENBY, PHAEDRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1395** | **Nonpriority creditor's name and mailing address**

HINDS, JONATHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1396** | **Nonpriority creditor's name and mailing address**

HISEL, AARON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1397** | **Nonpriority creditor's name and mailing address**

HMEIDAN, ABRAHAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1398** | **Nonpriority creditor's name and mailing address**

HOANG, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1399 | **Nonpriority creditor's name and mailing address**<br><br>HOBACK, JOSEPH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1400 | **Nonpriority creditor's name and mailing address**<br><br>HOCCHAUSER, DAVID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,812.98 |
| 3.1401 | **Nonpriority creditor's name and mailing address**<br><br>HODA, SAIRA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1402 | **Nonpriority creditor's name and mailing address**<br><br>HODNICK, RYAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1403 | **Nonpriority creditor's name and mailing address**<br><br>HOFFMAN, THERESA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1404** | **Nonpriority creditor's name and mailing address**

HOFFMANN JANISCH, JULIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1405** | **Nonpriority creditor's name and mailing address**

HOLADAY, DUNCAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1406** | **Nonpriority creditor's name and mailing address**

HOLDINDS LLC, LEMMOR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1407** | **Nonpriority creditor's name and mailing address**

HOLDINGS LLC, PARENTE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1408** | **Nonpriority creditor's name and mailing address**

HOLLADAY, RODNEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|
| 3.1409 | **Nonpriority creditor's name and mailing address**<br><br>HOLLAND & KNIGHT<br>ATTN: DANIEL SYLVESTER<br>PO BOX 936937<br><br>ATLANTA, GA  31193-6937<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $122,662.95 |
| 3.1410 | **Nonpriority creditor's name and mailing address**<br><br>HOLLAND, CAROLINE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1411 | **Nonpriority creditor's name and mailing address**<br><br>HOLLAND, DOUGLAS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1412 | **Nonpriority creditor's name and mailing address**<br><br>HOLLER, JAMES<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1413 | **Nonpriority creditor's name and mailing address**<br><br>HOLLIMAN, RENATA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | | Amount of claim |
| --- | --- | --- | --- |

| 3.1414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

HOLMES INC, LB
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1415 **Nonpriority creditor's name and mailing address**

HOLMES, KIYO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1416 **Nonpriority creditor's name and mailing address**

HOLOWECKY, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1417 **Nonpriority creditor's name and mailing address**

HOLT, CORY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1418 **Nonpriority creditor's name and mailing address**

HOLT, JONATHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1419 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.1419**

Nonpriority creditor's name and mailing address
HONIG, ALLEN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1420**

Nonpriority creditor's name and mailing address
HONORE, KIERRE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1421**

Nonpriority creditor's name and mailing address
HOOD, BOLD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1422**

Nonpriority creditor's name and mailing address
HOOKER, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1423**

Nonpriority creditor's name and mailing address
HOOSIER MEDICAL SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| 3.1424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

HOPE EMERGENCY SERVICES, LITTLE
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1425 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

HOPKINS DO PA, JONTHAN M.
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1426 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

HOPKINS, GERALD
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1427 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

HOPKINS, LAUREN
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1428 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

HORNER, ROBERT
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1429** | **Nonpriority creditor's name and mailing address**
HORST NP PLLC, MELISSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1430** | **Nonpriority creditor's name and mailing address**
HORST, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1431** | **Nonpriority creditor's name and mailing address**
HORTON, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1432** | **Nonpriority creditor's name and mailing address**
HOSHKO, LARA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1433** | **Nonpriority creditor's name and mailing address**
HOSLER, NICOLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.1434**  **Nonpriority creditor's name and mailing address**

HOULIHAN, LOGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$27,678.04

---

**3.1435**  **Nonpriority creditor's name and mailing address**

HOUSE, NINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1436**  **Nonpriority creditor's name and mailing address**

HOUSECALL LLC, GLOBAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1437**  **Nonpriority creditor's name and mailing address**

HOUSTON, DARRIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1438**  **Nonpriority creditor's name and mailing address**

HOUT, BRIDGETT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.1439 | **Nonpriority creditor's name and mailing address**<br><br>HOVEY, JUSTIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1440 | **Nonpriority creditor's name and mailing address**<br><br>HOWARD MD PLLC, STEPHEN MARK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1441 | **Nonpriority creditor's name and mailing address**<br><br>HOWARD, MARK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1442 | **Nonpriority creditor's name and mailing address**<br><br>HOWARD, MICHAEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1443 | **Nonpriority creditor's name and mailing address**<br><br>HOWARD, SCOTT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1444** | **Nonpriority creditor's name and mailing address**

HOWARD, WILLARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1445** | **Nonpriority creditor's name and mailing address**

HOWE, ASHLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1446** | **Nonpriority creditor's name and mailing address**

HUBSPOT
ATTN: JOHN KELLEHER, GENERAL COUNSEL
PO BOX 419842

BOSTON, MA  02241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,996.40

---

**3.1447** | **Nonpriority creditor's name and mailing address**

HUCKABEE, TAMMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1448** | **Nonpriority creditor's name and mailing address**

HUDSON, JEREMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

---

**3.1449**   **Nonpriority creditor's name and mailing address**

HUFF, ASHLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$553.32

---

**3.1450**   **Nonpriority creditor's name and mailing address**

HUFFMAN, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1451**   **Nonpriority creditor's name and mailing address**

HUGHES, EDDIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1452**   **Nonpriority creditor's name and mailing address**

HULL, ELIZABETH J
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$21,410.00

---

**3.1453**   **Nonpriority creditor's name and mailing address**

HUMPHREY, JOEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.1454 | **Nonpriority creditor's name and mailing address**<br><br>HUMPHRIES, LACEY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1455 | **Nonpriority creditor's name and mailing address**<br><br>HUNDAL CORPORATION<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1456 | **Nonpriority creditor's name and mailing address**<br><br>HUNNIUS, DAVID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1457 | **Nonpriority creditor's name and mailing address**<br><br>HUNT, LESLIE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1458 | **Nonpriority creditor's name and mailing address**<br><br>HUQ, RUSSELL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.1459** | **Nonpriority creditor's name and mailing address**

HURKS, NOELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$60.00

---

**3.1460** | **Nonpriority creditor's name and mailing address**

HUSAIN, SYED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1461** | **Nonpriority creditor's name and mailing address**

HUSAIN, SYED ZAKIR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$19,410.00

---

**3.1462** | **Nonpriority creditor's name and mailing address**

HUSAINY, MUHAMMAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1463** | **Nonpriority creditor's name and mailing address**

HUSSAIN, SHAHID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.1464** **Nonpriority creditor's name and mailing address**

HUTCHINSON, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1465** **Nonpriority creditor's name and mailing address**

HUTSON, AMANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1466** **Nonpriority creditor's name and mailing address**

HUYNH, MAIPHUONG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1467** **Nonpriority creditor's name and mailing address**

HUYNH, VU
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1468** **Nonpriority creditor's name and mailing address**

HWANGPO, INKIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1469 | **Nonpriority creditor's name and mailing address**<br><br>HYATT, BRANDI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1470 | **Nonpriority creditor's name and mailing address**<br><br>HYLAND MD PLLC, JEFF<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1471 | **Nonpriority creditor's name and mailing address**<br><br>IBRAHIM, NEIL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1472 | **Nonpriority creditor's name and mailing address**<br><br>IBRAHIM, RIMON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1473 | **Nonpriority creditor's name and mailing address**<br><br>IJESA PLLC, OMO<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.1474** | **Nonpriority creditor's name and mailing address**

IKURU, ESTHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1475** | **Nonpriority creditor's name and mailing address**

ILOUGA, OBIOMA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1476** | **Nonpriority creditor's name and mailing address**

ILYAS, FATIMA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1477** | **Nonpriority creditor's name and mailing address**

IMAGE BUSINESS SOLUTIONS
28339 BECK ROAD
SUITE F2

WIXOM, MI  48393

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$301.57

---

**3.1478** | **Nonpriority creditor's name and mailing address**

IMOISI, AROBOYI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1479**    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

IN A MILLION PLLC, WONG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1480**    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

INC, AMTECH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1481**    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

INC, ANUKAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1482**    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

INC, DHAMMA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1483**    **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,090.02

INC, DUBEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1484**  **Nonpriority creditor's name and mailing address**

INC, DUBEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1485**  **Nonpriority creditor's name and mailing address**

INC, GOODCARE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1486**  **Nonpriority creditor's name and mailing address**

INC, GUDES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1487**  **Nonpriority creditor's name and mailing address**

INC, KAWIOR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1488**  **Nonpriority creditor's name and mailing address**

INC, LHHOUSTON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1489 | **Nonpriority creditor's name and mailing address**<br>INC, NAMLC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1490 | **Nonpriority creditor's name and mailing address**<br>INC, QPULSE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1491 | **Nonpriority creditor's name and mailing address**<br>INC, RWPS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1492 | **Nonpriority creditor's name and mailing address**<br>INC, TAFAZOLI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1493 | **Nonpriority creditor's name and mailing address**<br>INC, THE DOC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1494** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED

INC, YTAC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1495** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED

INCLUSIVE CARE, ALTERNATIVE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1496** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED

INCORPORATED, BENNINGHOFF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1497** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED

INCORPORATED, RESILIENT EM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1498** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED

INDEPENDENT LOCUMS SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1499** | **Nonpriority creditor's name and mailing address**

INDIANA EMERGENCY CARE STAFFING SOLUTIONS
3500 STATE ROAD 38 E
SUITE 300 #1032

LAFAYETTE, IN  47905

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,148.82

---

**3.1500** | **Nonpriority creditor's name and mailing address**

INDIANA PROFESSIONAL LICENSING AGENCY
402 WEST WASHINGTON STREET
ROOM W072

INDIANAPOLIS, IN  46204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.1501** | **Nonpriority creditor's name and mailing address**

INDUSTRIES P.L., REIF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1502** | **Nonpriority creditor's name and mailing address**

INFANTE EMERGENCY SERVICES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1503** | **Nonpriority creditor's name and mailing address**

INGRAM, ALEXANDRIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1504** | **Nonpriority creditor's name and mailing address**

INITIATIVES LLC, VM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1505** | **Nonpriority creditor's name and mailing address**

INKLING LLC, DO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1506** | **Nonpriority creditor's name and mailing address**

INMAN, AMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1507** | **Nonpriority creditor's name and mailing address**

INTEGRITY MD LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1508** | **Nonpriority creditor's name and mailing address**

INTERSTATE AC SERVICE
1877 AIR LANE DR

NASHVILLE, TN  37210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$115.50

---

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1509** **Nonpriority creditor's name and mailing address**

IOVETTZ-TERESHCHENKO, NADIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1510** **Nonpriority creditor's name and mailing address**

IP, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1511** **Nonpriority creditor's name and mailing address**

IRISH, MARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1512** **Nonpriority creditor's name and mailing address**

IRVIN, BRADLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1513** **Nonpriority creditor's name and mailing address**

IRWIN, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

3.1514  **Nonpriority creditor's name and mailing address**

ISAKHAROV, MARGARITA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1515  **Nonpriority creditor's name and mailing address**

ISANG, EMMANUEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1516  **Nonpriority creditor's name and mailing address**

ISLAM, TAREQ
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1517  **Nonpriority creditor's name and mailing address**

ISMAEL MD, OSAMA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1518  **Nonpriority creditor's name and mailing address**

ISMAIL, YUSSUF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1519** | **Nonpriority creditor's name and mailing address**

ISON, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1520** | **Nonpriority creditor's name and mailing address**

IVANTCHEV, SERGEI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1521** | **Nonpriority creditor's name and mailing address**

IWUEKE, IZUCHUKWU
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1522** | **Nonpriority creditor's name and mailing address**

J. REESE PLLC, DR. KEVIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1523** | **Nonpriority creditor's name and mailing address**

JAARA, EYAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known)    23-11469

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.1524** **Nonpriority creditor's name and mailing address**

JABBAR, KARIM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1525** **Nonpriority creditor's name and mailing address**

JACKLEY, DEBRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1526** **Nonpriority creditor's name and mailing address**

JACKSON LEWIS P.C.
ATTN: MICHAEL L. ABITABILO
1133 WESTCHESTER AVE
SUITE S125
WEST HARRISON, NY  10604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$43,461.74

---

**3.1527** **Nonpriority creditor's name and mailing address**

JACKSON PHYSICIAN SEARCH
ATTN: TONY STAJDUHAR
2655 NORTHWINDS PKWY

ALPHARETTA, GA  30009

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$31,500.00

---

**3.1528** **Nonpriority creditor's name and mailing address**

JACKSON, AISHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1529** **Nonpriority creditor's name and mailing address**
JACKSON, AMANDA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1530** **Nonpriority creditor's name and mailing address**
JACKSON, DEANNA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1531** **Nonpriority creditor's name and mailing address**
JACKSON, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1532** **Nonpriority creditor's name and mailing address**
JACOBSON, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1533** **Nonpriority creditor's name and mailing address**
JACOBSON, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1534** **Nonpriority creditor's name and mailing address**

JACOBSON, KAI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$580.00

---

**3.1535** **Nonpriority creditor's name and mailing address**

JACOBSON, KAI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1536** **Nonpriority creditor's name and mailing address**

JAFFER & ASSOCIATES, PLLC
15851 DALLAS PKWY
STE 600

ADDISON, TX  75001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

**3.1537** **Nonpriority creditor's name and mailing address**

JAFFER, NAZIM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1538** **Nonpriority creditor's name and mailing address**

JAGANNATH, SHOBHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1539** | **Nonpriority creditor's name and mailing address**
JAGATA, RAVALI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1540** | **Nonpriority creditor's name and mailing address**
JAKUBIK, ZACHARY, DO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1541** | **Nonpriority creditor's name and mailing address**
JAMES, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1542** | **Nonpriority creditor's name and mailing address**
JAMES, KIM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1543** | **Nonpriority creditor's name and mailing address**
JAMESON, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1544** **Nonpriority creditor's name and mailing address**

JAMIL, SADAF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1545** **Nonpriority creditor's name and mailing address**

JAMPALA, VEMANA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1546** **Nonpriority creditor's name and mailing address**

JAN, SOLOMON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1547** **Nonpriority creditor's name and mailing address**

JARBOU, RAMI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1548** **Nonpriority creditor's name and mailing address**

JASPER, ALAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.1549** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JAYTYN LLC
ADDRESS REDACTED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1550** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,300,000.00

JEFFERIES
520 MADISON AVENUE, 6TH FLR.
NEW YORK, NY 10022

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1551** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JEFFREYS, EMILY
ADDRESS REDACTED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1552** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JENDI MD LLC
ADDRESS REDACTED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1553** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JENKINS, CARLON
ADDRESS REDACTED

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1554** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

JENKINS, CASSIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1555** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

JENKINS, DEBORAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1556** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

JENNETTE, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1557** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,000.00

JENNIE STUART MEDICAL CENTER
320 WEST 18TH STREET

HOPKINSVILLE, KY  42240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1558** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED

JENSEN, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1559**   **Nonpriority creditor's name and mailing address**

JEON, YONG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1560**   **Nonpriority creditor's name and mailing address**

JHA, ROMEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,883.69

---

**3.1561**   **Nonpriority creditor's name and mailing address**

JHA, ROMEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1562**   **Nonpriority creditor's name and mailing address**

JIA, LI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1563**   **Nonpriority creditor's name and mailing address**

JIAMBOI, GINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.1564 | **Nonpriority creditor's name and mailing address**<br><br>JIBREEL, MOH'D<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1565 | **Nonpriority creditor's name and mailing address**<br><br>JINDANI, SHIREEN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1566 | **Nonpriority creditor's name and mailing address**<br><br>JINKS, KEVIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $120.00 |
| 3.1567 | **Nonpriority creditor's name and mailing address**<br><br>JJB GROUP PLLC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1568 | **Nonpriority creditor's name and mailing address**<br><br>JL, ECG<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC
          (Name)

Case number (if known) 23-11469

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

| 3.1569 | **Nonpriority creditor's name and mailing address**<br><br>JOBE, JEFFREY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1570 | **Nonpriority creditor's name and mailing address**<br><br>JOEL, STERN MD PA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1571 | **Nonpriority creditor's name and mailing address**<br><br>JOFFE, TUVIA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1572 | **Nonpriority creditor's name and mailing address**<br><br>JOH MD, AHRA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1573 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON GENERAL SERVICES INC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.1574 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

3.1574 | **Nonpriority creditor's name and mailing address**

JOHNSON MD PC, JOFFRE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1575 | **Nonpriority creditor's name and mailing address**

JOHNSON MD PLLC, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1576 | **Nonpriority creditor's name and mailing address**

JOHNSON, AARON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1577 | **Nonpriority creditor's name and mailing address**

JOHNSON, ARLENE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.1578 | **Nonpriority creditor's name and mailing address**

JOHNSON, BRANDI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1579 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON, CANDACE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1580 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON, DWIGHT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1581 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON, GREGORY W<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,409.00 |
| 3.1582 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON, HOLLI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1583 | **Nonpriority creditor's name and mailing address**<br><br>JOHNSON, JACOB<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.1584** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $855.17

JOHNSON, JARROD DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1585** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

JOHNSON, KASSI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1586** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

JOHNSON, KRISTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1587** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

JOHNSON, LAUREN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1588** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

JOHNSON, LEAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
JOHNSON, LESLIE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1590

**Nonpriority creditor's name and mailing address**
JOHNSON, MARJORIE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1591

**Nonpriority creditor's name and mailing address**
JOHNSON, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1592

**Nonpriority creditor's name and mailing address**
JOHNSON, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1593

**Nonpriority creditor's name and mailing address**
JOHNSON, STEPHANIE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1594**  **Nonpriority creditor's name and mailing address**

JOHNSON, SUSANNAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1595**  **Nonpriority creditor's name and mailing address**

JOHNSTON MD INC, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1596**  **Nonpriority creditor's name and mailing address**

JOHNSTON MD INC, WILLIAM E
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,538.00

---

**3.1597**  **Nonpriority creditor's name and mailing address**

JOHNSTON, SHAWNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1598**  **Nonpriority creditor's name and mailing address**

JOHNSTON, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$233.32

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.1599** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JOLLEY JR, ROBERT BEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1600** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JONES JR MD, CHARLES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1601** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JONES, DOUGLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1602** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JONES, FREDERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1603** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

JONES, JANUARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.1604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33.75 |
|---|---|---|---|

JONES, LAURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1605 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

JONES, LAURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1606 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

JONES, LEIGH ANN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

JONES, MICHELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

JORDAN MD, MARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.1609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

JORDAN, MELISSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

JORDAN, MESSALINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

JORDAN, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

JOSEPH, ALEX
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

JOSEPH, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known)    23-11469

(Name)

| Part 2: | Additional Page |

|  | Amount of claim |

**3.1614**  **Nonpriority creditor's name and mailing address**

JOSEPH, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1615**  **Nonpriority creditor's name and mailing address**

JOSHI, ANJALIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1616**  **Nonpriority creditor's name and mailing address**

JOSIAH, ABIOLA OLOLADE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1617**  **Nonpriority creditor's name and mailing address**

JOVES, FROILAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1618**  **Nonpriority creditor's name and mailing address**

JUAN LLC, EMERSON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1619** | **Nonpriority creditor's name and mailing address**
JUDE, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1620** | **Nonpriority creditor's name and mailing address**
JULE, AUSTIN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1621** | **Nonpriority creditor's name and mailing address**
JULE, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1622** | **Nonpriority creditor's name and mailing address**
JUNEJA, AVINASH
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1623** | **Nonpriority creditor's name and mailing address**
JUNG DO, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1624**  **Nonpriority creditor's name and mailing address**

JUNG, JAI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1625**  **Nonpriority creditor's name and mailing address**

JURICH, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1626**  **Nonpriority creditor's name and mailing address**

JUSTICE, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$99.00

---

**3.1627**  **Nonpriority creditor's name and mailing address**

K WEAKLEY INC, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1628**  **Nonpriority creditor's name and mailing address**

KABBACH, GHASSAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1629 | **Nonpriority creditor's name and mailing address**<br><br>KABIR, AZAD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1630 | **Nonpriority creditor's name and mailing address**<br><br>KADAKIA, RAJESH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1631 | **Nonpriority creditor's name and mailing address**<br><br>KADI, RAYYAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1632 | **Nonpriority creditor's name and mailing address**<br><br>KAGEYAMA, DANA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1633 | **Nonpriority creditor's name and mailing address**<br><br>KAISER JR, KENNETH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.1634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

KAITSON, SOCRATES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1635 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

KALAMAZOO TOWNSHIP
ATTN: SHERINE M. MILLER, TREASURER
1720 RIVERVIEW DR

KALAMAZOO, MI  49004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1636 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

KAMAL, ADEEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1637 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

KAMAU MD, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1638 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

KAMINSKAS, KRISTINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page | |
|---------|-----------------|--|

| | | Amount of claim |
|--|--|-----------------|

---

**3.1639** | **Nonpriority creditor's name and mailing address**

KAPLAN, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1640** | **Nonpriority creditor's name and mailing address**

KAPPER, JORDAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1641** | **Nonpriority creditor's name and mailing address**

KARAKATTU, SAJIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1642** | **Nonpriority creditor's name and mailing address**

KARAKULA MD, SATHEESH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1643** | **Nonpriority creditor's name and mailing address**

KARANAM, SRIKAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.1644** **Nonpriority creditor's name and mailing address**
KARL M UNKENHOLZ MD FACEP LLC
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,850.00

---

**3.1645** **Nonpriority creditor's name and mailing address**
KARR, LISA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1646** **Nonpriority creditor's name and mailing address**
KASHK, HUSSEIN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1647** **Nonpriority creditor's name and mailing address**
KATZ, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1648** **Nonpriority creditor's name and mailing address**
KAUFMAN IV, KIMBALL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1649** | **Nonpriority creditor's name and mailing address**

KAWIOR, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1650** | **Nonpriority creditor's name and mailing address**

KAY, BRANDON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1651** | **Nonpriority creditor's name and mailing address**

KAYALI, MUHANNAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1652** | **Nonpriority creditor's name and mailing address**

KC, DIPAK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1653** | **Nonpriority creditor's name and mailing address**

KC, PARIKCHYA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1654** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KEDZIERSKI, RICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1655** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KEELEN DO PA, GREGORY M.
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1656** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KEELEY JR, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1657** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KEELEY MD, PHILLIP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1658** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KEETER, WADE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1659 | **Nonpriority creditor's name and mailing address**<br>KEETON, WENDI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE & RETENTION PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $230,000.00 |
|---|---|---|---|
| 3.1660 | **Nonpriority creditor's name and mailing address**<br>KEHAYA, JULIAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1661 | **Nonpriority creditor's name and mailing address**<br>KEHLER, GEORGE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1662 | **Nonpriority creditor's name and mailing address**<br>KEIGER, RICHARD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1663 | **Nonpriority creditor's name and mailing address**<br>KEITHLY DO, MELINA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.1664** **Nonpriority creditor's name and mailing address**

KELLEY, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1665** **Nonpriority creditor's name and mailing address**

KELLEY, ROSS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1666** **Nonpriority creditor's name and mailing address**

KELLY EM SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1667** **Nonpriority creditor's name and mailing address**

KELLY EMERGENCY SERVICES, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1668** **Nonpriority creditor's name and mailing address**

KELLY III, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1669** | **Nonpriority creditor's name and mailing address**

KELLY, AARON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1670** | **Nonpriority creditor's name and mailing address**

KELLY, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1671** | **Nonpriority creditor's name and mailing address**

KENNEBECK, GREGORY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1672** | **Nonpriority creditor's name and mailing address**

KENNEY, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1673** | **Nonpriority creditor's name and mailing address**

KENNEY, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.1674** | **Nonpriority creditor's name and mailing address**

KENT, JILLIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1675** | **Nonpriority creditor's name and mailing address**

KENYON MD, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1676** | **Nonpriority creditor's name and mailing address**

KERI, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1677** | **Nonpriority creditor's name and mailing address**

KERI, KRISHNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1678** | **Nonpriority creditor's name and mailing address**

KERNER, ELIOT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$235,000.08

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1679** **Nonpriority creditor's name and mailing address**

KERNY JR MD PLLC, BEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1680** **Nonpriority creditor's name and mailing address**

KERSEY, PAMELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1681** **Nonpriority creditor's name and mailing address**

KESSEL, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1682** **Nonpriority creditor's name and mailing address**

KESTER, DALE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$117,307.45

---

**3.1683** **Nonpriority creditor's name and mailing address**

KESTER, DALE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,832.95

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1684** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KHAFAGI, AYMAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1685** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KHAN PLLC, DR IQTIDAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1686** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KHAN, AKBAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1687** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KHAN, FAHAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1688** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KHAN, NADEEM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1689 | **Nonpriority creditor's name and mailing address**<br>KHANNA, ANEETA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1690 | **Nonpriority creditor's name and mailing address**<br>KHATIB, SAMARA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1691 | **Nonpriority creditor's name and mailing address**<br>KHATRI MD PA, ISHRAT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1692 | **Nonpriority creditor's name and mailing address**<br>KIDD, AARON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE & RETENTION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $298,948.30 |
| 3.1693 | **Nonpriority creditor's name and mailing address**<br>KIDD, AARON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1694 | **Nonpriority creditor's name and mailing address**<br><br>KIDD, JOSEPH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1695 | **Nonpriority creditor's name and mailing address**<br><br>KILE, DALE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1696 | **Nonpriority creditor's name and mailing address**<br><br>KILLEBREW, LARRY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1697 | **Nonpriority creditor's name and mailing address**<br><br>KILLELEA, ALISON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1698 | **Nonpriority creditor's name and mailing address**<br><br>KILLI, HIMABINDU, MD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1699** | **Nonpriority creditor's name and mailing address**

KILLION, CARTER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1700** | **Nonpriority creditor's name and mailing address**

KILMER, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1701** | **Nonpriority creditor's name and mailing address**

KILPATRICK, JARED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1702** | **Nonpriority creditor's name and mailing address**

KIM, JIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1703** | **Nonpriority creditor's name and mailing address**

KIMM, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1704**  Nonpriority creditor's name and mailing address

KING, HORACE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1705**  Nonpriority creditor's name and mailing address

KING, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1706**  Nonpriority creditor's name and mailing address

KING, MELISSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1707**  Nonpriority creditor's name and mailing address

KING, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$537.00

---

**3.1708**  Nonpriority creditor's name and mailing address

KING, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1709** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KING, THERESA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1710** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KIRKLAND, TARA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1711** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KIRUBANATHAN, DELINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1712** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

KITCHENS III, LAWRENCE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1713** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $950.00

KITCHENS, ALAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1714** | **Nonpriority creditor's name and mailing address**
KITSTEINER, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1715** | **Nonpriority creditor's name and mailing address**
KKPUNJABI LLC
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1716** | **Nonpriority creditor's name and mailing address**
KLAPPERRICH, JOE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1717** | **Nonpriority creditor's name and mailing address**
KLEIN, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1718** | **Nonpriority creditor's name and mailing address**
KLEIN, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1719 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | KLESICK, ELISE | Check all that apply. | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1720 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | KNEE MEDICAL SOLUTIONS PLLC, BENDED | Check all that apply. | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1721 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | KNEFF, JAMES | Check all that apply. | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1722 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | KNIGHT, JACOB | Check all that apply. | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1723 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,941.84 |
| | KNIGHTHORST SHREDDING | Check all that apply. | |
| | PO BOX 424 | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | BRENTWOOD, TN  37024 | ☐ Disputed | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE VENDOR PAYABLE | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number:** | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1724 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

KNOOP, WHITNEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1725

**Nonpriority creditor's name and mailing address**

KNOWLES MD PC, EDWARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1726

**Nonpriority creditor's name and mailing address**

KOBAYASHI LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1727

**Nonpriority creditor's name and mailing address**

KOBAYASHI, AKIRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1728

**Nonpriority creditor's name and mailing address**

KOCH MEDICAL SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.1729 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

KODALI, SASHIKANTH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

KODISH, BRETT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

KOFAHL, ANDRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

KOKKINOS, ERIKA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.1733 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

KOLLA, JAYA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|--|--|-----------------|

**3.1734** **Nonpriority creditor's name and mailing address**

KOOPER, DIANA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1735** **Nonpriority creditor's name and mailing address**

KOROSCIL, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1736** **Nonpriority creditor's name and mailing address**

KOSHY, NADAKAVIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1737** **Nonpriority creditor's name and mailing address**

KOSTIUK, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1738** **Nonpriority creditor's name and mailing address**

KOULIEV, TIMUR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1739 | **Nonpriority creditor's name and mailing address**<br>KOWALCZYK, KIMBERLY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1740 | **Nonpriority creditor's name and mailing address**<br>KOYAGURA, SUDHEER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1741 | **Nonpriority creditor's name and mailing address**<br>KRAUSE, JOHN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SEVERANCE & RETENTION PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $388,749.12 |
| 3.1742 | **Nonpriority creditor's name and mailing address**<br>KRELL, ELIZABETH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1743 | **Nonpriority creditor's name and mailing address**<br>KREUZE, JUSTIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.1744** **Nonpriority creditor's name and mailing address**
KREUZE, JUSTIN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1745** **Nonpriority creditor's name and mailing address**
KRISHNAMURTHY, MANICKAM
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1746** **Nonpriority creditor's name and mailing address**
KRISHNAN, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1747** **Nonpriority creditor's name and mailing address**
KROLL, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1748** **Nonpriority creditor's name and mailing address**
KUKUCKA, GERRI
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1749** | **Nonpriority creditor's name and mailing address**
KULYAK, YURIY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1750** | **Nonpriority creditor's name and mailing address**
KUMAR, KELASH
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1751** | **Nonpriority creditor's name and mailing address**
KUMAR, VINOD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1752** | **Nonpriority creditor's name and mailing address**
KURTZWEIL, MIJU
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$61,407.56

---

**3.1753** | **Nonpriority creditor's name and mailing address**
KUTSEN, GREGORY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

KWAK, TOMMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1755 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

KWO, AGNES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1756 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

KYLE TIEMEIER PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1757 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

L LUCAS MD PLLC, MIKAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1758 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

L MEEKS LLC, J
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.1759 | **Nonpriority creditor's name and mailing address**<br><br>LAFRANCE, JUSTIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1760 | **Nonpriority creditor's name and mailing address**<br><br>LAING, JOHNNA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1761 | **Nonpriority creditor's name and mailing address**<br><br>LAKES, CLAIRE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1762 | **Nonpriority creditor's name and mailing address**<br><br>LAKES, MICHALE D<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1763 | **Nonpriority creditor's name and mailing address**<br><br>LAKEWOOD RANCH MEDICAL CENTER<br>8330 LAKEWOOD RANCH BLVD<br><br>LAKEWOOD RANCH, FL  34202<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $1,100.00 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $57.00 |
|---|---|---|---|

LAMBERT, KIRSTEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

LAMBERT, KIRSTEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

LAMBIE, NATALIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1767 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

LANCE, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1768 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

LANDA, MARTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1769** | **Nonpriority creditor's name and mailing address**

LANDERS, BRENDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1770** | **Nonpriority creditor's name and mailing address**

LANDES, STEPHANIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1771** | **Nonpriority creditor's name and mailing address**

LANDFIELD, ELLIOT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1772** | **Nonpriority creditor's name and mailing address**

LANDRY LLC, RUSSELL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1773** | **Nonpriority creditor's name and mailing address**

LANE, KRYSTAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.1774 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
LANG, NICHOLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1775 **Nonpriority creditor's name and mailing address**
LANGE, DODD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1776 **Nonpriority creditor's name and mailing address**
LANGFORD, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1777 **Nonpriority creditor's name and mailing address**
LANGSTON, CATHERINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.1778 **Nonpriority creditor's name and mailing address**
LANSING, CHRISTIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1779** | **Nonpriority creditor's name and mailing address**

LANTUM, MARJORIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1780** | **Nonpriority creditor's name and mailing address**

LARA, JOCELYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1781** | **Nonpriority creditor's name and mailing address**

LARI, NABILAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,535.00

---

**3.1782** | **Nonpriority creditor's name and mailing address**

LAROCHE, LAUREN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$308.25

---

**3.1783** | **Nonpriority creditor's name and mailing address**

LASIOWSKI, JESSICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1784 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

**3.1784**

**Nonpriority creditor's name and mailing address**

LASRY, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1785**

**Nonpriority creditor's name and mailing address**

LATTA CRNP LLC, CHRISTINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1786**

**Nonpriority creditor's name and mailing address**

LATTA, CHRISTINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1787**

**Nonpriority creditor's name and mailing address**

LAUBENHEIMER, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1788**

**Nonpriority creditor's name and mailing address**

LAWRENCE, AARON MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1789** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

LAWRENCE, SHARON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1790** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

LAWSON, BONITA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1791** | **Nonpriority creditor's name and mailing address** | | $1,317.00

LBMC TECHNOLOGY SOLUTIONS, LLC
PO BOX 1869

BRENTWOOD, TN  37027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1792** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

LC WALCHAK PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1793** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

LCJ PHYSICIAN SERVICES PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

LE, TOM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

LEACH, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

LECRAW, DEBORAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1797 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

LEE MCLAMB JR MD PLLC, DONALD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.1798 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNDETERMINED |

LEE, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1799 | **Nonpriority creditor's name and mailing address**<br><br>LEE, BOHYUNG<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1800 | **Nonpriority creditor's name and mailing address**<br><br>LEE, CALBERT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1801 | **Nonpriority creditor's name and mailing address**<br><br>LEE, CHERYL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1802 | **Nonpriority creditor's name and mailing address**<br><br>LEE, HUNTER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1803 | **Nonpriority creditor's name and mailing address**<br><br>LEE, JENNIFER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1804** | **Nonpriority creditor's name and mailing address**

LEE, LEANNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1805** | **Nonpriority creditor's name and mailing address**

LEE, MATTHEW A
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1806** | **Nonpriority creditor's name and mailing address**

LEE, PATRICIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1807** | **Nonpriority creditor's name and mailing address**

LEE, SANGA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1808** | **Nonpriority creditor's name and mailing address**

LEESE, SARAH ANN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1809 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.1809**

**Nonpriority creditor's name and mailing address**

LEFLER, JOSHUA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1810**

**Nonpriority creditor's name and mailing address**

LEGGETT, JONATHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1811**

**Nonpriority creditor's name and mailing address**

LEIGH CRNP LLC, ANDREA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1812**

**Nonpriority creditor's name and mailing address**

LEKAS, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1813**

**Nonpriority creditor's name and mailing address**

LEMLEY, HR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

---

**3.1814**   **Nonpriority creditor's name and mailing address**

LENAGHAN, PATRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,046.71

---

**3.1815**   **Nonpriority creditor's name and mailing address**

LENAGHAN, PATRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1816**   **Nonpriority creditor's name and mailing address**

LENCINAS, MATTIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,750.00

---

**3.1817**   **Nonpriority creditor's name and mailing address**

LENNING, JACOB
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1818**   **Nonpriority creditor's name and mailing address**

LENOIR PA LLC, E
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1819 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

3.1819 | **Nonpriority creditor's name and mailing address**
LENOIR, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1820 | **Nonpriority creditor's name and mailing address**
LEON, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1821 | **Nonpriority creditor's name and mailing address**
LEQUAN, CHRISTINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1822 | **Nonpriority creditor's name and mailing address**
LEROY MA PA, ADAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1823 | **Nonpriority creditor's name and mailing address**
LESAGE, FRANCOIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1824** **Nonpriority creditor's name and mailing address**

LESCAUSKAS, ANDRIUS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1825** **Nonpriority creditor's name and mailing address**

LESTER, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1826** **Nonpriority creditor's name and mailing address**

LESZCZYNSKI, BARTOSZ
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1827** **Nonpriority creditor's name and mailing address**

LETAI, DEBORAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1828** **Nonpriority creditor's name and mailing address**

LEVEILLE, PHILIPPE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LEWIS, DANIEL | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LEWIS, KAREN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LEWIS, RYAN C | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LIEBLING, MARYJANE, DO | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LIEBSCH, KARYN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |

(Name)

| **Part 2:** | Additional Page |

Amount of claim

---

**3.1834** | **Nonpriority creditor's name and mailing address**

LIMAYLLA MEDICA SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1835** | **Nonpriority creditor's name and mailing address**

LIMBERG, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1836** | **Nonpriority creditor's name and mailing address**

LIMITED INC, KHAN PARTNERS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1837** | **Nonpriority creditor's name and mailing address**

LIN, CHUEN-FU
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1838** | **Nonpriority creditor's name and mailing address**

LINATOC, MARILOU
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1839** Nonpriority creditor's name and mailing address

LINDSAY II PLLC, J
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1840** Nonpriority creditor's name and mailing address

LINDSEY, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1841** Nonpriority creditor's name and mailing address

LINK, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1842** Nonpriority creditor's name and mailing address

LINKEDIN CORPORATION
ATTN: CHRISTOPHER GRANT
62228 COLLECTIONS CENTER DRIVE

CHICAGO, IL  60693-0622

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$61,693.28

---

**3.1843** Nonpriority creditor's name and mailing address

LIPHAM, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.1844 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | LIPINSKI, CHRISTOPHER | | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1845 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | LIPSEY, SARAH | | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1846 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | LISENBEE, NATHANIEL | | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1847 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | LISKEY COMISKEY, KIMBERLY | | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1848 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | LITCHFIELD MD LLC, PETER | | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | | | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|-----------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|--|--|-----------------|

**3.1849**  **Nonpriority creditor's name and mailing address**

LITCHFIELD, PETER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1850**  **Nonpriority creditor's name and mailing address**

LITTLE, MEGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1851**  **Nonpriority creditor's name and mailing address**

LITTON, KAYLEIGH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1852**  **Nonpriority creditor's name and mailing address**

LIVING 11 PLLC, TENN SOUTHERN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1853**  **Nonpriority creditor's name and mailing address**

LLC, CLINICARE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1854** | **Nonpriority creditor's name and mailing address**

LLC, DONOTUSEDUBARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1855** | **Nonpriority creditor's name and mailing address**

LLC, DUBARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1856** | **Nonpriority creditor's name and mailing address**

LLC, ERCARE LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1857** | **Nonpriority creditor's name and mailing address**

LLC, NEWCARE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1858** | **Nonpriority creditor's name and mailing address**

LLC, QUARLES NURSING
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.1859**  **Nonpriority creditor's name and mailing address**

LLC, SONGUYEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1860**  **Nonpriority creditor's name and mailing address**

LLC, THANI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1861**  **Nonpriority creditor's name and mailing address**

LLC, TJOMSLAND
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$225.00

---

**3.1862**  **Nonpriority creditor's name and mailing address**

LLC, VH WRIGHT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1863**  **Nonpriority creditor's name and mailing address**

LO, HELEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.1864** | **Nonpriority creditor's name and mailing address**

LOFTUS, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1865** | **Nonpriority creditor's name and mailing address**

LOGICAL SERVICE LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1866** | **Nonpriority creditor's name and mailing address**

LOGICMONITOR, INC
DEPT. LA 24200

PASADENA, CA  91185

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$733.75

---

**3.1867** | **Nonpriority creditor's name and mailing address**

LOIBEN, BRADLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1868** | **Nonpriority creditor's name and mailing address**

LOISELLE, CANDIDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.1869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

LOJEWSKI, ELIZABETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

LOMBARDO, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,761.61 |

LONG, CAROLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

LONGOBARDI, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

LOOK JR, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1874 | **Nonpriority creditor's name and mailing address** | | **UNDETERMINED** |
|---|---|---|---|

LOPEZ-CORONADO, ANABEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1875 | **Nonpriority creditor's name and mailing address** | | **UNDETERMINED** |
|---|---|---|---|

LOREK, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1876 | **Nonpriority creditor's name and mailing address** | | **UNDETERMINED** |
|---|---|---|---|

LOUKATOS, GEORGE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1877 | **Nonpriority creditor's name and mailing address** | | **UNDETERMINED** |
|---|---|---|---|

LOVETT, PARIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1878 | **Nonpriority creditor's name and mailing address** | | **UNDETERMINED** |
|---|---|---|---|

LOWDEN NP, ALISHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1879** | **Nonpriority creditor's name and mailing address**

LOWE, PRISCILLA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1880** | **Nonpriority creditor's name and mailing address**

LOWERY, ANGELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1881** | **Nonpriority creditor's name and mailing address**

LOWMAN, ISOM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1882** | **Nonpriority creditor's name and mailing address**

LTD, MEDONC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1883** | **Nonpriority creditor's name and mailing address**

LUCAS, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1884 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

LUCAS, ERIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

3.1884 — Amount of claim: UNDETERMINED

---

3.1885 **Nonpriority creditor's name and mailing address**

LUCAS, TONY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1886 **Nonpriority creditor's name and mailing address**

LUCERO-JACKSON, SABRINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1887 **Nonpriority creditor's name and mailing address**

LUGG, WILFRIDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.1888 **Nonpriority creditor's name and mailing address**

LUGO, ROBERTO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.1889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LUIGART MUSSER, ALYSSA | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1890 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LUKASIK MD, ADAM | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LUKETICH, WILLIAM | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1892 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LUM, BRIAN | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.1893 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LUNA, JAMES | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1894 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LUNDERS, WILLIAM | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1895 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LUONG, LINH | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1896 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LUST, APRIL C | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1897 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LUXURY, COMFORT | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.1898 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | LY, WYNNE | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.1899** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,638.00

LYNCH, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1900** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

LYNCH, LEANDRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1901** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

LYONS DO, CASEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1902** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

LYONS, LANCE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1903** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

LYSSY PHYSICIAN SERVICES PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1904** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

M HARRISON ACNPBC INC, DYANNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1905** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MA, MARCUS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1906** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MACEACHERN, TRACY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1907** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $13.33

MACIAS, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1908** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MACIAS, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1909**  **Nonpriority creditor's name and mailing address**

MACKENZIE, TRAVIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1910**  **Nonpriority creditor's name and mailing address**

MACQUARRIE MD, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1911**  **Nonpriority creditor's name and mailing address**

MADDIGAN, BRANDI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1912**  **Nonpriority creditor's name and mailing address**

MAESE, CESAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1913**  **Nonpriority creditor's name and mailing address**

MAG MUTUAL
PO BOX 52979

ATLANTA, GA  30355-0979

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$20,797.27

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1914** | **Nonpriority creditor's name and mailing address**

MAHARAJ-PRASAD, PHILIP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1915** | **Nonpriority creditor's name and mailing address**

MAHBOOB, RASHID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1916** | **Nonpriority creditor's name and mailing address**

MAHER, TERENCE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1917** | **Nonpriority creditor's name and mailing address**

MAHMOOD, HAAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$731.00

---

**3.1918** | **Nonpriority creditor's name and mailing address**

MAHMOOD, HAAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.1919**  Nonpriority creditor's name and mailing address

MAHON, TIMOTHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$494.36

---

**3.1920**  Nonpriority creditor's name and mailing address

MAIER, ZACHARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1921**  Nonpriority creditor's name and mailing address

MAINI, ASHOK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1922**  Nonpriority creditor's name and mailing address

MAJLINGER, GARRET
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1923**  Nonpriority creditor's name and mailing address

MAJMUDAR, AALAP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

| | | Amount of claim |
|---|---|---|

**3.1924** **Nonpriority creditor's name and mailing address**
MAJOR, MEIKEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1925** **Nonpriority creditor's name and mailing address**
MAJOR, MELISSA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1926** **Nonpriority creditor's name and mailing address**
MAKKA, FAITH
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1927** **Nonpriority creditor's name and mailing address**
MAKSIN, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1928** **Nonpriority creditor's name and mailing address**
MALDONADO, HERNAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1929** | **Nonpriority creditor's name and mailing address**

MALEY, SEAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1930** | **Nonpriority creditor's name and mailing address**

MALGHANIS LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1931** | **Nonpriority creditor's name and mailing address**

MALSY, BRANDI L
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1932** | **Nonpriority creditor's name and mailing address**

MANAGEMENT AND CONSULTING PLLC,
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1933** | **Nonpriority creditor's name and mailing address**

MANAGEMENT INC, SMK MEDICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1934** | **Nonpriority creditor's name and mailing address**

MANAGEMENT LLC, JPER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.1935** | **Nonpriority creditor's name and mailing address**

MANAGEMENT LLC, SUNNY CHANGAPPA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.1936** | **Nonpriority creditor's name and mailing address**

MANAGEMENT SERVICES PLLC, MOULTON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.1937** | **Nonpriority creditor's name and mailing address**

MANGEL, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.1938** | **Nonpriority creditor's name and mailing address**

MANGER, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1939** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MANGLE, GEORGE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1940** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MANIS JR, MIKE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1941** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MANKOWSKI MD, ADAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1942** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MANN MD PLLC, MIKE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1943** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MANSOUR, LYDIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1944 | **Nonpriority creditor's name and mailing address**<br><br>MANYAM, MALIKA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1945 | **Nonpriority creditor's name and mailing address**<br><br>MAODUS, ELISABETH RENA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1946 | **Nonpriority creditor's name and mailing address**<br><br>MAPES, KENNETH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1947 | **Nonpriority creditor's name and mailing address**<br><br>MARANCEBAUM PLLC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1948 | **Nonpriority creditor's name and mailing address**<br><br>MARCUM, GREGORY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1949** | **Nonpriority creditor's name and mailing address**
MARK ALLEN LLC, W
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1950** | **Nonpriority creditor's name and mailing address**
MARKEL, JORDAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1951** | **Nonpriority creditor's name and mailing address**
MARKS, JAY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1952** | **Nonpriority creditor's name and mailing address**
MARKUS, SHANNON
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1953** | **Nonpriority creditor's name and mailing address**
MARLOW, PHILLIP
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1954** **Nonpriority creditor's name and mailing address**

MARQUEZ, OBADIAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1955** **Nonpriority creditor's name and mailing address**

MARSHALL MD, DONALD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1956** **Nonpriority creditor's name and mailing address**

MARSHALL, AMANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1957** **Nonpriority creditor's name and mailing address**

MARSHALL, BO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.1958** **Nonpriority creditor's name and mailing address**

MARSHALL, MICHELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1959 | **Nonpriority creditor's name and mailing address**<br><br>MARTIN MDPC, PATRICK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1960 | **Nonpriority creditor's name and mailing address**<br><br>MARTIN, JEFFREY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1961 | **Nonpriority creditor's name and mailing address**<br><br>MARTIN, MICHELLE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1962 | **Nonpriority creditor's name and mailing address**<br><br>MARTINEZ, MARWIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.1963 | **Nonpriority creditor's name and mailing address**<br><br>MARTINEZ, MELISSA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1964** | **Nonpriority creditor's name and mailing address**

MARTINEZ, OSVALDO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1965** | **Nonpriority creditor's name and mailing address**

MASIEWICZ, SPENCER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1966** | **Nonpriority creditor's name and mailing address**

MASON, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1967** | **Nonpriority creditor's name and mailing address**

MASON, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1968** | **Nonpriority creditor's name and mailing address**

MASON, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.1969** | **Nonpriority creditor's name and mailing address**

MASOOD, ASIF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1970** | **Nonpriority creditor's name and mailing address**

MASS, SHANE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1971** | **Nonpriority creditor's name and mailing address**

MASTERS, SUMMER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1972** | **Nonpriority creditor's name and mailing address**

MATHIOS, GREGORY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1973** | **Nonpriority creditor's name and mailing address**

MATTINGLY, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
MATZEK, BRETT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| 3.1975 |
|---|

**Nonpriority creditor's name and mailing address**
MAUNEY, JIMMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| 3.1976 |
|---|

**Nonpriority creditor's name and mailing address**
MAUNEY, KATLYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| 3.1977 |
|---|

**Nonpriority creditor's name and mailing address**
MAUREAU DO, MICHELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| 3.1978 |
|---|

**Nonpriority creditor's name and mailing address**
MAXWELL, BRADLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.1979**    **Nonpriority creditor's name and mailing address**

MAY, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1980**    **Nonpriority creditor's name and mailing address**

MAYARI LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1981**    **Nonpriority creditor's name and mailing address**

MAYFIELD, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1982**    **Nonpriority creditor's name and mailing address**

MC PLLC, ALASTAIR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1983**    **Nonpriority creditor's name and mailing address**

MCBETH, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.1984 | **Nonpriority creditor's name and mailing address**<br><br>MCBRIDE, DANIEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.1985 | **Nonpriority creditor's name and mailing address**<br><br>MCCAIN, WILLIAM<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1986 | **Nonpriority creditor's name and mailing address**<br><br>MCCALL, DARBY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1987 | **Nonpriority creditor's name and mailing address**<br><br>MCCAWLEY, LAUREN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.1988 | **Nonpriority creditor's name and mailing address**<br><br>MCCAY, BRADLEY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

### 3.1989

**Nonpriority creditor's name and mailing address**

MCCAY, DONOTUSEBRADLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.1990

**Nonpriority creditor's name and mailing address**

MCCLURE, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.1991

**Nonpriority creditor's name and mailing address**

MCCOOL, PETER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.1992

**Nonpriority creditor's name and mailing address**

MCCORMACK, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

### 3.1993

**Nonpriority creditor's name and mailing address**

MCCOY, CATHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.1994**

**Nonpriority creditor's name and mailing address**
MCCRAY, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1995**

**Nonpriority creditor's name and mailing address**
MCCURLEY, DANETTA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1996**

**Nonpriority creditor's name and mailing address**
MCDERMOTT, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.1997**

**Nonpriority creditor's name and mailing address**
MCDONALD WORLEY PC
1770 ST. JAMES PLACE
SUITE 100

HOUSTON, TX  77056

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$500.00

---

**3.1998**

**Nonpriority creditor's name and mailing address**
MCDONALD, MORGAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.1999** | **Nonpriority creditor's name and mailing address**

MCF LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2000** | **Nonpriority creditor's name and mailing address**

MCFARLAND III, MARION
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2001** | **Nonpriority creditor's name and mailing address**

MCFARLAND, DREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2002** | **Nonpriority creditor's name and mailing address**

MCFARLAND, RACHEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2003** | **Nonpriority creditor's name and mailing address**

MCGEE, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2004 | **Nonpriority creditor's name and mailing address**<br>MCGOWEN, GEOFFREY P<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.2005 | **Nonpriority creditor's name and mailing address**<br>MCGRATH, JILL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2006 | **Nonpriority creditor's name and mailing address**<br>MCGREEVY, MEGAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2007 | **Nonpriority creditor's name and mailing address**<br>MCGUINN, MICHAEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2008 | **Nonpriority creditor's name and mailing address**<br>MCGUIRE, DUNCAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2009** **Nonpriority creditor's name and mailing address**

MCINTOSH, AUBREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2010** **Nonpriority creditor's name and mailing address**

MCKAY, KASEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$132.00

---

**3.2011** **Nonpriority creditor's name and mailing address**

MCKELLIP, PAUL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2012** **Nonpriority creditor's name and mailing address**

MCKINLEY, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2013** **Nonpriority creditor's name and mailing address**

MCLANE MD PA, RAYMOND E
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2014** **Nonpriority creditor's name and mailing address**

MCLAREN CARO REGION
401 NORTH HOOPER STREET

CARO, MI  48723

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$150.00

---

**3.2015** **Nonpriority creditor's name and mailing address**

MCLAREN FLINT
401 S BALLENGER HWY

FLINT, MI  48532

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,350.00

---

**3.2016** **Nonpriority creditor's name and mailing address**

MCLAREN, EMILY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2017** **Nonpriority creditor's name and mailing address**

MCMACKIN, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2018** **Nonpriority creditor's name and mailing address**

MCMICHEN, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2019** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNDETERMINED

MCMILLIN, MEREDITH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2020** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNDETERMINED

MCNEILLY, COREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2021** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNDETERMINED

MCPHERSON, COURTNEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2022** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $499,999.84

MCQUEEN, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2023** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $50,650.94

MCQUEEN, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page | |
| --- | --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

| 3.2024 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | MCQUEEN, FRANCESCA | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2025 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | MCREYNOLDS, JOEL | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2026 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | MD AND ASSOCIATES, LYNN BROWN | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2027 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | MD INC, ANGYRAM | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2028 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | MD MPH PLLC, ALYSSA | Check all that apply. | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2029** **Nonpriority creditor's name and mailing address**

MD PC, FONTENOT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2030** **Nonpriority creditor's name and mailing address**

MD PLLC, CBOWERSLEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2031** **Nonpriority creditor's name and mailing address**

MD PLLC, CHIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2032** **Nonpriority creditor's name and mailing address**

MD PLLC, ELITE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2033** **Nonpriority creditor's name and mailing address**

MD PLLC, ER ZIDE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2034** | **Nonpriority creditor's name and mailing address**

MD PLLC, KENE NWOYE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2035** | **Nonpriority creditor's name and mailing address**

MD PLLC, PRBOYA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2036** | **Nonpriority creditor's name and mailing address**

MD PLLC, RISHAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2037** | **Nonpriority creditor's name and mailing address**

MD, ANTHOUARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2038** | **Nonpriority creditor's name and mailing address**

MD, ERMA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.2039 | **Nonpriority creditor's name and mailing address**<br><br>MD, GENESIS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.2040 | **Nonpriority creditor's name and mailing address**<br><br>ME LLC, ARDENT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2041 | **Nonpriority creditor's name and mailing address**<br><br>MEACHER MD PA, DAVID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2042 | **Nonpriority creditor's name and mailing address**<br><br>MEADOR, JESSICA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2043 | **Nonpriority creditor's name and mailing address**<br><br>MEADOR, RONALD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2044**

**Nonpriority creditor's name and mailing address**

MED INC, ARDEEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2045**

**Nonpriority creditor's name and mailing address**

MED INC, HOUSTON ED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2046**

**Nonpriority creditor's name and mailing address**

MED LLC, RAZZLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2047**

**Nonpriority creditor's name and mailing address**

MED PC, FIRST
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2048**

**Nonpriority creditor's name and mailing address**

MED PLLC, AG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

---

**3.2049** | **Nonpriority creditor's name and mailing address**

MED PLLC, BIGGLESWORTH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2050** | **Nonpriority creditor's name and mailing address**

MEDEPALLI, SAMPATH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2051** | **Nonpriority creditor's name and mailing address**

MEDICAL AND HEALTH, RIVER SHORE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2052** | **Nonpriority creditor's name and mailing address**

MEDICAL ASSOC, SCHLEIDI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2053** | **Nonpriority creditor's name and mailing address**

MEDICAL ASSOCIATES PC, CURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 | |
|--------|----------------------------------|---|---|---|---|
| | (Name) | | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2054 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MEDICAL ASSOCIATES PLLC, SEALIFE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2055 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MEDICAL ASSOCIATES, WINAGE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2056 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MEDICAL CARE INC, WEST EDGE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2057 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MEDICAL CARE PLLC, BAKSHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2058 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

MEDICAL CARE PLLC, SOUTHERN EMERGENCY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2059** | **Nonpriority creditor's name and mailing address**

MEDICAL CLINIC PA, MURFREESBORO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| UNDETERMINED

---

**3.2060** | **Nonpriority creditor's name and mailing address**

MEDICAL CLINICS PC, CLAY COUNTY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| UNDETERMINED

---

**3.2061** | **Nonpriority creditor's name and mailing address**

MEDICAL CONSULTANTS LLC, FOOTHILLS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| UNDETERMINED

---

**3.2062** | **Nonpriority creditor's name and mailing address**

MEDICAL CONSULTANTS, EMERCON EMERGEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| UNDETERMINED

---

**3.2063** | **Nonpriority creditor's name and mailing address**

MEDICAL CONSULTING, MATHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

| **As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2064** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

MEDICAL ENTERPRISES INC, ISRAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2065** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

MEDICAL ENTERPRISES PLLC, JAVAID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2066** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

MEDICAL GROUP LLC, COASTAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2067** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

MEDICAL GROUP LLC, ROCKET CITY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2068** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

MEDICAL GROUP PLC, MALIK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2069** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MEDICAL GROUP, COWRY
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2070** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MEDICAL INC, GUTIERREZ
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2071** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $17,807.90

MEDICAL LICENSURE GROUP
4400 BAYOU BLVD SUITE 32B

PENSACOLA, FL 32503

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.2072** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MEDICAL LLC, BURKUM
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2073** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MEDICAL LLC, CNB
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2074**

**Nonpriority creditor's name and mailing address**

MEDICAL LLC, DEMARO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2075**

**Nonpriority creditor's name and mailing address**

MEDICAL LLC, DEMARO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2076**

**Nonpriority creditor's name and mailing address**

MEDICAL LLC, GENESTYLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2077**

**Nonpriority creditor's name and mailing address**

MEDICAL LLC, GK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2078**

**Nonpriority creditor's name and mailing address**

MEDICAL LLC, GODFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2079** **Nonpriority creditor's name and mailing address**

MEDICAL LLC, INCOGNITO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2080** **Nonpriority creditor's name and mailing address**

MEDICAL LLC, M R
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2081** **Nonpriority creditor's name and mailing address**

MEDICAL LLC, MARR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2082** **Nonpriority creditor's name and mailing address**

MEDICAL LLC, NITROX LIFE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2083** **Nonpriority creditor's name and mailing address**

MEDICAL LLC, POPE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2084** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MEDICAL LLC, RABOUD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2085** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

MEDICAL LLC, RNS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2086** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

MEDICAL LLC, TELEIOS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2087** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

MEDICAL LLC, TIGHE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.2088** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

MEDICAL P.C., TDS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2089 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL PA, VANGUARD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.2090 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL PA, VANGUARD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2091 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL PC, MEARNS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2092 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL PLLC, BELOVED<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2093 | **Nonpriority creditor's name and mailing address**<br><br>MEDICAL PLLC, CENTER HILL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2094**  **Nonpriority creditor's name and mailing address**

MEDICAL PLLC, DEGROFF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2095**  **Nonpriority creditor's name and mailing address**

MEDICAL PLLC, JJE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2096**  **Nonpriority creditor's name and mailing address**

MEDICAL PLLC, KPM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2097**  **Nonpriority creditor's name and mailing address**

MEDICAL PLLC, MATWICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2098**  **Nonpriority creditor's name and mailing address**

MEDICAL PLLC, RENAISSANCE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2099** **Nonpriority creditor's name and mailing address**

MEDICAL PLLC, SCHWARZKOPF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2100** **Nonpriority creditor's name and mailing address**

MEDICAL PLLC, SERGEY SORIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$682.50

---

**3.2101** **Nonpriority creditor's name and mailing address**

MEDICAL PLLC, SERGEY SORIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2102** **Nonpriority creditor's name and mailing address**

MEDICAL PLLC, WINDSOR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2103** **Nonpriority creditor's name and mailing address**

MEDICAL SC, SHARMA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.2104** **Nonpriority creditor's name and mailing address**

MEDICAL SERVICE PLLC, BRIESE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2105** **Nonpriority creditor's name and mailing address**

MEDICAL SERVICES INC, RONNIE ALI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2106** **Nonpriority creditor's name and mailing address**

MEDICAL SERVICES LLC, CARTER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2107** **Nonpriority creditor's name and mailing address**

MEDICAL SERVICES LLC, SF JONES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2108** **Nonpriority creditor's name and mailing address**

MEDICAL SERVICES PLLC, ARROYOS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2109**

**Nonpriority creditor's name and mailing address**

MEDICAL SERVICES PLLC, FRANK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2110**

**Nonpriority creditor's name and mailing address**

MEDICAL SERVICES PLLC, JAMES A.
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2111**

**Nonpriority creditor's name and mailing address**

MEDICAL SERVICES PLLC, MOSER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2112**

**Nonpriority creditor's name and mailing address**

MEDICAL SERVICES, SAMARITAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2113**

**Nonpriority creditor's name and mailing address**

MEDICAL SERVICES, SMP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2114** **Nonpriority creditor's name and mailing address**

MEDICAL SOLUTIONS INC, EMERGING
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2115** **Nonpriority creditor's name and mailing address**

MEDICAL TEXAS LLC, KNIGHT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2116** **Nonpriority creditor's name and mailing address**

MEDICAL, OAK HILL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2117** **Nonpriority creditor's name and mailing address**

MEDICINE CONSULTANTS PC, PATIENTS FIRST
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2118** **Nonpriority creditor's name and mailing address**

MEDICINE CONSULTING, EMERGENCY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2119** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MEDICINE INC., RJP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2120** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MEDICINE INTL PA, EMERGENCY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2121** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MEDICINE LLC, BETHEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2122** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MEDICINE LLC, MARCANTEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2123** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MEDICINE LLC, MICHEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2124**  **Nonpriority creditor's name and mailing address**

MEDICINE PHYSICIANS PLLC, COTTONWOOD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2125**  **Nonpriority creditor's name and mailing address**

MEDICINE PLC, CLS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2126**  **Nonpriority creditor's name and mailing address**

MEDICINE PLLC, BLAKE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2127**  **Nonpriority creditor's name and mailing address**

MEDICINE PLLC, BONFIRE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2128**  **Nonpriority creditor's name and mailing address**

MEDICINE PLLC, KOLACHAKRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.2129**  **Nonpriority creditor's name and mailing address**

MEDICINE PLLC, OLD MISSION EME
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2130**  **Nonpriority creditor's name and mailing address**

MEDICINE PLLC, PATRICK JACKSON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2131**  **Nonpriority creditor's name and mailing address**

MEDICINE SERVICES, FREEMAN EMERGEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2132**  **Nonpriority creditor's name and mailing address**

MEDICINE, SERENE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2133**  **Nonpriority creditor's name and mailing address**

MEDICS INC, NNOBIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

| 3.2134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
MEDRANO, LETICIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2135**

**Nonpriority creditor's name and mailing address**
MEEK, CRAIG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2136**

**Nonpriority creditor's name and mailing address**
MEEKS, MONICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1.54

---

**3.2137**

**Nonpriority creditor's name and mailing address**
MEEKS, MONICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2138**

**Nonpriority creditor's name and mailing address**
MEHR, CHRIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2139 | **Nonpriority creditor's name and mailing address**<br>MEJIA, MANUEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.2140 | **Nonpriority creditor's name and mailing address**<br>MELLEN, KASSONDRA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2141 | **Nonpriority creditor's name and mailing address**<br>MELLINGER, GREGORY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2142 | **Nonpriority creditor's name and mailing address**<br>MELVIN, SHEILA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2143 | **Nonpriority creditor's name and mailing address**<br>MENA, RAIZA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.2144** Nonpriority creditor's name and mailing address

MENDENHALL, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$38,656.89

---

**3.2145** Nonpriority creditor's name and mailing address

MENDOLA DO, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2146** Nonpriority creditor's name and mailing address

MENDOZA, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2147** Nonpriority creditor's name and mailing address

MENDOZA, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2148** Nonpriority creditor's name and mailing address

MENGESHA, HERAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2149** **Nonpriority creditor's name and mailing address**

MENSAH, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2150** **Nonpriority creditor's name and mailing address**

MERAM, MANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2151** **Nonpriority creditor's name and mailing address**

MERC LLC, MEDICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2152** **Nonpriority creditor's name and mailing address**

MERCIER, DOUGLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2153** **Nonpriority creditor's name and mailing address**

MERIN, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.2154** | **Nonpriority creditor's name and mailing address**
MERIT HEALTH BILOXI
150 REYNOIR STREET

BILOXI, MS 39530

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$250.00

---

**3.2155** | **Nonpriority creditor's name and mailing address**
METCALF, STEPHANIE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2156** | **Nonpriority creditor's name and mailing address**
METCALF, THOMAS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2157** | **Nonpriority creditor's name and mailing address**
METTERT, JON
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2158** | **Nonpriority creditor's name and mailing address**
MEULEN EMS PLLC, VANDER
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2159** **Nonpriority creditor's name and mailing address**

MEYER MD PA, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2160** **Nonpriority creditor's name and mailing address**

MEYER, STEPHANIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2161** **Nonpriority creditor's name and mailing address**

MEYERS, SAMUEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2162** **Nonpriority creditor's name and mailing address**

MHLOPHE, NDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2163** **Nonpriority creditor's name and mailing address**

MICHAEL NOTTIDGE MD LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.2164** | **Nonpriority creditor's name and mailing address**

MICHALAK, GRANT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2165** | **Nonpriority creditor's name and mailing address**

MICHIGAN STATE UNIVERSITY
ATTN: JOHN GARCIA
965 WILSON RD, ROOM A317

EAST LANSING, MI  48824

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$36,250.00

---

**3.2166** | **Nonpriority creditor's name and mailing address**

MICHONSKI, KRISTEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2167** | **Nonpriority creditor's name and mailing address**

MICKLOW, GREG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2168** | **Nonpriority creditor's name and mailing address**

MIGOYA DO, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page | | |
| --- | --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.2169** **Nonpriority creditor's name and mailing address**

MIGUEL, ERIK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,468.54

---

**3.2170** **Nonpriority creditor's name and mailing address**

MIKA, AMANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2171** **Nonpriority creditor's name and mailing address**

MILDENBERGER, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2172** **Nonpriority creditor's name and mailing address**

MILETT, PATRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$159.00

---

**3.2173** **Nonpriority creditor's name and mailing address**

MILETT, PATRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.2174** | **Nonpriority creditor's name and mailing address**

MILEY, KASIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2175** | **Nonpriority creditor's name and mailing address**

MILKO MD, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2176** | **Nonpriority creditor's name and mailing address**

MILLER CRNP LLC, JD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2177** | **Nonpriority creditor's name and mailing address**

MILLER HOOD, ERIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2178** | **Nonpriority creditor's name and mailing address**

MILLER, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2179** | **Nonpriority creditor's name and mailing address**

MILLER, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2180** | **Nonpriority creditor's name and mailing address**

MILLER, GREGORY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2181** | **Nonpriority creditor's name and mailing address**

MILLER, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2182** | **Nonpriority creditor's name and mailing address**

MILLER, NATHANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2183** | **Nonpriority creditor's name and mailing address**

MILLER, STEPHANIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2184** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,607.09

MILLER, TERI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2185** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MILLIKIN, DINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2186** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MILTON, SANDRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2187** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $150.00

MIMBRES MEMORIAL HOSPITAL
900 W ASH STREET

DEMING, NM  88030

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2188** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $77,616.00

MINGLE HEALTHCARE SOLUTIONS
ATTN: ALYSSA ROYER
8911 S SANDY PARKWAY
SUITE 200
SANDY, UT  84070

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| 3.2189 | **Nonpriority creditor's name and mailing address**<br>MINK, THOMAS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2190 | **Nonpriority creditor's name and mailing address**<br>MIRANDA, ALTAGRACIA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2191 | **Nonpriority creditor's name and mailing address**<br>MIRANDA, RAY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2192 | **Nonpriority creditor's name and mailing address**<br>MIRANDA, RENEE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2193 | **Nonpriority creditor's name and mailing address**<br>MIRZAPOLOS LLC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2194**  **Nonpriority creditor's name and mailing address**

MISHRA MD, SHASHANK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2195**  **Nonpriority creditor's name and mailing address**

MISSISSIPPI DEPARTMENT OF REVENUE
500 CLINTON CENTER DR

CLINTON, MS  39056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2196**  **Nonpriority creditor's name and mailing address**

MISTRY, SHREYAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2197**  **Nonpriority creditor's name and mailing address**

MITCHAM, KEVIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2198**  **Nonpriority creditor's name and mailing address**

MITCHELL MD PC INC, TROY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.2199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

MITCHELL MD, KAMARI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2200   Nonpriority creditor's name and mailing address**

MITCHELL, EMILY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2201   Nonpriority creditor's name and mailing address**

MITCHELL, LORI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2202   Nonpriority creditor's name and mailing address**

MITCHELL, RACHEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2203   Nonpriority creditor's name and mailing address**

MITCHELL, RACHEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$130.90

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2204** **Nonpriority creditor's name and mailing address**
MITCHELL, SHAWN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2205** **Nonpriority creditor's name and mailing address**
MITTEN, DANICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2206** **Nonpriority creditor's name and mailing address**
MITTIG, LAUREN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2207** **Nonpriority creditor's name and mailing address**
MIX-SOUTHER, SAMANTHA ALECIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2208** **Nonpriority creditor's name and mailing address**
MODES JR, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2209**  **Nonpriority creditor's name and mailing address**

MOHAMMED, ASLAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2210**  **Nonpriority creditor's name and mailing address**

MOLAI, AL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2211**  **Nonpriority creditor's name and mailing address**

MONCY LLC, NANCY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2212**  **Nonpriority creditor's name and mailing address**

MONEY MANAGEMENT PLLC, MONAX
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2213**  **Nonpriority creditor's name and mailing address**

MONTGOMERY LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2214 | **Nonpriority creditor's name and mailing address**<br>MONTGOMERY, CALLIE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.2215 | **Nonpriority creditor's name and mailing address**<br>MONTGOMERY, MICHAEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2216 | **Nonpriority creditor's name and mailing address**<br>MONTOYA, DENNIS<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2217 | **Nonpriority creditor's name and mailing address**<br>MONTROSE PARTNERS PLLC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2218 | **Nonpriority creditor's name and mailing address**<br>MONZER, KHALID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.2219** **Nonpriority creditor's name and mailing address**
MOONEYHAM, IRMALYNN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2220** **Nonpriority creditor's name and mailing address**
MOORE II MD PA, DEAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2221** **Nonpriority creditor's name and mailing address**
MOORE MD, TAMMY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2222** **Nonpriority creditor's name and mailing address**
MOORE, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2223** **Nonpriority creditor's name and mailing address**
MOORE, LACY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

MOORE, PIERCE
ADDRESS REDACTED

_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2225 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

MOORE, SAMUEL
ADDRESS REDACTED

_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2226 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

MORALES, JORGE
ADDRESS REDACTED

_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2227 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

MORETZ, MIRANDA
ADDRESS REDACTED

_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2228 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

MORGAN MD PA, DARRELL
ADDRESS REDACTED

_Check all that apply._
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.2229** **Nonpriority creditor's name and mailing address**

MORGAN MD PLLC, JS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2230** **Nonpriority creditor's name and mailing address**

MORGAN, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2231** **Nonpriority creditor's name and mailing address**

MORGAN, DIANA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2232** **Nonpriority creditor's name and mailing address**

MORGAN, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2233** **Nonpriority creditor's name and mailing address**

MORGAN, KELSZIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |

(Name)

| **Part 2:** | Additional Page |

|  | Amount of claim |

---

**3.2234** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
| | *Check all that apply.* |

MORGAN, LEAH
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2235** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
| | *Check all that apply.* |

MORGAN, SHANNON
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2236** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
| | *Check all that apply.* |

MORRIS MD, JACOB
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2237** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
| | *Check all that apply.* |

MORRIS, EARRACE
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2238** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
| | *Check all that apply.* |

MORRISON, SHANNON
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2239** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MORRISON, SHANNON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2240** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MORSHEDI, BRANDON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2241** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MORTON, CLARKE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2242** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MORTON, KELSEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2243** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MOSER, JERALD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2244** **Nonpriority creditor's name and mailing address**
MOSES, CATHERINE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2245** **Nonpriority creditor's name and mailing address**
MOSS MD PLLC, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2246** **Nonpriority creditor's name and mailing address**
MOUNTAIN LLC, CLOUD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2247** **Nonpriority creditor's name and mailing address**
MOUNTAINVIEW REGIONAL MEDICAL CENTER
1013 TOSCANA DRIVE SE

RIO RANCHO, NM  87124

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$164.00

---

**3.2248** **Nonpriority creditor's name and mailing address**
MOURTADA, HALA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.2249** | **Nonpriority creditor's name and mailing address**
MOUW, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2250** | **Nonpriority creditor's name and mailing address**
MOYLAN III DO, GEORGE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2251** | **Nonpriority creditor's name and mailing address**
MOZZETTI, SHAY LE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$281.20

---

**3.2252** | **Nonpriority creditor's name and mailing address**
MSU HEALTH CARE, INC.
ATTN: MELISSA JEGLA
909 WILSON RD
ROOM 421
EAST LANSING, MI  48824

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$46,486.00

---

**3.2253** | **Nonpriority creditor's name and mailing address**
MTR X
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2254** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MU, FRANK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2255** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MUENCHEN, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2256** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MULINDWA, DEO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2257** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MULLINS, MAGGIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2258** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

MULLINS, SEAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | **Amount of claim** |
|---|---|

**3.2259** | **Nonpriority creditor's name and mailing address**
MULVANEY, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2260** | **Nonpriority creditor's name and mailing address**
MUMM, JACOB
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2261** | **Nonpriority creditor's name and mailing address**
MUMMANENI, SUNDEEP
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2262** | **Nonpriority creditor's name and mailing address**
MUMTAZ, ZOHAIB
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2263** | **Nonpriority creditor's name and mailing address**
MUNSTERS, SANDRA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2264** | **Nonpriority creditor's name and mailing address**
MURKETT, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2265** | **Nonpriority creditor's name and mailing address**
MURPHY, JOANNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2266** | **Nonpriority creditor's name and mailing address**
MURPHY, NOELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2267** | **Nonpriority creditor's name and mailing address**
MURRAY, ADAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2268** | **Nonpriority creditor's name and mailing address**
MURRAY, ALEXANDRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.2269**

**Nonpriority creditor's name and mailing address**

MURRELL, PEGGY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2270**

**Nonpriority creditor's name and mailing address**

MURRY JR, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2271**

**Nonpriority creditor's name and mailing address**

MURTAGH, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2272**

**Nonpriority creditor's name and mailing address**

MUSIC, DINO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2273**

**Nonpriority creditor's name and mailing address**

MUSSIN, ELIZABETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$995.00

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2274**  **Nonpriority creditor's name and mailing address**

MUSTAPHA, AHMAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2275**  **Nonpriority creditor's name and mailing address**

MUTUNGA, ROSE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2276**  **Nonpriority creditor's name and mailing address**

MY WAY, MEDICINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2277**  **Nonpriority creditor's name and mailing address**

MYERS, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2278**  **Nonpriority creditor's name and mailing address**

MYERS, DEBORAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | **Amount of claim** |
|---|---|

**3.2279** | **Nonpriority creditor's name and mailing address**
MYERS, JENNA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2280** | **Nonpriority creditor's name and mailing address**
MYERS, TRACY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2281** | **Nonpriority creditor's name and mailing address**
MYLES, BATI
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2282** | **Nonpriority creditor's name and mailing address**
MYRICK MD, GREGORY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2283** | **Nonpriority creditor's name and mailing address**
NADARAJAN, ANNAMALAI
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.2284 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAEGER, JOSHUA | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2285 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAFDAY, ABHINAV | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAGABHUSHAN, MEGHNA | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAGARAD, RAJEEV | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAIR, RATHAN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC

(Name)

Case number (if known) 23-11469

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.2289** | **Nonpriority creditor's name and mailing address**

NAKDIMEN, BARTON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2290** | **Nonpriority creditor's name and mailing address**

NAKHLA, SHADI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2291** | **Nonpriority creditor's name and mailing address**

NAKKAR, SAMER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2292** | **Nonpriority creditor's name and mailing address**

NALLAPAREDDYGARI, VENKATA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2293** | **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2294** Nonpriority creditor's name and mailing address
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

**3.2295** Nonpriority creditor's name and mailing address
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

**3.2296** Nonpriority creditor's name and mailing address
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

**3.2297** Nonpriority creditor's name and mailing address
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

**3.2298** Nonpriority creditor's name and mailing address
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2299** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2300** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2301** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2302** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2303** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2304**    **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2305**    **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2306**    **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2307**    **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

---

**3.2308**    **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,116.26

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.2309 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,045.41 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | VARIOUS | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2310 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $581.25 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | VARIOUS | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2311 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $499.00 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | VARIOUS | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2312 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $499.00 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | VARIOUS | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $304.00 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | VARIOUS | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2314**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

---

**3.2315**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$174.65

---

**3.2316**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$95.20

---

**3.2317**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2318**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.2319**  **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2320**  **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$26.03

---

**3.2321**  **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$35.00

---

**3.2322**  **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2323**  **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,741.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $713.00 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | VARIOUS | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $34.27 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | VARIOUS | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $36.38 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | VARIOUS | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☒ Contingent | |
| | VARIOUS | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | LITIGATION | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☒ Contingent | |
| | VARIOUS | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.2329** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3.77
NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**
VARIOUS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2330** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $72.00
NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**
VARIOUS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2331** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $74.90
NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**
VARIOUS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2332** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.98
NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**
VARIOUS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2333** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5.60
NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**
VARIOUS

☐ Contingent
☐ Unliquidated
☐ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.2334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $25.00 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | VARIOUS | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $375.00 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | VARIOUS | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $20.37 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | VARIOUS | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $15.98 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | VARIOUS | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $100.00 |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☐ Contingent | |
| | VARIOUS | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2339** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.81

---

**3.2340** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,902.00

---

**3.2341** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$12.92

---

**3.2342** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$22.87

---

**3.2343** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.39

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC

(Name)

Case number (if known)    23-11469

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

---

**3.2344**  **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$561.20

---

**3.2345**  **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2346**  **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$50.00

---

**3.2347**  **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$891.61

---

**3.2348**  **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.23

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

**3.2349**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$25.00

---

**3.2350**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$21.17

---

**3.2351**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,192.24

---

**3.2352**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2353**   **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,289.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2354**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.2355**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $960.65

---

**3.2356**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $2,008.00

---

**3.2357**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.2358**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $100.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2359** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$34.47

---

**3.2360** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$130.64

---

**3.2361** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$10.00

---

**3.2362** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2363** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$45.85

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2364**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$43.81

---

**3.2365**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,853.00

---

**3.2366**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.35

---

**3.2367**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$20.00

---

**3.2368**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.24

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |

|  | Amount of claim |
|---|---|

| 3.2369 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**3.2369**

**Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2370**

**Nonpriority creditor's name and mailing address**

NAME REDACTED
ATTN: ANDREW B YAFFA
GROSSMAN ROTH YAFFA COHEN, PA
2525 PONCE DE LEON BOULEVARD, SUITE 1150
CORAL GABLES, FL 33134

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2371**

**Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2372**

**Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2373**

**Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Debtor  AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known)  23-11469

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | | Amount of claim |
| --- | --- | --- |

**3.2374** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2375** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2376** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2377** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2378** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2379 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.2380 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.2381 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.2382 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.2383 | **Nonpriority creditor's name and mailing address**<br>NAME AND ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>LITIGATION<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known) 23-11469

(Name)

| Part 2: | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.2384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNDETERMINED |
| --- | --- | --- | --- |

**3.2384**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.2385**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.2386**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.2387**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.2388**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.2389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Last 4 digits of account number:** | | |
| | | **Basis for the claim:** | |
| | | LITIGATION | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Last 4 digits of account number:** | | |
| | | **Basis for the claim:** | |
| | | LITIGATION | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Last 4 digits of account number:** | | |
| | | **Basis for the claim:** | |
| | | LITIGATION | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Last 4 digits of account number:** | | |
| | | **Basis for the claim:** | |
| | | LITIGATION | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | **Last 4 digits of account number:** | | |
| | | **Basis for the claim:** | |
| | | LITIGATION | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.2394** | **Nonpriority creditor's name and mailing address**

NAME REDACTED
ATTN: WILLIAM G. WOLK
EATON & WOLK, PL
2665 S. BAYSHORE DRIVE, SUITE 609
MIAMI, FL 33133

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2395** | **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2396** | **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2397** | **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2398** | **Nonpriority creditor's name and mailing address**

NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2399** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED
NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2400** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED
NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2401** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED
NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**
VARIOUS

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
POTENTIAL LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2402** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED
NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**
VARIOUS

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2403** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED
NAME AND ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**
VARIOUS

☒ Contingent
☒ Unliquidated
☒ Disputed

**Last 4 digits of account number:**

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2404** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2405** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2406** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2407** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2408** | **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.2409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☒ Contingent | |
| | VARIOUS | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | LITIGATION | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☒ Contingent | |
| | VARIOUS | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | LITIGATION | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☒ Contingent | |
| | VARIOUS | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | LITIGATION | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☒ Contingent | |
| | VARIOUS | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | LITIGATION | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NAME AND ADDRESS REDACTED | *Check all that apply.* | |
| | **Date or dates debt was incurred** | ☒ Contingent | |
| | VARIOUS | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | LITIGATION | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.2414**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2415**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2416**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2417**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2418**  **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.2419** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2420** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$36.23

---

**3.2421** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$2.35

---

**3.2422** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2423** **Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.2424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.2424**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2425**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2426**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2427**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2428**

**Nonpriority creditor's name and mailing address**
NAME AND ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2429 | **Nonpriority creditor's name and mailing address**<br><br>NANCE, MICHAEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.2430 | **Nonpriority creditor's name and mailing address**<br><br>NANDIPATY, CHANDRASEKHAR<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2431 | **Nonpriority creditor's name and mailing address**<br><br>NARAIN, ARCHANA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2432 | **Nonpriority creditor's name and mailing address**<br><br>NASH, CLAY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2433 | **Nonpriority creditor's name and mailing address**<br><br>NASH, CLAYTON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2434** | **Nonpriority creditor's name and mailing address**

NASH, JORDAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2435** | **Nonpriority creditor's name and mailing address**

NASH, ROLAND
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2436** | **Nonpriority creditor's name and mailing address**

NASR, RAMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2437** | **Nonpriority creditor's name and mailing address**

NATHANSON, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2438** | **Nonpriority creditor's name and mailing address**

NAUSIN, LINDSAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2439** | **Nonpriority creditor's name and mailing address**

NAZON, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2440** | **Nonpriority creditor's name and mailing address**

NEDUMTHOTTATHIL, THOMAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2441** | **Nonpriority creditor's name and mailing address**

NEELY MD, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2442** | **Nonpriority creditor's name and mailing address**

NEFCY, AIMEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2443** | **Nonpriority creditor's name and mailing address**

NEISS, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2444**  **Nonpriority creditor's name and mailing address**

NELL, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2445**  **Nonpriority creditor's name and mailing address**

NELSON, CAMERON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2446**  **Nonpriority creditor's name and mailing address**

NELSON, MARLA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2447**  **Nonpriority creditor's name and mailing address**

NELSON, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2448**  **Nonpriority creditor's name and mailing address**

NESARAJ, ALFRED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.2449** | **Nonpriority creditor's name and mailing address**
NEUMANN, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2450** | **Nonpriority creditor's name and mailing address**
NEW MEXICO BOARD OF PHARMACY
5500 SAN ANTONIO DR NE, STE C

ALBUQUERQUE, NM 87109

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$75.00

---

**3.2451** | **Nonpriority creditor's name and mailing address**
NEW MEXICO TAXATION AND REVENUE
1200 S ST FRANCIS DR, PO BOX 630

SANTA FE, NM 87504-0630

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2452** | **Nonpriority creditor's name and mailing address**
NEWMAN, CANDACE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2453** | **Nonpriority creditor's name and mailing address**
NEWPORT MEDICAL CENTER
7540 DANNAHER DR
SUITE 300

POWELL, TN 37849

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$400.00

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.2454 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $50,852.57 |
|---|---|---|---|

**3.2454**

**Nonpriority creditor's name and mailing address**

NEWPORT, BOB
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,852.57

---

**3.2455**

**Nonpriority creditor's name and mailing address**

NEWSON, SHAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2456**

**Nonpriority creditor's name and mailing address**

NG, ANTHONY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2457**

**Nonpriority creditor's name and mailing address**

NGOZI NWEZE MD PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2458**

**Nonpriority creditor's name and mailing address**

NGUYEN DO, NGHIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |

(Name)

| Part 2: | Additional Page |

|  | Amount of claim |
|---|---|

**3.2459** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | UNDETERMINED
NGUYEN MEDICAL SERVICES, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2460** | **Nonpriority creditor's name and mailing address**
NGUYEN, DAI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2461** | **Nonpriority creditor's name and mailing address**
NGUYEN, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2462** | **Nonpriority creditor's name and mailing address**
NGUYEN, GIA-HAU
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2463** | **Nonpriority creditor's name and mailing address**
NGUYEN, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2464** | **Nonpriority creditor's name and mailing address**
NGUYEN, MINH-THU
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2465** | **Nonpriority creditor's name and mailing address**
NGUYEN, NHUNG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2466** | **Nonpriority creditor's name and mailing address**
NGUYEN, TAYLOR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2467** | **Nonpriority creditor's name and mailing address**
NGUYEN, THUYTRAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2468** | **Nonpriority creditor's name and mailing address**
NGUYEN, TOLAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2469 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

3.2469 **Nonpriority creditor's name and mailing address**
NICHOLS III, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.2470 **Nonpriority creditor's name and mailing address**
NICHOLS III, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.2471 **Nonpriority creditor's name and mailing address**
NICKELSON, CONNIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.2472 **Nonpriority creditor's name and mailing address**
NIXON, KEZIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.2473 **Nonpriority creditor's name and mailing address**
NJIE, ABDOULIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2474** | **Nonpriority creditor's name and mailing address**
NM DEPARTMENT OF HEALTH
1190 ST. FRANCIS DRICE
S1250

SANTA FE, NM  87502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$882.24

---

**3.2475** | **Nonpriority creditor's name and mailing address**
NNAJI, CHIBUZOR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2476** | **Nonpriority creditor's name and mailing address**
NOFFSINGER, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$573.30

---

**3.2477** | **Nonpriority creditor's name and mailing address**
NORPAC HEALTH SERVICES PC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2478** | **Nonpriority creditor's name and mailing address**
NORRIS, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2479** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NORTH CAROLINA DEPT OF REVENUE
501 N WILMINGTON ST

RALEIGH, NC  27604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2480** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $200.00

NORTHCREST MEDICAL STAFF
100 NORTHCREST DRIVE

SPRINGFIELD, TN  37172

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2481** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NORTHEIM, JUSTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2482** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,650.00

NORTHWEST MEDICAL CENTER
ATTN: MEDICAL STAFF SERVICES
6200 N. LA CHOLLA BLVD

TUCSON, AZ  85741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2483** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NOURPARVAR, SHABNAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2484** **Nonpriority creditor's name and mailing address**

NOVA MEDICAL CENTERS
PO BOX 840066

DALLAS, TX  75284

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $273.76
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2485** **Nonpriority creditor's name and mailing address**

NOW, SOLUTIONS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2486** **Nonpriority creditor's name and mailing address**

NOWELL, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2487** **Nonpriority creditor's name and mailing address**

NPC HEALTH PLLC,
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** UNDETERMINED
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2488** **Nonpriority creditor's name and mailing address**

NRAI INC
PO BOX 4349

CAROL STREAM, IL  60197

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** $238.02
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2489** | **Nonpriority creditor's name and mailing address**
NTALAGEORGOS, THEMIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2490** | **Nonpriority creditor's name and mailing address**
NTUBED SOLUTIONS LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2491** | **Nonpriority creditor's name and mailing address**
NUNLEY, SHARON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2492** | **Nonpriority creditor's name and mailing address**
NUNNELLEY, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2493** | **Nonpriority creditor's name and mailing address**
NURSE PRACTITIONER, TL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.2494 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NURSING LLC, BRIGHT | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | |
|---|---|---|
| 3.2495 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NURSING SERVICES INC, ADVANCED PRACTI | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | |
|---|---|---|
| 3.2496 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $40,616.20 |
| | NUVIEW TELEHEALTH LLC | *Check all that apply.* | |
| | ATTN: P. WILLIAM LUDWIG | ☐ Contingent | |
| | PO BOX 743067 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | ATLANTA, GA  30374 | **Basis for the claim:** | |
| | | TRADE VENDOR PAYABLE | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | VARIOUS | ☒ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| | | |
|---|---|---|
| 3.2497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NVP SOLUTIONS LLC | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| | | |
|---|---|---|
| 3.2498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | NWOBODO, IFEANYICHUKWU | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.2499** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NWODO, CHUKWUDI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2500** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NWORAH, ALEXIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2501** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NWOSU, HILARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2502** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NWOYE, CHISOM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2503** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

NWUDE, EZINNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.2504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

**3.2504**

**Nonpriority creditor's name and mailing address**
NYHOLM, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2505**

**Nonpriority creditor's name and mailing address**
NYLAND-HENDERSON, JOANNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2506**

**Nonpriority creditor's name and mailing address**
O DELL, MONTANA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2507**

**Nonpriority creditor's name and mailing address**
OBEID DO PC, MOHAMMED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2508**

**Nonpriority creditor's name and mailing address**
OBIAKA, CHIGOZIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.2509**

**Nonpriority creditor's name and mailing address**

OCHS, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2510**

**Nonpriority creditor's name and mailing address**

OCULAM, CLAIRE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2511**

**Nonpriority creditor's name and mailing address**

OFFERLE, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$888.00

---

**3.2512**

**Nonpriority creditor's name and mailing address**

OFFERLE, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2513**

**Nonpriority creditor's name and mailing address**

OGBATA, SYLVESTER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2514** | **Nonpriority creditor's name and mailing address**

OGELE, EMMANUEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2515** | **Nonpriority creditor's name and mailing address**

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
50 INTERNATIONAL DRIVE
PATEWOOD IV, SUITE 200

GREENVILLE, SC  29615

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,127.09

---

**3.2516** | **Nonpriority creditor's name and mailing address**

OGUNBANJO, AANUOLUWAPO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2517** | **Nonpriority creditor's name and mailing address**

OHAR, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2518** | **Nonpriority creditor's name and mailing address**

OHMART, CONNOR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2519**  **Nonpriority creditor's name and mailing address**

OKAFOR, CHIMALUM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2520**  **Nonpriority creditor's name and mailing address**

OKAFOR, CHIMALUM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2521**  **Nonpriority creditor's name and mailing address**

OKLAHOMA TAX COMMISSION
2501 N LINCOLN BLVD

OKLAHOMA CITY, OK  73194

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2522**  **Nonpriority creditor's name and mailing address**

OKOLO, EMMANUEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2523**  **Nonpriority creditor's name and mailing address**

OKOYE, OBICHUKWU J.
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2524 | **Nonpriority creditor's name and mailing address**<br><br>OKTA<br>ATTN: KAREN TORRES<br>PO BOX 743620<br><br>LOS ANGELES, CA  90074<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $71,744.66 |
|---|---|---|---|
| 3.2525 | **Nonpriority creditor's name and mailing address**<br><br>OLDORF, LANCE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.2526 | **Nonpriority creditor's name and mailing address**<br><br>OLINGER, ANDREW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.2527 | **Nonpriority creditor's name and mailing address**<br><br>OLIVER, AMANDA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.2528 | **Nonpriority creditor's name and mailing address**<br><br>OLKEN, MELISSA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2529** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OLSEN, JAMIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2530** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OLSEN, KIMBERLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2531** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OLSON, ASHLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2532** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OLUWO, DODONDAWA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2533** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OLUYADI, FATAI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2534** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,849.04

OMAR, YASSER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2535** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

OMOTEESE LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2536** | **Nonpriority creditor's name and mailing address** | | $14,980.32

OMRAN, EIAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2537** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

ONCHAGA, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2538** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

ONDRIZEK, TRINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.2539 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

ONEAL JR, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2540 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

ONEAL, KACI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2541 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

ONEILL, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2542 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

ONNA KENICEK PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2543 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |

ONUOHA, PATIENCE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2544** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ONWUMERE, IKENNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2545** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ORAVA, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2546** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ORNAZIAN DO, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2547** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ORNAZIAN, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2548** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OROURKE, JAIME
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2549** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ORTEGA CFNP, MONICA
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2550** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ORTIZ, CARLOS
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2551** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ORTIZ, JOHN
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2552** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OSBORN, DIANNA
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2553** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

OSEA PLLC, NOLITO
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2554**  **Nonpriority creditor's name and mailing address**

OSEAN, JUSTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2555**  **Nonpriority creditor's name and mailing address**

OSORIO-GIRALDO, ALONSO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2556**  **Nonpriority creditor's name and mailing address**

OTTEN, AMY M
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2557**  **Nonpriority creditor's name and mailing address**

OTWELL, RICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2558**  **Nonpriority creditor's name and mailing address**

OVERSTREET, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.2559** | **Nonpriority creditor's name and mailing address**

OVERTON, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2560** | **Nonpriority creditor's name and mailing address**

OWENS, ANGELINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2561** | **Nonpriority creditor's name and mailing address**

OWENS, CARLYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2562** | **Nonpriority creditor's name and mailing address**

OWENS, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2563** | **Nonpriority creditor's name and mailing address**

OWENS, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|-----------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

OWENS, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

OWOLABI, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

OWSIAK, PATRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

OXLEY, CHRISTINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

OZCAN, ERSIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2569** **Nonpriority creditor's name and mailing address**

P MCNEIL MD PLLC, CANDICE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2570** **Nonpriority creditor's name and mailing address**

P.A., TRAVELDOC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2571** **Nonpriority creditor's name and mailing address**

PA C LLC, RODERICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2572** **Nonpriority creditor's name and mailing address**

PA PLLC, WEINTRAUB
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2573** **Nonpriority creditor's name and mailing address**

PA, ANASOF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2574** | **Nonpriority creditor's name and mailing address**

PA, EEDHAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2575** | **Nonpriority creditor's name and mailing address**

PA, HEBKRAMS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2576** | **Nonpriority creditor's name and mailing address**

PA, JL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2577** | **Nonpriority creditor's name and mailing address**

PABBA, SWATHI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2578** | **Nonpriority creditor's name and mailing address**

PACHECO MD, ANTONIO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2579** **Nonpriority creditor's name and mailing address**

PACIFIC COMPANIES
75 ENTERPRISE
STE 220

ALISO VIEJO, CA  92656

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,000.00

---

**3.2580** **Nonpriority creditor's name and mailing address**

PACKER, MARIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2581** **Nonpriority creditor's name and mailing address**

PAETZOLD, STANLEY CARL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2582** **Nonpriority creditor's name and mailing address**

PAGELS INC, KELLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2583** **Nonpriority creditor's name and mailing address**

PAINE, PHILIP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.2584** **Nonpriority creditor's name and mailing address**

PALATNIK, MAX
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2585** **Nonpriority creditor's name and mailing address**

PALING, DAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2586** **Nonpriority creditor's name and mailing address**

PALITTO DO LLC, ANGELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2587** **Nonpriority creditor's name and mailing address**

PALITTO, ANGELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2588** **Nonpriority creditor's name and mailing address**

PALMA, ALEXANDER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.2589** | **Nonpriority creditor's name and mailing address**
PALMER JR, ISAAC
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE & RETENTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$385,320.00

---

**3.2590** | **Nonpriority creditor's name and mailing address**
PALMERI, RENATA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,612.49

---

**3.2591** | **Nonpriority creditor's name and mailing address**
PALMERI, RENATA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2592** | **Nonpriority creditor's name and mailing address**
PANDILIPALLI, VENKATA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2593** | **Nonpriority creditor's name and mailing address**
PANDOLFI, JESSICA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2594**    **Nonpriority creditor's name and mailing address**

PANKRATOVA MD INC, TATYANA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2595**    **Nonpriority creditor's name and mailing address**

PANNKE, THOMAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2596**    **Nonpriority creditor's name and mailing address**

PANWAR, RITESH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2597**    **Nonpriority creditor's name and mailing address**

PAPAS, KONSTANTINOS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2598**    **Nonpriority creditor's name and mailing address**

PAREEK, ANIRUDH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2599** Nonpriority creditor's name and mailing address

PARIKH, RAXIT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2600** Nonpriority creditor's name and mailing address

PARK DO PC, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2601** Nonpriority creditor's name and mailing address

PARKER, ASHLEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2602** Nonpriority creditor's name and mailing address

PARKER, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2603** Nonpriority creditor's name and mailing address

PARKER, JOEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$888.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2604 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.2604**

**Nonpriority creditor's name and mailing address**

PARKER, JOEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2605**

**Nonpriority creditor's name and mailing address**

PARKER, JON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2606**

**Nonpriority creditor's name and mailing address**

PARKS, CAROL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2607**

**Nonpriority creditor's name and mailing address**

PARNELL, SAMUEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2608**

**Nonpriority creditor's name and mailing address**

PARR MD, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.2609 | **Nonpriority creditor's name and mailing address**<br>PARRISH, BRENDA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.2610 | **Nonpriority creditor's name and mailing address**<br>PARROTTE, JENNIFER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2611 | **Nonpriority creditor's name and mailing address**<br>PARUK, NASEEM<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2612 | **Nonpriority creditor's name and mailing address**<br>PARVEZ MD PLLC, SHABANA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2613 | **Nonpriority creditor's name and mailing address**<br>PARVIZ, JASON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.2614 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PASHAM, SWATHI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2615 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PASSARELLI, KRISTINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2616 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PATEL MD PA, RIPAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2617 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PATEL PLLC, JD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2618 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PATEL, AMAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2619 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | PATEL, BHADRIK | | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2620 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | PATEL, BINESH | | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2621 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | PATEL, DHRUVIT | | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | PATEL, ILABEN | | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |
| | PATEL, MANISHA | | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.2624** | **Nonpriority creditor's name and mailing address**

PATEL, NARENDRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2625** | **Nonpriority creditor's name and mailing address**

PATEL, NEAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2626** | **Nonpriority creditor's name and mailing address**

PATEL, NEHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2627** | **Nonpriority creditor's name and mailing address**

PATEL, NILESH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,481.00

---

**3.2628** | **Nonpriority creditor's name and mailing address**

PATEL, NILESH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2629** | **Nonpriority creditor's name and mailing address**

PATEL, PAYAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$759.50

---

**3.2630** | **Nonpriority creditor's name and mailing address**

PATEL, PRAGNESHKUMAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2631** | **Nonpriority creditor's name and mailing address**

PATEL, PURVI, MD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2632** | **Nonpriority creditor's name and mailing address**

PATEL, RAKESH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2633** | **Nonpriority creditor's name and mailing address**

PATEL, SOHIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2634** | **Nonpriority creditor's name and mailing address**
PATEL, SWAPNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2635** | **Nonpriority creditor's name and mailing address**
PATEL, SWATI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2636** | **Nonpriority creditor's name and mailing address**
PATEL, YASHWANT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2637** | **Nonpriority creditor's name and mailing address**
PATRONIS, MARIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2638** | **Nonpriority creditor's name and mailing address**
PATTEN, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| **3.2639** | **Nonpriority creditor's name and mailing address**<br>PATTERSON, SHANNAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| **3.2640** | **Nonpriority creditor's name and mailing address**<br>PATTERSON, TERESA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| **3.2641** | **Nonpriority creditor's name and mailing address**<br>PAUL, LARISA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,015.65 |
| **3.2642** | **Nonpriority creditor's name and mailing address**<br>PAUL, LARISA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,148.44 |
| **3.2643** | **Nonpriority creditor's name and mailing address**<br>PAUL, LARISA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2644** | **Nonpriority creditor's name and mailing address**
PAULK, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2645** | **Nonpriority creditor's name and mailing address**
PAUSTIAN, PHILIP
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2646** | **Nonpriority creditor's name and mailing address**
PAYCOM PAYROLL LLC
7501 W MEMORIAL RD

OKLAHOMA CITY, OK  73142

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$163.05

---

**3.2647** | **Nonpriority creditor's name and mailing address**
PAYCOM PAYROLL LLC
ATTN REPORTING AGENT/CFO
7501 W MEMORIAL RD
OKLAHOMA CITY, OK  73142

**Date or dates debt was incurred**
VARIABLE

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2648** | **Nonpriority creditor's name and mailing address**
PAYNE, ANDREA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2649** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PAYNE, ANNE
ADDRESS REDACTED

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2650** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PAYNE, DANA
ADDRESS REDACTED

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2651** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PAZO, ADNER
ADDRESS REDACTED

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2652** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $33,123.40

PC CONNECTION SALES CORP.
ATTN: TIMOTHY MCGRATH
PO BOX 536472

PITTSBURGH, PA  15253-5906

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2653** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PC, DIAZ-MIRANDA
ADDRESS REDACTED

*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2654** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PC, EMEKA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2655** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

PC, ERDR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2656** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

PEACE, DEVAUGHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2657** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

PEAL, APRIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2658** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

PEARSON, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2659**  **Nonpriority creditor's name and mailing address**

PEAS, THREE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2660**  **Nonpriority creditor's name and mailing address**

PECHENKO, IRINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2661**  **Nonpriority creditor's name and mailing address**

PECKHAM IV, ALEXANDER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2662**  **Nonpriority creditor's name and mailing address**

PEDDI, JAYA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2663**  **Nonpriority creditor's name and mailing address**

PEEPLES III, LEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2664** | **Nonpriority creditor's name and mailing address**
PEERY, ADRIENNE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2665** | **Nonpriority creditor's name and mailing address**
PEILEN MD, KATHRYN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2666** | **Nonpriority creditor's name and mailing address**
PENDERGRAFT, COURTNEY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2667** | **Nonpriority creditor's name and mailing address**
PENDRICK CAPITAL PARTNERS, LLC
ATTN: ALGIS PENKIUNAS
2331 MILL ROAD, SUITE 510
ALEXANDRIA, VA  22314

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
UCC LIEN # 20234343645(DE)

**Is the claim subject to offset?**
☑ No
☐ Yes

$0.00

**3.2668** | **Nonpriority creditor's name and mailing address**
PENNCREDIT
2800 COMMERCE DRIVE
PO BOX 69703

HARRISBURG, PA  17106

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$280.89

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2669 | **Nonpriority creditor's name and mailing address**<br><br>PERAL, HILARIO DEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.2670 | **Nonpriority creditor's name and mailing address**<br><br>PERALTA ESPINAL, PALOMA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2671 | **Nonpriority creditor's name and mailing address**<br><br>PERES PLLC, N<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2672 | **Nonpriority creditor's name and mailing address**<br><br>PEREZ POWER, EMILIO<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2673 | **Nonpriority creditor's name and mailing address**<br><br>PERISETTI, NAGA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2674** Nonpriority creditor's name and mailing address

PERJU, CATALIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2675** Nonpriority creditor's name and mailing address

PERKINS, MATILDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2676** Nonpriority creditor's name and mailing address

PERKINS-HAYES, ELIZABETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2677** Nonpriority creditor's name and mailing address

PERRY DO, REBECCA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2678** Nonpriority creditor's name and mailing address

PERRY JR, EDWARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2679** | **Nonpriority creditor's name and mailing address**
PERRY, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2680** | **Nonpriority creditor's name and mailing address**
PETER JR, CARL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2681** | **Nonpriority creditor's name and mailing address**
PETERSEN SERVICES PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2682** | **Nonpriority creditor's name and mailing address**
PETERSEN, ERIK
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2683** | **Nonpriority creditor's name and mailing address**
PETRILLO, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2684 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | UNDETERMINED |
| | PETRUS, NICHOLAS<br>ADDRESS REDACTED | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.2685 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | UNDETERMINED |
| | PETTAWAY, GREGORY<br>ADDRESS REDACTED | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.2686 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | UNDETERMINED |
| | PEZESHKI, ALEXANDER<br>ADDRESS REDACTED | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.2687 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | UNDETERMINED |
| | PFEIFER III, JOSEPH<br>ADDRESS REDACTED | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.2688 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | UNDETERMINED |
| | PFITZER PLLC, GREGORY<br>ADDRESS REDACTED | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2689** | **Nonpriority creditor's name and mailing address**

PHAN, PETER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2690** | **Nonpriority creditor's name and mailing address**

PHELPS, SUMMER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2691** | **Nonpriority creditor's name and mailing address**

PHEMISTER, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2692** | **Nonpriority creditor's name and mailing address**

PHILLIPS, PAUL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2693** | **Nonpriority creditor's name and mailing address**

PHILLIPS, SEAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.2694 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

PHILLIPS, TROY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.2695 **Nonpriority creditor's name and mailing address**

PHYSICIAN CONSULTING PLLC, HAMILTON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.2696 **Nonpriority creditor's name and mailing address**

PHYSICIAN LLC, WILLIAMS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.2697 **Nonpriority creditor's name and mailing address**

PHYSICIAN SERVICES L, ROBERTS EMERGEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.2698 **Nonpriority creditor's name and mailing address**

PHYSICIAN SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2699 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | | *Check all that apply.* | |

PHYSICIAN SERVICES PLLC, DORTON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2700 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PHYSICIAN SERVICES, FOLAND
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2701 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PHYSICIANS GROUP LLC, FORD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2702 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PHYSICIANS INC., KS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2703 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PHYSICIANS LLC, OBERMEYER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2704** | **Nonpriority creditor's name and mailing address**

PHYSICIANS LLC, OM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2705** | **Nonpriority creditor's name and mailing address**

PHYSICIANS LLC, P&M
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2706** | **Nonpriority creditor's name and mailing address**

PHYSICIANS LLC, THE NORTH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2707** | **Nonpriority creditor's name and mailing address**

PHYSICIANS OF SKOKIE, EMERGENCY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2708** | **Nonpriority creditor's name and mailing address**

PHYSICIANS PC, LOTUS EMERGENCY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| **3.2709** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| --- | --- | --- | --- |

**3.2709**

**Nonpriority creditor's name and mailing address**

PHYSICIANS PC, THUNDER BAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2710**

**Nonpriority creditor's name and mailing address**

PHYSICIANS PLLC, EUPHORIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2711**

**Nonpriority creditor's name and mailing address**

PHYSICIANS PLLC, MSN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2712**

**Nonpriority creditor's name and mailing address**

PHYSICIANS PLLC, SONORAN EM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2713**

**Nonpriority creditor's name and mailing address**

PHYSICIANS SERVICES LLC, COLONNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2714**  **Nonpriority creditor's name and mailing address**

PIAR, DANIELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$375.68

---

**3.2715**  **Nonpriority creditor's name and mailing address**

PIERPONT, CARLA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2716**  **Nonpriority creditor's name and mailing address**

PILLAI MEDICAL LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2717**  **Nonpriority creditor's name and mailing address**

PILLITTERI, RIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2718**  **Nonpriority creditor's name and mailing address**

PINECREST COUNTRY CLUB
214 CLUB DRIVE

LONGVIEW, TX  75602

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,967.95

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2719** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PIRES, EMANUEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2720** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PISAREWICZ, KATARZYNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2721** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $463.13

PITNEY BOWES
PO BOX 981039

BOSTON, MA  02298-1039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2722** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $568.13

PITNEY BOWES
PO BOX 981039

BOSTON, MA  02298-1039

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2723** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PITT III MD, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

| 3.2724 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

3.2724

PITTMAN MD, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.2725

**Nonpriority creditor's name and mailing address**

PITTMAN, AMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2726

**Nonpriority creditor's name and mailing address**

PITTS, AARON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2727

**Nonpriority creditor's name and mailing address**

PITTS, DAPHNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2728

**Nonpriority creditor's name and mailing address**

PITTS, ERIC A
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2729** **Nonpriority creditor's name and mailing address**
PIVOVAROV, IVAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2730** **Nonpriority creditor's name and mailing address**
PIXLEY, EVAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2731** **Nonpriority creditor's name and mailing address**
PLANET DEPOS
1100 CONNECTICUT AVE, NW
SUITE 950
WASHINGTON  DC
20036

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,298.05

---

**3.2732** **Nonpriority creditor's name and mailing address**
PLAZA SERVICES PC
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2733** **Nonpriority creditor's name and mailing address**
PLAZA, JOSE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | |
|---|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2734 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

3.2734
**Nonpriority creditor's name and mailing address**

PLLC, ANUJIG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2735
**Nonpriority creditor's name and mailing address**

PLLC, ATHAMNEH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2736
**Nonpriority creditor's name and mailing address**

PLLC, ATOSO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2737
**Nonpriority creditor's name and mailing address**

PLLC, BADCORP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2738
**Nonpriority creditor's name and mailing address**

PLLC, BAYFRAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2739 | **Nonpriority creditor's name and mailing address**<br><br>PLLC, BIG COUNTRY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2740 | **Nonpriority creditor's name and mailing address**<br><br>PLLC, BOOTH-STEFANI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2741 | **Nonpriority creditor's name and mailing address**<br><br>PLLC, CARSWELL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2742 | **Nonpriority creditor's name and mailing address**<br><br>PLLC, CJSOOHOO<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2743 | **Nonpriority creditor's name and mailing address**<br><br>PLLC, DOCHANSON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PLLC, EMDOCS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2745 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PLLC, EOOMD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2746 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PLLC, EPOCHMD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2747 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PLLC, FLATLINED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2748 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

PLLC, FLO CARE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.2749**

**Nonpriority creditor's name and mailing address**

PLLC, GEMIGNANI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2750**

**Nonpriority creditor's name and mailing address**

PLLC, HCDLEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2751**

**Nonpriority creditor's name and mailing address**

PLLC, HEPHAESTUS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2752**

**Nonpriority creditor's name and mailing address**

PLLC, HLM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2753**

**Nonpriority creditor's name and mailing address**

PLLC, INGRAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.2754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

PLLC, KCK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.2755 **Nonpriority creditor's name and mailing address**

PLLC, KOMA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.2756 **Nonpriority creditor's name and mailing address**

PLLC, LEGEND EM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.2757 **Nonpriority creditor's name and mailing address**

PLLC, LITWIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.2758 **Nonpriority creditor's name and mailing address**

PLLC, MACHAPUCHARE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2759 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
PLLC, MATOS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**
3.2760
PLLC, MEDIKAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**
3.2761
PLLC, MED-KARE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**
3.2762
PLLC, NAZER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**Nonpriority creditor's name and mailing address**
3.2763
PLLC, PANDAER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|--------|----------------------------------|------------------------|--------------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2764 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | PLLC, POTLUCKY | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.2765 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | PLLC, RAFIQUE | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.2766 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | PLLC, RENEWMD | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.2767 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | PLLC, RUSSMED | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| 3.2768 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | PLLC, SAUCERMAN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | VARIOUS | ☑ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| **3.2769** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | PLLC, SHADALOO | Check all that apply. | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **3.2770** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | PLLC, SUBLIME | Check all that apply. | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **3.2771** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | PLLC, TAYLOROSA | Check all that apply. | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **3.2772** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | PLLC, TEMDOCS | Check all that apply. | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| **3.2773** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | PLLC, WRIGHTWOOD | Check all that apply. | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2774** Nonpriority creditor's name and mailing address

PLLC, XELUS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2775** Nonpriority creditor's name and mailing address

PLLC, YIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2776** Nonpriority creditor's name and mailing address

PLUMERI, PETER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2777** Nonpriority creditor's name and mailing address

PLUNKETT COONEY, P.C.
38505 WOODWARD AVE
SUITE 100

BLOOMFIELD HILLS,, MI  48304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,311.00

---

**3.2778** Nonpriority creditor's name and mailing address

POAGE DO PLLC, FREDERICK D
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

3.2779 **Nonpriority creditor's name and mailing address**
POAGE, FREDERICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2780 **Nonpriority creditor's name and mailing address**
POGGI, JOSHUA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2781 **Nonpriority creditor's name and mailing address**
POLLARD, DEVAUGHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2782 **Nonpriority creditor's name and mailing address**
POPONEA, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2783 **Nonpriority creditor's name and mailing address**
POPP, RICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 (BLS) |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.2784 | **Nonpriority creditor's name and mailing address**<br><br>PORTER, DAVID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.2785 | **Nonpriority creditor's name and mailing address**<br><br>PORTER, JAYCE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.2786 | **Nonpriority creditor's name and mailing address**<br><br>PORTER, JOSH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $351.00 |

| 3.2787 | **Nonpriority creditor's name and mailing address**<br><br>PORTER, KINGA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| 3.2788 | **Nonpriority creditor's name and mailing address**<br><br>PORTER, MATTHEW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $51.83 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.2789** | **Nonpriority creditor's name and mailing address**
POSEY, CASEY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2790** | **Nonpriority creditor's name and mailing address**
POSLAIKO, LAUREN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2791** | **Nonpriority creditor's name and mailing address**
POSTON, DONNA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2792** | **Nonpriority creditor's name and mailing address**
POULOS, DREWID
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2793** | **Nonpriority creditor's name and mailing address**
POWELL, JAYCE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.2794** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

POWERS ASSOCIATION PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2795** | **Nonpriority creditor's name and mailing address**

POWERS, HOLLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2796** | **Nonpriority creditor's name and mailing address**

POWERS, KATRINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2797** | **Nonpriority creditor's name and mailing address**

PRACTICE LINK
PO BOX 100

HINTON, WV  25951

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,165.00

---

**3.2798** | **Nonpriority creditor's name and mailing address**

PRACTICE LLC, AFFILIATED PHYS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2799** | **Nonpriority creditor's name and mailing address**

PRACTICE PC, SMITH COUNTY FA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2800** | **Nonpriority creditor's name and mailing address**

PRACTICE, PULLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2801** | **Nonpriority creditor's name and mailing address**

PRACTICEMATCH CORPORATION
PO BOX 783755

PHILADELPHIA, PA  19178-3755

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,073.35

---

**3.2802** | **Nonpriority creditor's name and mailing address**

PRACTITIONER SERVICE, AMARILLO NURSE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2803** | **Nonpriority creditor's name and mailing address**

PRATT, EUSTACIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.2804 | **Nonpriority creditor's name and mailing address**<br>PRATT, JESSICA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.2805 | **Nonpriority creditor's name and mailing address**<br>PRAXI MANAGEMENT<br>ATTN: DAVID SINGLEY<br>PO BOX 23799<br><br>JACKSONVILLE, FL  32241<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR PAYABLE<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $65,249.50 |
| 3.2806 | **Nonpriority creditor's name and mailing address**<br>PRAXI MANAGEMENT<br>PO BOX 23799<br><br>JACKSONVILLE, FL  32241<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $17,330.00 |
| 3.2807 | **Nonpriority creditor's name and mailing address**<br>PRENTISS, JULIA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2808 | **Nonpriority creditor's name and mailing address**<br>PRESCOTT, STACY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>CASH VALUE OF NON-QUALIFIED<br>DEFERRED COMPENSATION PLAN<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $714,929.22 |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.2809** | **Nonpriority creditor's name and mailing address**

PRESTIGE HEALTH CHOICE
PO BOX 7367

LONDON, KY  40742

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$124.61

---

**3.2810** | **Nonpriority creditor's name and mailing address**

PRESTON, MELISSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2811** | **Nonpriority creditor's name and mailing address**

PREVENTION SERVICES, HEALTHCARE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2812** | **Nonpriority creditor's name and mailing address**

PRICE, DEBRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2813** | **Nonpriority creditor's name and mailing address**

PRICE, SPENCER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.2814** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

PRIMUS, ASHLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2815** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

PRINCE, MAURICE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2816** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

PRINCE, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2817** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

PRINCE, YOEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2818** | **Nonpriority creditor's name and mailing address** | $1,038.00

PRINCIPE, MORGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2819** | **Nonpriority creditor's name and mailing address**
PRO COMM INC
PO BOX 462

MOUNT PLEASANT, MI 48804

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,111.07

---

**3.2820** | **Nonpriority creditor's name and mailing address**
PROCTOR, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2821** | **Nonpriority creditor's name and mailing address**
PROFESSIONAL CONSULTANTS LLC,
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2822** | **Nonpriority creditor's name and mailing address**
PROFESSIONAL SERVICE, LESUEUR
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2823** | **Nonpriority creditor's name and mailing address**
PROFESSIONAL SERVICES LLC, RAMOND
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

|  | **Amount of claim** |
| --- | --- |

| 3.2824 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,180.40 |
| | PROGRESSIVE | Check all that apply. | |
| | 600 N WESTSHORE BLVD | ☐ Contingent | |
| | #400 | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | TAMPA, FL 33609 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | UNCASHED CHECK | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| 3.2825 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | PROVIDER LLC, PHYSICIAN | Check all that apply. | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2826 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $500.00 |
| | PROVIDER RESOURCES, INC. | Check all that apply. | |
| | | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | | |
| | VARIOUS | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2827 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,527.20 |
| | PROVIDER TRUST, INC. | Check all that apply. | |
| | ADDRESS REDACTED | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date or dates debt was incurred** | ☐ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | TRADE VENDOR PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2828 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,540.94 |
| | PROVIDER'S CHOICE SCRIBE SERVICES, LLC | Check all that apply. | |
| | C/O JOSE RODRIQUEZ | ☐ Contingent | |
| | 4919 PARKFORD | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | SAN ANTONIO, TX 78249 | | |
| | | **Basis for the claim:** | |
| | **Date or dates debt was incurred** | TRADE VENDOR PAYABLE | |
| | VARIOUS | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | **Last 4 digits of account number:** | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

| 3.2829 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

PROVISION LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2830 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

PRUITT, ALICIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

PSC, ER DOC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

PUBLIC INC, EMERGENT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $231.56 |
|---|---|---|---|

PUBLIC SERVICE COMPANY OF OKLAHOMA
PO BOX 24401
CANTON  OH
44701-4401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2834** | **Nonpriority creditor's name and mailing address**

PUCKETT, ELEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2835** | **Nonpriority creditor's name and mailing address**

PUGH, DARRELL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2836** | **Nonpriority creditor's name and mailing address**

PUGHSLEY, RACHEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2837** | **Nonpriority creditor's name and mailing address**

PULLIAM, PRACTICE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2838** | **Nonpriority creditor's name and mailing address**

PUMAREJO GOMEZ, LAURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.2839**    **Nonpriority creditor's name and mailing address**

PY, LAUREN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2840**    **Nonpriority creditor's name and mailing address**

QGENDA,LLC
ATTN: STEVE RZASNICKI
3280 PEACHTREE ROAD NE
SUITE 1400
ATLANTA, GA  30305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$50,379.25

---

**3.2841**    **Nonpriority creditor's name and mailing address**

QU, YING
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2842**    **Nonpriority creditor's name and mailing address**

QUALITY EMERGENCY CARE PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2843**    **Nonpriority creditor's name and mailing address**

QUARLES, GLENN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2844** | **Nonpriority creditor's name and mailing address**

QUARLES, WESLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2845** | **Nonpriority creditor's name and mailing address**

QUEST DIAGNOSTICS
PO BOX 740709

ATLANTA, GA  30374-0709

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$246.20

---

**3.2846** | **Nonpriority creditor's name and mailing address**

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
9300 SOUTH DADELAND BLVD
4TH FLOOR

MIAMI, FL  33156

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,886.00

---

**3.2847** | **Nonpriority creditor's name and mailing address**

R HAMMOCK DO LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2848** | **Nonpriority creditor's name and mailing address**

R HARRING MD PLLC, THERESA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2849** | **Nonpriority creditor's name and mailing address**
R1
PO BOX 735276

DALLAS, TX  75373-5276

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$546.45

---

**3.2850** | **Nonpriority creditor's name and mailing address**
R1 2022
PO BOX 735160

DALLAS, TX  75373-5160

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$19,257,374.51

---

**3.2851** | **Nonpriority creditor's name and mailing address**
R1 MEDICAL CONSULTANTS INC.
ATTN: JACKIE WILLETT
PO BOX 735160

DALLAS, TX  75373-5160

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$462,039.55

---

**3.2852** | **Nonpriority creditor's name and mailing address**
RABY, CHELSEA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2853** | **Nonpriority creditor's name and mailing address**
RAD, KIYAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.2854 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

RADO LLC
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2855 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

RAFIQ, KAMRAN
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2856 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,717.59 |
|---|---|---|---|

RAGHUNATHAN, AMRITHA
ADDRESS REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCASHED CHECK

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2857 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $759.00 |
|---|---|---|---|

RAHIM, SALMAN
ADDRESS REDACTED

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
UNCASHED CHECK

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.2858 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

RAHIMAN, ABDUL
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2859** | **Nonpriority creditor's name and mailing address**
RAHMAN, MOHAMMED
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2860** | **Nonpriority creditor's name and mailing address**
RAHMANIAN, BOBAK
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2861** | **Nonpriority creditor's name and mailing address**
RAHTER DO, CAROL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2862** | **Nonpriority creditor's name and mailing address**
RAINES, RONNIE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2863** | **Nonpriority creditor's name and mailing address**
RAJASEKHAR, ARUN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2864** | **Nonpriority creditor's name and mailing address**

RALEIGH, GARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2865** | **Nonpriority creditor's name and mailing address**

RAMPP, RANDAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2866** | **Nonpriority creditor's name and mailing address**

RAMSAY, PRISCILLA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2867** | **Nonpriority creditor's name and mailing address**

RAMSEY, JOSHUA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2868** | **Nonpriority creditor's name and mailing address**

RAMSEY, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

| 3.2869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,371.31 |
|---|---|---|---|

3.2869 **Nonpriority creditor's name and mailing address**

RANDIVE, RUSHIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** $1,371.31

---

3.2870 **Nonpriority creditor's name and mailing address**

RANDIVE, RUSHIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** UNDETERMINED

---

3.2871 **Nonpriority creditor's name and mailing address**

RANDIVE, VIJAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** UNDETERMINED

---

3.2872 **Nonpriority creditor's name and mailing address**

RANKIN, OSCAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** UNDETERMINED

---

3.2873 **Nonpriority creditor's name and mailing address**

RANNIGER, STACIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim** UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.2874** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

RANSOM, DAVID
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2875** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

RAO, ANOOP KUMARNOO
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2876** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

RAO, RAJESH
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2877** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

RASHEED PC, ATIF
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2878** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

RASHLEIGH, MEGAN
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2879** | **Nonpriority creditor's name and mailing address**
RASMUSSEN, ZACHARY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2880** | **Nonpriority creditor's name and mailing address**
RAUCH, LINDSEY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2881** | **Nonpriority creditor's name and mailing address**
RAWLINGS, KATHRYN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2882** | **Nonpriority creditor's name and mailing address**
RAY CRNP INC, SHELLIE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2883** | **Nonpriority creditor's name and mailing address**
RAY QUINNEY & NEBEKER PC
ATTN: ACCOUNTS RECEIVABLE
PO BOX 45385

SALT LAKE CITY, UT  84145-0385

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,240.00

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2884 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.2884**

**Nonpriority creditor's name and mailing address**
RAY, SHELLIE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2885**

**Nonpriority creditor's name and mailing address**
RAYBORN, NATHANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2886**

**Nonpriority creditor's name and mailing address**
RAZAVI, BEHZAD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2887**

**Nonpriority creditor's name and mailing address**
REDDOCH MD, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2888**

**Nonpriority creditor's name and mailing address**
REDDY, DEEPAK
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|

(Name)

| Part 2: | Additional Page |
|---------|-----------------|

| | Amount of claim |
|---|---|

| 3.2889 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

REDDY, YEKOLLA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2890 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

REDINGER, ASHLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2891 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

REDINGER, KATHRYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2892 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

REECE MD, KENNETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.2893 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

REED, ADRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2894** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

REEVES EMERGENC SERVICES PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2895** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

REEVES, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2896** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

REFFITT, ANGELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2897** | **Nonpriority creditor's name and mailing address** | | $1,141.25

REGIONAL MEDICAL CENTER
ATTN: MEDICAL STAFF OFFICE
400 EAST TENTH STREET

ANNISTON, AL  36207

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2898** | **Nonpriority creditor's name and mailing address** | | UNDETERMINED

REHMAN MD, SAEED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| | | |
|---|---|---|
| 3.2899 | **Nonpriority creditor's name and mailing address** | $2,050.13 |
| | REHMATULLA, AHAD | |
| | ADDRESS REDACTED | |
| | **Date or dates debt was incurred** | |
| | VARIOUS | |
| | **Last 4 digits of account number:** | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2900 | **Nonpriority creditor's name and mailing address** | UNDETERMINED |
|---|---|---|
| | REIF, THOMAS | |
| | ADDRESS REDACTED | |
| | **Date or dates debt was incurred** | |
| | VARIOUS | |
| | **Last 4 digits of account number:** | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2901 | **Nonpriority creditor's name and mailing address** | UNDETERMINED |
|---|---|---|
| | REIKHER, DANIEL | |
| | ADDRESS REDACTED | |
| | **Date or dates debt was incurred** | |
| | VARIOUS | |
| | **Last 4 digits of account number:** | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2902 | **Nonpriority creditor's name and mailing address** | $164.17 |
|---|---|---|
| | REIMANN, GEORGE | |
| | ADDRESS REDACTED | |
| | **Date or dates debt was incurred** | |
| | VARIOUS | |
| | **Last 4 digits of account number:** | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2903 | **Nonpriority creditor's name and mailing address** | UNDETERMINED |
|---|---|---|
| | REIN PLLC, TOUT | |
| | ADDRESS REDACTED | |
| | **Date or dates debt was incurred** | |
| | VARIOUS | |
| | **Last 4 digits of account number:** | |

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.2904**

**Nonpriority creditor's name and mailing address**

REIN, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2905**

**Nonpriority creditor's name and mailing address**

REITSMA-MATHIAS, ALEATHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2906**

**Nonpriority creditor's name and mailing address**

RELIANCE TRUST COMPANY
PO BOX 5396
ATTN: RSG FEES

CAROL STREAM, IL  60197-5396

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$949.97

---

**3.2907**

**Nonpriority creditor's name and mailing address**

RENALDI, ADRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2908**

**Nonpriority creditor's name and mailing address**

RESUSCITATION SPECIALISTS PLLC, DESERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2909**    **Nonpriority creditor's name and mailing address**

REVIVAL, LAROCHE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2910**    **Nonpriority creditor's name and mailing address**

REVIVIFYCO LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2911**    **Nonpriority creditor's name and mailing address**

REY, JONATHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2912**    **Nonpriority creditor's name and mailing address**

REYNOLDS, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2913**    **Nonpriority creditor's name and mailing address**

REYNOLDS, WADE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,758.57

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page | |

| | | Amount of claim |
|---|---|---|

**3.2914** | **Nonpriority creditor's name and mailing address**
REZNIKOV, BORIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2915** | **Nonpriority creditor's name and mailing address**
RHEA, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2916** | **Nonpriority creditor's name and mailing address**
RHOADES, DUSTY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2917** | **Nonpriority creditor's name and mailing address**
RHODEN, RIANA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2918** | **Nonpriority creditor's name and mailing address**
RHODES, JEANNIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.2919** Nonpriority creditor's name and mailing address

RICCI, LISA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2920** Nonpriority creditor's name and mailing address

RICE, JAKE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2921** Nonpriority creditor's name and mailing address

RICE, KIMBERLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2922** Nonpriority creditor's name and mailing address

RICE, KRISTEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2923** Nonpriority creditor's name and mailing address

RICHISON, GEORGE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2924 | **Nonpriority creditor's name and mailing address**<br>RIDDLESPURGER, KIMBERLY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2925 | **Nonpriority creditor's name and mailing address**<br>RIES, J SCOTT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2926 | **Nonpriority creditor's name and mailing address**<br>RIESENBERGER, TIMOTHY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2927 | **Nonpriority creditor's name and mailing address**<br>RIGSBEE, WILLIAM<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2928 | **Nonpriority creditor's name and mailing address**<br>RILEY, KRISTIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2929 | **Nonpriority creditor's name and mailing address**<br><br>RINEER, SCOTT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.2930 | **Nonpriority creditor's name and mailing address**<br><br>RIOS, DAVID<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2931 | **Nonpriority creditor's name and mailing address**<br><br>RITCHIE LLC, ELIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2932 | **Nonpriority creditor's name and mailing address**<br><br>RITCHIE, ELIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2933 | **Nonpriority creditor's name and mailing address**<br><br>RIVER LLC, YADKIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.2934 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $284.90 |

RIVERA, CARLOS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2935 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

RIVERA, LOUIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2936 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

RIVERA, SARAI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2937 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

RIVERATYLER, TANYA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.2938 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

RIYAZUDDIN, FIRAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2939** | **Nonpriority creditor's name and mailing address**

RIZZO, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2940** | **Nonpriority creditor's name and mailing address**

RMN MEDICAL LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$40,260.00

---

**3.2941** | **Nonpriority creditor's name and mailing address**

ROA, DESIREE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2942** | **Nonpriority creditor's name and mailing address**

ROBERSON, MEGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2943** | **Nonpriority creditor's name and mailing address**

ROBERTS MD PLLC, CAMARAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2944** **Nonpriority creditor's name and mailing address**

ROBERTS, EMILY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2945** **Nonpriority creditor's name and mailing address**

ROBERTS, STEPHEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2946** **Nonpriority creditor's name and mailing address**

ROBINETTE, KATY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2947** **Nonpriority creditor's name and mailing address**

ROBINSON LLC, TREVOR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2948** **Nonpriority creditor's name and mailing address**

ROBISON MD LLC, BRAD K
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2949 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**3.2949** **Nonpriority creditor's name and mailing address**

ROBISON, BRAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.2950** **Nonpriority creditor's name and mailing address**

ROBISON, BYRON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.2951** **Nonpriority creditor's name and mailing address**

ROBY, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.2952** **Nonpriority creditor's name and mailing address**

ROCCO, KATHLEEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

---

**3.2953** **Nonpriority creditor's name and mailing address**

ROCKWILEY, KEITH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2954**

**Nonpriority creditor's name and mailing address**

RODENBECK, RACHEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2955**

**Nonpriority creditor's name and mailing address**

RODERICK KELLY PA C LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,100.00

---

**3.2956**

**Nonpriority creditor's name and mailing address**

RODGERS, TONI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2957**

**Nonpriority creditor's name and mailing address**

ROEMER, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.2958**

**Nonpriority creditor's name and mailing address**

ROGERS, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2959 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

ROGOTZKE, CYLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

3.2959 — **As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2960 **Nonpriority creditor's name and mailing address**

ROH, SEUNGWHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2961 **Nonpriority creditor's name and mailing address**

ROHILLA, RAJESH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2962 **Nonpriority creditor's name and mailing address**

ROHILLA, RAJESH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.2963 **Nonpriority creditor's name and mailing address**

ROLDAN, BRITTNI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.2964** | **Nonpriority creditor's name and mailing address**
ROLDAN, MILTON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2965** | **Nonpriority creditor's name and mailing address**
ROLLER, ALFRED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2966** | **Nonpriority creditor's name and mailing address**
ROLLMAN, NATALIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2967** | **Nonpriority creditor's name and mailing address**
ROLLO, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2968** | **Nonpriority creditor's name and mailing address**
ROLSTON, BRICE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2969 | **Nonpriority creditor's name and mailing address**<br><br>ROLWES, FAITH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2970 | **Nonpriority creditor's name and mailing address**<br><br>ROMAN, CHERYL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2971 | **Nonpriority creditor's name and mailing address**<br><br>ROMERO, MARTIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2972 | **Nonpriority creditor's name and mailing address**<br><br>RONE PC, CHRISTOPHER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.2973 | **Nonpriority creditor's name and mailing address**<br><br>ROPER, EMILY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.2974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ROQUE, RAQUEL | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ROSELL, BRYANT | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2976 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ROSENBECK, DAVID | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2977 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | ROSLING, TINA | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2978 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $502,500.00 |
| | ROSS, BENJAMIN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | SEVERANCE & RETENTION PAYABLE | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.2979** **Nonpriority creditor's name and mailing address**
ROSS, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2980** **Nonpriority creditor's name and mailing address**
ROSS, JARED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2981** **Nonpriority creditor's name and mailing address**
ROSS, JARRETT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2982** **Nonpriority creditor's name and mailing address**
ROTHERY, LINDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2983** **Nonpriority creditor's name and mailing address**
ROTTER, ZACHARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page | |
| --- | --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.2984** **Nonpriority creditor's name and mailing address**

ROUNDTREE, KYLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2985** **Nonpriority creditor's name and mailing address**

ROUTH, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2986** **Nonpriority creditor's name and mailing address**

ROWLAND, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2987** **Nonpriority creditor's name and mailing address**

ROYALL, CAMERON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.2988** **Nonpriority creditor's name and mailing address**

ROZEN, EUGENE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

| 3.2989 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | RPH MEDICAL SERVICES PLLC | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2990 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | RSI PLLC, MILLER | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2991 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | RUANTO, ARTURO | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2992 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | RUCKER LEWIS JR, STEVEN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.2993 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | RUETTINGER, CHRISTOPHER | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date or dates debt was incurred** | ☑ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.2994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | RUFF JR, MARION | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2995 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | RUFFENACH, STEPHEN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2996 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,485.69 |
| | RUHLAND, EYERUSALEM | *Check all that apply.* | |
| | ADDRESS REDACTED | ☐ Contingent | |
| | **Date or dates debt was incurred** | ☐ Unliquidated | |
| | VARIOUS | ☐ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | UNCASHED CHECK | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2997 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | RUMBURG, AARON | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.2998 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | RUSSELL WERNER PLLC, JENNIFER | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.2999** **Nonpriority creditor's name and mailing address**

RUSSELL, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3000** **Nonpriority creditor's name and mailing address**

RUST, STEFANIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3001** **Nonpriority creditor's name and mailing address**

RUTH, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3002** **Nonpriority creditor's name and mailing address**

RUTHERFORD, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3003** **Nonpriority creditor's name and mailing address**

RUTLEDGE, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,200,000.00

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3004** | **Nonpriority creditor's name and mailing address**

RUTLEDGE, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$794,435.30

---

**3.3005** | **Nonpriority creditor's name and mailing address**

RUZMETOVA, NARGIZ
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3006** | **Nonpriority creditor's name and mailing address**

RYAN PETIT MD LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3007** | **Nonpriority creditor's name and mailing address**

RYAN, CHELSEA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3008** | **Nonpriority creditor's name and mailing address**

SA EMERGENCY SOLUTIONS LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3009 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

SAAB GROUP, THE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3010 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

SAAD, TOM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3011 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

SAAVEDRA, CHRISTINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3012 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

SABBAGH, KELSI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3013 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

SADALLA, JED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 (BLS) |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3014 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

SADLER, SAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3015 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

SAGADRACA, REMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3016 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

SAGE, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3017 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

SAHNI, MANISH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3018 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

SAKAAN, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.3019** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $2,761.44

SALAS, JACQUELYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3020** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SALDANA, R
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3021** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SALDANA, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3022** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SALEH, NOHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3023** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SALERA, SATURNINO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

| 3.3024 | **Nonpriority creditor's name and mailing address**<br><br>SALES, SAMANTHA GRACE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,681.08 |
|---|---|---|---|
| 3.3025 | **Nonpriority creditor's name and mailing address**<br><br>SALESFORCE.COM INC<br>ATTN: TODD MACHTMES<br>P.O. BOX 203141<br><br>DALLAS, TX  75320-3141<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $35,652.24 |
| 3.3026 | **Nonpriority creditor's name and mailing address**<br><br>SALHI, RAMA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3027 | **Nonpriority creditor's name and mailing address**<br><br>SALISBURY, MICHAEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3028 | **Nonpriority creditor's name and mailing address**<br><br>SAMJI, NAGA SWETHA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3029 | **Nonpriority creditor's name and mailing address**<br><br>SAMOTIS, KYMBERLY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.3030 | **Nonpriority creditor's name and mailing address**<br><br>SAMPSON, WAYNE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3031 | **Nonpriority creditor's name and mailing address**<br><br>SAMSON, DIANE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3032 | **Nonpriority creditor's name and mailing address**<br><br>SANCHEZ, MATTHEW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3033 | **Nonpriority creditor's name and mailing address**<br><br>SANDERS, WILLIAM<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3034** **Nonpriority creditor's name and mailing address**

SANDIFER, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3035** **Nonpriority creditor's name and mailing address**

SANDIN, ROBYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3036** **Nonpriority creditor's name and mailing address**

SANSONE MEDICAL LLC, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3037** **Nonpriority creditor's name and mailing address**

SANTA ROSA MEDICAL CENTER CREDENTIALING
ATTN: NICHOLE STRICKLING, MEDICAL STAFF OFFICE
4250 WOODBINE RD

PACE, FL  32571

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$500.00

---

**3.3038** **Nonpriority creditor's name and mailing address**

SANTIAGO, VICTOR J
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.3039**    **Nonpriority creditor's name and mailing address**

SAPIENTES FUNDING II
830 EAST PLATTE AVE
FORT MORGAN, CO 80701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
PURCHASE AGREEMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,900,000.00

---

**3.3040**    **Nonpriority creditor's name and mailing address**

SAQIB, IQRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3041**    **Nonpriority creditor's name and mailing address**

SAROFF, COLTON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3042**    **Nonpriority creditor's name and mailing address**

SARRAJ, ALA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3043**    **Nonpriority creditor's name and mailing address**

SAWLANI, HANSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3044**  **Nonpriority creditor's name and mailing address**

SAWYER, SADIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3045**  **Nonpriority creditor's name and mailing address**

SAYRE, GEORGE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3046**  **Nonpriority creditor's name and mailing address**

SCALETTY, PETER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3047**  **Nonpriority creditor's name and mailing address**

SCARFF, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3048**  **Nonpriority creditor's name and mailing address**

SCHAFFER, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.3049** **Nonpriority creditor's name and mailing address**

SCHALLER, DEREK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3050** **Nonpriority creditor's name and mailing address**

SCHIERBAUM, KATHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3051** **Nonpriority creditor's name and mailing address**

SCHLEIFER, KIETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3052** **Nonpriority creditor's name and mailing address**

SCHNEIDER, CLAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3053** **Nonpriority creditor's name and mailing address**

SCHNEIDMAN, SYDNEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.3054 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | SCHREIL, ALEXANDER | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3055 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | SCHROEDER, JAROD | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3056 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | SCHROER, TIMOTHY | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3057 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | SCHROYER, COURTNEY | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3058 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | SCHULER, JONATHAN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3059** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SCHULTZ, KURT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3060** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SCHULTZ, TOBEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3061** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SCHULZ, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3062** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SCHWAGER, KEITH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3063** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SCHWANEBECK MD, JASON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3064** **Nonpriority creditor's name and mailing address**

SCHWIND, VALARIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3065** **Nonpriority creditor's name and mailing address**

SCIESZKA, LAURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3066** **Nonpriority creditor's name and mailing address**

SCOGGINS MD PA, THOMAS H
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3067** **Nonpriority creditor's name and mailing address**

SCOGGINS MD PA, THOMAS H
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3068** **Nonpriority creditor's name and mailing address**

SCOTT MD PA, CHARLES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.3069** | Nonpriority creditor's name and mailing address
SCOTT, BEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$274,999.92

---

**3.3070** | Nonpriority creditor's name and mailing address
SCOTT, FRANK D
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3071** | Nonpriority creditor's name and mailing address
SCOTT, JACK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$178,763.67

---

**3.3072** | Nonpriority creditor's name and mailing address
SCOTT, JOSHUA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3073** | Nonpriority creditor's name and mailing address
SCOTT, SHEKYLA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3074**  **Nonpriority creditor's name and mailing address**

SCP EMERGENCY CARE LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$60,533.52

---

**3.3075**  **Nonpriority creditor's name and mailing address**

SEALL, EDWARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3076**  **Nonpriority creditor's name and mailing address**

SEAMONS, EVAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3077**  **Nonpriority creditor's name and mailing address**

SEAN GORMAN MD PC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3078**  **Nonpriority creditor's name and mailing address**

SEFTON, JESSICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3079**  **Nonpriority creditor's name and mailing address**

SEGO D.O., JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3080**  **Nonpriority creditor's name and mailing address**

SEIBERT, LYDIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3081**  **Nonpriority creditor's name and mailing address**

SEIFERT, PHILLIP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3082**  **Nonpriority creditor's name and mailing address**

SELLERS, PATRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3083**  **Nonpriority creditor's name and mailing address**

SERGENT, HEATHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3084** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SERVATIUS, AMBER
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3085** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SERVICES INC, STELLAR EMERGEN
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3086** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SERVICES INC, TRAVELCARE
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3087** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SERVICES INC., CONN HEALTHCARE
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3088** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SERVICES INC., MIDWEST MEDICAL
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| **Part 2:** | Additional Page | |

|  |  | Amount of claim |
|---|---|---|

| 3.3089 | **Nonpriority creditor's name and mailing address**<br><br>SERVICES LLC, COASTAL EMERGEN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3090 | **Nonpriority creditor's name and mailing address**<br><br>SERVICES LLC, PHYSICIAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3091 | **Nonpriority creditor's name and mailing address**<br><br>SERVICES LLC, SPECIALIST ASSO<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3092 | **Nonpriority creditor's name and mailing address**<br><br>SERVICES LLC, WRM<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3093 | **Nonpriority creditor's name and mailing address**<br><br>SERVICES PA, SLOAS CHRISTIAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

<table>
<tr><td></td><td></td><td style="text-align:right">Amount of claim</td></tr>
<tr>
<td>

3.3094  **Nonpriority creditor's name and mailing address**

SERVICES PLLC, KOCHERT MEDICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>

<tr>
<td>

3.3095  **Nonpriority creditor's name and mailing address**

SERVICES, BOWEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>

<tr>
<td>

3.3096  **Nonpriority creditor's name and mailing address**

SETHI-DIHENIA, CHANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>

<tr>
<td>

3.3097  **Nonpriority creditor's name and mailing address**

SETLER, LAUREN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>

<tr>
<td>

3.3098  **Nonpriority creditor's name and mailing address**

SEXTON, ALYSSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

</td>
<td>

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

</td>
<td style="text-align:right">UNDETERMINED</td>
</tr>
</table>

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3099**  Nonpriority creditor's name and mailing address

SEXTON, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3100**  Nonpriority creditor's name and mailing address

SEXTON, LINDSAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3101**  Nonpriority creditor's name and mailing address

SEYMOUR, KENNETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3102**  Nonpriority creditor's name and mailing address

SHAFER, GORDON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3103**  Nonpriority creditor's name and mailing address

SHAH MD LLC, NISHAN A.
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

| 3.3104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
SHAH, BHAVI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3105

**Nonpriority creditor's name and mailing address**
SHAH, MAULI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3106

**Nonpriority creditor's name and mailing address**
SHAH, POOJA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3107

**Nonpriority creditor's name and mailing address**
SHAH, RAKESH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3108

**Nonpriority creditor's name and mailing address**
SHAH, RICKY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.3109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

3.3109 | **Nonpriority creditor's name and mailing address**

SHAH, RITA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3110 | **Nonpriority creditor's name and mailing address**

SHAH, RUSHABH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3111 | **Nonpriority creditor's name and mailing address**

SHAH, SYED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3112 | **Nonpriority creditor's name and mailing address**

SHAHID, MUHAMMAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3113 | **Nonpriority creditor's name and mailing address**

SHAIKH, ABDUL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3114** | **Nonpriority creditor's name and mailing address**

SHAKER EMERGENCY SPECIALISTS PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3115** | **Nonpriority creditor's name and mailing address**

SHAKHAN, SAJID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3116** | **Nonpriority creditor's name and mailing address**

SHAKSTAD JR, PAUL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3117** | **Nonpriority creditor's name and mailing address**

SHAMIM, AINNY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3118** | **Nonpriority creditor's name and mailing address**

SHAMS-SCHIMMELS, NASHEED MOSHARRAT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$14,517.93

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3119 | **Nonpriority creditor's name and mailing address**<br>SHANK, MARK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.3120 | **Nonpriority creditor's name and mailing address**<br>SHANKS, RAINA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3121 | **Nonpriority creditor's name and mailing address**<br>SHARMA, MONISH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,400.00 |
| 3.3122 | **Nonpriority creditor's name and mailing address**<br>SHARP, DONOTUSESAMUEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3123 | **Nonpriority creditor's name and mailing address**<br>SHARP, KYRA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3124** | **Nonpriority creditor's name and mailing address**
SHARP, LINDSEY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3125** | **Nonpriority creditor's name and mailing address**
SHAW, ALLEN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3126** | **Nonpriority creditor's name and mailing address**
SHAW, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3127** | **Nonpriority creditor's name and mailing address**
SHEEHAN, PAUL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3128** | **Nonpriority creditor's name and mailing address**
SHEHAN, JOSHUA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3129** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SHEIKH, AZHAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3130** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SHEIKH, BELAAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3131** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SHEIKHADEN, ZAKARIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3132** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SHELSTAD, JAMIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3133** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SHELTON PMD LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page | |
| --- | --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.3134** | **Nonpriority creditor's name and mailing address**
SHELTON, PAULA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$274.81

---

**3.3135** | **Nonpriority creditor's name and mailing address**
SHERMAN, BROOKE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3136** | **Nonpriority creditor's name and mailing address**
SHERMAN, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3137** | **Nonpriority creditor's name and mailing address**
SHERMAN, VICTOR
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3138** | **Nonpriority creditor's name and mailing address**
SHI INTERNATIONAL CORP
ATTN: RYAN WAHL
PO BOX 952121

DALLAS, TX  75395-2121

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$236,795.07

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3139** | **Nonpriority creditor's name and mailing address**
SHI, PETER
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3140** | **Nonpriority creditor's name and mailing address**
SHIELDS LLC, REDWOOD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3141** | **Nonpriority creditor's name and mailing address**
SHIELDS MD PC, SCOTT
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3142** | **Nonpriority creditor's name and mailing address**
SHIFERAW, KALKIDAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3143** | **Nonpriority creditor's name and mailing address**
SHING MD INC, RACHEL M
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3144** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

SHIVER, MAX RONALD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3145** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

SHNEIDERMAN, AMIRAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3146** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

SHNOUDA, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3147** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

SHOCK, AIMEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3148** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED

SHOCKEY, ROGER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3149**  **Nonpriority creditor's name and mailing address**

SHOCKLEY, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3150**  **Nonpriority creditor's name and mailing address**

SHREDCORP
31751 SHERMAN AVE

MADISON HEIGHTS, MI  48071

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$247.00

---

**3.3151**  **Nonpriority creditor's name and mailing address**

SHULTZ, JEREMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3152**  **Nonpriority creditor's name and mailing address**

SHUMWAY, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3153**  **Nonpriority creditor's name and mailing address**

SIDDIQUI, AHMADUR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.3154** **Nonpriority creditor's name and mailing address**

SIDDIQUI, MOHAMMED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3155** **Nonpriority creditor's name and mailing address**

SIDDIQUI, SHAGUFTA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3156** **Nonpriority creditor's name and mailing address**

SIDDIQUI, SYYEDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3157** **Nonpriority creditor's name and mailing address**

SIDHU, JASWANT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3158** **Nonpriority creditor's name and mailing address**

SIEBE, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3159** | **Nonpriority creditor's name and mailing address**

SIFFRING, CORYDON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3160** | **Nonpriority creditor's name and mailing address**

SIGNIFY HEALTH
4055 VALLEY VIEW LN
STE 700
DALLAS, TX  75244

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$472,000.00

---

**3.3161** | **Nonpriority creditor's name and mailing address**

SIKES PLLC, KRISTINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3162** | **Nonpriority creditor's name and mailing address**

SILAS, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3163** | **Nonpriority creditor's name and mailing address**

SILAS, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3164** | **Nonpriority creditor's name and mailing address**

SILVA MD, PAULO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3165** | **Nonpriority creditor's name and mailing address**

SILVERBERG, JONATHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3166** | **Nonpriority creditor's name and mailing address**

SIMD LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3167** | **Nonpriority creditor's name and mailing address**

SIMMONS, ERICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3168** | **Nonpriority creditor's name and mailing address**

SIMMONS, LEONARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$755.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | | Amount of claim |
|---|---|---|---|

**3.3169** | **Nonpriority creditor's name and mailing address**

SIMMONS, REYNALD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3170** | **Nonpriority creditor's name and mailing address**

SINGH, JASMINDER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3171** | **Nonpriority creditor's name and mailing address**

SINGH, MD, JAGDEEP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3172** | **Nonpriority creditor's name and mailing address**

SINGH, RAHULKUMAR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$119.99

---

**3.3173** | **Nonpriority creditor's name and mailing address**

SINNO, NOUR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.3174** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SINNOTT, KERRI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3175** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

SIPRA, QURAT UL AIN RIAZ
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3176** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

SKARDA, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3177** | **Nonpriority creditor's name and mailing address** | $3,402.26

SKILL SURVEY, INC
PO BOX 737313

DALLAS, TX  75373-7313

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3178** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

SKINNER, ADAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.3179** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SKOUSE-VOLL, JENNIFER
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3180** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SKY NC PLLC, BLUE
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3181** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $480.00

SKYLINE EXHIBITOR SOURCE
144 BAIN DR SUITE 100

LAVERGNE, TN  37086

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.3182** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SLATER, MISTY
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3183** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

SLOBODKIN, DAVID
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known)    23-11469
          (Name)

| Part 2: | Additional Page |
|---------|-----------------|

|  | | Amount of claim |
|---|---|---|

**3.3184**  **Nonpriority creditor's name and mailing address**

SM JOLLEY MD LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3185**  **Nonpriority creditor's name and mailing address**

SMART SOURCE OF GEORGIA, LLC
PO BOX 106024

ATLANTA, GA  30348-6024

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,473.51

---

**3.3186**  **Nonpriority creditor's name and mailing address**

SMELLEY, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3187**  **Nonpriority creditor's name and mailing address**

SMETKA, VLASTIMIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3188**  **Nonpriority creditor's name and mailing address**

SMITH JR., SULLIVAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3189** | **Nonpriority creditor's name and mailing address**

SMITH MD PC, CHARLIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3190** | **Nonpriority creditor's name and mailing address**

SMITH MD, HAPPY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3191** | **Nonpriority creditor's name and mailing address**

SMITH MD, THOMAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3192** | **Nonpriority creditor's name and mailing address**

SMITH, AMANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3193** | **Nonpriority creditor's name and mailing address**

SMITH, AMANDA DARIANI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3194**

**Nonpriority creditor's name and mailing address**

SMITH, ANNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3195**

**Nonpriority creditor's name and mailing address**

SMITH, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3196**

**Nonpriority creditor's name and mailing address**

SMITH, BRODRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3197**

**Nonpriority creditor's name and mailing address**

SMITH, CALEB
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3198**

**Nonpriority creditor's name and mailing address**

SMITH, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3199 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | SMITH, CYNTHIA | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3200 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | SMITH, DANIEL | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3201 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | SMITH, DANIELLE | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3202 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | SMITH, DONALD | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3203 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | SMITH, ELIZABETH | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | | ☒ Disputed | |
| | VARIOUS | | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3204**    **Nonpriority creditor's name and mailing address**

SMITH, ERICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3205**    **Nonpriority creditor's name and mailing address**

SMITH, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3206**    **Nonpriority creditor's name and mailing address**

SMITH, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3207**    **Nonpriority creditor's name and mailing address**

SMITH, REID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3208**    **Nonpriority creditor's name and mailing address**

SMITH, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.3209** | **Nonpriority creditor's name and mailing address**
SMITH, RONALD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3210** | **Nonpriority creditor's name and mailing address**
SMITH, STUART
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3211** | **Nonpriority creditor's name and mailing address**
SMITH, TAYLOR
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,905.64

---

**3.3212** | **Nonpriority creditor's name and mailing address**
SMITH, TRACI
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3213** | **Nonpriority creditor's name and mailing address**
SMITH, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | **Amount of claim** |
|---|---|---|

**3.3214**    **Nonpriority creditor's name and mailing address**

SMOKLER, MARY ANN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $210,437.59
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE & RETENTION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3215**    **Nonpriority creditor's name and mailing address**

SNODGRESS, ALEXANDER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    $600.00
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3216**    **Nonpriority creditor's name and mailing address**

SNODGRESS, ALEXANDER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3217**    **Nonpriority creditor's name and mailing address**

SODAGAR, MARINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3218**    **Nonpriority creditor's name and mailing address**

SOLIMAN, KHALID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**    UNDETERMINED
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3219** **Nonpriority creditor's name and mailing address**

SOLORIO MD PA, VERONICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3220** **Nonpriority creditor's name and mailing address**

SOMA, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3221** **Nonpriority creditor's name and mailing address**

SOMICH, GREGORY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$77.06

---

**3.3222** **Nonpriority creditor's name and mailing address**

SOMICH, GREGORY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3223** **Nonpriority creditor's name and mailing address**

SONDGERATH, ERIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3224 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
SONG, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3225

**Nonpriority creditor's name and mailing address**
SOOD, JAIDEEP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3226

**Nonpriority creditor's name and mailing address**
SORENSON, JOSHUA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3227

**Nonpriority creditor's name and mailing address**
SOSA POPOTEUR, WARLYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3228

**Nonpriority creditor's name and mailing address**
SOSA, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

**3.3229** | **Nonpriority creditor's name and mailing address**

SOTOMAYOR, BRENDAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3230** | **Nonpriority creditor's name and mailing address**

SPACE CITY SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3231** | **Nonpriority creditor's name and mailing address**

SPADY, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3232** | **Nonpriority creditor's name and mailing address**

SPADY, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3233** | **Nonpriority creditor's name and mailing address**

SPANGLER, CATHERINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

Case 23-11469-BLS    Doc 117    Filed 10/12/23    Page 675 of 911

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.3234** | **Nonpriority creditor's name and mailing address**
SPARKLETTS
PO BOX 660579

DALLAS, TX 75266

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$7.54

---

**3.3235** | **Nonpriority creditor's name and mailing address**
SPARKLING CLEAN SERVICES
621 SW D AVENUE, SUITE 1

LAWTON, OK 73501

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,200.00

---

**3.3236** | **Nonpriority creditor's name and mailing address**
SPARKS MD PC, VICTOR
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3237** | **Nonpriority creditor's name and mailing address**
SPARKS, TIFFANY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3238** | **Nonpriority creditor's name and mailing address**
SPAULDING, KOLE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.3239** | **Nonpriority creditor's name and mailing address**

SPEARS, DAMON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3240** | **Nonpriority creditor's name and mailing address**

SPECTRUM
PO BOX 94188

PALATINE, IL  60094-4188

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$92.66

---

**3.3241** | **Nonpriority creditor's name and mailing address**

SPEIGHT, OTIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3242** | **Nonpriority creditor's name and mailing address**

SPICER, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3243** | **Nonpriority creditor's name and mailing address**

SPIEWAK, ALEXANDER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3244** Nonpriority creditor's name and mailing address

SPITZ, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3245** Nonpriority creditor's name and mailing address

SPITZER, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3246** Nonpriority creditor's name and mailing address

SPOK, INC.
PO BOX 660324

DALLAS, TX 75266-0324

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$776.51

---

**3.3247** Nonpriority creditor's name and mailing address

SPOK, INC.
PO BOX 660324

DALLAS, TX 75266-0324

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,272.76

---

**3.3248** Nonpriority creditor's name and mailing address

SPOKEO, INC.
ATTN: ACCOUNTING DEPT.
556 S. FAIR OAKS AVE, SUITE 101-179

PASADENA, CA 91105

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$324.00

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

| 3.3249 | **Nonpriority creditor's name and mailing address**<br><br>SPORTS EM PLCC, OUTSIDE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.3250 | **Nonpriority creditor's name and mailing address**<br><br>SPRING CONSULTING PLLC, COLD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.3251 | **Nonpriority creditor's name and mailing address**<br><br>SPURLOCK, LORA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.3252 | **Nonpriority creditor's name and mailing address**<br><br>SQUARED LLC, MD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.3253 | **Nonpriority creditor's name and mailing address**<br><br>SQUIRES, STEVEN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|-----------------------------------|------------------------|----------|
|        | (Name)                            |                        |          |

| **Part 2:** | Additional Page |
|-------------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

---

**3.3254** | Nonpriority creditor's name and mailing address

STADEL, SARAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3255** | Nonpriority creditor's name and mailing address

STAFF CARE, INC.
ATTN: DON ROBB
PO BOX 281923

ATLANTA, GA  30384-1923

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOCUM PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,344,572.27

---

**3.3256** | Nonpriority creditor's name and mailing address

STAFFBASE CANADA SYSTEMS, INC.
#505 - 406 DOYLE AVENUE

KELOWNA, BC  V1Y 0C2
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,646.63

---

**3.3257** | Nonpriority creditor's name and mailing address

STAFFING SERVICES, MEDICAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3258** | Nonpriority creditor's name and mailing address

STAFFING, ALTERNATIVE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3259** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STAFFING, BLUEFISH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3260** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STAFFING, ELITE PHYSICIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3261** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STAFFORD, MICHAEL, DO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3262** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STAKIAS, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3263** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STAMEY, JESSICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3264** | **Nonpriority creditor's name and mailing address**

STANKO, KELLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3265** | **Nonpriority creditor's name and mailing address**

STANLEY, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3266** | **Nonpriority creditor's name and mailing address**

STANLEY, MELISSI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3267** | **Nonpriority creditor's name and mailing address**

STANSFIELD, ALAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3268** | **Nonpriority creditor's name and mailing address**

STANTON MD, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3269** | **Nonpriority creditor's name and mailing address** | $1,901.46

STAPLES ADVANTAGE
PO BOX 105748

ATLANTA, GA  30348-5748

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3270** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

STAPLES JR, KENNETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3271** | **Nonpriority creditor's name and mailing address** | $900,000.00

STAPLETON, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3272** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

STAPP, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3273** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

STASNEY, KEVIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3274**

**Nonpriority creditor's name and mailing address**

STATE OF ARIZONA, DEPT OF REVENUE
1600 W MONROE ST

PHOENIX, AZ  85007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3275**

**Nonpriority creditor's name and mailing address**

STATE OF ARKANSAS, DEPT OF FINANCE AND
ADMINISTRATION
1900 W 7TH ST, RM 1040

LITTLE ROCK, AR  72201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3276**

**Nonpriority creditor's name and mailing address**

STATE OF DELAWARE, DIVISION OF REVENUE
GEORGETOWN OFFICE, 20653 DUPONT BLVD, STE 2

GEORGETOWN, DE  19947

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3277**

**Nonpriority creditor's name and mailing address**

STATE OF FLORIDA, DEPT OF REVENUE
5050 W TENNESEE ST

TALLAHASSEE, FL  32399

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3278**

**Nonpriority creditor's name and mailing address**

STATE OF GEORGIA, DEPT OF REVENUE
1800 CENTURY BLVD, NE, STE 12000

ATLANTA, GA  30345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3279** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STATE OF ILLINOIS, DEPT OF REVENUE
555 E MONROE ST, STE 1100

CHICAGO, IL  60661

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3280** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STATE OF INDIANA, DEPT OF REVENUE
100 N SENATE AVE, RM N105

INDIANAPOLIS, IN  46204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3281** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STATE OF KENTUCKY, DEPT OF REVENUE
501 HIGH ST

FRANKFORT, KY  40601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3282** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STATE OF MICHIGAN, DEPT OF REVENUE
430 W ALLEGAN ST

LANSING, MI  48933

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3283** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

STATE OF NEVADA, DEPT OF REVENUE
1550 COLLEGE PKWY, STE 115

CARSON CITY, NV  89706

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case number (if known) 23-11469

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  |  | Amount of claim |
| --- | --- | --- |

**3.3284**

**Nonpriority creditor's name and mailing address**

STATE OF OHIO, DEPT OF REVENUE
4485 NORTHLAND RIDGE BLVD

COLUMBUS, OH 43229

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3285**

**Nonpriority creditor's name and mailing address**

STATE OF SOUTH CAROLINA, DEPT OF REVENUE
300A OUTLET POINTE BLVD

COLUMBIA, SC 29210

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3286**

**Nonpriority creditor's name and mailing address**

STATE OF VIRGINIA, DEPT OF REVENUE
1957 WESTMORELAND ST

RICHMOND, VA 23230

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3287**

**Nonpriority creditor's name and mailing address**

STEELE, SHARON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3288**

**Nonpriority creditor's name and mailing address**

STEIN, MELISSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page |
|---------|-----------------|

|  | Amount of claim |
|--|-----------------|

**3.3289** | **Nonpriority creditor's name and mailing address**

STEPHEN GASPER MD PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3290** | **Nonpriority creditor's name and mailing address**

STEPHENS, VICKY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3291** | **Nonpriority creditor's name and mailing address**

STERN, THEODORE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3292** | **Nonpriority creditor's name and mailing address**

STERN, THEODORE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3293** | **Nonpriority creditor's name and mailing address**

STERRENBERG, TIMOTHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.3294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
STEVENS, PHILIP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.3295  **Nonpriority creditor's name and mailing address**
STEVENS, SHELLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3296  **Nonpriority creditor's name and mailing address**
STEWART, DENNIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3297  **Nonpriority creditor's name and mailing address**
STEWART, STEPHANIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$198,285.36

---

3.3298  **Nonpriority creditor's name and mailing address**
STEWART, TODD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.3299 | **Nonpriority creditor's name and mailing address**<br><br>STIGLETS, CHRISTOPHER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.3300 | **Nonpriority creditor's name and mailing address**<br><br>STILES MD PA, TAD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3301 | **Nonpriority creditor's name and mailing address**<br><br>STILES, CHARLES<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3302 | **Nonpriority creditor's name and mailing address**<br><br>STILLWAGON INC., JACOB R<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3303 | **Nonpriority creditor's name and mailing address**<br><br>STILLWAGON, JACOB<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

**3.3304**

**Nonpriority creditor's name and mailing address**

STOCKS, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3305**

**Nonpriority creditor's name and mailing address**

STORTS, ADAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3306**

**Nonpriority creditor's name and mailing address**

STOTTS, PATRICIA A
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3307**

**Nonpriority creditor's name and mailing address**

STOWELL, KAYE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3308**

**Nonpriority creditor's name and mailing address**

STRANGE, DANNY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3309**  **Nonpriority creditor's name and mailing address**

STRATEGIES PLLC, FOUNTAINHEAD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3310**  **Nonpriority creditor's name and mailing address**

STREETER, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$23.25

---

**3.3311**  **Nonpriority creditor's name and mailing address**

STREETER, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3312**  **Nonpriority creditor's name and mailing address**

STRINGER, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3313**  **Nonpriority creditor's name and mailing address**

STROUP, BRIANNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---:|

**3.3314**

Nonpriority creditor's name and mailing address
STRUNK, JESSICA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3315**

Nonpriority creditor's name and mailing address
STUART, CARLEY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3316**

Nonpriority creditor's name and mailing address
STUDLEY MAY, BOB
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$155,187.94

---

**3.3317**

Nonpriority creditor's name and mailing address
STUDLEY MAY, BOB
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3318**

Nonpriority creditor's name and mailing address
STULL, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469-BLS |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3319** **Nonpriority creditor's name and mailing address**

SU, GAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3320** **Nonpriority creditor's name and mailing address**

SUGAY, JANELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$180.00

---

**3.3321** **Nonpriority creditor's name and mailing address**

SULKA, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3322** **Nonpriority creditor's name and mailing address**

SULLIVAN, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3323** **Nonpriority creditor's name and mailing address**

SUMMER CREEK PLLC, MEEK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3324** | Nonpriority creditor's name and mailing address

SUMMERS, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3325** | Nonpriority creditor's name and mailing address

SUMRALL LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3326** | Nonpriority creditor's name and mailing address

SUPERIOR HEALTHCARE SOURCING, LLC
6209 MID RIVERS MALL DRIVE
SUITE 254

SAINT PETERS, MO  63304

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,000.00

---

**3.3327** | Nonpriority creditor's name and mailing address

SUPPORT & CONSULTING PLLC, SOUNDSIDE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3328** | Nonpriority creditor's name and mailing address

SURRETT, MICHELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3329 | **Nonpriority creditor's name and mailing address**<br>SUTHERLAND, MICHAEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.3330 | **Nonpriority creditor's name and mailing address**<br>SUTTER, MATTHEW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.3331 | **Nonpriority creditor's name and mailing address**<br>SVS LLC, 4031 EMERGENCY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| 3.3332 | **Nonpriority creditor's name and mailing address**<br>SWANGER, ALICIA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | $23.25 |

| 3.3333 | **Nonpriority creditor's name and mailing address**<br>SWANGER, ALICIA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.3334**    **Nonpriority creditor's name and mailing address**

SWAYZE, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3335**    **Nonpriority creditor's name and mailing address**

SWEATT, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$205,503.84

---

**3.3336**    **Nonpriority creditor's name and mailing address**

SWIDERSKI, GINGER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3337**    **Nonpriority creditor's name and mailing address**

SYCAMORE PHYSICIAN CONTRACTING, LLC
117 1/2 EAST MOBILE ST, STE 112
PO BOX 283

FLORENCE, AL  35631

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOCUM PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,870.12

---

**3.3338**    **Nonpriority creditor's name and mailing address**

SYDNEY, MELLISSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.3339** **Nonpriority creditor's name and mailing address**

SYKORA, KARRI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3340** **Nonpriority creditor's name and mailing address**

SYMOWICZ, JAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$10.00

---

**3.3341** **Nonpriority creditor's name and mailing address**

T C MEDICAL SERVICES PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3342** **Nonpriority creditor's name and mailing address**

T LUCAS MD LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3343** **Nonpriority creditor's name and mailing address**

T ZACHARIAH MD PLLC, PHILIP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3344**  **Nonpriority creditor's name and mailing address**

T3 SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3345**  **Nonpriority creditor's name and mailing address**

TABASSOM, AYESHA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3346**  **Nonpriority creditor's name and mailing address**

TACIA, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3347**  **Nonpriority creditor's name and mailing address**

TACKETT, HOWARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3348**  **Nonpriority creditor's name and mailing address**

TACTICAL MEDICAL SOLUTIONS INC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3349 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TAI PLLC, KAO | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3350 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TAIWO, MUINAT | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3351 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TALMAGE, MARK | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3352 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TAN, BOWEI | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.3353 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TANA DO INC, CHRISTOPHER F | *Check all that apply.* | |
| | ADDRESS REDACTED | ☑ Contingent | |
| | **Date or dates debt was incurred** | ☑ Unliquidated | |
| | | ☑ Disputed | |
| | VARIOUS | | |
| | **Last 4 digits of account number:** | **Basis for the claim:** | |
| | | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|

(Name)

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

**3.3354** | **Nonpriority creditor's name and mailing address**

TANZER, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3355** | **Nonpriority creditor's name and mailing address**

TARAKJI, HOSSAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3356** | **Nonpriority creditor's name and mailing address**

TARN, FRANK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3357** | **Nonpriority creditor's name and mailing address**

TATUM, DEBRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3358** | **Nonpriority creditor's name and mailing address**

TAUSCHER MD LLC, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3359**  **Nonpriority creditor's name and mailing address**

TAUSCHER, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$854.00

---

**3.3360**  **Nonpriority creditor's name and mailing address**

TAUSCHER, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3361**  **Nonpriority creditor's name and mailing address**

TAYLOR, CYNTHIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3362**  **Nonpriority creditor's name and mailing address**

TAYLOR, FRANCESCA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3363**  **Nonpriority creditor's name and mailing address**

TAYLOR, KELLIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.3364**

**Nonpriority creditor's name and mailing address**

TAYLOR, MARC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3365**

**Nonpriority creditor's name and mailing address**

TAYLOR, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3366**

**Nonpriority creditor's name and mailing address**

TAYLOR, ROBINSON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3367**

**Nonpriority creditor's name and mailing address**

TEACHING PHYSICIANS, FUTURE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3368**

**Nonpriority creditor's name and mailing address**

TEICHELMAN, SHAYNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | | **Amount of claim** |
|---|---|---|

| 3.3369 | **Nonpriority creditor's name and mailing address**<br><br>TEICHELMAN, SHAYNE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3370 | **Nonpriority creditor's name and mailing address**<br><br>TELE-PAGE, INC.<br>258 S. MAIN ST.<br><br>ONEIDA, TN  37841<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $1,324.27 |
| 3.3371 | **Nonpriority creditor's name and mailing address**<br><br>TEMPLETON, JUSTIN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3372 | **Nonpriority creditor's name and mailing address**<br><br>TEMPLETON, TIFFANY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3373 | **Nonpriority creditor's name and mailing address**<br><br>TENNESSEE DEPT OF REVENUE<br>500 DEADERICK ST<br><br>NASHVILLE, TN  37242<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3374** | **Nonpriority creditor's name and mailing address**
TENNOVA CLARKSVILLE
ATTN: KATHERINE MAYFIELD- MSO
651 DUNLOP LANE

CLARKSVILLE, TN  37040

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,250.00

---

**3.3375** | **Nonpriority creditor's name and mailing address**
TENNOVA HEALTHCARE JEFFERSON
7540 DANNAHER DR STE 300

POWELL, TN  37849

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$275.00

---

**3.3376** | **Nonpriority creditor's name and mailing address**
TENNOVA HEALTHCARE KNOXVILLE
7565 DANNAHER DRIVE

POWELL, TN  37849

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,900.00

---

**3.3377** | **Nonpriority creditor's name and mailing address**
TENNOVA HEALTHCARE NEWPORT
7540 DANNAHER DR STE 300

POWELL, TN  37849

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$200.00

---

**3.3378** | **Nonpriority creditor's name and mailing address**
TENNOVA HEALTHCARE POWELL
7565 DANNAHER DRIVE

POWELL, TN  37849

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$100.00

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |

(Name)

| **Part 2:** | Additional Page |

| | | Amount of claim |
|---|---|---|

| 3.3379 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

TERZIAN MD PLLC, DREW
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3380 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

TESEMA, ANTENEH
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3381 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

TESFAI, MEBRAHTOM
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3382 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

TEWARI, MALTI
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
LYNDON B JOHNSON STATE OFFICE BLDG
111 E 17TH ST

AUSTIN, TX 78774

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TAXING AUTHORITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3384** | **Nonpriority creditor's name and mailing address**

TEXAS, EZOR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3385** | **Nonpriority creditor's name and mailing address**

TEXTKERNEL BV
NIEUWENDAMMERKADE 26A-5
1022AB

AMSTERDAM,
NETHERLANDS

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,250.00

---

**3.3386** | **Nonpriority creditor's name and mailing address**

THAKKAR, HARDIK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3387** | **Nonpriority creditor's name and mailing address**

THANGAVELU, ARASI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3388** | **Nonpriority creditor's name and mailing address**

THAYER, ANGELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

---

| 3.3389 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $48,000.00 |
|---|---|---|---|

THE CURARE GROUP, INC
ATTN: JERRY RAMUSACK
120 W 7TH STREET
SUITE 312
BLOOMINGTON, IN  47404

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

| 3.3390 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

THE PRAISED 1 LLC
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3391 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

THE UNITED STATES ATTORNEY
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
501 COURT ST #4.430
JACKSON, MS  39201

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3392 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

THEODOSIS, CHRISTIAN
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.3393 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

THERIEN INC, THOMAS
ADDRESS REDACTED

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3394** | **Nonpriority creditor's name and mailing address**
THOMAS, DENNIS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3395** | **Nonpriority creditor's name and mailing address**
THOMAS, GEORGE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3396** | **Nonpriority creditor's name and mailing address**
THOMAS, MELANIE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3397** | **Nonpriority creditor's name and mailing address**
THOMAS, MICHAEL A.
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3398** | **Nonpriority creditor's name and mailing address**
THOMAS, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

---

**3.3399** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

THOMAS, SARA MAIZ
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3400** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

THOMAS, TRESARAE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3401** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

THOMASON, DALLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3402** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

THOMASON, JACK CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3403** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

THOMPSON, ARDRIENNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.3404** | **Nonpriority creditor's name and mailing address**

THOMPSON, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3405** | **Nonpriority creditor's name and mailing address**

THOMPSON, MEDICAL SERVICE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3406** | **Nonpriority creditor's name and mailing address**

THORNTON MD PLLC, KEVIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3407** | **Nonpriority creditor's name and mailing address**

THORNTON, JESSICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3408** | **Nonpriority creditor's name and mailing address**

THORNTON, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3409** | **Nonpriority creditor's name and mailing address**
THYMES, DEONZA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3410** | **Nonpriority creditor's name and mailing address**
TIDWELL, CAITLIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3411** | **Nonpriority creditor's name and mailing address**
TILLER DO, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3412** | **Nonpriority creditor's name and mailing address**
TIMM, FLOYD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3413** | **Nonpriority creditor's name and mailing address**
TINSLEY HEALTH SOLUT, ER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3414** | **Nonpriority creditor's name and mailing address**

TIPTON, JILL, NP
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3415** | **Nonpriority creditor's name and mailing address**

TISHMAN, NEAL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3416** | **Nonpriority creditor's name and mailing address**

TIWARI, TAJDHARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3417** | **Nonpriority creditor's name and mailing address**

TJOMSLAND LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3418** | **Nonpriority creditor's name and mailing address**

TODD, ATHENA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.3419** | **Nonpriority creditor's name and mailing address**
TODD, JEFFREY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3420** | **Nonpriority creditor's name and mailing address**
TODD, KENDRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3421** | **Nonpriority creditor's name and mailing address**
TODD, TIMOTHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3422** | **Nonpriority creditor's name and mailing address**
TOFTE, KEITH A
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3423** | **Nonpriority creditor's name and mailing address**
TOKAR, MARTA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$365.75

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3424 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
TOLAND, SPARKLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3425
**Nonpriority creditor's name and mailing address**
TOLIVER, SHAWN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3426
**Nonpriority creditor's name and mailing address**
TOMAL, JUSTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3427
**Nonpriority creditor's name and mailing address**
TOMASIC, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3428
**Nonpriority creditor's name and mailing address**
TOMENY MD, PATRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3429** **Nonpriority creditor's name and mailing address**

TOMPKINS, RONALD WAYNE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$17,008.28

---

**3.3430** **Nonpriority creditor's name and mailing address**

TOPPENBERG, KEVIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3431** **Nonpriority creditor's name and mailing address**

TORRENCE, MADISON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3432** **Nonpriority creditor's name and mailing address**

TORREZ, RUBEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3433** **Nonpriority creditor's name and mailing address**

TOUCHSTONE, AMBER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3434 | **Nonpriority creditor's name and mailing address**<br><br>TOWNS, JACOB<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>UNCASHED CHECK<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,000.00 |
|---|---|---|---|
| 3.3435 | **Nonpriority creditor's name and mailing address**<br><br>TRAMMELL JR MD PC, DALE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3436 | **Nonpriority creditor's name and mailing address**<br><br>TRAN PLLC, BP<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3437 | **Nonpriority creditor's name and mailing address**<br><br>TRAN, KHOI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3438 | **Nonpriority creditor's name and mailing address**<br><br>TRANSPERFECT LEGAL SOLUTIONS<br>ATTN: ACCOUNTS RECEIVABLE<br>1250 BROADWAY, 32ND FLOOR<br><br>NEW YORK, NY 10001<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE VENDOR PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $10,580.75 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3439** | **Nonpriority creditor's name and mailing address**

TRAUGOTT, TIMOTHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3440** | **Nonpriority creditor's name and mailing address**

TREADWAY JR, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3441** | **Nonpriority creditor's name and mailing address**

TREBILCOCK, ELIZABETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3442** | **Nonpriority creditor's name and mailing address**

TREKI, YOUSEF
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3443** | **Nonpriority creditor's name and mailing address**

TRESARAE PATE MEDICAL SERVICES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3444**  
**Nonpriority creditor's name and mailing address**
TREVINO, ANNA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3445**  
**Nonpriority creditor's name and mailing address**
TREVINO, JESUS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3446**  
**Nonpriority creditor's name and mailing address**
TRIPLETT, AUTUMN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3447**  
**Nonpriority creditor's name and mailing address**
TRISNA DO, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3448**  
**Nonpriority creditor's name and mailing address**
TROIANO DO, ISAAC
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|-----------------------------------|------------------------|----------|
|        | (Name)                            |                        |          |

| Part 2: | Additional Page |
|---------|-----------------|

|  |  | Amount of claim |
|--|--|-----------------|

**3.3449** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

TROMMETER, ROBERT
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3450** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

TRUMPY, RACHEL
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3451** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

TRYON, CONNOR
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3452** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

TSENG DO INC, IWEN
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3453** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

TU, YEN-TE
ADDRESS REDACTED

*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3454 | **Nonpriority creditor's name and mailing address**<br>TUCCI, VERONICA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3455 | **Nonpriority creditor's name and mailing address**<br>TUCKER, BRADEN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3456 | **Nonpriority creditor's name and mailing address**<br>TUCKER, DESTINY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3457 | **Nonpriority creditor's name and mailing address**<br>TUKIVAKALA, PRABHAKARA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3458 | **Nonpriority creditor's name and mailing address**<br>TUNON, ABIGAIL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3459 | **Nonpriority creditor's name and mailing address**<br><br>TURAN, TONY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3460 | **Nonpriority creditor's name and mailing address**<br><br>TURFAH, ALI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3461 | **Nonpriority creditor's name and mailing address**<br><br>TURKETT, BYRON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3462 | **Nonpriority creditor's name and mailing address**<br><br>TURKOWSKI SERVICES<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.3463 | **Nonpriority creditor's name and mailing address**<br><br>TURNER DO, JAMES<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.3464 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TURNER MD, KELLY | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3465 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TURNER PA, MATTHEW | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3466 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TURNER SR, KENNETH | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3467 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TURNER, DAVID | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3468 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | TURNER, KYLE | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | **Date or dates debt was incurred** | ☒ Unliquidated | |
| | VARIOUS | ☒ Disputed | |
| | | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIANS PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3469** **Nonpriority creditor's name and mailing address**

TURNER, SHERRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3470** **Nonpriority creditor's name and mailing address**

TURNER, WESLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3471** **Nonpriority creditor's name and mailing address**

TURNEY, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3472** **Nonpriority creditor's name and mailing address**

TUYET MEDICAL SERVICES PLLC, BAO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3473** **Nonpriority creditor's name and mailing address**

TWEDDLE, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$76,572.22

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
TWIGG, KELLY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3475 **Nonpriority creditor's name and mailing address**
TYLER, JEREMIAH
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3476 **Nonpriority creditor's name and mailing address**
U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
330 INDEPENDENCE AVENUE, SW
WASHINGTON, DC  20201

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3477 **Nonpriority creditor's name and mailing address**
UDOSEN, DORIS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

3.3478 **Nonpriority creditor's name and mailing address**
UKEGBU, IBIDUNNI
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3479**  Nonpriority creditor's name and mailing address

UKG INC.
ATTN: SUSAN BROWN
PO BOX 930953

ATLANTA, GA 31193-0953

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$127,419.75

---

**3.3480**  Nonpriority creditor's name and mailing address

ULTRASOUND SPECIALISTS, POINT OF CARE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3481**  Nonpriority creditor's name and mailing address

UMOH, EMEM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3482**  Nonpriority creditor's name and mailing address

UPCHURCH, STANLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3483**  Nonpriority creditor's name and mailing address

UPDIKE, WESLEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3484**  **Nonpriority creditor's name and mailing address**

UPPAL, MOHAMMED
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3485**  **Nonpriority creditor's name and mailing address**

UPSHAW MD PC, STACY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3486**  **Nonpriority creditor's name and mailing address**

URICH, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3487**  **Nonpriority creditor's name and mailing address**

VALDEZ, LAWRENCE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3488**  **Nonpriority creditor's name and mailing address**

VALLE, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.3489** | **Nonpriority creditor's name and mailing address**

VALLEJOS, REBEKAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3490** | **Nonpriority creditor's name and mailing address**

VAN NOSTRAND, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3491** | **Nonpriority creditor's name and mailing address**

VANCE, JOSHUA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3492** | **Nonpriority creditor's name and mailing address**

VANDERWAERDEN, YENNY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3493** | **Nonpriority creditor's name and mailing address**

VARGAS, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3494** **Nonpriority creditor's name and mailing address**

VARGAS, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3495** **Nonpriority creditor's name and mailing address**

VARKEY, NANCY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3496** **Nonpriority creditor's name and mailing address**

VAUGHAN, STEVEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3497** **Nonpriority creditor's name and mailing address**

VAUGHN, LAURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3498** **Nonpriority creditor's name and mailing address**

VEA, DAVINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

VEA, DAVINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

VEGA, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

VEGA-CASASNOVAS, RAMSES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

VELASQUEZ MD, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

VELASQUEZ, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3504**

**Nonpriority creditor's name and mailing address**

VENATTA, EMILY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3505**

**Nonpriority creditor's name and mailing address**

VENIGALLA, RAMYA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3506**

**Nonpriority creditor's name and mailing address**

VENTURES LLC, WEG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3507**

**Nonpriority creditor's name and mailing address**

VERITYSTREAM
ATTN: GENERAL COUNSEL
PO BOX 1171130

ATLANTA, GA  30368-7113

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$42,123.33

---

**3.3508**

**Nonpriority creditor's name and mailing address**

VERMA, PRAKASH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3509** | **Nonpriority creditor's name and mailing address**

VERUCCHI, MATTHEW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3510** | **Nonpriority creditor's name and mailing address**

VERVILLE, JUSTIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3511** | **Nonpriority creditor's name and mailing address**

VIDAL MD LLC, OCTAVIO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3512** | **Nonpriority creditor's name and mailing address**

VIDRINE, THERESA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3513** | **Nonpriority creditor's name and mailing address**

VILLALOBOS, GABRIELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3514**  **Nonpriority creditor's name and mailing address**

VILLARREAL, EDWIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3515**  **Nonpriority creditor's name and mailing address**

VILLEGAS, MONICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3516**  **Nonpriority creditor's name and mailing address**

VINCENT, DOREEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3517**  **Nonpriority creditor's name and mailing address**

VINCENT, DOREEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3518**  **Nonpriority creditor's name and mailing address**

VINJIRAYER MDPA, ELANGO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3519** | **Nonpriority creditor's name and mailing address**

VINSON & ELKINS LLP
ATTN: RUSSELL W. OSHMAN
PO BOX 301019

DALLAS, TX  75303-1019

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$41,844.73

---

**3.3520** | **Nonpriority creditor's name and mailing address**

VITO MEDICAL PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3521** | **Nonpriority creditor's name and mailing address**

VITTITOW, BRANDON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3522** | **Nonpriority creditor's name and mailing address**

VITUITY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3523** | **Nonpriority creditor's name and mailing address**

VOGT, BRYON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.3524** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

VOHS DO, ANGELA
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3525** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

VOIGTMAN, NATHANIAL
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3526** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

VR EMERGENCY SERVICES PLLC
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3527** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $3,319.23

VTR DESERT SAMARITAN
P.O. BOX 846304

DALLAS, TX  75284-6304

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.3528** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

VU, HANG
ADDRESS REDACTED

Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3529** Nonpriority creditor's name and mailing address

VULAVA MD, SIRKRISHNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3530** Nonpriority creditor's name and mailing address

WADDELL, AMANDA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3531** Nonpriority creditor's name and mailing address

WADE, JONATHAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3532** Nonpriority creditor's name and mailing address

WADE, TAYLOR M
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3533** Nonpriority creditor's name and mailing address

WAGNER DO, BARRY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.3534 | Nonpriority creditor's name and mailing address<br><br>WAGNER, MARY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3535 | Nonpriority creditor's name and mailing address<br><br>WAHAB, SHUKUFA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3536 | Nonpriority creditor's name and mailing address<br><br>WALKER III, LEONARD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3537 | Nonpriority creditor's name and mailing address<br><br>WALKER MD PLLC, MICAH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3538 | Nonpriority creditor's name and mailing address<br><br>WALKER, ERIC<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3539** | **Nonpriority creditor's name and mailing address**

WALKER, GENE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3540** | **Nonpriority creditor's name and mailing address**

WALKER, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3541** | **Nonpriority creditor's name and mailing address**

WALKER, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3542** | **Nonpriority creditor's name and mailing address**

WALLACE DO, BRUCE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3543** | **Nonpriority creditor's name and mailing address**

WALLER LANSDEN DORTCH & DAVIS, LLP
ATTN: VINH DUONG
PO BOX 415000

NASHVILLE, TN  37241

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$107,471.42

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | **Amount of claim** |
|---|---|---|

| 3.3544 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

WALLER, CHARLES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.3545 **Nonpriority creditor's name and mailing address**

WALLS, LAURA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.3546 **Nonpriority creditor's name and mailing address**

WALSH MD, RYAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.3547 **Nonpriority creditor's name and mailing address**

WALSH, THOMAS LEE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.3548 **Nonpriority creditor's name and mailing address**

WALTERS, KARINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case number (if known)    23-11469

(Name)

| Part 2: | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.3549 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| --- | --- | --- | --- |

**3.3549**
**Nonpriority creditor's name and mailing address**
WANG, AO
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3550**
**Nonpriority creditor's name and mailing address**
WANGLER, SHANEN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3551**
**Nonpriority creditor's name and mailing address**
WARBY, RACHEL
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3552**
**Nonpriority creditor's name and mailing address**
WARD II, GARY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3553**
**Nonpriority creditor's name and mailing address**
WARD, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3554 | **Nonpriority creditor's name and mailing address**<br><br>WARD, SAMUEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.3555 | **Nonpriority creditor's name and mailing address**<br><br>WARNECKE, TYLER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3556 | **Nonpriority creditor's name and mailing address**<br><br>WARNER MD PA, FREDERICK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3557 | **Nonpriority creditor's name and mailing address**<br><br>WARNER, DOUGLAS K, MD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3558 | **Nonpriority creditor's name and mailing address**<br><br>WARREN, TENDEUKAI<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3559** | **Nonpriority creditor's name and mailing address**

WARREN, VICTORIA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3560** | **Nonpriority creditor's name and mailing address**

WASHINGTON III, ANTHONY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3561** | **Nonpriority creditor's name and mailing address**

WASHINGTON MD LLC, LORONE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3562** | **Nonpriority creditor's name and mailing address**

WASHINGTON, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3563** | **Nonpriority creditor's name and mailing address**

WASHINGTON, KWANZA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3564** | **Nonpriority creditor's name and mailing address**

WASHINGTON, NAOMI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3565** | **Nonpriority creditor's name and mailing address**

WASILOWSKI DO, ERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3566** | **Nonpriority creditor's name and mailing address**

WATERFORD TOWNSHIP TREASURER
5200 CIVIC CENTER DRIVE

WATERFORD, MI  48329

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3567** | **Nonpriority creditor's name and mailing address**

WATERFORD TOWNSHIP TREASURER
5200 CIVIC CENTER DRIVE

WATERFORD, MI  48329

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$134.86

---

**3.3568** | **Nonpriority creditor's name and mailing address**

WATKINS MD PLLC, P.B.
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.3569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

WATSON, BRANDON
ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☑ Contingent
☑ Unliquidated
☑ Disputed

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

WATSON, LASHUNDRA
ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☑ Contingent
☑ Unliquidated
☑ Disputed

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

WATTERS III, JOSEPH
ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☑ Contingent
☑ Unliquidated
☑ Disputed

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3572 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,857.73 |

WATTS DO LLC, MICHAEL
ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☐ Contingent
☐ Unliquidated
☐ Disputed

VARIOUS

**Basis for the claim:**
UNCASHED CHECK

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3573 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

WATTS, CHAD
ADDRESS REDACTED

*Check all that apply.*

**Date or dates debt was incurred**

☑ Contingent
☑ Unliquidated
☑ Disputed

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3574** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

WAUGH, REBECCA
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3575** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $246,848.54

WEATHERBY LOCUMS, INC.
PO BOX 972633

DALLAS, TX  75397-2633

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LOCUM PAYABLE

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.3576** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

WEAVER, THOMAS
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3577** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $180.00

WEB HOST AGENTS
228 PARK AVE S
#49828

NEW YORK, NY  10003-1502

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Date or dates debt was incurred**

VARIOUS

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number:**

---

**3.3578** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

WEBB, VALERIE
ADDRESS REDACTED

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3579 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
WEBBANK
215 SOUTH STATE STREET, SUITE 1000
SALT LAKE CITY, UT  84111

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
UCC LIEN # 20224322194(DE)

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $0.00

---

**Nonpriority creditor's name and mailing address**
3.3580
WEBER, AMY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**Nonpriority creditor's name and mailing address**
3.3581
WEBER, BRENNAN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**Nonpriority creditor's name and mailing address**
3.3582
WEBER, NANCY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

**Nonpriority creditor's name and mailing address**
3.3583
WEBSTER JR MD, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.3584** Nonpriority creditor's name and mailing address

WEBTPA
PO BOX 99906

GRAPEVINE, TX 76099

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$220.09

---

**3.3585** Nonpriority creditor's name and mailing address

WEEKES, JEREMIAH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3586** Nonpriority creditor's name and mailing address

WEEKS, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3587** Nonpriority creditor's name and mailing address

WEI, WEI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3588** Nonpriority creditor's name and mailing address

WEIR, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3589** | **Nonpriority creditor's name and mailing address**

WEISENFELD, SHELLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3590** | **Nonpriority creditor's name and mailing address**

WEISS, NICHOLAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3591** | **Nonpriority creditor's name and mailing address**

WEISSLER SC, JS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3592** | **Nonpriority creditor's name and mailing address**

WELCH, JOEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3593** | **Nonpriority creditor's name and mailing address**

WELLER EMERGENCY SERVICES PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3594** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $8,711.70

WELLS FARGO VENDOR FIN SERV
PO BOX 105743

ATLANTA, GA  30348-5743

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3595** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WELLS, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3596** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WELLS, MARY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3597** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WEPRICH, DEVON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3598** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WEST MICHIGAN SPECIALISTS PLLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3599** Nonpriority creditor's name and mailing address

WEST, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3600** Nonpriority creditor's name and mailing address

WEST, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3601** Nonpriority creditor's name and mailing address

WESTFALL, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$133.28

---

**3.3602** Nonpriority creditor's name and mailing address

WHEELER, CORITA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3603** Nonpriority creditor's name and mailing address

WHF LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.3604**

**Nonpriority creditor's name and mailing address**

WHICKER, KIMBERLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3605**

**Nonpriority creditor's name and mailing address**

WHITE & RUSSELL, P.A.
11641 KEW GARDENS AVENUE
STE 101
PALM BEACH GARDENS  FL
33410

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,980.00

---

**3.3606**

**Nonpriority creditor's name and mailing address**

WHITE, CHRISTOPHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3607**

**Nonpriority creditor's name and mailing address**

WHITE, DEANNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3608**

**Nonpriority creditor's name and mailing address**

WHITE, FABER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☒ No
☐ Yes

$131,726.72

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | | Amount of claim |
|---|---|---|---|---|

| | | | | Amount of claim |
|---|---|---|---|---|

**3.3609** Nonpriority creditor's name and mailing address

WHITE, FRANKIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3610** Nonpriority creditor's name and mailing address

WHITE, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE & RETENTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$371,249.99

---

**3.3611** Nonpriority creditor's name and mailing address

WHITE, KATHARINE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3612** Nonpriority creditor's name and mailing address

WHITE, NEILL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3613** Nonpriority creditor's name and mailing address

WHITE, RENITA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3614** | **Nonpriority creditor's name and mailing address**

WHITE, THOMAS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3615** | **Nonpriority creditor's name and mailing address**

WHITE, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3616** | **Nonpriority creditor's name and mailing address**

WHITEHEAD, LESA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3617** | **Nonpriority creditor's name and mailing address**

WHITESIDES, JOSHUA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3618** | **Nonpriority creditor's name and mailing address**

WHITLEY, DANIELLE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  | | **Amount of claim** |
|---|---|---|

| 3.3619 | **Nonpriority creditor's name and mailing address**<br>WHITMORE, NATHAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3620 | **Nonpriority creditor's name and mailing address**<br>WHITTON, MATTHEW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3621 | **Nonpriority creditor's name and mailing address**<br>WIESE, COLLIER<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3622 | **Nonpriority creditor's name and mailing address**<br>WIGGINS III, MATTHEW<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3623 | **Nonpriority creditor's name and mailing address**<br>WIGGINS, DEREK<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3624** Nonpriority creditor's name and mailing address

WILDER, PAMELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3625** Nonpriority creditor's name and mailing address

WILKERSON, DANIEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
CASH VALUE OF NON-QUALIFIED
DEFERRED COMPENSATION PLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$55,240.15

---

**3.3626** Nonpriority creditor's name and mailing address

WILKINS, DONALD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3627** Nonpriority creditor's name and mailing address

WILKINSON DO, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3628** Nonpriority creditor's name and mailing address

WILKINSON PLLC, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3629**

**Nonpriority creditor's name and mailing address**

WILKINSON, MARK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3630**

**Nonpriority creditor's name and mailing address**

WILKINSON, MELANIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3631**

**Nonpriority creditor's name and mailing address**

WILLIAMS II, FREELAND
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3632**

**Nonpriority creditor's name and mailing address**

WILLIAMS, BEVERLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3633**

**Nonpriority creditor's name and mailing address**

WILLIAMS, BRUCE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3634** | **Nonpriority creditor's name and mailing address**

WILLIAMS, CAYLA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3635** | **Nonpriority creditor's name and mailing address**

WILLIAMS, CHARLIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3636** | **Nonpriority creditor's name and mailing address**

WILLIAMS, CHARLIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3637** | **Nonpriority creditor's name and mailing address**

WILLIAMS, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3638** | **Nonpriority creditor's name and mailing address**

WILLIAMS, DENNIS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3639** | **Nonpriority creditor's name and mailing address**
WILLIAMS, DERRICK
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3640** | **Nonpriority creditor's name and mailing address**
WILLIAMS, GISELA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3641** | **Nonpriority creditor's name and mailing address**
WILLIAMS, GREGORY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3642** | **Nonpriority creditor's name and mailing address**
WILLIAMS, HEATHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3643** | **Nonpriority creditor's name and mailing address**
WILLIAMS, JESSE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3644 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, JOSHUA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.3645 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, MEREDITH<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3646 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, MICHAEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3647 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, MICHAEL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3648 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, MICHAEL P<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 (BLS) |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.3649 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, NATHAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.3650 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, PENNY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3651 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, RANDALL<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3652 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, ROBERT<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3653 | **Nonpriority creditor's name and mailing address**<br>WILLIAMS, SHANNON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|--------|--------|--------|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3654** | **Nonpriority creditor's name and mailing address**
WILLIAMS, TERRI
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3655** | **Nonpriority creditor's name and mailing address**
WILLIAMS, THERON
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3656** | **Nonpriority creditor's name and mailing address**
WILLIAMSON COUNTY TRUSTEE
1320 W MAIN ST #203

FRANKLIN, TN  37064

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3657** | **Nonpriority creditor's name and mailing address**
WILLIAMSON COUNTY TRUSTEE
1320 W MAIN ST #203

FRANKLIN, TN  37064

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$64.59

---

**3.3658** | **Nonpriority creditor's name and mailing address**
WILLIAMSON COUNTY TRUSTEE
PO BOX 648

FRANKLIN, TN  37065-0648

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.3659** | **Nonpriority creditor's name and mailing address**
WILLIS TOWERS WATSON SOUTHEAST, INC.
ATTN: JAMES O'DELL
29982 NETWORK PLACE

CHICAGO, IL 60673-1299

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$298,777.07

---

**3.3660** | **Nonpriority creditor's name and mailing address**
WILLIS, COURTNEY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3661** | **Nonpriority creditor's name and mailing address**
WILLIS, PHYLLIS
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3662** | **Nonpriority creditor's name and mailing address**
WILSON MD PA, ANWAR C
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3663** | **Nonpriority creditor's name and mailing address**
WILSON, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,500.00

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3664** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

WILSON, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3665** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WILSON, CARRIE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3666** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WILSON, KELLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3667** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WILSON, KRISTEN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3668** | **Nonpriority creditor's name and mailing address** | UNDETERMINED

WILSON, LEIGH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | Amount of claim |
|---|---|---|---|

| | | | Amount of claim |
|---|---|---|---|

**3.3669** | **Nonpriority creditor's name and mailing address**

WILSON, LINDSAY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3670** | **Nonpriority creditor's name and mailing address**

WINEGAR, WINFIELD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3671** | **Nonpriority creditor's name and mailing address**

WINGKUN PLLC, NEIL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3672** | **Nonpriority creditor's name and mailing address**

WINN, DAVID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3673** | **Nonpriority creditor's name and mailing address**

WINTER-ZIER, MONICA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.3674**  **Nonpriority creditor's name and mailing address**

WISE, MORGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$272.31

---

**3.3675**  **Nonpriority creditor's name and mailing address**

WITTSTOCK, JUSTYNA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3676**  **Nonpriority creditor's name and mailing address**

WMU SCHOOL OF MEDICINE
ATTN: AMY SMITCHOLS
PO BOX 50391

KALAMAZOO, MI  49005-0391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$223,771.82

---

**3.3677**  **Nonpriority creditor's name and mailing address**

WMU SCHOOL OF MEDICINE
PO BOX 50391

KALAMAZOO, MI  49005-0391

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$102,332.50

---

**3.3678**  **Nonpriority creditor's name and mailing address**

WOLF, SARAH BETH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3679 | **Nonpriority creditor's name and mailing address**<br><br>WOLFORD, LOGAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.3680 | **Nonpriority creditor's name and mailing address**<br><br>WOLLUM, RONALD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3681 | **Nonpriority creditor's name and mailing address**<br><br>WONG MCKINSTRY, EDNA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3682 | **Nonpriority creditor's name and mailing address**<br><br>WONGCHAI, SARANYA<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3683 | **Nonpriority creditor's name and mailing address**<br><br>WOOD MD, HARRISON<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.3684** | **Nonpriority creditor's name and mailing address**

WOOD MEDICAL PLLC, L
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3685** | **Nonpriority creditor's name and mailing address**

WOOD, LAVON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3686** | **Nonpriority creditor's name and mailing address**

WOODARD, J MARK, MD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3687** | **Nonpriority creditor's name and mailing address**

WOODARD, JENNIFER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3688** | **Nonpriority creditor's name and mailing address**

WOODRUFF, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| Part 2: | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.3689** **Nonpriority creditor's name and mailing address**

WOODS, HEATHER
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3690** **Nonpriority creditor's name and mailing address**

WOODS, KRISTI
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3691** **Nonpriority creditor's name and mailing address**

WOOSTER DO, WILLIAM
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3692** **Nonpriority creditor's name and mailing address**

WORIAX, FREDERIC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3693** **Nonpriority creditor's name and mailing address**

WORKMAN, CRAIG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.3694 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**
WORLDWIDE INC, EM
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.3695
**Nonpriority creditor's name and mailing address**
WRAY, JESSE
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.3696
**Nonpriority creditor's name and mailing address**
WRIGHT RODDY, DARAH
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

---

3.3697
**Nonpriority creditor's name and mailing address**
WRIGHT, SHAWNA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,264.00

---

3.3698
**Nonpriority creditor's name and mailing address**
WRIGHT, VH
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNDETERMINED

| Part 2: | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3699** | **Nonpriority creditor's name and mailing address**
WRMC MEDICAL STAFF
ATTN: MINERVA FORCHIN
10101 FOREST HILL BLVD

WELLINGTON, FL  33414

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,300.00

---

**3.3700** | **Nonpriority creditor's name and mailing address**
WYCKOFF, RUTH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3701** | **Nonpriority creditor's name and mailing address**
WYNNE, KAITLYN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3702** | **Nonpriority creditor's name and mailing address**
WYNNE, LY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3703** | **Nonpriority creditor's name and mailing address**
XCEL ENERGY
414 NICOLLET MALL

MINNEAPOLIS, MN  55401

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$742.45

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

| 3.3704 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $695.18 |

**Nonpriority creditor's name and mailing address**
XCEL ENERGY
PO BOX 9477

MINNEAPOLIS, MN 55484

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

$695.18

---

**3.3705 Nonpriority creditor's name and mailing address**
XMC, INC
PO BOX 660831

DALLAS, TX 75266

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE VENDOR PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,732.29

---

**3.3706 Nonpriority creditor's name and mailing address**
YABUT MD, EDMOND
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3707 Nonpriority creditor's name and mailing address**
YARBER, SARA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.3708 Nonpriority creditor's name and mailing address**
YARKOSKY, ERIN
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case Number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.3709 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | YARNOLD, ELISSA | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3710 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | YATES, ELIZABETH | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | YATOOMA, ROMAJIT | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | YEARGAN, CALEB | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| 3.3713 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
| | YELVERTON, ROBIN | *Check all that apply.* | |
| | ADDRESS REDACTED | ☒ Contingent | |
| | | ☒ Unliquidated | |
| | **Date or dates debt was incurred** | ☒ Disputed | |
| | VARIOUS | **Basis for the claim:** | |
| | **Last 4 digits of account number:** | CONTINGENT PROVIDER CLAIM | |
| | | **Is the claim subject to offset?** | |
| | | ☒ No | |
| | | ☐ Yes | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3714 | **Nonpriority creditor's name and mailing address**<br>YERKES, JOHN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.3715 | **Nonpriority creditor's name and mailing address**<br>YORK, TOD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3716 | **Nonpriority creditor's name and mailing address**<br>YORRO JR, DIONISIO<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3717 | **Nonpriority creditor's name and mailing address**<br>YOUNG, BRANDY<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.3718 | **Nonpriority creditor's name and mailing address**<br>YOUNG, ETHAN<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.3719** | **Nonpriority creditor's name and mailing address**
YOUNG, KEITH
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3720** | **Nonpriority creditor's name and mailing address**
YOUNG, RICHARD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3721** | **Nonpriority creditor's name and mailing address**
YOUNG, SOFIA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☑ No
☐ Yes

$23.52

---

**3.3722** | **Nonpriority creditor's name and mailing address**
YOUNG, SOFIA
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3723** | **Nonpriority creditor's name and mailing address**
YOUNG, TRACY
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE & RETENTION PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$216,863.33

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.3724** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

YOUNT, ASHLY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3725** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $502,500.00

YOUREE, BENJAMIN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERANCE & RETENTION PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3726** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

YU, BRIAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3727** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $324.36

YU, JAMES
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
UNCASHED CHECK

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3728** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

YU, MICHAEL
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|
| | | |

**3.3729** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

YUDIS, MARINA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3730** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ZAEPFEL, MEGAN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3731** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ZAKI, SANDRA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3732** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ZAMBRANO MD PA, HANS
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3733** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

ZAMORANO, SERGIO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

| | | Amount of claim |
| --- | --- | --- |

**3.3734** **Nonpriority creditor's name and mailing address**

ZAREEN MD PA, NASIR
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3735** **Nonpriority creditor's name and mailing address**

ZARSKI, JEREMY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3736** **Nonpriority creditor's name and mailing address**

ZAVALETA, ERNESTO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3737** **Nonpriority creditor's name and mailing address**

ZEHRUNG JR, ROBERT
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3738** **Nonpriority creditor's name and mailing address**

ZEILER ENTERPRISES LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3739 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNDETERMINED |

ZEITLER, HARRISON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3740 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNDETERMINED |

ZEKRI AND LLC
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3741 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNDETERMINED |

ZELIGMAN, HARVEY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3742 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNDETERMINED |

ZELLER, KATHY
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3743 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | UNDETERMINED |

ZHEN, ANDREW
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3744 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
ZIA, HAFSA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3745**
**Nonpriority creditor's name and mailing address**
ZIKA, BLAKE
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3746**
**Nonpriority creditor's name and mailing address**
ZIMMERMAN, ADRIENNE E
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3747**
**Nonpriority creditor's name and mailing address**
ZITTERMAN, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.3748**
**Nonpriority creditor's name and mailing address**
ZOINO, ALBERICO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3749 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |

3.3749  **Nonpriority creditor's name and mailing address**

ZOPPI, JOSEPH
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $190,610.37 |
| 5b. | Total claims from Part 2 | 5b. + | $47,408,827.82 |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $47,599,438.19 |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11469 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 8/14/2020 | 4WRD CONSULTING, LLC<br>1550 W MCEWEN DRIVE, SUITE 300 PMB 38<br>FRANKLIN, TN 37067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT | 8X8 INC<br>2125 O'NEL DR<br>SAN JOSE, CA 95131 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | ABDUL-KAFI, ADAM<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | ACCELERATED SOLUTIONS LLC<br>D/B/A ARX<br>800 CRESCENT CENTRE DR, STE 500<br>FRANKLIN, TN 37067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC          Case Number (if known) 23-11469
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MARKET MEDICAL DIRECTOR OFFER LETTER DTD 2/24/2023 | ACHRAMOWICZ, ERIK, DO ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 2/24/2023 | ACHRAMOWICZ, ERIK, DO ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | CLINICAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 5/23/2023 | ADAMS, JOHN ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 5/23/2023 | ADAMS, JOHN ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | MAJOR ACCOUNTS AGREEMENT DTD 02/04/2015 | ADP LLC ONE ADP BLVD ROSELAND, NJ  7068 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | SITE MEDICAL DIRECTOR UPDATED START DATE CONFIRMATION DTD 3/4/2022 | AGRAWAL, ARUN, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC _____    Case number (if known) 23-11469
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED START DATE LETTER DTD 3/4/2022 | AGRAWAL, ARUN, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DTD 4/4/2018 | AHV HOLDING COMPANY D/B/A AV HOLDING COMPANY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED OFFER LETTER DTD 2/2/2023 | ALAIMO, ANDREW, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP STIPEND OFFER CONFIRMATION DTD 2/2/2023 | ALAMO, ANDREW, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 10/12/2020 | ALFORD, JAMES, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | REVISED OFFER LETTER DTD 3/30/2023 | ALFORD, JAMES, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 8/16/2022 | ALLEN, JOSHUA, NP<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | List the contract number of any government contract | | |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/16/2022 | ALLEN, JOSHUA, NP<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | List the contract number of any government contract | | |

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA EXCHANGE AGREEMENT FOR THE AMA PHYSICIAN PROFESSIONAL DATA DTD 06/26/2020 | AMA HEALTH INFORMATION SOLUTIONS INC<br>330 N WABASH AVE, STE 39300<br>CHICAGO, IL 60611 |
| | **State the term remaining** | CURRENT | |
| | List the contract number of any government contract | | |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | HEALTH CARE PROVIDER LICENSE AGREEMENT DTD 10/12/2020 | AMA HEALTH INFORMATION SOLUTIONS INC<br>ATTN DIR, INTELLECTUAL PROPERTY SVCS<br>330 N WABASH AVE, STE 39300<br>CHICAGO, IL 60611 |
| | **State the term remaining** | CURRENT | |
| | List the contract number of any government contract | | |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | HEALTH CARE PROVIDER LICENSE AGREEMENT DTD 12/01/2020 | AMA HEALTH INFORMATION SOLUTIONS INC<br>ATTN DIR, INTELLECTUAL PROPERTY SVCS<br>330 N WABASH AVE, STE 39300<br>CHICAGO, IL 60611 |
| | **State the term remaining** | CURRENT | |
| | List the contract number of any government contract | | |

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | HEALTH CARE PROVIDER LICENSE AGREEMENT DTD 10/12/2020 | AMA HEALTH INFORMATION SOLUTIONS INC<br>C/O AMERICAN MEDICAL ASSOCIATION<br>ATTN GENERAL COUNSEL<br>330 N WABASH AVE, STE 39300<br>CHICAGO, IL 60611-5885 |
| | **State the term remaining** | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known) 23-11469

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.23** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> HEALTH CARE PROVIDER LICENSE AGREEMENT DTD 12/01/2020 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | AMA HEALTH INFORMATION SOLUTIONS INC C/O AMERICAN MEDICAL ASSOCIATION ATTN GENERAL COUNSEL 330 N WABASH AVE, STE 39300 CHICAGO, IL 60611-5885 |
| **2.24** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> TERMINATION AND TRANSITION AGREEMENT <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | AMERICAN HEALTHCARE SYSTEMS 505 N. BRAND BLVD., SUITE 1110 GLENDALE, CA 91203 |
| **2.25** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> CREDENTIALING SERVICES ORDER #3428173 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | AMERICAN MEDICAL ASSOCIATION 75 REMITTANCE DRIVE SUITE 1413 CHICAGO, IL 60675-1413 |
| **2.26** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> MANAGEMENT SERVICES AGREEMENT <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | AMERICAN PHYSICIAN HOLDINGS, LLC 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 |
| **2.27** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> UPDATED STIPEND LETTER DTD 6/3/2022 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | ANANI, LOVE, MD ADDRESS REDACTED |
| **2.28** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> UPDATED STIPEND LETTER DTD 6/3/2022 <br><br> **State the term remaining** CURRENT <br><br> **List the contract number of any government contract** | ANANI, LOVE, MD ADDRESS REDACTED |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | ANTHEM HEALTH PLANS OF KENTUCKY INC D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED COMPENSATION LETTER DTD 5/18/2023 | ARADHYA, SUNIL, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED COMPENSATION PLAN CONFIRMATION DTD 5/18/2023 | ARADHYA, SUNLL, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | ARCHER, ALAN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | NONDISCLOSURE AGREEMENT | ARDENT HEALTH PARTNERS LLC 340 SEVEN SPRINGS WAY SUITE 100 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFICATE OF LIABILITY AGREEMENT DTD 10/4/2021 | ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES INC ATTN EMILY GIFFEN 650 E CARMEL DR, STE 400 CARMEL, IN 46032 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | ASCENSION HEALTH RESOURCE AND SUPPLY MANAGEMENT GROUP LLC CONFIDENTIALITY AGREEMENT | ASCENSION HEALTH RESOURCE AND SUPPLY MANAGEMENT GROUP LLC 2054 WESTPORT CENTER DR ST LOUIS, MO 63146 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | AT&T DEDICATED INTERNET | AT&T CORP. 12900 PARK PLAZA DR CERRITOS, CA 90703 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | AT&T MOBILE BUSINESS MASTER SERVICES AGREEMENT | AT&T MOBILITY NATIONAL ACCOUNTS LLC ONE AT&T WAY ATTN: MASTER AGREEMENT SUPPORT TEAM BEDMINSTER, NJ 07921-0752 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | ATHENAHEALTH INC 311 ARSENAL ST WATERTOWN, MA 2472 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 9/16/2022 | AUGUSTINE, NIDA, DO ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 9/16/2022 | AUGUSTINE, NIDA, DO ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | CLOUD BACKUP STANDARD FOR M365 AGREEMENT | AVE POINT, INC.<br>RIVERFRONT PLAZA, WEST TOWER<br>901 EAST BYRD STREET, SUITE 900<br>RICHMOND, VA  23219 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DTD 7/17/2018 | BABTIST HEALTHCARE SYSTEM INC D/B/A BABTIST HEALTH PADUCAH |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | BABULA, DAVID<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | BADULA, DAVID<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DTD 7/12/2018 | BALLAD HEALTH<br>1905 AMERICAN WAY<br>KINGSPORT, TN  37660 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | INCREASED LEADERSHIP STIPEND DTD 4/30/2021 | BARZSO, THEODORE<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.47** **State what the contract or lease is for and the nature of the debtor's interest** — UPDATED STIPEND LETTER DTD 4/30/2021 **State the term remaining** — CURRENT **List the contract number of any government contract** | BARZSO, THEODORE ADDRESS REDACTED |
| **2.48** **State what the contract or lease is for and the nature of the debtor's interest** — OFFER LETTER DTD 4/1/2023 **State the term remaining** — CURRENT **List the contract number of any government contract** | BAUER, ERIN, PA ADDRESS REDACTED |
| **2.49** **State what the contract or lease is for and the nature of the debtor's interest** — UPDATED STIPEND LETTER DTD 4/14/2023 **State the term remaining** — CURRENT **List the contract number of any government contract** | BAUER, ERIN, PA ADDRESS REDACTED |
| **2.50** **State what the contract or lease is for and the nature of the debtor's interest** — INCENTIVE BONUS LETTER AGREEMENT DTD 5/18/2023 **State the term remaining** — CURRENT **List the contract number of any government contract** | BAYONA, ANDRES, MD ADDRESS REDACTED |
| **2.51** **State what the contract or lease is for and the nature of the debtor's interest** — UPDATED COMPENSATION PLAN OFFER CONFIRMATION DTD 5/18/2023 **State the term remaining** — CURRENT **List the contract number of any government contract** | BAYONA, ANDRES, MD ADDRESS REDACTED |
| **2.52** **State what the contract or lease is for and the nature of the debtor's interest** — EQUIPMENT LEASE RE LEASE OF SHARP MODEL 3571; SERIAL #95096380 **State the term remaining** — CURRENT **List the contract number of any government contract** | BBE BETTER BUSINESS SOLUTIONS 310 WILSON PIKE CIRCLE BRENTWOOD, TN 37024-3549 |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE RE LEASE OF SHARP MODEL 6070, SERIAL #85121766 | BBE BETTER BUSINESS SOLUTIONS 310 WILSON PIKE CIRCLE BRENTWOOD, TN 37024-3549 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE RE LEASE OF SHARP MODEL 6071, SERIAL #13014363 & SHARP 3571, SERIAL 13027495, 15110485, 1E019895 | BBE BETTER BUSINESS SOLUTIONS 310 WILSON PIKE CIRCLE BRENTWOOD, TN 37024-3549 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE RE LEASE OF SHARP MODEL 6071, SERIAL #25125922 & SHARP 6071, SERIAL 1507059Y | BBE BETTER BUSINESS SOLUTIONS 310 WILSON PIKE CIRCLE BRENTWOOD, TN 37024-3549 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR PROFESSIONAL SERVICES LETTER DTD 5/11/2023 | BDO CONSULTING GROUP LLC 1180 PEACHTREE ST NE, STE 1950 ATLANTA, GA 30309 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK - FINANCIAL ADVISORY SERVICES LETTER DTD 5/11/2023 | BDO CONSULTING GROUP LLC 1180 PEACHTREE ST, STE 1950 ATLANTA, GA 30309 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | NON DISCLOSURE AGREEMENT DTD 04/13/2023 | BDO USA LLP 1180 PEACHTREE STREET SUITE 1950 ATLANTA, GA 30309 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known) 23-11469
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD APC OFFER LETTER DTD 6/16/2023 | BECK, BREANNA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 6/16/2023 | BECK, BREANNA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE MEDICAL DIRETOR OFFER LETTER DTD 4/29/2022 | BERG, EVAN, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 4/29/2022 | BERG, EVAN, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | AFFILIATION AGREEMENT | BETHEL UNIVERSITY PHYSICIAN ASSISTANT PROGRAM<br>302B TYSON AVE<br>PARIS, TN  38242 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | AFFILIATION AGREEMENT DTD 5/24/2018 | BETHEL UNIVERSITY PHYSICIAN ASSISTANT PROGRAM<br>302B TYSON AVE<br>PARIS, TN  38242 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPOSAL TO PROVIDE AN EMERGENCY DEPT RECORD CODING COMPLIANCE AND PROVIDER DOCUMENTATION AUDIT | BETTINGER STIMLER & ASSOCIATES LLC PO BOX 565940 PINECREST, FL  33256 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | ACTIVTRAK SOFTWARE USAGE ANNUAL PLAN | BIRCH GROVE SOFTWARE INC 1301 SOUTH MO PAC EXPRESSWAY STE LL25 AUSTN, TX  78746 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | SYSTEMS/SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 9/22/2022 | BLACKWELDER, LAUREN, MD ADDRESS REDACTED |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED ROLE AND STIPEND LETTER DTD 9/22/2022 | BLACKWELDER, LAUREN, MD ADDRESS REDACTED |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/7/2022 | BLACKWELL, ERIC, MD ADDRESS REDACTED |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | REGIONAL MEDICAL DIRECTOR OFFER LETTER DTD 3/7/2022 | BLACKWELL, ERIC, MD ADDRESS REDACTED |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known)    23-11469
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | BLOUNT HOSPITALIST PC<br>907 E LAMAR ALEXANDER PKWY<br>MARYVILLE, TN  37804 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | OBSERVATION UNIT LETTER AGREEMENT DTD 4/14/2017 | BLOUNT MEMORIAL HOSPITAL<br>ATTN DON HEINEMANN, CEO<br>907 E LAMAR ALEXANDER PKWY<br>MARYVILLE, TN  37804 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | BLUE, JIM<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | SEPARATION AGREEMENT LETTER DTD 5/11/2023 | BLUE, JIM<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | SMARTROOM SERVICE AGREEMENT DTD 06/10/2023 | BMC GROUP VDR, LLC<br>3732 W 120TH STREET<br>HAWTHORNE, CA  90250 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL EXPERIENCE AGREEMENT DTD 1/25/2018 | BOARD OF TTEES-UNIVERSITY OF ALABAMA<br>O/B/O UNIVERSITY OF ALABAMA IN HUNTSVILLE |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/1/2023 | BOMBARD, MATTHEW, DO ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 3/21/2023 | BOMBARD, MATTHEW, DO ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/8/2019 | BRANTLEY, JONATHAN ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 8/12/2019 | BRANTLEY, JONATHAN, DR ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 11/26/2014 | BRENTWOOD CAPITAL ADVISORS LLC 500 MERIDIAN BLVD, STE 350 FRANKLIN, TN  37067 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 2/10/2022 | BRENTWOOD CAPITAL ADVISORS LLC ATTN L ANDERSON GALYON, PARTNER 5000 MERIDIAN BLVD, STE 350 FRANKLIN, TN  37067 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC

(Name)

Case number (if known)    23-11469

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | CORRESPONDENCE LETTER DTD 2/25/2021 | BRIGHTHAWK LLC ATTN ANDY LAIDIG 4851 TAMIAMI TRAIL N, STE 200 NAPLES, FL  34103 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT DTD 12/21/2016 | BRININGSTOOL, ANTHONY, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | EMPLOYMENT AGREEMENT DTD 12/26/2016 | BRININGSTOOL, ANTHONY, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | BRININGSTOOL, TONY ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 8/4/2022 | BROWN, JORDAN, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 8/4/2022 | BROWN, JORDAN, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD APC CONFIRMATION LETTER DTD 9/31/2019 | BRYAN, MICHELLE, NP ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 12/31/2019 | BRYAN, MICHELLE, NP ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR USE AND NON DISCLOSURE OF CONFIDENTIAL INFORMATION | BULLHEAD CITY HOSPITAL CORPORATION D/B/A WESTERN ARIZONA REGIONAL MEDICAL CENTER ATTN CEO 2735 SILVER CREEK RD BULLHEAD CITY, AZ  86442 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR USE AND NON DISCLOSURE OF CONFIDENTIAL INFORMATION | BULLHEAD CITY HOSPITAL CORPORATION D/B/A WESTERN ARIZONA REGIONAL MEDICAL CENTER ATTN GENERAL COUNSEL 4000 MERIDIAN BLVD FRANKLIN, TN  37067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT | BULLHORN INC ATTN CHIEF FINANCIAL OFFICER 100 SUMMER ST, 17TH FL BOSTON, MA  02110 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SUBSCRIPTION AGREEMENT DTD 12/29/2016 | BULLHORN INC ATTN CHIEF FINANCIAL OFFICER 100 SUMMER ST, 17TH FL BOSTON, MA  02110 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case 23-11469-BLS    Doc 117    Filed 10/12/23    Case number (if known) 23-11469    Page 795 of 911

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT RENEWAL INFORMATION DTD 10/30/2018 | BULLHORN<br>100 SUMMER ST, 17TH FL<br>BOSTON, MA  02110 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACT RENEWAL INFORMATION DTD 10/31/2017 | BULLHORN<br>100 SUMMER ST, 17TH FL<br>BOSTON, MA  02110 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | INCENTIVE BONUS LETTER DTD 7/26/2022 | BURGESS, JOHN, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED COMPENSATION PLAN CONFIRMATION DTD 7/26/2022 | BURGESS, JOHN, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICIAN LEADS OFFER LETTER DTD 12/22/2020 | BURGESS, MELISSA, NP<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 12/22/2020 | BURGESS, MELISSA, NP<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case number (if known)    23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATING AGREEMENT DTD 7/20/2015 | CADENCE BANK 1101 GREENSBORO AVE TUSCALOOSA, AL  35403 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | IRREVOCABLE STANBY LETTER OF CREDIT #4844577 DTD 2/5/206 | CADENCE BANK 2800 POST OAK BLVD, STE 3800 HOUSTON, TX  77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | CALDWELL, JONATHAN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE CANON IR400IF SERIAL # QLA21379 | CANON 14904 COLLECTIONS CENTER DRIVE CHICAGO, IL  60693-0149 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE CANON IRC5235A SERIAL # RRB23942 | CANON 14904 COLLECTIONS CENTER DRIVE CHICAGO, IL  60693-0149 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT LETTER DTD 7/29/2020 | CAREY, JACK, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP COMPENSATION LETTER DTD 2 4/2022 | CAREY, JACK, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL RENTAL AGREEMENT DTD 4/1/2022 | CARLSBAD COPPERSTONE LLC<br>1101 CALLAWAY DRIVE<br>1604<br>CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL RENTAL AGREEMENT DTD 4/1/2022 | CARLSBAD COPPERSTONE LLC<br>1101 CALLAWAY DRIVE<br>1604<br>CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL RENTAL AGREEMENT DTD 4/1/2022 | CARLSBAD COPPERSTONE LLC<br>1101 CALLAWAY DRIVE<br>1604<br>CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | RESIDENTIAL RENTAL AGREEMENT DTD 4/1/2022 | CARLSBAD COPPERSTONE LLC<br>1101 CALLAWAY DRIVE<br>1604<br>CARLSBAD, NM  88220 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 7/11/2022 | CARLSON, AMY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT LETTER AGREEMENT DTD 7/11/2022 | CARLSON, AMY ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | CARSON-NEWMAN UNIVERSITY 1646 RUSSELL AVE JEFFERSON CITY, TN 37760 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERIM SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 4/6/2023 | CASAUS, LANDON, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDTATED STIPEND LETTER DTD 4/6/2023 | CASAUS, LANDON, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA BUSINESS ASSOCIATE | CASCADE CAPITAL FUNDING, LLC 5341 OLD REDWOOD HIGHWAY, SUITE 210 PETALUMA, CA 94954 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 5/10/2023 | CASHIN, BRIAN, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | TRANSITIONING CONFIRMATION LETTER DTD 5/10/2023 | CASHIN, BRIAN, MD<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | LEAD APC OFFER LETTER DTD 11/12/2019 | CASSADY, DANA<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 11/12/2019 | CASSADY, DANA<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 6/3/2022 | CAUTHEN, WILLIAM, MD<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | REGIONAL MEDICAL DIRECTOR OFFER CONFIRMATION DTD 6/3/2022 | CAUTHEN, WILLIAM, MD<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | CREDIT BUSINESS SERVICES | CB SERVICES INC<br>1615 FLORIDA AVE<br>PANAMA CITY, FL  32401 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | COLLECTION AGREEMENT | CB SERVICES INC<br>711 EGLIN PKWY<br>FT WALTON BEACH, FL  32547 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | CREDIT BUSINESS SERVICES | CB SERVICES INC<br>711 EGLIN PKWY<br>FT WALTON BEACH, FL  32547 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 12/12/2022 | CHANDLER, JENNIFER, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP BONUS METRICS OFFER CONFIRMATION DTD 12/29/2022 | CHANDLER, JENNIFER, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.129 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL DTD 7/31/2021 | CHARLESBANK EQUITY FUND X LP<br>CHARLESBANK CAPITAL PARTNERS LLC<br>200 CLAREDON ST, 54TH FL<br>BOSTON, MA  2116 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.130 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR USE AND NON-DISCLOSURE OF CONFIDENTIAL INFORMATION DTD 05/08/2017 | CHSPSC LLC<br>ATTN GENERAL COUNSEL<br>4000 MERIDIAN BLVD<br>FRANKLIN, TN  37067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.131 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR USE AND NON-DISCLOSURE OF CONFIDENTIAL INFORMATION DTD 11/22/2015 | CHSPSC LLC ATTN GENERAL COUNSEL 4000 MERIDIAN BLVD FRANKLIN, TN 37067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.132 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERIM SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 2/6/2023 | CHUMBLEY, KELLY, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.133 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED DUTIES & STIPEND LETTER DTD 2/6/2023 | CHUMBLEY, KELLY, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | CLARK, NICOLE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD ADVANCED PRACTICE PROVIDER OFFER CONFIRMATION DTD 1/11/2022 | CLERICO, AMANDA, NP ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/11/2022 | CLERICO, AMANDA, NP ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC

(Name)

Case number (if known) 23-11469

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR USE AND NON-DISCLOSURE OF CONFIDENTIAL INFORMATION DTD 02/01/2016 | CODE 3 EMERGENCY PARTNERS LLC ATTN BRYAN WARRICK 6045 ALMA RD, STE 110 MCKINNEY, TX  75070 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD APC OFFER LETTER DTD 1/31/2023 | COLEMAN, TRENT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/31/2023 | COLEMAN, TRENT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | NEGOTIATION AND APPEAL SERVICES LETTER DTD 5/12/2015 | COLLECT RX LLC 10411 MOTOR CITY DRIVE SUITE 300B BETHESDA, MD  20817 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT NO. 1 TO AGREEMENT FOR EMERGENCY SERVICES DTD 1/1/2020 | COMANCHE COUNTY MEMORIAL HOSPITAL 3401 WEST GORE BLVD LAWTON, OK  73505 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | COMCAST BUSINESS SERVICE ORDER AGREEMENT (ORDER # OID-0008184715) | COMCAST BUSINESS |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENITALITY AGREEMENT DTD 06/21/2018 | COMDATA INC<br>5301 MARYLAND WAY<br>BRENTWOOD, TN  37027 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.144 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE LEASE AGREEMENT,DTD 7/18/2023 | COMMUNITY HEALTH SYSTEMS<br>4000 MERIDIAN BOULEVARD<br>FRANKLIN, TN  37067 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.145 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINGENCY SEARCH AGREEMENT DTD 12/14/2015 | COMPHEALTH ASSOCIATES INC<br>6451 N FEDERAL HWY, STE 791<br>FORT LAUDERDALE, FL  33308 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.146 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINGENCY SEARCH AGREEMENT CONFIRMATION DTD 12/16/2015 | COMPHEALTH ASSOCIATES INC<br>6451 N FEDERAL HWY, STE 791<br>FT LAUDERDALE, FL  33308 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.147 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINGENCY SEARCH AGREEMENT CONFIRMATION DTD 12/7/2016 | COMPHEALTH ASSOCIATES INC<br>6451 N FEDERAL HWY, STE 791<br>FT LAUDERDALE, FL  33308 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.148 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTINGENCY SEARCH AGREEMENT DTD 12/14/2015 | COMPHEALTH ASSOCIATES INC<br>6451 N FEDERAL HWY, STE 791<br>FT LAUDERDALE, FL  33308 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.149 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT DTD 08/20/2015 | COMPLIANCELINC LLC 301 MCCULLOUGH DR, STE 520 CHARLOTTE, NC  28262 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.150 | **State what the contract or lease is for and the nature of the debtor's interest** | COMPLIANCE AGREEEMENT | COMPLIANCELINE LLC 301 MCCULLOUGH DR, STE 520 CHARLOTTE, NC  28262 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.151 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT/ORDER FORM EFFECTIVE 02/15/2023 | CONCUR TECHNOLOGIES, INC. |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.152 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTS 365 SERVICE AGREEMENT | CONTRACTS 365 INC 24R PLEASANT ST NEWBURYPORT, MA  1950 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.153 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTS 365 SERVICE AGREEMENT DTD 06/27/2022 | CONTRACTS 365 INC 24R PLEASANT ST NEWBURYPORT, MA  1950 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.154 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE SOLUTION PROPOSAL DTD 6/6/2022 | CONTRACTS 365 INC 24R PLEASANT ST NEWBURYPORT, MA  1950 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC
(Name)

Case number (if known)    23-11469

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.155 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK DTD 06/27/2022 | CONTRACTS 365 INC 24R PLEASANT ST NEWBURYPORT, MA 1950 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.156 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTS 365 SERVICE AGREEMENT | CONTRACTS 365, INC. 24R PLEASANT ST NEWBURYPORT, MA  01950 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.157 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT # CP-0621-1400 | CONVERGEPOINT 1810 SNAKE RIVER RD KATY, TX  77449 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.158 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 12/30/2022 | COOK, ERIC, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.159 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR LETTER DTD 12/30/2022 | COOK, ERIC, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.160 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION AND FUNDING AGREEMENT DTD 8/25/2023 | COOKVILLE REGIONAL 1 MEDICAL CENTER BLVD COOKEVILLE, TN  38501 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.161** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UPDATED LEADERSHIP COMPENSATION OFFER CONFIRMATION DTD 1/7/2022<br><br>CURRENT | CORBIN, ADAM<br>ADDRESS REDACTED |
| **2.162** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UPDATED OFFER LETTER DTD 1/7/2022<br><br>CURRENT | CORBIN, ADAM<br>ADDRESS REDACTED |
| **2.163** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UPDATED BOUNUS LETTER DTD 2/8/2023<br><br>CURRENT | COSTANZA, NICHOLAS, DO<br>ADDRESS REDACTED |
| **2.164** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UPDATED LEADERSHIP BOUNUS METRICS OFFER LETTER DTD 2/8/2023<br><br>CURRENT | COSTANZA, NICHOLAS, DO<br>ADDRESS REDACTED |
| **2.165** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | COMMERCIAL SERVICES AGREEMENT DTD 03/01/2019<br><br>CURRENT | COX BUSINESS<br>3010 W AGUA FRIA FREEWAY<br>PHOENIX, AZ  85027 |
| **2.166** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSOCIATE SITE MEDICAL DIRECTOR OFFER LETTER DTD 7/18/2022<br><br>CURRENT | COX, JACOB, DO<br>ADDRESS REDACTED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.167 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 7/18/2022 | COX, JACOB, DO<br>ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.168 | **State what the contract or lease is for and the nature of the debtor's interest** | DIVISION PRESIDENT, CLINICAL OPERATIONS OFFER LETTER DTD 4/21/2023 | CRANE, DANIEL, MD<br>ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.169 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 4/21/2023 | CRANE, DANIEL, MD<br>ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.170 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/13/2023 | CRAWFORD, KRISTOPHER, MD<br>ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.171 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 3/13/2023 | CRAWFORD, KRISTOPHER, MD<br>ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.172 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR USE AND NON-DISCLOSURE OF CONFIDENTIAL INFORMATION | CRESTWOOD HEALTHCARE LP D/B/A CRESTWOOD MEDICAL CENTER<br>ONE HOSPITAL DR<br>HUNTSVILLE, AL  35801 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                                    Case number (if known)    23-11469
_____    _____
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.173** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AND SOFTWARE AS A SERVICE AGREEMENT DTD 04/01/2023 | CROWE LLP ATTN GENERAL COUNSEL ONE MID AMERICA PLAZA, STE 500 OAKBROOK TERRACE, IL 60181 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.174** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AND SOFTWARE AS A SERVICE AGREEMENT DTD 4/1/2023 | CROWE LLP ATTN GENERAL COUNSEL ONE MID AMERICA PLAZA, STE 500 OAKBROOK TERRACE, IL 60181 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.175** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AND SOFTWARE AS A SERVICE AGREEMENT VENDOR CONTRACT ISSUES LIST DTD 3/10/2023 | CROWE LLP ATTN GENERAL COUNSEL ONE MID AMERICA PLAZA, STE 500 OAKBROOK TERRACE, IL 60181 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.176** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AND SOFTWARE AS A SERVICE AGREEMENT DTD 4/1/2023 | CROWE LLP ONE MID AMERICA PLAZA, SUITE 500 OAKBROOK TERRACE, IL 60181 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.177** **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENITALITY AGREEMENT DTD 06/02/2021 | CYPRESS EMERGENCY ASSOCIATES PA 6003 ISLA VISTA CT HOUSTON, TX 77041 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.178** **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED OFFER LETTER DTD 9/23/2022 | DANIEL, ASHLEA, NP ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.179 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 9/23/2022 | DANIEL, ASHLEE, NP ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.180 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/20/2020 | DAO, HIEN, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.181 | **State what the contract or lease is for and the nature of the debtor's interest** | REVISED OFFER LETTER DTD 7/26/2022 | DAO, HLEN, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.182 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 6/5/2023 | DARRIGAN, DAVID, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.183 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD APC OFFER LETTER DTD 12/6/2019 | DAUBY, LINDSEY ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.184 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 12/6/2019 | DAUBY, LINDSEY ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.185 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD ADVANCED PRACTICE CLINCIAN OFFER CONFIRMATION DTD 7/28/2021 | DAVIDSON, SARAH<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.186 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 7/28/2021 | DAVIDSON, SARAH<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.187 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENITALITY AGREEMENT DTD 02/07/2018 | DAVIES'S COMMUNITY HOSPITAL<br>1314 E WALNUT ST<br>WASHINGTON, IN  47501 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.188 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | DAVIS, DAWN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.189 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | DAVIS, MINDY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.190 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | DAVIS, SHELBY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case number (if known)   23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.191 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | DE LEON, RANDY<br>ADDRESS REDACTED |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.192 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT DTD 5/25/2017 | DEFINITIVE HEALTHCARE LLC<br>550 COCHITUATE RD, UNIT 4<br>FRAMINGHAM, MA  1701 |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.193 | **State what the contract or lease is for and the nature of the debtor's interest** | LEADERSHIP PAY INCREASE LETTER DTD 4/1/2021 | DELHAMER, BRANDT<br>ADDRESS REDACTED |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.194 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 4/1/2011 | DELHAMER, BRANDT<br>ADDRESS REDACTED |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.195 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | DERUELLE, DENNIS<br>ADDRESS REDACTED |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |
| 2.196 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | DERUELLE, DENNIS<br>ADDRESS REDACTED |
|  | **State the term remaining** | CURRENT |  |
|  | **List the contract number of any government contract** |  |  |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known) 23-11469
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.197 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AND RELEASE AGREEMENT DTD 4/14/2023 | DERUELLE, DENNIS ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.198 | **State what the contract or lease is for and the nature of the debtor's interest** | ICU DIRECTOR OFFER CONFIRMATION DTD 1/5/2022 | DESAI, SAURABH, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.199 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/5/2022 | DESAI, SAURABH, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.200 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 2/3/2023 | DIAMOND, CHRISTOPHER, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.201 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 2/3/2023 | DIAMOND, CHRISTOPHER, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.202 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | DIEFENBACHER, ROBERT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.203 | **State what the contract or lease is for and the nature of the debtor's interest** | DOCUSIGN BUSINESS PRO EDITION SERVICE AND SUPPORT AGREEMENT | DOCUSIGN INC. 221 MAIN STREET, SUITE 1000 SAN FRANCISCO, CA 94105 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.204 | **State what the contract or lease is for and the nature of the debtor's interest** | CO-LEAD APC OFFER LETTER DTD 8/25/2021 | DODSON, MELANIE, NP ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.205 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/25/2021 | DODSON, MELANIE, NP ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.206 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD ADVANCED PRACTICE PROVIDER OFFER CONFIRMATION DTD 6/3/2022 | DOSS, BELINDA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.207 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 6/3/2022 | DOSS, BELINDA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.208 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-EXCLUSIVE AIRCRAFT LEASE AGREEMENT  DTD 06/04/2021 | DOUBLE D HOLDINGS INC PO BOX 110205 NASHVILLE, TN 37222 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469
_____
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.209** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 5/5/2021 | DOWNING, JOHN, DO<br>ADDRESS REDACTED |
| **2.210** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TALENT FINDER AGREEMENT<br><br>CURRENT | DOXIMITY INC<br>DEPT CH19291<br>PALATINE, IL  60055-9291 |
| **2.211** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TALENT FINDER AGREEMENT DTD 07/01/2020<br><br>CURRENT | DOXIMITY INC<br>DEPT CH19291<br>PALATINE, IL  60055-9291 |
| **2.212** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/3/2023<br><br>CURRENT | DRISKELL, DAVID<br>ADDRESS REDACTED |
| **2.213** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UPDATED COMPENSATION LETTER DTD 5/3/2023<br><br>CURRENT | DRISKELL, DAVID<br>ADDRESS REDACTED |
| **2.214** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 4/9/2023<br><br>CURRENT | DRUMHILLER, MARK, MD<br>ADDRESS REDACTED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.215 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 4/9/2023 | DRUMHILLER, MARK, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.216 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 9/1/2022 | DUNLAP, ADAM, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.217 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 9/1/2022 | DUNLAP, ALEXANDER, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.218 | **State what the contract or lease is for and the nature of the debtor's interest** | DYNAMICS 365 ENTERPRISE - CRM ATS FOR SALES AND RECRUITING ANNUAL SUBSCRIPTION | DYNAMICS ATS 43 RAINEY ST, SUITE 2007 AUSTIN, TX 78701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.219 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | DYSON, BRANDON ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.220 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | DYSON, BRANDON ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.221** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 05/05/2017 | ECHO INC 209 10TH AVENUE S, STE 450 NASHVILLE, TN  37203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.222** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | ECHO INC. 209 10TH AVENUE SOUTH, SUITE 450, NASHVILLE, TN  37203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.223** | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/11/2022 | EDWARDS, CHARLES LOUIS , DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.224** | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE MEDICAL DIRECTOR OFFER LETTER DTD 8/11/2022 | EDWARDS, CHARLES LOUIS, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.225** | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 12/29/2022 | EFUNE, BRADLEY, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| **2.226** | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP STIPEND OFFER CONFIRMATION DTD 12/29/2022 | EFUNE, BRADLEY, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) 23-11469 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.227 | **State what the contract or lease is for and the nature of the debtor's interest** | NONDISCLOSURE AGREEMENT DTD 10/08/2019 | EMERGENCY MEDICINE OF INDIANA LLC 7950 W JEFFERSON BLVD #2121 FORT WAYNE, IN 46804 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.228 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINCIAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 3/2/2023 | ERICKSON, SCOTT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.229 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/2/2023 | ERICKSON, SCOTT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | ERNST & YOUNG LLP 222 2ND AVE S, STE 2100 NASHVILLE, TN 37201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK - COVID-19 EMPLOYEE RENTENTION CREDIT | ERNST & YOUNG LLP 222 2ND AVE S, STE 2100 NASHVILLE, TN 37201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | ERWIN, SHEILA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT DTD 12/18/2020 | EVERYDAY HEALTH MEDIA LLC 4600 S SYRACUSE ST, STE 200 DENVER, CO 80237 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | PILOT SERVICES AGREEMENT DTD 06/04/2021 | EXECUTIVE AIR EXPRESS INC P.O. BOX 111051 NASHVILLE, TN 37222 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | 2021 CORPORATE RATE AGREEMENT | FAIRFIELD BY MARRIOTT GALLUP 3510 E HWY 66 GALLUP, NM 87301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/2/2020 | FARMAN, DAVID, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.237 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 3/2/2020 | FARMAN, DAVID, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.238 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | FAULK, DEVIN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.239** **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED OFFER LETTER DTD 2/14/2023 | FAWER, TRAVIS ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.240** **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 2/14/2023 | FAWVER, TRAVIS ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.241** **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES LETTER AGREEMENT DTD 3/7/2022 | FIELD, ALLISON, DO ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.242** **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP INCENTIVE DTD 3/7/2022 | FIELD, ALLISON, DO ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.243** **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/18/2020 | FILIPPONE, EDWARD C, PA ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.244** **State what the contract or lease is for and the nature of the debtor's interest** | LEAD ADVANCE PRACTICE CLINICIAN OFFER LETTER DTD 8/18/2020 | FILLIPPONE, EDWARD C, PA ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.245** **State what the contract or lease is for and the nature of the debtor's interest**     BUSINESS DEVELOPMENT AGREEMENT<br><br>**State the term remaining**     CURRENT<br><br>**List the contract number of any government contract** | FIND GREAT PEOPLE LLC<br>ATTN VP HEALTHCARE DIV<br>381 RIVERSIDE DR, STE 460<br>FRANKLIN, TN 37064 |
| **2.246** **State what the contract or lease is for and the nature of the debtor's interest**     PROFESSIONAL SERVICES AGREEMENT<br><br>**State the term remaining**     CURRENT<br><br>**List the contract number of any government contract** | FIND GREAT PEOPLE LLC<br>ATTN VP HEALTHCARE DIV<br>381 RIVERSIDE DR, STE 460<br>FRANKLIN, TN 37064 |
| **2.247** **State what the contract or lease is for and the nature of the debtor's interest**     RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023<br><br>**State the term remaining**     CURRENT<br><br>**List the contract number of any government contract** | FISCHER, WHITNEY<br>ADDRESS REDACTED |
| **2.248** **State what the contract or lease is for and the nature of the debtor's interest**     INTERIM ICU DIRECTOR OFFER LETTER DTD 1/8/2022<br><br>**State the term remaining**     CURRENT<br><br>**List the contract number of any government contract** | FITZGERALD, LESLIE, MD<br>ADDRESS REDACTED |
| **2.249** **State what the contract or lease is for and the nature of the debtor's interest**     OFFER LETTER DTD 1/8/2022<br><br>**State the term remaining**     CURRENT<br><br>**List the contract number of any government contract** | FITZGERALD, LESLIE, MD<br>ADDRESS REDACTED |
| **2.250** **State what the contract or lease is for and the nature of the debtor's interest**     OFFER LETTER DTD 7/12/2023<br><br>**State the term remaining**     CURRENT<br><br>**List the contract number of any government contract** | FLO, FREDERICK, MD<br>ADDRESS REDACTED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.251 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 7/12/2023 | FLO, FREDERICK, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.252 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AND NONDISCLOSURE AGREEMENT DTD 12/1/2022 | FRANCISCAN ALLIANCE INC ATTN RAYMOND GRAY, PRESIDENT/CEO 20201 CRAWFORD AVE OLYMPIA FIELDS, IL 60461 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.253 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE SHARP MX-2640N SERIAL # 35047091 | FUTURE BUSINESS SOLUTIONS INC 242 SOUTH EL DORADO CIRCLE MESA, AZ 85202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.254 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINCIAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 8/3/2022 | GARCIA, SARAH ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.255 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/3/2022 | GARCIA, SARAH ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.256 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 4/21/2023 | GARDNER, TRESSA, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                     Case number (if known)    23-11469
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.257 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 5/5/2023 | GARDNER, TRESSA, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 7/5/2023 | GARDNER, TRESSA, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | INDEPENDENT CONTRACTOR AGREEMENT | GEHRING, JANET<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED COMPENSATION LETTER DTD 5/18/2023 | GEMIGNANI, ROBER, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES LETTER AGREEMENT DTD 5/18/2023 | GEMIGNANI, ROBERT, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYER SERVICE AGREEMENT | GENERAL INFORMATION SERVICES INC<br>ATTN GENERAL COUNSEL<br>12770 COLT RD<br>DALLAS, TX  75251 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known)    23-11469
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.263 **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER AGREEMENT | GHALLAGER BENEFIT SERVICES INC ATTN CONTRACT ADMINISTRATION 5205 MARYLAND WAY, STE 300 BRENTWOOD, TN 37027 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.264 **State what the contract or lease is for and the nature of the debtor's interest** | NONDISCLOSURE AGREEMENT DTD 10/28/2022 | GJERSET & LORENZ LLP 2801 VÍA FORTUNA # 500 AUSTIN, TX 78746 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.265 **State what the contract or lease is for and the nature of the debtor's interest** | GO DADDY PRO MEMBERSHIP AGREEMENT | GODADDY 2155 E. GODADDY WAY TEMPE, AZ 85284 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.266 **State what the contract or lease is for and the nature of the debtor's interest** | EMERGENCY SERVICES TERMINATION AGREEMENT DTD 8/9/2023 | GOLDEN VALLEY MEMORIAL HOSPITAL DISTRICT 1600 NORTH SECOND STREET CLINTON, MO 64735 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.267 **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT  DTD 12/14/2017 | GOLUB CAPITAL LLC 150 S. WACKER DRIVE 5TH FLOOR CHICAGO, IL 60606 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.268 **State what the contract or lease is for and the nature of the debtor's interest** | BILLING SERVICES AGREEMENT  DTD 09/01/2017 | GOTTLIEB LLC ATTN MIKE DRINKWATER, PRESIDENT 4932 SUNBEAM RD, #100 JACKSONVILLE, FL 32257 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|--------------------|--------------------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.269** **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | GOULD, JENNY ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.270** **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 2/26/2021 | GOVIL, SANDEEP ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.271** **State what the contract or lease is for and the nature of the debtor's interest** | REVISED ACTING MEDICAL DIRECTOR OFFER LETTER DTD 2/26/2021 | GOVIL, SANDEEP ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.272** **State what the contract or lease is for and the nature of the debtor's interest** | HOSPITALIST & EMERGENCY DEPARTMENT PROFESSIONAL SERVICES AGREEMENT DTD 12/01/2017 | GRANBURY HOSPITAL CORPORATION D/B/A LAKE GRANBURY MEDICAL CENTER 1310 PALUXY RD GRANBURY, TX  76048 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.273** **State what the contract or lease is for and the nature of the debtor's interest** | HOSPITALIST & EMERGENCY DEPARTMENT PROFESSIONAL SERVICES AGREEMENT DTD 12/01/2017 | GRANBURY HOSPITAL CORPORATION D/B/A LAKE GRANBURY MEDICAL CENTER ATTN LEGAL DEPT, GEN COUNSEL 4000 MERIDIAN BLVD FRANKLIN, TN  37067 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.274** **State what the contract or lease is for and the nature of the debtor's interest** | BONUS LETTER AGREEMENT DTD 2/23/2023 | GRIMES, JAMES ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.275 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE MEDICAL DIRECTOR UPDATED START DATE CONFIRMATION DTD 2/20/2023 | GROSS, ARTHUR ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.276 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED OFFER LETTER DTD 2/20/2023 | GROSS, ARTHUR ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.277 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL LETTER AGREEMENT DTD 8/3/2021 | GTCR LLC ATTN JOHN KOS 300 N LASALLE ST, STE 5600 CHICAGO, IL 60654 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.278 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED COMPENSATION LETTER DTD 5/18/2023 | GUHAROY, RAJEEB, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.279 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES LETTER AGREEMENT DTD 5/18/2023 | GUHAROY, RAJEEB, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.280 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | HAMRICK, PAM ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.281 | **State what the contract or lease is for and the nature of the debtor's interest** | INCENTIVE BONUS LETTER DTD 2/8/2023 | HANNAH, JONATHAN ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.282 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATE LEADERSHIP STIPEND CONFIRMATION DTD 2/8/2023 | HANNAH, JONATHAN ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.283 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | HARDER, MELISSA ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.284 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | HARRIS, ELIZABETH ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.285 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | HARRIS, LIZ ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.286 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION AND FUNDING AGREEMENT | HARTSVILLE, LLC 130 W BOBO NEWSOM HWY HARTSVILLE, SC  29550-4710 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DTD 02/23/2017 | HEALTH CARE AUTH OF THE CITY OF ANNISTON D/B/A NORTHEAST ALABAMA REGIONAL MEDICAL CENTER 400 E 10TH ST ANNISTON, AL 36207 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENITALITY AGREEMENT DTD 05/17/2018 | HEALTHCARE BILLING LLC D/B/A DUVASAWKO |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | HEIFNER, ROBERT ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 9/16/2020 | HENDRIX, THOMAS, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | SITE MEDICAL DIRECTOR OFFER LETTER DTD 9/16/2020 | HENDRIX, THOMAS, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | HERRIN, ADAM ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                Case number (if known)    23-11469
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.293 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | HERRIN, ADONICA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.294 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/25/2022 | HIERHOLZER, DANNY, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.295 | **State what the contract or lease is for and the nature of the debtor's interest** | STIPEND INCREASE LETTER DTD 1/25/2022 | HIERHOLZER, DANNY, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.296 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/12/2022 | HOGAN, MATTHEW, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.297 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 8/12/2022 | HOGAN, MATTHEW, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.298 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD APC OFFER LETTER DTD 8/23/2022 | HOMMES, HILARY, PA-C<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.299 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/23/2022 | HOMMES, HILARY, PA-C ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.300 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | HORVATH, JENNIFER ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.301 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/21/2020 | HOULIHAN, LOGAN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.302 | **State what the contract or lease is for and the nature of the debtor's interest** | REGIONAL MEDICAL DIRECTOR OFFER LETTER DTD 1/21/2020 | HOULIHAN, LOGAN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.303 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFICATE OF LIABILITY INSURANCE DTD 2/28/2022 | HUB INTERNATIONAL CAROLINAS PO BOX 939 BURLINGTON, NC 27216 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.304 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION SERVICES AGREEMENT | HUBSPOT INC. 2 CANAL PARK CAMBRIDGE, MA 02141 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.305 | **State what the contract or lease is for and the nature of the debtor's interest** | INGENIOUS MED MASTER SERVICES AND LICENSE AGREEMENT DTD 11/10/2017 | INGENIOUS MED INC ATTN CEO 400 GALLERIA PKWY, STE 1600 ATLANTA, GA 30339 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.306 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AND LICENSE AGREEMENT DTD 11/10/2017 | INGENIOUS MED INC ATTN CEO 400 GALLERIA PKWY, STE 1600 ATLANTA, GA 30339 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.307 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AND LICENSE AGREEMENT DTD 11/10/2017 | INGENIOUS MED 400 GALLERIA PARKWAY, STE 1600 ATLANTA, GA 30339 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.308 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR USE AND NON-DISCLOSURE OF CONFIDENTIAL INFORMATION DTD 02/18/2016 | INTEGRITAS EMERGENCY PHYSICIAN SERVICES ATTN DANIEL DOOLITTLE 301 S ORANGE ST JONESBORO, IL 62952 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.309 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT  DTD 04/01/2023 | INTERCARE HOLDINGS INSURANCE SERVICES INC ATTN JAY MARTUS PO BOX 579 ROSEVILLE, CA 95661 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.310 | **State what the contract or lease is for and the nature of the debtor's interest** | LOCUM TENENS CLIENT AGREEMENT #JMH DTD 6/10/2015 | INTERIM PHYSICIANS LLC D/B/A INTERIM PHYSICIANS 12140 WOODCREST EXECUTIVE DR STE 310 ST LOUIS, MO 63141 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC

(Name)

Case number (if known) 23-11469

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.311 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVANCD PRACTICE PROVIDER DIRECTOR OFFER LETTER DTD 9/6/2019 | IRWIN, BRITTANY, PA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.312 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 9/6/2019 | IRWIN, BRITTANY, PA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.313 | **State what the contract or lease is for and the nature of the debtor's interest** | CLIENT AGREEMENT DTD 02/10/2014 | JACKSON & COKER LOCUMTENENS LLC 3000 OLD ALABAMA RD, STE 119-608 ALPHARETTA, GA 30022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.314 | **State what the contract or lease is for and the nature of the debtor's interest** | NON-DISCLOSURE AGREEMENT | JACKSON AND ASSOCIATES INC ATTN PRESIDENT 6517 WESTCHESTER HOUSTON, TX 77005 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.315 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT DTD 04/04/2022 | JACKSON LEWIS PC ATTN REBECCA AMBROSE, ESQ 677 BROADWAY, 9TH FL ALBANY, NY 12207 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.316 | **State what the contract or lease is for and the nature of the debtor's interest** | REPAYMENT CONFIRMATION LETTER DTD 6/4/2021 | JAKUBIK, ZACHARY, DO ADDRESS REDACTED |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.317 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 4/7/2022 | JEFFERIES LLC<br>ATTN GENERAL COUNSEL<br>520 MADISON AVE<br>NEW YORK, NY 10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.318 | **State what the contract or lease is for and the nature of the debtor's interest** | LEADERSHIP ENDING LETTER DTD 5/16/2023 | JENTZEN, NOAH<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.319 | **State what the contract or lease is for and the nature of the debtor's interest** | NEXTRAVEL SERVICE AGREEMENT DTD 07/01/2019 | JETWAY INC<br>D/B/A NEXTRAVEL<br>ATTN GENERAL COUNSEL<br>1411 5TH ST, STE 306<br>SANTA MONICA, CA 90401 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.320 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | JOHNSON, MALLORY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.321 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERIM REGIONAL LEAD APC CONFIRMATION DTD 8/17/2022 | KAISER, LAUREN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.322 | **State what the contract or lease is for and the nature of the debtor's interest** | STIPEND OFFER LETTER DTD 8/17/2022 | KAISER, LAUREN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.323 | **State what the contract or lease is for and the nature of the debtor's interest** | BUY OUT AND RELEASE AGREEMENT | KANSAS EMERGENCY ROOM SERVICES PA<br>1700 SW 7TH ST<br>TOPEKA, KS  66606 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.324 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER 1/13/2020 | KEANE, EAMONN, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.325 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 1/13/2020 | KEANE, EAMONN, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.326 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | KEETON, WENDI<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.327 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | KEETON, WENDI<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.328 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE MEDICAL DIRECTOR OFFER LETTER DTD 6/2/2023 | KELLER, MATTHEW, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 1/2/2023 | KELLER, MATTHEW, MD<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | KERNER, ELIOT<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | SEVERANCE AGREEMENT LETTER DTD 4/23/2022 | KERNER, ELIOT<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | INTERIM REGIONAL MEDICAL DIRECTOR CONFIRMATION DTD 8/17/2022 | KIDD, AARON<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 8/17/2022 | KIDD, AARON<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | KIDD, AARON<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.335 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 5/17/2022 | KIDD, AARON<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.336 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | KIDD, BRANDON<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.337 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/20/2023 | KILLOM, TOREY, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.338 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 3/20/2023 | KILLOM, TOREY, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.339 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | KLASSEN, BONNIE<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.340 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 9/6/2022 | KLOPE, JEREMY, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                           Case number (if known) 23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | UPDATED LEADERSHIP INCENTIVES CONFIRMATION DTD 9/6/2022 | KLOPE, JEREMY, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 5/18/2023 | KNIGHT, JASON, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | UPDATED COMPENSATION PLAN CONFIRMATION DTD 5/18/2023 | KNIGHT, JASON, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 4/3/2023 | KOLER, RIC, DO ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | SITE MEDICAL DIRECTOR OFFER LETTER DTD 4/3/2023 | KOLER, RIC, DO ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | KRAUSE, PENN ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.347 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | KRAUSE, PENN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.348 | **State what the contract or lease is for and the nature of the debtor's interest** | LANGUAGE CARVE OUT AND UPDATED STIPEND LETTER DTD 3/29/2023 | LANAS, FRANCISCO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.349 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/29/2023 | LANAS, FRANCISCO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.350 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 5/6/2015 | LATTIMORE BLACK MORGAN & CAIN PC<br>1002 INVESTMENT DR, DTE 200<br>KNOXVILLE, TN  37932 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.351 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 5/6/2015 | LATTIMORE BLACK MORGAN & CAIN PC<br>250 VIRGINIA WY<br>BRENTWOOD, TN  37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.352 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 5/6/2015 | LATTIMORE BLACK MORGAN & CAIN PC<br>ONE UNION SQ, STE 700<br>CHATTANOOGA, TN  37402 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.353** **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 8/1/2022 | LAWRENCE, LYNN, MD ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.354** **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 8/1/2022 | LAWRENCE, LYNN, MD ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.355** **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT DTD 09/29/2017 | LEGACY PHYSICIAN PARTNERS LLC ATTN CHRIS KELLY 5214 MARYLAND WAY, STE 404 NASHVILLE, TN  37201 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.356** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT FOR LOCUM TENENS COVERAGE DTD 3/9/2020 | LEXX HEALTHCARE ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.357** **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE AGREEMENT FOR LOCUM TENENS COVERAGE CLIENT COVERS MALPRACTICE DTD 03/09/2020 | LEXX HEALTHCARE ATTN CEO 210 N UNIVERSITY DR, STE 902 CORAL SPRINGS, FL  33071 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.358** **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION AND FUNDING AGREEMENT 7/31/2023 | LINCOLN COUNTY HEALTH SYSTEM 106 MEDICAL CENTER BLVD. FAYETTEVILLE, TN  37334 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known) 23-11469
_____(Name)_____

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.359 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DTD 10/03/2017 | LINCOLN HEALTH SYSTEM |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.360 | **State what the contract or lease is for and the nature of the debtor's interest** | USE OF HOSPITAL EMPLOYED NP IN THE EMERGENCY DEPT DTD 8/18/2021 | LINCOLN MEDICAL CENTER ATTN CEO 106 MEDICAL CENTER BLVD FAYETTEVILLE, TN 37334 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.361 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | LINER, TARA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.362 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #CS5920407-19 | LINKEDIN CORPORATION 1000 W MAUDE AVE SUNNYVALE, CA 94085 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.363 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER #CS7144818-20 | LINKEDIN CORPORATION 1000 W MAUDE AVE SUNNYVALE, CA 94085 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.364 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | LINZY, KATHERINE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.365** **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | LORTON, JEAN<br>ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.366** **State what the contract or lease is for and the nature of the debtor's interest** | FUNDING AGREEMENT DTD 8/12/23 | LOVELACE HEALTH SYSTEM, LLC<br>715 DR. MARTIN LUTHER KING JR. AVE, STE 201<br>ALBUQUERQUE, NM  87102 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.367** **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT TO PROTECT THE PRIVACY AND SECURITY OF HIPAA | LUBELL ROSEN LLC<br>12 E 49TH ST UNIT 18-105<br>NEW YORK, NY  10017-1028 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.368** **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT AGREEMENT | LUBELL ROSEN LLC<br>12 E 49TH ST UNIT 18-105<br>NEW YORK, NY  10017-1028 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.369** **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA BUSINESS ASSOCIATE AGREEMENT DTD 2/15/2022 | LUBELL ROSEN LLC<br>12 E 49TH ST UNIT 18-105<br>NEW YORK, NY  10017-1028 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.370** **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | MANN, JASON<br>ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.371 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | CREDENTIALING AND ENROLLMENT AUTHORIZATION AND RELEASE FORM DTD 10/24/2021 | MAODUS, ELISABETH RENA<br>ADDRESS REDACTED |
| 2.372 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR TEMPORARY OR LONG-TERM PROVIDER COVERAGE DTD 06/26/2019<br><br><br>CURRENT | MARLAB INC<br>23434 N 78TH ST<br>SCOTTSDALE, AZ  85255 |
| 2.373 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LETTER AGREEMENT DTD 6/23/2022<br><br><br>CURRENT | MARWOOD GROUP ADVISORY LLC<br>ATTN GENERAL COUNSEL<br>733 THIRD AVE, 11TH FL<br>NEW YORK, NY  10017 |
| 2.374 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | LEADING DEGARA HEALTH SYSTEMS CONFIRMATION DTD 2/27/2023<br><br><br>CURRENT | MAY, BOB, DO<br>ADDRESS REDACTED |
| 2.375 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 2/27/2023<br><br><br>CURRENT | MAY, BOB, DO<br>ADDRESS REDACTED |
| 2.376 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | VENDOR CONFIDENTIALITY AGREEMENT DTD 7/21/2021<br><br><br>CURRENT | MCALLEN HOSPITAL LP<br>D/B/A SOUTH TEXAS HEALTH SYSTEM<br>C/O UHS OF DELAWARE INC, ATTN JESSICA C LAMANNS, SR COUNSEL<br>367 S GULPH RD<br>KING OF PRUSSIA, PA  19406 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.377 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/25/2021 | MCCAWLEY, LAUREN, MP ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.378 | **State what the contract or lease is for and the nature of the debtor's interest** | CO-LEAD APC OFFER LETTER DTD 8/25/2021 | MCCAWLEY, LAUREN, NP ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.379 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED COMPENSATION LETTER DTD 5/18/2023 | MCCLELLAND, MYLES, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.380 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES LETTER AGREEMENT DTD 5/18/2023 | MCCLELLAND, MYLES, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.381 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD APC OFFER LETTER DTD 11/18/2021 | MCDOWELL, CRAIG, PA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.382 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 11/1/22021 | MCDOWELL, CRAIG, PA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case Number (if known) 23-11469
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | LEAD APC OFFER LETTER DTD 3/30/2020 | MCGUIRE, CHAD, NP ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 3/30/2020 | MCGUIRE, CHAD, NP ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | UPDATED START DATE CONFIRMATION DTD 8/12/2023 | MCGUIRE, KIRSTEN ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | INTERIM SITE MEDICAL DIRECTOR OFFER LETTER DTD 2/18/2021 | MCISAAC, JASON ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | TRANSITION AND FUNDING AGREEMENT DTD 7/31/2023 | MCLAREN HEALTH CARE CORPORATION CORPORATE ACCOUNTING- MICOL ONE MCLAREN PARKWAY GRAND BLANC, MI  48439 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | LEAD APC OFFER LETTER DTD 4/8/2022 | MCLAUGHLIN, HALEY ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.389 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 4/8/2022 | MCLAUGHLIN, HALEY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.390 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 10/12/2022 | MCLAURINE, TYLER, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.391 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 10/12/2022 | MCLAURINE, TYLER, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.392 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATE LEADERSHIP INCENTIVE CONFIRMATION DTD 5/4/2022 | MCLEAN, STEVEN, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.393 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES LETTER AGREEMENT DTD 5/4/2022 | MCLEAN, STEVEN, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.394 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 6/14/2023 | MCLERRAN, SAMANTHA, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) 23-11469 |
|---|---|---|
| | (Name) | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.395 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED DUTIES & STIPEND LETTER DTD 6/14/2023 | MCLERRAN, SAMANTHA, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.396 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | MCQUEEN, ANDY ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.397 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 5/11/2023 | MCQUEEN, ANDY ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.398 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDTATED START DATE LETTER DTD 10/25/2022 | MCQUIRE, KIRSTEN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.399 | **State what the contract or lease is for and the nature of the debtor's interest** | PROVIDER AGREEMENT | MDSAVE INC 12 CADDILAC DR BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.400 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER BILLING SERVICES AGREEMENT DTD 5/16/2019 | MEDICAL CONSULTANTS INC ATTN LEGAL DEPARTMENT 401 N MICHIGAN AVE, STE 2700 CHICAGO, IL 60611 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                          Case number (if known)    23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.401 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 5/2/2023 | MEKESA, MELISSA, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.402 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND OFFER LETTER DTD 5/2/2023 | MEKESA, MELISSA, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.403 | **State what the contract or lease is for and the nature of the debtor's interest** | SUPPLEMENTAL TRANSITION AGREEMENT | MERCY HEALTH – LOURDES HOSPITAL LLC 1530 LONE OAK ROAD PADUCAH, KY  42003 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.404 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP STIPEND CONFIRMATION DTD 4/6/2023 | MEYERING, STEFAN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.405 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 4/6/2023 | MEYERING, STEFAN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.406 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES BONUS LETTER DTD 3/7/2022 | MILLER, MARK, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   AMERICAN PHYSICIAN PARTNERS, LLC

(Name)

Case number (if known) 23-11469

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.407** **State what the contract or lease is for and the nature of the debtor's interest** UPDATED LEADERSHIP INCENTIVE LETTER DTD 3/7/2022 **State the term remaining** CURRENT **List the contract number of any government contract** | MILLER, MARK, DO ADDRESS REDACTED |
| **2.408** **State what the contract or lease is for and the nature of the debtor's interest** RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 **State the term remaining** CURRENT **List the contract number of any government contract** | MILLER, TIMOTHY ADDRESS REDACTED |
| **2.409** **State what the contract or lease is for and the nature of the debtor's interest** CONSULTANT SERVICES AGREEMENT DTD 2/21/2020 **State the term remaining** CURRENT **List the contract number of any government contract** | MILLIMAN INC 71 S. WACKER DRIVE 31ST FLOOR CHICAGO, IL 60606 |
| **2.410** **State what the contract or lease is for and the nature of the debtor's interest** SERVICES AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | MINGLE HEALTH 8911 SOUTH SANDY PARKWAY SANDY, UT 84070 |
| **2.411** **State what the contract or lease is for and the nature of the debtor's interest** HIPAA BUSINESS ASSOCIATE AGREEMENT **State the term remaining** CURRENT **List the contract number of any government contract** | MINGLE HEALTHCARE SOLUTIONS INC D/B/A MINGLE HEALTH 8911 S SANDY PKWY SANDY, UT 84070 |
| **2.412** **State what the contract or lease is for and the nature of the debtor's interest** SOW QUALITY MANAGEMENT DTD 12/21/2022 **State the term remaining** CURRENT **List the contract number of any government contract** | MINGLE HEALTHCARE SOLUTIONS INC D/B/A MINGLE HEALTH 8911 S SANDY PKWY SANDY, UT 84070 |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known) 23-11469
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | INTERIM SITE MEDICAL DIRECTOR OFFER LETTER DTD 3/25/2021 | MISEK, RYAN, DO<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 3/25/2021 | MISEK, RYAN, DO<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT | MISSION PHYSICIAN PARTNERS LLC |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE MEDICAL OFFER LETTER DTD 4/4/2022 | MIZE, EVANS<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 4/4/2022 | MIZE, EVANS<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | AGREEMENT FOR LOCUM TENENS COVERAGE | MONTICELLO EMERGENCY CARE, LLC<br>DBA INDIANA EMERGENCY CARE STAGGING SOLUTIONS<br>216 N 4TH STREET #205<br>LAFAYETTE, IN  47901 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC

(Name)

Case number (if known)    23-11469

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.419 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD APC OFFER LETTER DTD 7/18/2022 | MORRIS, LINDA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.420 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 7/18/2022 | MORRIS, LINDA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.421 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 6/30/2022 | MOSAIC CONSULTING GROUP<br>2503 EUGENIA AVE<br>NASHVILLE, TN  37211 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.422 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DTD 7/12/2018 | MOUNTAIN STATES HEALTH ALLIANCE<br>1905 AMERICAN WAY<br>KINGSPORT, TN  37660 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.423 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON-DISCLOSURE AND CONFIDENTIALITY AGREEMENT | MOUNTAIN VISTA MEDICAL CENTER LP<br>ATTN PRESIDENT<br>1301 S CRISMON RD<br>MESA, AZ  85209 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.424 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIAL LETTER AGREEMENT DTD 8/3/2021 | MSD PARTNERS LP<br>ATTN MARCELLO LIGUORI<br>645 FIFTH AVE, 21ST FL<br>NEW YORK, NY  10022 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.425 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT LETTER DTD 06/01/2018 | MSISAAC, JASON<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.426 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVESLETTER AGREEMENT 7/6/2021 | MUBBASHEER, MOHAMMED<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.427 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/5/2022 | MUIZNIEKS, MARK, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.428 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 8/5/2022 | MUIZNIEKS, MARK, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.429 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | MURRAY, COTINA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.430 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP STIPEND DTD 8/29/2022 | MURRY, WILLIAM<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case number (if known) 23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.431 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 8/29/2022 | MURRY, WILLIAM<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.432 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION AGREEMENT DTD 7/31/2023 | MVP EMERGENCY SERVICES, LLC<br>1299 BERTHA HOWE AVE<br>MESQUITE, NV  89027-7500 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.433 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD ADVANCED PRACTICE CLINICIAN OFFER LETTER DTD 10/22/2021 | NANCE, DEREK, PA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.434 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 10/22/2021 | NANCE, DEREK, PA<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.435 | **State what the contract or lease is for and the nature of the debtor's interest** | INPATIENT AND OUTPATIENT SUBCONTRACT AGREEMENT DTD 1/19/2022 | NAPHCARE INC<br>ATTN KATHERINE TARCIA, EVP-COO FEDERAL PRISONS<br>2090 COLUMBIANA RD, STE 4000<br>BIRMINGHAM, AL  35216 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.436 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 4/9/2021 | NATHAN, ROHINI<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   AMERICAN PHYSICIAN PARTNERS, LLC                                Case number (if known)   23-11469
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.437 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 4/9/2021 | NATHAN, ROHINI<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.438 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALTY AGREEMENT DTD 2/25/2015 | NAT'L UNION FIRE INS CO OF PITTSBURGH PA<br>1271 AVENUE OF THE AMERICAS<br>35TH FLR<br>NEW YORK, NY 10020-1304 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.439 | **State what the contract or lease is for and the nature of the debtor's interest** | LANGUAGE CARVE OUT AND UPDATED STIPEND LETTER DTD 3/29/2023 | NECKAR, RICHARD, NP<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.440 | **State what the contract or lease is for and the nature of the debtor's interest** | LEADERSHIP LANGUAGE AGREEMENT DTD 12/1/2017 | NECKAR, RICHARD, NP<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.441 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE MEDICAL DIRECTOR OFFER LETTER DTD 5/26/2022 | NEWSOME, COURTNEY, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.442 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 5/26/2022 | NEWSOME, COURTNEY, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.443** **State what the contract or lease is for and the nature of the debtor's interest** | AMENDMENT #1 TO MERCHANT PROCESSING AGREEMENT | NEWTEK MERCHANT SOLUTIONS LLC 1981 MARCUS AVE, STE 130 LAKE SUCCESS, NY  11042 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.444** **State what the contract or lease is for and the nature of the debtor's interest** | MERCHANT PROCESSING AGREEMENT | NEWTEK MERCHANT SOLUTIONS LLC 1981 MARCUS AVE, STE 130 LAKE SUCCESS, NY  11042 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.445** **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | NGUYEN, DEBORAH ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.446** **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED COMPENSATION PLAN LETTER DTD 5/18/2023 | NGUYEN, MICHAEL, MD ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.447** **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES LETTER AGREEMENT DTD 5/18/2023 | NGUYEN, MICHAEL, MD ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| **2.448** **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DTD 9/24/2017 | NHC-DALLAS HEALTH CAPITAL INC D/B/A CENTRAL EMERGENCY PHYSICIANS PSC |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.449 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/24/2020 | OFFERLE, ANDY, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.450 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 1/24/2020 | OFFERLE, ANDY, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.451 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM - QUOTE Q-462945 | OKTA INC 100 1ST STREET SAN FRANCISCO, CA  94105 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.452 | **State what the contract or lease is for and the nature of the debtor's interest** | API PRODUCTS ENTERPRISE AND MANAGEMENT | OKTA INC P.O. BOX 743620 LOS ANGELES, CA  90074 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.453 | **State what the contract or lease is for and the nature of the debtor's interest** | NONDISCLOSURE AGREEMENT DTD 06/30/2022 | ONE SOURCE LICENSING LLC 2115 CLOYD BLVD SUITE 8B FLORENCE, AL  35630 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.454 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS ASSOCIATE AGREEMENT DTD 02/26/2020 | OPEN TEXT INC 26533 EVERGREEN RD, STE 500 SOUTHFIELD, MI  48076 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.455 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 1/6/2023 | OYLER, BRANDON, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.456 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/6/2023 | OYLER, BRANDON, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.457 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AMENDMENT | OZBURN & COMPANY GENERAL PARTNERSHIP 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.458 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE LEASE FOR 5121 MARYLAND WAY DTD 1/22/2016 | OZBURN & COMPANY GENERAL PARTNERSHIP 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.459 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE AGREEMENT DTD 01/22/2016 | OZBURN & COMPANY GENERAL PARTNERSHIP 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.460 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE AGREEMENT DTD 01/22/2016 | OZBURN & COMPANY GENERAL PARTNERSHIP 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.461 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE AGREEMENT DTD 01/22/2016 | OZBURN & COMPANY GENERAL PARTNERSHIP 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.462 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE AGREEMENT DTD 01/22/2016 | OZBURN & COMPANY GENERAL PARTNERSHIP 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.463 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE AGREEMENT DTD 01/22/2016 | OZBURN & COMPANY GENERAL PARTNERSHIP 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.464 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE AGREEMENT DTD 01/22/2016 | OZBURN & COMPANY GENERAL PARTNERSHIP 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.465 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE AGREEMENT DTD 01/22/2016 | OZBURN & COMPANY GENERAL PARTNERSHIP 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.466 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFICE LEASE DTD 1/22/2016 | OZBURN & COMPANY LLC 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.467 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE AGREEMENT DTD 01/22/2016 | OZBURN & COMPANY LLC 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.468 | **State what the contract or lease is for and the nature of the debtor's interest** | PROPERTY LEASE AGREEMENT DTD 01/22/2016 | OZBURN & COMPANY LLC 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.469 | **State what the contract or lease is for and the nature of the debtor's interest** | IRREVOCABLE STANBY LETTER OF CREDIT #4844577 DTD 2/5/206 | OZBURN & COMPANY LLC 5121 MARYLAND WAY, STE 207 BRENTWOOD, TN 77056 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.470 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 11/30/2022 | PABALAN, ALYSSA, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.471 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 11/30/2022 | PABALAN, ALYSSA, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.472 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | PALMER, ISAAC ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.473 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | PALMER, ISAAC, JR ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.474 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER RE PROFESSIONAL SERVICES AGREEMENT | PARKRIDGE HEALTH SYSTEMS 2333 MCCALLIE AVE CHATTANOOGA, TN  37404 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.475 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE MEDICAL DIRECTOR OFFER LETTER DTD 4/28/2023 | PATEL, PURVI ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.476 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 4/28/2023 | PATEL, PURVI ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.477 | **State what the contract or lease is for and the nature of the debtor's interest** | ADDITIONAL HCM SERVICES AGREEMENT | PAYCOM PAYROLL LLC ATTN REPORTING AGENT/CFO 7501 W MEMORIAL RD OKLAHOMA CITY, OK  73142 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.478 | **State what the contract or lease is for and the nature of the debtor's interest** | BENEFITS TO CARRIER SERVICES AGREEMENT DTD 11/27/2017 | PAYCOM PAYROLL LLC ATTN REPORTING AGENT/CFO 7501 W MEMORIAL RD OKLAHOMA CITY, OK  73142 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.479 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYER SERVICE AGREEMENT | PAYCOM PAYROLL LLC<br>ATTN REPORTING AGENT/CFO<br>7501 W MEMORIAL RD<br>OKLAHOMA CITY, OK  73142 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.480 | **State what the contract or lease is for and the nature of the debtor's interest** | ENHANCED AFFORDABLE CARE ACT (ACA) AGREEMENT DTD 10/16/2017 | PAYCOM PAYROLL LLC<br>ATTN REPORTING AGENT/CFO<br>7501 W MEMORIAL RD<br>OKLAHOMA CITY, OK  73142 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.481 | **State what the contract or lease is for and the nature of the debtor's interest** | FULL SERVICE GARNISHMENT SUPPORT SERVICES AGREEMENT DTD 11/27/2017 | PAYCOM PAYROLL LLC<br>ATTN REPORTING AGENT/CFO<br>7501 W MEMORIAL RD<br>OKLAHOMA CITY, OK  73142 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.482 | **State what the contract or lease is for and the nature of the debtor's interest** | LEARNING MANAGEMENT SYSTEM (LMS) SERVICE AGREEMENT DTD 11/27/2017 | PAYCOM PAYROLL LLC<br>ATTN REPORTING AGENT/CFO<br>7501 W MEMORIAL RD<br>OKLAHOMA CITY, OK  73142 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.483 | **State what the contract or lease is for and the nature of the debtor's interest** | PAY SUPPLEMENTAL SERVICE AGREEMENT DTD 11/27/2017 | PAYCOM PAYROLL LLC<br>ATTN REPORTING AGENT/CFO<br>7501 W MEMORIAL RD<br>OKLAHOMA CITY, OK  73142 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.484 | **State what the contract or lease is for and the nature of the debtor's interest** | PAYROLL SERVICE AGREEMENT | PAYCOM PAYROLL LLC<br>ATTN REPORTING AGENT/CFO<br>7501 W MEMORIAL RD<br>OKLAHOMA CITY, OK  73142 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.485 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/17/2023 | PAYNE, GREGORY, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.486 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP BONUS METRICS LETTER DTD 1/17/2023 | PAYNE, GREGORY, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.487 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSCRIPTION AGREEMENT  DTD 03/13/2017 | PEAKE SOFTWARE LABS LLC<br>ATTN PRESIDENT/CEO<br>954 RIDGEBROOK RD, STE 210<br>SPARKS, MD  21152 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.488 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 5/25/2023 | PELINI, DAVID, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.489 | **State what the contract or lease is for and the nature of the debtor's interest** | STIPEND INCREASE LETTER DTD 5/25/2023 | PELINI, DAVID, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.490 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 10/28/2022 | PELOQUIN, PETER, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known) 23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.491 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 10/28/2022 | PELOQUIN, PETER, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.492 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 10/20/2022 | PEMICIARO, VANESSA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.493 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOUNT PURCHASE AGREEMENT DTD 8/19/2020 | PENDRICK CAPITAL PARTNERS LLC 2331 MILL ROAD, STE 510 ALEXANDRA, VA  22314 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.494 | **State what the contract or lease is for and the nature of the debtor's interest** | ACCOUNT PURCHASE AGREEMENT AND ASSIGNMENT DTD 08/19/2020 | PENDRICK CAPITAL PARTNERS LLC ATTN ALGIS PENKIUNAS 2331 MILL RD, STE 510 ALEXANDRIA, VA  22314 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.495 | **State what the contract or lease is for and the nature of the debtor's interest** | APC REGIONAL DIRECTOR OFFER LETTER DTD 10/20/2022 | PERNICIARO, VANESSA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.496 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED COMPENSATION LETTER DTD 5/18/2023 | PHAM, QUOC, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case number (if known) 23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.497 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES LETTER AGREEMENT DTD 5/18/2023 | PHAM, QUOC, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.498 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD ADVANCED PRACTICE PROVIDER DTD 8/17/2022 | PHILLIPS, DANIELLE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.499 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/17/2022 | PHILLIPS, DANIELLE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.500 | **State what the contract or lease is for and the nature of the debtor's interest** | NONDISCLOSURE AGREEMENT | PHYSYNERGY LLC 1 HOSPITAL DRIVE SW HUNTSVILLE, AL  35801 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.501 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 12/16/2021 | PICKSTOCK, JANET, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.502 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED START DATE CONFIRMATION DTD 1/6/2022 | PICKSTOCK, JANET, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.503 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT DTD 7/30/2021 | PINNACLE FUNDS II LLC<br>ATTN TYLER MARSH, MANAGING PARTNER<br>3520 S FLETCHER AVE<br>FERNANDINA BEACH, FL  32034 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.504 | **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA BUSINESS ASSOCIATE AGREEMENT  DTD 01/17/2022 | PIPELINE HEALTH SYSTEM LLC<br>898 N. PACIFIC COAST HWY<br>SUITE 700<br>EL SEGUNDO, CA  90245 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.505 | **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA BUSINESS ASSOCIATE AGREEMENT  DTD 03/03/2022 | PIPELINE HEALTH SYSTEM LLC<br>898 N. PACIFIC COAST HWY<br>SUITE 700<br>EL SEGUNDO, CA  90245 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.506 | **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA BUSINESS ASSOCIATE AGREEMENT  DTD 02/09/2022 | PIPELINE-WEISS MEMORIAL HOSPITAL LLC<br>4646 N MARINE DR<br>CHICAGO, IL  60640 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.507 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AND NON-DISCLOSURE AGREEMENT | PIPELINE-WEST SUBURBAN MEDICAL CENTER LLC<br>D/B/A WEST SUBURBAN MEDICAL CENTER |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.508 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE PITNEY BOWES SENDPRO C SERIES - VERSION 4 SERIAL # 6054981, 0283608, 0028355 | PITNEY BOWES<br>2225 AMERICAN DRIVE<br>NEENAH, WI  54956 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.509 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES LETTER AGREEMENT DTD 4/5/2022 | POLITO, MICAHEL, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.510 | **State what the contract or lease is for and the nature of the debtor's interest** | LEADERSHIP INCENTIVE LETTER DTD 4/5/2022 | POLITO, MICHAEL, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.511 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/3/2023 | POPE, JOHN, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.512 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED START DATE CONFIRMATION DTD 1/3/2023 | POPE, JOHN, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.513 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 10/30/2020 | PRACTICE SUPPORT RESOURCES LLC C/O RI RCM INC ATTN LEGAL DEPT 401 N MICHIGAN AVE, STE 2700 CHICAGO, IL  60611 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.514 | **State what the contract or lease is for and the nature of the debtor's interest** | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 4/30/2021 | PRACTICE SUPPORT RESOURCES LLC C/O RI RCM INC ATTN LEGAL DEPT 401 N MICHIGAN AVE, STE 2700 CHICAGO, IL  60611 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                   Case number (if known)    23-11469
         _____
         (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.515** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 5/18/2020 <br><br><br> CURRENT | PRACTICE SUPPORT RESOURCES LLC C/O RI RCM INC ATTN LEGAL DEPT 401 N MICHIGAN AVE, STE 2700 CHICAGO, IL  60611 |
| **2.516** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 5/3/2021 <br><br><br> CURRENT | PRACTICE SUPPORT RESOURCES LLC C/O RI RCM INC ATTN LEGAL DEPT 401 N MICHIGAN AVE, STE 2700 CHICAGO, IL  60611 |
| **2.517** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRACTICE MANAGEMENT AGREEMENT <br><br><br> CURRENT | PRACTICE SUPPORT RESOURCES LLC C/O RI RCM INC ATTN LEGAL DEPT 401 N MICHIGAN AVE, STE 2700 CHICAGO, IL  60611 |
| **2.518** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PRACTICE MANAGEMENT AGREEMENT DTD 05/30/2019 <br><br><br> CURRENT | PRACTICE SUPPORT RESOURCES LLC C/O RI RCM INC ATTN LEGAL DEPT 401 N MICHIGAN AVE, STE 2700 CHICAGO, IL  60611 |
| **2.519** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | SURVEY SERVICES LETTER AGREEMENT DTD 1/26/2021 <br><br><br> CURRENT | PRACTICE SUPPORT RESOURCES LLC C/O RI RCM INC ATTN LEGAL DEPT 401 N MICHIGAN AVE, STE 2700 CHICAGO, IL  60611 |
| **2.520** **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | LICENSE AGREEMENT DTD 9/20/2019 <br><br><br> CURRENT | PRACTICEMATCH CORPORATION ATTN CHIEF EXECUTIVE OFFICER 600 EMERSON RD, #450 ST LOUIS, MO  63141 |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.521 | **State what the contract or lease is for and the nature of the debtor's interest** | PRACTICE MANAGEMENT AGREEMENT DTD 01/11/2021 | PRAXI PHYSICIAN MANAGEMENT LLC PO BOX 23799 JACKSONVILLE, FL  32241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.522 | **State what the contract or lease is for and the nature of the debtor's interest** | PRACTICE MANAGEMENT SERVICES AGREEMENT DTD 01/11/2021 | PRAXI PHYSICIAN MANAGEMENT LLC PO BOX 23799 JACKSONVILLE, FL  32241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.523 | **State what the contract or lease is for and the nature of the debtor's interest** | PRACTICE MANAGEMENT SERVICES AGREEMENT DTD 05/26/2020 | PRAXI PHYSICIAN MANAGEMENT LLC PO BOX 23799 JACKSONVILLE, FL  32241 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.524 | **State what the contract or lease is for and the nature of the debtor's interest** | ARDENT HEALTH SYSTEM MARKET MEDICAL DIRECTOR AND SITE MEDICAL DIRECTOR OFFER LETTER DTD 12/14/2022 | PRESCOTT, STACY, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.525 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 12/14/2022 | PRESCOTT, STACY, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.526 | **State what the contract or lease is for and the nature of the debtor's interest** | BUY OUT AND RELEASE AGREEMENT | PRIME HEALTHCARE SERVICES-PROVIDENCE LLC ATTN CEO/ADMINISTRATOR 8929 PARALLEL PKWY 8929 PARALLEL PKWY KANSAS CITY, KS  66112 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.527 | **State what the contract or lease is for and the nature of the debtor's interest** | BUY OUT AND RELEASE AGREEMENT | PRIME HEALTHCARE SERVICES-ST JOHN LEAVENWORTH LLC D/B/A SAINT JOHN HOSPITAL ATTN CHIEF EXECUTIVE OFFICER 3500 S 4TH ST LEAVENWORTH, KS  66048 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.528 | **State what the contract or lease is for and the nature of the debtor's interest** | PROSCRIBE SERVICES AGREEMENT DTD 2/6/2017 | PROSCRIBE LLC ATTN TOBY MULLIGAN, CEO 16414 SAN PEDRO, STE 525 SAN ANTONIO, TX  78232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.529 | **State what the contract or lease is for and the nature of the debtor's interest** | PROSCRIBE SERVICES AGREEMENT DTD 3/6/2017 | PROSCRIBE LLC ATTN TOBY MULLIGAN, CEO 16414 SAN PEDRO, STE 525 SAN ANTONIO, TX  78232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.530 | **State what the contract or lease is for and the nature of the debtor's interest** | PROSCRIBE SERVICES AGREEMENT DTD 9/27/2019 | PROSCRIBE LLC ATTN TOBY MULLIGAN, CEO 16414 SAN PEDRO, STE 525 SAN ANTONIO, TX  78232 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.531 | **State what the contract or lease is for and the nature of the debtor's interest** | MONITERING SERVICES MASTER SERVICES AGREEMENT DTD 11/19/2019 | PROVIDERTRUST INC 406 11TH AVE N, STE 250 NASHVILLE, TN  37203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.532 | **State what the contract or lease is for and the nature of the debtor's interest** | MONITERING SERVICES MASTER SERVICES AGREEMENT DTD 11/19/2019 | PROVIDERTRUST INC ATTN MICHAEL ROSEN 2300 CHARLOTTE AVE, STE 104 NASHVILLE, TN  37203 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.533 | **State what the contract or lease is for and the nature of the debtor's interest** | MONITORING SERVICES AGREEMENT DTD 04/28/2016 | PROVIDERTRUST INC ATTN MICHAEL ROSEN 2300 CHARLOTTE AVE, STE 104 NASHVILLE, TN 37203 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.534 | **State what the contract or lease is for and the nature of the debtor's interest** | CONSULTING MASTER SERVICE AGREEMENT DTD 08/24/2023 | PROVISIONS GROUP LLC 604 W MAIN ST, STE 108 FRANKLIN, TN 37064 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.535 | **State what the contract or lease is for and the nature of the debtor's interest** | APP PG CONTRACT STAFFING MSA - JAN 2021 | PROVISIONS GROUP, LLC |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.536 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | PRUITT, JAKE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.537 | **State what the contract or lease is for and the nature of the debtor's interest** | NON DISCLOSURE AGREEMENT | PUNCHING NUN 1002 FAIR ST FRANKLIN, TN 37064 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.538 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER TO ESTABLISH SAFETY ORGANIZATION DTD 1/14/2020 | PYA PC 215 CENTERVIEW DR, STE 330 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.539 | **State what the contract or lease is for and the nature of the debtor's interest** | DATA TRANSFER AGREEMENT | QGENDA LLC<br>3280 PEACHTREE RD NE, STE 1400<br>ATLANTA, GA  30305 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.540 | **State what the contract or lease is for and the nature of the debtor's interest** | NONDISCLOSURE AGREEMENT DTD 08/09/2022 | QGENDA LLC<br>3280 PEACHTREE RD NE, STE 1400<br>ATLANTA, GA  30305 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.541 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK | QGENDA LLC<br>3280 PEACHTREE RD NE, STE 1400<br>ATLANTA, GA  30305 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.542 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE SERVICES AGREEMENT | QGENDA LLC<br>3280 PEACHTREE RD, NE STE 1400<br>ATLANTA, GA  30305 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.543 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR USE AND NON DISCLOSURE OF CONFIDENTIAL INFORMATION  DTD 02/10/2016 | QUALITY EMERGENCY SERVICES PLLC<br>ATTN COO<br>PO BOX 12779<br>BEAUMONT, TX  77726 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.544 | **State what the contract or lease is for and the nature of the debtor's interest** | EMPLOYMENT OFFER LETTER DTD 1/3/2023 | QUEEN, BRIAN, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.545 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/3/2023 | QUEEN, BRIAN, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.546 | **State what the contract or lease is for and the nature of the debtor's interest** | SUBSTANCE ABUSE TESTING SERVICES AGREEMENT DTD 12/09/2020 | QUEST DIAGNOSTICS CLINICAL LABORATORIES INC PO BOX 740709 ATLANTA, GA 30374-0709 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.547 | **State what the contract or lease is for and the nature of the debtor's interest** | NON DISCLOSURE AGREEMENT | QUORUM PURCHASING ADVANTAGE LLC 1573 MALLORY LANE, SUITE 200 BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.548 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP STIPEND DTD 2/10/2023 | RAWE, TERESA, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.549 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 2/10/2023 | RAWE, TERESA, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.550 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL CONFIDENTIALITY AGREEMENT | RCHP - OTTUMWA LLC D/B/A OTTUMWA REGIONAL HEALTH CTR 1001 E PENNSYLVANIA AVE OTTUMWA, IA 52601 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.551 | **State what the contract or lease is for and the nature of the debtor's interest** | MERCHANT PROCESSING AGREEMENT | REDWOOD MERCHANT SERVICES D/B/A WESTAMERICA BANK 3750 WESTWIND BLVD, STE 210 SANTA ROSA, CA 95403 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.552 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | REED, ANDRETTA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.553 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD APC OFFER COMFIRMATION DTD 10/17/2022 | REED, JULIE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.554 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 10/17/2022 | REED, JULIE ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.555 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE MEDICAL DIRECTOR OFFER LETTER DTD 1/6/2022 | REGAN, ABBY, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.556 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/6/2022 | REGAN, ABBY, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                           Case number (if known)    23-11469
          (Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.557 **State what the contract or lease is for and the nature of the debtor's interest** | NON DISCLOSURE AND NON-SOLICITATION AGREEMENT DTD 8/19/2015 | REHOBOTH MCKINLEY CHRISTIAN HEALTH CARE SERVICES INC ATTN CEO 1901 RED ROCK DR GALLUP, NM 87301 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.558 **State what the contract or lease is for and the nature of the debtor's interest** | ASSIGNMENT AND ASSUMPTION/TRANSITION AND FUNDING AGREEMENT | RELIAS HEALTHCARE 1010 SYNC STREET SUITE 100 MORRISVILLE, NC 37560 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.559 **State what the contract or lease is for and the nature of the debtor's interest** | THE BPCIA PROGRAM ADDENDUM DTD 01/01/2021 | REMEDY BPCI PARTNERS LLC ATTN ASSOC GEN COUNSEL 800 CONNECTICUT AVE, 3RD FL EAST NORWALK, CT 06854 |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.560 **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 2/15/2023 | REMLEY, MICHAEL, DO ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.561 **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 2/15/2023 | REMLEY, MICHAEL, DO ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |
| 2.562 **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | REYNOLDS, KATHLEEN ADDRESS REDACTED |
| **State the term remaining** | CURRENT | |
| **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                   Case number (if known)    23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.563 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | RINEHART, EDDIE ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.564 | State what the contract or lease is for and the nature of the debtor's interest | UPDATED COMPENSATION PLAN CONFIRMATION DTD 5/18/2023 | RIVENES, SCOTT, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.565 | State what the contract or lease is for and the nature of the debtor's interest | UPDTAED COMPENSATION LETTER DTD 5/18/2023 | RIVENES, SCOTT, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.566 | State what the contract or lease is for and the nature of the debtor's interest | LEAD APC OFFER LETTER DTD 5/2/2022 | ROBERGE, TANYA ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.567 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 5/2/2022 | ROBERGE, TANYA ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.568 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | ROBERTS, JESSE ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case number (if known)    23-11469
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.569 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD APC OFFER LETTER DTD 3/8/2023 | ROMATOWSKI, ROBERT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.570 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/8/2023 | ROMATOWSKI, ROBERT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.571 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER FOR DIVISION PRESIDENT DTD 3/23/2023 | ROSS, BENJAMIN 1845 BURLAND CRESCENT BRENTWOOD, TN 37027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.572 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | ROSS, BENJAMIN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.573 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | ROSS, BENJAMIN ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.574 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 10/10/2022 | ROSS-WILLIAMS, RAQUEL, PA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.575 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED DUTIES & STIPEND LETTER DTD 1/24/2023 | RUDONI, RAYMOND, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.576 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 1/24/2023 | RUDONI, RAYMOND, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.577 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERIM ASSOCIATE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 3/1/2023 | SADALLA, JED, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.578 | **State what the contract or lease is for and the nature of the debtor's interest** | INCENTIVE BONUS LETTER AGREEMENT DTD 5/23/2023 | SALDANA, BEN, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.579 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED COMPENSATION PLAN OFFER CONFIRMATION DTD 8/12/2023 | SALDANA, BEN, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.580 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 8/23/2021 | SALES, SAMANTHA, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.581 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/23/2021 | SALES, SAMANTHA, MD ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.582 | **State what the contract or lease is for and the nature of the debtor's interest** | TABLEAU CREATOR SERVER AGREEMENT (CONTRACT # 02914051) | SALESFORCE INC 415 MISSION STREET, 3RD FLOOR SAN FRANCISCO, CA 94105 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.583 | **State what the contract or lease is for and the nature of the debtor's interest** | TABLEAU CREATOR SERVER AGREEMENT (CONTRACT # 02914052) | SALESFORCE INC 415 MISSION STREET, 3RD FLOOR SAN FRANCISCO, CA 94105 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.584 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM | SALESFORCE INC P.O. BOX 203141 DALLAS, TX 75320-3141 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.585 | **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA BUSINESS ASSOCIATE ADDENDUM | SAPIENTES FUNDING II LLC ATTN TYLER MARSH, PRES/CEO 830 E PLATTE AVE FORT MORGAN, CO 80701 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.586 | **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA BUSINESS ASSOCIATE AGREEMENT | SAPIENTES FUNDING II LLC ATTN TYLER MARSH, PRES/CEO 830 E PLATTE AVE FORT MORGAN, CO 80701 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.587 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT | SAPIENTES FUNDING II LLC<br>ATTN TYLER MARSH, PRES/CEO<br>830 E PLATTE AVE<br>FORT MORGAN, CO 80701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.588 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 2/23/2023 | SCHMITT, AARON, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.589 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED VARIABLE BONUS INCENTIVES DTD 6/3/2021 | SCHROER, TIMOTHY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.590 | **State what the contract or lease is for and the nature of the debtor's interest** | ADJUSTMENTS TO VARIABLE BONUS INCENTIVES DTD 6/3/2021 | SCHROER, TIMOTHY, DR<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.591 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 11/19/2021 | SCHWARZKOPF, HEINZ, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.592 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 11/19/2021 | SCHWARZKOPF, HEINZ, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |

(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.593 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 2/23/2023 | SCMITT, AARON, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.594 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | SCOTT, BENJAMIN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.595 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 8/22/2022 | SCOTT, BENJAMIN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.596 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKET DIRECTOR OFFER LETTER DTD 2/27/2023 | SCOTT, JACK, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.597 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 2/27/2023 | SCOTT, JACK, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.598 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRST AMENDMENT TO TRANSITION AND FUNDING AGREEMENT DTD 7/31/2023 | SCP<br>2412 HAZARD ST<br>HOUSTON, TX  77019 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case Number (if known)    23-11469
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.599 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION AND FUNDING AGREEMENT 7/28/2023 | SCP 2412 HAZARD ST HOUSTON, TX  77019 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.600 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT FOR LEGAL SERVICES DTD 2/11/2020 | SEELEY LAW FIRM, THE ATTN THOMAS J SEELEY 109 E MAIN ST, STE 201 PO BOX 52 JONESBOROUGH, TN  37659 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.601 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP STIPEND AND BONUS CHANGES LETTER DTD 7/6/2021 | SHAIK, MOHAMMED MUBBASHEER, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.602 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 5/19/2022 | SHARMA, SANDEEP, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.603 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 5/19/2022 | SHARMA, SANDEEP, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.604 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERIM SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 9/27/2022 | SHEFFER, JENNY, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.605 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 9/27/2022 | SHEFFER, JENNY, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.606 | **State what the contract or lease is for and the nature of the debtor's interest** | EMERGENCY SERVICES AGREEMENT DTD 05/01/2017 | SHELBY COUNTY MEMORIAL HOSPITAL D/B/A WILSON HEALTH<br>ATTN MARK KLOSTERMAN<br>915 W MICHIGAN ST<br>SIDNEY, OH  45365 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.607 | **State what the contract or lease is for and the nature of the debtor's interest** | EMERGENCY SERVICES AGREEMENT DTD 05/01/2017 | SHELBY COUNTY MEMORIAL HOSPITAL D/B/A WILSON HEALTH<br>ATTN MARK KLOSTERMAN<br>915 W MICHIGAN ST<br>SYDNEY, OH  45365 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.608 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERM SITE MEDICAL DIRECTOR OFFER LETTER DTD 11/21/2022 | SHET, VINAY, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.609 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 11/21/2022 | SHET, VINAY, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.610 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE ORDER - 082023AZUREPLAN | SHI INTERNATIONAL CORP<br>290 DAVIDSON AVE.<br>SOMERSET, NJ  08873 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| --- | --- | --- | --- |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.611** **State what the contract or lease is for and the nature of the debtor's interest** PURCHASE ORDER - 082023O365<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SHI INTERNATIONAL CORP 290 DAVIDSON AVE. SOMERSET, NJ 08873 |
| **2.612** **State what the contract or lease is for and the nature of the debtor's interest** INDEPENDENT CONTRACTOR AGREEMENT DTD 7/8/2019<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SIGNAL HEALTH INC AALAP MAJMUDAR 142 W 57TH ST 11TH FL NEW YORK, NY 10019 |
| **2.613** **State what the contract or lease is for and the nature of the debtor's interest** ENGAGEMENT FOR INMIGRATION LEGAL SERVICES DTD 1/30/2022<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SISKIND SUSSER IMMIGRATION LAWYERS ATTN ELISSA TAUB 1028 OAKHAVEN RD MEMPHIS, TN 38119 |
| **2.614** **State what the contract or lease is for and the nature of the debtor's interest** CLINICAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 1/25/2023<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SKINNER, KELLEY, DO ADDRESS REDACTED |
| **2.615** **State what the contract or lease is for and the nature of the debtor's interest** OFFER LETTER DTD 1/25/2023<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SKINNER, KELLEY, DO ADDRESS REDACTED |
| **2.616** **State what the contract or lease is for and the nature of the debtor's interest** RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023<br><br>**State the term remaining** CURRENT<br><br>**List the contract number of any government contract** | SMOKLER, MARY ANN ADDRESS REDACTED |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.617 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | SMOKLER, MARY ANN ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.618 | **State what the contract or lease is for and the nature of the debtor's interest** | LEAD APC OFFER COMFIRMATION DTD 2/21/2023 | SNOW, JONI ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.619 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 2/21/2023 | SNOW, JONI ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.620 | **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA BUSINESS ASSOCIATE AGREEMENT  DTD 01/18/2022 | SOLIC CAPITAL ADVISORS LLC 425 W NEW ENGLAND AVE, SUITE 300 WINTER PARK, FL  32789 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.621 | **State what the contract or lease is for and the nature of the debtor's interest** | NON DISCLOSURE AGREEMENT | SOLIC CAPITAL ADVISORS LLC 425 W NEW ENGLAND AVE, SUITE 300 WINTER PARK, FL  32789 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.622 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 5/18/2023 | SOLIS, DANIEL, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.623 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED COMPENSATION PLAN LETTER DTD 5/18/2023 | SOLIS, DANIEL, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.624 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 8/24/2022 | SPARKS, TABETHA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.625 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 8/24/2022 | SPARKS, TABETHA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.626 | **State what the contract or lease is for and the nature of the debtor's interest** | WIRELESS SALES AND SERVICE AGREEMENT | SPOK, INC |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.627 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 5/2/2023 | SPOTTS, CALEY, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.628 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES LETTER AGREEMENT DTD 1/7/2022 | SPURLIN, SHELBY ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.629 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP INCENTIVE COMPENSATION DTD 1/7/2022 | SPURLIN, SHELBY ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.630 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 08/14/2018 | STAFF CARE INC ATTN: DON ROBB PO BOX 281923 ATLANTA, GA  30384-1923 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.631 | **State what the contract or lease is for and the nature of the debtor's interest** | ONBOARDING SOFTWARE SUBSCRIPTION | STAFFBASE CANADA SYSTEMS INC. #505-460 DOYLE AVENUE KELOWNA, BC  V1Y 0C2 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.632 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/6/2022 | STANLEY, MARKUS, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.633 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 1/6/2022 | STANLEY, MARKUS, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.634 | **State what the contract or lease is for and the nature of the debtor's interest** | CLINICAL LEADERSHIP TEAM OFFER CONFIRMATION DTD 4/13/2023 | STANSELL, KAYCE, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.635 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 4/13/2023 | STANSELL, KAYCE, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.636 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | STAPLETON, MATTHEW<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.637 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 5/11/2023 | STAPLETON, MATTHEW<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.638 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | STEWART, STEPHANIE<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.639 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | STEWART, STEPHANIE<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.640 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 2/1/2023 | STOCKDALL, CHANDRA, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.641 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 2/1/2023 | STOCKDALL, CHANDRA, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.642 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERIM SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 2/15/2023 | STURDIVANDT, JOSEPH, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.643 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 2/15/2023 | STURDIVANDT, JOSEPH, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.644 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT DTD 8/8/2018 | SUNSET DEVELOPMENT LLC C/O WOOD PARTNERS INC 900 S GAY ST, STE 1600 KNOXVILLE, TN  37902-1857 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.645 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/7/2022 | SUTTON, JAMES, CO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.646 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVE LETTER AGREEMENT DTD 3/7/2022 | SUTTON, JAMES, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.647 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED COMPENSATION PLAN LETTER DTD 5/18/2023 | SVACH, MEGAN, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.648 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES BONUS LETTER DTD 5/18/2023 | SVACH, MEGAN, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.649 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | SWEATT, KENT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.650 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | SWEATT, KENT ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.651 | **State what the contract or lease is for and the nature of the debtor's interest** | PHYSICIAN STAFFING AGREEMENT DTD 2/19/2021 | SYCAMORE PHYSICIAN CONTRACTING LLC 117 1/2 EAST MOBILE ST, STE 112 PO BOX 283 FLORENCE, AL  35631 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.652 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT  DTD 07/19/2017 | SYLACAUGA HEALTH CARE AUTHORITY D/B/A COOSA VALLEY |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known) 23-11469
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.653 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES LETTER AGREEMENT DTD 2/20/2023 | TAILLAC, NATHAN, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.654 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED METRICS LETTER DTD 2/20/2023 | TAILLAC, NATHAN, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.655 | **State what the contract or lease is for and the nature of the debtor's interest** | SAAS AGREEMENT DTD 11/30/2021 | TELADOC HEALTH INC D/B/A TELADOC HEALTH 2 MANHATANVILLE RD PURCHASE, NY 10577 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.656 | **State what the contract or lease is for and the nature of the debtor's interest** | STATEMENT OF WORK PROFESSIONAL SERVICES DTD 11/11/2021 | TELADOC HEALTH INC D/B/A TELADOC HEALTH 2 MANHATANVILLE RD PURCHASE, NY 10577 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.657 | **State what the contract or lease is for and the nature of the debtor's interest** | ASSOCIATE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 1/25/2023 | TERRITO, JEFFREY, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.658 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 2/25/2023 | TERRITO, JEFFREY, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.659 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | TESTER, LORI ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.660 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION AND FUNDING AGREEMENT DTD 7/31/2023 | THE HEALTH CARE AUTHORITY OF THE CITY OF ANNISTON PO BOX 2208 ANNISTON, AL  36202 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.661 | **State what the contract or lease is for and the nature of the debtor's interest** | CASE AGREEMENT #123608-0140 | TRANSPERFECT LEGAL SOLUTIONS 216 E 45TH ST, 6TH FL NEW YORK, NY  10017 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.662 | **State what the contract or lease is for and the nature of the debtor's interest** | HIPAA BUSINESS ASSOCIATE AGREEMENT | TRANSPERFECT LEGAL SOLUTIONS 216 E 45TH ST, 6TH FL NEW YORK, NY  10017 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.663 | **State what the contract or lease is for and the nature of the debtor's interest** | BUSINESS TRAVEL SERVICES AGREEMENT | TRAVELPERK AMERICA INC ATTN VP OF SUPPLIER RELATIONS 3415 S SEPULVEDA BLVD, STE 110 LOS ANGELES, CA  90034 |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| 2.664 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED START DATE LETTER DTD 1/6/2022 | TRENT, ANTHONY, MD ADDRESS REDACTED |
|---|---|---|---|
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                        Case number (if known)    23-11469
_____
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.665 | **State what the contract or lease is for and the nature of the debtor's interest** | AFFILIATION AGREEMENT DTD 7/31/2019 | TREVECCA NAZARENE UNIVERSITY ATTN BRET REEVE, MPAS, PA-C PHYSICIAN ASSISTANT PROGRAM DIRECTOR 333 MURFREESBORO RD NASHVILLE, TN  37210 2877 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.666 | **State what the contract or lease is for and the nature of the debtor's interest** | CERTIFICATE OF LIABILITY AGREEMENT DTD 10/4/2021 | TRINE UNIVERSITY 1 UNIVERSITY AVE ANGOLA, IN  46703 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.667 | **State what the contract or lease is for and the nature of the debtor's interest** | EDI CONSULTING AGREEMENT DTD 08/20/2019 | TRIZETTO PROVIDER SOLUTIONS LLC 3300 RIDER TRAIL SOUTH EARTH CITY, MO  63045 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.668 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED INCENTIVES LETTER AGREEMENT DTD 3/7/2022 | TWEDDLE, BRIAN, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.669 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTERSOFTWARE AND SERVICES AGREEMENT | UIPATH 452 5TH AVENUE, 22ND FLOOR NEW YORK, NY  10018 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.670 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DTD 05/11/2022 | UKG INC ATTN GENERAL COUNSEL 2000 ULTIMATE WAY WESTON, FL  33326 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known) 23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.671 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DTD 05/11/2022 | UKG INC<br>ATTN GENERAL COUNSEL<br>2000 ULTIMATE WAY<br>WESTON, FL  33326 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.672 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION AND FUNDING AGREEMENT | UNIVERSAL HEALTH SERVICES, INC.<br>367 SOUTH GULPH ROAD<br>KING OF PRUSSIA, PA  19406 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.673 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT | UNIVERSITY OF LOUISVILLE HEALTH<br>529 S JACKSON ST<br>LOUISVILLE, KY  40202 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.674 | **State what the contract or lease is for and the nature of the debtor's interest** | LEARNING OPPORTUNITIES AGREEMENT (JENNIFER WILLIAMS) DTD 01/07/2019 | UNIVERSITY OF SOUTH ALABAMA<br>COLLEGE OF NURSING<br>5721 USA DR N, #3061<br>MOBILE, AL  36688-0002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.675 | **State what the contract or lease is for and the nature of the debtor's interest** | LEARNING OPPORTUNITIES AGREEMENT (JENNIFER WILLIAMS) DTD 08/21/2018 | UNIVERSITY OF SOUTH ALABAMA<br>COLLEGE OF NURSING<br>5721 USA DR N, #3061<br>MOBILE, AL  36688-0002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.676 | **State what the contract or lease is for and the nature of the debtor's interest** | LETTER OF NOTIFICATION AND APPRECIATION (SARAH OUZTS) DTD 03/12/2019 | UNIVERSITY OF SOUTH ALABAMA<br>COLLEGE OF NURSING<br>5721 USA DR N, #3061<br>MOBILE, AL  36688-0002 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.677 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 1/21/2020 | UPPAL, MUHAMMAD KHAKAN, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.678 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 1/21/2020 | UPPAL, MUHAMMAD KHAKAN, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.679 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSITION AND RELEASE AGREEMENT DTD 7/19/23 | USACS MANAGEMENT GROUP, LTD.<br>4535 DRESSLER RD NW<br>CANTON, OH  44718-255 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.680 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT  DTD 02/02/2022 | VANDERBILT BEDFORD HOSPITAL LLC<br>ATTN C WRIGHT PINSON, MBA MD<br>1161 21ST AVE S<br>D-3300 MEDICAL CENTER N<br>NASHVILLE, TN  37323-2104 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.681 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT  DTD 02/02/2022 | VANDERBILT COFFEE HOSPITAL LLC<br>ATTN C WRIGHT PINSON, MBA MD<br>1161 21ST AVE S<br>D-3300 MEDICAL CENTER N<br>NASHVILLE, TN  37323-2104 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.682 | **State what the contract or lease is for and the nature of the debtor's interest** | CONFIDENTIALITY AGREEMENT DTD 02/02/2022 | VANDERBILT UNIVERSITY MEDICAL CENTER<br>ATTN C WRIGHT PINSON, MBA MD<br>1161 21ST AVE S<br>D-3300 MEDICAL CENTER N<br>NASHVILLE, TN  37323-2104 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469

           (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.683 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DTD 02/02/2022 | VANDERBILT UNIVERSITY MEDICAL CENTER OFFICE OF LEGAL AFFAIRS 3322 W END AVE, STE 1100 NASHVILLE, TN 37203 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.684 | State what the contract or lease is for and the nature of the debtor's interest | ASSOCIATE MEDICAL DIRECTOR OFFER LETTER DTD 9/11/2019 | VANDERVELDT, GARIG, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.685 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 9/11/2019 | VANDERVELDT, GARIG, MD ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.686 | State what the contract or lease is for and the nature of the debtor's interest | LETTER DTD 7/21/2020 | VEDDER PRICE PC 8677 SOLUTION CENTER CHICAGO, IL 60677 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.687 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DTD 10/10/2019 | VERITY INC 361 CENTENNIAL PKWY, STE 150 LOUISVILLE, CO 80027 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.688 | State what the contract or lease is for and the nature of the debtor's interest | ORDER FORM DTD 10/8/2018 | VERITY INC 361 CENTENNIAL PKWY, STE 150 LOUISVILLE, CO 80027 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------|----------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.689 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DTD 12/18/2019 | VERITY INC<br>361 CENTENNIAL PKWY, STE 150<br>LOUISVILLE, CO  80027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.690 | **State what the contract or lease is for and the nature of the debtor's interest** | ORDER FORM DTD 9/12/2018 | VERITY INC<br>361 CENTENNIAL PKWY, STE 150<br>LOUISVILLE, CO  80027 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.691 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED STIPEND LETTER DTD 1/24/2023 | VICKOVIC, STEVAN, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.692 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | VISSER, SULETTE<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.693 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR PROFFESSIONAL SERVICES DTD 8/30/2018 | VISTA STAFFING SOLUTIONS INC<br>10375 RICHMOD AVE, STE 1750<br>HOUSTON, TX  77042 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.694 | **State what the contract or lease is for and the nature of the debtor's interest** | AGREEMENT FOR PROFFESSIONAL SERVICES DTD 8/30/2018 | VISTA STAFFING SOLUTIONS INC<br>1735 N BROWN DR, STE 200<br>LAWRENCE, GA  30043 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| 2.695 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT FOR PROFFESSIONAL SERVICES DTD 8/30/2018<br><br><br>CURRENT | VISTA STAFFING SOLUTIONS INC<br>2800 E COTTONWOOD PKWY, STE 400<br>COTTONWOOD HEIGHTS, UT  84121 |
| 2.696 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | TRANSITION AND FUNDING AGREEMENT | VITUITY<br>2100 POWELL STREET<br>SUITE 400<br>EMERYVILLE, CA  94608 |
| 2.697 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UPDATED LEADERSHIP STIPEND CONFIRMATION DTD 1/24/2023<br><br><br>CURRENT | VUCKOVIC, STEVAN, DO<br>ADDRESS REDACTED |
| 2.698 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 5/18/2023<br><br><br>CURRENT | VUONG, DING, MD<br>ADDRESS REDACTED |
| 2.699 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | UPDATED STIPEND LETTER DTD 5/18/2023<br><br><br>CURRENT | VUONG, DINH, MD<br>ADDRESS REDACTED |
| 2.700 **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ASSOCIATE MEDICAL DIRECTOR OFFER LETTER DTD 11/28/2022<br><br><br>CURRENT | WAHL, DAN, DO<br>ADDRESS REDACTED |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case number (if known)    23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.701 | State what the contract or lease is for and the nature of the debtor's interest | OFFER LETTER DTD 11/28/2022 | WAHL, DAN, DO<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.702 | State what the contract or lease is for and the nature of the debtor's interest | FIRST PARTY OUTSOURCING COLLECTION AGREEMENT DTD 1/15/2019 | WAKEFIELD & ASSOCIATES INC<br>ATTN MATT LAWS, PRESIDENT<br>830 E PLATTE AVE ST, STE A<br>FORT MORGAN, CO  80701 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.703 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | WALKER, JOHN<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.704 | State what the contract or lease is for and the nature of the debtor's interest | DIGITAL ADOPTION PLATFORM SUBSCRIPTION AGREEMENT | WALKME<br>71 STEVENSON STREET, 20TH FL<br>SAN FRANCISCO, CA  94105 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.705 | State what the contract or lease is for and the nature of the debtor's interest | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | WANNEMACHER, BETH<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.706 | State what the contract or lease is for and the nature of the debtor's interest | UPDATED STIPEND LETTER DTD 4/17/2023 | WATSON, MICHELLE, PA<br>ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC    Case number (if known)    23-11469
          (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.707 | State what the contract or lease is for and the nature of the debtor's interest | UPDATED STIPEND OFFER LETTER DTD 8/17/2023 | WATSON, MICHELLE, PA ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.708 | State what the contract or lease is for and the nature of the debtor's interest | NOTICE OF PRIOR KNOWLEDGE LETTER DTD 6/6/2022 | WEATHERBY HEALTHCARE ATTN MARISA CARPENTER 6451 N FEDERAL HGWY, STE 800 FORT LAUDERDALE, FL  33308 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.709 | State what the contract or lease is for and the nature of the debtor's interest | UPDATED STIPEND OFFER LETTER DTD 7/11/2023 | WELCH, MELISSA, NP ADDRESS REDACTED |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.710 | State what the contract or lease is for and the nature of the debtor's interest | CONFIDENTIALITY AGREEMENT DTD 7/12/2018 | WELLMONT HEALTH SYSTEM ATTN LEGAL DEPARTMENT 1905 AMERICAN WAY KINGSPORT, TN  37660 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.711 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE RE LEASE # 450-0070414-000, 450-9679217-005, 450-9679217-006, 450-9679217-003 SERIAL #35047091 | WELLS FARGO FINANCIAL LEASING, INC. WELLS FARGO EQUIPMENT FINANCE P.O. BOX 105743 ATLANTA, GA  30348-5743 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.712 | State what the contract or lease is for and the nature of the debtor's interest | EQUIPMENT LEASE RE LEASE # 450-0070414-000, 450-9679217-005, 450-9679217-006, 450-9679217-003 SERIAL #13014363 | WELLS FARGO FINANCIAL LEASING, INC. WELLS FARGO EQUIPMENT FINANCE P.O. BOX 856941 MINNEAPOLIS, MN  55485-6941 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.713** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | AGREEMENT DTD 10/21/2021<br><br><br>CURRENT | WESTERN MICHIGAN UNIVERSITY SCHOOL OF MEDICINE ATTN LORI A STRAUBE, ASSOC DEAN-ADMIN & FINANCE 1000 OAKLAND DR KALAMAZOO, MI  49008 |
| **2.714** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | OFFER LETTER DTD 12/29/2022<br><br><br>CURRENT | WHITE, FABER, MD ADDRESS REDACTED |
| **2.715** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 12/29/2022<br><br><br>CURRENT | WHITE, FABER, MD ADDRESS REDACTED |
| **2.716** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022<br><br><br>CURRENT | WHITE, JOE ADDRESS REDACTED |
| **2.717** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETENTION BONUS LETTER AGREEMENT DTD 2/23/2023<br><br><br>CURRENT | WHITE, JOSEPH ADDRESS REDACTED |
| **2.718** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023<br><br><br>CURRENT | WHITE, MICHELLE ADDRESS REDACTED |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469
(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.719 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/7/2022 | WILKERSON, DANIEL, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.720 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED LEADERSHIP INCENTIVE DTD 3/7/2022 | WILKERSON, DANIEL, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.721 | **State what the contract or lease is for and the nature of the debtor's interest** | LEADERSHIP PARTNERSHIP FRANCISCAN HEALTH SYSTEM DTD 3/3/2023 | WILKO, ANTHONY, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.722 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/3/2023 | WILKO, ANTHONY, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.723 | **State what the contract or lease is for and the nature of the debtor's interest** | ENGAGEMENT LETTER DTD 6/23/2022 | WINSTON & STRAWN LLP ATTN PARTNER 2121 N PEARL ST, STE 900 DALLAS, TX  75201 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.724 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKET DIRECTOR OFFER CONFIRMATION DTD 5/2/2023 | WOOD, ARTHUR, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|--------|----------------------------------|------------------------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.725 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 5/2/2023 | WOOD, ARTHUR, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.726 | **State what the contract or lease is for and the nature of the debtor's interest** | MUTUAL NON DISCLOSURE AGREEMENT  DTD 09/10/2021 | WORKDAY INC<br>6110 STONERIDGE MALL RD<br>PLEASANTON, CA  94588 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.727 | **State what the contract or lease is for and the nature of the debtor's interest** | ARTIC WOLF - 3RY SUBSCRIPTION AGREEMENT | WRIGHTCORE INC.<br>725 COOL SPRINGS BLVD STE 420<br>FRANKLIN, VA  37067 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.728 | **State what the contract or lease is for and the nature of the debtor's interest** | EQUIPMENT LEASE XEROX WORKCENTRE 7845 | XMC<br>PO BOX 660831<br>DALLAS, TX  75266 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.729 | **State what the contract or lease is for and the nature of the debtor's interest** | INTERIM SITE MEDICAL DIRECTOR OFFER CONFIRMATION DTD 4/5/2022 | YARBROUGH, BENJAMIN, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.730 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 4/5/2022 | YARBROUGH, BENJAMIN, MD<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.731 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | YOUNG, TRACY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.732 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | YOUNG, TRACY<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.733 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER FOR DIVISION PRESIDENT DTD 3/23/2023 | YOUREE, BENJAMIN<br>2953 SIEGEL ROAD<br>MURFREESBORO, TN  37129 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.734 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER OF AGREEMENT DTD 2/14/2023 | YOUREE, BENJAMIN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.735 | **State what the contract or lease is for and the nature of the debtor's interest** | SEVERANCE AGREEMENT LETTER DTD 4/19/2022 | YOUREE, BENJAMIN<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.736 | **State what the contract or lease is for and the nature of the debtor's interest** | ADJUSTED RESPONSIBILITIES OFFER LETTER DTD 11/30/2022 | ZACK, PETER, DO<br>ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.737 | **State what the contract or lease is for and the nature of the debtor's interest** | UPDATED DUTIES & STIPEND LETTER DTD 11/30/2022 | ZACK, PETER, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.738 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 3/23/2023 | ZEHRUNG, ROBERT, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.739 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 3/23/2023 | ZEHRUNG, ROBERT, DO ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.740 | **State what the contract or lease is for and the nature of the debtor's interest** | BILLING SERVICES AGREEMENT DTD 01/05/2018 | ZOTEC PARTNERRS LLC ATTN GENERAL COUNSEL 11460 N MERIDAN ST CARAMEL, IN  46032 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.741 | **State what the contract or lease is for and the nature of the debtor's interest** | RETENTION BONUS LETTER AGREEMENT DTD 2/14/2023 | ZUK, LINDA ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.742 | **State what the contract or lease is for and the nature of the debtor's interest** | OFFER LETTER DTD 2/22/2023 | ZZIWAMBAZZA, NATHAN, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                    Case number (if known)    23-11469
            (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.743 | **State what the contract or lease is for and the nature of the debtor's interest** | SITE MEDICAL DIRECTOR OFFER LETTER DTD 2/22/2023 | ZZIWAMBAZZA, NATHAN, MD ADDRESS REDACTED |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

**Fill in this information to identify the case:**

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC

United States Bankruptcy Court for the:    Delaware

Case number    23-11469
(if known)

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No.  Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☒ Yes. |

2.    **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each
schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | ACCUTE CARE SPECIALIST, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.2 | ALIGN, M.D., PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.3 | AMERICAN PHYSICIAN HOLDINGS, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.4 | AMERICAN PHYSICIANS PARTNERS PSO, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.5 | APP AZ ED MEMBER 1, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.6 | APP AZ ED MEMBER 2, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.7 | APP AZ ED MEMBER 3, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.8 | APP AZ ED MEMBER 4, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.9 | APP AZ ED MEMBER 5, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.10 | APP AZ ED MEMBER 6, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.11 | APP EMERGENCY ED TX, INC. | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Additional Page if Debtor Has More Codebtors** | | | |
|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.12 | APP HOLDCO, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.13 | APP ICU, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.14 | APP MANAGEMENT CO., LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.15 | APP MDPARTNERS OF GA, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.16 | APP MDPARTNERS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.17 | APP OF ALABAMA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.18 | APP OF ALABAMA HM, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.19 | APP OF ARIZONA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.20 | APP OF ARIZONA HM, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.21 | APP OF ARKANSAS ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.22 | APP OF ARKANSAS HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.23 | APP OF CENTRAL FLORIDA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.24 | APP OF EAST TENNESSEE ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.25 | APP OF EAST TENNESSEE HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.26 | APP OF FLORIDA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.27 | APP OF FLORIDA HM, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.28 | APP OF GEORGIA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.29 | APP OF ILLINOIS ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.30 | APP OF ILLINOIS HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.31 | APP OF INDIANA ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.32 | APP OF INDIANA HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.33 | APP OF KANSAS ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.34 | APP OF KANSAS HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.35 | APP OF KENTUCKY ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.36 | APP OF KENTUCKY HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.37 | APP OF MICHIGAN ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.38 | APP OF MISSISSIPPI ED LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.39 | APP OF MISSISSIPPI HM, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.40 | APP OF NEVADA ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.41 | APP OF NEW MEXICO ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.42 | APP OF NEW MEXICO HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.43 | APP OF NORTH CAROLINA ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.44 | APP OF NORTH CAROLINA HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.45 | APP OF OHIO ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                    Case number (if known) 23-11469
          _____              _____
          (Name)

| Additional Page if Debtor Has More Codebtors | | | |
|---|---|---|---|
| **Column 1: Codebtor** | | **Column 2: Creditor** | |
| Name | Mailing Address | Name | Check all schedules that apply |
| 2.46 APP OF OHIO HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.47 APP OF SOUTH CAROLINA ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.48 APP OF SOUTH CAROLINA HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.49 APP OF SOUTHERN ARIZONA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.50 APP OF SOUTHERN ARIZONA HM, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.51 APP OF SOUTHERN NEW MEXICO ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.52 APP OF SOUTHERN NEW MEXICO HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.53 APP OF TENNESSEE ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.54 APP OF TENNESSEE HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.55 APP OF WEST VIRGINIA ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.56 APP OF WEST VIRGINIA HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.57 APP OF WESTERN KENTUCKY ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.58 APP TEXAS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.59 APPROVIDERS, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.60 APPTEXASED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.61 APPTEXASHM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.62 CALEB CREEK EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.63 | CAPITAL EMERGENCY PHYSICIANS LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.64 | CAPITAL EMERGENCY PHYSICIANS MADISON LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.65 | COOSA RIVER EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.66 | DEGARA APP HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.67 | DEGARA APP, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.68 | DEGARA GARDEN CITY APP, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.69 | DEGARA GARDEN CITY, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.70 | DEGARA, P.L.L.C. | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.71 | ELITE EMERGENCY HOT SPRINGS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.72 | ELITE EMERGENCY MANAGEMENT, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.73 | ELITE EMERGENCY RUSSELLVILLE, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.74 | ELITE EMERGENCY SERVICES OF KENTUCKY, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.75 | ELITE EMERGENCY SVC OF KY, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.76 | ELITE EMERGENCY SVC OF TN, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.77 | EMERGENCY SPECIALISTS OF WELLINGTON, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.78 | EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.79 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |

| Debtor | AMERICAN PHYSICIAN PARTNERS, LLC | | Case number (if known) | 23-11469 |
|---|---|---|---|---|
| | (Name) | | | |

| **Additional Page if Debtor Has More Codebtors** |
|---|

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.80 | KIRBY EMERGENCY PHYSICIANS, P.L.L.C. | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.81 | LITTLE RIVER EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.82 | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, P.L.L.C. | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.83 | NETEP, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.84 | NORTHEAST TENNESSEE EMERGENCY PHYSICIANS, INC. | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.85 | PROGRESSIVE MEDICAL ASSOCIATES, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.86 | SAN JACINTO EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.87 | ST. ANDREWS BAY EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.88 | STONEY BROOK EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.89 | TEP SELECT EMERGENCY SPECIALISTS PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.90 | TEXOMA EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.91 | TOWN SQUARE EMERGENCY ASSOCIATES, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.92 | TRUEPARTNERS COMANCHE EMERGENCY SPECIALISTS LCC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.93 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.94 | TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.95 | TRUEPARTNERS MANATEE EMERGENCY SPECIALISTS LCC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |

Debtor    AMERICAN PHYSICIAN PARTNERS, LLC                                  Case number (if known)  23-11469
          (Name)

| Additional Page if Debtor Has More Codebtors |

| Column 1: Codebtor | | Column 2: Creditor | |
| --- | --- | --- | --- |
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.96 | TRUEPARTNERS NORTHWEST EMERGENCY ASSOCIATES, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.97 | TRUEPARTNERS RANCH EMERGENCY SPECIALISTS LCC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.98 | TRUEPARTNERS WESTLAKE EMERGENCY SPECIALISTS LCC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.99 | WEST HOUSTON EMERGENCY PHYSICIANS, P.L.L.C. | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.100 | WOODLANDS EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |

| Fill in this information to identify the case: |
|---|

Debtor     AMERICAN PHYSICIAN PARTNERS, LLC

United States Bankruptcy Court for the:    Delaware

Case number    23-11469
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/12/2023       ✗   /s/ John C. DiDonato
       MM / DD / YYYY           Signature of individual signing on behalf of debtor

                                    John C. DiDonato
                                    Printed name

                                    Chief Restructuring Officer
                                    Position or relationship to debtor