## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) | Case No. 23-11469 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

American Physician Partners, LLC and its debtor affiliates in the above-captioned chapter 11 cases filed on September 18, 2023 and September 19, 2023, as applicable, as debtors and debtors in possession (collectively, the "**Debtors**"), are filing their respective Schedules of Assets and Liabilities (each, a "**Schedule**," and collectively, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and collectively, the "**Statements**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These *Global Notes and Statements of Limitations, Methodology, and Disclaimers Regarding Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "**Global Notes**") pertain to, and are incorporated by reference in, and comprise an integral part of all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "**Specific Notes**," and, together with the Global Notes, the "**Notes**"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

The Schedules and Statements are unaudited and subject to potential adjustment. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of preparation. The Debtors have made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances; however, subsequent information or discovery may result in material changes to the Schedules and Statements and errors or omissions may exist.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or to otherwise subsequently

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners.  The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any of the Debtors' rights or an admission with respect to their chapter 11 cases, including any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, characterization or recharacterization of contracts and leases, assumption or rejection of contracts and leases under the provisions of chapter 3 of the Bankruptcy Code, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers.

## A.  Global Notes and Overview of Methodology

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of any of the Debtors or their affiliates.**

1.      **Description of the Chapter 11 Cases**. On September 18, 2023 and September 19, 2023, as applicable (the "**Petition Date**"), each of the Debtors commenced a voluntary case under chapter 11 of the Bankruptcy Code.  On September 21, 2023, the Bankruptcy Court entered an order authorizing the joint administration of the chapter 11 cases pursuant to Bankruptcy Rule 1015(b) [Docket No. 39]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

2.      **Basis of Presentation**. In the ordinary course of business, the Debtors prepare consolidated financial statements for financial reporting purposes on a monthly basis. The Schedules and Statements are unaudited and are the result of the Debtors' reasonable efforts to report certain financial information of each Debtor on an unconsolidated basis. The Schedules and Statements neither purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of each Debtor.  The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each individual Debtor entity. Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, however, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.

3.      **Reporting Date**. Unless otherwise noted in specific responses, the Schedules and Statements reflect the Debtors' books and records as of the close of business on September 18, 2023, or the latest available record date before then.

4.      **Current Values**. The assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records. Unless otherwise noted, the carrying value on each of the Debtor's books, rather than the current market value, is reflected in the Schedules and Statements.

5.      **Confidentiality**. There may be instances when personal information was not included or was redacted due to the nature of an agreement between a Debtor and a third party or

2

concerns or to protect the privacy of an individual. Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief* [Docket No. 41], the Debtors are authorized to redact personally identifiable information from their Schedules and Statements.  Further, pursuant to *Interim Order Authorizing Certain Procedures to Maintain Confidentiality of Protected Health Information as Required by Applicable Privacy Rules* [Docket No. 42], the Debtors are also authorized to maintain the confidentiality of patient information as required by the Health Insurance Portability and Accountability Act of 1996.

6.    **Consolidated Entity Accounts Payable and Disbursement Systems**.  As described in the *Motion Regarding Chapter 11 First Day Motions Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief* [Docket No. 6] (the "**Cash Management Motion**"), the Debtors utilize a centralized cash management system in the ordinary course of business to collect, concentrate, and disburse funds generated by their operations.  In the ordinary course of business, the Debtors maintained business relationships among each other, which result in intercompany receivables (the "**Intercompany Claims**") arising from intercompany transactions (the "**Intercompany Transactions**").  Additional information regarding the Intercompany Claims and Intercompany Transactions is described in the Cash Management Motion. Unless otherwise noted, the Debtors have reported the aggregate net intercompany balances among the Debtors as assets on Schedule A/B or as liabilities on Schedule E/F, as appropriate.

7.    **Accuracy**.  The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information considering the purposes for which it was prepared.

8.    **Undetermined Amounts**. Claim amounts that could not readily be quantified by the Debtors are scheduled as "undetermined," "unknown," or "N/A." The description of an amount as "undetermined," "unknown," or "N/A" is not intended to reflect upon the materiality of the amount.

9.    **Liabilities**.  The Debtors have sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

10.    **Insiders.**  For purposes of the Schedules and Statements, the Debtors define "insiders" pursuant to section 101(31) of the Bankruptcy Code as:  (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers, or persons in

3

control of the Debtors; and (e) debtor/non-Debtor affiliates of the foregoing.  Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code.  Moreover, the Debtors do not take any position with respect to: (a) any insider's influence over the control of the Debtors; (b) the management responsibilities or functions of any such insider; (c) the decision making or corporate authority of any such insider; or (d) whether the Debtors or any such insider could successfully argue that he or she is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose. The listing of a party as an "insider" is not intended to be nor should be construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved.

11. **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals.

12. **Currency**. All amounts shown in the Schedules and Statements are in U.S. Dollars, unless otherwise indicated.

13. **Payment of Prepetition Claims Pursuant to First Day Orders**. The Debtors have requested authority to pay certain outstanding prepetition claims pursuant to orders entered by this court after the initial hearing in these cases (collectively, the "**First Day Orders**").  The Schedules and Statements reflect the Debtors' outstanding liabilities in their amounts owed as of the Petition Date without reducing liabilities on account of any payments authorized under the First Day Orders.  If liabilities on account of prepetition wages and benefits have been satisfied in full, they are not listed on the Schedules and Statements unless otherwise noted.

14. **Other Paid Claims**. If the Debtors have reached any post-petition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties.

15. **Setoffs**. The Debtors routinely incurred certain setoffs from customers and suppliers in the ordinary course of business. Setoffs in the ordinary course can result from various items including pricing discrepancies, customer programs, returns, and other disputes between the Debtors and their customers or suppliers. In the ordinary course of business, the Debtors would setoff invoices with credit memos. These routine setoffs were consistent with the ordinary course of business in the Debtors' industry, and, therefore, were particularly voluminous, unduly burdensome, and costly for the Debtors to regularly document. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not always independently accounted for and may be excluded from the Schedules and Statements.

