IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> AMERICAN PHYSICIAN PARTNERS, LLC., *et al.*,[1] <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 23-11469 (BLS) <br> ) Jointly Administered <br> ) <br> ) <br> ) **Objections Due:  10/24/23 by 4:00 p.m.** <br> ) **Hearing Date:  10/31/23 at 11:00 a.m.** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on October 16, 2023, Maria Morales filed the attached *Motion For Relief from the Automatic Stay* ("Motion") with the United States Bankruptcy Court for the District of Delaware ("Court").

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be filed in writing with the Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **October 24, 2023, at 4:00 p.m. (ET)**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider approval of the Motion will be held on **October 31, 2023, at 11:00 a.m. (ET)** before the Honorable Brendan Linehan Shannon, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

Dated: October 16, 2023  **CONNOLLY GALLAGHER LLP**

*/s/ Karen C. Bifferato*
Karen C. Bifferato (#3279)
1201 North Market Street, 20th Floor
Wilmington, DE 19801
Telephone: (302) 888-6221
Facsimile: (302) 757-7299
Email: kbifferato@connollygallagher.com

    -and-

Steven M. Wallace, Esquire
**GOLDENBERG HELLER & ANTOGNOLI P.C.**
2227 South State Route 157
Edwardsville, IL 62025
Telephone: (618) 656-5150
Facsimile: (618) 656-6230
Email: steven@ghalaw.com

*Counsel to Maria Morales*