# EXHIBIT A

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) Case No. 23-11469 (BLS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket No. ___** |

**SEVENTH OMNIBUS ORDER (I) AUTHORIZING (A) THE REJECTION OF CERTAIN UNEXPIRED LEASES AND (B) EXECUTORY CONTRACTS, EACH EFFECTIVE AS OF SPECIFIED REJECTION DATE, (II) ABANDONMENT OF CERTAIN PERSONAL PROPERTY EFFECTIVE AS OF THE SPECIFIED REJECTION DATE, AND (III) GRANTING RELATED RELIEF**

Upon the seventh omnibus motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") pursuant to sections 105(a), 365(a), and 554(a) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 6006 (the "Bankruptcy Rules"): (a) authorizing the rejection of (i) certain unexpired leases, including any guaranties thereof and any amendments, modifications, or subleases thereto (each, a "Lease," and collectively, the "Leases") for nonresidential real property located at the corresponding premises set forth on **Schedule 1** (the "Premises") attached hereto and (ii) certain unexpired leases of personal property and executory contracts, including any guaranties thereof and any amendments or modifications thereto (each, a "Contract," and collectively, the "Contracts") set forth on **Schedule 2** attached hereto, each

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

[2] Capitalized terms used in this Order but not immediately defined have the meanings given to such terms in the Motion.

effective as of the specified rejection date(s) listed in **Schedule 1** and **Schedule 2** (the "Rejection Date"); (b) authorizing the abandonment of certain personal property (the "Personal Property") that may be located at the Premises, effective as of the Rejection Date; and (c) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Each of the Leases and Contracts set forth on **Schedule 1** and **Schedule 2** attached hereto is rejected effective as of the specified Rejection Date listed on **Schedule 1** and **Schedule 2**.

3. Any Personal Property that may be located on the Premises is hereby abandoned, effective as of the Rejection Date, free and clear of all liens, claims, encumbrances, interests, and rights of third parties. Counterparties to the Leases may dispose of such Personal Property in their

sole and absolute discretion and without further notice or order of this Court without liability to third parties so long as the Premises have been vacated by the Debtors.  The automatic stay, to the extent applicable, is modified to allow for such disposition.

4. Any proofs of claim for damages in connection with the rejection of the Leases and Contracts, if any, shall be filed on or before the later of (a) the claims bar date established by the Court in these chapter 11 cases, if any, and (b) thirty (30) days after entry of this Order.  The Debtors reserve all rights to contest any rejection damages claim and to contest the characterization of each Lease or Contract as executory.  If the Debtors have deposited monies with a counterparty to a Lease or Contract as a security deposit or other arrangement, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of the Court.

5. The Debtors do not waive any claims that they may have against the counterparty to any Lease or Contract, whether or not such claims are related to such Lease or Contract.

6. The numerosity requirements of Bankruptcy Rule 6006(f)(6) are waived for the Motion, and the rejection of the Leases and Contracts authorized by this Order complies with the requirements of Bankruptcy Rule 6006(f).

7. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party-in-interest's right to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) a request or authorization to assume any agreement, contract, lease, or sublease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' or any other party-in-interest's rights under the Bankruptcy

Code or any other applicable law; or (g) a concession by the Debtors or any other party-in-interest that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this Order are valid and the Debtors and all other parties-in-interest expressly reserve their rights to contest the extent, validity, or perfection or to seek avoidance of all such liens. Any payment made pursuant to this Order should not be construed as an admission as to the validity, priority, or amount of any particular claim or a waiver of the Debtors' or any other party-in-interest's rights to subsequently dispute such claim.

8. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

9. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

10. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# SCHEDULE 1

**Leases**

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 1 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY GENERAL PARTNERSHIP | PROPERTY LEASE AGREEMENT DTD 01/22/2016 RE: 5121 MARYLAND WAY,STE 300, 301, 203, 100, BRENTWOOD TN 37027 | 10/31/2023 |
| 2 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY GENERAL PARTNERSHIP | OFFICE LEASE FOR 5121 MARYLAND WAY DTD 1/22/2016 RE: 5121 MARYLAND WAY,STE 300 & 301 BRENTWOOD TN 37027 | 10/31/2023 |
| 3 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY GENERAL PARTNERSHIP | PROPERTY LEASE AGREEMENT DTD 01/22/2016 RE: 5121 MARYLAND WAY, BRENTWOOD, TN 37027; STE 300; 203; 301; 100, 215 | 10/31/2023 |
| 4 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY GENERAL PARTNERSHIP | PROPERTY LEASE AGREEMENT DTD 01/22/2016 RE: 5121 MARYLAND WAY, BRENTWOOD, TN 37027; STE 300; 203; 301; 100, 200; 215 | 10/31/2023 |
| 5 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY GENERAL PARTNERSHIP | PROPERTY LEASE AGREEMENT DTD 01/22/2016 RE: 5121 MARYLAND WAY, BRENTWOOD, TN 37027; STE 300; 203; 301; 100, 200 | 10/31/2023 |
| 6 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY GENERAL PARTNERSHIP | PROPERTY LEASE AGREEMENT DTD 01/22/2016 RE: 5121 MARYLAND WAY, BRENTWOOD, TN 37027; STE 300; 203; 301; 100 | 10/31/2023 |
| 7 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY GENERAL PARTNERSHIP | PROPERTY LEASE AGREEMENT DTD 01/22/2016 RE: 5121 MARYLAND WAY, BRENTWOOD, TN 37027; STE 300; 203; 301 | 10/31/2023 |
| 8 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY GENERAL PARTNERSHIP | PROPERTY LEASE AGREEMENT DTD 01/22/2016 RE: 5121 MARYLAND WAY, BRENTWOOD, TN 37027; STE 100, 200, 203, 209, 209, 215, 300 & 301 | 10/31/2023 |
| 9 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY GENERAL PARTNERSHIP | LEASE AMENDMENT RE: 5121 MARYLAND WAY, BRENTWOOD, TN 37027; STE 100, 200, 203, 209, 209, 215, 300 & 301 | 10/31/2023 |
| 10 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY LLC | PROPERTY LEASE AGREEMENT DTD 01/22/2016 RE: 5121 MARYLAND WAY, BRENTWOOD, TN 37027; STE 301; 203 | 10/31/2023 |
| 11 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY LLC | PROPERTY LEASE AGREEMENT DTD 01/22/2016 RE: 5121 MARYLAND WAY, BRENTWOOD, TN 37027; STE 300; 203; 301 | 10/31/2023 |
| 12 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY LLC | OFFICE LEASE DTD 1/22/2016 RE: 5121 MARYLAND WAY, BRENTWOOD, TN 37027; STE 300 & 301 | 10/31/2023 |
| 13 | AMERICAN PHYSICIAN PARTNERS, LLC | OZBURN & COMPANY LLC | IRREVOCABLE STANBY LETTER OF CREDIT #4844577 DTD 2/5/206 | 10/31/2023 |

