IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, | Case No. 23-11469 (BLS) |
| Debtor. | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the Motion of Aumkar Renavikar for Relief From Stay Under Section 362 of the Bankruptcy Code, good and sufficient notice having been given, and good and sufficient cause having been shown,

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. Aumkar Renavikar is granted relief from the automatic stay under section 362 of the Bankruptcy Code such that he may: (1) prosecute his claims asserted in case number 20 L 733 pending in the Circuit Court of the Nineteenth Judicial Circuit, Lake County, Illinois against non-debtor parties and APP of Illinois ED, PLLC; and (2) collect any judgment he obtains against APP of Illinois ED, PLLC, but only to the extent of APP of Illinois ED, PLLC's insurance coverage applicable to Aumkar Renavikar's claims.

3. The relief granted in this Order is enforceable immediately.

4. This Court shall retain jurisdiction with respect to any disputes or controversies arising from the interpretation or implementation of this Order.