**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) | Case No. 23-11469 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON OCTOBER 31, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

**THIS HEARING WILL BE CONDUCTED IN PERSON.**
**Appearances at in-person court proceedings using Zoom are allowed only in the following circumstances: i. Counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; ii. A party or a representative of a party is interested in observing the hearing; iii. A party is proceeding in a claims allowance dispute on a pro se basis; iv. An individual has a good faith reason to participate remotely and has obtained permission from chambers to do so; or v. Other extenuating circumstances that warrant remote participation as may be determined by the Court.**

**Please Note:  All individuals participating by video must register at least 2 hours prior to the hearing at the provided link.  After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.  You must use your full name when registering and logging into Zoom or you will not be granted access to the hearing.**

**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJItd-CgpzgvGEXe35fTFCHBXELQfCVOwqU

---

[1]    A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners.  The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

**UNCONTESTED MATTERS FOR WHICH A CNO/COC HAS BEEN FILED:**

1.    Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Perform Under Services Agreement with Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, and (III) Granting Related Relief [Filed: 9/19/23] (Docket No. 4)

Response Deadline:  October 11, 2023 at 4:00 p.m. (ET) *(extended until October 24, 2023 at 4:00 p.m. (ET) for the Ad Hoc Committee and until October 26, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee and the Official Committee of Unsecured Creditors)*

Responses Received:  Informal comments from the Office of the United States Trustee and the Official Committee of Unsecured Creditors.

Related Documents:

A.    [Signed] Interim Order Authorizing Debtors File Under Seal Certain Information Related to Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Perform Under Services Agreement with Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, and (III) Granting Related Relief [Filed: 9/21/23] (Docket No. 47)

B.    [Signed] Interim Order Authorizing the Debtors to (I) Continue to Perform Under Services Agreement with Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, and (III) Scheduling a Final Hearing, and (IV) Granting Related Relief [Filed: 9/21/23] (Docket No. 48)

C.    Notice of Entry of Interim Order and Final Hearing Regarding Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Perform Under Services Agreement With Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, and (III) Granting Related Relief [Filed: 9/22/23] (Docket No. 55)

D.    Certification of Counsel Regarding Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Perform Under Services Agreement with Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, and (III) Granting Related Relief [Filed: 10/27/23] (Docket No. 287)

Status:  The Debtors have filed a revised proposed final order under certification of counsel resolving the informal comments and respectfully request entry of the revised proposed order.

2.    Debtors' Motion for Entry of an Order: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors,

and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Filed: 9/19/23] (Docket No. 5)

Response Deadline:  October 24, 2023 at 4:00 p.m. (ET)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.    [Signed] Interim Order: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Filed: 9/21/23] (Docket No. 41)

B.    Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of an Order: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Filed: 10/16/23] (Docket No. 238)

C.    Certification of Counsel Regarding Debtors' Motion for Entry of an Order: (I) Authorizing the Debtors to (A) File a Consolidated List of Creditors in Lieu of Submitting a Separate Mailing Matrix for Each Debtor, (B) File a Consolidated List of the Debtors' Thirty Largest Unsecured Creditors, and (C) Redact Certain Personally Identifiable Information for Individual Creditors; and (II) Granting Related Relief [Filed: 10/27/23] (Docket No. 288)

Status: The Debtors have filed a revised proposed order under certification of counsel and respectfully request entry of the revised proposed order.

3.    Debtors Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Perform Under Services Agreement With Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, and (III) Granting Related Relief [Filed: 9/19/23] (Docket No. 7)

Response Deadline:  October 11, 2023 at 4:00 p.m. (ET) *(extended until October 24, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Official Committee of Unsecured Creditors and the Ad Hoc Committee)*

Responses Received:  None as of the date of this Notice of Agenda.

