# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | Case No. 23-11469 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Ref. D.I. 17 & 77** |

### STATEMENT AND RESERVATION OF RIGHTS OF AD HOC COMMITTEE OF HEALTHCARE PROVIDERS REGARDING CONDITIONAL APPROVAL OF DISCLOSURE STATEMENT

The Ad Hoc Committee of Healthcare Providers (the "Ad Hoc Committee"), comprised of approximately 165 of the Debtors' former physicians and midlevels (including physician assistants and nurse practitioners), by and through its undersigned counsel, hereby submits this statement and reservation of rights (this "Reservation of Rights") regarding the *Debtors' Motion for Entry of an Order (I) Granting Conditional Approval of the Adequacy of Disclosures in the Combined Disclosure Statement and Plan; (II) Scheduling a Combined Confirmation Hearing and Setting Deadlines Related Thereto; (III) Approving Solicitation Packages and Procedures; and (IV) Approving the Forms of Ballots; and (V) Granting Related Relief* [D.I. 77] (the "Motion") and the *Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [D.I. 17] (the "Combined Plan").[2] In support of this Reservation of Rights, the Ad Hoc Committee respectfully states as follows:

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors"), may be obtained on the website of the Debtors proposed claims and noticing agent at https://dm.epiq11.com/case/americanphysicianpartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way Suite 300, Brentwood, TN 37027.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Combined Plan.

1. Since the first-day hearing, the Debtors and the Prepetition Agent have worked constructively with the Ad Hoc Committee to attempt to address its concerns and issues in connection with these cases. Discussions regarding these concerns and issues are ongoing, including with respect to the Combined Plan.

2. If the Ad Hoc Committee's suggestions with respect to the Combined Plan are followed, there will need to be conforming changes to the Combined Plan and (possibly) the related solicitation materials, with respect to which the Ad Hoc Committee reserves all rights.

3. If the Ad Hoc Committee's suggestions are *not* followed, confirmation of the Confirmed Plan may be objectionable, and the Ad Hoc Committee reserves the right to raise an objection to confirmation at the appropriate time.

4. However, the limited issue before the Court in the Motion is whether the Combined Plan should be *conditionally* approved for purposes of allowing the Debtors to solicit votes on the Combined Plan. And the Court's conditional approval of the Combined Plan would *not* constitute a finding of fact or conclusion of law with respect to any assertion in or provision of the Combined Plan. Accordingly, the Ad Hoc Committee does not object to the limited relief sought in the Motion, but it reserves all other rights with respect to confirmation of the Confirmed Plan, in the event a consensual resolution of its concerns and issues cannot be achieved.

Dated:  October 30, 2023
       Wilmington, Delaware

| **MCDERMOTT WILL & EMERY LLP** | **FAEGRE DRINKER BIDDLE & REATH LLP** |
|---|---|
| */s/ Maris J. Kandestin* | */s/ Patrick A. Jackson* |
| Maris J. Kandestin (No. 5294) | Patrick A. Jackson (No. 4976) |
| 1000 N. West Street, Suite 1400 | 222 Delaware Ave., Suite 1410 |
| Wilmington, Delaware 19801 | Wilmington, DE 19801 |
| Telephone: (302) 485-3900 | Tel: (302) 467-4200 |
| Facsimile: (302) 351-8711 | Fax: (302) 467-4201 |
| Email: mkandestin@mwe.com | E-mail: patrick.jackson@faegredrinker.com |
| -and- | -and- |
| Darren Azman (admitted *pro hac vice*) | Laura Appleby |
| Kristin Going (admitted *pro hac vice*) | 1177 Avenue of the Americas, 41st Floor |
| One Vanderbilt Avenue | New York, NY 10036 |
| New York, New York 10017-3852 | Telephone: (212) 248-3140 |
| Telephone: (212) 547-5400 | Facsimile: (212 248-3141 |
| Facsimile: (646) 547-5444 | E-mail: laura.appleby@faegredrinker.com |
| Email: dazman@mwe.com | |
|       kgoing@mwe.com | |

*Counsel to the Ad Hoc Committee of Healthcare Providers*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she caused a true and correct copy of the foregoing *Statement and Reservation of Rights of Ad Hoc Committee of Healthcare Providers Regarding Conditional Approval of Disclosure Statement* to be served on October 30, 2023, via the Court's CM/ECF system on all parties that have consented to receive such service.

*/s/ Maris J. Kandestin*
Maris J. Kandestin
