**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | Case No. 23-11469 (BLS) |
| Debtors. | (Jointly Administered) |
|  | **Docket Ref. Nos. 10, 50, 301**<br>**Hearing Date:  October 31, 2023 at 11:00 a.m. (ET)** |

**NOTICE OF FILING OF REVISED PROPOSED FINAL ORDER: (I) AUTHORIZING THE USE OF CASH COLLATERAL; (B) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES, AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on September 19, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors Pursuant to Sections 105, 361, 362, 363, and 507 of the Bankruptcy Code, Bankruptcy Rule 4001, and Local Rule 4001-2 for Interim and Final Orders (A) Authorizing Debtors to Use Cash Collateral, (B) Granting Adequate Protection to Prepetition Secured Parties, (C) Modifying the Automatic Stay, and (D) Scheduling a Final Hearing* [Docket No. 10] (the "Cash Collateral Motion").

**PLEASE TAKE FURTHER NOTICE** that on September 21, 2023, the Bankruptcy Court granted interim relief on the Cash Collateral Motion and entered the *Interim Order: (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners.  The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.
.

*Prepetition Secured Parties, (III) Scheduling a Final Hearing and (IV) Granting Related Relief* [Docket No. 50] (the "Interim Cash Collateral Order").

**PLEASE TAKE FURTHER NOTICE** that on October 27, 2023, the Debtors filed a *Notice of Filing of Proposed Final Order: (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief* [Docket No. 301] (the "Proposed Final Order").

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Cash Collateral Motion on a final basis is scheduled for **October 31, 2023 at 11:00 a.m. Eastern Time** (the "Final Hearing").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed *Final Order: (I) Authorizing the Use of Cash Collateral, (II) Granting Adequate Protection to Prepetition Secured Parties, and (III) Granting Related Relief* (the "Revised Final Order").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a blacklined copy of the Revised Final Order, showing changes made from the Proposed Final Order. The Debtors intend to present the Revised Final Order at the Final Hearing.

DOCS_DE:245521.3

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Revised Final Order before or at the Final Hearing.

Dated:  October 30, 2023                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

DOCS_DE:245521.3