IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] ) | Case No. 23-11469 (BLS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Re: Docket No. 63** |

**CERTIFICATION OF COUNSEL REGARDING
FOURTH OMNIBUS ORDER (I) AUTHORIZING (A) THE REJECTION OF CERTAIN
UNEXPIRED LEASES, AND (II) ABANDONMENT OF CERTAIN PERSONAL
PROPERTY EFFECTIVE AS OF THE PETITION DATE,
AND (III) GRANTING RELATED RELIEF**

The undersigned counsel hereby certifies that:

1. On September 22, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Fourth Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of Certain Unexpired Leases, and (II) Authorizing Abandonment of Personal Property, Effective as of the Petition Date, and (III) Granting Related Relief* (the "Motion") [Docket No. 63].

2. Pursuant to the notice of hearing on the Motion (the "Notice"), objections to entry of an order granting relief for the Motion were due no later than October 11, 2023 at 4:00 p.m. Eastern Time (the "Objection Deadline"). The hearing on the Motion was adjourned to October 31, 2023 at 11:00 a.m. (ET). The Objection Deadline was extended until October 24,

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

DOCS_DE:245594.1

2023 at 4:00 p.m. (ET) for the Office of the United States Trustee, the Official Committee of Unsecured Creditors (the "Committee") and the Ad Hoc Committee.

3. On October 24, 2023, the Committee filed a limited omnibus objection [Docket No. 264].

4. Attached hereto as **Exhibit A** is a revised proposed final order granting the Motion (the "Proposed Order"). The Committee has no objection to entry of the Proposed Order.

5. A blacklined copy of the Proposed Order is attached hereto as **Exhibit B**, showing changes made from the version of the order filed with the Motion.

6. Accordingly, the Debtors respectfully request entry of the Proposed Order attached hereto as **Exhibit A** at the Court's earliest convenience.

Dated: October 30, 2023
       Wilmington, Delaware

**PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email: ljones@pszjlaw.com
      dbertenthal@pszjlaw.com
      tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*