**Exhibit A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-11469 (BLS) |
| | ) | (Jointly Administered) |
| Debtors. | ) ) | **Re: Docket No. 73** |

**SIXTH OMNIBUS ORDER (I) AUTHORIZING THE REJECTION OF CERTAIN EXECUTORY CONTRACTS, EACH EFFECTIVE AS OF THE PETITION DATE, (II) GRANTING A LIMITED WAIVER OF BANKRUPTCY RULE 6006(f)(6), AND (III) GRANTING RELATED RELIEF**

Upon the sixth omnibus motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") pursuant to sections 105(a) and 365(a) of title 11 of the United States Code (the "Bankruptcy Code") and Federal Rule of Bankruptcy Procedure 6006 (the "Bankruptcy Rules"): (a) authorizing the rejection of certain executory contracts set forth on Schedule 1 to **Exhibit A** attached hereto, including any guaranties to such contracts and leases and any amendments or modifications thereto (each, a "Contract," and collectively, the "Contracts"), each effective as of the Petition Date; (b) granting a limited waiver of the numerosity requirement of Bankruptcy Rule 6006(f)(6); and (c) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners.  The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

[2] Capitalized terms used in this Order but not immediately defined have the meanings given to such terms in the Motion.

1

February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Each of the Contracts set forth on **Schedule 1** attached hereto is rejected effective as of the Petition Date.

3. Any proofs of claim for damages in connection with the rejection of the Contracts, if any, shall be filed on or before the later of (a) the claims bar date established by the Court in these chapter 11 cases, if any, and (b) thirty (30) days after entry of this Order. The Debtors reserve all rights to contest any rejection damages claim and to contest the characterization of each Contract as executory. If the Debtors have deposited monies with a counterparty to a Contract as a security deposit or other arrangement, such counterparty may not setoff or recoup or otherwise use such deposit without the prior authority of the Court.

4. The Debtors do not waive any claims that they may have against the counterparty to any Contract, whether or not such claims are related to such Contract.

5. The numerosity requirements of Bankruptcy Rule 6006(f)(6) are waived for the Motion, and the rejection of the Contracts authorized by this Order complies with the requirements of Bankruptcy Rule 6006(f).

6. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed: (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party-in-interest's right to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) a request or authorization to assume any agreement, contract, lease, or sublease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' or any other party-in-interest's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors or any other party-in-interest that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this Order are valid and the Debtors and all other parties-in-interest expressly reserve their rights to contest the extent, validity, or perfection or to seek avoidance of all such liens. Any payment made pursuant to this Order should not be construed as an admission as to the validity, priority, or amount of any particular claim or a waiver of the Debtors' or any other party-in-interest's rights to subsequently dispute such claim.

7. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion and the requirements of Bankruptcy Rule 6004(a) and the Local Rules are satisfied by such notice.

8. Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

3

9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

10. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

# SCHEDULE 1

**Contracts**

**SCHEDULE 1**
**CONTRACTS**

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 1 | AMERICAN PHYSICIAN PARTNERS, LLC | 8X8 INC | SERVICE AGREEMENT | PETITION DATE |
| 2 | AMERICAN PHYSICIAN PARTNERS, LLC | ADP LLC | MAJOR ACCOUNTS AGREEMENT DTD 02/04/2015 | PETITION DATE |
| 3 | AMERICAN PHYSICIAN PARTNERS, LLC | AMA HEALTH INFORMATION SOLUTIONS INC | DATA EXCHANGE AGREEMENT FOR THE AMA PHYSICIAN PROFESSIONAL DATA DTD 06/26/2020 | PETITION DATE |
| 4 | AMERICAN PHYSICIAN PARTNERS, LLC | AMA HEALTH INFORMATION SOLUTIONS INC | HEALTH CARE PROVIDER LICENSE AGREEMENT DTD 10/12/2020 | PETITION DATE |
| 6 | AMERICAN PHYSICIAN PARTNERS, LLC | AMA HEALTH INFORMATION SOLUTIONS INC | HEALTH CARE PROVIDER LICENSE AGREEMENT DTD 12/01/2020 | PETITION DATE |
| 7 | AMERICAN PHYSICIAN PARTNERS, LLC | AMERICAN MEDICAL ASSOCIATION | CREDENTIALING SERVICES ORDER #3428173 | PETITION DATE |
| 8 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | APOGEE INFORMIATICS CORP | NETWORK MASTER SUBSCRIPTION AGREEMENT DTD 08/15/2019 | PETITION DATE |
| 9 | APP OF TENNESSEE HM, PLLC | APP OF EAST TENNESSEE HM PLLC | EMPLOYEE LEASING AGREEMENT | PETITION DATE |
| 10 | APP OF EAST TENNESSEE HM, PLLC | APP OF TENNESSEE HM PLLC | EMPLOYEE LEASING AGREEMENT | PETITION DATE |
| 11 | ACUTE CARE SPECIALIST, LLC | AUSTIN COLLEGE | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 12 | APPTEXASED, PLLC | AUSTIN COLLEGE | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 13 | TRUEPARTNERS COMANCHE EMERGENCY SPECIALISTS LCC | AUSTIN COLLEGE | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 14 | TRUEPARTNERS NORTHWEST EMERGENCY ASSOCIATES, PLLC | AUSTIN COLLEGE | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 15 | APP OF TENNESSEE ED, PLLC | BELMONT UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 04/26/2019 | PETITION DATE |
| 16 | APP OF TENNESSEE HM, PLLC | BELMONT UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 04/26/2019 | PETITION DATE |
| 17 | APP OF TENNESSEE ED, PLLC | BETHEL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 11/01/2021 | PETITION DATE |
| 18 | APP OF TENNESSEE ED, PLLC | BETHEL UNIVERSITY | PROVIDER EMPLOYMENT AGREEMENT | PETITION DATE |
| 19 | APP OF TENNESSEE HM, PLLC | BETHEL UNIVERSITY | PROVIDER EMPLOYMENT AGREEMENT | PETITION DATE |
| 20 | AMERICAN PHYSICIAN PARTNERS, LLC | BETHEL UNIVERSITY PHYSICIAN ASSISTANT PROGRAM | AFFILIATION AGREEMENT | PETITION DATE |
| 21 | AMERICAN PHYSICIAN PARTNERS, LLC | BETHEL UNIVERSITY PHYSICIAN ASSISTANT PROGRAM | AFFILIATION AGREEMENT DTD 5/24/2018 | PETITION DATE |
| 22 | APP OF KENTUCKY ED, PLLC | BETHEL UNIVERSITY PHYSICIAN ASSISTANT PROGRAM | AFFILIATION AGREEMENT DTD 5/29/2018 | PETITION DATE |
| 23 | AMERICAN PHYSICIAN PARTNERS, LLC | BETTINGER STIMLER & ASSOCIATES LLC | PROPOSAL TO PROVIDE AN EMERGENCY DEPT RECORD CODING COMPLIANCE AND PROVIDER DOCUMENTATION AUDIT | PETITION DATE |
| 24 | AMERICAN PHYSICIAN PARTNERS, LLC | BIRCH GROVE SOFTWARE INC | ACTIVTRAK SOFTWARE USAGE ANNUAL PLAN | PETITION DATE |
| 25 | AMERICAN PHYSICIAN PARTNERS, LLC | BMC GROUP VDR, LLC | SMARTROOM SERVICE AGREEMENT DTD 06/10/2023 | PETITION DATE |
| 26 | APP OF SOUTH CAROLINA ED, PLLC | BOARD OF TTEES-EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 11/15/2017 | PETITION DATE |
| 27 | APP OF SOUTH CAROLINA HM, PLLC | BOARD OF TTEES-EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 11/15/2017 | PETITION DATE |
| 28 | AMERICAN PHYSICIAN PARTNERS, LLC | BOARD OF TTEES-UNIVERSITY OF ALABAMA | CLINICAL EXPERIENCE AGREEMENT DTD 1/25/2018 | PETITION DATE |
| 29 | APP OF ALABAMA ED, LLC | BOARD OF TTEES-UNIVERSITY OF ALABAMA | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 09/15/2017 | PETITION DATE |
