## **SCHEDULE 1**

**Contracts**

**SCHEDULE 1**
**CONTRACTS**

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 1 | AMERICAN PHYSICIAN HOLDINGS, LLC | AB STAFFING SOLUTIONS LLC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 8/1/2022 | PETITION DATE |
| 3 | APP OF TENNESSEE ED, PLLC | ATLAS LOCUM TENENS LLC | SERVICE AGREEMENT DTD 10/02/2019 | PETITION DATE |
| 2 | APP OF TENNESSEE ED, PLLC | ATLAS LOCUM TENENS LLC | SERVICE AGREEMENT DTD 10/2/2019 | PETITION DATE |
| 4 | AMERICAN PHYSICIAN HOLDINGS, LLC | ATLAS PHYSICIANS LLC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 10/22/2020 | PETITION DATE |
| 5 | AMERICAN PHYSICIAN HOLDINGS, LLC | BURLINGTON HEALTHCARE PROVIDERS INC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 01/22/2021 | PETITION DATE |
| 6 | ALIGN, M.D., PLLC | COMPHEALTH ASSOCIATES INC | AGREEMENT FOR LOCUM TENENS COVERAGE FEES IN CONFIRMATION DTD 4/4/2013 | PETITION DATE |
| 7 | ALIGN, M.D., PLLC | COMPHEALTH ASSOCIATES INC | AGREEMENT FOR PHYSICIAN LOCUM TENENS COVERAGE DTD 04/04/2013 | PETITION DATE |
| 8 | ALIGN, M.D., PLLC | COMPHEALTH ASSOCIATES INC | SERVICES AGREEMENT DTD 04/04/2013 | PETITION DATE |
| 9 | AMERICAN PHYSICIAN HOLDINGS, LLC | COMPHEALTH ASSOCIATES INC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 05/25/2022 | PETITION DATE |
| 10 | AMERICAN PHYSICIAN HOLDINGS, LLC | COMPHEALTH ASSOCIATES INC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 5/25/2022 | PETITION DATE |
| 11 | AMERICAN PHYSICIAN PARTNERS, LLC | COMPHEALTH ASSOCIATES INC | CONTINGENCY SEARCH AGREEMENT DTD 12/14/2015 | PETITION DATE |
| 12 | AMERICAN PHYSICIAN PARTNERS, LLC | COMPHEALTH ASSOCIATES INC | CONTINGENCY SEARCH AGREEMENT CONFIRMATION DTD 12/16/2015 | PETITION DATE |
| 13 | AMERICAN PHYSICIAN PARTNERS, LLC | COMPHEALTH ASSOCIATES INC | CONTINGENCY SEARCH AGREEMENT CONFIRMATION DTD 12/7/2016 | PETITION DATE |
| 14 | AMERICAN PHYSICIAN PARTNERS, LLC | COMPHEALTH ASSOCIATES INC | CONTINGENCY SEARCH AGREEMENT DTD 12/14/2015 | PETITION DATE |
| 15 | AMERICAN PHYSICIAN HOLDINGS, LLC | CONCORD MEDICAL GROUP | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 05/18/2021 | PETITION DATE |
| 16 | AMERICAN PHYSICIAN HOLDINGS, LLC | ELEVATE HEALTHCARE CONSULTANTS | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 6/12/2021 | PETITION DATE |
| 17 | ALIGN MD OF ILLINOIS PLLC | EMERGE MEDSTAFFING LLC | HEALTHCARE PROFESSIONAL SERVICES AGREEMENT DTD 9/19/2016 | PETITION DATE |
| 18 | AMERICAN PHYSICIAN HOLDINGS, LLC | GEORGIA MEDICAL STAFF | AGREEMENT FOR LOCUM TENENS COVERAGE | PETITION DATE |
| 19 | AMERICAN PHYSICIAN HOLDINGS, LLC | HARRIS MEDICAL ASSOCIATES | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 07/11/2022 | PETITION DATE |
| 20 | AMERICAN PHYSICIAN HOLDINGS, LLC | HEALTH CAROUSEL LOCUM NETWORK LLC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 07/28/2021 | PETITION DATE |
| 21 | AMERICAN PHYSICIAN HOLDINGS, LLC | INTERIM PHYSICIANS LLC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 06/13/2022 | PETITION DATE |
| 22 | AMERICAN PHYSICIAN PARTNERS, LLC | INTERIM PHYSICIANS LLC | LOCUM TENENS CLIENT AGREEMENT #JMH DTD 6/10/2015 | PETITION DATE |
| 23 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | INTERIM PHYSICIANS LLC | LOCUM TENENS CLIENT AGREEMENT DTD 6/3/2010 | PETITION DATE |
| 24 | AMERICAN PHYSICIAN HOLDINGS, LLC | JACKSON & COKER LOCUMTENENS LLC | CLIENT AGREEMENT DTD 02/10/2014 | PETITION DATE |
| 25 | AMERICAN PHYSICIAN HOLDINGS, LLC | LEXX HEALTHCARE | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 08/20/2020 | PETITION DATE |
| 26 | AMERICAN PHYSICIAN PARTNERS, LLC | LEXX HEALTHCARE | SERVICE AGREEMENT FOR LOCUM TENENS COVERAGE DTD 3/9/2020 | PETITION DATE |
| 27 | AMERICAN PHYSICIAN HOLDINGS, LLC | LOCUMTENENS.COM | AGREEMENT FOR COVERAGE DTD 8/25/2021 | PETITION DATE |
