# SCHEDULE 1

## Contracts

**SCHEDULE 1**
**CONTRACTS**

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 1 | AMERICAN PHYSICIAN PARTNERS, LLC | BBE BETTER BUSINESS SOLUTIONS | EQUIPMENT LEASE RE LEASE OF SHARP MODEL 3571; SERIAL #95096380 | PETITION DATE |
| 2 | AMERICAN PHYSICIAN PARTNERS, LLC | BBE BETTER BUSINESS SOLUTIONS | EQUIPMENT LEASE RE LEASE OF SHARP MODEL 6070, SERIAL #85121766 | PETITION DATE |
| 4 | AMERICAN PHYSICIAN PARTNERS, LLC | BBE BETTER BUSINESS SOLUTIONS | EQUIPMENT LEASE RE LEASE OF SHARP MODEL 6071, SERIAL #13014363 & SHARP 3571, SERIAL 13027495, 15110485, 1E019895 | PETITION DATE |
| 5 | AMERICAN PHYSICIAN PARTNERS, LLC | CANON | EQUIPMENT LEASE CANON IR400IF SERIAL # QLA21379 | PETITION DATE |
| 6 | AMERICAN PHYSICIAN PARTNERS, LLC | CANON | EQUIPMENT LEASE CANON IRC5235A SERIAL # RRB23942 | PETITION DATE |
| 7 | AMERICAN PHYSICIAN PARTNERS, LLC | FUTURE BUSINESS SOLUTIONS INC | EQUIPMENT LEASE SHARP MX-2640N SERIAL # 35047091 | PETITION DATE |
| 8 | AMERICAN PHYSICIAN PARTNERS, LLC | WELLS FARGO FINANCIAL LEASING, INC. | EQUIPMENT LEASE RE LEASE # 450-0070414-000, 450-9679217-005, 450-9679217-006, 450-9679217-003 SERIAL #13014363 | PETITION DATE |
| 9 | AMERICAN PHYSICIAN PARTNERS, LLC | WELLS FARGO FINANCIAL LEASING, INC. | EQUIPMENT LEASE RE LEASE # 450-0070414-000, 450-9679217-005, 450-9679217-006, 450-9679217-003 SERIAL #35047091 | PETITION DATE |
| 10 | AMERICAN PHYSICIAN PARTNERS, LLC | XMC | EQUIPMENT LEASE XEROX WORKCENTRE 7845 | PETITION DATE |