# SCHEDULE 1

**Leases**

**SCHEDULE 1**
**LEASES**

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 1 | AMERICAN PHYSICIAN PARTNERS, LLC | CARLSBAD COPPERSTONE LLC | RESIDENTIAL RENTAL AGREEMENT DTD 4/1/2022 RE: 1101 CALLAWAY, #906, CARLSBAD NM 88220 | PETITION DATE |
| 2 | AMERICAN PHYSICIAN PARTNERS, LLC | CARLSBAD COPPERSTONE LLC | RESIDENTIAL RENTAL AGREEMENT DTD 4/1/2022 RE: 1101 CALLAWAY, #903, CARLSBAD NM 88220 | PETITION DATE |
| 3 | AMERICAN PHYSICIAN PARTNERS, LLC | CARLSBAD COPPERSTONE LLC | RESIDENTIAL RENTAL AGREEMENT DTD 4/1/2022 RE: 1101 CALLAWAY, #502, CARLSBAD NM 88220 | PETITION DATE |
| 4 | AMERICAN PHYSICIAN PARTNERS, LLC | CARLSBAD COPPERSTONE LLC | RESIDENTIAL RENTAL AGREEMENT DTD 4/1/2022 RE: 1101 CALLAWAY, #1604, CARLSBAD NM 88220 | PETITION DATE |
| 5 | TRUEPARTNERS COMANCHE EMERGENCY SPECIALISTS LCC | FLATS AT MAC LLC, THE | APARTMENT LEAES CONTRACT DTD 6/26/2023 RE: 3502 E GORE BLVD, APT 4302, LAWTON OK 73501 | PETITION DATE |
| 6 | DEGARA, P.L.L.C. | HUTCHINSON INVESTMENTS CO INC | PROPERTY LEASE DTD 7/27/2016 | PETITION DATE |
| 7 | DEGARA, P.L.L.C. | HUTCHINSON INVESTMENTS CO LLC | LEASE DTD 7/27/2016 RE: 5826 DIXIE HWY, WATERFORD MI 48329 | PETITION DATE |
| 8 | DEGARA, P.L.L.C. | HUTCHINSON INVESTMENTS CO LLC | LEASE DTD 9/1/2019 RE: 5826 DIXIE HWY, WATERFORD MI 48329 | PETITION DATE |
| 9 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | LHRET ASCENSION SW MICHIGAN LLC | PROPERTY LEASE AGREEMENT DTD 11/01/2007 RE: MEDICAL SPECIALTIES BLDG, 1535 GULL RD, STE 015, KALAMAZOO, MI 49048 | PETITION DATE |
| 10 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | LILLBRIDGE A VENTAS COMPANY | LEASE RENEWAL PROPOSAL DTD 8/20/2020 RE: MEDICAL SPECIALTIES BLDG, 1535 GULL RD, STE 015, KALAMAZOO, MI 49048 | PETITION DATE |
| 11 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | LILLBRIDGE A VENTAS COMPANY | OFFICE RENT INCREASE DTD 11/1/2017 | PETITION DATE |
| 12 | AMERICAN PHYSICIAN PARTNERS, LLC | SUNSET DEVELOPMENT LLC | LEASE AGREEMENT DTD 8/8/2018 RE: 208 SUNSET DR, STE 220, JOHNSON CITY, TN 37604 | PETITION DATE |
| 13 | APP OF ARIZONA ED, LLC | VTR DESERT SAMARITHAN LLC | DESERT MEDICAL PLAZA LEASE DTD 3/9/2019 RE: 1450 S DODSON RD, STE A203, MESA, AZ 85202 | PETITION DATE |
| 14 | APP OF ARIZONA ED, LLC | VTR DESERT SAMARITHAN LLC | PROPERTY LEASE AGREEMENT DTD 03/09/2019 RE: 1450 S DODSON RD, STE A203, MESA, AZ 85202 | PETITION DATE |
| 15 | APP OF ARIZONA ED, LLC | VTR DESERT SAMARITHAN LLC | LEASE RENEWAL PROPOSAL DTD 4/6/2022 RE: 1450 S DODSON RD, STE A203, MESA, AZ 85202 | PETITION DATE |