# SCHEDULE 1

**Contracts**

**SCHEDULE 1**
**CONTRACTS**

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 1 | AMERICAN PHYSICIAN PARTNERS, LLC | 8X8 INC | SERVICE AGREEMENT | PETITION DATE |
| 2 | AMERICAN PHYSICIAN PARTNERS, LLC | ADP LLC | MAJOR ACCOUNTS AGREEMENT DTD 02/04/2015 | PETITION DATE |
| 3 | AMERICAN PHYSICIAN PARTNERS, LLC | AMA HEALTH INFORMATION SOLUTIONS INC | DATA EXCHANGE AGREEMENT FOR THE AMA PHYSICIAN PROFESSIONAL DATA DTD 06/26/2020 | PETITION DATE |
| 4 | AMERICAN PHYSICIAN PARTNERS, LLC | AMA HEALTH INFORMATION SOLUTIONS INC | HEALTH CARE PROVIDER LICENSE AGREEMENT DTD 10/12/2020 | PETITION DATE |
| 6 | AMERICAN PHYSICIAN PARTNERS, LLC | AMA HEALTH INFORMATION SOLUTIONS INC | HEALTH CARE PROVIDER LICENSE AGREEMENT DTD 12/01/2020 | PETITION DATE |
| 7 | AMERICAN PHYSICIAN PARTNERS, LLC | AMERICAN MEDICAL ASSOCIATION | CREDENTIALING SERVICES ORDER #3428173 | PETITION DATE |
| 8 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | APOGEE INFORMIATICS CORP | NETWORK MASTER SUBSCRIPTION AGREEMENT DTD 08/15/2019 | PETITION DATE |
| 9 | APP OF TENNESSEE HM, PLLC | APP OF EAST TENNESSEE HM PLLC | EMPLOYEE LEASING AGREEMENT | PETITION DATE |
| 10 | APP OF EAST TENNESSEE HM, PLLC | APP OF TENNESSEE HM PLLC | EMPLOYEE LEASING AGREEMENT | PETITION DATE |
| 11 | ACUTE CARE SPECIALIST, LLC | AUSTIN COLLEGE | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 12 | APPTEXASED, PLLC | AUSTIN COLLEGE | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 13 | TRUEPARTNERS COMANCHE EMERGENCY SPECIALISTS LCC | AUSTIN COLLEGE | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 14 | TRUEPARTNERS NORTHWEST EMERGENCY ASSOCIATES, PLLC | AUSTIN COLLEGE | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 15 | APP OF TENNESSEE ED, PLLC | BELMONT UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 04/26/2019 | PETITION DATE |
| 16 | APP OF TENNESSEE HM, PLLC | BELMONT UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 04/26/2019 | PETITION DATE |
| 17 | APP OF TENNESSEE ED, PLLC | BETHEL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 11/01/2021 | PETITION DATE |
| 18 | APP OF TENNESSEE ED, PLLC | BETHEL UNIVERSITY | PROVIDER EMPLOYMENT AGREEMENT | PETITION DATE |
| 19 | APP OF TENNESSEE HM, PLLC | BETHEL UNIVERSITY | PROVIDER EMPLOYMENT AGREEMENT | PETITION DATE |
| 20 | AMERICAN PHYSICIAN PARTNERS, LLC | BETHEL UNIVERSITY PHYSICIAN ASSISTANT PROGRAM | AFFILIATION AGREEMENT | PETITION DATE |
| 21 | AMERICAN PHYSICIAN PARTNERS, LLC | BETHEL UNIVERSITY PHYSICIAN ASSISTANT PROGRAM | AFFILIATION AGREEMENT DTD 5/24/2018 | PETITION DATE |
| 22 | APP OF KENTUCKY ED, PLLC | BETHEL UNIVERSITY PHYSICIAN ASSISTANT PROGRAM | AFFILIATION AGREEMENT DTD 5/29/2018 | PETITION DATE |
| 23 | AMERICAN PHYSICIAN PARTNERS, LLC | BETTINGER STIMLER & ASSOCIATES LLC | PROPOSAL TO PROVIDE AN EMERGENCY DEPT RECORD CODING COMPLIANCE AND PROVIDER DOCUMENTATION AUDIT | PETITION DATE |
| 24 | AMERICAN PHYSICIAN PARTNERS, LLC | BIRCH GROVE SOFTWARE INC | ACTIVTRAK SOFTWARE USAGE ANNUAL PLAN | PETITION DATE |
| 25 | AMERICAN PHYSICIAN PARTNERS, LLC | BMC GROUP VDR, LLC | SMARTROOM SERVICE AGREEMENT DTD 06/10/2023 | PETITION DATE |
| 26 | APP OF SOUTH CAROLINA ED, PLLC | BOARD OF TTEES-EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 11/15/2017 | PETITION DATE |
| 27 | APP OF SOUTH CAROLINA HM, PLLC | BOARD OF TTEES-EDWARD VIA COLLEGE OF OSTEOPATHIC MEDICINE | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 11/15/2017 | PETITION DATE |
| 28 | AMERICAN PHYSICIAN PARTNERS, LLC | BOARD OF TTEES-UNIVERSITY OF ALABAMA | CLINICAL EXPERIENCE AGREEMENT DTD 1/25/2018 | PETITION DATE |
| 29 | APP OF ALABAMA ED, LLC | BOARD OF TTEES-UNIVERSITY OF ALABAMA | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 09/15/2017 | PETITION DATE |
| 30 | AMERICAN PHYSICIAN PARTNERS, LLC | BRENTWOOD CAPITAL ADVISORS LLC | ENGAGEMENT LETTER DTD 11/26/2014 | PETITION DATE |
| 31 | AMERICAN PHYSICIAN PARTNERS, LLC | BRENTWOOD CAPITAL ADVISORS LLC | ENGAGEMENT LETTER DTD 2/10/2022 | PETITION DATE |
