**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al*.,[1] | ) Case No. 23-11469 (BLS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket Nos. 270-272** |

**CERTIFICATE OF SERVICE**

I, ANDREA SPEELMAN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 25, 2023, I caused to be served the:

    a. "Declaration In Support of Employment of Burgmaier & Associates, Inc. as Professional Utilized In the Ordinary Course of Business," dated October 24, 2023 [Docket No. 270],

    b. "Declaration In Support of Employment of Lubell Rosen, LLC as Professional Utilized In the Ordinary Course of Business," dated October 20, 2023 [Docket No. 271],

    c. "Declaration In Support of Employment of LBMC, PC as Professional Utilized In the Ordinary Course of Business," dated October 23, 2023 [Docket No. 272],

by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Andrea Speelman*
Andrea Speelman

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

**EXHIBIT A**

**AMERICAN PHYSICIAN PARTNERS, LLC, *et al*., - Case No. 23-11469 (BLS)**
**Electronic Mail Additional Parties**

| Name | Email Address |
|---|---|
| Office of the United States Trustee | joseph.cudia@usdoj.gov |
| Office of the United States Trustee | richard.schepacarter@usdoj.gov |
| WOMBLE BOND DICKINSON (US) LLP | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com; elazar.kosman@wbd-us.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | tmeyers@kilpatricktownsend.com; dposner@kilpatricktownsend.com; kmoynihan@kilpatricktownsend.com |
| PROSKAUER ROSE LLP | jbretschneider@proskauer.com |
| RICHARDS, LAYTON & FINGER, P.A., | shapiro@rlf.com; knight@rlf.com; javorsky@rlf.com |
| WEIL, GOTSHAL & MANGES LLP | david.griffiths@weil.com;f.gavin.andrews@weil.com |
| ALTER DOMUS (US) LLC | legal_agency@alterdomus.com;emily.ergangpappas@alterdomus.com;andrew.tlapa@alterdomus.com |