**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | Case No. 23-11469 (BLS) |
| Debtors. | (Jointly Administered) |
|  | **Docket Ref. No. 77** |

**ORDER (I) GRANTING CONDITIONAL APPROVAL OF THE DISCLOSURES;**
**(II) SCHEDULING A COMBINED HEARING TO CONSIDER FINAL APPROVAL OF**
**THE DISCLOSURES AND CONFIRMATION OF THE COMBINED PLAN, AND**
**SETTING DEADLINES RELATED THERETO; (III) APPROVING SOLICITATION**
**PACKAGES AND PROCEDURES; (IV) APPROVING THE FORMS OF BALLOT;**
**AND (V) GRANTING RELATED RELIEF**

Upon consideration of the *Debtors' Motion for Entry of an Order (I) Granting Conditional*

*Approval of the Adequacy of the Disclosures in the Combined Disclosure Statement and Joint Plan*

*of Liquidation; (II) Scheduling a Combined Hearing to Consider Final Approval of the Disclosures*

*and  Confirmation of the Combined Plan and Setting Deadlines Related Thereto; (III) Approving*

*Solicitation Packages and Procedures; (IV) Approving the Forms of Ballot; and (VI) Granting*

*Related Relief* (the "Motion") filed by the above-captioned debtors and debtors in possession (the

"Debtors");[2] and based on the record in the chapter 11 cases; and the district court having

jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157

pursuant to the Amended Standing Order of Reference from the United States District Court for

the District of Delaware, dated February 29, 2012; and the Court having found that this is a core

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors'
   claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American
   Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is
   5121 Maryland Way Suite 300, Brentwood, TN 37027.

[2]  Capitalized terms not defined herein shall have the same meanings ascribed to them in the Motion or Combined
   Plan, as applicable.

proceeding pursuant to 28 U.S.C § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and this Motion in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Motion has been given; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY FOUND THAT:

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED as set forth herein.

2.      The Disclosures are approved on an interim, conditional basis as containing adequate information within the meaning of section 1125 of the Bankruptcy Code.  Any objections to the adequacy of the information contained in the Disclosures are expressly reserved for consideration at the Combined Hearing (as defined below).

3.      The form of Combined Hearing Notice and the forms of Non-Voting Notices attached to the Motion are approved in all respects.

4.      The forms of Ballots, including the voting instructions and vote tabulation methodology set forth thereon, are approved in all respects.

5.      **October 27, 2023** is established as the Voting Record Date for the purposes of determining the creditors and equity Interest Holders entitled to receive the Solicitation Package or the Non-Voting Notices and to vote on the Combined Plan.

DOCS_LA:350275.11

6.      The Solicitation Package and Non-Voting Notices shall be sent for distribution not later than **November 6, 2023**.

7.      To the extent that the Debtors, in their sole discretion, elect to publish the Confirmation Hearing Notice, such publication substantially in the form of Confirmation Hearing Notice is approved (provided, however, the Debtors in their sole discretion may summarize and/or shorten the form for publication based on any publication size limitations or conditions), and the Debtors, to the extent that they elect to publish the Confirmation Hearing Notice, shall publish the Confirmation Hearing Notice in the national edition of *USA Today* or a similar paper of national circulation as soon as reasonably practicable after approval of this Motion, and may pay the costs of such publication.

8.      Any Plan Supplement must be filed with this Court not later than **November 30, 2023**.

9.      Ballots must be received on or before **December 7, 2023 at 4:00 p.m. (Eastern Time)** ("Voting Deadline") in accordance with the instructions on the Ballot, unless extended by the Debtors in writing.

10.      If any claimant seeks to have a claim temporarily allowed for purposes of voting to accept or reject the Combined Plan pursuant to Bankruptcy Rule 3018(a), such claimant is required to file a motion (the "3018 Motion") for such relief no later than **November 30, 2023 at 4:00 p.m. (Eastern Time)**.  The deadline for any party in interest to object to any 3018 Motion is **December 7, 2023**.  The deadline for any reply to any such objection to a 3018 Motion is **December 11, 2023 at 4:00 p.m. (Eastern Time)**.  Any such 3018 Motion may be resolved by agreement between the Debtors and the movant without the requirement for further order or approval of the Court.

3

11.     As to any creditor filing a 3018 Motion, such creditor's Ballot shall not be counted unless temporarily allowed by the Court for voting purposes after notice and a hearing, either at or prior to the Combined Hearing.

12.     Objections, if any, to final approval of the Disclosures or confirmation of the Combined Plan, including any supporting memoranda, must be in writing, be filed with the Clerk of the Court, United States Bankruptcy Court, District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801 together with proof of service **on or before December 7, 2023 at 4:00 p.m. (Eastern Time)** (the "**Objection Deadline**"), and shall (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtors' chapter 11 cases; (b) state with particularity the provision or provisions of the Plan objected to and for any objection asserted, the legal and factual basis for such objections; and (c) be served on the following parties: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com) and Timothy Cairns, Esq. (tcairns@pszjlaw.com); (ii) proposed counsel to the Committee, (i) Kilpatrick Townsend & Stockton LLP, 1114 Avenue of the Americas, New York, NY 10036-7703, Attn: Todd C. Meyers, Esq. (tmeyers@kilpatricktownsend.com) and David M. Posner, Esq. (dposner@kilpatricktownsend.com) and (ii) Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801, Attn: Donald Detweiler, Esq. (Don.Detweiler@wbd-us.com) and Morgan Patterson, Esq. (Morgan.Patterson@wbd-us.com); (iii) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Joesph.Cudia@usdoj.gov; and (iv) counsel to the Prepetition Agent, Austin Jowers, King & Spalding, 1180 Peachtree St., NE, Suite 1600, Atlanta, Georgia, ajowers@kslaw.com, and John

4

H. Knight, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King St., Wilmington, Delaware 19801, knight@rlf.com.

13.     Any party supporting the Combined Plan may file a statement in support or a reply to any objection to confirmation of the Combined Plan by **December 11, 2023 at 4:00 p.m. (Eastern Time)**.

14.     The Combined Plan voting certification shall be filed by **December 11, 2023 at 4:00 p.m. (Eastern Time)**.

15.     A hearing shall be held before this Court on **December 14, at 10:00 a.m. (Eastern Time) to** consider confirmation of the Combined Plan (the "Combined Hearing") at the United States Bankruptcy Court for the District of Delaware, before the Honorable Judge Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, DE 19801.

16.     The Combined Hearing may be adjourned from time to time.  If the Combined Hearing is adjourned, the Debtors will file a notice of adjournment on the docket and serve it by email if available, otherwise by first class or overnight mail, on the parties who have requested notice pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1(b) and on any parties that have filed objections to approval of the Disclosures or confirmation of the Combined Plan.

17.     The Debtors are authorized to take any action necessary or appropriate to implement the terms of and the relief granted in this Order without seeking further order of the Court.

18.     This Court shall retain jurisdiction over all matters related to or arising from the Motion or the interpretation or implementation of this Order.

Dated: November 1st, 2023
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE