**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>Jointly Administered<br><br>**Objection Deadline: Nov. 21, 2023 at 4:00 p.m. (ET)**<br>**Hearing Date: Nov. 29, 2023 at 11:00 a.m. (ET)** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that on November 2, 2023, the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 bankruptcy cases of the above-captioned debtors and debtors-in-possession (the "Debtors"), by and through the Committee's undersigned proposed counsel, filed the *Application of the Official Committee of Unsecured Creditors for an Order Pursuant to Bankruptcy Code Sections 328(a) and 1103 Authorizing and Approving the Employment and Retention of Kilpatrick Townsend & Stockton LLP as Co-Counsel Effective as of October 4, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). A copy of the Application is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that objections or responses, if any, to the Application must be filed with the Bankruptcy Court, at 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **NOVEMBER 21, 2023 AT 4:00 P.M. (PREVAILING EASTERN TIME)**, and served upon the undersigned proposed counsel to the Committee.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Application will be held on **NOVEMBER 29, 2023 AT 11:00 A.M. (PREVAILING EASTERN TIME)** before

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartneres. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300, Brentwood, TN 37027.

the Honorable Brendan L. Shannon, United States Bankruptcy Judge for the District of Delaware, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND TO THE APPLICATION IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR A HEARING**.

| | |
|---|---|
| Dated: November 2, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Morgan L. Patterson (DE Bar No. 5388)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>　　　　morgan.patterson@wbd-us.com<br>　　　　elazar.kosman@wbd-us.com<br><br>-and-<br><br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>Todd C. Meyers<br>David M. Posner<br>Kelly E. Moynihan<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 775-8700<br>Facsimile: (212) 775-8800<br>Email: tmeyers@kilpatricktownsend.com<br>　　　　dposner@kilpatricktownsend.com<br>　　　　kmoynihan@kilpatricktownsend.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |