**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*, | ) Case No. 23-11469 (BLS) |
| | ) (Jointly Administered) |
| | ) **Obj. Deadline: Nov. 20, 2023 @ 4:00 p.m.** |
| Debtors. | ) **Hearing Date: Nov. 30, 2023 @ 10:00 a.m.** |

**NOTICE OF MOTION OF CINDY FORD PEEPLES
FOR RELIEF FROM THE AUTOMATIC STAY
PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE**

To: All Parties on the 2002 Service List

    Cindy Ford Peeples, individually and as personal representative of the Estate of William David Peeples, deceased ("Ms. Peeples" or "Movant"), by and through the undersigned counsel has filed the attached *MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362 OF THE BANKRUPTCY CODE* ("Motion") which seeks the following relief:

    Movant requests that this Court grant this Motion and grant Movant relief from the automatic stay to allow her to (a) consummate the agreed upon Settlement with the insurance company covering the Debtors and their employees; and b) obtain payment on the Settlement from the proceeds of the Insurance Policy or any other applicable insurance policy proceeds.

    HEARING ON THE MOTION WILL BE HELD ON **NOVEMBER 30, 2023 AT 10:00 A.M.** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT, 824 N. MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DE 19801.

    You are required to file a response (and Supporting documentation required by Local Rule 4002-1(c)) to the attached Motion on or before **NOVEMBER 20, 2023 at 4:00 p.m.**

    At the same time, you must also serve a copy of the response upon counsel for the Movant:

Susan E. Kaufman, Esquire
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

The Hearing date specified above may be a preliminary Hearing or may be consolidated with the final Hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulation to relevant facts such as value of the property, and the extent and validity of any security instrument.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

           LAW OFFICE OF SUSAN E. KAUFMAN, LLC

           */s/ Susan E. Kaufman*
           Susan E. Kaufman, (DSB# 3381)
           919 North Market Street, Suite 460
           Wilmington, DE 19801
           (302) 472-7420
           (302) 792-7420 Fax
           skaufman@skaufmanlaw.com

Dated: November 6, 2023           *Counsel for Movant*