# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*, | § § | Case No. 23-11469 (BLS) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on November 7, 2023, the Official Committee of Unsecured Creditors caused a copy of the *Official Committee of Unsecured Creditors' First Set of Requests for Production to Debtors* to be served upon the following by Electronic Mail:

| Counsel to Debtors | Office of the United States Trustee |
|---|---|
| | J Caleb Boggs Federal Building |
| Pachulski Stang Ziehl & Jones LLP | Attn: Joseph Cudia |
| Laura Davis Jones | 844 King Street, Suite 2207 |
| David M. Bertenthal | Wilmington, DE 19801 |
| Timothy P. Cairns | joseph.cudia@usdoj.gov |
| 919 North Market Street, 17th Floor | |
| P.O. Box 8705 | |
| Wilmington, DE 19899-8705 | |
| ljones@pszjlaw.com | |
| dbertenthal@pszjlaw.com | |
| tcairns@pszjlaw.com | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's ("APP") principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

| | |
|---|---|
| Dated: November 8, 2023<br>Wilmington, Delaware | **WOMBLE BOND DICKINSON (US) LLP**<br><br>*/s/ Morgan L. Patterson*<br>Donald J. Detweiler (DE Bar No. 3087)<br>Morgan L. Patterson (DE Bar No. 5388)<br>Elazar A. Kosman (DE Bar No. 7077)<br>1313 North Market Street, Suite 1200<br>Wilmington, Delaware 19801<br>Telephone: (302) 252-4320<br>Facsimile: (302) 252-4330<br>Email: don.detweiler@wbd-us.com<br>         morgan.patterson@wbd-us.com<br>         elazar.kosman@wbd-us.com<br><br>-and-<br><br>**KILPATRICK TOWNSEND & STOCKTON LLP**<br>Todd C. Meyers<br>David M. Posner<br>Kelly E. Moynihan<br>The Grace Building<br>1114 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 775-8700<br>Facsimile: (212) 775-8800<br>Email: tmeyers@kilpatricktownsend.com<br>         dposner@kilpatricktownsend.com<br>         kmoynihan@kilpatricktownsend.com<br><br>*Proposed Counsel to the Official Committee of Unsecured Creditors* |