# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*, | § | Case No. 23-11469 (BLS) |
| | § | |
| Debtors.[1] | § | (Jointly Administered) |
| | § | |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on November 7, 2023, the Official Committee of Unsecured Creditors caused a copy of the *Official Committee of Unsecured Creditors' First Set of Requests for Production to Goldman Sachs Specialty Lending Group, L.P.* to be served upon the following by Electronic Mail:

| Counsel to Goldman Sachs Specialty Lending Group, L.P.<br><br>W. Austin Jowers<br>King & Spalding LLP<br>1180 Peachtree Street NE, Suite 1600<br>Atlanta, GA 30309<br>ajowers@kslaw.com<br><br>Lindsey Henrikson<br>King & Spalding LLP<br>110 N. Wacker Drive, Suite 3800<br>Chicago, IL 60606<br>lhenrikson@kslaw.com | Counsel to Goldman Sachs Specialty Lending Group, L.P.<br><br>John H. Knight<br>Zachary J. Javorsky<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>knight@rlf.com<br>javorsky@rlf.com |
|---|---|

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's ("APP") principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

WBD (US) 4894-6499-4191v1

Office of the United States Trustee
J Caleb Boggs Federal Building
Attn Joseph Cudia
844 King Street, Suite 2207
Wilmington, DE 19801
joseph.cudia@usdoj.gov

Dated: November 8, 2023
Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Donald J. Detweiler (DE Bar No. 3087)
Morgan L. Patterson (DE Bar No. 5388)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com
   morgan.patterson@wbd-us.com
   elazar.kosman@wbd-us.com

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers
David M. Posner
Kelly E. Moynihan
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Email: tmeyers@kilpatricktownsend.com
   dposner@kilpatricktownsend.com
   kmoynihan@kilpatricktownsend.com

*Proposed Counsel to the Official Committee of Unsecured Creditors*