

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Vanessa Salvo says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Thursday, November 9, 2023**, the following legal advertisement – **AMERICAN PHYSICIAN PARTNERS, LLC** was published in the national edition of **USA TODAY.**

*Vanessa Salvo*
Principal Clerk of USA TODAY
November 9, 2023

# Steinbrenner reflects on Yanks' 'awful' year

**Pete Caldera**
NorthJersey.com | USA TODAY Network

Thirty-seven days after a forgettable New York Yankees season ended well shy of expectations, Hal Steinbrenner belatedly acknowledged a "bad year" on his watch.

"It was awful. We accomplished nothing," said the Yankees managing general partner in a Tuesday press conference. "The fans didn't get anywhere close to what they deserve."

Outside of that assessment, the largely out-of-patience Yankees fan base won't be satisfied by Steinbrenner's take on coming changes – "might be some, might be none" – with the same principal players charged with improving on a playoff-less 82-80 season.

"But we're all very passionate about this and we're working our (butts) off and we're going to do everything we can to right the ship for 2024."

### On payroll

With a payroll already bloated by bad, long-term contracts, the Yankees' ability to quickly steer out of their current mess might require two or three costly player additions.

Identifying those targets will take place soon, said Steinbrenner, though he wouldn't divulge much more than a general approach: "Everything is on the



Yankees manager Aaron Boone, above, got Hal Steinbrenner's backing.
GENE J. PUSKAR/AP

table when it comes to free agents."

Steinbrenner said that $300 million "isn't a hard threshold" for payroll, but he restated that "a team shouldn't need a $300 million" payroll to win.

If the Yankees were to hold that line, the idea of making more than just one expensive addition in the offseason seems unrealistic.

### Targets this offseason

Meanwhile, Steinbrenner admitted the need to improve a woeful lineup.

And this club is in desperate need of an impact lefty bat at a time when Cody Bellinger is a free agent and the San Diego Padres' Juan Soto is potentially available via trade.

Japanese pitching ace Yoshinobu Ya-

mamoto, due to be posted, is on the Yankees' radar ("we've certainly done our homework on him and many others," Steinbrenner said).

But how aggressive will they get?

"We have not talked about (targets) at length," Steinbrenner said, adding "we're going to be active, as we always are, in the free agent/trade market."

### Aaron Boone was not a lock to return as manager

"Should Aaron Boone be our manager next year?" was among Steinbrenner's first offseason questions.

Steinbrenner's favorable opinion of Boone aside, the managing general partner sought opinions of his players (like Aaron Judge), advisers (like Andy Pettitte and Nick Swisher) and front office veterans (Brian Sabean, Omar Minaya) and "they all came to the same conclusion.

"Aaron is a good manager, and he should be our manager in 2024," Steinbrenner said of Boone, who has one guaranteed year remaining on his contract.

### Tough questions at team meetings

Steinbrenner purposely stayed out of the organization's lengthy three-day breakdown sessions immediately after the regular season, so as to foster a frank dialogue and not influence opinion. But before the meetings began, Steinbrenner reminded his baseball ops personnel to keep their egos in check.

"If anybody thought everything in your world was just perfect and you're doing everything right, then you should just leave, because you'll be useless to the proceedings," Steinbrenner said.

Reading the transcripts of those meetings, Steinbrenner categorized them as honest, heated at times, but respectful and productive.

Steinbrenner's close working relationship with GM Brian Cashman is intact, and Minaya and Sabean "are going to be an integral part in everything we do."

### Yankees' analytics review

Steinbrenner says the review by outside company Zelus Analytics will be ongoing, comparing its ideas with how the Yankees apply analytics – an area in need of improvement, as Judge mentioned last month.

"I don't know if it's going to lead to any changes or not in analytics," said Steinbrenner, adding that it remains Boone's decision on how to incorporate in-game data.

As an aside, Steinbrenner said Boone felt the team wasn't bunting enough, and that an emphasis on bunting will be made on the player development level.

# Self now highest-paid hoops coach ever at a public college

**Steve Berkowitz**
USA TODAY

The University of Kansas and men's basketball coach Bill Self have agreed to a new contract that will make him the highest-paid basketball coach ever at a public college. He is set to make $9.44 million for the 2023-24 season, including a $1 million signing bonus.

