**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN PHYSICIAN PARTNERS, LLC, | ) Case No. 23-11469 (BLS) |
| *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket Nos. 294 & 297** |

<u>**CERTIFICATE OF SERVICE**</u>

I, GEOFF ZAHM, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On October 31, 2023, I caused to be served the:

    a.  "Final Order Authorizing the Debtors to (I) Continue to Perform Under Services Agreement with Medical Consultants, Inc. for Certain Transition Services, (II) Pay and Reimburse Related Fees and Expenses, (III) Scheduling Final Hearing, and (IV) Granting Related Relief," dated October 27, 2023 [Docket No. 294], and

    b.  "Order Granting Debtors' Motion for an Order Authorizing Debtors to Exercise Their Ownership Rights Over Trust Assets Currently Held in a "Rabbi Trust" for the Debtors' Nonqualified "Defined Contribution" Deferred Compensation Plans," dated October 27, 2023 [Docket No. 297],

    by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

                                                    */s/ Geoff Zahm*
                                                    Geoff Zahm

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

**EXHIBIT A**

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* ., Case No. 23-11469 (BLS)
Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| AB STAFFING SOLUTIONS | jloge@abstaffing.com |
| ALTER DOMUS (US) LLC | legal_agency@alterdomus.com; Emily.ergangpappas@alterdomus.com; Andrew.tlapa@alterdomus.com |
| ATLAS PHYSICIANS, LLC | a.ruvo@atlasemergencyphysicians.com |
| BARNES & THORNBURG LLP | kevin.collins@btlaw.com; kkansa@btlaw.com |
| BDO CONSULTING GROUP, LLC | bsmith@bdo-ba.com |
| BRENTWOOD CAPITAL | LaGalyon@brentwoodcapital.com |
| COLE SCHOTZ P.C. | preilley@coleschotz.com; mfitzpatrick@coleschotz.com; dgeoghan@coleschotz.com; amilliaressis@coleschotz.com |
| COMPHEALTH /  WEATHERBY LOCUMS, INC. | angela.brown@chghealthcare.com |
| DENNIS DERUELL | EMAIL ADDRESS ON FILE |
| ELEVATE HEALTHCARE CONSULTANTS | evan.hale@elevatehcc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | patrick.jackson@faegredrinker.com; laura.appleby@faegredrinker.com |
| FARNAN LAW | tfarnanlaw@gmail.com |
| FRANCISCAN PHYSICIANS NETWORK | Joe.Stuteville@FranciscanAlliance.org |
| FUCHS LAW OFFICE | dfuchs@fuchslawoffice.com |
| GOLDMAN SACHS SPECIALTY LENDING GROUP LP | gs-slg-notices@gs.com |
| HEALTH CAROUSEL LLC | shawna.leftwich@healthcarousel.com |
| HOLLAND & KNIGHT | daniel.sylvester@hklaw.com; phillip.nelson@hklaw.com |
| HOLLAND & KNIGHT | lynne.xerras@hklaw.com |
| INTERIM PHYSICIANS | tim.sarlone@interimphysicians.com |
| JEFFERIES | jfinger@jefferies.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | tmeyers@kilpatricktownsend.com; dposner@kilpatricktownsend.com; kmoynihan@kilpatricktownsend.com |
| KING & SPALDING LLP | Ajowers@kslaw.com |
| KING & SPALDING LLP | lhenrikson@kslaw.com |
| LEXX HEALTHCARE, LLC | antonny.agudelo@lexxhealth.com |
| LOCUMTENENS.COM | kimberly.lackey@locumtenens.com |
| MARLAB INCORPORATED | balram@gomarlab.com |
| MCDERMOTT WILL & EMERY LLP | dazman@mwe.com; kgoing@mwe.com; mkandestin@mwe.com |
| MEDICI GROUP PLLC | carlechmd@outlook.com |
| MINGLE HEALTHCARE SOLUTIONS | Alyssa.Royer@MingleHealth.com |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* ., Case No. 23-11469 (BLS)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| OFFICE OF THE UNITED STATES ATTORNEY | USADE.ECFBANKRUPTCY@USDOJ.GOV; ELLEN.SLIGHTS@USDOJ.GOV |
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.cudia@usdoj.gov; richard.schepacarter@usdoj.gov |
| PROSCRIBE | ar@proscribemd.com |
| PROSKAUER ROSE LLP | JBretschneider@proskauer.com |
| QGENDA,LLC | steve.rzasnicki@qgenda.com |
| R1 MEDICAL CONSULTANTS INC. | jwillett@r1rcm.com |
| REGER RIZZO & DARNALL LLP | lrizzo@regerlaw.com |
| RICHARDS, LAYTON & FINGER, P.A., | shapiro@rlf.com |
| RICHARDS, LAYTON & FINGER, P.A., | knight@rlf.com; javorsky@rlf.com |
| SAPIENTES FUNDING II | Tyler.Marsh@wakeassoc.com |
| SAUL EWING LLP | mark.minuti@saul.com |
| SCRIBE AMERICA | Michael.welch@scribeamerica.com |
| SHI INTERNATIONAL CORP | ryan_wahl@shi.com |
| SIGNIFY HEALTH | gmclernon@signifyhealth.com |
| STAFF CARE, INC. | don.robb@amnhealthcare.com |
| SULLIVAN HAZELTINE ALLINSON LLC | bsullivan@sha-llc.com |
| SUMO MEDICAL STAFFING | jeff.parker@sumostaffing.com |
| TROUTMAN SANDERS | evelyn.meltzer@troutman.com; ken.listwak@troutman.com |
| UKG INC. | susan.e.brown@ukg.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | Vinh.Duong@wallerlaw.com |
| WEIL, GOTSHAL & MANGES LLP | david.griffiths@weil.com; f.gavin.andrews@weil.com |
| WILLIS TOWERS WATSON SOUTHEAST, INC. | james.odell@wtwco.com |
| WMU SCHOOL OF MEDICINE | Amy.Smitchols@wmed.edu |
| WOMBLE BOND DICKINSON (US) LLP | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com; elazar.kosman@wbd-us.com |