IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>Jointly Administered<br><br>**Hearing Date: Dec. 14, 2023 at 10:00 a.m. (ET)** |

## STIPULATED SCHEDULING ORDER
## WITH RESPECT TO CONFIRMATION OF PLAN

In connection with the confirmation hearing (the "Confirmation Hearing") for the *Amended Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 303] (as amended or supplemented, the "Plan"); and upon the stipulation and agreement of the Debtors, Goldman Sachs Specialty Lending Group, L.P., (the "Agent") and the Official Committee of Unsecured Creditors appointed in these cases (the "Committee") (together, the "Parties"); and sufficient cause appearing therefore; it is hereby

**ORDERED THAT:**

1. The Debtors shall serve any responses or objections to requests for production of documents from the Committee on or before **November 22, 2023**.

2. The Debtors shall produce documents responsive to the Committee's pending requests on or before **November 22, 2023**, and on a rolling basis thereafter if necessary. Any documents produced by the Debtors and designated as confidential shall be subject to the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartneres. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way Suite 300, Brentwood, TN 37027.

DE:4861-8285-9920.1 03370.001

confidentiality restrictions in the Committee's by-laws. The Parties agree that notwithstanding the Committee's requests for production submitted to the Agent prior to the date hereof, the Agent shall not be required to submit any responses, objections or documents prior to the November 22, 2023 deadline set forth therein, and that the Committee shall provide the Agent with written notice of any intent to enforce such requests for production following its review of the Debtors' responses; provided, all rights of the Parties with respect thereto remain reserved.

3. The Parties shall provide each other with a list of proposed witnesses (except witnesses offered solely for the purposes of rebuttal) in connection with the confirmation of the Plan on or before **November 29, 2023**, except that the lists of witnesses may be thereafter supplemented by the disclosing Party based upon information obtained through discovery. Depositions of all witnesses timely identified by a Party shall take place, by virtual means, on or before **December 9, 2023**.

4. No witnesses (except witnesses offered solely for the purposes of rebuttal) may provide testimony to the Court in connection with the Plan without having made themselves available for deposition.

5. Each Party shall file a witness and exhibit list with the Court by no later than **December 12, 2023 at 12:00 p.m. (ET)**.

6. The deadlines provided herein may be extended by written agreement of the Parties or order of the Court.

7. The Court shall retain exclusive jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: November 14th, 2023
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE

DE:4861-8285-9920.1 03370.001