# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC., *et al.*,[1] | Case No. 23-11469 (BLS) <br> Jointly Administered |
| Debtors. | **Hearing Date: 11/30/23 at 10:00 a.m.** <br> **Objection Due: 11/24/23 at 4:00 p.m.[2]** |

### OBJECTION OF THE UNITED STATES TRUSTEE TO THE DEBTORS' APPLICATION FOR AN ORDER (A) AUTHORIZING THE EMPLOYMENT AND RETENTION OF BASS, BERRY & SIMS PLC AS SPECIAL COUNSEL, EFFECTIVE AS OF THE PETITION DATE AND (B) GRANTING RELATED RELIEF

I, Joseph F. Cudia, hereby certify that on the 24th day of November, 2023, I caused a true and correct copy of the Objection of the United States Trustee to the Debtors' Application for an Order (A) Authorizing the Employment and Retention of Bass, Berry & Sims as Special Counsel, Effective as of the Petition Date and (B) Granting Related Relief [D.I. 486], to be electronically filed using the Court's CM/ECF System and served upon those parties requesting service therefrom, and served via email to the following parties:

Timothy P. Cairns
Pachulski Stang Ziehl & Jones
Email: tcairns@pszjlaw.com

Mary F. Caloway
Pachulski Stang Ziehl & Jones
Email: mcaloway@pszjlaw.com

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
Email: ljones@pszjlaw.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

[2] Objection deadline for the U.S. Trustee extended by consent.

Dated: November 28, 2023  Respectfully submitted,
Wilmington, Delaware

By: */s/ Joseph F. Cudia*
Joseph F. Cudia
Trial Attorney
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Room 2207, Lockbox 35
Wilmington, DE 19801
(302) 573-6491
(302) 573-6497 (fax)