# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICIAN PHYSICIAN PARTNERS, LLC, et al., [1]<br><br>Debtor | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>(Jointly Administered)<br>**Hearing Date: December 14, 2023 at 10 a.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on November 30, 2023**,** Samuel Weeks ("Movant") filed his *Motion of Samuel Weeks for Relief from Stay under Section 362 of the Bankruptcy Code* pursuant to 11 U.S.C 362(d) (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, will be scheduled before the Honorable Brendan L. Shannon at the Bankruptcy Court, 6th Floor, Courtroom 1, on **December 14, 2023 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that you are required to file a response (and supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

David J. Ward
735 Broad Street, Suite 406
Chattanooga, TN 37402
David@michelandward.com

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https;//dm.epiq11.com/American PhysicianPartners.  The location of American Physician Partners, LLC's principal place of business and Debtor's service address in these Chapter 11 Cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

423-602-9523

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security agreement.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSES TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELEIF SOUGHT IN THE MOTION WITHOUGHT FURTHER NOTICE OR A HEARING.**

Dated: November 30, 2023            **MICHEL & WARD, PC**

    /s/ David J. Ward
    Alix C. Michel (BPR No. 024243)
    David J. Ward (BPR No. 013449)
James Building | Suite 406
735 Broad Street
Chattanooga, TN 37402
(423) 602-9521
(423) 602-9524 (fax)
*Attorneys for Samuel Weeks*

## CERTIFICATE OF SERVICE

      I, David J. Ward, hereby certify that on the 30th day of November 2023, a copy of the foregoing *Motion of Samuel Weeks for Relief from Stay under Section 362* of the Bankruptcy Code was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-(b) and on the parties listed below via Electronic Mail.

**Counsel to the Debtors**

Laura Davis Jones, Esq.
David M. Bertenthal, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
ljones@pszlaw.com
dbertenthal@pszlaw.com
tcairns@pszlaw.com

**U.S. Trustee**

Joseph F. Cudia, Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 Kings Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
joseph.cudia@usdoj.gov

**Counsel to the Official Committee of Unsecured Creditors**

Don Detweiler, Esq.
Morgan L. Patterson, Esq.
Elazar A. Kosman, Esq.
WOMBLE BOND DICKINSON (US) LLP
1313 North Market Street, Suite 1200
Wilmington, DE 19801
don.detweiler@wbd-us.com
morgan.patterson@wbd-us.com
Elazar.kosman@wbd-us.com

Todd C. Meyers, Esq.
David M. Posner, Esq.
Kelly E. Moynihan, Esq.
KILPATRICK TOWNSEND & STOCKTON LLP
The Grace Building
1114 Avenue of the Americas New York, New York 10036
tmeyers@kilpatricktownsend.com
dposner@kilpatricktownsend.com
kmoynihan@kilpatricktownsend.com

**Counsel to Goldman Sachs Specialty Lending**

John H. Knight, Esq.
Zachary J. Javorsky, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
knight@rlf.com
javorsky@rlf.com

W. Austin Jowers, Esq.
KING & SPALDING LLP
1180 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309
ajowers@kslaw.com

November 30, 2023　　　　　　　　　　　　　　/s/    David J. Ward
　　Date　　　　　　　　　　　　　　　　　　　　　David J. Ward