# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>(Jointly Administered)<br><br>**Docket Ref. No. 501** |

## MOTION TO SHORTEN THE NOTICE WITH RESPECT TO THE DEBTORS' FIRST OMNIBUS OBJECTION (SUBSTANTIVE) TO EMPLOYEE LIEN CLAIMS

The above-captioned debtors and debtors in possession (the "Debtors") hereby submits this motion for an Order pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), substantially in the form of the proposed order attached hereto, to shorten the notice with respect to the *Debtors First Omnibus Objection (Substantive) to Employee Lien Claims*[2] [Docket No. 501] (the "Objection") such that (i) the Objection may be considered prior to the confirmation hearing scheduled for December 14, 2023 at 10:00 a.m. (ET), and (ii) responses to the Objection, if any, may be filed anytime prior to December 8, 2023. In support of this motion (the "Motion to Shorten"), the Debtors respectfully state as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

[2] Capitalized terms not defined herein shall have the meaning given to them in the Objection.

70951-001\DOCS_DE:157838.1
DE:4853-6501-7492.2 03370.001

## BACKGROUND

1.      The relevant background facts are recited in the previously filed Objection.

## RELIEF REQUESTED

2.      The Debtors respectfully request to shorten the period for notice of the hearing on the Objection so that this Court may consider the Objection on an expedited basis prior to the Confirmation Hearing, with objections, if any, to be filed and served prior to December 8, 2023.

## BASIS FOR RELIEF

3.      Bankruptcy Rule 3007(a) provides that a copy of an objection to the allowance of a claim be delivered to the claimant at least 30 days prior to the hearing. See Bankr. R 3007(a).  Local Rule 9006-1(e) provides in pertinent part that "no motion will be scheduled on less notice than required by these Local Rules or the Fed. R. Bankr. P. except by Order of the Court, on written motion . . . specifying the exigencies justifying shortened notice." Del. Bankr. LR 9006-1(e).

4.      Exigent circumstances exist here to shorten the notice period with respect to the hearing on the Objection.  The Debtors have scheduled a hearing (the "Confirmation Hearing") to confirm the pending *Amended Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Docket No. 303] (as further amended, the "Combined Plan") for December 14, 2023 at 10:00 a.m. (ET).  The employee claims subject to the Objection (the "Claims") assert large, secured claims against the estates.  Because the Combined Plan provides for the payment in full of all allowed secured claims on the effective date, the Debtors have an

urgent need to determine the liquidated value of all secured claims at the time of confirmation. Without the liquidation of the Claims, parties in interest will not be able to properly determine the feasibility of the Combined Plan, and the Debtors will not be able to prepare for distributions required on the effective date.

5. Thus, the issues raised in the Objection must be resolved prior to consideration of the Plan at the Confirmation Hearing. Accordingly, only by shortening the 30-day notice period can the Objection be timely heard.

6. Counsel to the claimants subject to the Objection have consented to the expedited schedule proposed herein, including the response deadline.

7. Upon the filing of the Objection, the Debtors served the Objection via email, if available, or overnight mail on the claimants holding claims subject to the Objection and other parties identified in the Objection (the "Notice Parties"). After entry of an Order on this Motion to Shorten, the Debtors will serve notice of the hearing on the Objection on the Notice Parties by email or overnight mail. The Debtors submit that, in light of the nature of the relief requested, no other or further notice need be given.

### Local Rule 9006-1(e) Averment

8. Before filing this Motion to Shorten, Debtors' counsel contacted counsel for the Committee and U.S. Trustee regarding the Debtors' request for expedited consideration of the Objection. The Committee consents to the relief requested by this Motion to Shorten. The U.S. Trustee takes no position as to the relief requested by this Motion to Shorten.

WHEREFORE, the Debtors respectfully request the entry of an Order scheduling the Objection to be heard on December 14, 2023 at 10:00 a.m. (ET).

| | |
|---|---|
| Dated:  November 30, 2023 | **PACHULSKI STANG ZIEHL & JONES LLP** |

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400
email:  ljones@pszjlaw.com
            dbertenthal@pszjlaw.com
            tcairns@pszjlaw.com

*Counsel for the Debtors and Debtors in Possession*