IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, et al.,[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>(Jointly Administered) |

## NOTICE OF WITHDRAWAL OF
## MONTHLY OPERATING REPORT [DOCKET NO. 549]

PLEASE TAKE NOTICE that American Physician Partners and its affiliated debtors (the "Debtors"), hereby withdraws *Monthly Operating Report* [Docket No. 549].

Dated: December 5, 2023

PACHULSKI STANG ZIEHL & JONES LLP

/s/*Timothy P. Cairns*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: 302-652-4100
Facsimile: 302-652-4400
Email:  ljones@pszjlaw.com
  dbertenthal@pszjlaw.com
  tcairns@pszjlaw.com
  pkeane@pszjlaw.com

*Counsel for Debtors and Debtors in Possession*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

LA:4875-5445-2629.1 03370.001