# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) ) ) | Case No. 23-11469 (BLS) |
| Debtors. | ) ) ) | (Jointly Administered) **Re: Docket No. 478** |

**ORDER APPROVING STIPULATION BETWEEN DEBTORS AND SUSAN WILSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DAVID V. WILSON, II, DECEASED, KATHERINE WILSON, SARAH WILSON, AND DAVID V. WILSON, III REGARDING RELIEF FROM AUTOMATIC STAY TO PURSUE INSURANCE PROCEEDS**

Upon consideration of the *Stipulation Between Debtors and Susan Wilson, individually and as representative of the Estate of David V. Wilson, II, Deceased, Katherine Wilson, Sarah Wilson, and David V. Wilson, III Regarding Relief from Automatic Stay to Pursue Insurance Proceeds* (the "Stipulation"),[2] attached hereto as **Exhibit 1**, by and among the above-captioned debtors and debtors in possession (the "Debtors") and Susan Wilson, individually and as representative of the Estate of David V. Wilson, II, Deceased, Katherine Wilson, Sarah Wilson, and David V. Wilson, III ("Plaintiffs," and together with the Debtors, the "Parties"); and this Court having reviewed the Stipulation; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Parties are authorized to take all actions necessary to effectuate the relief

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners.  The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.
.
[2]  Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

2

granted in this Order and to consummate the Stipulation.

3.  The terms and provisions of the Stipulation immediately shall be effective and enforceable upon entry of this Order.

4.  This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order and the Stipulation.

Dated: December 11th, 2023
Wilmington, Delaware

BRENDAN L. SHANNON
UNITED STATES BANKRUPTCY JUDGE