**Exhibit 1**

**Stipulation**

DE:4873-5477-6725.1 03370.001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) | Case No. 23-11469 (BLS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**STIPULATION BETWEEN DEBTORS AND SUSAN WILSON, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF DAVID V. WILSON, II, DECEASED, KATHERINE WILSON, SARAH WILSON, AND DAVID V. WILSON, III REGARDING RELIEF FROM AUTOMATIC STAY TO PURSUE INSURANCE PROCEEDS**

This Stipulation (the "Stipulation") by and between the above-captioned debtors and debtors in possession (collectively, the "Debtors") and Susan Wilson, individually and as representative of the Estate of David V. Wilson, II, Deceased, Katherine Wilson, Sarah Wilson, and David V. Wilson, III ("Plaintiffs") to modify the automatic stay and permit Plaintiffs to pursue recovery of insurance proceeds only.

IT IS HEREBY STIPULATED by all parties to the above-captioned matter as follows:

WHEREAS, on September 18, 2023 and continuing on September 19, 2023 (the "Petition Date"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.
.

WHEREAS, prior to the Petition Date, on May 27, 2021, Plaintiffs filed a civil action in the District Court of Harris Couty, Texas, 11th Judicial District, Cause No. 21-32200 (the "Lawsuit") for personal injury claims and wrongful death claims against Debtor West Houston Emergency Physicians, P.L.L.C. ("West Houston") and others.

WHEREAS, on November 21, 2023, Plaintiffs filed a motion for relief from the automatic stay in the Bankruptcy Court [Docket No. 478] (the "Stay Relief Motion").

WHEREAS, the Debtors and Plaintiffs (together, the "Parties") have discussed a modification of the automatic stay to permit Plaintiffs to proceed with the Lawsuit to recover from the proceeds of applicable insurance only and to resolve the Stay Relief Motion.

NOW, THEREFORE, the parties agree, subject to approval of the Court, as follows**:**

1.  The foregoing recitals are hereby incorporated by reference into this Stipulation with the same force and effect as if set forth fully hereinafter.

2.  The automatic stay under 11 U.S.C. § 362 is modified to permit Plaintiffs to continue the Lawsuit solely for the purpose of (i) permitting Plaintiffs to prosecute the Lawsuit to judgment or settlement and (ii) collecting on any judgment or settlement only from the proceeds of applicable insurance policies, if any, and not against the Debtors or their estates.

3.  Plaintiffs agree and acknowledge that (1) any recovery arising from the Lawsuit with respect to the Debtors or their estates is limited to funds made available from applicable insurance policies, if any, and not from the Debtors or their estates and (2) to the extent that applicable insurance policies, if any, do not satisfy any judgment or settlement from the Lawsuit, for any reason, neither the Debtors, their estates, or any of their successors shall satisfy nor be liable for any such unsatisfied portion, which might otherwise be considered a general unsecured claim in these chapter 11 cases, and Plaintiffs shall not seek to collect on any such unsatisfied

portion from the Debtors, their estates, or any of their successors, whether through filing a proof of claim or otherwise.

4. Plaintiffs agree that any proof of claim filed by Plaintiffs or scheduled in favor of Plaintiffs in connection with Lawsuit against the Debtors, their estates, or their successors in these chapter 11 cases, if any, are, by entry of this Stipulation, deemed disallowed and reflected as such on the official claims register, and the Debtors' claims and noticing agent may make appropriate adjustments to the official claims register, and Plaintiffs agree to waive the right to any distribution in these chapter 11 cases; provided, however, disallowance of Plaintiff's proof of claim shall not constitute an adjudication on the merits of Plaintiff's claim, and disallowance of Plaintiff's proof of claim shall not bar, impair, diminish, or adversely impact any claims or causes of action Plaintiff has asserted or may assert in, in connection with, or in any way related to the Lawsuit and/or, except as expressly provided in paragraph 3 of this Stipulation, any judgment entered in Plaintiff's favor therein.

5. Nothing in this Stipulation: (i) alters, modifies, or otherwise amends the terms and conditions of, or the coverage provided by, any insurance policies issued at any time to any of the Debtors, their affiliates or predecessors of any of the foregoing or of any agreements related thereto; (ii) alters or modifies the duty, if any, that any applicable insurer or third party administrator has to pay claims covered by any alleged applicable insurance policy; (iii); creates or permits a direct right of action by Plaintiffs against any insurers; or (iv) precludes or limits, in any way, the rights of any insurer to contest and/or litigate the existence, primacy and/or scope of available coverage under any allegedly applicable insurance policy.

6.  The Parties shall cooperate with one another to seek Bankruptcy Court approval of this Stipulation, which shall be effective upon the Bankruptcy Court's entry of an order approving this Stipulation.

7.  Upon entry of an order approving this Stipulation, the Stay Relief Motion shall be deemed resolved.

8.  By entering into this Stipulation, neither party is waiving nor will be deemed to have waived any available claims or defenses, including at law, equity, or otherwise with respect to the Lawsuit, except as otherwise provided in this Stipulation.

9.  Neither the Stipulation nor any negotiations and writings in connection with this Stipulation will, in any way, be construed as or deemed to be evidence of or an admission on behalf of any party regarding any claim or right that such party may have against the other party.

10. Each of the Parties hereto represents and warrants that it is duly authorized to enter into and be bound by this Stipulation.

11. This Stipulation may be executed in multiple counter parts, any of which may be transmitted by facsimile or electronic mail, and each of which will be deemed an original, but all of which together will constitute one instrument.

12. The terms and conditions of this Stipulation shall be immediately effective and enforceable upon its entry.

13. The Bankruptcy Court retains exclusive jurisdiction to resolve any dispute arising from or related to the interpretation or enforcement of this Stipulation.

ACCEPTED AND AGREED TO:

Dated:  December 11, 2023          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:   302-652-4400
Email: ljones@pszjlaw.com
           dbertenthal@pszjlaw.com
           tcairns@pszjlaw.com
           pkeane@pszjlaw.com

*Counsel for Debtors and Debtors in Possession*

Dated: December 11, 2023          SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William A. Hazeltine*
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: 302.428.8191
Fax: 302.428.8195
Email: whazeltine@sha-llc.com

*Counsel for Plaintiffs*