**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>(Jointly Administered)<br><br>**Re: D.I. 501** |

**JOINDER OF THE OFFICIAL COMMITTEE OF**
**UNSECURED CREDITORS TO THE DEBTORS' FIRST**
**OMNIBUS OBJECTION (SUBSTANTIVE) TO EMPLOYEE LIEN CLAIMS**

The Official Committee of Unsecured Creditors (the "Committee") appointed in these chapter 11 bankruptcy cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby submits this joinder to the *Debtors' First Omnibus Objection (Substantive) to Employee Lien Claims* [D.I. 501] (the "Objection")[2] and respectfully represents as follows:

1. The Committee joins in the arguments made and the relief requested by the Debtors in the Objection to reclassify the asserted secured Employee Lien Claims totaling $4,264,547.75 filed by the Employee Lien Claimants to general unsecured claims in their entirety. For the reasons set forth in more detail in the Objection, the Employee Lien Claims should be classified as general unsecured claims and should not be afforded secured status under Tennessee law or otherwise.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

[2] Capitalized terms used but not otherwise defined here shall have the meanings ascribed to them in the Objection.

2.      The Committee expressly reserves, and does not waive, its right to supplement, amend, and/or modify this Joinder on any additional grounds that governing law permits and to raise additional arguments at any hearing to consider the Objection.

### **CONCLUSION**

WHEREFORE, for the reasons set forth in the Objection, the Committee respectfully requests entry of an order (i) sustaining the Objection to reclassify the Employee Lien Claims as general unsecured claims in their entirety, and (ii) granting such other and further relief as the Court deems just and proper.

Dated: December 13, 2023

WOMBLE BOND DICKINSON (US) LLP
*/s/ Morgan L. Patterson*
Donald J. Detweiler (DE Bar No. 3087)
Morgan L. Patterson (DE Bar No. 5388)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
E-mail: don.detweiler@wbd-us.com
          morgan.patterson@wbd-us.com
          Elazar.kosman@wbd-us.com

-and-

KILPATRICK TOWNSEND & STOCKTON LLP
Todd C. Meyers, Esq. (admitted *pro hac vice*)
David M. Posner, Esq. (admitted *pro hac vice*)
Kelly E. Moynihan, Esq. (admitted *pro hac vice*)
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
E-mail: tmeyers@ktslaw.com
          dposner@ktslaw.com
          kmoynihan@ktslaw.com

*Counsel for the Official Committee of Unsecured Creditors of American Physician Partners, LLC, et al.*