**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*, | Case No. 23-11469 (BLS) |
| Debtors.[1] | (Jointly Administered) |

Objection Deadline: December 29, 2023 at 4:00 p.m. (ET)
Hearing Date: January 5, 2024 at 10:00 a.m. (ET)

**NOTICE OF HEARING ON DEBTORS' MOTION FOR ENTRY OF ORDER
(I) AUTHORIZING (A) PRIVATE SALE AND (B) TRANSFER OF CERTAIN
ACCOUNTS RECEIVABLE FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES, AND INTERESTS; (II) APPROVING THE TERMS OF THE
ACCOUNT PURCHASE AGREEMENT; AND (III) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed concurrently herewith the *Debtors' Motion for Entry of an Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Accounts Receivable Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of the Account Purchase Agreement; and (III) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). A copy of the Motion is attached hereto.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of the order with respect to the relief sought in the Motion must be filed with the Bankruptcy Court on or before **December 29, 2023 at 4:00 p.m. Eastern Time.**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) counsel to the Debtors, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, Attn: Laura Davis Jones, Esq. (ljones@pszjlaw.com), David M. Bertenthal, Esq. (dbertenthal@pszjlaw.com), and Timothy P. Cairns, Esq. (tcairns@pszjlaw.com); (ii) the Office of The United States Trustee, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn: Joseph F. Cudia, Esq. (joseph.cudia@usdoj.gov); and (iii) counsel to the Official Committee of Unsecured Creditors, (i) Kilpatrick Townsend & Stockton LLP, 1114 Avenue of the Americas, New York, NY 10036-7703, Attn: Todd C. Meyers, Esq. (tmeyers@kilpatricktownsend.com) and David M. Posner, Esq. (dposner@kilpatricktownsend.com) and (ii) Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801, Attn: Donald Detweiler, Esq. (don.detweiler@wbd-us.com) and Morgan Patterson, Esq. (morgan.patterson@wbd-us.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE MOTION WILL BE HELD ON **JANUARY 5, 2024 AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

Dated:  December 15, 2023

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400
email:  ljones@pszjlaw.com
          dbertenthal@pszjlaw.com
          tcairns@pszjlaw.com

*Counsel for Debtors and Debtors in Possession*