# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| AMERICAN PHYSICIAN PARTNERS, LLC, ) | Case No. 23-11469 (BLS) |
| *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **Ref. Docket No. 681** |

## CERTIFICATE OF SERVICE

I, BENJAMIN JOHNSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 18, 2023, I caused to be served the "First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Counsel for the Debtors and Debtors in Possession, for the Period from September 18, 2023 Through October 31, 2023," dated December 18, 2023 [Docket No. 681], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Benjamin Johnson*
Benjamin Johnson

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300, Brentwood, TN 37027.

**EXHIBIT A**

AMERICAN PHYSICIAN PARTNERS, LLC, *et al.,*  Case No. 23-11469 (BLS)
Electronic Mail Fee Notice Parties Service List

| Creditor Name | Email Address |
|---|---|
| HOLLAND & KNIGHT | daniel.sylvester@hklaw.com; phillip.nelson@hklaw.com |
| HOLLAND & KNIGHT | lynne.xerras@hklaw.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | tmeyers@kilpatricktownsend.com; dposner@kilpatricktownsend.com; kmoynihan@kilpatricktownsend.com |
| KING & SPALDING LLP | ajowers@kslaw.com |
| KING & SPALDING LLP | lhenrikson@kslaw.com |
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.cudia@usdoj.gov; richard.schepacarter@usdoj.gov |
| RICHARDS, LAYTON & FINGER, P.A. | shapiro@rlf.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; javorsky@rlf.com |
| WOMBLE BOND DICKINSON (US) LLP | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com; elazar.kosman@wbd-us.com |