**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>Jointly Administered<br><br>**Ref. Docket No. 555** |

**CERTIFICATE OF NO OBJECTION (NO ORDER REQUIRED)**
**REGARDING FIRST MONTHLY APPLICATION OF KILPATRICK TOWNSEND**
**& STOCKTON LLP FOR ALLOWANCE OF COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES AS CO-COUNSEL FOR THE OFFICIAL**
**COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM**
**OCTOBER 4, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023**

The undersigned hereby certifies that, as of the date hereof, the undersigned has received no answer, objection, or other responsive pleading to the relief requested in to the *First Monthly Fee Application of Kilpatrick Townsend & Stockton LLP for Allowance of Compensation and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from October 4, 2023 Through and Including October 31, 2023* [Docket No. 555] (the "Application"), filed with the Court on December 1, 2023.  Pursuant to the notice appended to the Application, responses or objections to the Application were due to be filed on or before December 22, 2023 at 4:00 p.m. (prevailing Eastern Time).  The undersigned certifies that the Court's docket in these cases reflects that no answer, objection, or other responsive pleading to the Application has been filed.  Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 242], the

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartneres. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300, Brentwood, TN 37027.

Debtors are authorized to pay 80% of the fees requested in the Application, or $304,656.84, and 100% of the expenses requested in the Application, or $464.40, for a total payment of $305,121.24 for the period from October 4, 2023 through and including October 31, 2023, upon the filing of this certification of no objection and without the need for entry a court order.

Dated: December 26, 2023
        Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*
Donald J. Detweiler (DE Bar No. 3087)
Morgan L. Patterson (DE Bar No. 5388)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: don.detweiler@wbd-us.com
      morgan.patterson@wbd-us.com
      elazar.kosman@wbd-us.com

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers
David M. Posner
Kelly E. Moynihan
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Email: tmeyers@kilpatricktownsend.com
      dposner@kilpatricktownsend.com
      kmoynihan@kilpatricktownsend.com

*Counsel to the Official Committee of Unsecured Creditors*