## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) Case No. 23-11469 (BLS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket No. 698** |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 26, 2023, I caused to be served the "Notice of Rescheduling Additional Deadlines Related to Confirmation of Combined Plan," dated December 26, 2023 [Docket No. 698], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit A</u>.

*/s/ Arnold Nguyen*
Arnold Nguyen

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300, Brentwood, TN 37027.

**EXHIBIT A**

AMERICAN PHYSICIAN PARTNERS, LLC, *et al* ., Case No. 23-11469 (BLS)

Electronic Mail Master Service List

| Creditor Name | Email Address |
| --- | --- |
| AB STAFFING SOLUTIONS | jloge@abstaffing.com |
| ALTER DOMUS (US) LLC | legal_agency@alterdomus.com; emily.ergangpappas@alterdomus.com; andrew.tlapa@alterdomus.com |
| ATLAS PHYSICIANS, LLC | a.ruvo@atlasemergencyphysicians.com |
| BARNES & THORNBURG LLP | kevin.collins@btlaw.com; kkansa@btlaw.com |
| BDO CONSULTING GROUP, LLC | bsmith@bdo-ba.com |
| BRENTWOOD CAPITAL | lagalyon@brentwoodcapital.com |
| COLE SCHOTZ P.C. | preilley@coleschotz.com; mfitzpatrick@coleschotz.com; dgeoghan@coleschotz.com; amilliaressis@coleschotz.com |
| COMPHEALTH /  WEATHERBY LOCUMS, INC. | angela.brown@chghealthcare.com |
| DENNIS DERUELL | EMAIL ADDRESS ON FILE |
| ELEVATE HEALTHCARE CONSULTANTS | evan.hale@elevatehcc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | patrick.jackson@faegredrinker.com; laura.appleby@faegredrinker.com |
| FARNAN LAW | tfarnanlaw@gmail.com |
| FRANCISCAN PHYSICIANS NETWORK | joe.stuteville@franciscanalliance.org |
| FUCHS LAW OFFICE | dfuchs@fuchslawoffice.com |
| GOLDMAN SACHS SPECIALTY LENDING GROUP LP | gs-slg-notices@gs.com |
| HEALTH CAROUSEL LLC | shawna.leftwich@healthcarousel.com |
| HOLLAND & KNIGHT | daniel.sylvester@hklaw.com; phillip.nelson@hklaw.com |
| HOLLAND & KNIGHT | lynne.xerras@hklaw.com |
| INTERIM PHYSICIANS | tim.sarlone@interimphysicians.com |
| JACOBS & CRUMPLAR, P.A. | pat@jcdelaw.com |
| JEFFERIES | jfinger@jefferies.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | tmeyers@kilpatricktownsend.com; dposner@kilpatricktownsend.com; kmoynihan@kilpatricktownsend.com |
| KING & SPALDING LLP | ajowers@kslaw.com |
| KING & SPALDING LLP | lhenrikson@kslaw.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | rbeck@klehr.com; aradovanovich@klehr.com |
| LAW OFFICE OF SUSAN E. KAUFMAN | skaufman@skaufmanlaw.com |
| LEXX HEALTHCARE, LLC | antonny.agudelo@lexxhealth.com |
| LOCUMTENENS.COM | kimberly.lackey@locumtenens.com |
| MARLAB INCORPORATED | balram@gomarlab.com |
| MCDERMOTT WILL & EMERY LLP | dazman@mwe.com; kgoing@mwe.com; mkandestin@mwe.com |
| MEDICI GROUP PLLC | carlechmd@outlook.com |
| MINGLE HEALTHCARE SOLUTIONS | alyssa.royer@minglehealth.com |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |

AMERICAN PHYSICIAN PARTNERS, LLC, *et al*., Case No. 23-11469 (BLS)

Electronic Mail Master Service List

| Creditor Name | Email Address |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.cudia@usdoj.gov; richard.schepacarter@usdoj.gov |
| PROSCRIBE | ar@proscribemd.com |
| PROSKAUER ROSE LLP | jbretschneider@proskauer.com |
| QGENDA,LLC | steve.rzasnicki@qgenda.com |
| R1 MEDICAL CONSULTANTS INC. | jwillett@r1rcm.com |
| REGER RIZZO & DARNALL LLP | lrizzo@regerlaw.com |
| RICHARDS, LAYTON & FINGER, P.A. | shapiro@rlf.com |
| RICHARDS, LAYTON & FINGER, P.A. | knight@rlf.com; javorsky@rlf.com |
| SAPIENTES FUNDING II | tyler.marsh@wakeassoc.com |
| SAUL EWING LLP | mark.minuti@saul.com |
| SCRIBE AMERICA | michael.welch@scribeamerica.com |
| SHI INTERNATIONAL CORP | ryan_wahl@shi.com |
| SIGNIFY HEALTH | gmclernon@signifyhealth.com |
| STAFF CARE, INC. | don.robb@amnhealthcare.com |
| SULLIVAN HAZELTINE ALLINSON LLC | bsullivan@sha-llc.com; whazeltine@sha-llc.com |
| SUMO MEDICAL STAFFING | jeff.parker@sumostaffing.com |
| TENNESSEE DEPARTMENT OF REVENUE | AGBankDelaware@ag.tn.gov |
| TROUTMAN SANDERS | evelyn.meltzer@troutman.com; ken.listwak@troutman.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | vinh.duong@wallerlaw.com |
| WEIL, GOTSHAL & MANGES LLP | david.griffiths@weil.com; f.gavin.andrews@weil.com |
| WILLIS TOWERS WATSON SOUTHEAST, INC. | james.odell@wtwco.com |
| WMU SCHOOL OF MEDICINE | amy.smithols@wmed.edu |
| WOMBLE BOND DICKINSON (US) LLP | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com; elazar.kosman@wbd-us.com |