**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>Jointly Administered<br><br>**Objection Deadline: Jan. 25, 2024 at 4:00 p.m.**<br>**Hearing Date: To be determined if response filed.** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that on January 4, 2024, the Official Committee of Unsecured Creditors (the "Committee"), by and through the Committee's undersigned counsel, filed the *Second Monthly Fee Application of Womble Bond Dickinson (US) LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from November 1, 2023 Through November 30, 2023* (the "Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [Docket No. 242] (the "Interim Compensation Order"), objections, if any, to the Application must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and be served upon: (a) the Debtors, American Physician Partners, LLC, 5121 Maryland Way, Suite 300, Brentwood, TN 37027, Attn.: Chief Restructuring Officer; (b) counsel for the Debtors, Pachulski Stang Ziehl & Jones LLP, 919

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartneres. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300, Brentwood, TN 37027.

North Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705, Attn: Laura Davis Jones, David M. Bertenthal, and Timothy P. Cairns (ljones@pszjlaw.com; dbertenthal@pszjlaw.com; tcairns@pszjlaw.com); (c) counsel for the Official Committee of Unsecured Creditors: (i) Womble Bond Dickinson (US) LLP, 1313 North Market Street, Suite 1200, Wilmington, DE 19801, Attn: Donald J. Detweiler and Morgan L. Patterson (don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com) and (ii) Kilpatrick Townsend & Stockton LLP, The Grace Building, 1114 Avenue of the Americas, New York, New York 10036, Attn: Todd C. Meyers, David M. Posner, and Kelly E. Moynihan (tmeyers@kilpatricktownsend.com; dposner@kilpatricktownsend.com; kmoynihan@kilpatricktownsend.com); and (d) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801 (Attn: Joseph Cudia) by no later than **January 25, 2024 at 4:00 p.m. (prevailing Eastern Time)**. A hearing on the Application shall be held only in the event timely objections are filed.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: January 4, 2024  
       Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Donald J. Detweiler*  
Donald J. Detweiler (DE Bar No. 3087)  
Morgan L. Patterson (DE Bar No. 5388)  
Elazar A. Kosman (DE Bar No. 7077)  
1313 North Market Street, Suite 1200  
Wilmington, Delaware 19801  
Telephone: (302) 252-4320  
Facsimile: (302) 252-4330  
Email: don.detweiler@wbd-us.com  
       morgan.patterson@wbd-us.com  
       elazar.kosman@wbd-us.com

-and-

**KILPATRICK TOWNSEND & STOCKTON LLP**
Todd C. Meyers
David M. Posner
Kelly E. Moynihan
The Grace Building
1114 Avenue of the Americas
New York, New York 10036
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
Email: tmeyers@kilpatricktownsend.com
dposner@kilpatricktownsend.com
kmoynihan@kilpatricktownsend.com

*Counsel to the Official Committee of Unsecured Creditors*