**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| AMERICAN PHYSICIAN PARTNERS, LLC, et al.,[1] | Case No. 23-11469 (BLS) |
| Debtor. | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JANUARY 9, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE BRENDAN L. SHANNON AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

**THIS HEARING WILL BE CONDUCTED IN PERSON.**

**Remote appearances at in-person court proceedings are allowed only in the following circumstances: i. Counsel for a party or a pro se litigant files a responsive pleading and intends to make only a limited argument; ii. A party or a representative of a party is interested in observing the hearing; iii. A party is proceeding in a claims allowance dispute on a pro se basis; iv. An individual has a good faith reason to participate remotely and has obtained permission from chambers to do so; or v. Other extenuating circumstances that warrant remote participation as may be determined by the Court.**

**To attend this hearing remotely, please register using the eCourt Appearance tool at https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl or on the Court's website at www.deb.uscourts.gov**

**The deadline to register for remote attendance is 4 PM (prevailing Eastern Time) the business day before the hearing. An electronic invitation, with the relevant audio or video link, will be emailed to you prior to the hearing. Please do not contact the Court to confirm registration.**

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300 Brentwood, TN 37027.

**<u>MATTERS UNDER CERTIFICATION OF COUNSEL OR CERTIFICATE OF NO OBJECTION:</u>**

1. Debtors' Seventh Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of (A) Certain Unexpired Leases and (B) Certain Executory Contracts, Each Effective as of the Specified Rejection Date, (II) Authorizing Abandonment of Certain Personal Property, Effective as of the Specified Rejection Date, and (III) Granting Related Relief [Filed: 10/23/23] ([Docket No. 259](#))

   <u>Response Deadline</u>:  November 6, 2023 at 4:00 p.m. (ET)

   <u>Responses Received</u>:

   A. Ozburn & Company, LLC and Ozburn & Company General Partnership's Objection to Debtors' Seventh Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of (A) Certain Unexpired Leases and (B) Certain Executory Contracts   [Filed: 11/6/23] ([Docket No. 446)](#)

   <u>Related Documents</u>:

   A. Amended Notice of Hearing on Debtors' Seventh Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of (A) Certain Unexpired Leases and (B) Certain Executory Contracts, Each Effective as of the Specified Rejection Date, (II) Authorizing Abandonment of Certain Personal Property, Effective as of the Specified Rejection Date, and (III) Granting Related Relief [Filed: 11/2/23] ([Docket No. 439](#))

   B. Certification of Counsel Debtors' Seventh Omnibus Motion Seeking Entry of an Order (I) Authorizing the Rejection of (A) Certain Unexpired Leases and (B) Certain Executory Contracts, Each Effective as of the Specified Rejection Date, (II) Authorizing Abandonment of Certain Personal Property, Effective as of the Specified Rejection Date, and (III) Granting Related Relief [Filed: 11/27/23] ([Docket No. 489](#))

   C. Seventh Omnibus Order (I) Authorizing the Rejection of (A) Certain Unexpired Leases and (B) Certain Executory Contracts, Each Effective as of the Specified Rejection Date, (II) Authorizing Abandonment of Certain Personal Property, Effective as of the Specified Rejection Date, and (III) Granting Related Relief [Filed: 12/12/23] ([Docket No. 661](#))

   <u>Status</u>: The objection of Ozburn & Company, LLC has been resolved subject to documentation.  The parties are negotiating a stipulation and will file a certification of counsel once the stipulation is finalized.

2. Debtors' Motion to Enlarge the Period to Remove Actions [Filed: 12/15/23] ([Docket No. 672](#))

   <u>Response Deadline</u>:  December 29, 2023 at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A. Certificate of No Objection Regarding Debtors' Motion to Enlarge the Period to Remove Actions [Filed 1/4/24] ([Docket No. 808](#))

Status:  A Certification of No Objection has been filed.

3. Motion by Alexandria Viamille for Relief from the Automatic Stay [Filed: 12/15/23] ([Docket No. 673](#))

   Response Deadline:  December 29, 2023 at 4:00 p.m. (ET) (Extended to January 4, 2024 at 4:00 p.m. (ET) for Debtors)

   Responses Received:  None

   Related Documents:  None

   Status:  The parties are negotiating a form of stipulation to lift the stay and expect to submit an order under certification of counsel.

4. Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. § 362(d) To Permit Prosecution and Liquidation of Personal Injury and Loss of Consortium Lawsuit/Claims [Filed: 12/21/23] ([Docket No. 688](#))

   Response Deadline:  December 29, 2023 at 4:00 p.m. (ET) (Extended to January 4, 2024 at 4:00 p.m. (ET) for Debtors)

   Responses Received:  None

   Related Documents:  None

   Status:  The parties are negotiating a form of stipulation to lift the stay and expect to submit an order under certification of counsel.

