IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>(Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Morgan L. Patterson, do hereby certify that on the 8th day of January, 2024, I caused a caused a copy of the following to be served on the parties listed below via Electronic Mail.

- Docket No. 833: Statement of the Official Committee of Unsecured Creditors in Support of Confirmation of the Second Amended Combined Disclosure Statement and Plan of Liquidation of American Physician Partners, LLC and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code

| | |
|---|---|
| Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones<br>David M. Bertenthal<br>Timothy P. Cairns<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19899-8705<br>ljones@pszjlaw.com<br>dbertenthal@pszjlaw.com<br>tcairns@pszjlaw.com | Office of the United States Trustee<br>Attn Joseph Cudia<br>J Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Wilmington, DE 19801<br>joseph.cudia@usdoj.gov |
| King & Spalding LLP<br>W. Austin Jowers<br>1180 Peachtree St., NE, Suite 1600<br>Atlanta, GA 30309<br>ajowers@kslaw.com | Richards, Layton & Finger, P.A.<br>John H. Knight<br>One Rodney Square<br>920 N. King St.<br>Wilmington, DE 19801<br>knight@rlf.com |

Dated:  January 9, 2024
        Wilmington, Delaware

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Morgan L. Patterson*
Donald J. Detweiler (DE Bar No. 3087)
Morgan L. Patterson (DE Bar No. 5388)
Elazar A. Kosman (DE Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email:  don.detweiler@wbd-us.com
        morgan.patterson@wbd-us.com
        elazar.kosman@wbd-us.com

*Counsel to the Official Committee of Unsecured Creditors*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300, Brentwood, TN 37027.

WBD (US) 4869-3463-2330v7