# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>(Jointly Administered)<br><br>**Docket Ref. Nos. 848, 849** |

**Hearing Date: January 25, 2024 at 10:00 a.m. (ET)**
**Objection Deadline: At Hearing**

### NOTICE OF HEARING ON DEBTORS' MOTION FOR ORDER (I) AUTHORIZING DEBTORS TO ENTER INTO AGREEMENT WITH REALISER INVESTMENTS, LLC RELATING TO REFUNDABLE EMPLOYMENT TAX CREDITS, AND (II) GRANTING RELATED RELIEF

**PLEASE TAKE NOTICE** that on January 22, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Debtors' Motion for Order (I) Authorizing Debtors to Enter into Agreement with Realiser Investments, LLC Relating to Refundable Employment Tax Credits, and (II) Granting Related Relief* [Docket No. 848] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE OBJECTION WILL BE HELD ON **JANUARY 25, 2024 AT 10:00 A.M. PREVAILING EASTERN TIME** BEFORE THE HONORABLE BRENDAN L. SHANNON,

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6th FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the entry of the order with respect to the relief sought in the Motion may be made before or at the Hearing.

| | |
|---|---|
| Dated: January 22, 2024 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile: 302-652-4400 |
| | email: ljones@pszjlaw.com |
| |         dbertenthal@pszjlaw.com |
| |         tcairns@pszjlaw.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |