# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>(Jointly Administered)<br><br>**Docket Ref. No. 848**<br><br>**Hearing Date: January 25, 2024 at 10:00 a.m. (ET)** |

## NOTICE OF FILING OF REVISED PROPOSED ORDER

**PLEASE TAKE NOTICE** that on January 22, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Motion for Order (I) Authorizing Debtors to Enter into Agreement with Realiser Investments, LLC Relating to Refundable Employment Tax Credits, and (II) Granting Related Relief* [Docket No. 848] (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").  You were previously served with a copy of the Motion.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion is scheduled for **January 25, 2024 at 10:00 a.m. Prevailing Eastern Time** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit A** is a revised proposed form of order granting the Motion (the "Revised Proposed Order").

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners.  The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a blacklined copy of the Revised Proposed Order showing changes made from the form of order filed with the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Revised Proposed Order before or at the Hearing.

| | |
|---|---|
| Dated: January 24, 2024 | PACHULSKI STANG ZIEHL & JONES LLP |
| | |
| | */s/ Laura Davis Jones* |
| | Laura Davis Jones (DE Bar No. 2436) |
| | David M. Bertenthal (CA Bar No. 167624) |
| | Timothy P. Cairns (DE Bar No. 4228) |
| | 919 North Market Street, 17th Floor |
| | P.O. Box 8705 |
| | Wilmington, Delaware 19899-8705 (Courier 19801) |
| | Telephone: 302-652-4100 |
| | Facsimile: 302-652-4400 |
| | email: ljones@pszjlaw.com |
| | dbertenthal@pszjlaw.com |
| | tcairns@pszjlaw.com |
| | |
| | *Counsel for Debtors and Debtors in Possession* |