# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>(Jointly Administered)<br><br>**Docket Ref. No. ——848** |

**ORDER GRANTING DEBTORS' MOTION FOR ORDER**
**(I) AUTHORIZING DEBTORS TO ENTER INTO AGREEMENT**
**WITH REALISER INVESTMENTS, LLC RELATING TO REFUNDABLE**
**EMPLOYMENT TAX CREDITS,  AND (II) GRANTING RELATED RELIEF**

Upon the *Debtors' Motion for Order (I) Authorizing Debtors to Enter into Agreement with Realiser Investments, LLC Relating to Refundable Employment Tax Credits, and (II) Granting Related Relief*[2] [Docket No. ●848] (the "Motion"); the Court having considered the Motion ; the Court finding that (a) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 157 and 1334 and (b) the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Motion adequate and sufficient under the circumstances; and after due deliberation and sufficient cause appearing therefor; IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Debtors are authorized to enter into, and perform under, the ERC Agreement and other related agreements pursuant to sections 105 and 363 of the Bankruptcy Code and Bankruptcy Rules 2002, 4001, 6004, 6006, and 9014, each as applicable.  Each of the

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners.  The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.

[2]    Capitalized terms not defined herein shall have the meaning given to them in the Motion.

Debtors and Realiser are hereby authorized and directed to take any and all actions necessary or appropriate to consummate the transactions contemplated therein.

3.      Upon the closing of the ERC Agreement, the Debtors shall convey to Realiser the ERC and the related assets described in the ERC Agreement ("**Purchased Assets**") free and clear of all liens, claims, encumbrances and interests under section 363(f) of the Bankruptcy Code.

4.      ~~To the fullest extent permitted by applicable law, Debtors and the~~<u>The</u> Liquidating Trustee shall ~~grant to Realiser a first-priority perfected security interest in~~, <u>upon receipt of any proceeds of</u> the Purchased Assets, ~~including, without limitation, all replacements, substitutions and proceeds in connection therewith (the "**Collateral**")~~<u>deposit such proceeds into a segregated account for the benefit of Realiser, free and clear of any liens, claims encumbrances or interests</u>.

~~5.      Debtors and the Liquidating Trustee shall designate to the Internal Revenue Service ("**IRS**") in writing the address for purposes of receiving all payments of Collateral and all notices relating to Employee Retention Credits and IRS interest thereon, which written designation shall not be modified without Realiser's prior written approval.~~

~~6.      The Liquidating Trust shall remain in existence for at least the first term of 5 years. Notwithstanding the creation of the Liquidating Trust, Debtors shall continue to exist and not liquidate or dissolve until the earlier to occur of the Closing Date (as defined in the ERC Agreement) or the latest date set forth in the ERC Agreement in which the Closing may occur.~~

<u>5.</u>      ~~7.~~ The ERC Agreement is in the process of being negotiated, however, the transactions contemplated thereunder are undertaken by the parties in good faith, and Realiser, upon the Closing (as defined in the ERC Agreement), will be deemed a good-faith purchaser, as

that term is used in section 363(m) of the Bankruptcy Code, of the ERC.  Realiser upon the Closing shall be entitled to all of the protections afforded by section 363(m) of the Bankruptcy Code.  Neither the Debtors nor Realiser have engaged in any action or inaction that would cause or permit the transaction under the ERC Agreement to be avoided or costs or damages to be imposed under section 363(n) of the Bankruptcy Code.

6.        ~~8.~~ The Debtors shall file the final ERC Agreement on the Court's docket no later than as provided in the Motion.

