# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,[1] | ) Case No. 23-11469 (BLS) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Ref. Docket No. 982** |

## CERTIFICATE OF SERVICE

I, ARNOLD NGUYEN, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 2, 2024, I caused to be served the "Notice of Filing of Final Asset Purchase Agreement," dated February 2, 2024 [Docket No. 982], by causing true and correct copies to be:

   a. enclosed securely in a postage pre-paid envelope and delivered via first class mail to the party listed on the annexed Exhibit A, and

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. The envelope utilized in the service of the foregoing contained the following legend: LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Arnold Nguyen*
Arnold Nguyen

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way Suite 300, Brentwood, TN 37027.

**EXHIBIT A**

AMERICAN PHYSICIAN PARTNERS, LLC,
Case No. 23-11469
First Class Mail Recipient

AB STAFFING SOLUTIONS
ATTN: JEN LOGE
3451 S. MERCY RD., STE. 102
GILBERT, AZ 85297

Page 1 of 1

**EXHIBIT B**

AMERICAN PHYSICIAN PARTNERS, LLC, *et al*. - Case No. 23-11469 (BLS)
Core Email Service List

| Creditor Name | Email Address |
|---|---|
| ALTER DOMUS (US) LLC | legal_agency@alterdomus.com; emily.ergangpappas@alterdomus.com; andrew.tlapa@alterdomus.com |
| ATLAS PHYSICIANS, LLC | a.ruvo@atlasemergencyphysicians.com |
| BARNES & THORNBURG LLP | kevin.collins@btlaw.com; kkansa@btlaw.com |
| BDO CONSULTING GROUP, LLC | bsmith@bdo-ba.com |
| BRENTWOOD CAPITAL | lagalyon@brentwoodcapital.com |
| COLE SCHOTZ P.C. | preilley@coleschotz.com; mfitzpatrick@coleschotz.com; dgeoghan@coleschotz.com; amilliaressis@coleschotz.com |
| COMPHEALTH / WEATHERBY LOCUMS, INC. | angela.brown@chghealthcare.com |
| DENNIS DERUELL | EMAIL ADDRESS ON FILE |
| ELEVATE HEALTHCARE CONSULTANTS | evan.hale@elevatehcc.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | patrick.jackson@faegredrinker.com; laura.appleby@faegredrinker.com |
| FARNAN LAW | tfarnanlaw@gmail.com |
| FRANCISCAN PHYSICIANS NETWORK | joe.stuteville@franciscanalliance.org |
| FUCHS LAW OFFICE | dfuchs@fuchslawoffice.com |
| GOLDMAN SACHS SPECIALTY LENDING GROUP LP | gs-slg-notices@gs.com |
| HEALTH CAROUSEL LLC | shawna.leftwich@healthcarousel.com |
| HOLLAND & KNIGHT | daniel.sylvester@hklaw.com; phillip.nelson@hklaw.com |
| HOLLAND & KNIGHT | lynne.xerras@hklaw.com |
| INTERIM PHYSICIANS | tim.sarlone@interimphysicians.com |
| JACOBS & CRUMPLAR, P.A. | pat@jcdelaw.com |
| JEFFERIES | jfinger@jefferies.com |
| KILPATRICK TOWNSEND & STOCKTON LLP | tmeyers@kilpatricktownsend.com; dposner@kilpatricktownsend.com; kmoynihan@kilpatricktownsend.com |
| KING & SPALDING LLP | ajowers@kslaw.com |
| KING & SPALDING LLP | lhenrikson@kslaw.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | rbeck@klehr.com; aradovanovich@klehr.com |
| LAW OFFICE OF SUSAN E. KAUFMAN | skaufman@skaufmanlaw.com |
| LEXX HEALTHCARE, LLC | antonny.agudelo@lexxhealth.com |
| LOCUMTENENS.COM | kimberly.lackey@locumtenens.com |
| MARLAB INCORPORATED | balram@gomarlab.com |
| MCDERMOTT WILL & EMERY LLP | dazman@mwe.com; kgoing@mwe.com; mkandestin@mwe.com |
| MEDICI GROUP PLLC | carlechmd@outlook.com |
| MINGLE HEALTHCARE SOLUTIONS | alyssa.royer@minglehealth.com |
| OFFICE OF THE UNITED STATES ATTORNEY | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |

| Creditor Name | Email Address |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | joseph.cudia@usdoj.gov; richard.schepacarter@usdoj.gov |
| PROSCRIBE | ar@proscribemd.com |
| PROSKAUER ROSE LLP | jbretschneider@proskauer.com |
| QGENDA,LLC | steve.rzasnicki@qgenda.com |
| R1 MEDICAL CONSULTANTS INC. | jwillett@r1rcm.com |
| REGER RIZZO & DARNALL LLP | lrizzo@regerlaw.com |
| RICHARDS, LAYTON & FINGER, P.A., | shapiro@rlf.com |
| RICHARDS, LAYTON & FINGER, P.A., | knight@rlf.com; javorsky@rlf.com |
| SAPIENTES FUNDING II | tyler.marsh@wakeassoc.com |
| SAUL EWING LLP | mark.minuti@saul.com |
| SCRIBE AMERICA | michael.welch@scribeamerica.com |
| SHI INTERNATIONAL CORP | ryan_wahl@shi.com |
| SIGNIFY HEALTH | gmclernon@signifyhealth.com |
| STAFF CARE, INC. | don.robb@amnhealthcare.com |
| SULLIVAN HAZELTINE ALLINSON LLC | bsullivan@sha-llc.com; whazeltine@sha-llc.com |
| SUMO MEDICAL STAFFING | jeff.parker@sumostaffing.com |
| TENNESSEE DEPARTMENT OF REVENUE | AGBankDelaware@ag.tn.gov |
| TROUTMAN SANDERS | evelyn.meltzer@troutman.com; ken.listwak@troutman.com |
| WALLER LANSDEN DORTCH & DAVIS, LLP | vinh.duong@wallerlaw.com |
| WEIL, GOTSHAL & MANGES LLP | david.griffiths@weil.com; f.gavin.andrews@weil.com |
| WILLIS TOWERS WATSON SOUTHEAST, INC. | james.odell@wtwco.com |
| WMU SCHOOL OF MEDICINE | amy.smitchols@wmed.edu |
| WOMBLE BOND DICKINSON (US) LLP | don.detweiler@wbd-us.com; morgan.patterson@wbd-us.com; elazar.kosman@wbd-us.com |