

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

**RECEIVED**

FEB 0 2 2024

SMALL BUSINESS/SELF-EMPLOYED DIVISION

**LEGAL SERVICES**

01/09/2024

Filed: USBC - District of Delaware
American Physician Partners LLC, et al(COR)
23-11469 (BLS)

**PHY**

0000000030

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: APP of East Tennessee ED PLLC

Re: 23-11558DE01

Dear Claims Agent:

On 10/16/2023, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 10. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 837-6536 or you may write to me at Internal Revenue Service, 4051 Ogletown Stanton Rd Newark De 19713.

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

**UPS CampusShip: View/Print Label**

1. Ensure there are no other shipping or tracking labels attached to your package. Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.
2. Fold the printed label at the solid line below. Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.
3. **GETTING YOUR SHIPMENT TO UPS**
   Customers with a Daily Pickup
   Your driver will pickup your shipment(s) as usual.

   Customers without a Daily Pickup
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
ADVANCE AUTO PARTS STORE 6281
651 MARROWS ROAD EXT
NEWARK, DE 19713

UPS Access Point™
THE UPS STORE
40 E MAIN ST
NEWARK, DE 19711

UPS Access Point™
PET KARE II
250 PENCADER PLZ
NEWARK, DE 19713

FOLD HERE

---

JAMES MICHAEL A
302-286-1559
INTERNAL REVENUE SERVICE
1352 MARROWS RD
NEWARK DE 19711

LTR     1 OF 1

SHIP TO:
EPIQ BANKRUPTCY SOLUTIONS LLC
12TH FL
777 THIRD AVE
NEW YORK NY 10017-1302

NY 100 9-44

UPS NEXT DAY AIR     1
TRACKING #: 1Z 4R5 3A3 01 9594 7693

BILLING: P/P

BOD: 9350

CS 24.1.00.    WNTNV50 5.0A 01/2024®

---

**FILED/RECEIVED**

FEB - 2 2024

**EPIQ**