**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| American Physician Partners, LLC, *et al.*,[1] | ) | Case No. 23-11469 (BLS) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 1009 |

### ORDER VACATING ORDER GRANTING MOTION FOR RELIEF FROM STAY

Upon review of the docket and it appearing to the Court that the Order Granting Motion for Relief from Stay of Eugenio S. Mathis, as Personal Representative of the Estate of Leroy Adams, Deceased (the "Order") [Docket No. 1009] was entered in error, it is hereby

ORDERED, that the Order is VACATED.

BY THE COURT:

Dated: March 5, 2024

Brendan Linehan Shannon
United States Bankruptcy Judge

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/AmericanPhysicianPartners. The location of American Physician Partners, LLC's principal place of business and the Debtors' service address in these Chapter 11 Cases is 5121 Maryland Way, Suite 300, Brentwood, TN 37027.