IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>AMERICAN PHYSICIAN PARTNERS, LLC, *et al.*,<br><br>Debtors.<sup>1</sup> | Chapter 11<br><br>Case No. 23-11469 (BLS)<br><br>(Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Upon the *Certification of Counsel Regarding Order Scheduling Omnibus Hearing Date*, and pursuant to rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. The following date and time have been scheduled as an omnibus hearing in the above-captioned chapter 11 cases:

| **Date & Time** | **Location** |
|---|---|
| **August 6, 2025 at 9:30 a.m. (Eastern Time)** | U.S. Bankruptcy Court for the District of Delaware,<br>824 North Market Street,<br>6th Floor, Courtroom 1,<br>Wilmington, Delaware 19801 |

**Dated: June 23rd, 2025**
**Wilmington, Delaware**

BRENDAN L. SHANNON
**UNITED STATES BANKRUPTCY JUDGE**

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is American Physician Partners, LLC (8086). A complete list of each of the former Debtors whose claims are being administered in this Chapter 11 Case (collectively, the "Affiliated Debtors") may be obtained on the website of this Debtor's claims and noticing agent at http://omniagentsolutions.com/AmericanPhysicianPartners.

WBD (US) 4932-1188-3855v1