16. **Revenue Cycle Management Procedures.**  As discussed in the *Declaration of John C. DiDonato in Support of the Debtors' Chapter 11 Petitions and First Day Relief* (the "**First Day Declaration**"), historically, most of the Company's revenue has been attributable to agreements with emergency departments under the AR contracts model, where typically the

4

Company (1) provided the staffing/management services and (2) was responsible for coding, billing, and collecting the fees billed for services from Medicaid, Medicare, Blue Cross Blue Shield, commercial payors, insurance companies and/or the patients and related services ("**Revenue Cycle Management**" or "**RCM Services**").  Commencing in September 2019, the Debtors contracted with and utilized a non-affiliate service provider – Medical Consultants, Inc. ("MCI"), a subsidiary of RI RCM Holdco, Inc. ("**R1**") – to provide the RCM Services for the Debtors.  MCI has been the exclusive Revenue Cycle Management provider for the Company for the past several years and, because of the relationship, maintains voluminous records/documents with history and supporting and claims processing details.  The Debtors have used their best efforts to insure that the information contained in the Schedules, Statements, or Notes includes, where necessary, all assets and liabilities of the Debtors as reflected in records maintained by R1 as related to the RCM Services.

17.    **Debtors' Reservation of Rights**. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to these chapter 11 cases, including the following:

a.    Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

b.    Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

c.    The listing of a claim or agreement (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured," or (iv) on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant, the executory nature of the agreement under section 365 of the Bankruptcy Code, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or agreement pursuant to a schedule amendment, claim objection or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in an order of the Bankruptcy Court, the Debtors reserve all rights to dispute and challenge the secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

d.  In the ordinary course of their businesses, the Debtors leased equipment and other assets from certain third-party lessors for use in their daily operations. The Debtors have made commercially reasonable efforts to list any such leases in Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Except as otherwise noted herein, the property subject to any such lease is not reflected in Schedule A/B as either owned property or an asset of the Debtors, and neither is such property or assets of third parties within the control of the Debtors Nothing in the Schedules is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any of such issues, including the recharacterization thereof.

e.  The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances and other adjustments, including the right to assert claims objections or setoffs with respect to the same.

f.  The Debtors' businesses were part of a complex enterprise. Although the Debtors have exercised their reasonable efforts to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases identified in the Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

g.  The Debtors further reserve all their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

h.  The Debtors exercised their reasonable efforts to locate and identify guarantees and other secondary liability claims (the "**Guarantees**") in their executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. If such Guarantees have been identified, they are included in the relevant Schedules and Statements. Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements may have been omitted inadvertently. Thus, the Debtors reserve their rights to amend and supplement the Schedules and Statements if additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

18.    **Global Notes Control**. If the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**B.  Specific Notes for Schedules**

1.    **Schedule A/B.**

a.   **A/B.3**. The values provided for in Schedule A/B, Item 3 for each account for a given Debtor reflects the book ending cash balance of such account as of the Petition Date.

b.   **A/B. 11**. Amounts listed reflect net patient receivable.

c.   **A/B. 15**. Investments are listed as having an undetermined value.

d.   **A/B. 38-41**. The Debtors' furniture, fixtures and equipment are listed at net book value.

e.   **A/B. 73**. The Debtors may have certain residual amounts owed to them from their medical malpractice insurance provider.  These include: (i) overpayments of premiums for policy periods ended June 29, 2023 wherein the provider currently holds approximately $48 million in total; (ii) return of certain premiums paid for policy year beginning June 30, 2023 in the amount of approximately $1.3 million, which policy the provider has attempted to rescind and which rescission the Debtors dispute; and (iii) certain policy dividends for prior years owed to the Debtors which the provider has refused to pay, citing ongoing disputes.

f.   **A/B.70–77**. Despite exercising commercially reasonable efforts to identify all known assets, the Debtors may not have listed all their causes of action or potential causes of action against third parties as assets in their Schedules.

2.    **Schedule D**.  Certain of the claims listed on Schedule D, as well as the Guarantees of those claims listed on Schedule H, arose, and were incurred on various dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all these dates are included for each such claim. To the best of the Debtors' knowledge, all claims listed on Schedule D arose or were incurred before the Petition Date. The amounts in Schedule D are consistent with the Debtors' stipulations set forth in the *Motion to Approve Use of Cash Collateral Motion of the Debtors Pursuant to Sections 105, 361, 362, 363 and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2 for Interim and Final Orders (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* [Docket No. 10] (the "**Cash Collateral Motion**"), which are subject to investigation and challenge by the Official Committee of Unsecured Creditors or other parties in interest.

Except as otherwise agreed to or stated pursuant to a stipulation or order entered by the Bankruptcy Court that is or becomes final, including any final order approving the Cash Collateral Motion, the Debtors and their estates and, subject to the foregoing limitations, note as

follows: (a) although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a lien has been undertaken; (b) the descriptions provided on Schedule D only are intended to be a summary; and (c) the Debtors have not included on Schedule D claims that were secured by property for which the collateral was not in the Debtors' possession as of the Petition Date.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

Except as specifically stated herein, real property lessors, equipment lessors, utility companies, and other parties which may hold security deposits or other security interests have not been listed on Schedule D.

The Debtors have not listed on Schedule D any parties whose claims may be secured through rights of setoff, deposits, or advance payments posted by, or on behalf of, the Debtors, or judgment or statutory lien rights.

3.     **Schedule E/F**

a.     **Part 1**.

Certain of the claims listed on Schedule E/F (Part 1) arose and were incurred on multiple dates; a determination of the date upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all these multiple dates are included for each such claim.

The liabilities listed on Schedule E/F (Part 1) do not reflect any analysis of such claims under sections 503 or 507 of the Bankruptcy Code. The Debtors reserve the right to dispute or challenge whether creditors listed on Schedule E/F are entitled to priority status pursuant to sections 503 or 507 of the Bankruptcy Code. The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority status.

Claims owing to various taxing authorities to which the Debtors potentially may be liable are included on the Debtors' Schedule E/F. Certain of such claims, however, may be subject to ongoing audits or the Debtors otherwise are unable to determine with certainty the amount of the remaining claims listed on Schedule E/F. Therefore, the Debtors have listed all such claims as contingent, pending final resolution of ongoing audits or other outstanding issues.

b.     **Part 2**.

The Debtors have exercised their commercially reasonable efforts to list all liabilities on Schedule E/F of each applicable Debtor. As a result of the Debtors' consolidated operations, however, the reader should review Schedule E/F for all Debtors in these cases for a complete understanding of the unsecured debts of the Debtors. Certain creditors listed on Schedule E/F may owe amounts to the Debtors, and, as such, the Debtors may have valid setoff and recoupment rights with respect to such amounts. The amounts listed on Schedule E/F may not

8

reflect any such right of setoff or recoupment, and the Debtors reserve all rights to assert the same and to dispute and challenge any setoff or recoupment rights that may be asserted against the Debtors by a creditor. Additionally, certain creditors may assert liens against the Debtors for amounts listed on Schedule E/F. The Debtors reserve their rights to dispute and challenge the validity, perfection, and immunity from avoidance of any lien purported to be perfected by a creditor listed on Schedule E/F of any Debtor. In addition, certain claims listed on Schedule E/F (Part 2) may be entitled to priority under section 503(b)(9) of the Bankruptcy Code.