# SCHEDULE 2

**Contracts**

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 1 | AMERICAN PHYSICIAN PARTNERS, LLC | 4WRD CONSULTING, LLC | MASTER SERVICES AGREEMENT DTD 8/14/2020 | PETITION DATE |
| 2 | AMERICAN PHYSICIAN PARTNERS, LLC | ARTHUR J GALLAGHER RISK MANAGEMENT SERVICES INC | CERTIFICATE OF LIABILITY AGREEMENT DTD 10/4/2021 | PETITION DATE |
| 3 | AMERICAN PHYSICIAN PARTNERS, LLC | AT&T CORP. | AT&T DEDICATED INTERNET | 10/31/2023 |
| 4 | AMERICAN PHYSICIAN PARTNERS, LLC | AT&T MOBILITY NATIONAL ACCOUNTS LLC | AT&T MOBILE BUSINESS AGREEMENT | PETITION DATE |
| 5 | AMERICAN PHYSICIAN PARTNERS, LLC | BBE BETTER BUSINESS SOLUTIONS | EQUIPMENT LEASE RE LEASE OF SHARP MODEL 6071, SERIAL #25125922 & SHARP 6071, SERIAL 1507059Y | 10/23/2023 |
| 6 | AMERICAN PHYSICIAN PARTNERS, LLC | BLUE MOUNTAIN PURE, LLC | RENTAL AGREEMENT FOR WL100 DTD 1/31/2022 | 10/23/2023 |
| 7 | AMERICAN PHYSICIAN HOLDINGS, LLC | COLLECT RX LLC | NEGOTIATION AND APPEAL SERVICES LETTER DTD 5/12/2015 | PETITION DATE |
| 8 | AMERICAN PHYSICIAN HOLDINGS, LLC | COLLECTION BREAU OF FT WALTON BEACH FL INC | COLLECTION SERVICES AGREEMENT DTD 10/02/2018 | PETITION DATE |
| 9 | AMERICAN PHYSICIAN HOLDINGS, LLC | CONCORD III, LLC | CONCORD FAX ONLINE SERVICE AGREEMENT | PETITION DATE |
| 10 | AMERICAN PHYSICIAN PARTNERS, LLC | CONCUR TECHNOLOGIES, INC. | SERVICE AGREEMENT/ORDER FORM EFFECTIVE 02/15/2023 | 10/31/2023 |
| 11 | AMERICAN PHYSICIAN PARTNERS, LLC | ERNST & YOUNG LLP | MASTER SERVICES AGREEMENT | PETITION DATE |
| 12 | AMERICAN PHYSICIAN PARTNERS, LLC | ERNST & YOUNG LLP | STATEMENT OF WORK - COVID-19 EMPLOYEE RENTENTION CREDIT | PETITION DATE |
| 13 | AMERICAN PHYSICIAN HOLDINGS, LLC | FRANKLIN COLLECTION SERVICE INC | COLLECTION FIRM AGREEMENT | PETITION DATE |
| 14 | AMERICAN PHYSICIAN PARTNERS, LLC | GEHRING, JANET | INDEPENDENT CONTRACTOR AGREEMENT | PETITION DATE |
| 15 | AMERICAN PHYSICIAN PARTNERS, LLC | INGENIOUS MED INC | INGENIOUS MED MASTER SERVICES AND LICENSE AGREEMENT DTD 11/10/2017 | 11/5/2023 |
| 16 | AMERICAN PHYSICIAN PARTNERS, LLC | INGENIOUS MED INC | MASTER SERVICES AND LICENSE AGREEMENT DTD 11/10/2017 | 11/5/2023 |
| 17 | AMERICAN PHYSICIAN HOLDINGS, LLC | LOGICMONITOR INC | SUBSCRIPTION AGREEMENT FOR CLOUD AND WEBSITE RESOURCES | PETITION DATE |
| 18 | AMERICAN PHYSICIAN PARTNERS, LLC | MASSACHUSETTS LIFE INSURANCE COMPANY | MASSMUTUAL ADMINISTRATIVE SERVICES AGREEMENT RE AMERICAN PHYSICIAN PARTNERS 401(K) PLAN DTD 1/1/2019 | PETITION DATE |
| 19 | AMERICAN PHYSICIAN PARTNERS, LLC | MASSACHUSETTS LIFE INSURANCE COMPANY | AMENDMENT NO 1 TO ADMINISTRATIVE AGREEMENT DTD 1/1/2019 - GROUP ANNUITY INVESTMENT AGREEMENT NO MR062088 | PETITION DATE |
| 20 | AMERICAN PHYSICIAN PARTNERS, LLC | MINGLE HEALTHCARE SOLUTIONS INC | SERVICES AGREEMENT | PETITION DATE |
| 21 | AMERICAN PHYSICIAN PARTNERS, LLC | MINGLE HEALTHCARE SOLUTIONS INC | HIPAA BUSINESS ASSOCIATE AGREEMENT | PETITION DATE |
| 22 | AMERICAN PHYSICIAN PARTNERS, LLC | PITNEY BOWES | EQUIPMENT LEASE PITNEY BOWES SENDPRO C SERIES - VERSION 4 SERIAL # 6054981, 0283608, 0028355 | 10/23/2023 |
| 23 | AMERICAN PHYSICIAN PARTNERS, LLC | PROVISIONS GROUP LLC | APP PG CONTRACT STAFFING MSA - JAN 2021 | PETITION DATE |
| 24 | AMERICAN PHYSICIAN PARTNERS, LLC | PYA PC | ENGAGEMENT LETTER TO ESTABLISH SAFETY ORGANIZATION DTD 1/14/2020 | PETITION DATE |
| 25 | AMERICAN PHYSICIAN PARTNERS, LLC | QDRO CONSULTANTS | QDR CONSULTANTS SERVICES AGREEMENT - PROCEDURES AND GUIDELINES | PETITION DATE |
| 26 | AMERICAN PHYSICIAN PARTNERS, LLC | SPOK, INC | WIRELESS SALES AND SERVICE AGREEMENT | PETITION DATE |
| 27 | AMERICAN PHYSICIAN PARTNERS, LLC | UIPATH | MASTERSOFTWARE AND SERVICES AGREEMENT | PETITION DATE |