DOCS_DE:245492.4 03370/001

Related Documents:

A.    [Signed] Interim Order Authorizing Debtors File Under Seal Certain Information Related to Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Perform Under Services Agreement with Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, and (III) Granting Related Relief [Filed: 9/21/23] ([Docket No. 47](#))

B.    Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Perform Under Services Agreement With Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, and (III) Granting Related Relief [Filed: 9/22/23] ([Docket No. 56](#))

C.    Certification of No Objection Regarding Debtors Motion for Entry of an Order Authorizing Debtors to File Under Seal Certain Information Related to Motion of Debtors for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue to Perform Under Services Agreement With Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, and (III) Granting Related Relief [Filed: 10/27/23] ([Docket No. 292](#))

Status:  The Debtors have filed a revised proposed order under certification of counsel and respectfully request entry of the revised proposed order.

4.    Debtors' Motion for Entry of an Order Authorizing Certain Procedures to Maintain Confidentiality of Protected Health Information as Required By Applicable Privacy Rules [Filed: 9/19/23] ([Docket No. 13](#))

Response Deadline:  October 24, 2023 at 4:00 p.m. (ET) *(extended until October 26, 2023 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)*

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.    [Signed] Interim Order Authorizing Certain Procedures to Maintain Confidentiality of Protected Health Information as Required By Applicable Privacy Rules [Filed: 9/21/23] ([Docket No. 42](#))

B.    Notice of Entry of Interim Order an Final Hearing Regarding Debtors' Motion for Entry of an Order Authorizing Certain Procedures to Maintain Confidentiality of Protected Health Information as Required By Applicable Privacy Rules [Filed: 10/12/23] ([Docket No. 113](#))

C.    Certification of Counsel Regarding Debtors' Motion for Entry of an Order

Authorizing Certain Procedures to Maintain Confidentiality of Protected Health Information as Required By Applicable Privacy Rules [Filed: 10/27/23] ([Docket No. 289](#))

<u>Status</u>: The Debtors have filed a revised proposed order under certification of counsel and respectfully request entry of the revised proposed order.

5.    Debtors' Motion for an Order Authorizing Debtors to Exercise Their Ownership Rights over Trust Assets Currently Held in "Rabbi Trust" for the Debtors' Nonqualified "Defined Contribution" Deferred Contribution Plans [Filed: 9/19/23] ([Docket No. 16](#))

<u>Response Deadline</u>: October 24, 2023 at 4:00 p.m. (ET) *(extended until October 26, 2023 at 4:00 p.m. (ET) for the Official Committee of Unsecured Creditors)*

<u>Responses Received</u>: Informal comments from the Official Committee of Unsecured Creditors.

<u>Related Documents</u>:

A.    [Proposed] Order Granting Debtors' Motion for an Order Authorizing Debtors to Exercise Their Ownership Rights over Trust Assets Currently Held in "Rabbi Trust" for the Debtors' Nonqualified "Defined Contribution" Deferred Contribution Plans [Filed: 9/19/23] ([Docket No. 16, Exhibit A](#))

B.    Notice of Hearing on Debtors' Motion for an Order Authorizing Debtors to Exercise Their Ownership Rights over Trust Assets Currently Held in "Rabbi Trust" for the Debtors' Nonqualified "Defined Contribution" Deferred Contribution Plans [Filed: 10/10/23] ([Docket No. 104](#))

C.    Certification of Counsel Regarding Debtors' Motion for an Order Authorizing Debtors to Exercise Their Ownership Rights over Trust Assets Currently Held in "Rabbi Trust" for the Debtors' Nonqualified "Defined Contribution" Deferred Contribution Plans [Filed: 10/27/23] ([Docket No. 290](#))

<u>Status</u>: The Debtors have filed a revised proposed order under certification of counsel resolving the informal comments and respectfully request entry of the revised proposed order.

6.    Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Filed: 9/19/23] ([Docket No. 12](#))

<u>Response Deadline</u>: October 11, 2023 at 4:00 p.m. (ET) *(extended until October 24, 2023 at 4:00 p.m. (ET) for the Ad Hoc Committee, until October 26, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, and until October 27, 2023 at 12:00 p.m. (ET) for the Official Committee of Unsecured Creditors)*

<u>Responses Received</u>:  Informal comments from the Official Committee of Unsecured Creditors

Related Documents:

A.     [Signed] Interim Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Filed: 9/21/23] (Docket No. 44)

B.     Notice of Entry of Interim Order and Final Hearing Regarding Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Filed: 9/22/23] (Docket No. 57)

C.     Certification of Counsel Regarding Debtors' Motion for Entry of Interim and Final Orders: (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief [Filed: 10/27/23] (Docket No. 291)

Status:  The Debtors have filed a revised proposed order under certification of counsel resolving the informal comments and respectfully request entry of the revised proposed order.