| 30 | AMERICAN PHYSICIAN PARTNERS, LLC | BRENTWOOD CAPITAL ADVISORS LLC | ENGAGEMENT LETTER DTD 11/26/2014 | PETITION DATE |
| 31 | AMERICAN PHYSICIAN PARTNERS, LLC | BRENTWOOD CAPITAL ADVISORS LLC | ENGAGEMENT LETTER DTD 2/10/2022 | PETITION DATE |
| 32 | AMERICAN PHYSICIAN PARTNERS, LLC | BRIGHTHAWK LLC | CORRESPONDENCE LETTER DTD 2/25/2021 | PETITION DATE |
| 33 | AMERICAN PHYSICIAN PARTNERS, LLC | BULLHORN | CONTRACT RENEWAL INFORMATION DTD 10/30/2018 | PETITION DATE |
| 34 | AMERICAN PHYSICIAN PARTNERS, LLC | BULLHORN | CONTRACT RENEWAL INFORMATION DTD 10/31/2017 | PETITION DATE |
| 35 | AMERICAN PHYSICIAN PARTNERS, LLC | BULLHORN INC | MASTER SUBSCRIPTION AGREEMENT | PETITION DATE |
| 36 | AMERICAN PHYSICIAN PARTNERS, LLC | BULLHORN INC | MASTER SUBSCRIPTION AGREEMENT DTD 12/29/2016 | PETITION DATE |
| 37 | APP OF NEW MEXICO ED, PLLC | BURRELL COLLEGE OF OSTEOPATHIC MEDICINE | CLINICAL AFFILIATION AGREEMENT DTD 4/2019 | PETITION DATE |
| 38 | APP OF NEW MEXICO ED, PLLC | BURRELL COLLEGE OF OSTEOPATHIC MEDICINE | CLINICAL AFFILIATION AGREEMENT DTD 4/24/2019 | PETITION DATE |
| 39 | APP OF TENNESSEE ED, PLLC | BUTLER UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 09/30/2019 | PETITION DATE |
| 40 | AMERICAN PHYSICIAN PARTNERS, LLC | CARSON-NEWMAN UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 41 | AMERICAN PHYSICIAN PARTNERS, LLC | CB SERVICES INC | COLLECTION AGREEMENT | PETITION DATE |
| 42 | AMERICAN PHYSICIAN PARTNERS, LLC | CB SERVICES INC | CREDIT BUSINESS SERVICES | PETITION DATE |
| 43 | AMERICAN PHYSICIAN PARTNERS, LLC | COMCAST BUSINESS | COMCAST BUSINESS SERVICE ORDER AGREEMENT (ORDER # OID-0008184715) | PETITION DATE |
| 44 | AMERICAN PHYSICIAN PARTNERS, LLC | COMPLIANCELINC LLC | SERVICES AGREEMENT DTD 08/20/2015 | PETITION DATE |
| 45 | AMERICAN PHYSICIAN PARTNERS, LLC | COMPLIANCELINE LLC | COMPLIANCE AGREEEMENT | PETITION DATE |
| 46 | AMERICAN PHYSICIAN PARTNERS, LLC | CONTRACTS 365 INC | CONTRACTS 365 SERVICE AGREEMENT | PETITION DATE |
| 47 | AMERICAN PHYSICIAN PARTNERS, LLC | CONTRACTS 365 INC | CONTRACTS 365 SERVICE AGREEMENT DTD 06/27/2022 | PETITION DATE |
| 48 | AMERICAN PHYSICIAN PARTNERS, LLC | CONTRACTS 365 INC | SOFTWARE SOLUTION PROPOSAL DTD 6/6/2022 | PETITION DATE |
| 49 | AMERICAN PHYSICIAN PARTNERS, LLC | CONTRACTS 365 INC | STATEMENT OF WORK DTD 06/27/2022 | PETITION DATE |
| 50 | AMERICAN PHYSICIAN PARTNERS, LLC | CONTRACTS 365, INC. | CONTRACTS 365 SERVICE AGREEMENT | PETITION DATE |
| 51 | AMERICAN PHYSICIAN PARTNERS, LLC | CONVERGEPOINT | LICENSING AGREEMENT # CP-0621-1400 | PETITION DATE |
| 52 | APP OF SOUTHERN ARIZONA ED, LLC | COPPERSMITH BROCKELMAN PLC | AGREEMENT FOR LEGAL SERVICES DTD 1/27/2023 | PETITION DATE |
| 53 | APP OF SOUTHERN ARIZONA ED, LLC | COPPERSMITH BROCKELMAN PLC | ENGAGEMENT LETTER DTD 1/27/2023 | PETITION DATE |
| 54 | AMERICAN PHYSICIAN PARTNERS, LLC | COX BUSINESS | COMMERCIAL SERVICES AGREEMENT DTD 03/01/2019 | PETITION DATE |
| 55 | AMERICAN PHYSICIAN HOLDINGS, LLC | CROWE LLP | MASTER SERVICES AND SOFTWARE AS A SERVICE AGREEMENT DTD 04/01/2023 | PETITION DATE |
| 56 | AMERICAN PHYSICIAN PARTNERS, LLC | CROWE LLP | MASTER SERVICES AND SOFTWARE AS A SERVICE AGREEMENT DTD 4/1/2023 | PETITION DATE |
| 57 | AMERICAN PHYSICIAN PARTNERS, LLC | CROWE LLP | MASTER SERVICES AND SOFTWARE AS A SERVICE AGREEMENT VENDOR CONTRACT ISSUES LIST DTD 3/10/2023 | PETITION DATE |
| 58 | AMERICAN PHYSICIAN PARTNERS, LLC | DEFINITIVE HEALTHCARE LLC | LICENSING AGREEMENT DTD 5/25/2017 | PETITION DATE |
| 59 | AMERICAN PHYSICIAN PARTNERS, LLC | DOCUSIGN INC. | DOCUSIGN BUSINESS PRO EDITION SERVICE AND SUPPORT AGREEMENT | PETITION DATE |
| 60 | AMERICAN PHYSICIAN PARTNERS, LLC | DOUBLE D HOLDINGS INC | NON-EXCLUSIVE AIRCRAFT LEASE AGREEMENT DTD 06/04/2021 | PETITION DATE |