| 28 | AMERICAN PHYSICIAN HOLDINGS, LLC | LOCUMTENENS.COM | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 08/25/2021 | PETITION DATE |
| 29 | AMERICAN PHYSICIAN HOLDINGS, LLC | MARLAB INC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 08/09/2022 | PETITION DATE |
| 30 | AMERICAN PHYSICIAN PARTNERS, LLC | MARLAB INC | AGREEMENT FOR TEMPORARY OR LONG-TERM PROVIDER COVERAGE DTD 06/26/2019 | PETITION DATE |
| 31 | APP MDPARTNERS, PLLC | MCCAY, BRENDAN | CONFIRMATION DETAILS LETTER DTD 3/6/2020 | PETITION DATE |
| 32 | AMERICAN PHYSICIAN HOLDINGS, LLC | MEDICI GROUP | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 01/15/2022 | PETITION DATE |
| 33 | AMERICAN PHYSICIAN HOLDINGS, LLC | MONTICELLO EMERGENCY CARE LLC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 03/09/2022 | PETITION DATE |
| 34 | AMERICAN PHYSICIAN HOLDINGS, LLC | MPLT HEALTHCARE | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 05/27/2022 | PETITION DATE |
| 35 | AMERICAN PHYSICIAN HOLDINGS, LLC | PROSCRIBE LLC | SCRIBE SERVICES AGREEMENT DTD 7/18/2022 | PETITION DATE |
| 36 | AMERICAN PHYSICIAN PARTNERS, LLC | PROSCRIBE LLC | PROSCRIBE SERVICES AGREEMENT DTD 2/6/2017 | PETITION DATE |
| 37 | AMERICAN PHYSICIAN PARTNERS, LLC | PROSCRIBE LLC | PROSCRIBE SERVICES AGREEMENT DTD 3/6/2017 | PETITION DATE |
| 38 | AMERICAN PHYSICIAN PARTNERS, LLC | PROSCRIBE LLC | PROSCRIBE SERVICES AGREEMENT DTD 9/27/2019 | PETITION DATE |
| 39 | AMERICAN PHYSICIAN HOLDINGS, LLC | QUEST HEALTHCARE SOL | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 05/17/2022 | PETITION DATE |
| 40 | APP OF FLORIDA ED, LLC | SCRIBE SOS LLC | SCRIBE SERVICES AGREEMENT DTD 11/11/2021 | PETITION DATE |
| 41 | ALIGN, M.D., PLLC | SCRIBEAMERICA LLC | SERVICE LOCATION ADDENDUM DTD 1/20/2014 | PETITION DATE |
| 42 | ALIGN, M.D., PLLC | SCRIBEAMERICA LLC | SERVICE LOCATION AGREEMENT DTD 08/20/2019 | PETITION DATE |
| 43 | ALIGN, M.D., PLLC | SCRIBEAMERICA LLC | SERVICES AGREEMENT DTD 8/20/2019 | PETITION DATE |
| 44 | AMERICAN PHYSICIAN HOLDINGS, LLC | SCRIBEAMERICA LLC | SERVICE LOCATION ADDENDUM DTD 8/20/2019 | PETITION DATE |
| 45 | AMERICAN PHYSICIAN HOLDINGS, LLC | SCRIBEAMERICA LLC | SERVICE LOCATION AGREEMENT DTD 08/20/2019 | PETITION DATE |
| 46 | AMERICAN PHYSICIAN HOLDINGS, LLC | SCRIBEAMERICA LLC | SERVICES AGREEMENT DTD 8/20/2019 | PETITION DATE |
| 47 | AMERICAN PHYSICIAN HOLDINGS, LLC | SCRIBEAMERICA LLC | TELESCRIBE SERVICES AGREEMENT DTD 04/15/2020 | PETITION DATE |
| 48 | EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC | SCRIBEAMERICA LLC | SERVICES AGREEMENT DTD 8/20/2019 | PETITION DATE |
| 49 | PROGRESSIVE MEDICAL ASSOCIATES, LLC | SCRIBES 4 DOCTORS LLC | MEDICAL SCRIBE SERVICES AGREEMENT DTD 09/01/2014 | PETITION DATE |
| 50 | AMERICAN PHYSICIAN PARTNERS, LLC | STAFF CARE INC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 08/14/2018 | PETITION DATE |
| 51 | AMERICAN PHYSICIAN HOLDINGS, LLC | SUMO MEDICAL STAFFING | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 08/11/2022 | PETITION DATE |
| 52 | AMERICAN PHYSICIAN PARTNERS, LLC | SYCAMORE PHYSICIAN CONTRACTING LLC | PHYSICIAN STAFFING AGREEMENT DTD 2/19/2021 | PETITION DATE |
| 53 | APP MDPARTNERS, PLLC | SYCAMORE PHYSICIAN CONTRACTING LLC | CONFIRMATION DETAILS LETTER DTD 3/6/2020 | PETITION DATE |
| 54 | AMERICAN PHYSICIAN PARTNERS, LLC | VISTA STAFFING SOLUTIONS INC | AGREEMENT FOR PROFFESSIONAL SERVICES DTD 8/30/2018 | PETITION DATE |
| 55 | AMERICAN PHYSICIAN PARTNERS, LLC | WEATHERBY HEALTHCARE | NOTICE OF PRIOR KNOWLEDGE LETTER DTD 6/6/2022 | PETITION DATE |
| 56 | AMERICAN PHYSICIAN HOLDINGS, LLC | WEATHERBY LOCUMS INC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 05/12/2022 | PETITION DATE |
| 57 | AMERICAN PHYSICIAN HOLDINGS, LLC | WEATHERBY LOCUMS INC | AGREEMENT FOR LOCUM TENENS COVERAGE DTD 06/02/2022 | PETITION DATE |