| 32 | AMERICAN PHYSICIAN PARTNERS, LLC | BRIGHTHAWK LLC | CORRESPONDENCE LETTER DTD 2/25/2021 | PETITION DATE |
| 33 | AMERICAN PHYSICIAN PARTNERS, LLC | BULLHORN | CONTRACT RENEWAL INFORMATION DTD 10/30/2018 | PETITION DATE |
| 34 | AMERICAN PHYSICIAN PARTNERS, LLC | BULLHORN | CONTRACT RENEWAL INFORMATION DTD 10/31/2017 | PETITION DATE |
| 35 | AMERICAN PHYSICIAN PARTNERS, LLC | BULLHORN INC | MASTER SUBSCRIPTION AGREEMENT | PETITION DATE |
| 36 | AMERICAN PHYSICIAN PARTNERS, LLC | BULLHORN INC | MASTER SUBSCRIPTION AGREEMENT DTD 12/29/2016 | PETITION DATE |
| 37 | APP OF NEW MEXICO ED, PLLC | BURRELL COLLEGE OF OSTEOPATHIC MEDICINE | CLINICAL AFFILIATION AGREEMENT DTD 4/2019 | PETITION DATE |
| 38 | APP OF NEW MEXICO ED, PLLC | BURRELL COLLEGE OF OSTEOPATHIC MEDICINE | CLINICAL AFFILIATION AGREEMENT DTD 4/24/2019 | PETITION DATE |
| 39 | APP OF TENNESSEE ED, PLLC | BUTLER UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 09/30/2019 | PETITION DATE |
| 40 | AMERICAN PHYSICIAN PARTNERS, LLC | CARSON-NEWMAN UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 41 | AMERICAN PHYSICIAN PARTNERS, LLC | CB SERVICES INC | COLLECTION AGREEMENT | PETITION DATE |
| 42 | AMERICAN PHYSICIAN PARTNERS, LLC | CB SERVICES INC | CREDIT BUSINESS SERVICES | PETITION DATE |
| 43 | AMERICAN PHYSICIAN PARTNERS, LLC | COMCAST BUSINESS | COMCAST BUSINESS SERVICE ORDER AGREEMENT (ORDER # OID-0008184715) | PETITION DATE |
| 44 | AMERICAN PHYSICIAN PARTNERS, LLC | COMPLIANCELINC LLC | SERVICES AGREEMENT DTD 08/20/2015 | PETITION DATE |
| 45 | AMERICAN PHYSICIAN PARTNERS, LLC | COMPLIANCELINE LLC | COMPLIANCE AGREEEMENT | PETITION DATE |
| 46 | AMERICAN PHYSICIAN PARTNERS, LLC | CONTRACTS 365 INC | CONTRACTS 365 SERVICE AGREEMENT | PETITION DATE |
| 47 | AMERICAN PHYSICIAN PARTNERS, LLC | CONTRACTS 365 INC | CONTRACTS 365 SERVICE AGREEMENT DTD 06/27/2022 | PETITION DATE |
| 48 | AMERICAN PHYSICIAN PARTNERS, LLC | CONTRACTS 365 INC | SOFTWARE SOLUTION PROPOSAL DTD 6/6/2022 | PETITION DATE |
| 49 | AMERICAN PHYSICIAN PARTNERS, LLC | CONTRACTS 365 INC | STATEMENT OF WORK DTD 06/27/2022 | PETITION DATE |
| 50 | AMERICAN PHYSICIAN PARTNERS, LLC | CONTRACTS 365, INC. | CONTRACTS 365 SERVICE AGREEMENT | PETITION DATE |
| 51 | AMERICAN PHYSICIAN PARTNERS, LLC | CONVERGEPOINT | LICENSING AGREEMENT # CP-0621-1400 | PETITION DATE |
| 52 | APP OF SOUTHERN ARIZONA ED, LLC | COPPERSMITH BROCKELMAN PLC | AGREEMENT FOR LEGAL SERVICES DTD 1/27/2023 | PETITION DATE |
| 53 | APP OF SOUTHERN ARIZONA ED, LLC | COPPERSMITH BROCKELMAN PLC | ENGAGEMENT LETTER DTD 1/27/2023 | PETITION DATE |
| 54 | AMERICAN PHYSICIAN PARTNERS, LLC | COX BUSINESS | COMMERCIAL SERVICES AGREEMENT DTD 03/01/2019 | PETITION DATE |
| 55 | AMERICAN PHYSICIAN HOLDINGS, LLC | CROWE LLP | MASTER SERVICES AND SOFTWARE AS A SERVICE AGREEMENT DTD 04/01/2023 | PETITION DATE |
| 56 | AMERICAN PHYSICIAN PARTNERS, LLC | CROWE LLP | MASTER SERVICES AND SOFTWARE AS A SERVICE AGREEMENT DTD 4/1/2023 | PETITION DATE |
| 57 | AMERICAN PHYSICIAN PARTNERS, LLC | CROWE LLP | MASTER SERVICES AND SOFTWARE AS A SERVICE AGREEMENT VENDOR CONTRACT ISSUES LIST DTD 3/10/2023 | PETITION DATE |
| 58 | AMERICAN PHYSICIAN PARTNERS, LLC | DEFINITIVE HEALTHCARE LLC | LICENSING AGREEMENT DTD 5/25/2017 | PETITION DATE |
| 59 | AMERICAN PHYSICIAN PARTNERS, LLC | DOCUSIGN INC. | DOCUSIGN BUSINESS PRO EDITION SERVICE AND SUPPORT AGREEMENT | PETITION DATE |
| 60 | AMERICAN PHYSICIAN PARTNERS, LLC | DOUBLE D HOLDINGS INC | NON-EXCLUSIVE AIRCRAFT LEASE AGREEMENT DTD 06/04/2021 | PETITION DATE |

**SCHEDULE 1
CONTRACTS**

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 61 | AMERICAN PHYSICIAN PARTNERS, LLC | DOXIMITY INC | TALENT FINDER AGREEMENT | PETITION DATE |
| 62 | AMERICAN PHYSICIAN PARTNERS, LLC | DOXIMITY INC | TALENT FINDER AGREEMENT DTD 07/01/2020 | PETITION DATE |
| 63 | AMERICAN PHYSICIAN PARTNERS, LLC | DYNAMICS ATS | DYNAMICS 365 ENTERPRISE - CRM ATS FOR SALES AND RECRUITING ANNUAL SUBSCRIPTION | PETITION DATE |