That moves him past Kentucky's John Calipari, who is set to make $8.5 million in both this season and next season.

Self is scheduled to make $8.64 million next season, including the $240,000 that Kansas annually will be paying for Self to have private aircraft time for personal use.

He will be working under a five-year term that is set to renew annually. His pay is scheduled to increase by $200,000 for the 2025-26 season, $400,000 for 2026-27 and $300,000 for 2027-28.

Mike Krzyzewski was credited with nearly $13.7 million in total compensation for 2020, his penultimate full calendar year as Duke's men's basketball coach, the school's federal tax returns show. The total amount included nearly $1.3 million that had been reported as deferred pay on prior years' returns, meaning his net compensation for 2020 was about $12.4 million, a figure that takes into account bonuses paid.

That amount is the largest single-year pay for a college sports coach not connected to a buyout since USA TODAY Sports began tracking coaches' pay in 2006. Alabama football coach Nick Saban received $11.1 million from the school in



Self

2017, an amount that included a $4 million signing bonus; that season, Saban added $500,000 in incentive bonuses to that total.

The new agreement between Self and KU was unveiled a little less than a month after the NCAA's Independent Resolution Panel announced that Self will not face additional penalties from an NCAA infractions case that dates to 2017, finding that Kansas' self-imposed penalties in the 2022-23 basketball season were sufficient.

Kansas won the 2022 NCAA championship while in investigative limbo. At the beginning of last season, the university self-imposed a four-game suspension for Self and assistant coach Kurtis Townsend, along with various recruiting restrictions, hoping to head off more significant penalties.

The new contract specifies that the university will not fire Self for cause "due to an infractions matter that arises from the same set of operative facts considered in" the recent IARP decision.

Self has agreed to pay up to $1.5 million of the university's costs if the team is placed on probation "due to a major, intentional, significant or repetitive violation of NCAA rules and regulations by (Self) directly."

The 2022 NCAA title was Self's second with Kansas, where he has compiled a 566-132 record. Overall, Self has a 773-237 mark that includes stops at Oral Roberts, Tulsa and Illinois.

"Bill Self is undoubtedly the most consistent coach in college basketball, and a restructuring of his contract terms were long overdue," Kansas athletic director Travis Goff said in a statement. "In an ever-changing collegiate athletics environment, our strong commitment to Coach Self positions KU basketball to maintain and enhance its status as the most storied program in the country.

"Over his 20 years at KU, our men's basketball program has been a primary source of positive alumni engagement, strong university enrollment, and revenue that has helped fund all other Kansas Athletics programs and invest in all 500 student-athletes every year."

The new contract replaces one the parties executed in April 2021. Prior to that agreement, however, they had not revisited their deal since April 2012.

The amount that Kansas would owe Self if he is fired without cause increases to $23.1 million under the new contract, more than quadrupling the amount he would have been owed under the previous terms.

But unlike the previous deal, the new arrangement calls for Self to have to pay Kansas if he leaves to take a job at another school in a Power Five conference, a school that has been to the Final Four in the past five years or with an NBA team.

*Contributing: Dan Wolken; Jordan Guskey of The Topeka (Kansas) Capital-Journal*

# SafeSport rules ex-US fencing coach ineligible, citing sexual misconduct

**Josh Peter**
USA TODAY

Mauro "Maher" Hamza, a former U.S. national fencing coach, has been ruled permanently ineligible by the U.S. Center for SafeSport, which cites sexual misconduct involving minors as the reason for the ban.

The ban, subject to appeal, took effect Tuesday, according to the SafeSport website. SafeSport is an independent body tasked by Congress with protecting athletes in the Olympic movement.

Hamza, 57, of metropolitan Houston also was suspended in 2014 for sexual misconduct, according to the SafeSport website.

Hamza did not reply to requests seeking comment left by USA TODAY Sports on a phone number listed in his name. A woman who answered the phone at Hamza's former fencing academy in Houston said Hamza is is in Egypt, where he was born.