   **MATTERS GOING FORWARD:**

5. Amended Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and ITS Affiliated Debtors Under Chapter 11 Bankruptcy Code [Filed: 10/30/23] ([Docket No. 303](#))

   Response Deadline:  November 22, 2023 at 4:00 p.m. (ET) (Extended to December 22, 2023 at 4:00p.m. (ET))

   Responses Received:

   A. Informal Response from Jennie Stuart Medical Center, Inc.

B.     Limited Objection and Reservation of Rights Regarding Debtors Amended Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and ITS Affiliated Debtors Under Chapter 11 Bankruptcy Code [Filed 12/7/23] (Docket No. 639)

C.     Limited Objection of Cascade Capital Funding, LLC, to Confirmation of the Amended Chapter 11 Combined Plan and Disclosure Statement [Filed 12/7/23] (Docket No. 641)

D.     The New Mexico Plaintiffs' Preliminary Response and Reservation of Rights in Connection with Debtors Plan [Filed 12/7/23] (Docket No. 642)

E.     Limited Objection to Confirmation of the Amended Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed 12/20/23] (Docket No. 687)

F.     Objection To Confirmation Of Plan By The United States To Amended Combined Disclosure Statement And Plan Of Liquidation Of American Physician Partners, LLC And Its Affiliated Debtors Under Chapter 11 Of The Bankruptcy Code [Filed 12/21/23] (Docket No. 690)

Related Documents:

A.     Chapter 11 Combined Plan & Disclosure Statement of American Physician Partners, LLC and It's Affiliated Debtors [Filed 9/19/23] (Docket No. 17)

B.     Notice of Filing of Blackline of Amended Combined Disclosure Statement and Plan of Liquidation [Filed 10/30/23] (Docket No. 304)

C.     Amended Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed 11/9/23] (Docket No. 455)

D.     Certification of Counsel Related to Stipulated Scheduling Order With Respect to Confirmation Plan [Filed 11/13/23] (Docket No. 460)

E.     Stipulated Scheduling Order With Respect to Confirmation of Plan [Filed 11/14/23] (Docket No. 461)

F.     Notice of Rescheduled Hearing on the Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and ITS Affiliated Debtors Under Chapter 11 Bankruptcy Code [Filed: 12/6/23] (Docket No. 637)

G.     Notice of Rescheduled Confirmation Hearing from January 5, 2024 at 10:00 A.M. (Eastern Time) to January 9, 2024 at 10:00 A.M. [Filed: 12/22/23] (Docket No. 692)

  H.  Notice of Rescheduling Additional Deadlines Related to Confirmation of Combined Plan [Filed: 12/26/23] (Docket No. 698)

  I.  Second Amended Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed 1/2/24] (Docket No. 805)

  J.  Notice of Filing of Blackline of Second Amended Combined Disclosure Statement and Plan of Liquidation [Filed 1/2/24] (Docket No. 806)

  K.  Notice of Filing Modified Plan Supplement for the Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed 1/2/24] (Docket No. 807)

  L.  Declaration of Stephenie Kjontvedt of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on the Amended Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed 1/4/24] (Docket No. 813)

  M.  Memorandum of Law in Support of Final Approval of Disclosure Statement and Confirmation of Plan of Liquidation of American Physician Partners and its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code, and Omnibus Reply to Objections [Filed 1/4/24] (Docket No. 814)

  N.  Declaration of John C. DiDonato in Support of Confirmation of the Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code [Filed 1/4/24] (Docket No. 815)

Status: This matter is going forward.

6. Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Accounts Receivable Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of The Account Purchase Agreement; and (III) Granting Related Relief [Filed: 12/15/23] (Docket No. 677)

Response Deadline: December 29, 2023 at 4:00 p.m. (ET)

Responses Received:

  A.  Limited Objection to Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Accounts Receivable Free and Clear of Liens, Claims, Encumbrances, And Interests; (II) Approving the Terms of the Account Purchase Agreement; and (III) Granting Related Relief [Filed 12/29/23] (Docket No. 701)

Related Documents:

A.    Notice of Hearing on Debtors' Motion for Entry of Order (I) Authorizing (A) Private Sale and (B) Transfer of Certain Accounts Receivable Free and Clear of Liens, Claims, Encumbrances, and Interests; (II) Approving the Terms of The Account Purchase Agreement; and (III) Granting Related Relief [Filed: 12/15/23] ([Docket No. 678](#))

Status:  This matter is going forward. The Debtors intend to proffer the testimony of John C. DiDonato in support of the sale.

Dated:  January 5, 2024        PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal (CA Bar No. 167624)
Timothy P. Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400
Email:  ljones@pszjlaw.com
       dbertenthal@pszjlaw.com
       tcairns@pszjlaw.com

*Counsel for Debtors and Debtors in Possession*