~~9.        The sale transaction was negotiated and entered into in good faith, based upon arms-length bargaining and negotiation, and without collusion or fraud of any kind. Neither the Debtors nor Realiser has engaged in any conduct that would cause or permit (1) the application of or implicate Section 363(n) with respect to the consummation of the sale transaction and transfer of the Purchased Assets to Realiser or (2) costs or damages to be imposed under Section 363(n).~~

7.        ~~10.  This~~ Subject to mutual execution of the ERC Agreement and the occurrence of the Closing, this Sale Order and the ERC Agreement shall be binding upon and govern the acts of all persons and entities, including, without limitation, the Debtors' bankruptcy estates, the Debtors and their successors and assigns, including, without limitation, any chapter 11 trustee or examiner hereinafter appointed for the Debtors' bankruptcy estates or any chapter 7 trustee appointed if any of Debtors' cases is converted from chapter 11, all creditors of the Debtors (whether known or unknown), the Liquidating Trust and Liquidating Trustee, ~~the IRS,~~ and all other persons and entities who are essential to consummate the transactions contemplated by the ERC Agreement.

11.    Any assignee of or successor in interest to the Debtors, including but not limited to a bankruptcy trustee appointed or a trustee of a liquidating trust that is formed pursuant to a confirmed chapter 11 plan in the Bankruptcy Case, shall be fully bound by and subject to the terms of the ERC Agreement and shall be required to perform all obligations of the Debtors under the ERC Agreement.

8.    12. The provisions of this Sale Order are non-severable and mutually dependent.

9.    13. Notwithstanding FRBP 6004, 6006 and 7062, this Sale Order shall be effective and enforceable immediately upon entry, and the Sale Motion or notice thereof shall be deemed to provide sufficient notice of the Debtor's request for waiver of the otherwise applicable stay of this Sale Order.  In the absence of any person or entity obtaining a stay pending appeal, the Debtors and Realiser are free to close under the ERC Agreement at any time, subject to the terms of this Sale Order and the ERC Agreement.

10.    14. All of the transactions contemplated herein and in the ERC Agreement are subject to final documentation mutually agreeable to the parties in their sole discretion.

11.    15. To the extent that there is any conflict between this Sale Order and the ERC Agreement, this Sale Order shall control.

12.    16. The Court shall retain exclusive jurisdiction to interpret, implement and enforce the terms and provisions of this Sale Order and the ERC Agreement, all amendments thereto and any waivers and consents thereunder and each of the agreements executed in connection therewith to which any of the Debtors (or any successor interest to the Debtors, including the Liquidating Trust or its trustee)  is a party or that have been assigned to Realiser in all respects, and to decide any disputes concerning this Sale Order and the ERC Agreement, or

the rights and duties of the parties thereunder or any issues relating to the ERC Agreement and this Sale Order, including, but not limited to, retaining jurisdiction to (a) interpret, implement and enforce the terms, conditions and provisions of this Sale Order and the ~~Court-approved~~ ERC Agreement, and (b) ~~to provide instructions to the trustee of the Liquidating Trust, the Internal Revenue Service, any financial institution; and (c)~~ to protect Realiser against any intervening events that may hinder or delay the collection of the ERC credits purchased by Buyer.

~~17.    The ERC Agreement shall bind and inure to the benefit of the respective heirs, personal representatives, successors, and assigns of the parties thereto. Without limiting the generality of the foregoing, the provisions of the ERC Agreement and any document, instrument, certificate or agreement entered into and/or delivered thereunder, and Seller's obligations and rights and interests thereunder, shall be binding upon and inure to the benefit of any permitted successor in interest to Seller, including, without limitation, a bankruptcy trustee and for the avoidance of all doubt, the trustee of the Liquidating Trust created by the confirmation of a Chapter 11 plan in this Bankruptcy Case without any further action required.~~

Document comparison by Workshare Compare on Wednesday, January 24, 2024 9:27:59 PM

| Input: | |
|---|---|
| Document 1 ID | netdocuments://4859-3725-0720/1 |
| Description | APP- Revised ERC order |
| Document 2 ID | netdocuments://4859-3725-0720/2 |
| Description | APP- Revised ERC order |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 16 |
| Deletions | 28 |
| Moved from | 0 |
| Moved to | 0 |
| Style changes | 0 |
| Format changes | 0 |
| Total changes | 44 |