The Debtors have included trade creditors and taxing authorities on Schedule E/F, some of whose claims may have been satisfied, in whole or in part, pursuant to the First Day Orders. Notwithstanding the foregoing, the Debtors have reflected the prepetition liabilities of such trade creditors and taxing authorities as of the Petition Date. Moreover, Schedule E/F does not include certain balances including deferred liabilities, accruals, or general reserves. The accruals primarily represent general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtors have made reasonable efforts to include as contingent, unliquidated, or disputed the claim of any party not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Intercompany payables among the Debtors are reported on Schedule E/F, which may or may not result in allowed or enforceable claims by or against a given Debtor. The intercompany payables also may be subject to recoupment, netting, or other adjustments made pursuant to customary intercompany policies and practices not reflected in the Schedules.

To the extent practicable, Schedule E/F is intended to reflect the balance as of the Petition Date. Despite the Debtors' reasonable best efforts, to the extent an unsecured claim has been paid or may be paid, it is possible such claim is not included on Schedule E/F. Certain Debtors may pay additional claims listed on Schedule E/F during these chapter 11 cases pursuant to these and other orders of the Bankruptcy Court and the Debtors reserve all of their rights to update Schedule E/F to reflect such payments or to modify the claims register to account for the satisfaction of such claim. Additionally, Schedule E/F does not include any potential rejection damage claims of the counterparties to executory contracts and unexpired leases that may be rejected.

As of the time of filing the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if and as they receive such invoices.

4.    **Schedule G**. Although reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases (collectively, the "**Agreements**"), review is ongoing and inadvertent errors, omissions or overinclusion may have occurred. The Debtors may have entered into various other types of Agreements in the ordinary course of their businesses, such as indemnity agreements, supplemental agreements, and amendments/letter agreements that may not be set forth in Schedule G. The Agreements listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letter and other documents, instruments and agreements that may not be listed on Schedule G. Executory

DOCS_DE:245024.4 03370/001

agreements that are oral in nature have not been included in Schedule G. Certain of the Agreements listed on Schedule G may have been entered into on behalf of more than one of the Debtors. Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary.

5.      **Schedule H**. The Debtors are party to certain prepetition secured credit agreements which were executed by multiple Debtors. The obligations of guarantors under the prepetition secured credit agreements are noted on Schedule H for each individual debtor.  Furthermore, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. No claim set forth on the Schedules and Statements of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other Debtors.

## C.  <u>Specific Notes for Statements</u>

1.      **Statement 1 and 2.** The gross revenue and non-business revenue reported for the current fiscal year are through September 18, 2023.

2.      **Statement 3**. The payments disclosed in Statement 3 are based on payments made by the Debtors with payment dates from June 20, 2023 to September 18, 2023. The actual dates that cash cleared the Debtors' bank accounts may differ based on the form of payment. The Debtors' accounts payable system does not include the corresponding payment clear dates and compiling this data would have required a time-consuming manual review of individual bank statements. It is expected, however, that many payments included in Statement 3 have payment clear dates that are the same as payment dates (*e.g.*, wires and other forms of electronic payments).

3.      **Statement 4.** As more fully described in the Cash Management Motion, prepetition, the Debtors engaged in intercompany transactions ("**Intercompany Transactions**") with each other in the ordinary course of their business.  American Physician Holdings LLC is a party to various management services agreements with certain of the other operating Debtors (collectively, the "**Management Services Agreements**").  In general, American Physician Holdings LLC provides managerial and professional services to the operating Debtors (other than services relating to the practice of medicine) and pays substantially all their operating expenses. The Debtors' operating companies transfer deposits made into their applicable bank accounts to the concentration account.  The Debtors have included the monthly activity between the Debtors. Payments to members of the Board of Managers, including Jim Decker, Jay Martus, James Frary and Lawerence Hirsh include amounts for outside counsel.  These amounts were allocated among the aforementioned parties, during their tenure.

4.      **Statement 6**.  The items listed in Statement 6 are instances where the Debtors specifically allowed and agreed to an offset of the Debtor's accounts payable against the Debtor's accounts receivable.  The Debtors have not included in Statement 6 (a) any patient refund programs managed by R1 that would offset the expected accounts receivable in the ordinary course of business.  The Debtors listed the offset previously agreed upon in the Debtors' prepetition

agreement with Sapientes Funding II ("**Sapientes**") for the collection of certain accounts receivable. The Debtors also listed setoffs to stipend accounts receivable due to transition related activities in which successors agreed to provide active providers with prior acts coverage.

5.      **Statement 7**. The Debtors have used reasonable efforts to report all legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the Debtors were involved in any capacity within one year before the Petition Date. The Debtors reserve their rights to assert that neither the Debtors nor any affiliate of the Debtors is an appropriate party to such actions or proceedings. The Debtors are working with their insurance carriers to obtain details relating to workers' compensation, auto and general liability, medical malpractice claims and, if necessary, will supplement the Statement when received.

6.      **Statement 9**. The amounts listed were based on a manual review of items in the Debtors' books and records determined to be gifts or charitable contributions. As a result, inadvertent errors or omissions may exist. Further, other gifts may exist that are below the $1,000 threshold per recipient that are not captured herein. In the ordinary course of business, the company undertakes sponsorship activities.

7.      **Statement 11**. The Debtors have used reasonable efforts to identify payments for services of any entities who provided consultation concerning debt counseling or restructuring services, relief under the Bankruptcy Code or preparation of a petition in bankruptcy within one year immediately before the Petition Date, which are identified in the Debtors' response to Statement 11. Additional information regarding the Debtors' retention of professional service firms is and will be more fully described in the individual retention applications for those firms and any related orders. Amounts listed reflect the total amounts paid to these respective firms as bifurcating the specific restructuring activities would be administratively burdensome.

8.      **Statement 13**. As described in the First Day Declaration the Debtors facilitated the orderly transitions of approximately 150 emergency department and hospital medicine contracts to alternative service providers and its health system/hospital partners who provided insourced solutions by the end of July 2023, and have been listed with an undetermined value.

9.      **Statement 16**.The Debtors, via their Revenue Cycle Manager, have access to patient records. The Debtors adhere to HIPAA requirements and policies and have information security protocols to safeguard personally identifiable information.