## CONTESTED MATTERS:

7.     Motion of the Debtors Pursuant to Sections 105, 361, 362, 363, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2 for Interim and Final Orders (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Filed: 9/19/23] (Docket No. 10)

Response Deadline:  October 11, 2023 at 4:00 p.m. (ET) *(extended until October 24, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Official Committee of Unsecured Creditors and the Ad Hoc Committee) (extended until October 27, 2023 at 11:00 a.m. (ET) for counsel to Sapientes)*

Responses Received:

A.     Limited Objection and Reservation of Rights Regarding Debtors' Motion for Final Order (I) Authorizing the Use of Cash Collateral and (II) Granting Adequate Protection to Prepetition Secured Parties [Filed: 10/11/23] (Docket No. 105)

B.     Objection of Pendrick Capital Partners, LLC to Motion of the Debtors Pursuant to Sections 105, 361, 362, 363, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2 for Interim and Final Orders (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Filed: 10/11/23] (Docket No. 108)

C.     Limited Objection to: (I) The Debtors' Cash Collateral Motion and (II) The Debtors' Combined Disclosure Statement and Plan [Filed 10/27/23] (Docket No. 285)

D.     Informal comments from the Office of the United States Trustee

Related Documents:

A.      [Signed] Interim Order: (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, (III) Scheduling a Final Hearing and (IV) Granting Related Relief [Filed: 9/21/23] (Docket No. 50)

B.      Notice of Hearing on Motion of the Debtors Pursuant to Sections 105, 361, 362, 363, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2 for Interim and Final Orders (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing [Filed: 9/22/23] (Docket No. 52)

C.      Notice of Filing Revised Final Order: (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief [Filed: TBD] (Docket No. TBD)

Status:  This matter will go forward.

8.      Debtors' Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving Form of Ballots; and (V) Granting Related Relief [Filed: 9/28/23] (Docket No. 77)

Response Deadline:  October 11, 2023 at 4:00 p.m. (ET) *(extended until October 24, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Official Committee of Unsecured Creditors and the Ad Hoc Committee)*

Responses Received:

A.      Objection of the Official Committee of Unsecured Creditors to Debtors' Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; (IV) Approving Form of Ballots; and (V) Granting Related Relief [Filed: 10/25/23] (Docket No. 269)

B.      Limited Objection to: (I) The Debtors' Cash Collateral Motion and (II) The Debtors' Combined Disclosure Statement and Plan [Filed 10/27/23] (Docket No. 285)

C.      Informal comments from the Office of the United States Trustee

Related Documents:

A.      [Proposed] Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III)

Approving Solicitation Packages and Procedures; (IV) Approving Form of Ballots; and (V) Granting Related Relief [Filed: 9/28/23] ([Docket No. 77, Exhibit A](#))

B.     Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 9/19/23] ([Docket No. 17](#))

C.     Notice of Filing of Exhibit B to Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and It's Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed: 10/23/23] ([Docket No. 260](#))

Status:  This matter will go forward.

9.     Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief [Filed: 9/19/23] ([Docket No. 6](#))

[Proposed] Response Deadline:  October 31, 2023 at 11:00 a.m. (ET)

Responses Received:

A.     United States Trustee's Objection to Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Granting Related Relief and Cross-Motion to Compel Compliance With Section 345(b) of the Bankruptcy Code [Filed: 10/26/23] ([Docket No. 281](#))

Related Documents:

A.      [Signed] Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Relating Thereto, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Filed: 9/21/23] ([Docket No. 43](#))

B.     [Signed] Second Interim Order (I) Authorizing the Debtors to (A) Continue Operating Cash Management System, (B) Honor Certain Prepetition Obligations Relating Thereto, (C) Maintain Existing Business Forms, (II) Scheduling a Final Hearing, and (III) Granting Related Relief [Filed: 10/16/23] ([Docket No. 247](#))

C.     Motion to Shorten Notice of United States Trustee's Cross-Motion to Compel Compliance with Section 345(b) of the Bankruptcy Code [Filed: 10/26/23] ([Docket No. 282](#))

    i.     [Proposed] Order Granting Motion of the United States Trustee to Shorten Notice [Filed: 10/26/23] ([Docket No. 282, Exhibit A](#))

Status:  This matter will go forward.