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 61 | AMERICAN PHYSICIAN PARTNERS, LLC | DOXIMITY INC | TALENT FINDER AGREEMENT | PETITION DATE |
| 62 | AMERICAN PHYSICIAN PARTNERS, LLC | DOXIMITY INC | TALENT FINDER AGREEMENT DTD 07/01/2020 | PETITION DATE |
| 63 | AMERICAN PHYSICIAN PARTNERS, LLC | DYNAMICS ATS | DYNAMICS 365 ENTERPRISE - CRM ATS FOR SALES AND RECRUITING ANNUAL SUBSCRIPTION | PETITION DATE |
| 64 | AMERICAN PHYSICIAN PARTNERS, LLC | ECHO INC | MASTER SERVICES AGREEMENT DTD 05/05/2017 | PETITION DATE |
| 65 | AMERICAN PHYSICIAN PARTNERS, LLC | ECHO INC. | MASTER SERVICES AGREEMENT | PETITION DATE |
| 66 | AMERICAN PHYSICIAN HOLDINGS, LLC | EFFICIENCY BILLING SERVICES INC | CONTRACTUAL AGREEMENT FOR PRE COLLECTIONS 2017 | PETITION DATE |
| 67 | APP OF FLORIDA ED, LLC | ELON UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 68 | AMERICAN PHYSICIAN PARTNERS, LLC | EVERYDAY HEALTH MEDIA LLC | PURCHASE AGREEMENT DTD 12/18/2020 | PETITION DATE |
| 69 | AMERICAN PHYSICIAN PARTNERS, LLC | EXECUTIVE AIR EXPRESS INC | PILOT SERVICES AGREEMENT DTD 06/04/2021 | PETITION DATE |
| 70 | AMERICAN PHYSICIAN PARTNERS, LLC | FAIRFIELD BY MARRIOTT GALLUP | 2021 CORPORATE RATE AGREEMENT | PETITION DATE |
| 71 | APP OF TENNESSEE ED, PLLC | FAULKNER UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 72 | AMERICAN PHYSICIAN PARTNERS, LLC | FIND GREAT PEOPLE LLC | BUSINESS DEVELOPMENT AGREEMENT | PETITION DATE |
| 73 | AMERICAN PHYSICIAN PARTNERS, LLC | FIND GREAT PEOPLE LLC | PROFESSIONAL SERVICES AGREEMENT | PETITION DATE |
| 74 | APP OF TENNESSEE ED, PLLC | FRONTIER NURSING UNIVERSITY INC | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 75 | APP OF TENNESSEE ED, PLLC | FRONTIER NURSING UNIVERSITY INC | NON EXCLUSIVE STUDENT AFFILIATION AGREEMENT DTD 07/01/2021 | PETITION DATE |
| 76 | AMERICAN PHYSICIAN PARTNERS, LLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 77 | APP MANAGEMENT CO., LLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 78 | APP MDPARTNERS, PLLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 79 | APP OF ALABAMA ED, LLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 80 | APP OF ARKANSAS ED, PLLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 81 | APP OF ILLINOIS ED, PLLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 82 | AMERICAN PHYSICIAN PARTNERS, LLC | GHALLAGER BENEFIT SERVICES INC | CUSTOMER AGREEMENT | PETITION DATE |
| 83 | AMERICAN PHYSICIAN PARTNERS, LLC | GOTTLIEB LLC | BILLING SERVICES AGREEMENT DTD 09/01/2017 | PETITION DATE |
| 84 | APP OF MICHIGAN ED, PLLC | GRAND VALLEY STATE UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 85 | PROGRESSIVE MEDICAL ASSOCIATES, LLC | GROUPMSO LLC | BILLING SERVICE AGREEMENT DTD 10/1/1999 | PETITION DATE |
| 86 | EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC | HOUSTON METHODIST HOSPITAL | AAMC UNIFORM CLINICAL TRAINING AFFILIATION AGREEMENT - IMPLEMENTATION LETTER DTD 06/01/2019 | PETITION DATE |
| 87 | EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC | HOUSTON METHODIST HOSPITAL | AAMC UNIFORM CLINICAL TRAINING AFFILIATION AGREEMENT - IMPLEMENTATION LETTER DTD 06/01/2020 | PETITION DATE |
| 88 | AMERICAN PHYSICIAN PARTNERS, LLC | HUB INTERNATIONAL CAROLINAS | CERTIFICATE OF LIABILITY INSURANCE DTD 2/28/2022 | PETITION DATE |
| 89 | AMERICAN PHYSICIAN PARTNERS, LLC | HUBSPOT INC. | SUBSCRIPTION SERVICES AGREEMENT | PETITION DATE |
| 90 | AMERICAN PHYSICIAN PARTNERS, LLC | INTERCARE HOLDINGS INSURANCE SERVICES INC | SERVICE AGREEMENT DTD 04/01/2023 | PETITION DATE |
| 91 | AMERICAN PHYSICIAN PARTNERS, LLC | JACKSON LEWIS PC | BUSINESS ASSOCIATE AGREEMENT DTD 04/04/2022 | PETITION DATE |
| 92 | AMERICAN PHYSICIAN PARTNERS, LLC | JEFFERIES LLC | ENGAGEMENT LETTER DTD 4/7/2022 | PETITION DATE |
| 93 | AMERICAN PHYSICIAN PARTNERS, LLC | JETWAY INC | NEXTRAVEL SERVICE AGREEMENT DTD 07/01/2019 | PETITION DATE |
| 94 | APP OF EAST TENNESSEE ED, PLLC | KING UNIVERSITY OF BRISTOL, TN | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 03/21/2022 | PETITION DATE |
| 95 | AMERICAN PHYSICIAN PARTNERS, LLC | LATTIMORE BLACK MORGAN & CAIN PC | ENGAGEMENT LETTER DTD 5/6/2015 | PETITION DATE |
| 96 | APP OF TENNESSEE ED, PLLC | LEWIS THOMASON PC | TERMS OF ENGAGEMENT DTD 5/16/2022 | PETITION DATE |
| 97 | APP OF TENNESSEE ED, PLLC | LINCOLN MEMORIAL UNIVERSITY | AMENDMENT #1 TO PROVIDER EMPLOYMENT AGREEMENT DTD 03/21/2022 | PETITION DATE |
| 98 | APP OF TENNESSEE ED, PLLC | LINCOLN MEMORIAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 06/17/2020 | PETITION DATE |
| 99 | APP OF TENNESSEE ED, PLLC | LINCOLN MEMORIAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/15/2019 | PETITION DATE |
| 100 | APP OF TENNESSEE ED, PLLC | LINCOLN MEMORIAL UNIVERSITY | PROVIDER EMPLOYMENT AGREEMENT DTD 08/11/2020 | PETITION DATE |
| 101 | APP OF TENNESSEE HM, PLLC | LINCOLN MEMORIAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 02/01/2022 | PETITION DATE |
| 102 | APP OF TENNESSEE HM, PLLC | LINCOLN MEMORIAL UNIVERSITY | PROVIDER EMPLOYMENT AGREEMENT DTD 08/11/2020 | PETITION DATE |
| 103 | AMERICAN PHYSICIAN PARTNERS, LLC | LINKEDIN CORPORATION | PURCHASE ORDER #CS5920407-19 | PETITION DATE |
| 104 | AMERICAN PHYSICIAN PARTNERS, LLC | LINKEDIN CORPORATION | PURCHASE ORDER #CS7144818-20 | PETITION DATE |
| 105 | APP OF TENNESSEE ED, PLLC | LIPSCOMB UNIVERSITY | CLINICAL AFFILIATION AGREEMENT | PETITION DATE |
| 106 | APP OF TENNESSEE ED, PLLC | LIPSCOMB UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 01/01/2020 | PETITION DATE |
| 107 | AMERICAN PHYSICIAN PARTNERS, LLC | MARWOOD GROUP ADVISORY LLC | LETTER AGREEMENT DTD 6/23/2022 | PETITION DATE |
| 108 | TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC | MATRIX PULMONARY PA | INTENSIVE CARE UNIT AGREEMENT DTD 02/03/2020 | PETITION DATE |
| 109 | TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC | MATRIX PULMONARY PA | INTENSIVE CARE UNIT AGREEMENT DTD 1/27/2020 | PETITION DATE |
| 110 | AMERICAN PHYSICIAN PARTNERS, LLC | MDSAVE INC | PROVIDER AGREEMENT | PETITION DATE |
| 111 | EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC | MEDISERV MEDICAL INFORMATION SERVICES LTD | SERVICE AGREEMENT DTD 02/19/2004 | PETITION DATE |
| 112 | AMERICAN PHYSICIAN HOLDINGS, LLC | METROPOLIS | TERMS OF SERVICE AND USE POLICY | PETITION DATE |
| 113 | APP OF TENNESSEE ED, PLLC | MIDDLE TENNESSEE STATE UNIVERSITY | CLINICAL AFFILIATION AGREEMENT | PETITION DATE |
| 114 | APP OF TENNESSEE ED, PLLC | MIDDLE TENNESSEE STATE UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/01/2023 | PETITION DATE |
| 115 | APP OF TENNESSEE HM, PLLC | MIDDLE TENNESSEE STATE UNIVERSITY | CLINICAL AFFILIATION AGREEMENT | PETITION DATE |
| 116 | APP OF TENNESSEE HM, PLLC | MIDDLE TENNESSEE STATE UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/01/2023 | PETITION DATE |
| 117 | APP OF INDIANA ED, PLLC | MIDWESTERN UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 12/19/2022 | PETITION DATE |
| 118 | APP OF SOUTHERN ARIZONA ED, LLC | MIDWESTERN UNIVERSITY | CERTIFICATE OF LIABILITY INSURANCE DTD 12/14/2021 | PETITION DATE |
| 119 | APP OF SOUTHERN ARIZONA ED, LLC | MIDWESTERN UNIVERSITY | CERTIFICATE OF LIABILITY INSURANCE DTD 12/14/2022 | PETITION DATE |