| 64 | AMERICAN PHYSICIAN PARTNERS, LLC | ECHO INC | MASTER SERVICES AGREEMENT DTD 05/05/2017 | PETITION DATE |
| 65 | AMERICAN PHYSICIAN PARTNERS, LLC | ECHO INC. | MASTER SERVICES AGREEMENT | PETITION DATE |
| 66 | AMERICAN PHYSICIAN HOLDINGS, LLC | EFFICIENCY BILLING SERVICES INC | CONTRACTUAL AGREEMENT FOR PRE COLLECTIONS 2017 | PETITION DATE |
| 67 | APP OF FLORIDA ED, LLC | ELON UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 68 | AMERICAN PHYSICIAN PARTNERS, LLC | EVERYDAY HEALTH MEDIA LLC | PURCHASE AGREEMENT DTD 12/18/2020 | PETITION DATE |
| 69 | AMERICAN PHYSICIAN PARTNERS, LLC | EXECUTIVE AIR EXPRESS INC | PILOT SERVICES AGREEMENT DTD 06/04/2021 | PETITION DATE |
| 70 | AMERICAN PHYSICIAN PARTNERS, LLC | FAIRFIELD BY MARRIOTT GALLUP | 2021 CORPORATE RATE AGREEMENT | PETITION DATE |
| 71 | APP OF TENNESSEE ED, PLLC | FAULKNER UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 72 | AMERICAN PHYSICIAN PARTNERS, LLC | FIND GREAT PEOPLE LLC | BUSINESS DEVELOPMENT AGREEMENT | PETITION DATE |
| 73 | AMERICAN PHYSICIAN PARTNERS, LLC | FIND GREAT PEOPLE LLC | PROFESSIONAL SERVICES AGREEMENT | PETITION DATE |
| 74 | APP OF TENNESSEE ED, PLLC | FRONTIER NURSING UNIVERSITY INC | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 75 | APP OF TENNESSEE ED, PLLC | FRONTIER NURSING UNIVERSITY INC | NON EXCLUSIVE STUDENT AFFILIATION AGREEMENT DTD 07/01/2021 | PETITION DATE |
| 76 | AMERICAN PHYSICIAN PARTNERS, LLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 77 | APP MANAGEMENT CO., LLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 78 | APP MDPARTNERS, PLLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 79 | APP OF ALABAMA ED, LLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 80 | APP OF ARKANSAS ED, PLLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 81 | APP OF ILLINOIS ED, PLLC | GENERAL INFORMATION SERVICES INC | EMPLOYER SERVICE AGREEMENT | PETITION DATE |
| 82 | AMERICAN PHYSICIAN PARTNERS, LLC | GHALLAGER BENEFIT SERVICES INC | CUSTOMER AGREEMENT | PETITION DATE |
| 83 | AMERICAN PHYSICIAN PARTNERS, LLC | GOTTLIEB LLC | BILLING SERVICES AGREEMENT DTD 09/01/2017 | PETITION DATE |
| 84 | APP OF MICHIGAN ED, PLLC | GRAND VALLEY STATE UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 85 | PROGRESSIVE MEDICAL ASSOCIATES, LLC | GROUPMSO LLC | BILLING SERVICE AGREEMENT DTD 10/1/1999 | PETITION DATE |
| 86 | EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC | HOUSTON METHODIST HOSPITAL | AAMC UNIFORM CLINICAL TRAINING AFFILIATION AGREEMENT - IMPLEMENTATION LETTER DTD 06/01/2019 | PETITION DATE |
| 87 | EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC | HOUSTON METHODIST HOSPITAL | AAMC UNIFORM CLINICAL TRAINING AFFILIATION AGREEMENT - IMPLEMENTATION LETTER DTD 06/01/2020 | PETITION DATE |
| 88 | AMERICAN PHYSICIAN PARTNERS, LLC | HUB INTERNATIONAL CAROLINAS | CERTIFICATE OF LIABILITY INSURANCE DTD 2/28/2022 | PETITION DATE |
| 89 | AMERICAN PHYSICIAN PARTNERS, LLC | HUBSPOT INC. | SUBSCRIPTION SERVICES AGREEMENT | PETITION DATE |
| 90 | AMERICAN PHYSICIAN PARTNERS, LLC | INTERCARE HOLDINGS INSURANCE SERVICES INC | SERVICE AGREEMENT DTD 04/01/2023 | PETITION DATE |
| 91 | AMERICAN PHYSICIAN PARTNERS, LLC | JACKSON LEWIS PC | BUSINESS ASSOCIATE AGREEMENT DTD 04/04/2022 | PETITION DATE |
| 92 | AMERICAN PHYSICIAN PARTNERS, LLC | JEFFERIES LLC | ENGAGEMENT LETTER DTD 4/7/2022 | PETITION DATE |
| 93 | AMERICAN PHYSICIAN PARTNERS, LLC | JETWAY INC | NEXTRAVEL SERVICE AGREEMENT DTD 07/01/2019 | PETITION DATE |
| 94 | APP OF EAST TENNESSEE ED, PLLC | KING UNIVERSITY OF BRISTOL, TN | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 03/21/2022 | PETITION DATE |
| 95 | AMERICAN PHYSICIAN PARTNERS, LLC | LATTIMORE BLACK MORGAN & CAIN PC | ENGAGEMENT LETTER DTD 5/6/2015 | PETITION DATE |
| 96 | APP OF TENNESSEE ED, PLLC | LEWIS THOMASON PC | TERMS OF ENGAGEMENT DTD 5/16/2022 | PETITION DATE |