Hamza coached for the U.S. men's national team from 2009 to 2011. He served as an Olympic coach for Egypt during the 2004 Athens Games and represented Egypt at the Olympics in 1988, 1992 and 1996.

He also coached at Texas A&M and Rice.

In March 2021, a "Jane Doe" plaintiff filed a lawsuit saying Hamza sexually assaulted her in the 1990s when she was a minor, according to court records. USA Fencing also was listed as a defendant.

The lawsuit was settled in December 2022, according to court records. Bloomberg Law News described the plaintiff as "a once-aspiring Olympic athlete."

## MARKETPLACE TODAY

For advertising information: 1.800.397.0070   www.russelljohns.com/usat

### NOTICES
### LEGAL NOTICE

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

In re: AMERICAN PHYSICIAN PARTNERS, LLC, et al.,[1] Debtors.
Chapter 11
Case No. 23-11469 (BLS)
(Jointly Administered)

**NOTICE OF (I) CONDITIONAL APPROVAL OF DISCLOSURES; (II) HEARING TO CONSIDER CONFIRMATION OF THE COMBINED PLAN; (III) DEADLINE FOR FILING OBJECTIONS TO CONFIRMATION OF THE COMBINED PLAN; AND (IV) DEADLINE FOR VOTING ON THE COMBINED PLAN**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 18, 2023 (the "Petition Date"), American Physician Partners, LLC and certain affiliates, the above-captioned debtors and debtors in possession (the "Debtors"), commenced their cases by filing their respective voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors have continued in the possession of their property and have continued to operate and manage their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On October 30, 2023, the Debtors filed the Amended Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code (including all exhibits thereto and as amended, supplemented or otherwise modified from time to time, the "Combined Plan").

3. By an Order dated November 1, 2023 (the "Solicitation Procedures Order"), the Bankruptcy Court conditionally approved, on an interim basis, the disclosures (the "Disclosures") in the Combined Plan as containing adequate information within the meaning of section 1125 of Bankruptcy Code. The Solicitation Procedures Order expressly reserves all parties' rights to raise objections to the adequacy of information in the Disclosures and Combined Plan.

4. By the Solicitation Procedures Order, the Court established **December 7, 2023 at 4:00 p.m. (Eastern Time)** (the "Voting Deadline") as the deadline by which ballots accepting or rejecting the Combined Plan must be received. To be counted, your original ballot must actually be **received** on or before the Voting Deadline by the Voting Agent in accordance with the instructions found on the ballot.

5. On **December 14, 2023 at 10:00 a.m. (Eastern Time)**, or as soon thereafter as counsel may be heard, a hearing will be held before the Honorable Judge Brendan L. Shannon in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, DE 19801 to consider final approval of the Disclosures and confirmation of the Combined Plan, as the same may be amended or modified (the "Combined Hearing").

6. The Combined Hearing may be adjourned from time to time. If the Combined Hearing is adjourned, the Debtors will file a notice of adjournment on the docket and serve it by email if available, otherwise by first class or overnight mail, on the parties who have requested notice pursuant to Bankruptcy Rule 2002 and Local Rule 2002-1(b) and on any parties that have filed objections to approval of the Disclosures or confirmation of the Combined Plan. The Combined Plan may be modified in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Combined Plan, and other applicable law, without further notice, prior to or as a result of the Combined Hearing.

7. Objections, if any, to final approval of the Disclosures or confirmation of the Combined Plan, including any supporting memoranda, must be in writing, be filed with the Clerk of the Court, United States Bankruptcy Court, District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, DE 19801 together with proof of service **on or before December 7, 2023 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline"), and shall (a) state the name and address of the objecting party and the amount of its claim or the nature of its interest in the Debtor's chapter 11 case; (b) state with particularity the provision or provisions of the Combined Plan objected to and for any objection asserted, the legal and factual basis for such objections; and (c) be served on the following parties: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 N. Market Street, 17th Floor, Wilmington, DE 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com) and Timothy Cairns, Esq. (tcairns@pszjlaw.com); (ii) proposed counsel to the Committee, (i) Kilpatrick Townsend & Stockton LLP, 1114 Avenue of the Americas, New York, NY 10036-7703, Attn: Todd C. Meyers, Esq. (tmeyers@kilpatricktownsend.com) and David M. Posner, Esq. (dposner@kilpatricktownsend.com) and (ii) Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801, Attn: Donald Detweiler, Esq. (Don.Detweiler@wbd-us.com) and Morgan Patterson, Esq. (Morgan.Patterson@wbd-us.com); (iii) the U.S. Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware, 19801, Attn: Joesph.Cudia@usdoj.gov; and (iv) counsel to the Prepetition Agent, Austin Jowers, King & Spalding, 1180 Peachtree St., NE, Suite 1600, Atlanta, Georgia, ajowers@kslaw.com, and John R. Knight, Richards, Layton & Finger, P.A., One Rodney Square, 920 N. King St., Wilmington, Delaware 19801, knight@rlf.com.