10.      **Statement 26(d)**. Over the past two years, the Debtors have provided their financial statements via physical and electronic mail to various parties in the ordinary course of business, including current or potential secured lenders, government entities, shareholders, customers, and other interested parties. Professionals retained by the Debtors prior to the Petition Date also ran a comprehensive marketing and sale process and disclosed substantial financial information to numerous interested parties. Parties provided with historical financial information as part of the Debtors' marketing and sale process have not been listed on Statement 26(d). Recipients of financial information generally received consolidated accounts for the Debtors.

| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, P.L.L.C. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11563 |

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

**Part 1:**   Summary of Assets

---

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    
    > NOT APPLICABLE

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    
    > $1,278,256.52

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    
    > $1,278,256.52

---

**Part 2:**   Summary of Liabilities

---

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .
    
    > $594,227,927.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206EF)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . .
    
    > NOT APPLICABLE

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . .
    
    > **+**   $1,278,256.52

4. **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b
    
    > $595,506,183.52

---

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, P.L.L.C. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11563 |

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    CASH AND CASH EQUIVALENTS

**1.    DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**
☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.    CASH ON HAND**

NONE

**3.    CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.    TX BANK & TRUST | 4293 | | $2,068.45 |

**4.    OTHER CASH EQUIVALENTS**

NONE

**5    Total of Part 1.**
ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $2,068.45

### Part 2:    DEPOSITS AND PREPAYMENTS

**6.    DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**
☑ No. Go to Part 3.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7.    DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11467 |
|---|---|---|---|
| | (Name) | | |

| | | | Current value of debtor's interest |
|---|---|---|---|
| 8. | **PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT** | | |
| | DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT | | |
| 9 | Total of Part 2. ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | | NOT APPLICABLE |

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
|---|---|

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| **11.** | **ACCOUNTS RECEIVABLE** | | | | |
| | 90 DAYS OLD OR LESS | $575,292.97 <br> face amount | − | SEE GLOBAL NOTES <br> doubtful or uncollectable accounts | = → $575,292.97 |
| | OVER 90 DAYS OLD | $700,895.10 <br> face amount | − | SEE GLOBAL NOTES <br> doubtful or uncollectable accounts | = → $700,895.10 |
| **12** | Total of Part 3. CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | | | | $1,276,188.07 |

| **Part 4:** | **INVESTMENTS** |
|---|---|

**13. DOES THE DEBTOR OWN ANY INVESTMENTS?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.** | **MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** | | |
| | NAME OF FUND OR STOCK: | | |
| **15.** | **NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | |
| | Name of entity | % of ownership | |
| | 15.1.    ACUTE CARE SPECIALIST, LLC | 100% | UNDETERMINED |
| **16.** | **GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** | | |
| | DESCRIBE: | | |
| **17** | Total of Part 4. ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | | UNDETERMINED |

| **Part 5:** | **INVENTORY, EXCLUDING AGRICULTURE ASSETS** |
|---|---|

**18. DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | RAW MATERIALS | | | | |
| 20. | WORK IN PROGRESS | | | | |
| 21. | FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE | | | | |
| 22. | OTHER INVENTORY OR SUPPLIES | | | | |

| 23 | Total of Part 5. ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | NOT APPLICABLE |
|---|---|---|

**24.**  Is any of the property listed in Part 5 perishable?
☒ No
☐ Yes

**25.**  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes    Book value _____    Valuation method _____    Current value _____

**26.**  Has any of the property listed in Part 5 been appraised by a professional within the last year?
☒ No
☐ Yes

| **Part 6:** | **FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)** |
|---|---|

**27.**  DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?
☒ No. Go to Part 7.
☐ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. | CROPS—EITHER PLANTED OR HARVESTED | | | |
| 29. | FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH *EXAMPLES:* LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| 30. | FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)  (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| 31. | FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED | | | |
| 32. | OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6 | | | |

| 33 | Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

**34.**  Is the debtor a member of an agricultural cooperative?
☒ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.**  Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?
☒ No
☐ Yes

**36.**  Is a depreciation schedule available for any of the property listed in Part 6?
☒ No
☐ Yes

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES-PLLC, D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

---

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 7:  OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES**

**38. DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
☒ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. OFFICE FURNITURE** | | | |
| **40. OFFICE FIXTURES** | | | |
| **41. OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| **42. COLLECTIBLES EXAMPLES: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES** *EXAMPLES*: ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES | | | |

| 43 | Total of Part 7. ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | NOT APPLICABLE |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☒ No
☐ Yes

---

**Part 8:  MACHINERY, EQUIPMENT, AND VEHICLES**

**46. DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |

| 51 | Total of Part 8. ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | NOT APPLICABLE |
|---|---|---|

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11563 |
|---|---|---|---|
| | (Name) | | |

---

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☑ No
☐ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
☑ No
☐ Yes

---

### Part 9:   REAL PROPERTY

**54.** **DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

| **56** | **Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | NOT APPLICABLE |
|---|---|---|

**57.** Is a depreciation schedule available for any of the property listed in Part 9?
☑ No
☐ Yes

**58.** Has any of the property listed in Part 9 been appraised by a professional within the last year?
☑ No
☐ Yes

---

### Part 10:   INTANGIBLES AND INTELLECTUAL PROPERTY

**59.** **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS | | | |
| **61.** INTERNET DOMAIN NAMES AND WEBSITES | | | |
| **62.** LICENSES, FRANCHISES, AND ROYALTIES | | | |
| **63.** CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS | | | |
| **64.** OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY | | | |
| **65.** GOODWILL | | | |

| **66** | **Total of Part 10.**<br>ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | NOT APPLICABLE |
|---|---|---|