10.    Debtors' First Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/19/23] ([Docket No. 14](#))

Response Deadline:  October 11, 2023 at 4:00 p.m. (ET) *(extended until October 24, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Official Committee of Unsecured Creditors and the Ad Hoc Committee)*

Responses Received:

A.    Limited Objection and Reservation of Rights Regarding Debtors' Motion For Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 10/11/23] ([Docket No. 106](#))

B.    Omnibus Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Omnibus Rejection Motions [Filed: 10/24/23] ([Docket No. 264](#))

Replies Received:

A.    Debtors' Reply In Support of First Through Sixth Omnibus Rejection Motions [Filed: 10/26/23] ([Docket No. 279](#))

Related Documents:

A.    [Proposed] First Omnibus Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/19/23] ([Docket No. 14, Exhibit A](#))

B.    Notice of Hearing on Debtors' First Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/22/23] ([Docket No. 60](#))

Status:  This matter will go forward.

11.    Debtors' Second Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/22/23] (Docket No. 61)

Response Deadline:  October 11, 2023 at 4:00 p.m. (ET) *(extended until October 24, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Official Committee of Unsecured Creditors and the Ad Hoc Committee)*

Responses Received:

A.    Omnibus Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Omnibus Rejection Motions [Filed: 10/24/23] (Docket No. 264)

Replies Received:

A.    Debtors' Reply In Support of First Through Sixth Omnibus Rejection Motions [Filed: 10/26/23] (Docket No. 279)

Related Documents:

A.    [Proposed] Second Omnibus Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/22/23] (Docket No. 61, Exhibit A)

Status:  This matter will go forward.

12.    Debtors' Third Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/22/23] (Docket No. 62)

Response Deadline:  October 11, 2023 at 4:00 p.m. (ET) *(extended until October 24, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Official Committee of Unsecured Creditors and the Ad Hoc Committee)*

Responses Received:

A.    Omnibus Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Omnibus Rejection Motions [Filed: 10/24/23] (Docket No. 264)

Replies Received:

A.    Debtors' Reply In Support of First Through Sixth Omnibus Rejection Motions [Filed: 10/26/23] (Docket No. 279)

Related Documents:

A.    [Proposed] Third Omnibus Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/22/23] (Docket No. 62, Exhibit A)

Status:  This matter will go forward.

13.    Debtors' Fourth Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/22/23] (Docket No. 63)

Response Deadline:  October 11, 2023 at 4:00 p.m. (ET) *(extended until October 24, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Official Committee of Unsecured Creditors and the Ad Hoc Committee)*

Responses Received:

A.    Omnibus Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Omnibus Rejection Motions [Filed: 10/24/23] (Docket No. 264)

Related Documents:

A.    [Proposed] Fourth Omnibus Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/22/23] (Docket No. 63, Exhibit A)

Replies Received:

A.    Debtors' Reply In Support of First Through Sixth Omnibus Rejection Motions [Filed: 10/26/23] (Docket No. 279)

Status:  This matter will go forward.

14.    Debtors' Fifth Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/26/23] (Docket No. 65)

Response Deadline:  October 11, 2023 at 4:00 p.m. (ET) *(extended until October 24, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Official Committee of Unsecured Creditors and the Ad Hoc Committee)*

Responses Received:

A.    Omnibus Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Omnibus Rejection Motions [Filed: 10/24/23] (Docket No. 264)

Replies Received:

A.    Debtors' Reply In Support of First Through Sixth Omnibus Rejection Motions [Filed: 10/26/23] (Docket No. 279)

Related Documents:

A.    [Proposed] Fifth Omnibus Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/26/23] (Docket No. 65, Exhibit A)

Status:  This matter will go forward.