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 120 | APP OF SOUTHERN ARIZONA ED, LLC | MIDWESTERN UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/01/2021 | PETITION DATE |
| 121 | APP OF SOUTHERN ARIZONA ED, LLC | MIDWESTERN UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 10/01/2021 | PETITION DATE |
| 122 | PROGRESSIVE MEDICAL ASSOCIATES, LLC | MIDWESTERN UNIVERSITY | 1ST AMENDMENT TO GROUP PRECEPTORSHIP AGREEMENT DTD 02/01/2019 | PETITION DATE |
| 123 | PROGRESSIVE MEDICAL ASSOCIATES, LLC | MIDWESTERN UNIVERSITY | GROUP PRECEPTORSHIP AGREEMENT DTD 10/01/2018 | PETITION DATE |
| 124 | APP OF TENNESSEE ED, PLLC | MILLIGAN COLLEGE PA PROGRAM | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/19/2019 | PETITION DATE |
| 125 | AMERICAN PHYSICIAN HOLDINGS, LLC | MINGLE HEALTHCARE SOLUTIONS INC | SERVICE AGREEMENT | PETITION DATE |
| 126 | AMERICAN PHYSICIAN PARTNERS, LLC | MINGLE HEALTHCARE SOLUTIONS INC | SOW QUALITY MANAGEMENT DTD 12/21/2022 | PETITION DATE |
| 127 | AMERICAN PHYSICIAN HOLDINGS, LLC | MOSAIC CONSULTING GROUP | MASTER SERVICES AGREEMENT | PETITION DATE |
| 128 | AMERICAN PHYSICIAN PARTNERS, LLC | NAPHCARE INC | INPATIENT AND OUTPATIENT SUBCONTRACT AGREEMENT DTD 1/19/2022 | PETITION DATE |
| 129 | AMERICAN PHYSICIAN HOLDINGS, LLC | NEWTEK MERCHANT SOLUTIONS LLC | AMENDMENT #1 TO MERCHANT PROCESSING AGREEMENT | PETITION DATE |
| 130 | AMERICAN PHYSICIAN PARTNERS, LLC | NEWTEK MERCHANT SOLUTIONS LLC | MERCHANT PROCESSING AGREEMENT | PETITION DATE |
| 131 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | NUVIEW TELEHEALTH LLC | 1ST AMENDMENT TO SERVICES AGREEMENT DTD 2/6/2020 | PETITION DATE |
| 132 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | NUVIEW TELEHEALTH LLC | ANNUAL CONSUMER PRICE INDEX CHANGE ORDER NOTICE DTD 7/1/2021 | PETITION DATE |
| 133 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | NUVIEW TELEHEALTH LLC | SERVICES AGREEMENT AND STATEMENT OF WORK DTD 8/30/2019 | PETITION DATE |
| 134 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | NUVIEW TELEHEALTH LLC | STATEMENT OF WORK (TELEICU SERVICES) DTD 08/30/2019 | PETITION DATE |
| 135 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | NUVIEW TELEHEALTH LLC | TELEINTENSIVISIT SERVICES AGREEMENT DTD 08/30/2019 | PETITION DATE |
| 136 | TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC | NUVIEW TELEHEALTH LLC | 1ST AMENDMENT TO SERVICES AGREEMENT DTD 2/6/2020 | PETITION DATE |
| 137 | TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC | NUVIEW TELEHEALTH LLC | SERVICES AGREEMENT AND STATEMENT OF WORK DTD 8/30/2019 | PETITION DATE |
| 138 | TEXOMA EMERGENCY PHYSICIANS, PLLC | OFFICE OF MANAGEMENT & ENTERPRISE SERVICES | INDEPENDENT HEALTH ORGANIZATION CONTRACT DTD 05/09/2022 | PETITION DATE |
| 139 | AMERICAN PHYSICIAN PARTNERS, LLC | OKTA INC | API PRODUCTS ENTERPRISE AND MANAGEMENT | PETITION DATE |
| 140 | AMERICAN PHYSICIAN PARTNERS, LLC | OKTA INC | ORDER FORM - QUOTE Q-462945 | PETITION DATE |
| 141 | AMERICAN PHYSICIAN PARTNERS, LLC | OPEN TEXT INC | BUSINESS ASSOCIATE AGREEMENT DTD 02/26/2020 | PETITION DATE |
| 142 | AMERICAN PHYSICIAN PARTNERS, LLC | PEAKE SOFTWARE LABS LLC | SUBSCRIPTION AGREEMENT  DTD 03/13/2017 | PETITION DATE |
| 143 | AMERICAN PHYSICIAN HOLDINGS, LLC | PRACTICE SUPPORT RESOURCES LLC | PRACTICE MANAGEMENT AGREEMENT | PETITION DATE |
| 144 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 10/30/2020 | PETITION DATE |
| 145 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 4/30/2021 | PETITION DATE |
| 146 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 5/18/2020 | PETITION DATE |
| 147 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 5/3/2021 | PETITION DATE |
| 148 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | PRACTICE MANAGEMENT AGREEMENT DTD 05/30/2019 | PETITION DATE |
| 149 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | SURVEY SERVICES LETTER AGREEMENT DTD 1/26/2021 | PETITION DATE |
| 150 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICEMATCH CORPORATION | LICENSE AGREEMENT DTD 9/20/2019 | PETITION DATE |
| 151 | PROGRESSIVE MEDICAL ASSOCIATES, LLC | PRACTICEMAX INC | SERVICE AGREEMENT  DTD 07/01/2010 | PETITION DATE |
| 152 | AMERICAN PHYSICIAN PARTNERS, LLC | PRAXI PHYSICIAN MANAGEMENT LLC | PRACTICE MANAGEMENT AGREEMENT DTD 01/11/2021 | PETITION DATE |
| 153 | AMERICAN PHYSICIAN PARTNERS, LLC | PRAXI PHYSICIAN MANAGEMENT LLC | PRACTICE MANAGEMENT SERVICES AGREEMENT DTD 01/11/2021 | PETITION DATE |
| 154 | AMERICAN PHYSICIAN PARTNERS, LLC | PRAXI PHYSICIAN MANAGEMENT LLC | PRACTICE MANAGEMENT SERVICES AGREEMENT DTD 05/26/2020 | PETITION DATE |
| 155 | AMERICAN PHYSICIAN PARTNERS, LLC | PROVIDERTRUST INC | MONITERING SERVICES MASTER SERVICES AGREEMENT DTD 11/19/2019 | PETITION DATE |
| 156 | AMERICAN PHYSICIAN PARTNERS, LLC | PROVIDERTRUST INC | MONITORING SERVICES AGREEMENT DTD 04/28/2016 | PETITION DATE |
| 157 | AMERICAN PHYSICIAN PARTNERS, LLC | PROVISIONS GROUP LLC | CONSULTING MASTER SERVICE AGREEMENT DTD 08/24/2023 | PETITION DATE |