| 97 | APP OF TENNESSEE ED, PLLC | LINCOLN MEMORIAL UNIVERSITY | AMENDMENT #1 TO PROVIDER EMPLOYMENT AGREEMENT DTD 03/21/2022 | PETITION DATE |
| 98 | APP OF TENNESSEE ED, PLLC | LINCOLN MEMORIAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 06/17/2020 | PETITION DATE |
| 99 | APP OF TENNESSEE ED, PLLC | LINCOLN MEMORIAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/15/2019 | PETITION DATE |
| 100 | APP OF TENNESSEE ED, PLLC | LINCOLN MEMORIAL UNIVERSITY | PROVIDER EMPLOYMENT AGREEMENT DTD 08/11/2020 | PETITION DATE |
| 101 | APP OF TENNESSEE HM, PLLC | LINCOLN MEMORIAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 02/01/2022 | PETITION DATE |
| 102 | APP OF TENNESSEE HM, PLLC | LINCOLN MEMORIAL UNIVERSITY | PROVIDER EMPLOYMENT AGREEMENT DTD 08/11/2020 | PETITION DATE |
| 103 | AMERICAN PHYSICIAN PARTNERS, LLC | LINKEDIN CORPORATION | PURCHASE ORDER #CS5920407-19 | PETITION DATE |
| 104 | AMERICAN PHYSICIAN PARTNERS, LLC | LINKEDIN CORPORATION | PURCHASE ORDER #CS7144818-20 | PETITION DATE |
| 105 | APP OF TENNESSEE ED, PLLC | LIPSCOMB UNIVERSITY | CLINICAL AFFILIATION AGREEMENT | PETITION DATE |
| 106 | APP OF TENNESSEE ED, PLLC | LIPSCOMB UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 01/01/2020 | PETITION DATE |
| 107 | AMERICAN PHYSICIAN PARTNERS, LLC | MARWOOD GROUP ADVISORY LLC | LETTER AGREEMENT DTD 6/23/2022 | PETITION DATE |
| 108 | TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC | MATRIX PULMONARY PA | INTENSIVE CARE UNIT AGREEMENT DTD 02/03/2020 | PETITION DATE |
| 109 | TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC | MATRIX PULMONARY PA | INTENSIVE CARE UNIT AGREEMENT DTD 1/27/2020 | PETITION DATE |
| 110 | AMERICAN PHYSICIAN PARTNERS, LLC | MDSAVE INC | PROVIDER AGREEMENT | PETITION DATE |
| 111 | EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC | MEDISERV MEDICAL INFORMATION SERVICES LTD | SERVICE AGREEMENT DTD 02/19/2004 | PETITION DATE |
| 112 | AMERICAN PHYSICIAN HOLDINGS, LLC | METROPOLIS | TERMS OF SERVICE AND USE POLICY | PETITION DATE |
| 113 | APP OF TENNESSEE ED, PLLC | MIDDLE TENNESSEE STATE UNIVERSITY | CLINICAL AFFILIATION AGREEMENT | PETITION DATE |
| 114 | APP OF TENNESSEE ED, PLLC | MIDDLE TENNESSEE STATE UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/01/2023 | PETITION DATE |
| 115 | APP OF TENNESSEE HM, PLLC | MIDDLE TENNESSEE STATE UNIVERSITY | CLINICAL AFFILIATION AGREEMENT | PETITION DATE |
| 116 | APP OF TENNESSEE HM, PLLC | MIDDLE TENNESSEE STATE UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/31/2023 | PETITION DATE |
| 117 | APP OF INDIANA ED, PLLC | MIDWESTERN UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 12/19/2022 | PETITION DATE |
| 118 | APP OF SOUTHERN ARIZONA ED, LLC | MIDWESTERN UNIVERSITY | CERTIFICATE OF LIABILITY INSURANCE DTD 12/14/2021 | PETITION DATE |
| 119 | APP OF SOUTHERN ARIZONA ED, LLC | MIDWESTERN UNIVERSITY | CERTIFICATE OF LIABILITY INSURANCE DTD 12/14/2022 | PETITION DATE |

SCHEDULE 1
CONTRACTS

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 120 | APP OF SOUTHERN ARIZONA ED, LLC | MIDWESTERN UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/01/2021 | PETITION DATE |
| 121 | APP OF SOUTHERN ARIZONA ED, LLC | MIDWESTERN UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 10/01/2021 | PETITION DATE |
| 122 | PROGRESSIVE MEDICAL ASSOCIATES, LLC | MIDWESTERN UNIVERSITY | 1ST AMENDMENT TO GROUP PRECEPTORSHIP AGREEMENT DTD 02/01/2019 | PETITION DATE |
| 123 | PROGRESSIVE MEDICAL ASSOCIATES, LLC | MIDWESTERN UNIVERSITY | GROUP PRECEPTORSHIP AGREEMENT DTD 10/01/2018 | PETITION DATE |
| 124 | APP OF TENNESSEE ED, PLLC | MILLIGAN COLLEGE PA PROGRAM | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/19/2019 | PETITION DATE |
| 125 | AMERICAN PHYSICIAN HOLDINGS, LLC | MINGLE HEALTHCARE SOLUTIONS INC | SERVICE AGREEMENT | PETITION DATE |
| 126 | AMERICAN PHYSICIAN PARTNERS, LLC | MINGLE HEALTHCARE SOLUTIONS INC | SOW QUALITY MANAGEMENT DTD 12/21/2022 | PETITION DATE |
| 127 | AMERICAN PHYSICIAN HOLDINGS, LLC | MOSAIC CONSULTING GROUP | MASTER SERVICES AGREEMENT | PETITION DATE |