8. If you wish to receive copies of the Combined Plan, they will be provided, as quickly as practicable, upon request to the Voting Agent, Epiq Corporate Restructuring, LLC ("Epiq" or the "Voting Agent") by writing to APP Ballot Processing Center, c/o Epiq, 10300 SW Allen Boulevard, OR 97005. Copies of the Combined Plan are also available for free on the Voting Agent's website at https://dm.epiq11.com/AmericanPhysicianPartners and are on file with the Clerk of the Bankruptcy Court for the District of Delaware, and may be reviewed during the regular hours of the Bankruptcy Court or online through the Bankruptcy Court's internet website at http://www.deb.uscourts.gov.

9. IF YOU HAVE ANY QUESTIONS REGARDING YOUR CLAIM OR THE VOTING PROCEDURES, OR IF YOU NEED A BALLOT OR ADDITIONAL COPIES OF THE COMBINED PLAN OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT AS SET FORTH ABOVE.

10. IF YOU DO NOT RECEIVE A SOLICITATION PACKAGE (INCLUDING A CLASS 4 BALLOT) AND YOU BELIEVE YOU ARE ENTITLED TO VOTE ON THE PLAN, PLEASE PROMPTLY CONTACT THE VOTING AGENT AS SET FORTH ABOVE TO OBTAIN A BALLOT. THE DEBTORS RESERVE ALL RIGHTS WITH RESPECT TO ANY SUCH CAST BALLOTS PURSUANT TO THE SOLICITATION PROCEDURES.

Dated: November 1, 2023, PACHULSKI STANG ZIEHL & JONES LLP, /s/ Laura Davis Jones, Laura Davis Jones (Bar No. 2436), David M. Bertenthal (pro hac vice), Timothy P. Cairns (Bar No. 4228), 919 North Market Street, 17th Floor, P.O. Box 8705, Wilmington, Delaware 19899 (Courier 19801), Telephone: (302) 652-4100, Facsimile: (302) 652-4400, Email: ljones@pszjlaw.com, dbertenthal@pszjlaw.com, tcairns@pszjlaw.com, Counsel for Debtors and Debtors in Possession

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300, Brentwood, TN 37027.

---

**UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF NEW YORK**

*In re The Roman Catholic Diocese of Ogdensburg, New York*
Case No. 23-60507

**PLEASE TAKE NOTICE THAT**, On July 17, 2023, The Roman Catholic Diocese of Ogdensburg, New York, ("Diocese") filed for protection under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

The Bankruptcy Court has established **January 18, 2024 at 11:59 p.m. (prevailing Eastern time)** as the deadline all claimants (including governmental units) to file proofs of claim against the Diocese (the "Bar Date").

If you have a claim against the Diocese, including, without limitation, a claim related to abuse committed by any person connected with the Diocese, you must file a claim on or before the applicable Bar Date.

Please visit https://case.stretto.com/dioceseofogdensburg or call (844) 634-0003 for more information on how to file your proof of claim.

**IF YOU DO NOT TIMELY FILE A PROOF OF CLAIM, YOU MAY FORFEIT YOUR RIGHT TO VOTE ON ANY PLAN OF REORGANIZATION AND TO SHARE IN ANY DISTRIBUTIONS TO CREDITORS IN CONNECTION WITH THE DIOCESE'S CHAPTER 11 CASE.**

---

**Place your advertisement in USA TODAY Marketplace!
To advertise, call:
800-397-0070**