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

---

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 11:    ALL OTHER ASSETS**

**70.** **DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?**
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| **71.** | **NOTES RECEIVABLE** | |
| | DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.** | **TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS)** | |
| | DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.** | **INTERESTS IN INSURANCE POLICIES OR ANNUITIES** | |
| 73.1. | COALITION INSURANCE SOLUTIONS (COALITION): CYBER LIABILITY - 4TH EXCESS POLICY # C-4MFH-239111-CEPMM-2023 | UNDETERMINED |
| 73.2. | ENDURANCE AMERICAN SPECIALTY INSURANCE CO. (SOMPO): CYBER LIABILITY POLICY # PRV30002366102 | UNDETERMINED |
| 73.3. | EVANSTON INSURANCE CO. (MARKEL): DIRECTORS & OFFICERS INCL FIDUCIARY POLICY # MKLV7MML000027 | UNDETERMINED |
| 73.4. | FEDERAL INSURANCE CO. (CHUBB): CRIME AND EMPLOYED LAWYERS LIABILITY POLICY # 8248-8715 | UNDETERMINED |
| 73.5. | FIREMAN'S FUND INSURANCE CO. (ALLIANZ): PROPERTY, GENERAL LIABILITY AND HIRED & NON OWNED AUTO LIABILITY POLICY # USC025424230 | UNDETERMINED |
| 73.6. | FREEDOM SPECIALTY INSURANCE CO. (NATIONWIDE): EMPLOYMENT PRACTICES LIABILITY POLICY # PHO2308918 | UNDETERMINED |
| 73.7. | GEMINI INSURANCE COMPANY (BERKLEY): DIRECTORS & OFFICERS EXCESS SIDE A DIC POLICY # BPRO8093521 | UNDETERMINED |
| 73.8. | HOUSTON CASUALTY CO. (TOKIO MARINE): CYBER LIABILITY - 2ND EXCESS POLICY # H23CXS20543-01 | UNDETERMINED |
| 73.9. | MAGMUTUAL INSURANCE CO.: WORKERS' COMPENSATION AND EMPLOYER'S LIABILITY POLICY # WCV 0005665 08 | UNDETERMINED |
| 73.10. | PELEUS INSURANCE CO. (ARGO): EXCESS DIRECTORS & OFFICERS INCL FIDUCIARY POLICY # MLX4262120□1 | UNDETERMINED |
| 73.11. | PROFESSIONAL SECURITY INSURANCE CO. (MAGMUTUAL): PROFESSIONAL LIABILITY POLICY # PSL 09104408 | UNDETERMINED |
| 73.12. | SCOTTSDALE INSURANCE CO. (NATIONWIDE): CYBER LIABILITY - 3RD EXCESS POLICY # XMS230450 | UNDETERMINED |
| 73.13. | SYMETRA LIFE INSURANCE COMPANY: KEYMAN INSURANCE POLICY # AA6117563 | UNDETERMINED |
| 73.14. | ZURICH AMERICAN INSURANCE CO.: CYBER LIABILITY - 1ST EXCESS POLICY # SPR 4514845 - 04 | UNDETERMINED |

| **74.** | **CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED)** | |
|---|---|---|
| **75.** | **OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS** | |
| **76.** | **TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY** | |
| **77.** | **OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP** *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|--------|----|----|----|
| | (Name) | | |

| 78 | **Total of Part 11.** ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | UNDETERMINED |
|----|----|----|

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 12:   Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|----|----|----|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,068.45 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $1,276,188.07 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | UNDETERMINED | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| **86.** **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| **88.** **Real property.** *Copy line 56, Part 9.* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ➔ | | N/A |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + UNDETERMINED | |
| **91.** **Total.** Add lines 80 through 90 for each column . . . . . . . . 91a. | $1,278,256.52 | + 91b.   N/A |

| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $1,278,256.52 |
|----|----|

| **Fill in this information to identify the case:** |
| --- |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, P.L.L.C. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11563 |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

1.  **1.  Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
| --- | --- |

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  |  |  | Column A | Column B |
| --- | --- | --- | --- | --- |
|  |  |  | **Amount of claim** *Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.1 | **Creditor's name** GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE **Creditor's mailing address** AGENT AND AS COLLATERAL AGENT 2001 ROSS AVE., SUITE 2800 DALLAS, TX  75201 **Creditor's email address** **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** ALL ASSETS **Describe the lien** PREPETITION TERM & REVOLVER LOANS **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☐ No ☑ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | $594,227,927.00 | UNDETERMINED |
| 2.2 | **Creditor's name** GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE **Creditor's mailing address** AGENT AND AS COLLATERAL AGENT 2001 ROSS AVE., SUITE 2800 DALLAS, TX  75201 **Creditor's email address** **Date or dates debt was incurred** VARIOUS **Last 4 digits of account number:** **Do multiple creditors have an interest in the same property?** ☑ No ☐ Yes | **Describe debtor's property that is subject to a lien** ALL ASSETS **Describe the lien** UCC LIEN # 19-0025247101() **Is the creditor an insider or related party?** ☑ No ☐ Yes **Is anyone else liable on this claim?** ☑ No ☐ Yes **As of the petition filing date, the claim is:** *Check all that apply.* ☑ Contingent ☑ Unliquidated ☐ Disputed | | UNKNOWN | UNDETERMINED |

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $594,227,927.00 |
| --- | --- | --- |

Debtor   LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A BLAZING EDGE MEDIC   Case number (if known)   23-11469

(Name)

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| KING & SPALDING LLP<br>GOLDMAN SACHS SPECIALTY LENDING GROUP, L.P.<br>ATTN: W. AUSTIN JOWERS<br>1180 PEACHTREE STREET, NE, SUITE 1600<br>ATLANTA, GA  30309 | Line 2.1 | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, P.L.L.C. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11563 |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.    Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☑ No. Go to Part 2.
☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).
☐ No.
☑ Yes.

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** 
**Nonpriority creditor's name and mailing address**
ALABAMA DEPT OF REVENUE
50 N RIPLEY ST

MONTGOMERY, AL  36130

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

**3.2** 
**Nonpriority creditor's name and mailing address**
AMERICAN PHYSICIAN PARTNERS, LLC
5121 MARYLAND WAY
SUITE 300
BRENTWOOD, TN  37027

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
INTERCOMPANY PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,278,256.52

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNDETERMINED |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
CHANDLER, JENNIFER, MD
ADDRESS REDACTED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.4 **Nonpriority creditor's name and mailing address**
CITY OF ANNISTON ATTN: FINANCE DEPARTMENT
4305 MCCLELLAN BLVD

ANNISTON, AL  36206

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.5 **Nonpriority creditor's name and mailing address**
CITY OF ANNISTON ATTN: FINANCE DEPARTMENT
PO BOX 2168

ANNISTON, AL  36202

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.6 **Nonpriority creditor's name and mailing address**
CITY OF CADIZ
63 MAIN STREET, PO BOX 1645

CADIZ, KY  42211

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

3.7 **Nonpriority creditor's name and mailing address**
CITY OF CARSLBAD PLANNING, ENGINEERING, AND
REGULATION DEPARTMENT
114 S. HALAGUENO STREET, PO BOX 1569