15.    Debtors' Sixth Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/27/23] (Docket No. 73)

Response Deadline:  October 11, 2023 at 4:00 p.m. (ET) *(extended until October 24, 2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Official Committee of Unsecured Creditors and the Ad Hoc Committee)*

Responses Received:

A.    Omnibus Limited Objection of the Official Committee of Unsecured Creditors to Debtors' Omnibus Rejection Motions [Filed: 10/24/23] (Docket No. 264)

Replies Received:

A.    Debtors' Reply In Support of First Through Sixth Omnibus Rejection Motions [Filed: 10/26/23] (Docket No. 279)

Related Documents:

A.    [Proposed] Sixth Omnibus Order (I) Authorizing the Rejection of Certain Executory Contracts, Each Effective as of the Petition Date, (II) Granting a Limited Waiver of Bankruptcy Rule 6006(f)(6), and (III) Granting Related Relief [Filed: 9/27/23] (Docket No. 73, Exhibit A)

Status:  This matter will go forward.

16.    Motion of Aumkar Renavikar for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/6/23] (Docket No. 97)

Response Deadline:  October 24, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Debtors' Omnibus Objection to Various Motions for Relief From the Automatic Stay [Filed: 10/24/23] (Docket No. 263)

Related Documents:

A.    Notice of Motion of Aumkar Renavikar for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/6/23] [Docket No. 99]

B.    Re-Notice of Motion for Aumkar Renavikar for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 116)

C.    [Proposed] Order Granting Relief From the Automatic Stay [Filed: 10/24/23] (Docket No. 262)

Status:  This matter will go forward.

17.    Motion for Relief From Stay [Filed by Chaya Hendrie] [Filed: 10/12/23] (Docket No. 114)

Response Deadline:  October 24, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Debtors' Omnibus Objection to Various Motions for Relief From the Automatic Stay [Filed: 10/24/23] (Docket No. 263)

Related Documents:  None.

Status:  This matter will go forward.

18.    Motion of Larry Ricky Kincer for Relief From Stay to the Extent of Liability Insurance Proceeds [Filed: 10/16/23] (Docket No. 228)

Response Deadline:  October 24, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Debtors' Omnibus Objection to Various Motions for Relief From the Automatic Stay [Filed: 10/24/23] (Docket No. 263)

Replies Received:

A.      Reply of Larry Ricky Kincer to Debtors' Omnibus Objection to Various Motions for Relief From the Automatic Stay [Filed: 10/26/23] ([Docket No. 278])

Related Documents:

A.      [Proposed] Order Granting Relief From the Automatic Stay [Filed: 10/16/23] ([Docket No. 228])

Status:  This matter will go forward.

19.     Motion for Relief from the Automatic Stay [Filed by Maria Morales Individually and as Special Administrator of the Estates of Twin A and Twin B, Deceased] [Filed: 10/16/23] ([Docket No. 235])

Response Deadline:  October 24, 2023 at 4:00 p.m. (ET)

Responses Received:

A.      Debtors' Omnibus Objection to Various Motions for Relief From the Automatic Stay [Filed: 10/24/23] ([Docket No. 263])

Related Documents:

A.      [Proposed] Order [Filed: 10/16/23] ([Docket No. 235])

B.      [Proposed] Order [Filed: 10/16/23] ([Docket No. 237])

Status:  This matter will go forward.

Dated:  October 27, 2023                PACHULSKI STANG ZIEHL & JONES LLP

                                        */s/ Laura Davis Jones*
                                        Laura Davis Jones (DE Bar No. 2436)
                                        David M. Bertenthal (CA Bar No. 167624)
                                        Timothy P. Cairns (DE Bar No. 4228)
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, Delaware 19899-8705 (Courier 19801)
                                        Telephone:  302-652-4100
                                        Facsimile:  302-652-4400
                                        email:  ljones@pszjlaw.com
                                                dbertenthal@pszjlaw.com
                                                tcairns@pszjlaw.com

                                        *Counsel for Debtors and Debtors in Possession*