| 158 | AMERICAN PHYSICIAN PARTNERS, LLC | QGENDA LLC | DATA TRANSFER AGREEMENT | PETITION DATE |
| 159 | AMERICAN PHYSICIAN PARTNERS, LLC | QGENDA LLC | NONDISCLOSURE AGREEMENT DTD 08/09/2022 | PETITION DATE |
| 160 | AMERICAN PHYSICIAN PARTNERS, LLC | QGENDA LLC | SOFTWARE SERVICES AGREEMENT | PETITION DATE |
| 161 | AMERICAN PHYSICIAN PARTNERS, LLC | QGENDA LLC | STATEMENT OF WORK | PETITION DATE |
| 162 | AMERICAN PHYSICIAN PARTNERS, LLC | QUEST DIAGNOSTICS CLINICAL LABORATORIES INC | SUBSTANCE ABUSE TESTING SERVICES AGREEMENT DTD 12/09/2020 | PETITION DATE |
| 163 | AMERICAN PHYSICIAN PARTNERS, LLC | REDWOOD MERCHANT SERVICES | MERCHANT PROCESSING AGREEMENT | PETITION DATE |
| 164 | AMERICAN PHYSICIAN HOLDINGS, LLC | REMEDY BPCI PARTNERS LLC | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 165 | AMERICAN PHYSICIAN HOLDINGS, LLC | REMEDY BPCI PARTNERS LLC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 166 | AMERICAN PHYSICIAN PARTNERS, LLC | REMEDY BPCI PARTNERS LLC | THE BPCIA PROGRAM ADDENDUM DTD 01/01/2021 | PETITION DATE |
| 167 | APP OF OHIO HM, PLLC | REMEDY BPCI PARTNERS LLC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 168 | APP OF OHIO HM, PLLC | REMEDY BPCI PARTNERS LLC | THE BPCIA PROGRAM ADDENDUM DTD 01/01/2021 | PETITION DATE |
| 169 | APP OF SOUTH CAROLINA HM, PLLC | REMEDY BPCI PARTNERS LLC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 170 | APP OF SOUTH CAROLINA HM, PLLC | REMEDY BPCI PARTNERS LLC | THE BPCIA PROGRAM ADDENDUM DTD 01/01/2021 | PETITION DATE |
| 171 | APP OF TENNESSEE ED, PLLC | REMEDY BPCI PARTNERS LLC | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 172 | APP OF TENNESSEE HM, PLLC | REMEDY BPCI PARTNERS LLC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 173 | APP OF TENNESSEE HM, PLLC | REMEDY BPCI PARTNERS LLC | THE BPCIA PROGRAM ADDENDUM DTD 01/01/2021 | PETITION DATE |
| 174 | AMERICAN PHYSICIAN HOLDINGS, LLC | REMEDY HOLDINGS INC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 175 | APP OF OHIO HM, PLLC | REMEDY HOLDINGS INC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 176 | APP OF SOUTH CAROLINA HM, PLLC | REMEDY HOLDINGS INC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 177 | APP OF TENNESSEE HM, PLLC | REMEDY HOLDINGS INC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 178 | APP OF NEVADA ED, PLLC | ROCKY VISTA UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 179 | APP OF TENNESSEE ED, PLLC | S.T LOUIS UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 11/11/2021 | PETITION DATE |
| 180 | AMERICAN PHYSICIAN PARTNERS, LLC | SALESFORCE INC | TABLEAU CREATOR SERVER AGREEMENT (CONTRACT # 02914051) | PETITION DATE |
| 181 | AMERICAN PHYSICIAN PARTNERS, LLC | SALESFORCE INC | TABLEAU CREATOR SERVER AGREEMENT (CONTRACT # 02914052) | PETITION DATE |
| 182 | AMERICAN PHYSICIAN PARTNERS, LLC | SALESFORCE.COM INC | ORDER FORM | PETITION DATE |
| 183 | AMERICAN PHYSICIAN PARTNERS, LLC | SEELEY LAW FIRM, THE | ENGAGEMENT FOR LEGAL SERVICES DTD 2/11/2020 | PETITION DATE |
| 184 | AMERICAN PHYSICIAN PARTNERS, LLC | SIGNAL HEALTH INC | INDEPENDENT CONTRACTOR AGREEMENT DTD 7/8/2019 | PETITION DATE |
| 185 | AMERICAN PHYSICIAN PARTNERS, LLC | SISKIND SUSSER IMMIGRATION LAWYERS | ENGAGEMENT FOR INMIGRATION LEGAL SERVICES DTD 1/30/2022 | PETITION DATE |
| 186 | APP OF TENNESSEE ED, PLLC | SOUTH COLLEGE - KNOXVILLE, TN | AGREEMENT FOR AFFILIATION DTD 8/2/2018 | PETITION DATE |
| 187 | AMERICAN PHYSICIAN PARTNERS, LLC | STAFFBASE CANADA SYSTEMS INC. | ONBOARDING SOFTWARE SUBSCRIPTION | PETITION DATE |
| 188 | AMERICAN PHYSICIAN PARTNERS, LLC | TELADOC HEALTH INC | SAAS AGREEMENT DTD 11/30/2021 | PETITION DATE |
| 189 | AMERICAN PHYSICIAN PARTNERS, LLC | TELADOC HEALTH INC | STATEMENT OF WORK PROFESSIONAL SERVICES DTD 11/11/2021 | PETITION DATE |
| 190 | APP OF TENNESSEE ED, PLLC | TENNESSEE TECHNOLOGICAL UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 12/1/2015 | PETITION DATE |
| 191 | APP OF TENNESSEE ED, PLLC | TENNESSEE TECHNOLOGICAL UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 9/7/2018 | PETITION DATE |
| 192 | APP OF TENNESSEE ED, PLLC | TENNESSEE TECHNOLOGICAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 03/01/2022 | PETITION DATE |
| 193 | APP OF TENNESSEE ED, PLLC | TENNESSEE TECHNOLOGICAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 01/15/2022 | PETITION DATE |
| 194 | APP OF TENNESSEE ED, PLLC | TENNESSEE TECHNOLOGICAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 03/01/2022 | PETITION DATE |