| 128 | AMERICAN PHYSICIAN PARTNERS, LLC | NAPHCARE INC | INPATIENT AND OUTPATIENT SUBCONTRACT AGREEMENT DTD 1/19/2022 | PETITION DATE |
| 129 | AMERICAN PHYSICIAN HOLDINGS, LLC | NEWTEK MERCHANT SOLUTIONS LLC | AMENDMENT #1 TO MERCHANT PROCESSING AGREEMENT | PETITION DATE |
| 130 | AMERICAN PHYSICIAN PARTNERS, LLC | NEWTEK MERCHANT SOLUTIONS LLC | MERCHANT PROCESSING AGREEMENT | PETITION DATE |
| 131 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | NUVIEW TELEHEALTH LLC | 1ST AMENDMENT TO SERVICES AGREEMENT DTD 2/6/2020 | PETITION DATE |
| 132 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | NUVIEW TELEHEALTH LLC | ANNUAL CONSUMER PRICE INDEX CHANGE ORDER NOTICE DTD 7/1/2021 | PETITION DATE |
| 133 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | NUVIEW TELEHEALTH LLC | SERVICES AGREEMENT AND STATEMENT OF WORK DTD 8/30/2019 | PETITION DATE |
| 134 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | NUVIEW TELEHEALTH LLC | STATEMENT OF WORK (TELEICU SERVICES) DTD 08/30/2019 | PETITION DATE |
| 135 | TRUEPARTNERS EMERGENCY PHYSICIANS LLC | NUVIEW TELEHEALTH LLC | TELEINTENSIVISIT SERVICES AGREEMENT DTD 08/30/2019 | PETITION DATE |
| 136 | TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC | NUVIEW TELEHEALTH LLC | 1ST AMENDMENT TO SERVICES AGREEMENT DTD 2/6/2020 | PETITION DATE |
| 137 | TRUEPARTNERS LAKEWOOD INPATIENT SPECIALISTS LCC | NUVIEW TELEHEALTH LLC | SERVICES AGREEMENT AND STATEMENT OF WORK DTD 8/30/2019 | PETITION DATE |
| 138 | TEXOMA EMERGENCY PHYSICIANS, PLLC | OFFICE OF MANAGEMENT & ENTERPRISE SERVICES | INDEPENDENT HEALTH ORGANIZATION CONTRACT DTD 05/09/2022 | PETITION DATE |
| 139 | AMERICAN PHYSICIAN PARTNERS, LLC | OKTA INC | API PRODUCTS ENTERPRISE AND MANAGEMENT | PETITION DATE |
| 140 | AMERICAN PHYSICIAN PARTNERS, LLC | OKTA INC | ORDER FORM - QUOTE Q-462945 | PETITION DATE |
| 141 | AMERICAN PHYSICIAN PARTNERS, LLC | OPEN TEXT INC | BUSINESS ASSOCIATE AGREEMENT DTD 02/26/2020 | PETITION DATE |
| 142 | AMERICAN PHYSICIAN PARTNERS, LLC | PEAKE SOFTWARE LABS LLC | SUBSCRIPTION AGREEMENT DTD 03/13/2017 | PETITION DATE |
| 143 | AMERICAN PHYSICIAN HOLDINGS, LLC | PRACTICE SUPPORT RESOURCES LLC | PRACTICE MANAGEMENT AGREEMENT | PETITION DATE |
| 144 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 10/30/2020 | PETITION DATE |
| 145 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 4/30/2021 | PETITION DATE |
| 146 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 5/18/2020 | PETITION DATE |
| 147 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | NOTICE OF CHANGE IN SCOPE OF SERVICES DTD 5/3/2021 | PETITION DATE |
| 148 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | PRACTICE MANAGEMENT AGREEMENT DTD 05/30/2019 | PETITION DATE |
| 149 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICE SUPPORT RESOURCES LLC | SURVEY SERVICES LETTER AGREEMENT DTD 1/26/2021 | PETITION DATE |
| 150 | AMERICAN PHYSICIAN PARTNERS, LLC | PRACTICEMATCH CORPORATION | LICENSE AGREEMENT DTD 9/20/2019 | PETITION DATE |
| 151 | PROGRESSIVE MEDICAL ASSOCIATES, LLC | PRACTICEMAX INC | SERVICE AGREEMENT DTD 07/01/2010 | PETITION DATE |
| 152 | AMERICAN PHYSICIAN PARTNERS, LLC | PRAXI PHYSICIAN MANAGEMENT LLC | PRACTICE MANAGEMENT AGREEMENT DTD 01/11/2021 | PETITION DATE |
| 153 | AMERICAN PHYSICIAN PARTNERS, LLC | PRAXI PHYSICIAN MANAGEMENT LLC | PRACTICE MANAGEMENT SERVICES AGREEMENT DTD 01/11/2021 | PETITION DATE |
| 154 | AMERICAN PHYSICIAN PARTNERS, LLC | PRAXI PHYSICIAN MANAGEMENT LLC | PRACTICE MANAGEMENT SERVICES AGREEMENT DTD 05/26/2020 | PETITION DATE |
| 155 | AMERICAN PHYSICIAN PARTNERS, LLC | PROVIDERTRUST INC | MONITERING SERVICES MASTER SERVICES AGREEMENT DTD 11/19/2019 | PETITION DATE |
| 156 | AMERICAN PHYSICIAN PARTNERS, LLC | PROVIDERTRUST INC | MONITORING SERVICES AGREEMENT DTD 04/28/2016 | PETITION DATE |
| 157 | AMERICAN PHYSICIAN PARTNERS, LLC | PROVISIONS GROUP LLC | CONSULTING MASTER SERVICE AGREEMENT DTD 08/24/2023 | PETITION DATE |