CARLSBAD, NM  88220

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

|  |  | Amount of claim |
|---|---|---|

**3.8**

**Nonpriority creditor's name and mailing address**

CITY OF GADSDEN REVENUE DEPARTMENT
90 BROAD ST

GADSDEN, AL  35901

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.9**

**Nonpriority creditor's name and mailing address**

CITY OF GADSDEN REVENUE DEPARTMENT
PO BOX 267

GADSDEN, AL  35902-0267

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.10**

**Nonpriority creditor's name and mailing address**

CITY OF GALLUP CITY CLERK'S OFFICE
110 WEST AZTEC, PO BOX 1270

GALLUP, NM  87305

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.11**

**Nonpriority creditor's name and mailing address**

CITY OF HOPKINSVILLE
MUNICIPAL BUILDING
715 S VIRGINIA ST

HOPKINSVILLE, KY  42240

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

---

**3.12**

**Nonpriority creditor's name and mailing address**

CITY OF HOPKINSVILLE
PO BOX 707

HOPKINSVILLE, KY  42241-0707

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

UNDETERMINED

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC., D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED

**3.13**

**Nonpriority creditor's name and mailing address**

CITY OF ROSWELL
421 N RICHARDSON
PO BOX DRAWER 1838

ROSWELL, NM  88202-1838

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.14**

**Nonpriority creditor's name and mailing address**

CITY OF TUCSON COLLECTIONS SECTION
255 W. ALAMEDA

TUCSON, AZ  85701

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.15**

**Nonpriority creditor's name and mailing address**

CITY OF TUCSON COLLECTIONS SECTION
PO BOX 27320

TUCSON, AZ  85726-7320

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.16**

**Nonpriority creditor's name and mailing address**

DIPASQUALE, JOHN, MD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.17**

**Nonpriority creditor's name and mailing address**

EFUNE, BRADLEY, MD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

|  |  | Amount of claim |
|---|---|---|

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |

**Nonpriority creditor's name and mailing address**

FIELDS, JOHN
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.19 **Nonpriority creditor's name and mailing address**                UNDETERMINED

FRANK, TIMOTHY, MD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.20 **Nonpriority creditor's name and mailing address**                UNDETERMINED

FROST, ANDREW, DO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.21 **Nonpriority creditor's name and mailing address**                UNDETERMINED

GAERTNER, MICHAEL, DO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

3.22 **Nonpriority creditor's name and mailing address**                UNDETERMINED

GOLDEN, REID
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES - PLLC., D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11563 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

GRAVES, JAMIE, FNP C
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |
|---|---|---|---|

HAMILTON, JOHN, MD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |
|---|---|---|---|

HARRINGTON, GREG
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |
|---|---|---|---|

KALAMAZOO TOWNSHIP
ATTN: SHERINE M. MILLER, TREASURER
1720 RIVERVIEW DR

KALAMAZOO, MI  49004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | | UNDETERMINED |
|---|---|---|---|

KURTZWEIL, MIJU, DO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| Part 2: | Additional Page |
|---|---|

|  | | Amount of claim |
|---|---|---|

**3.28**

**Nonpriority creditor's name and mailing address**

LANAS, FRANCISCO, PA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.29**

**Nonpriority creditor's name and mailing address**

LOCKWOOD, NICHOLAS, DO
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.30**

**Nonpriority creditor's name and mailing address**

MALIK, TARIQ, PA
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.31**

**Nonpriority creditor's name and mailing address**

MISSISSIPPI DEPARTMENT OF REVENUE
500 CLINTON CENTER DR

CLINTON, MS  39056

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

---

**3.32**

**Nonpriority creditor's name and mailing address**

NEW MEXICO TAXATION AND REVENUE
1200 S ST FRANCIS DR, PO BOX 630

SANTA FE, NM  87504-0630

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNDETERMINED

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MED... | Case number (if known) | 23-11469 |
|---|---|---|---|

(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

NORTH CAROLINA DEPT OF REVENUE
501 N WILMINGTON ST

RALEIGH, NC  27604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

OKLAHOMA TAX COMMISSION
2501 N LINCOLN BLVD

OKLAHOMA CITY, OK  73194

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

OYLER, BRANDON
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

PAYNE, GREGORY, MD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED |
|---|---|---|---|

SCHMITT, AARON, MD
ADDRESS REDACTED

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC., D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.38 | **Nonpriority creditor's name and mailing address**<br>SNEED, NICOLE<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.39 | **Nonpriority creditor's name and mailing address**<br>STATE OF ARIZONA, DEPT OF REVENUE<br>1600 W MONROE ST<br><br>PHOENIX, AZ  85007<br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.40 | **Nonpriority creditor's name and mailing address**<br>STATE OF ARKANSAS, DEPT OF FINANCE AND<br>ADMINISTRATION<br>1900 W 7TH ST, RM 1040<br><br>LITTLE ROCK, AR  72201<br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>STATE OF DELAWARE, DIVISION OF REVENUE<br>GEORGETOWN OFFICE, 20653 DUPONT BLVD, STE 2<br><br>GEORGETOWN, DE  19947<br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>STATE OF FLORIDA, DEPT OF REVENUE<br>5050 W TENNESEE ST<br><br>TALLAHASSEE, FL  32399<br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11564 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.43** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED**

STATE OF GEORGIA, DEPT OF REVENUE
1800 CENTURY BLVD, NE, STE 12000

ATLANTA, GA 30345

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED**

STATE OF ILLINOIS, DEPT OF REVENUE
555 E MONROE ST, STE 1100

CHICAGO, IL 60661

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED**

STATE OF INDIANA, DEPT OF REVENUE
100 N SENATE AVE, RM N105

INDIANAPOLIS, IN 46204

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED**

STATE OF KENTUCKY, DEPT OF REVENUE
501 HIGH ST

FRANKFORT, KY 40601

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.47** | **Nonpriority creditor's name and mailing address** | **UNDETERMINED**

STATE OF MICHIGAN, DEPT OF REVENUE
430 W ALLEGAN ST

LANSING, MI 48933

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
TAXING AUTHORITY

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11465 |
|--------|------------------------------------------------------------------------|------------------------|----------|
| | (Name) | | |

| Part 2: | Additional Page | |
|---------|-----------------|---|

|  |  | **Amount of claim** |
|--|--|---------------------|

**3.48** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

STATE OF NEVADA, DEPT OF REVENUE
1550 COLLEGE PKWY, STE 115

CARSON CITY, NV  89706

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXING AUTHORITY

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.49** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

STATE OF OHIO, DEPT OF REVENUE
4485 NORTHLAND RIDGE BLVD

COLUMBUS, OH  43229

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXING AUTHORITY

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.50** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

STATE OF SOUTH CAROLINA, DEPT OF REVENUE
300A OUTLET POINTE BLVD

COLUMBIA, SC  29210

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXING AUTHORITY

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

STATE OF VIRGINIA, DEPT OF REVENUE
1957 WESTMORELAND ST

RICHMOND, VA  23230

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
TAXING AUTHORITY

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNDETERMINED
*Check all that apply.*