| 195 | AMERICAN PHYSICIAN HOLDINGS, LLC | TENNOVA HEALTHCARE (NORTH KNOX & TURKEY CREEK) | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 196 | APP OF TENNESSEE HM, PLLC | TENNOVA HEALTHCARE (NORTH KNOX & TURKEY CREEK) | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 197 | AMERICAN PHYSICIAN HOLDINGS, LLC | TENNOVA HEALTHCARE-CLARKSVILLE | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 198 | APP OF TENNESSEE HM, PLLC | TENNOVA HEALTHCARE-CLARKSVILLE | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 199 | AMERICAN PHYSICIAN HOLDINGS, LLC | TENNOVA HEALTHCARE-CLEVELAND | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 200 | APP OF TENNESSEE HM, PLLC | TENNOVA HEALTHCARE-CLEVELAND | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 201 | AMERICAN PHYSICIAN HOLDINGS, LLC | TENNOVA HEALTHCARE-JEFFERSON MEMORIAL HOSPITAL | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 202 | APP OF TENNESSEE HM, PLLC | TENNOVA HEALTHCARE-JEFFERSON MEMORIAL HOSPITAL | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 203 | AMERICAN PHYSICIAN HOLDINGS, LLC | TENNOVA HEALTHCARE-NEWPORT MEDICAL CENTER | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 204 | APP OF TENNESSEE ED, PLLC | TENNOVA HEALTHCARE-NEWPORT MEDICAL CENTER | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 205 | APP OF TENNESSEE HM, PLLC | TENNOVA HEALTHCARE-NEWPORT MEDICAL CENTER | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 206 | EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC | TEXAS A&M UNIVERSITY HEALTH SCIENCE CTR | AAMC UNIFORM CLINICAL TRAINING AFFILIATION AGREEMENT - IMPLEMENTATION LETTER DTD 06/01/2019 | PETITION DATE |
| 207 | TRUEPARTNERS NORTHWEST EMERGENCY ASSOCIATES, PLLC | TEXAS TECH UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 208 | AMERICAN PHYSICIAN PARTNERS, LLC | TRAVELPERK AMERICA INC | BUSINESS TRAVEL SERVICES AGREEMENT | PETITION DATE |
| 209 | AMERICAN PHYSICIAN PARTNERS, LLC | TREVECCA NAZARENE UNIVERSITY | AFFILIATION AGREEMENT DTD 7/31/2019 | PETITION DATE |
| 210 | AMERICAN PHYSICIAN PARTNERS, LLC | TRINE UNIVERSITY | CERTIFICATE OF LIABILITY AGREEMENT DTD 10/4/2021 | PETITION DATE |
| 211 | APP OF INDIANA ED, PLLC | TRINE UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 10/01/2021 | PETITION DATE |
| 212 | AMERICAN PHYSICIAN PARTNERS, LLC | TRIZETTO PROVIDER SOLUTIONS LLC | EDI CONSULTING AGREEMENT DTD 08/20/2019 | PETITION DATE |
| 213 | AMERICAN PHYSICIAN PARTNERS, LLC | UKG INC | MASTER SERVICES AGREEMENT DTD 05/11/2022 | PETITION DATE |
| 214 | AMERICAN PHYSICIAN PARTNERS, LLC | UKG INC | ORDER FORM DTD 05/11/2022 | PETITION DATE |
| 215 | AMERICAN PHYSICIAN PARTNERS, LLC | UNIVERSITY OF SOUTH ALABAMA | LEARNING OPPORTUNITIES AGREEMENT (JENNIFER WILLIAMS) DTD 01/07/2019 | PETITION DATE |
| 216 | AMERICAN PHYSICIAN PARTNERS, LLC | UNIVERSITY OF SOUTH ALABAMA | LEARNING OPPORTUNITIES AGREEMENT (JENNIFER WILLIAMS) DTD 08/21/2018 | PETITION DATE |
| 217 | AMERICAN PHYSICIAN PARTNERS, LLC | UNIVERSITY OF SOUTH ALABAMA | LETTER OF NOTIFICATION AND APPRECIATION (SARAH OUZTS) DTD 03/12/2019 | PETITION DATE |
| 218 | APP OF ALABAMA ED, LLC | UNIVERSITY OF SOUTH ALABAMA | LETTER OF NOTIFICATION AND APPRECIATION (SARAH OUZTS) DTD 03/12/2019 | PETITION DATE |
| 219 | APP OF ALABAMA ED, LLC | UNIVERSITY OF SOUTH ALABAMA | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/15/2022 | PETITION DATE |
| 220 | APP OF ALABAMA HM, LLC | UNIVERSITY OF SOUTH ALABAMA | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/15/2022 | PETITION DATE |
| 221 | APP OF TENNESSEE ED, PLLC | UNIVERSITY OF SOUTH ALABAMA | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 02/11/2019 | PETITION DATE |
| 222 | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, | UNIVERSITY OF TEXAS AT TYLER | REAFFIRMATION LETTER DTD 10/9/2019 | PETITION DATE |
| 223 | APP OF KENTUCKY ED, PLLC | VANDERBILT UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 05/02/2018 | PETITION DATE |
| 224 | APP OF TENNESSEE ED, PLLC | VANDERBILT UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 08/01/2018 | PETITION DATE |
| 225 | AMERICAN PHYSICIAN PARTNERS, LLC | VEDDER PRICE PC | LETTER DTD 7/21/2020 | PETITION DATE |
| 226 | AMERICAN PHYSICIAN PARTNERS, LLC | VERITY INC | ORDER FORM DTD 10/10/2019 | PETITION DATE |
| 227 | AMERICAN PHYSICIAN PARTNERS, LLC | VERITY INC | ORDER FORM DTD 10/8/2018 | PETITION DATE |
| 228 | AMERICAN PHYSICIAN PARTNERS, LLC | VERITY INC | ORDER FORM DTD 12/18/2019 | PETITION DATE |
| 229 | AMERICAN PHYSICIAN PARTNERS, LLC | VERITY INC | ORDER FORM DTD 9/12/2018 | PETITION DATE |
| 230 | APP OF TENNESSEE ED, PLLC | WAKE FOREST UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 02/01/2020 | PETITION DATE |
| 231 | APP OF SOUTH CAROLINA ED, PLLC | WALDEN UNIVERSITY LLC | US FIELD STATE AFFILIATION AGREEMENT DTD 05/29/2018 | PETITION DATE |
| 232 | APP OF TENNESSEE ED, PLLC | WALDEN UNIVERSITY LLC | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 11/01/2019 | PETITION DATE |
| 233 | AMERICAN PHYSICIAN PARTNERS, LLC | WALKME | DIGITAL ADOPTION PLATFORM SUBSCRIPTION AGREEMENT | PETITION DATE |
| 234 | AMERICAN PHYSICIAN PARTNERS, LLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 10/21/2021 | PETITION DATE |
| 235 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 11/1/2022 | PETITION DATE |
| 236 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 7/1/2019 | PETITION DATE |
| 237 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 7/1/2020 | PETITION DATE |
| 238 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 8/1/2019 | PETITION DATE |
| 239 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 8/1/2020 | PETITION DATE |