| 158 | AMERICAN PHYSICIAN PARTNERS, LLC | QGENDA LLC | DATA TRANSFER AGREEMENT | PETITION DATE |
| 159 | AMERICAN PHYSICIAN PARTNERS, LLC | QGENDA LLC | NONDISCLOSURE AGREEMENT DTD 08/09/2022 | PETITION DATE |
| 160 | AMERICAN PHYSICIAN PARTNERS, LLC | QGENDA LLC | SOFTWARE SERVICES AGREEMENT | PETITION DATE |
| 161 | AMERICAN PHYSICIAN PARTNERS, LLC | QGENDA LLC | STATEMENT OF WORK | PETITION DATE |
| 162 | AMERICAN PHYSICIAN PARTNERS, LLC | QUEST DIAGNOSTICS CLINICAL LABORATORIES INC | SUBSTANCE ABUSE TESTING SERVICES AGREEMENT DTD 12/09/2020 | PETITION DATE |
| 163 | AMERICAN PHYSICIAN PARTNERS, LLC | REDWOOD MERCHANT SERVICES | MERCHANT PROCESSING AGREEMENT | PETITION DATE |
| 164 | AMERICAN PHYSICIAN HOLDINGS, LLC | REMEDY BPCI PARTNERS LLC | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 165 | AMERICAN PHYSICIAN HOLDINGS, LLC | REMEDY BPCI PARTNERS LLC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 166 | AMERICAN PHYSICIAN PARTNERS, LLC | REMEDY BPCI PARTNERS LLC | THE BPCIA PROGRAM ADDENDUM DTD 01/01/2021 | PETITION DATE |
| 167 | APP OF OHIO HM, PLLC | REMEDY BPCI PARTNERS LLC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 168 | APP OF OHIO HM, PLLC | REMEDY BPCI PARTNERS LLC | THE BPCIA PROGRAM ADDENDUM DTD 01/01/2021 | PETITION DATE |
| 169 | APP OF SOUTH CAROLINA HM, PLLC | REMEDY BPCI PARTNERS LLC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 170 | APP OF SOUTH CAROLINA HM, PLLC | REMEDY BPCI PARTNERS LLC | THE BPCIA PROGRAM ADDENDUM DTD 01/01/2021 | PETITION DATE |
| 171 | APP OF TENNESSEE ED, PLLC | REMEDY BPCI PARTNERS LLC | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 172 | APP OF TENNESSEE HM, PLLC | REMEDY BPCI PARTNERS LLC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 173 | APP OF TENNESSEE HM, PLLC | REMEDY BPCI PARTNERS LLC | THE BPCIA PROGRAM ADDENDUM DTD 01/01/2021 | PETITION DATE |
| 174 | AMERICAN PHYSICIAN HOLDINGS, LLC | REMEDY HOLDINGS INC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 175 | APP OF OHIO HM, PLLC | REMEDY HOLDINGS INC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 176 | APP OF SOUTH CAROLINA HM, PLLC | REMEDY HOLDINGS INC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 177 | APP OF TENNESSEE HM, PLLC | REMEDY HOLDINGS INC | MASTER PROGRAM PARTICIPATION AGREEMENT | PETITION DATE |
| 178 | APP OF NEVADA ED, PLLC | ROCKY VISTA UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 179 | APP OF TENNESSEE ED, PLLC | S.T LOUIS UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 11/11/2021 | PETITION DATE |
| 180 | AMERICAN PHYSICIAN PARTNERS, LLC | SALESFORCE INC | TABLEAU CREATOR SERVER AGREEMENT (CONTRACT # 02914051) | PETITION DATE |
| 181 | AMERICAN PHYSICIAN PARTNERS, LLC | SALESFORCE INC | TABLEAU CREATOR SERVER AGREEMENT (CONTRACT # 02914052) | PETITION DATE |
| 182 | AMERICAN PHYSICIAN PARTNERS, LLC | SALESFORCE.COM INC | ORDER FORM | PETITION DATE |
| 183 | AMERICAN PHYSICIAN PARTNERS, LLC | SEELEY LAW FIRM, THE | ENGAGEMENT FOR LEGAL SERVICES DTD 2/11/2020 | PETITION DATE |
| 184 | AMERICAN PHYSICIAN PARTNERS, LLC | SIGNAL HEALTH INC | INDEPENDENT CONTRACTOR AGREEMENT DTD 7/8/2019 | PETITION DATE |
| 185 | AMERICAN PHYSICIAN PARTNERS, LLC | SISKIND SUSSER IMMIGRATION LAWYERS | ENGAGEMENT FOR INMIGRATION LEGAL SERVICES DTD 1/30/2022 | PETITION DATE |
| 186 | APP OF TENNESSEE ED, PLLC | SOUTH COLLEGE - KNOXVILLE, TN | AGREEMENT FOR AFFILIATION DTD 8/2/2018 | PETITION DATE |
| 187 | AMERICAN PHYSICIAN PARTNERS, LLC | STAFFBASE CANADA SYSTEMS INC. | ONBOARDING SOFTWARE SUBSCRIPTION | PETITION DATE |
| 188 | AMERICAN PHYSICIAN PARTNERS, LLC | TELADOC HEALTH INC | SAAS AGREEMENT DTD 11/30/2021 | PETITION DATE |
| 189 | AMERICAN PHYSICIAN PARTNERS, LLC | TELADOC HEALTH INC | STATEMENT OF WORK PROFESSIONAL SERVICES DTD 11/11/2021 | PETITION DATE |
| 190 | APP OF TENNESSEE ED, PLLC | TENNESSEE TECHNOLOGICAL UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 12/1/2015 | PETITION DATE |
| 191 | APP OF TENNESSEE ED, PLLC | TENNESSEE TECHNOLOGICAL UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 9/7/2018 | PETITION DATE |