STEELE, JOHNATHAN, PA
ADDRESS REDACTED

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
CONTINGENT PROVIDER CLAIM

VARIOUS

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LABMD EDGEMED | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.53 | **Nonpriority creditor's name and mailing address**<br>STRAACH, TYLER J, MD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
|---|---|---|---|
| 3.54 | **Nonpriority creditor's name and mailing address**<br>TENNESSEE DEPT OF REVENUE<br>500 DEADERICK ST<br><br>NASHVILLE, TN 37242<br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.55 | **Nonpriority creditor's name and mailing address**<br>TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>LYNDON B JOHNSON STATE OFFICE BLDG<br>111 E 17TH ST<br><br>AUSTIN, TX 78774<br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>UPCHURCH, STAN, MD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>WATERFORD TOWNSHIP TREASURER<br>5200 CIVIC CENTER DRIVE<br><br>WATERFORD, MI 48329<br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | UNDETERMINED |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LABRINGEDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>WHITE, FABER, MD<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.59 | **Nonpriority creditor's name and mailing address**<br><br>WILDER, MEGAN, FNP<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.60 | **Nonpriority creditor's name and mailing address**<br><br>WILLIAMS, GREG<br>ADDRESS REDACTED<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTINGENT PROVIDER CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.61 | **Nonpriority creditor's name and mailing address**<br><br>WILLIAMSON COUNTY TRUSTEE<br>1320 W MAIN ST #203<br><br>FRANKLIN, TN  37064<br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |
| 3.62 | **Nonpriority creditor's name and mailing address**<br><br>WILLIAMSON COUNTY TRUSTEE<br>PO BOX 648<br><br>FRANKLIN, TN  37065-0648<br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TAXING AUTHORITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNDETERMINED |

Debtor   LONGVIEW EMERGENCY MEDICINE ASSOCIATES-P.L.L.C., D/B/A LEADING EDGE MEDIC   Case number (if known)   23-11569

(Name)

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. | Total claims from Part 1 | 5a. | | **NOT APPLICABLE** |
| 5b. | Total claims from Part 2 | 5b. | + | **$1,278,256.52** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | **$1,278,256.52** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, P.L.L.C. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11563 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**

    ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | **List all contracts and unexpired leases** | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 12/18/2021 | CHANDLER, JENNIFER, MD <br> ADDRESS REDACTED |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 12/18/2021 | DIPASQUALE, JOHN, MD <br> ADDRESS REDACTED |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 12/18/2021 | EFUNE, BRADLEY, MD <br> ADDRESS REDACTED |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | EMPLOYMENT AGREEMENT DTD 7/16/2019 | FIELDS, JOHN <br> ADDRESS REDACTED |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11563 |
|--------|------------------------------------------------------------------------|------------------------|----------|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROVIDER EMPLOYMENT AGREEMENT DTD 12/18/2021 | FRANK, TIMOTHY, MD<br>ADDRESS REDACTED |
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROVIDER EMPLOYMENT AGREEMENT DTD 9/2/2022 | FROST, ANDREW, DO<br>ADDRESS REDACTED |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROVIDER EMPLOYMENT AGREEMENT DTD 9/2/2022 | GAERTNER, MICHAEL, DO<br>ADDRESS REDACTED |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROVIDER EMPLOYMENT AGREEMENT DTD 7/17/2019 | GOLDEN, REID<br>ADDRESS REDACTED |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROVIDER EMPLOYMENT AGREEMENT DTD 7/26/2019 | GOLDEN, REID<br>ADDRESS REDACTED |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROVIDER EMPLOYMENT AGREEMENT 9/11/2019 DTD 11/1/2019 | GRAVES, JAMIE, FNP C<br>ADDRESS REDACTED |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|--------|------|------|------|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.11 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 6/16/2022 | HAMILTON, JOHN, MD ADDRESS REDACTED |
| 2.12 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 7/26/2019 | HARRINGTON, GREG ADDRESS REDACTED |
| 2.13 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 10/25/2019 | KURTZWEIL, MIJU, DO ADDRESS REDACTED |
| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | ADVANCE PRACTICE PROVIDER EMPLOYMENT AGREEMENT FULL-TIME | LANAS, FRANCISCO, PA ADDRESS REDACTED |
| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 8/26/2019 | LOCKWOOD, NICHOLAS, DO ADDRESS REDACTED |
| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 9/16/2019 | LOCKWOOD, NICHOLAS, DO ADDRESS REDACTED |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL | Case number (if known) | 23-11469 |
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 7/26/2019 | MALIK, TARIQ, PA<br>ADDRESS REDACTED |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 7/26/2019 | OYLER, BRANDON<br>ADDRESS REDACTED |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 12/18/2021 | PAYNE, GREGORY, MD<br>ADDRESS REDACTED |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 9/2/2022 | SCHMITT, AARON, MD<br>ADDRESS REDACTED |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 7/26/2019 | SNEED, NICOLE<br>ADDRESS REDACTED |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 2/12/2020 | STEELE, JOHNATHAN, PA<br>ADDRESS REDACTED |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | PROVIDER EMPLOYMENT AGREEMENT DTD 12/18/2021 | STRAACH, TYLER J, MD ADDRESS REDACTED |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | REAFFIRMATION LETTER DTD 10/9/2019 | UNIVERSITY OF TEXAS AT TYLER COLLEGE OF NURSING & HEALTH SCIENCES ATTN YONG TAI WANG, PROFESSOR/DEAN 3900 UNIVERSITY BLVD TYLER, TX  75799 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | PROVIDER EMPLOYMENT AGREEMENT DTD 12/18/2021 | UPCHURCH, STAN, MD ADDRESS REDACTED |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | PROVIDER EMPLOYMENT AGREEMENT DTD 12/18/2021 | WHITE, FABER, MD ADDRESS REDACTED |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVANCE PRACTICE PROVIDER EMPLOYMENT AGREEMENT FULL TIME | WILDER, MEGAN, FNP ADDRESS REDACTED |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVANCED PRACTITIONER EMPLOYMENT AGREEMENT | WILDER, MEGAN, FNP ADDRESS REDACTED |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDIC    Case number (if known)    23-11564
(Name)

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.29  **State what the contract or lease is for and the nature of the debtor's interest**  **State the term remaining**  **List the contract number of any government contract** | PROVIDER EMPLOYMENT AGREEMENT DTD 7/26/2019 | WILLIAMS, GREG ADDRESS REDACTED |

| Fill in this information to identify the case: | |
|---|---|
| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, P.L.L.C. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11563 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

| 1. | **Does the debtor have any codebtors?** |
|---|---|
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes. |