**SCHEDULE 1**
**CONTRACTS**

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 240 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | COMMUNITY AFFILIATE MISSION SUPPORT PROGRAM AGREEMENT DTD 01/01/2022 | PETITION DATE |
| 241 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | CONTRACT EMPLOYEE AGREEMENT  DTD 07/01/2020 | PETITION DATE |
| 242 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | INDIGENT CARE REFFERAL AGREEMENT  DTD 07/01/2021 | PETITION DATE |
| 243 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | INDIGENT CARE REFFERAL AGREEMENT DTD 07/01/2021 | PETITION DATE |
| 244 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | MISSION SUPPORT LETTER DTD 6/17/2021 | PETITION DATE |
| 245 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | PHYSICIAN PAYMENT ADJUSTER PROGRAM AND SPECIALITY NETWORK ACCESS FEE PARTICIPATION AGREEMENT FOR COMMUNITY PROVIDERS  DTD 07/01/2021 | PETITION DATE |
| 246 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | PUBLIC ENTITY PHYSICIAN PAYMENT ADJUSTMENT PROGRAM & SPECIALITY NETWORK ACCESS FEE PROGRAM | PETITION DATE |
| 247 | APP OF SOUTH CAROLINA ED, PLLC | WINGATE UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 248 | AMERICAN PHYSICIAN PARTNERS, LLC | WINSTON & STRAWN LLP | ENGAGEMENT LETTER DTD 6/23/2022 | PETITION DATE |
| 249 | APP OF MISSISSIPPI ED LLC | WISE CARTER CHILD & CARAWAY PA | ENGAGEMENT OF SERVICES - GENERAL DEFENSE DTD 1/28/2022 | PETITION DATE |
| 250 | AMERICAN PHYSICIAN PARTNERS, LLC | ZOTEC PARTNERRS LLC | BILLING SERVICES AGREEMENT DTD 01/05/2018 | PETITION DATE |