| 192 | APP OF TENNESSEE ED, PLLC | TENNESSEE TECHNOLOGICAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 03/01/2022 | PETITION DATE |
| 193 | APP OF TENNESSEE ED, PLLC | TENNESSEE TECHNOLOGICAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 01/15/2022 | PETITION DATE |
| 194 | APP OF TENNESSEE ED, PLLC | TENNESSEE TECHNOLOGICAL UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 03/01/2022 | PETITION DATE |
| 195 | AMERICAN PHYSICIAN HOLDINGS, LLC | TENNOVA HEALTHCARE (NORTH KNOX & TURKEY CREEK) | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 196 | APP OF TENNESSEE HM, PLLC | TENNOVA HEALTHCARE (NORTH KNOX & TURKEY CREEK) | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 197 | AMERICAN PHYSICIAN HOLDINGS, LLC | TENNOVA HEALTHCARE-CLARKSVILLE | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 198 | APP OF TENNESSEE HM, PLLC | TENNOVA HEALTHCARE-CLARKSVILLE | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 199 | AMERICAN PHYSICIAN HOLDINGS, LLC | TENNOVA HEALTHCARE-CLEVELAND | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 200 | APP OF TENNESSEE HM, PLLC | TENNOVA HEALTHCARE-CLEVELAND | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 201 | AMERICAN PHYSICIAN HOLDINGS, LLC | TENNOVA HEALTHCARE-JEFFERSON MEMORIAL HOSPITAL | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 202 | APP OF TENNESSEE HM, PLLC | TENNOVA HEALTHCARE-JEFFERSON MEMORIAL HOSPITAL | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 203 | AMERICAN PHYSICIAN HOLDINGS, LLC | TENNOVA HEALTHCARE-NEWPORT MEDICAL CENTER | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 204 | APP OF TENNESSEE ED, PLLC | TENNOVA HEALTHCARE-NEWPORT MEDICAL CENTER | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 205 | APP OF TENNESSEE HM, PLLC | TENNOVA HEALTHCARE-NEWPORT MEDICAL CENTER | BUNDLED PAYMENTS FOR CARE IMPROVEMENT ADVANCED NPRA SHARING AGREEMENT | PETITION DATE |
| 206 | EMERGIGROUP PHYSICIAN ASSOCIATES, PLLC | TEXAS A&M UNIVERSITY HEALTH SCIENCE CTR | AAMC UNIFORM CLINICAL TRAINING AFFILIATION AGREEMENT - IMPLEMENTATION LETTER DTD 06/01/2019 | PETITION DATE |
| 207 | TRUEPARTNERS NORTHWEST EMERGENCY ASSOCIATES, PLLC | TEXAS TECH UNIVERSITY | MEMORANDUM OF UNDERSTANDING AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 208 | AMERICAN PHYSICIAN PARTNERS, LLC | TRAVELPERK AMERICA INC | BUSINESS TRAVEL SERVICES AGREEMENT | PETITION DATE |
| 209 | AMERICAN PHYSICIAN PARTNERS, LLC | TREVECCA NAZARENE UNIVERSITY | AFFILIATION AGREEMENT DTD 7/31/2019 | PETITION DATE |
| 210 | AMERICAN PHYSICIAN PARTNERS, LLC | TRINE UNIVERSITY | CERTIFICATE OF LIABILITY AGREEMENT DTD 10/4/2021 | PETITION DATE |
| 211 | APP OF INDIANA ED, PLLC | TRINE UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 10/01/2021 | PETITION DATE |
| 212 | AMERICAN PHYSICIAN PARTNERS, LLC | TRIZETTO PROVIDER SOLUTIONS LLC | EDI CONSULTING AGREEMENT DTD 08/20/2019 | PETITION DATE |
| 213 | AMERICAN PHYSICIAN PARTNERS, LLC | UKG INC | MASTER SERVICES AGREEMENT DTD 05/11/2022 | PETITION DATE |
| 214 | AMERICAN PHYSICIAN PARTNERS, LLC | UKG INC | ORDER FORM DTD 05/11/2022 | PETITION DATE |
| 215 | AMERICAN PHYSICIAN PARTNERS, LLC | UNIVERSITY OF SOUTH ALABAMA | LEARNING OPPORTUNITIES AGREEMENT (JENNIFER WILLIAMS) DTD 01/07/2019 | PETITION DATE |
| 216 | AMERICAN PHYSICIAN PARTNERS, LLC | UNIVERSITY OF SOUTH ALABAMA | LEARNING OPPORTUNITIES AGREEMENT (JENNIFER WILLIAMS) DTD 08/21/2018 | PETITION DATE |
| 217 | AMERICAN PHYSICIAN PARTNERS, LLC | UNIVERSITY OF SOUTH ALABAMA | LETTER OF NOTIFICATION AND APPRECIATION (SARAH OUZTS) DTD 03/12/2019 | PETITION DATE |
| 218 | APP OF ALABAMA ED, LLC | UNIVERSITY OF SOUTH ALABAMA | LETTER OF NOTIFICATION AND APPRECIATION (SARAH OUZTS) DTD 03/12/2019 | PETITION DATE |
| 219 | APP OF ALABAMA ED, LLC | UNIVERSITY OF SOUTH ALABAMA | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/15/2022 | PETITION DATE |