2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.1 | ACCUTE CARE SPECIALIST, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | ALIGN, M.D., PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | AMERICAN PHYSICIAN HOLDINGS, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | AMERICAN PHYSICIAN PARTNERS, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.5 | AMERICAN PHYSICIANS PARTNERS PSO, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | APP AZ ED MEMBER 1, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.7 | APP AZ ED MEMBER 2, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.8 | APP AZ ED MEMBER 3, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.9 | APP AZ ED MEMBER 4, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.10 | APP AZ ED MEMBER 5, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.11 | APP AZ ED MEMBER 6, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LABWORKS EDGEMEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| | **Additional Page if Debtor Has More Codebtors** | | |
|---|---|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.12 | APP EMERGENCY ED TX, INC. | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.13 | APP HOLDCO, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.14 | APP ICU, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.15 | APP MANAGEMENT CO., LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.16 | APP MDPARTNERS OF GA, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.17 | APP MDPARTNERS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.18 | APP OF ALABAMA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.19 | APP OF ALABAMA HM, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.20 | APP OF ARIZONA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.21 | APP OF ARIZONA HM, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.22 | APP OF ARKANSAS ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.23 | APP OF ARKANSAS HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.24 | APP OF CENTRAL FLORIDA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.25 | APP OF EAST TENNESSEE ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.26 | APP OF EAST TENNESSEE HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.27 | APP OF FLORIDA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.28 | APP OF FLORIDA HM, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN  37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

| ■ | Additional Page if Debtor Has More Codebtors |
|---|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.29 | APP OF GEORGIA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.30 | APP OF ILLINOIS ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.31 | APP OF ILLINOIS HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.32 | APP OF INDIANA ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.33 | APP OF INDIANA HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.34 | APP OF KANSAS ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.35 | APP OF KANSAS HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.36 | APP OF KENTUCKY ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.37 | APP OF KENTUCKY HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.38 | APP OF MICHIGAN ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.39 | APP OF MISSISSIPPI ED LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.40 | APP OF MISSISSIPPI HM, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.41 | APP OF NEVADA ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.42 | APP OF NEW MEXICO ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.43 | APP OF NEW MEXICO HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.44 | APP OF NORTH CAROLINA ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.45 | APP OF NORTH CAROLINA HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, PLLC, D/B/A LEADING EDGE MEDICAL | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | Check all schedules that apply |
| 2.46 | APP OF OHIO ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.47 | APP OF OHIO HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.48 | APP OF SOUTH CAROLINA ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.49 | APP OF SOUTH CAROLINA HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.50 | APP OF SOUTHERN ARIZONA ED, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.51 | APP OF SOUTHERN ARIZONA HM, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.52 | APP OF SOUTHERN NEW MEXICO ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.53 | APP OF SOUTHERN NEW MEXICO HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.54 | APP OF TENNESSEE ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.55 | APP OF TENNESSEE HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.56 | APP OF WEST VIRGINIA ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.57 | APP OF WEST VIRGINIA HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.58 | APP OF WESTERN KENTUCKY ED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.59 | APP TEXAS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.60 | APPROVIDERS, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.61 | APPTEXASED, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |
| 2.62 | APPTEXASHM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☒ D ☐ E/F ☐ G |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.C., D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
|---|---|---|---|
| | (Name) | | |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.63 | CALEB CREEK EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.64 | CAPITAL EMERGENCY PHYSICIANS LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.65 | CAPITAL EMERGENCY PHYSICIANS MADISON LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.66 | COOSA RIVER EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.67 | DEGARA APP HM, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.68 | DEGARA APP, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.69 | DEGARA GARDEN CITY APP, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.70 | DEGARA GARDEN CITY, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.71 | DEGARA, P.L.L.C. | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.72 | ELITE EMERGENCY HOT SPRINGS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.73 | ELITE EMERGENCY MANAGEMENT, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.74 | ELITE EMERGENCY RUSSELLVILLE, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.75 | ELITE EMERGENCY SERVICES OF KENTUCKY, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.76 | ELITE EMERGENCY SVC OF KY, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.77 | ELITE EMERGENCY SVC OF TN, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.78 | EMERGENCY SPECIALISTS OF WELLINGTON, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |
| 2.79 | EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL | Case number (if known) | 23-11563 |
|---|---|---|---|
| | (Name) | | |

**Additional Page if Debtor Has More Codebtors**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.80 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.81 | KIRBY EMERGENCY PHYSICIANS, P.L.L.C. | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.82 | LITTLE RIVER EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.83 | NETEP, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.84 | NORTHEAST TENNESSEE EMERGENCY PHYSICIANS, INC. | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.85 | PROGRESSIVE MEDICAL ASSOCIATES, LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.86 | SAN JACINTO EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.87 | ST. ANDREWS BAY EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.88 | STONEY BROOK EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.89 | TEP SELECT EMERGENCY SPECIALISTS PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.90 | TEXOMA EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.91 | TOWN SQUARE EMERGENCY ASSOCIATES, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.92 | TRUEPARTNERS COMANCHE EMERGENCY SPECIALISTS LCC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.93 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.94 | TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.95 | TRUEPARTNERS MANATEE EMERGENCY SPECIALISTS LCC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.96 | TRUEPARTNERS NORTHWEST EMERGENCY ASSOCIATES, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |

| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDIC | Case number (if known) | 23-11469 |
| | (Name) | | |

| ▮ | **Additional Page if Debtor Has More Codebtors** |

| | **Column 1: Codebtor** | | **Column 2: Creditor** | |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.97 | TRUEPARTNERS RANCH EMERGENCY SPECIALISTS LCC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.98 | TRUEPARTNERS WESTLAKE EMERGENCY SPECIALISTS LCC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.99 | WEST HOUSTON EMERGENCY PHYSICIANS, P.L.L.C. | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |
| 2.100 | WOODLANDS EMERGENCY PHYSICIANS, PLLC | 5121 MARYLAND WAY STE 300 BRENTWOOD, TN 37027 | GOLDMAN SACHS SPECIALTY LENDING GROUP L.P., AS ADMINISTRATIVE | ☑ D ☐ E/F ☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, P.L.L.C. |
| United States Bankruptcy Court for the: | Delaware |
| Case number (if known) | 23-11563 |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/12/2023
　　　　　　MM / DD / YYYY

✖ /s/ John C. DiDonato
Signature of individual signing on behalf of debtor

John C. DiDonato
Printed name

Chief Restructuring Officer
Position or relationship to debtor