| 220 | APP OF ALABAMA HM, LLC | UNIVERSITY OF SOUTH ALABAMA | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 08/15/2022 | PETITION DATE |
| 221 | APP OF TENNESSEE ED, PLLC | UNIVERSITY OF SOUTH ALABAMA | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 02/11/2019 | PETITION DATE |
| 222 | LONGVIEW EMERGENCY MEDICINE ASSOCIATES, P.L.L.C., D/B/A LEADING EDGE MEDICAL ASSOCIATES, | UNIVERSITY OF TEXAS AT TYLER | REAFFIRMATION LETTER DTD 10/9/2019 | PETITION DATE |
| 223 | APP OF KENTUCKY ED, PLLC | VANDERBILT UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 05/02/2018 | PETITION DATE |
| 224 | APP OF TENNESSEE ED, PLLC | VANDERBILT UNIVERSITY | CLINICAL AFFILIATION AGREEMENT DTD 08/01/2018 | PETITION DATE |
| 225 | AMERICAN PHYSICIAN PARTNERS, LLC | VEDDER PRICE PC | LETTER DTD 7/21/2020 | PETITION DATE |
| 226 | AMERICAN PHYSICIAN PARTNERS, LLC | VERITY INC | ORDER FORM DTD 10/10/2019 | PETITION DATE |
| 227 | AMERICAN PHYSICIAN PARTNERS, LLC | VERITY INC | ORDER FORM DTD 10/8/2018 | PETITION DATE |
| 228 | AMERICAN PHYSICIAN PARTNERS, LLC | VERITY INC | ORDER FORM DTD 12/18/2019 | PETITION DATE |
| 229 | AMERICAN PHYSICIAN PARTNERS, LLC | VERITY INC | ORDER FORM DTD 9/12/2018 | PETITION DATE |
| 230 | APP OF TENNESSEE ED, PLLC | WAKE FOREST UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 02/01/2020 | PETITION DATE |
| 231 | APP OF SOUTH CAROLINA ED, PLLC | WALDEN UNIVERSITY LLC | US FIELD STATE AFFILIATION AGREEMENT DTD 05/29/2018 | PETITION DATE |
| 232 | APP OF TENNESSEE ED, PLLC | WALDEN UNIVERSITY LLC | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP DTD 11/01/2019 | PETITION DATE |
| 233 | AMERICAN PHYSICIAN PARTNERS, LLC | WALKME | DIGITAL ADOPTION PLATFORM SUBSCRIPTION AGREEMENT | PETITION DATE |
| 234 | AMERICAN PHYSICIAN PARTNERS, LLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 10/21/2021 | PETITION DATE |
| 235 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 11/1/2022 | PETITION DATE |
| 236 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 7/1/2019 | PETITION DATE |
| 237 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 7/1/2020 | PETITION DATE |
| 238 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 8/1/2019 | PETITION DATE |
| 239 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | AGREEMENT DTD 8/1/2020 | PETITION DATE |

**SCHEDULE 1**
**CONTRACTS**

| # | DEBTOR CONTRACT PARTY | COUNTERPARTY NAME | CONTRACT TITLE | REJECTION DATE |
|---|---|---|---|---|
| 240 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | COMMUNITY AFFILIATE MISSION SUPPORT PROGRAM AGREEMENT DTD 01/01/2022 | PETITION DATE |
| 241 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | CONTRACT EMPLOYEE AGREEMENT  DTD 07/01/2020 | PETITION DATE |
| 242 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | INDIGENT CARE REFFERAL AGREEMENT  DTD 07/01/2021 | PETITION DATE |
| 243 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | INDIGENT CARE REFFERAL AGREEMENT DTD 07/01/2021 | PETITION DATE |
| 244 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | MISSION SUPPORT LETTER DTD 6/17/2021 | PETITION DATE |
| 245 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | PHYSICIAN PAYMENT ADJUSTER PROGRAM AND SPECIALITY NETWORK ACCESS FEE PARTICIPATION AGREEMENT FOR COMMUNITY PROVIDERS  DTD 07/01/2021 | PETITION DATE |
| 246 | KALAMAZOO EMERGENCY ASSOCIATES, PLC | WESTERN MICHIGAN UNIVERSITY | PUBLIC ENTITY PHYSICIAN PAYMENT ADJUSTMENT PROGRAM & SPECIALITY NETWORK ACCESS FEE PROGRAM | PETITION DATE |
| 247 | APP OF SOUTH CAROLINA ED, PLLC | WINGATE UNIVERSITY | MEMORANDUM OF UNDERSTANDING - AFFILIATION FOR CLINICAL OR EDUCATIONAL PRECEPTORSHIP | PETITION DATE |
| 248 | AMERICAN PHYSICIAN PARTNERS, LLC | WINSTON & STRAWN LLP | ENGAGEMENT LETTER DTD 6/23/2022 | PETITION DATE |
| 249 | APP OF MISSISSIPPI ED LLC | WISE CARTER CHILD & CARAWAY PA | ENGAGEMENT OF SERVICES - GENERAL DEFENSE DTD 1/28/2022 | PETITION DATE |
| 250 | AMERICAN PHYSICIAN PARTNERS, LLC | ZOTEC PARTNERRS LLC | BILLING SERVICES AGREEMENT DTD 01/05/2018 | PETITION DATE |